| | |
|---|---|
| **From:** | Michael Gallant |
| **To:** | Douglas, Matthew J.; John Dalimonte; John Restaino |
| **Subject:** | Re: Expert report deadlines |
| **Date:** | Thursday, December 16, 2021 5:20:27 PM |

External E-mail

Matt,

That works for us.

Mike

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>
**Sent:** Thursday, December 16, 2021 11:32:15 AM
**To:** John Dalimonte <john@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>; John Restaino <restaino@drlawllp.com>
**Subject:** Expert report deadlines

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Gentlemen,

Would you be amenable to an additional two weeks for both sides' expert reports? That would move your deadline from New Year's Eve day, 12/31/21, to 1/14/22, and ours from 2/14/22 to 2/28/22.

Please let me know if that works on your end.

Thanks,

Matt

_____

Matthew Douglas
Partner

Arnold & Porter
1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2315
Matthew.Douglas@arnoldporter.com | www.arnoldporter.com



This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com