# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STANLEY P. BAUDIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 18-1063** |
| | ) | |
| | ) | |
| **v.** | ) | **JUDGE SHELLY DICK** |
| | ) | |
| **ASTRAZENECA** | ) | |
| **PHARMACEUTICALS LP;** | ) | **MAGISTRATE JUDGE** |
| **ASTRAZENECA LP; and MERCK** | ) | **ERIN WILDER-DOOMES** |
| **SHARP & DOHME CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 26 EXPERT REPORT
## HELGE WALDUM, MD, PhD, DOCTOR d'ETAT

EXHIBIT 3

**The Use of Proton Pump Inhibitors and the Development of Gastric Cancer and the Rebound Phenomenon**

Expert Report of Helge Waldum, MD, PhD, Doctor d'Etat

Professor of Medicine and Gastroenterology

Department of Clinical and Molecular Medicine
Norwegian University of Science and Technology
Trondheim, Norway

# TABLE OF CONTENTS

I. Introduction and Scope……………………………………………………………4

II. Background, Education, Experience, Credentials and Qualifications……………………...………4

III. Selective Professional Achievements………………………………………………...…10

IV. Selective Germane Publications…………………………………………...………....12

V. Selective Abbreviations Used in This Report…………………………………...………....21

VI. Overview of Methodology………………………………………………………...…22

VII. Key Expert Opinions……………………………………………………………...…23

VIII. Normal Gastric Anatomy and Physiology…………………………………...………......25

     A. The G Cell…………………………………………………………...…………27

     B. The Enterochromaffin-like (ECL) Cell…………………………….......................28

IX. The Function of Gastric Juice and the Regulation of Gastric Acid Secretion…………..…...34

X. Gastrin and Its Role in Gastric Acid Secretion………………………………….……37

XI. Agents Reducing Gastric Acidity……………………………………………………...…42

XII. Consequences of Inhibition of Gastric Acid Secretion…………………………..............43

XIII. Gastrin's Trophic Role Within the Stomach…………………………………...…….44

XIV. Causes of Gastric Cancer……………………………………………………………48

XV. Gastric Polyps and Gastric Cancer……………………………………...…………….51

XVI. Gastric Cancer……………………………………………………………….....52

XVII. Chromogranin A…………………………………………...………..…………59

XVIII. Carcinogenesis in General…………………………………………...................60

     A. Adenocarcinomas………………………………………………………66

     B. Neuroendocrine Tumors (NETS)………………………………………73

     C. Signet Ring Cell Carcinomas……………………………………………...82

XIX. Rebound Acid Hypersecretion……………………………………………85

XX. SOPRAN and LOTUS Studies…………………………………………………93

XXI. Determination of Causation: The Bradford Hill Viewpoints………………..…………110

     A. Strength of Association……………………………………………………111

B. Consistency…………………………………………………………….……119

C. Specificity………………………………………………………….……………121

D. Temporality……………………………………………………………...……122

E. Biological Gradient (Dose Response)……………………………..…...…123

F. Plausibility………………………………………………….…......................132

G. Coherence……………………………………………………………...134

H. Experiment………………………………………………………………135

I. Analogy…………………………………………………………...…...…….137

XXII. General Liability Conclusion…………………………………………………...139

XXIII. Evaluation of the Cause of Gastric Cancer of Stanley Baudin………….......................141

XXIV. Specific Causation Conclusion…………………………………………...…142

REFERENCES………………………………………………….…………144

## I.    Introduction and Scope

I have been asked to review, analyze, and provide an expert opinion on the current state of scientific evidence concerning the relationship between the use of proton pump inhibitors (PPIs) and the risk of gastric cancer.

My focus is to review the cumulative medical and scientific evidence, published and otherwise, and draw upon nearly 50-years of thought, research, and study of the scientific and medical literature regarding the trophic hormone, gastrin, gastric anatomy & physiology, gastric pathology, and gastric carcinogenicity.

All of my opinions are held to a reasonable degree of medical certainty, and I reserve the right to modify my opinions based on further documents or information that may be provided to me in the future.

## II. Background, Education, Experience, Credentials and Qualifications

I am Professor of Medicine, Department of Clinical and Molecular Medicine, Norwegian University of Science and Technology, Trondheim, Norway.

I received my MD from Oslo University, Norway in 1971 with the second-best results ever obtained, and the achievement was reported to the King.

After finishing my MD, I worked at district hospital for 12 months and in general practice for 6 months. In 1973 I worked at Institute for Job Physiology, University of Oslo where I started to do research resulting in my two first publications on extreme physical loads and recovery.

My next position was at Tromsø, in the north of Norway, where a new university had been established a few years before, and where I stayed for nearly eight years. All the time I had

combined positions at Department of Internal Medicine, mainly at Section of Gastroenterology and Hepatology, and Institute of Clinical Medicine, University of Tromsø.

At my first day of work in Tromsø I was approached by the young professor in Gastroenterology who suggested that I should start doing research on gastrin. Since that day, January the second, 1974, there has been no day that I have not thought of gastrin.

I went to Professor Jens Rehfeld, Copenhagen and learned radioimmunoassay of gastrin which we established at our research laboratory. Afterwards, we established radioimmunoassay of many other gastrointestinal peptides like secretin, VIP, GIP, and pepsinogen I (a useful marker for evaluation of the gastric acid producing mucosa of the stomach)[1,2]

I defended my first thesis in Tromsø: Studied on group I Pepsinogens and Secretin.[3,4] The last year spent in Tromsø I was temporary Professor and Head of the Clinical Unite of Gastroenterology.

I moved to my birth area, Trondheim, in the autumn of 1981 where I got a combined position at the university and the hospital. In January of 1986 I was appointed Professor, a position I have maintained from that time. I was the Head of Department of Gastroenterology and Hepatology for about twenty years until I left that position at the age of 67 years in 2013 but continued as Senior Consultant until 2018.

I spent one year in Paris at Hôpital Bichat where I did gastrointestinal research guided by Professeur Serge Bonfils. During this stay I passed a course on gastrointestinal physiology and gastroenterology: Waldum HL. Production d'anticorps monoclonaux à partir d'une lignée de cellules gastriques humaines HGT-1. Diplôme d'etudes approfondies de biologie cellulaire et

fonctionelle des processus digestifs. Année 1987-1988. Responsable: Professeur S. Bonfils - Paris VII.

This course made it possible for me to defend my second thesis which I started on the sabbatical year in Paris and fulfilled in Trondheim after returning home. I defended it in Paris in 1993: Waldum HL. La Cellule Enterochromaffin-Like (ECL) - Une Cellule Clé De La Muqueuse Gastrique. Thesis. Université de Paris, 1993 avec la menmtion: Très honorable avec Felicitations. (The enterochromaffin-like cell (ECL) - a key cell in the gastric mucosa. Thesis. University of Paris, 1993 with the mention: Very Honorable with Congratulations).

I am a physician with a specialty in gastroenterology, gastric anatomy & physiology and I have spent over 50-years investigating gastric disorders including gastric pathology and gastric carcinogenesis. As such, I hold expertise in gastric pathology and carcinogenesis, especially gastric tumour pathology.

In the 1980s we made important contributions to the understanding of gastric acid regulation showing the central role of the ECL cell releasing histamine stimulating the parietal cell to secrete acid. With the description of the ECL cell malignant tumours in rodents secondary to long-term gastric acid inhibition, we also started to study trophic effects and I led the development of a histological laboratory.

During my year of training in Paris I finished a study which included pathological examinations; this also assisted me in developing my expertise. During this period, I have cooperated with the following persons at the Department of Pathology in Trondheim: Professor PhD Olav Haugen, Professor PhD Christina Vogt Isaksen, Professor PhD Ivar Sjåk Nordrum. Professor Sture Falkmer and senior consultant, PhD, Patricia Mjønes. Throughout my 30 years devoted for

pathology I have developed experience and expertise in the evaluation of histochemistry, immunohistochemistry, electron microscopy, immune-electron microscopy, and in-situ hybridization.

I have cooperated, internationally, with other experts in these areas including common publications with:

- Professor Julia Polak, Hammersmith Hospital, London. She earned her 'Chair' after Professor Pearce, who formulated the "APUD" concept which is still central in neuroendocrinology. Paper: Waldum HL, Aase S, Kvetnoi I, Brenna E, Sandvik AK, Syversen U, Johnsen G, Polak JM. Neuroendocrine differentiation in human gastric carcinoma. Cancer 1998; 83: 435-444.

- Doctor Jun Soga. Dr. Jun Soga has worked within the field of neuroendocrinology for nearly 50 years and was, in many ways, one of the area's most influential researchers. He reclassified the tumours occurring spontaneously in the rodent Mastomys from adenocarcinomas to neuroendocrine carcinomas as early as in the late sixties. We wrote together a paper which has been read and cited by others: Helge L Waldum 1, Arne K Sandvik, Eiliv Brenna, Reidar Fossmark, Gunnar Qvigstad, Jun Soga. Classification of tumours J Exp Clin Cancer Res. 2008 Nov 14;27(1):70.

- I will also add that many of the PhD theses I have supervised over the years have been, or more less, related to pathology and none of the international or national experts in pathology we have had as 'opponents' against the PhD candidates, have opined major criticism to our work in pathology.

My expertise in gastric pathology is also reflected in many of my publications:

- **Waldum HL**, Sørdal ØF. Classification of Epithelial Malignant Tumors - the Differentiation Between Adenocarcinomas and Neuroendocrine Carcinomas: Why Rely on Nonspecific Histochemistry and Dismiss Specific Methods Like Immunohistochemistry and In Situ Hybridization? Appl Immunohistochem Mol Morphol. 2016 May-Jun;24(5):309-12.

- **Waldum HL**, Fossmark R. Types of gastric cancer. Int J Mol Sci. 2018 Dec. 18;19(12).

- **Waldum HL**, Sørdal ØF, Mjønes PG. The enterochromaffin-like (ECL) cell- central in gastric physiology and pathology. Int J Mol Sci 2019;20.

- **Waldum HL**, Fossmark R. Chronic gastritis, gastric acid secretion, gastrin and gastric cancer. Clin Transl Gastroenterol. 2019 Sep;10(9).

- **Waldum H**, Mjønes P. Towards Understanding of Gastric Cancer Based upon Physiological Role of Gastrin and ECL Cells. Cancers (Basel). 2020 Nov 22;12(11):3477.

- **Waldum HL**, Öberg K, Sørdal ØF, Sandvik AK, Gustafsson BI, Mjønes P, Fossmark R. Not only stem cells, but also mature cells, particularly neuroendocrine cells, may develop into tumours-time for a paradiogm shift. Therapeutic Advan Gastroenterol 2018,11:1-17.

- Mjønes P, Nordrum IS, Sørdal Ø, Sagatun L, Fossmark R, Sandvik A, **Waldum HL**. Expression of the Cholecystokinin-B Receptor in Neoplastic Gastric Cells. Horm Cancer. 2018 Feb;9(1):40-54.

- **Waldum H**, Mjønes PG. Correct Identification of Cell of Origin May Explain Many Aspects of Cancer: The Role of Neuroendocrine Cells as Exemplified from the Stomach. Int J Mol Sci. 2020 Aug 11;21(16):5751.

- Fossmark R, Calvete O, Mjønes P, Benitez J, **Waldum HL**. ECL-cell carcinoids and carcinoma in patients homozygous for an inactivating mutation in the gastric H(+) K(+) ATPase alpha subunit. APMIS. 2016 Jul;124(7):561-6.

- Jianu CS, Lange OJ, Viset T, Qvigstad G, Martinsen TC, Fougner R, Kleveland PM, Fossmark R, Hauso Ø, **Waldum HL**. Gastric neuroendocrine carcinoma after long- term use of proton pump inhibitor. Scand J Gastroenterol. 2012 Jan;47(1):64-7.

- Jianu CS, Fossmark R, Viset T, Qvigstad G, Sørdal O, Mårvik R, **Waldum HL**. Gastric carcinoids after long-term use of a proton pump inhibitor. Aliment Pharmacol Ther. 2012 Oct;36(7):644-9. doi: 10.1111/apt.12012. Epub 2012 Aug 5.

- Martinsen TC, Skogaker NE, Fossmark R, Nordrum IS, Sandvik AK, Bendheim MØ, Bakkelund KE, **Waldum HL**. Neuroendocrine cells in diffuse gastric carcinomas: an

ultrastructural study with immunogold labeling of chromogranin A. Appl Immunohistochem Mol Morphol. 2010 Jan;18(1):62-8.

- Qvigstad G, Kolbjørnsen Ø, Skancke E, **Waldum HL**. Gastric neuroendocrine carcinoma associated with atrophic gastritis in the Norwegian Lundehund. J Comp Pathol. 2008 Nov;139(4):194-201.

- Fossmark R, Zhao CM, Martinsen TC, Kawase S, Chen D, **Waldum HL**. Dedifferentiation of enterochromaffin-like cells in gastric cancer of hypergastrinemic cotton rats. APMIS. 2005 Jun;113(6):436-49.

- Bakkelund K, Fossmark R, Nordrum I, **Waldum H**. Signet ring cells in gastric carcinomas are derived from neuroendocrine cells. J Histochem Cytochem. 2006 Jun;54(6):615-21. doi: 10.1369/jhc.5A6806.2005. Epub 2005 Dec 12.

- Fossmark R, Martinsen TC, Qvigstad G, Bendheim MØ, Kopstad G, Kashima K, **Waldum HL**. Ultrastructure and chromogranin A immunogold labelling of ECL cell carcinoids. APMIS 2005 Jul.Aug; 113(-8): 506-12.

- Qvigstad G, Qvigstad T, Westre B, Sandvik AK, Brenna E, **Waldum HL**. Neuroendocrine differentiation in gastric adenocarcinomas associated with severe hypergastrinemia and/or pernicious anemia. APMIS. 2002 Feb;110(2):132-9.

- **Waldum HL**, Qvigstad G, Falkmer S. Indications for a neuroendocrine tumor- carcinoma sequence. Virchows Arch. 2001 Aug;439(2):215-7.

- Qvigstad G, Sandvik AK, Brenna E, Aase S, **Waldum HL**. Detection of chromogranin A in human gastric adenocarcinomas using a sensitive immunohistochemical technique. Histochem J. 2000 Sep;32(9):551-6.

- Cui G, Qvigstad G, Falkmer S, Sandvik AK, Kawase S, **Waldum HL**. Spontaneous ECLomas in cotton rats (Sigmodon hispidus): tumours occurring in hypoacidic/hypergastrinaemic animals with normal parietal cells. Carcinogenesis. 2000 Jan;21(1):23-7.

- **Waldum HL**, Aase S, Kvetnoi I, Brenna E, Sandvik AK, Syversen U, Johnsen G, Vatten L, Polak JM. Neuroendocrine differentiation in human gastric carcinoma. Cancer. 1998 Aug 1;83(3):435-44.

- **Waldum HL**, Haugen OA, Brenna E. Do neuroendocrine cells, particularly the D-cell, play a role in the development of gastric stump cancer? Cancer Detect Prev. 1994;18(6):431-6.

- **Waldum HL**, Brenna C. Classification of gastric carcinomas. Hum Pathol. 1993 Jan;24(1):114-5.

- **Waldum HL**, Haugen OA, Isaksen C, Mecsei R, Sandvik AK. Enterochromaffin-like tumour cells in the diffuse but not the intestinal type of gastric carcinomas. Eur J Gastroenterol Hepatol 1991; 3: 245-249.
- **Waldum HL**, Lehy T, Brenna E, Sandvik AK, Petersen H, Søgnen BS, Bonfils S, Lewin MJ. Effect of the histamine-1 antagonist astemizole alone or with **omeprazole on rat gastric mucosa**. Scand J Gastroenterol. **1991** Jan; 26(1):23-35.

-  **Waldum H**, Mjønes PG. Correct Identification of Cell of Origin May Explain Many Aspects of **Cancer**: The Role of Neuroendocrine Cells as Exemplified from the Stomach. Int J Mol Sci. **2020** Aug 11; 21(16):5751.

## III. Selective Professional Achievements

- Solved a more than a 50-year dispute about the regulation of gastric acid secretion with the interaction between the principal gastric acid secretagogues and localization of the gastrin receptor by the isolated rat stomach model.

- Described rebound acid hypersecretion after profound acid inhibition with proton pump inhibitors (PPIs), a mechanism responsible for the problems in stopping treatment with PPIs when first started due to dyspepsia secondary to rebound acid hypersecretion.

- Described that gastric juice may play an important role in the defense against prion diseases.

- Contributed significantly to the medical literature regarding gastric pathology.

- Contributed to the development of chromogranin A as an important marker for neuroendocrine cell hyperplasia and neoplasia.

- Made important contributions to the classification of tumours in general and particularly to the classification of gastric carcinomas.

- Showed the central role of gastrin in gastric tumourigenesis. Described the close relationship between the regulation of function and growth with implications for hormonal carcinogenesis and tumour prevention.

- Gave arguments for and claimed that profound long-term inhibition of gastric acid secretion would lead to gastric carcinomas not only in animals, but also in man. This has been supported by many epidemiological papers from autumn 2017.

- Described that the carcinogenic effect of gastric Helicobacter pylori (H. pylori) infection most likely was due to the increase in gastrin.

- Developed a rodent model (Japanese cotton rat) to study ECL cell tumourigenesis. Combined physiology, animal models, studies on human gastric cancers into a new concept for an important part of human gastric carcinomas.

- Supervised 20 candidates for PhD.

- Published 430 original papers.

- Published a book November 2020. Title: "The influence of the pharmaceutical industry on medicine, as exemplified by proton pump inhibitors". Cambridge Scholars Publishing. The book is based upon experience for more than 30 years.

- Published 20 book chapters including one chapter on the ECL cell in: Encyclopedia of Gastroenterology 2nd Edition. (Ernst Kuipers editor). Elsevier 2019.pp. 265-272, and one chapter on gastric hormones in:  Hormonal Signaling in Biology & Medicine. Gerald Litwack, editor. Elsevier. 2019, pp. 341-360

- Expert (1 of 5) at FDA meeting in Washington, year 2000, about proton pump inhibitors over the counter.

- Invited as Expert by International Agency for Research on Cancer (IARC) of the World Health Organization for an IARC Working Group. 'Predictive Value of Rodent Forestomach and Gastric Neuroendocrine Tumours in Evaluating Carcinogenic Risks to Humans'.

'Omeprazole, A Proton Pump Inhibitor'. Lyon France, Nov. 29 – Dec. 1, 1999. IARC Technical Publication No. 39. 2003.

- Together with Director Sidney Wolfe, Public Citizen wrote a petition to FDA in 2011 about the potential risk of PPI treatment and suggested a "Black Box Warning".

- Knight of 1.class," The Royal Norwegian Order of Saint Olav" for translational research.

- Editor for two years and Editor in Chief for eight years, "Scandinavian Journal of Gastroenterology".

- Guest Editor: International Journal of Molecular Sciences, special issue: 'Proton pump Inhibitors'. 2020.

## IV. Selective Germane Publications

**Waldum HL**, Burhol PG, Straume BK. Serum group I pepsinogens and gastrin in relation to gastric H+ and pepsin outputs before and after subcutaneous injection of pentagastrin. Scand J Gastroenterol.**1978**;13(8):943-6.

**Waldum HL**, Burhol PG. Serum group I pepsinogens. Scand J Gastroenterol. **1981**;16(4):449-51.

Kleveland PM, **Waldum HL**, Bjerve KS, Fjøsne HE. Bioassay of gastrin, using the totally isolated, vascularly perfused rat stomach. A biomodel sensitive to gastrin in physiological concentrations. Scand J Gastroenterol. **1986** Oct;21(8):945-50.

Sandvik AK, Kleveland PM, **Waldum HL**. Stimulated pepsin secretion after **omeprazole-induced acid suppression** in the totally isolated, vascularly perfused rat stomach. Scand J Gastroenterol. **1987** Apr;22(3):362-6.

Sandvik AK, **Waldum HL**, Kleveland PM, Schulze Søgnen B. Gastrin produces an immediate and dose-dependent histamine release preceding acid secretion in the totally isolated, vascularly perfused rat stomach. Scand J Gastroenterol. 1987 Sep;22(7):803-8.

**Waldum HL**, Sandvik AK. Histamine and the stomach. Scand J Gastroenterol. **1989** Mar;24(2):130-9.

Sandvik AK, **Waldum HL**. Rat gastric histamine release: a sensitive gastrin bioassay. Life Sci. **1990**;46(6):453-9.

**Waldum HL**, Lehy T, Brenna E, Sandvik AK, Petersen H, Søgnen BS, Bonfils S, Lewin MJ. Effect of the histamine-1 antagonist astemizole alone or with **omeprazole** on rat gastric mucosa. Scand J Gastroenterol. **1991** Jan;26(1):23-35.

Sandvik AK, **Waldum HL**. Aspects of the regulation of gastric histamine release. Scand J Gastroenterol Suppl. **1991**; 180:108-12.

**Waldum HL**, Haugen OA, Isaksen C, Mecsei R, Sandvik AK. Enterochromaffin-like tumour cells in the diffuse but not the intestinal type of **gastric carcinomas**. Eur J Gastroenterol Hepatol **1991**; Scand J Gastroenterol Suppl. 1991; 180:165-9.

Kleveland PM, **Waldum HL**. The gastrin receptor assay. Scand J Gastroenterol Suppl. **1991**; 180:62-9.

Sandvik AK, **Waldum HL**. CCK-B (gastrin) receptor regulates gastric histamine release and acid secretion. Am J Physiol. **1991** Jun;260(6 Pt 1): G925-8.

**Waldum HL**, Sandvik AK, Brenna E, Petersen H. Gastrin-histamine sequence in the regulation of gastric acid secretion. Gut. **1991** Jun;32(6):698-701.

Brenna E, Håkanson R, Sundler F, Sandvik AK, **Waldum HL**. The effect of **omeprazole**-induced hypergastrinemia on the oxyntic mucosa of mastomys. Scand J Gastroenterol. **1991** Jun;26(6):667-72.

**Waldum HL**, Petersen H. 24-hour intragastric acidity and plasma gastrin after **omeprazole** treatment and after proximal gastric vagotomy in duodenal ulcer patients. Gastroenterology. **1991** Jul;101(1):274.

Brenna E, **Waldum HL**. Studies of isolated parietal and enterochromaffin-like cells from the rat. Scand J Gastroenterol. **1991** Dec;26(12):1295-306.

Brenna E, **Waldum HL**, Sandvik AK, Schulze Søgnen B, Kristensen A. Effects on the rat oxyntic mucosa of the histamine2-antagonist loxtidine and the H+, K(+)-ATPase inhibitor omeprazole. Aliment Pharmacol Ther. **1992** Jun;6(3):335-49.

**Waldum HL**, Sandvik AK. The role of gastric secretagogues in regulating gastric histamine release in vivo. Gastroenterology. **1992** Sep;103(3):1123.

Brenna E, **Waldum HL**. Trophic effect of gastrin on the enterochromaffin like cells of the rat stomach: establishment of a dose response relationship. Gut. **1992** Oct; 33(10):1303-6.

**Waldum HL**, Sandvik AK, Syversen U, Brenna E. The enterochromaffin-like (ECL) cell. Physiological and pathophysiological role. Acta Oncol. **1993**; 32(2):141-7.

**Waldum HL**, Brenna C. Classification of **gastric carcinomas**. Hum Pathol. 1993 Jan;24(1):114-5.

**Waldum HL**, Sandvik A, Brenna E. Gastrin, the enterochromaffin-like cell, and **gastric tumors**. Gastroenterology. **1993** Oct; 105(4):1264-6.

**Waldum HL**, Brenna E, Kleveland PM, Sandvik AK, Syversen U. Review article: the use of **gastric acid-inhibitory drugs** - physiological and pathophysiological considerations. Aliment Pharmacol Ther. **1993** Dec; 7(6):589-96.

**Waldum HL**, Haugen OA, Brenna E. Do neuroendocrine cells, particularly the D-cell, play a role in the development of **gastric stump cancer**? Cancer Detect Prev. **1994**;18(6):431-6.

Syversen U, Jacobsen MB, O'Connor DT, Rønning K, **Waldum HL**. Immunoassays for measurement of chromogranin A and pancreastatin-like immunoreactivity in humans: correspondence in patients with neuroendocrine neoplasia. Neuropeptides. **1994** Mar;26(3):201-6.

Sandvik AK, Dimaline R, Mårvik R, Brenna E, **Waldum HL**. Gastrin regulates histidine decarboxylase activity and mRNA abundance in rat oxyntic mucosa. Am J Physiol. **1994** Aug;267(2 Pt 1): G254-8. doi: 10.1152/ajpgi.1994.267.2. G254.

Brenna E, Swarts HG, Klaassen CH, de Pont JJ, **Waldum HL**. Evaluation of the trophic effect of long-term treatment with the histamine H2 receptor antagonist loxtidine on rat oxyntic mucosa by differential counting of dispersed cells. Gut. **1994** Nov; 35(11):1547-50.

**Waldum HL**, Brenna E. **Omeprazole tolerability**. Drug Saf. **1994** Dec;11(6):477-8.

**Waldum HL**, Brenna E, Kleveland PM, Sandvik AK. Gastrin-physiological and pathophysiological role: clinical consequences. Dig Dis. **1995** Jan-Feb; 13(1):25-38.

Mårvik R, Sandvik AK, **Waldum HL**. Bioassay of gastrin using the isolated vascularly perfused rat stomach. A new, simplified and sensitive method. Acta Physiol Scand. **1995** Nov;155(3):323-7.

**Waldum HL**, Sandvik AK, Brenna E, Kleveland PM. The gastrin-histamine sequence. Gastroenterology. **1996** Sep; 111(3):838-9.

**Waldum HL**, Arnestad JS, Brenna E, Eide I, Syversen U, Sandvik AK. Marked increase in gastric acid secretory capacity after **omeprazole** treatment. Gut.**1996** Nov; 39(5):649-53.

Mårvik R, Sandvik AK, **Waldum HL**. Gastrin stimulates histamine release from the isolated pig stomach. Scand J Gastroenterol. **1997** Jan; 32(1):2-5.

Sandvik AK, Brenna E, **Waldum HL**. Review article: the pharmacological inhibition of gastric acid secretion - tolerance and rebound. Aliment Pharmacol Ther. **1997** Dec; 11(6):1013-8.

**Waldum HL**, Kvetnoi IM, Sylte R, Schultze B, Martinsen TC, Sandvik AK. The effect of the peroxisoime proliferator ciprofibrate on the gastric mucosa and particularly the gastrin cell. J Mol Endocrino. **1998** Feb; 20 (1): 111-7.

**Waldum HL**, Brenna E, Sandvik AK. Relationship of ECL cells and **gastric neoplasia**. Yal J Biol Med. **1998** May-Aug; 71(3-4):325-35.

**Waldum HL**, Aase S, Kvetnoi I, Brenna E, Sandvik AK, Syversen U, Johnsen G, Vatten L, Polak JM. Neuroendocrine differentiation in **human gastric carcinoma**. Cancer. **1998** Aug 1;83(3):435-44.

Qvigstad G, Arnestad JS, Brenna E, **Waldum HL**. Treatment with **proton pump inhibitors** induces tolerance to histamine-2 receptor antagonists in Helicobacter pylori-negative patients. Scand J Gastroenterol. **1998** Dec;33(12):1244-8.

**Waldum HL**. Hypergastrinaemia with long-term **omeprazole** treatment. Aliment Pharmacol Ther. **1999** Mar; 13(3):440.

**Waldum HL**, Rørvik H, Falkmer S, Kawase S. Neuroendocrine (ECL cell) differentiation of spontaneous **gastric carcinomas** of cotton rats (Sigmodon hispidus). Lab Anim Sci. **1999** Jun;49(3):241-7.

**Waldum HL. ECL cell tumor and endocrine carcinoma of the stomach**. Gastroenterology. **1999** Aug;117(2):510-11.

**Waldum HL**, Syversen U. Prospective study of the value of serum chromogranin A or serum gastrin levels in the assessment of the presence, extent, or growth of gastrinomas. Cancer. **1999** Oct 1; 86(7):1377-8.

Cui G, Qvigstad G, Falkmer S, Sandvik AK, Kawase S, **Waldum HL**. Spontaneous ECLomas in cotton rats (Sigmodon hispidus): tumours occurring in hypoacidic/hypergastrinaemic animals with normal parietal cells. Carcinogenesis. **2000** Jan;21(1):23-7.

**Waldum HL**, Brenna E. Personal review: is profound acid inhibition safe? Aliment Pharmacol Ther. **2000** Jan; 14(1):15-22.

**Waldum HL**, Mårvik R, Grønbech JE, Sandvik AK, Aase S. Oxyntic lesions may be provoked in the rat both by the process of acid secretion and also by gastric acidity. Aliment Pharmacol Ther. **2000** Jan;14(1):135-41.

Bakke I, Qvigstad G, Brenna E, Sandvik AK, **Waldum HL**. Gastrin has a specific proliferative effect on the rat enterochromaffin-like cell, but not on the parietal cell: a study by elutriation centrifugation. Acta Physiol Scand. **2000** May; 169(1):29-37.

**Waldum HL**, Syversen U. Chromogranin A (CGA) and the enterochromaffin-like (ECL) cell. Adv Exp Med Biol. **2000**; 482:361-7.

**Waldum HL**, Brenna E, Sandvik AK. The mechanism of histamine secretion from gastric enterochromaffin-like cells. Am J Physiol Cell Physiol. **2000** Jun; 278(6):C1275-6.

Qvigstad G, Sandvik AK, Brenna E, Aase S, **Waldum HL**. Detection of chromogranin A in **human gastric adenocarcinomas** using a sensitive immunohistochemical technique. Histochem J. **2000** Sep; 32(9):551-6.

**Waldum HL**, Brenna E, Martinsen TC. Safety of **proton pump inhibitors**. Aliment Pharmacol Ther. **2000** Nov;14(11):1537-8.

Kleveland O, Syversen U, Slørdahl K, **Waldum HL**. Hypergastrinemia as a cause of chromogranin A increase in blood in patients suspected to have neuroendocrine tumor. Digestion. **2001**;64(2):71-4.

**Waldum HL**, Qvigstad G, Falkmer S. Indications for a neuroendocrine tumor- carcinoma sequence. Virchows Arch. **2001** Aug;439(2):215-7.

**Waldum HL**. **The safety of proton pump inhibitors**. Aliment Pharmacol Ther. **2001** May;15(5):729-30.

**Waldum HL**, Syversen U. Serum chromogranin A in the control of patients on long-term treatment with inhibitors of acid secretion. Eur J Clin Invest. **2001** Sep;31(9): 741-3.

Qvigstad G, Qvigstad T, Westre B, Sandvik AK, Brenna E, **Waldum HL**. Neuroendocrine differentiation in **gastric adenocarcinomas** associated with severe hypergastrinemia and/or pernicious anemia. APMIS. **2002** Feb; 110(2):132-9.

Martinsen TC, Taylor DM, Johnsen R, **Waldum HL**. Gastric acidity protects mice against prion infection? Scand J Gastroenterol. **2002** May; 37(5):497-500.

**Waldum HL**, Brenna E, Sandvik AK. Long-term safety of **proton pump inhibitors**: risks of **gastric neoplasia** and infections. Expert Opin Drug Saf. **2002** May;1(1):29-38.

**Waldum HL**, Kleveland PM, Sandvik AK, Brenna E, Syversen U, Bakke I, Tømmerås K. The cellular localization of the cholecystokinin 2 (gastrin) receptor in the stomach. Pharmacol Toxicol. **2002** Dec; 91(6):359-62.

**Waldum H**, Brenna E. Discussion on the effect of chronic hypergastrinemia on human enterochromaffin-like cells: insights from patients with sporadic gastrinomas. Gastroenterology. **2003** May ;124(5):1564-5; author reply 1565.

Martinsen TC, Kawase S, Håkanson R, Torp SH, Fossmark R, Qvigstad G, Sandvik AK, **Waldum HL**. Spontaneous ECL cell carcinomas in cotton rats: natural course and prevention by a gastrin receptor antagonist. Carcinogenesis. **2003** Dec; 24(12):1887-96.

Viste A, Øvrebø K, Maartmann-Moe H, **Waldum H**. **Lanzoprazole** promotes **gastric carcinogenesis** in rats with duodenogastric reflux. Gastric Cancer. **2004**; 7(1):31-5.

Fossmark R, Martinsen TC, Torp SH, Kawase S, Sandvik AK, **Waldum HL**. Spontaneous enterochromaffin-like cell **carcinomas** in cotton rats (Sigmodon hispidus) are prevented by a somatostatin analogue. Endocr Relat Cancer. **2004** Mar; 11(1):149-60.

Qvigstad G, **Waldum H**. **Rebound hypersecretion after inhibition of gastric acid secretion**. Basic Clin Pharmacol Toxicol. **2004** May; 94(5):202-8.

Fossmark R, Martinsen TC, Bakkelund KE, Kawase S, **Waldum HL**. ECL-cell derived gastric cancer in male cotton rats dosed with the H2-blocker loxtidine. Cancer Res. **2004** May 15; 64(10):3687-93.

Fykse V, Sandvik AK, Qvigstad G, Falkmer SE, Syversen U, **Waldum HL**. Treatment of ECL cell carcinoids with octreotide LAR. Scand J Gastroenterol. **2004** Jul; 39(7):621-8.

Fossmark R, Martinsen TC, Bakkelund KE, Kawase S, Torp SH, **Waldum HL**. Hypergastrinaemia induced by partial corpectomy results in development of enterochromaffin-like cell carcinoma in male Japanese cotton rats. Scand J Gastroenterol. **2004** Oct; 39(10):919-26.

Syversen U, Ramstad H, Gamme K, Qvigstad G, Falkmer S, **Waldum HL**. Clinical significance of elevated serum chromogranin A levels. Scand J Gastroenterol. **2004** Oct;39(10):969-73.

Fossmark R, Martinsen TC, Qvigstad G, Bendheim MØ, Kopstad G, Kashima K, **Waldum HL**. Ultrastructure and chromogranin A immunogold labelling of ECL cell carcinoids. APMIS **2005** Jul - Aug; 113(-8): 506-12.

Martinsen TC, Bergh K, **Waldum HL**. Gastric juice: a barrier against infectious diseases. Basic Clin Pharmacol Toxicol. **2005** Feb; 96(2):94-102.

Bakkelund K, Fossmark R, Nordrum I, **Waldum H**. Signet ring cells in **gastric carcinomas** are derived from neuroendocrine cells. J Histochem Cytochem. **2006** Jun; 54(6):615-21. Epub 2005 Dec 12.

**Waldum HL**, Fossmark R. Idiopathic gastric acid hypersecretion. Eur J Gastroenterol Hepatol. **2005** Dec; 17(12):1433.

**Waldum HL**, Gustafsson B, Fossmark R, Qvigstad G. Antiulcer drugs and **gastric cancer**. Dig Dis Sci. **2005** Oct;50 Suppl 1: S39-44.

Fossmark R, Zhao CM, Martinsen TC, Kawase S, Chen D, **Waldum HL**. Dedifferentiation of enterochromaffin-like cells in **gastric cancer** of hypergastrinemic cotton rats. APMIS. **2005** Jun;1136):436-49.

**Waldum HL**. Hypergastrinaemia in patients infected with Helicobacter pylori treated with **proton pump inhibitors**. Gut. **2005** Apr; 54(4):566.

Fossmark R, Johnsen G, Johanessen E, **Waldum HL**. Rebound acid hypersecretion after long-term inhibition of gastric acid secretion. Aliment Pharmacol Ther. **2005** Jan 15;21(2):149-54.

Jianu C, Qvigstad G, **Waldum HL**. Synchronous **gastric adenocarcinoma** and carcinoid. J Gastrointestin Liver Dis. **2006** Jun; 15(2):202; author reply 202-3.

**Waldum H**. Assessment of the risk of iatrogenic hypergastrinaemia from patients with gastrinoma. Basic Clin Pharmacol Toxicol. **2006** Jan; 98(1):3.

**Waldum HL**, Qvigstad G. **Proton pump inhibitors** and **gastric neoplasia**. Gut. **2007** Jul;56(7):1019-20; author reply 1020.

Fossmark R, **Waldum H**. Rebound acid hypersecretion. Aliment Pharmacol Ther. 2007 Apr 15;25(8):999-1000; author reply 1000.

Cui G, **Waldum HL**. Physiological and clinical significance of enterochromaffin-like cell activation in the regulation of gastric acid secretion. World J Gastroenterol. **2007** Jan 28;13(4):493-6.

**Waldum HL**, Sandvik AK, Brenna E, Fossmark R, Qvigstad G, Soga J. Classification of tumours. J Exp Clin Cancer Res. **2008** Nov 14;27(1):70.

Qvigstad G, Kolbjørnsen Ø, Skancke E, **Waldum HL**. Gastric neuroendocrine carcinoma associated with atrophic gastritis in the Norwegian Lundehund. J Comp Pathol. **2008** Nov; 139(4):194-201.

Fossmark R, Qvigstad G, **Waldum HL**. **Gastric cancer**: animal studies on the risk of hypoacidity and hypergastrinemia. World J Gastroenterol. **2008** Mar 21; 14(11):1646-51.

Fossmark R, Jianu CS, Martinsen TC, Qvigstad G, Syversen U, **Waldum HL**. Serum gastrin and chromogranin A levels in patients with fundic gland polyps caused by long-term **proton-pump inhibition**. Scand J Gastroenterol. **2008** Jan; 43(1):20-4.

**Waldum HL**, Kleveland PM, Brenna E, Bakke I, Qvigstad G, Martinsen TC, Fossmark R, Gustafsson BI, Sandvik AK. Interactions between gastric acid secretagogues and the localization of the gastrin receptor. Scand J Gastroenterol. **2009**; 44(4):390-3.

Fossmark R, Qvigstad G, Martinsen TC, Hauso Ø, **Waldum HL**. Animal models to study the role of long-term hypergastrinemia in **gastric carcinogenesis**. J Biomed Biotechnol. 2011; 2011:975479.

Jianu CS, Fossmark R, Syversen U, Hauso Ø, **Waldum HL**. A meal test improves the specificity of chromogranin A as a marker of neuroendocrine neoplasia. Tumour Biol. **2010** Oct; 31(5):373-80.

**Waldum HL**, Qvigstad G, Fossmark R, Kleveland PM, Sandvik AK. Rebound acid hypersecretion from a physiological, pathophysiological and clinical viewpoint. Scand J Gastroenterol. **2010** Apr; 45(4):389-94.

Martinsen TC, Skogaker NE, Fossmark R, Nordrum IS, Sandvik AK, Bendheim MØ, Bakkelund KE, **Waldum HL**. Neuroendocrine cells in diffuse **gastric carcinomas**: an ultrastructural study with immunogold labeling of chromogranin A. Appl Immunohistochem Mol Morphol. **2010** Jan; 18(1):62-8.

Jianu CS, Lange OJ, Viset T, Qvigstad G, Martinsen TC, Fougner R, Kleveland PM, Fossmark R, Hauso Ø, **Waldum HL**. Gastric **neuroendocrine carcinoma** after long-term use of **proton pump inhibitor**. Scand J Gastroenterol. **2012** Jan; 47(1):64-7.

Jianu CS, Fossmark R, Viset T, Qvigstad G, Sørdal O, Mårvik R, **Waldum HL**. Gastric carcinoids after long-term use of a **proton pump inhibitor**. Aliment Pharmacol Ther. **2012** Oct;36(7):644-9. Epub 2012 Aug 5.

**Waldum HL**, Sandvik AK, Hauso O, Qvigstad G, Fossmark R. Withdrawing PPI therapy: response to Metz et al. Am J Gastroenterol. **2012** Feb; 107(2):325-6; author reply 326.

Bakkelund KE, Nordrum IS, Fossmark R, **Waldum HL**. **Gastric carcinomas** localized to the cardia. Gastroenterol Res Pract. **2012**; 2012:457831.

Fossmark R, **Waldum H**. Development of **diffuse carcinomas** in the gastric corpus in patients with rugal hyperplastic gastritis. Int J Cancer. **2013** Nov; 133(9):2260.

Fossmark R, **Waldum H.** The distressing overuse of **gastric acid inhibitors**. Dig Dis Sci. **2013** Mar; 58(3):600-1.

**Waldum HL**, Hauso Ø, Sørdal ØF, Fossmark R. Gastrin May Mediate the Carcinogenic Effect of Helicobacter pylori Infection of the Stomach. Dig Dis Sci. **2015** Jun; 60(6):1522-7.

**Waldum HL**, Hauso Ø, Fossmark R. The regulation of gastric acid secretion - clinical perspectives. Acta Physiol (Oxf). **2014** Feb; 210(2):239-56.

**Waldum HL**, Hauso Ø, Fossmark R. Letter: **proton pump inhibitors**, hypergastrinaemia and the risk of **gastric neoplasia**. Aliment Pharmacol Ther. **2015** Aug; 42(3):389.

Fossmark R, Sagatun L, Nordrum IS, Sandvik AK, **Waldum HL**. Hypergastrinemia is associated with **adenocarcinomas** in the gastric corpus and shorter patient survival. APMIS. **2015** Jun; 123(6):509-14.

Boyce M, Moore AR, Sagatun L, Parsons BN, Varro A, Campbell F, Fossmark R, **Waldum HL**, Pritchard DM. Netazepide, a gastrin/cholecystokinin-2 receptor antagonist, can eradicate gastric neuroendocrine tumours in patients with autoimmune chronic atrophic gastritis. Br J Clin Pharmacol. **2017** Mar; 83(3):466-475.

Sagatun L, Mjønes P, Jianu CS, Boyce M, **Waldum HL**, Fossmark R. The gastrin receptor antagonist netazepide (YF476) in patients with type 1 gastric enterochromaffin-like cell neuroendocrine tumours: review of long-term treatment. Eur J Gastroenterol Hepatol. **2016** Nov; 28(11):1345-1352.

**Waldum HL**, Kleveland PM, Sørdal ØF. Helicobacter pylori and gastric acid: an intimate and reciprocal relationship. Therap Adv Gastroenterol. **2016** Nov; 9(6):836-844.

Sagatun L, Fossmark R, Jianu CS, Qvigstad G, Nordrum IS, Mjønes P, **Waldum HL**. Follow-up of patients with ECL cell-derived tumours. Scand J Gastroenterol. **2016** Nov; 51(11):1398-405.

Fossmark R, Calvete O, Mjønes P, Benitez J, **Waldum HL**. ECL-cell carcinoids and carcinoma in patients homozygous for an inactivating mutation in the gastric H(+) K(+) ATPase alpha subunit. APMIS. **2016** Jul; 124(7):561-6.

**Waldum HL**, Sørdal ØF. Classification of Epithelial Malignant Tumors - the Differentiation Between **Adenocarcinomas** and **Neuroendocrine Carcinomas**: Why Rely on Nonspecific Histochemistry and Dismiss Specific Methods Like Immunohistochemistry and In Situ Hybridization? Appl Immunohistochem Mol Morphol. **2016** May-Jun; 24(5):309-12.

**Waldum HL**, Hauso Ø, Brenna E, Qvigstad G, Fossmark R. Does long-term profound inhibition of gastric acid secretion increase the risk of ECL cell- derived tumors in man? Scand J Gastroenterol. **2016** Jul; 51(7):767-73.

**Waldum HL**. **Proton pump inhibitors** and **gastric cancer**. Tidsskr Nor Laegeforen. **2016** Jan 12; 136(1):13-4. English, Norwegian.

Mjønes P, Nordrum IS, Sørdal Ø, Sagatun L, Fossmark R, Sandvik A, **Waldum HL**. Expression of the Cholecystokinin-B Receptor in Neoplastic Gastric Cells. Horm Cancer. **2018** Feb ;9(1):40-54.

**Waldum HL**, Sagatun L, Mjønes P. Gastrin and **Gastric Cancer**. Front Endocrinol (Lausanne). 2017 Jan 17; 8:1.

**Waldum HL**, Fossmark R. Types of **Gastric Carcinomas**. Int J Mol Sci. **2018** Dec 18; 19(12):4109.

**Waldum HL**, Sørdal Ø, Fossmark R. **Proton pump inhibitors (PPIs)** may cause **gastric cancer** - clinical consequences. Scand J Gastroenterol. **2018** Jun; 53(6):639-642.

**Waldum HL**, Öberg K, Sørdal ØF, Sandvik AK, Gustafsson BI, Mjønes P, Fossmark R. Not only stem cells, but also mature cells, particularly neuroendocrine cells, may develop into tumours: time for a paradigm shift. Therap Adv Gastroenterol. **2018** May 27;11:1756284818775054.

**Waldum HL**, Fossmark R. **Proton pump inhibitors** and **gastric cancer**: a long expected side effect finally reported also in man. Gut. **2018** Jan; 67(1):199-200. Epub 2017 Nov 20.

Fossmark R, Martinsen TC, **Waldum HL**. Adverse Effects of **Proton Pump Inhibitors** - Evidence and Plausibility. Int J Mol Sci. **2019** Oct 21; 20(20):5203.

**Waldum HL**, Rehfeld JF. **Gastric cancer** and gastrin: on the interaction of Helicobacter pylori gastritis and acid inhibitory induced hypergastrinemia. Scand J Gastroenterol. **2019** Sep; 54(9):1118-1123.

**Waldum HL**, Fossmark R. Role of Autoimmune Gastritis in **Gastric Cancer**. Clin Transl Gastroenterol. **2019** Sep; 10(9): e00080.

**Waldum HL**, Sørdal ØF, Mjønes PG. The Enterochromaffin-like [ECL] Cell- Central in Gastric Physiology and Pathology. Int J Mol Sci. **2019** May 17; 20(10):2444.

**Waldum H**, Mjønes P. Towards Understanding of **Gastric Cancer** Based upon Physiological Role of Gastrin and ECL Cells. Cancers (Basel). **2020** Nov 22; 12(11):3477.

Ness-Jensen E, Bringeland EA, Mattsson F, Mjønes P, Lagergren J, Grønbech JE, **Waldum HL**, Fossmark R. Hypergastrinemia is associated with an increased risk of gastric adenocarcinoma with proximal location: A **prospective population-based nested case-control** study. Int J Cancer. **2021** Apr 15; 148(8):1879-1886.**Waldum H**, Mjønes PG. Correct Identification of Cell

of Origin May Explain Many Aspects of **Cancer**: The Role of Neuroendocrine Cells as Exemplified from the Stomach. Int J Mol Sci. **2020** Aug 11; 21(16):5751.

**Waldum H**. Gastrin drives **gastric cancer** due to oxyntic atrophy also after Helicobacter pylori eradication. Therap Adv Gastroenterol. **2020** Jun 23; 13:1756284820931717.

**Waldum HL**. Clinical consequences of controversies in gastric physiology. Scand J Gastroenterol. **2020** Jun; 55(6):752-758.

**Waldum HL**. The increase in early-onset **gastric carcinomas** from 1995 is probably due to the introduction of **proton pump inhibitors**. Surgery. **2020** Sep; 168(3):568-569.

Waldum H, Fossmark R. Gastritis, Gastric Polyps and Gastric Cancer. Int J Mol Sci. **2021** Jun 18;22(12):6548.

Waldum H. Tumor Classification Should Be Based on Biology and Not Consensus: Re-Defining Tumors Based on Biology May Accelerate Progress, An Experience of Gastric Cancer. Cancers (Basel). **2021** Jun 24;13(13):3159.


## V. Selective Abbreviations Used in This Report

| | |
|---|---|
| CCK-B receptor | Gastrin receptor |
| CGA | Chromogranin A |
| ECL | Enterochromaffin-Like cell |
| H$_2$RA | Histamine$_2$ Receptor Antagonist |
| H. pylori | Helicobacter pylori bacteria |
| HCL | Hydrochloric acid |
| NET | Neuroendocrine tumour |
| PPI | Proton Pump Inhibitor |
| OR | Odds Ratio |
| aOR | adjusted Odds Ratio |
| HR | Hazard Ratio |
| aHR | adjusted Hazzard Ratio |
| SIR: | Standardized Incidence Ratio |
| RR | Relative Risk |

## VI. Overview of Methodology

The basis of my opinions derives from my education, training, experience, research and what is accepted within the community of leading physicians practicing in the field of medicine, gastroenterology, and gastric carcinogenicity.

My opinions are based on my nearly 50-years of research involving gastroenterology, gastric anatomy & physiology and pathophysiology including, but not limited to, the trophic hormone gastrin and its affects within the stomach; hypergastrinemia (elevated levels of gastrin within the blood) and its effects upon the gastric wall and cellular components; the enterochromaffin-like (ECL) cell and its role in gastric carcinogenicity, especially in the presence of hypergastrinemia; the role of gastric acid suppression, especially that caused by proton pump inhibitors (PPIs) in the development of hypergastrinemia (and its sequalae) and the 'rebound 'phenomenon' seen in some long-term PPI users who then try to stop taking the medication.  I conducted a thorough search in PubMed where relevant articles, whether supporting or opposing my view, were included. I have also reviewed internal company documents, relevant depositions, reports, and medical records in the *Stanley Baudin vs AstraZeneca et al Product Litigation*. I utilized the same methodology in reviewing PubMed, reviewing all available materials, and reviewing relevant articles, whether supporting or opposing my views, as I do in my usual and customary research and publications.[5]

To reach my conclusions, I have employed the same scientific methodology and rigor that I have used during some 50-years of study, research, in the writing of over 430 original scientific papers and when educating and training 20 candidates for their PhD. This includes my contribution to and review of the relevant published literature, expert judgment to assess the quality and

meaning of the various papers and studies that were reviewed, and my syntheses of the available evidence.

The methods I used to derive and present my opinions are those used in general in the assessment of causal relations in science and medicine and, more specifically, in gastroenterology, gastric pathology and gastric carcinogenicity. The methods are based on the experience and insight I have accumulated during over 50 years of research, consulting, reviewing and PhD-candidate supervision, from discussions and interactions with leading gastroenterologists, gastric oncologists, and gastric pathologists

My opinions may be further supplemented and refined, subject to results that may come from further medical and scientific study and research and the continued review of additional information and discovery materials produced in this litigation.

## VII. Key Expert Opinions

The present review is based upon nearly 50 years' work in clinical gastroenterology, gastric physiology, and pathology.

I hold the below expert opinions to a reasonable degree of medical and scientific certainty. Other opinions may be stated within my report.

- In humans, gastrin is the main physiological regulator of gastric acid secretion.

- In humans and other species, the stimulation of acid secretion by gastrin is mediated by the stimulation of histamine release from the ECL cell.

- Gastrin has a general trophic (growth) effect on the gastric oxyntic (acid-producing) mucosa.

- Gastrin has a more specific effect upon the ECL cell, not only regulating its function but also its growth.

- The ECL cell has been shown to contain the gastrin receptor.

- Treatment with PPIs in conventional doses leads to variable, sometimes marked, hypergastrinemia.

- Nexium has caused a 2- to 6-fold increase in serum gastrin levels in 80%–100% of patients receiving chronic therapy.

- Gastrin stimulates ECL cells to increase in density and proliferate.

- In humans, treatment with PPIs in conventional doses results in a variable and sometimes marked increase in ECL cell mass because of hypergastrinemia.

- The ECL cell mass will persist longer than the effect of the PPI when the drug is discontinued.

- An increased ECL cell mass is responsible for the increased gastric acid secretory capacity seen after termination of treatment with a proton pump inhibitor (the so-called rebound effect seen in some patients).

- Long-term profound acid inhibition induced by both PPIs and an insurmountable histamine-2 receptor antagonist (loxtidine) induced malignant ECL cell-derived tumours in the oxyntic mucosa of rodents.

- Loxtidine was under development by Glaxo Wellcome (now GlaxoSmithKline) and, after observations of it inducing malignant ECL cell-derived tumours in the oxyntic mucosa of rodents, its development was cancelled.

- Omeprazole (Prilosec) was under development by Swedish AB Hässle, part of Astra AB (now AstraZeneca) contemporaneously with loxtidine and omeprazole induced similar

malignant ECL cell-derived tumours in the oxyntic mucosa of rodents; its development was continued.

- Hypergastrinemia causes gastric neoplasia of different degrees of malignancy in rodents including ECL cell-derived neuroendocrine tumors (NETs), also called carcinoid tumors, and carcinomas.

- There is a causal connection between hypergastrinemia and ECL cell carcinogenesis in humans.

- Many of the gastric carcinomas in humans, and particularly those of diffuse type, are neuroendocrine–tumors and not adenocarcinomas.

- Long-term use of proton pump inhibitors results in a proliferation of ECL cells, the cells which release histamine and influence the parietal cells to release gastric acid. These ECL cells remain for a period of time after cessation of PPI use resulting in continued excessive gastric acid release; the so-called 'rebound phenomenon'.

- Long-term use of proton pump inhibitors has increasingly been shown to induce and/or promote the development of gastric cancer and, for the reasons set forth below, it is my opinion to a reasonable degree of medical certainty, more probable than not, that Stanley Baudin's long-term treatment with the Nexium substantially contributed to the development of his gastric cancer.

## VIII. Normal Gastric Anatomy and Physiology

The stomach is a complex organ that aids in digestion, regulating nutrition, controlling appetite and whose acidic pH and proteolytic enzymes minimize the threat posed by swallowed pathogenic microbes. The stomach is a dilated cylindrical J-shaped organ whose anatomic

regions can be distinguished based on specific landmarks with the stomach's cardia region linking to the esophagus while the pyloric region links to the duodenum, the small intestine.



1. Body of stomach
2. Fundus
3. Anterior wall
4. Greater curvature
5. Lesser curvature
6. Cardia
7. Pyloric sphincter
8. Pyloric antrum
9. Pyloric canal
10. Angular notch
11. Gastric Canal
12. Rugal folds

Fig.1. Anatomy of the stomach [6]

The stomach continues the chemical digestion which begins in the mouth with saliva. Via the esophagogastric junction, or cardiac orifice, the stomach attaches to the esophagus through which the stomach receives food. Gastric contractions provide mechanical assistance to digestion. The stomach serves as a container for ingested food and little nutrient absorption occurs inside the stomach. All foods ingested are broken down into chyme, an acidic fluid consisting of gastric juices and partially digested food. True digestion with absorption of nutrients occurs when the chyme passes from the stomach through the pyloric valve between the stomach and the duodenum and through the small and large intestines.

There are several important cells found within the walls of the stomach, including the acid-producing parietal cells and enzyme producing chief cells and, also, different neuroendocrine cell.[7] At present, at least six endocrine cells have been described in the stomach: G cells, D cells, enterochromaffin-like (ECL) cells, A-like cells, D1/P cells, and enterochromaffin (EC) cells. [8]

In the cardia, which has nothing to do with the heart but is the top region of the stomach and pyloric region, cells can be found which secret mucus along with several hormones. Additionally, cells in the pyloric region also release gastrin.

The gastric activity involved in digestion just briefly discussed is divided into three phases: cephalic, gastric, and intestinal. I will concentrate in this report on the cells and hormones involved with the gastric phase of digestion.

The three principal gastric acid secretagogues, acetylcholine, gastrin, and histamine have been known since 1920.[9,10,11] For purposes of this Expert Report, I will concentrate on the ECL cell and, to a lesser degree, the G cells.

### A. The G Cell

The G cells, so named because they release gastrin, are located within the antral mucosa and play an important role in regulating gastric acid secretion by releasing gastrin into the bloodstream.[12]

Proteins within ingested food stimulate the G cells to release gastrin, which stimulates the enterochromaffin-like cells (below) to release histamine and stimulates parietal cells to secrete acid. The G cells have a direct contact with the gastric lumen (open type) and gastrin release is inhibited or stimulated by the presence or absence of gastric acid.[13]

Curiously, the mechanism and the receptor by which luminal acid regulates gastrin release has not been completely elucidated. Moreover, it is agreement that both the G cell and somatostatin producing D cell, both being of the open type, are involved, and both express the calcium-sensing (CaS) receptor which is believed to play an important role in acid sensing[14,15]. Acid sensing ion channels also occur in the mucosa of the gastrointestinal tract[14], and visceral afferent neurons have been reported to sense acid.[16]

Following the secretion of gastric acid, under normal circumstances, feedback pathways are activated to inhibit further acid secretion.[17] One such protective feedback is related to the release of somatostatin by D cells within the stomach.[18,19]  Somatostatin exerts inhibitory control on gastrin release by the antral G cells and has a direct effect on the parietal cell and the ECL cell by inhibiting gastrin-induced histamine release.[20]

### B. The Enterochromaffin-like (ECL) Cell

I have studied the ECL cell for several decades and, as previously mentioned, my Doctor d'Etat degree, a French PhD equivalent degree, was awarded, with the equivalent of 'High Honors', to me in 1993 after I successfully defended my second thesis, 'La Cellule Enterochromaffin-Like (ECL) - Une Cellule Clé De La Muqueuse Gastrique' at the Université de Paris.

I have, currently, 89 peer-reviewed publications on the ECL cell with the first, 'Enterochromaffin-Like Tumour Cells in the Diffuse but not the Intestinal Type of Gastric Carcinomas', published 30 years ago, in 1991.[21] I have lectured on the role of the ECL cell in gastric cancer formation and 15 of my 20 PhD candidates whom I have supervised conducted research involving the ECL cell, gastrin and gastric cancer (Table I). Amongst the 20 book chapters I have written there is an entire chapter devoted to the ECL cell.[22]

**Table I. Fifteen of the twenty theses I supervised to PhD concerned gastrin, the ECL cell and gastric cancer.**

| Candidate | Year of PhD | Title | Most important finding |
|---|---|---|---|
| Per M. Kleveland | 1987 | Studies on gastrin | Functionally gastrin stimulates acid secretion via histamine |
| Arne K. Sandvik | 1988 | Rat gastric histamine | Showed that gastrin released histamine |
| Eiliv Brenna | 1992 | Regulation of function and growth of gastric mucosa | Gastrin stimulates acid secretion in isolated parietal cells only when increasing histamine concentration |
| Unni Syversen | 1994 | Chromogranin A. Physiological and Clinical role | Chromogranin A elevation in gastrinoma patients is probably due to ECL cell proliferation |
| Ronald Mårvik | 1999 | Pharmacological, physiological, and pathophysiological studies on isolated stomachs. | Release of histamine by gastrin in isolated pig stomach. The process of acid secretion accentuates ischemia in the stomach, an argument for inhibition of acid secretion in severely ill patients. |
| Gunnar Qvigstad | 2000 | Consequences of hypergastrinemia in man. | Showed that maximal pentagastrin-stimulated acid secretion was increased by concomitant vagal stimulation and that previous PPI treatment induced tolerance to histamine -2 blockers. Use of tyramide signal amplification disclosed neuroendocrine markers in many gastric carcinomas. |
| Tom Chr. Martinsen | 2002 | Hypergastrinemia and gastric hypoacidity in rodents. | The peroxisome proliferator ciprofibrate induces hypergastrinemia without changing gastric acidity, and a gastrin antagonist prevents gastric cancer in Japanese cotton rats. Immuno-electron microscopy . |
| Guang-Lin Cui | 2001 | Functional aspects of the ECL cell in rodents | In this work it is shown that PACAP stimulates acid secretion by releasing histamine and that omeprazole suppressed body weight gain and bone mineralization in young rats. |
| Ingunn Bakke | 2002 | Mechanism and consequences of peroxisome proliferator-induced hyperfunction of the rat gastrin-producing cell. | The gastrin receptor is located on the ECL cell, but not on the parietal cell. Specific trophic effect on the ECL cell. |
| Reidar Fossmark | 2004 | Gastric cancer in Japanese cotton rats | Japanese cotton rats develop gastric carcinomas of ECL cell origin. In this thesis it is shown that a gastrin antagonist as well as a somatostatin analogue prevents tumour development. |
| Karin Elvenes Bakkelund | 2010 | Gastric neuroendocrine cells-role in gastric neoplasia in man and rodents. | The most important findings in this thesis are the demonstration of neuroendocrine/ECL cell markers but not mucin in signet ring cancer cells and the demonstration of secretory granules in cancer cells from diffuse gastric |

| | | | carcinomas. |
|---|---|---|---|
| Constantin Sergiu Jianu | 2012 | Proton pump inhibitors and gastric neoplasia | The most important findings are the description of a gastric carcinoma developing from a polyp in a hiatal hernia in a patient having been treated for 15 years with PPIs (very similar history like the SB case) and the description of ECL cell NETs after PPI treatment that disappeared when stopping treatment. |
| Øystein Sørdal | 2012 | The role of gastrin and the ECL cell in gastric carcinogenesis | In this thesis in-situ hybridization with a new and more specific method was applied on human and rodent tumour tissue. The most important finding was the lack of mucin proteins and mRNA in the amorphous material in signet ring cells whereas neuroendocrine markers were expressed |
| Liv Sagatun | 2017 | Hormones and neuroendocrine cells. Role in gastric tumourigenesis. | Here it is shown that hypergastrinemia mainly predisposes to gastric carcinomas localized to the corpus which is in line with the role of the ECL cell being confined to the oxyntic area. |
| Patricia Mjønes | 2018 | Hormones and neuroendocrine cells. Role in gastric and renal tumourigenesis | Neuron specific enolase is shown to be more specific neuroendocrine marker than generally believed, and that the gastrin receptor was expressed in gastric tumour cells of variable malignancy |

The ECL cell was identified by Thunberg in the oxyntic mucosa in the 1960s[23] and accepted as the cell producing and storing the histamine taking part in the regulation of gastric acid secretion in the rat.[24]  Subsequently the ECL cell was described in other species, including man, but histamine was not found in the ECL cells in non-rodent species until the later part of the 1980s.[25] Gastrin was soon recognized as an important stimulant of the ECL cell growth inducing not only ECL cell hyperplasia, but also gastric 'ECL-omas' or neuroendocrine (formerly 'carcinoid) tumors' (NETs)  which are mainly composed of ECL cells.[26]

Dr. Nilo Havu who was, at that time,  with the Department of Pathology in the Toxicology Laboratories of what was, previously, AB Astra in Sweden, described these findings in the rat in 1986.[27]

I have been shown a memo from Merck's regulator liaison at that time, James T. Molt, PhD to his immediate supervisor, David W. Blois, PhD, regarding "*Minutes – Merck/Hässle/FDA Meeting to Discuss Losec[28] Resubmission.*"[29]

Dr. Molt writes, "*In addition, it will be important to discuss the progression from increased numbers of ECL cells through to neoplasia. It will be important to discuss this in light of the animal data.*"

There was no equivocation; this natural "progression" is PPI-induced decreased acid secretion, subsequent development of hypergastrinemia, resultant ECL proliferation, dysplasia, and the development of cancer. Hypergastrinemia causes gastric neoplasia of different degrees of malignancy in rodents.[27] Hypergastrinemia has also been associated with various gastric malignancies in human beings including neuroendocrine tumors (NETs), previously named carcinoid tumors, and carcinomas such as adenocarcinomas[30] including signet ring cell carcinomas.

The ECL cell is the most predominant gastric neuroendocrine cell and produces and releases histamine.[31,32,33] The ECL cells have a close connection to the acid producing parietal cells.[34] The ECL is confined to oxyntic glands localized to the oxyntic mucosa but also may be found in the antral mucosa[35] and is the only cell in the stomach where the gastrin receptor has been demonstrated with certainty.[36] (Fig. 2)



Fig. 2. The regulation of gastric acid secretion (a) with a closer view of the interaction between gastrin, the ECL cell and the parietal cell (b).[37]


Gastrin stimulates the ECL cell by interaction with gastrin receptor (CCK2), previously also called the CCK-B receptor, thereby activating the release of histamine from the ECL cells. Histamine subsequently stimulates the parietal cells to produce hydrochloric acid. (Fig. 2 and 3).



Fig. 3. Waldum HL, Sandvik AK: Gastric functional and trophic receptors for CCK; in Stone TW (ed): Aspects of synaptic transmission. 2. Acetylcholine, sigma receptors, CCK and eicosanoids, neurotoxins. London, Taylor & Francis, 1993, pp 157- 172.

**IX**.     **The Function of Gastric Juice and the Regulation of Gastric Acid Secretion.**

The gastric juice is unique in being both a highly acidic liquid with active enzymes, especially the proteolytic enzyme pepsin but also a lipase. The acidity denatures ingested proteins which subsequently are cleaved by the active enzyme pepsin secreted as a proenzyme pepsinogen activated by acid. Thus, the protein digestion is started. However, from a biological point of view the most important function of the gastric juice is to destroy swallowed microorganisms, a task which the gastric juice is ideal to do by the combination of high acidity and active enzymes. Normal gastric juice kills bacteria, virus and even prions. Above pH 4.0 pepsin has no proteolytic activity[38], gastric juice loses its bactericidal activity at around pH 3.5[39] and, therefore, gastric acidity is maintained by regulation below that value.[40] Gastric acidity is regulated by the vagal nerves[41] as well as by hormones with gastrin from the antral part of the stomach being the most important.[42]

As previously mentioned, for 100 years[43] it has been known that acetylcholine from the vagal nerves, gastrin from the antrum and histamine were the three major gastric acid secretagogues. In the late sixties the enterochromaffin-like cell (ECL) in the oxyntic mucosa was shown to be the cell producing the histamine taking part in the regulation of acid secretion[44], and it is now established that the gastrin receptor is localized on the ECL cell[45] which, upon stimulation, releases histamine which subsequently stimulates the acid producing parietal cell.[31,32,46] Vagal nerves stimulate the parietal cell via acetylcholine[47] and also acid secretion indirectly via histamine release by interaction with a muscarinic-2 receptor on the ECL cells.[48] The parietal cell contains a proton pump which in the resting situation is confined to cytoplasmatic vesicles but upon stimulation are incorporated into the luminal membrane whereby H+ is pumped into the

glandular lumen followed by K+ transport into the cell and Cl- into the lumen to maintain electrical neutrality.[49]

From above, it should be clear that gastric juice has important biological functions. However, this highly acidic and proteolytic juice may cause damage when it is exposed to mucosa not designated for such exposure. In fact, only the gastric mucosa, and the mucosa of the duodenal bulb, by their combined secretion of mucous and bicarbonate, can withstand normal gastric juice. However, even in these anatomic locations a break can occur due to an increase in gastric acidity or a reduction in the defense mechanisms. Moreover, the stratified epithelium in the esophageal mucosa becomes damaged due to reflux of gastric juice when the gastro-esophageal 'valve' by some cause or the other does not function properly. Both peptic ulcer and lesions in patients with gastro-oesophageal reflux disease (GERD) heal with treatment reducing gastric acidity. However, after the recognition of Helicobacter pylori (H. pylori) as the cause of peptic ulcer disease, and the subsequent healing of the disease by H. pylori eradication, GERD has become the main indication for long-term treatment with inhibitors of gastric acid secretion. In addition, gastric changes due to use of non-steroid anti-inflammatory drugs (NSAIDs) as well as bleeding secondary to antiplatelet and anticoagulation drugs, may be prevented by inhibitors of gastric acid secretion. Therefore, many such patients use such drugs.

Mishuk et al.,[50] in 2020 reported that "*PPI use among the U.S. population increased from 5.70% in 2002-2003 to 6.73% in 2016-2017 (P value = 0.011), representing an 18.07% overall increase of PPI use. Increased trends in PPI use were observed among U.S. adults aged 65 years and older, both males and females, non-Hispanic whites, non-Hispanic blacks, Hispanics, Asians.*"

Furthermore, Mishuk et al., noted that "[F]indings of this study are also in accord with the existing evidence of increased PPI use worldwide, such as in Australia (ref.[51]) and Taiwan (ref.[52])".

PPIs are increasingly being prescribed for prolonged, sometimes lifetime, use by health care providers.[53] In 2016, Scarpignato et al., writing with the Italian Society of Pharmacology, the Italian Association of Hospital Gastroenterologists, and the Italian Federation of General Practitioners, wrote,

> "*Soon after the introduction of omeprazole, the first PPI, into the market, Jean Paul Galmiche, a leading French gastroenterologist, wrote a thoughtful article* [ref.[54]] *anticipating that the **unprecedented clinical efficacy of these drugs would have lead (patients and physicians alike) to addiction**, and indeed, this is the case. **Once on a PPI, the majority of patients stay on long-term PPIs, often indefinitely** [ref.[55]]**, especially the elderly** [ref.[56]]*. (Emphasis added)

 Nevertheless, despite this new, post-approval information regarding the addiction potential of these drugs, many patients with diffuse dyspepsia are given such drugs without an accepted indication. Generally, the more efficient an inhibitor of gastric acid secretion is, the more effective it is with respect to healing of eventual lesions and in reducing acid related symptoms. Therefore, the most efficient of the inhibitors became most popular and most prevalently used.

## X. Gastrin and Its Role in Gastric Acid Secretion

Immediately after having moved to Trondheim, I started planning for further research. Since I knew that patients with reduced gastric acidity, which led to an increase in gastrin levels, were predisposed to develop gastric cancer I decided to start studying: '*The Role of Gastrin in Gastric Carcinogenesis*'.

I applied for such a project and received a grant which made it possible to establish a laboratory and a research group. We started to study the expression of gastrin receptor on human gastric carcinomas cells. We decided to copy a method described by a U.S. group described in a reputed journal and used in many papers published by the same group in the same journal. However, we could not reproduce the method and therefore contacted the laboratory describing the method and we were welcomed there. Unfortunately, they could not themselves reproduce the method after the foreign researcher having developed the method had returned to his home country. Accordingly, we realized that we had to develop our own method.[57] In a receptor assay, it is implicit that the labelled ligand (in this case gastrin) must have preserved its structure and biological activity. Unfortunately, there existed no bioassay with enough specificity and sensitivity to assess gastrin activity of radioactively labelled gastrin. Although isolated rat stomach at that time was reported not to secrete acid, we realized that this was due to hypoxia when using only oxygenated buffer for vascular perfusion taking into consideration that acid secretion probably is the most energy requiring process in the body by creating a gradient of more than 1 million between the gastric juice and the body. We therefore added red blood cells to the vascular perfusion and the stomach started to produce acid.[58]

At the same time, Short et al.[59] published on their success of making an isolated rat stomach produce acid and their description did suggest some important points. However, Short et al. did

not develop their stomach model further and, unlike us, did not make any further physiological studies on this model.

We showed that our labelled gastrin had full biological activity and, thus, was suitable for use in a gastrin receptor assay. We also felt that the model was ideal for studying the interaction between the different major gastric acid secretagogues, acetylcholine, gastrin, and histamine, which, at that time, was disputed. With this model we could definitively close more than 60-years of scientific disagreement for we established that maximum gastrin-stimulated acid secretion was inferior to maximum histamine-stimulated acid secretion and that gastrin did not augment maximal histamine-stimulated acid secretion whereas a cholinergic agent augmented maximal histamine-stimulated acid secretion[60]

These findings were compatible with gastrin-stimulating acid secretion via increasing histamine release whereas acetylcholine had a direct stimulatory effect. We were the first group to apply a specific and sensitive histamine immunoassay and show that gastrin released histamine in quantities enough to explain the acid stimulation.[61] Some years later we got access to a fluorinated gastrin analogue which we could show in the isolated rat stomach bound to the histamine-producing enterochromaffin-like (ECL) cell and not to the parietal cell.[36] Thus, we had solved most of the important questions related to the physiological regulation of gastric acid secretion.

Gastrin stimulates the histamine release from the ECL cell, the only cell with an undisputed gastrin receptor[62]. There has been a long discussion concerning whether the gastrin receptor is localized to the parietal cell. The paper by Kopin et al.[63] cloning the gastrin receptor from oxyntic mucosal cells seemed to settle the discussion despite the possibility for ECL cell contamination of the cells purified to 95% in parietal cells. However, there is from a functional

point of view no need for a gastrin receptor on the parietal cell.[36,61] In a recent experimental study the presence of the gastrin receptor gene in a phase of parietal cell development was claimed[64] which is surprising since this expression was not attributed to any physiological or trophic effect. Based upon the calcitonin releasing effect of pentagastrin in patients with medullary thyroid carcinoma, the presence of a gastrin (CCKB(2)) receptor on the C cells has been assumed[65]. However, endogenous hypergastrinemia has not been reported to induce C cell hyperplasia, and it cannot be excluded that the calcitonin releasing effect of pentagastrin given in a high dose could be mediated by a CCKA receptor which shares part of the active site with the CCKB receptor.[66] Anyhow, it may at least be concluded that the only location of the gastrin/CCK B receptor of importance for gastric cancer is on the ECL cell.

Histamine, in turn, stimulates the parietal cell, but since the acid secretion in parietal cells in patients using PPIs is blocked (inhibited), no further acid is produced, and the luminal acidity is not changed. Thus, there is a continuous stimulation of gastrin release from the G cell and of histamine release from the ECL cell.

Stimulation of the function of cells is frequently accompanied by stimulation of proliferation.[67] Accordingly, cells being constantly stimulated develop hyperplasia. Both the G cell[68] and the ECL cell[69] can proliferate, but the ECL cell is much more responsive than the G cell. Thus, after a period of hypoacidity the densities of G cell in the antrum and the ECL cell in the oxyntic mucosa are increased.[70] The density of ECL cells is more markedly elevated and, possibly due to differences in regulation of proliferation between the two cell types or other inherent properties, the G cell, in contrast to the ECL cell does not generally develop into a tumour although a case report describing an antral gastrinoma in a patient after PPI treatment[71] and description of G cell tumours in connection with H. pylori gastritis and PPI use have been reported.[72]

In rodents, the ECL cell shows a brisk response to hypergastrinemia resulting in a marked hyperplasia.[73] There is a species difference in oxyntic ECL density depending of the number of meals per day ingested with the rat eating, more or less, continuously on one side and, thus, having the highest ECL cell density and the dog, which has but one or two meals a day, on the other side of the equation with low ECL density; man can be found in between.[32]



Fig.4. Histamine sensitivity and ECL cell density have opposite relationship to amount of meals/day.

With prolonged hypergastrinemia clusters of ECL cells develop[74] which, with time, can develop into ECL neuroendocrine tumours (NETs) and, after more prolonged PPI exposure, ECL tumours of variable malignancy[27,75] Also, in man, PPI treatment was recognized early on to induce hypergastrinemia and resultant ECL cell hyperplasia.[76] However, despite what had been shown in rodents, it was claimed by some ECL cell hyperplasia did not develop further into tumours in man.[77]

Nevertheless, Astra, the producer of the first PPI, omeprazole, described in a report filed in connection with the process of getting PPIs sold over the counter that, while some patients

developed ECL cell NETs after PPI treatment, these tumours disappeared after termination of the PPI treatment.[78] Subsequently, there have been multiple reports on the occurrence of gastric NETs in patients having been treated with PPIs for some time[13,79,80,81,82,83] as well as an increase in prevalence following the introduction of PPIs.[84] As discussed in more detail below, there has been an increase in the incidence and prevalence of NETS during the last several decades being most marked for the stomach both in the U.S.[85] as well as in England.[86] There can accordingly be no doubt that long-term treatment with PPIs predisposes to gastric NETs as seen with all conditions with long-term hypergastrinemia including autoimmune gastritis[87,88], Helicobacter pylori infection[89,90], gastrinoma as part of multiple endocrine neoplasia type I (MEN I)[91] or the sporadic form[92,93] and in patients after surgery with retained antrum not exposed to gastric acid.[94] Finally, Denis M. McCarthy, in a recent review, incriminated hypergastrinemia as the cause of the increase in gastric NETs originating from the ECL cell, and that PPI treatment contributed to this development.[95]

In general NETs show some peculiarities compared with other malignant tumours (Table II). The traits of the neuroendocrine tumours reflect closely the properties of the normal neuroendocrine cells which in many respects are predisposed to tumour development.

| Peculiarities with neuroendocrine tumours | These peculiarities may be explained by properties of the cell of origin |
|---|---|
| In spite of an apparent benign phenotype, metastasize early | They are spread among other cells reflecting low adherence. The enterochromaffin like (ECL) cell in the stomach has been shown not to express E-cadherin. Low adherence facilitates spread. |
| Grow slowly. Cytotoxic drugs mainly without any effect on tumour growth | NE cells do divide, but very slowly |
| Tumour cells look very similar to the normal cell of origin. Low mutation rate. Immunotherapy does not seem promising | |
| Produce signal substances which may give symptoms if reaching the circulation in sufficient concentration and having an easily recognized effect | Produce signal substances |

Table II. The properties of NETs reflect their cell of origin.[96]

**XI. Agents Reducing Gastric Acidity.**

Antacids were among the first to have some effect of acid related discomfort and diseases. These are buffers raising luminal pH and often have an immediate effect on pain. Unfortunately, antacids have a short-lived effect and do not raise the gastric pH for a sufficient period to induce healing when used in accepted doses.

Anticholinergic drugs reduce gastric acidity[97], however they are not widely utilized because they are associated with many side effects when given in high doses.

The first drugs found to be efficient in elevating gastric pH in a sufficient time to allow healing of peptic ulcers were the histamine-2 (H-2) blockers.[98] These drugs dominated market in the treatment of peptic ulcer during the late seventies and the eighties. However, the H-2 blockers often failed to sufficiently induce necessary inhibition of acid secretion and, therefore, PPIs replaced the use of H-2 blockers after but a few years in the marketplace.

The PPIs bind irreversibly to an activated proton pump and thus prevent anymore $H^+$ secretion from the pump.[99] The PPI remains bound to that proton pump for the 'life' of that pump, preventing it from secreting $H^+$. In response, the parietal cells will develop new proton pumps to secrete $H^+$ necessitating continuous use of a PPI. PPIs blocks the final and common step in acid secretion irrespective of the mode of stimulation, and since PPIs only bind to activated pumps and are destroyed by high acidity in the stomach, they need to be given in connection with meals. Nevertheless, the full effect achieved by PPIs is reached only after several days with the accumulation of blocked pumps. PPIs generally have a short serum half-life, but due to its covalent binding to the activated proton pump, the effect lasts for more than 24 hours.[100] By blocking the final step in acid secretion PPIs, in sufficient dosing, can remove nearly all acid secretion after several days of treatment[101] in contrast to other agents inhibiting acid secretion at

the time of PPI launching. The PPIs have very few direct side effects reflecting their interference with a unique mechanism not found other places in the body as well as the dependence of acidity to become activated. Thus, the problems related to PPI use are solely secondary to their biological function, the inhibition of gastric acid secretion.

## XII. Consequences of Inhibition of Gastric Acid Secretion.

At an approximate pH of 4.0 pepsin activity is virtually lost[38] and the bactericidal effect of gastric juice drops concomitantly.[102] Despite this knowledge for many decades, there has been little concern expressed regarding the loss of the protective biological function of gastric juice: the killing of microorganisms.

In connection with the "Mad Cow Disease", we conducted studies on the role of gastric juice in the defense against prions which are misfolded proteins with the ability to transmit their misfolded shape onto normal variants and cause several neurodegenerative diseases in humans and many other animals. We were able to show an increased rate of infection in mice dosed with inhibitors of gastric acid secretion when exposed to a scrapie agent which is a prion with a three-dimensional folding configuration. Experimental scrapie, a fatal brain disease, has been extensively studied in hamsters and mice when the agent is absorbed via the oral route.[103,104]

Recently, interest in the microbiological effect within the stomach has increased in connection with evolved focus on the gut microbiome.[105] But in contrast to some members of the medical society, the biology in our bodies does "understand" the role of the acidic gastric juice trying to keep it highly acidic by stimulation of acid secretion via increasing gastrin. The gastrin producing G cell, localized in the antral mucosa, responds to luminal acidity either directly via receptors on the G cell itself[106,107] or indirectly via somatostatin producing D cells[59]. The inhibition of gastrin release by luminal acid tapers gradually off until a pH level of

approximately 3.5 to 4.0 above which gastrin release is maximal[108] which indirectly shows the biological significance of the microbiological killing by gastric juice.

Gastrin stimulates the histamine release from the ECL cell, as discussed above, the only cell with an undisputed gastrin receptor.[36] Histamine in turn stimulates the parietal cell, but since the acid secretion in parietal cells in patients using PPIs, is blocked, no more acid is produced, and the luminal acidity is not changed. Thus, there is a continuous stimulation of gastrin release from the G cell and of histamine release from the ECL cell. There seems to be a general rule that stimulation of function is accompanied by stimulation of proliferation.[67] Accordingly, cells being constantly stimulated develop hyperplasia. Both the G cell[68] and the ECL cell[69] have the ability to proliferate, but the ECL cell is much more responsive than the G cell. Thus, after a period of hypoacidity the densities of G cell in the antrum and the ECL cell in the oxyntic mucosa are increased.[70] The density of ECL cells is more markedly elevated , and possibly due to differences in regulation of proliferation between the two cell types or other  inherent properties, the G cell, in contrast to the ECL cell does not generally develop into a tumour although a single case report describing an antral gastrinoma in a patient after PPI treatment[71] and description of G cell tumours in connection with H. pylori gastritis and PPI use have been reported.[72]

## XIII. Gastrin's Trophic Role Within the Stomach

Since the description of the Zollinger-Ellison syndrome[109] it has been generally accepted that gastrin has a trophic effect on the oxyntic, or acid-producing, gastric mucosa. The clinical importance of the trophic effect of gastrin was first recognized with the description of gastric neoplasms known as 'carcinoids' occurring in patients with 'atrophic oxyntic gastritis (inflammation of the acid producing mucosa of the stomach with resultant

degeneration/shrinkage of the tissue which leads to reduced acid secretion finally leading to achlorhydria (complete lack of stomach hydrochloric acid) and micronutrient deficiencies).[110]

This led to the development of the so-called '*gastrin hypothesis*' which proposed that blockade of acid secretion leads to hypergastrinemia stimulating ECL cell hyperplasia subsequently leading to neoplasia.[111]

In 1986, several researchers with the Hässle Research Laboratory and AB Hässle, along with co-authors from Sweden and Japan, published 'Plasma Gastrin and Gastric Enterochromaffin-like Cell Activation and Proliferation - Studies With Omeprazole and Ranitidine in Intact and Antrectomized Rats in which they describe what later became known as the 'gastrin hypothesis': "*The results of the present study favor the view that the diffuse and focal ECL cell hyperplasia and focal neoplasia (ECL cell carcinoids) observed in the rat stomach after 2 yr (sic) of treatment with omeprazole are the result of sustained pronounced hypergastrinemia induced in turn by long-lasting inhibition of acid secretion*."[112]

Also in 1986, in a "Preclinical Report on Losec (omeprazole)"[113] by Merck Sharp & Dohme Research Laboratories, it was reported that,

> "*The data submitted to date describe very clearly the relationship between pronounced inhibition of acid secretion and elevation of serum gastrin levels. **These studies have also demonstrated that maintenance of high serum gastrin concentrations induces a hyperplasia of enterochromaffin-like cells (ECL cells) in the gastric mucosa (Figure 1)**.*"[114] (Emphasis added)

> "***That omeprazole must induce its effect on ECL cells through production of hypergastrinemia has also been demonstrated by surgical removal of the antrum**. In this antrectomized model, administration of doses of omeprazole which were clearly capable of producing ECL cell hyperplasia produced only*

*very slight changes in this cell population. This subtle residual effect is attributable to incomplete surgical removal of G-cells in the antrum.*"[115] (Emphasis added)

And,

"*These studies submitted earlier suggested a **plausible hypothesis for production of gastric carcinoids after omeprazole administration**. It has been postulated that carcinoid tumors are secondary to ECL cell hyperplasia produced by hypergastrinemia which in turn is a direct result of inhibition of acid secretion by omeprazole. This sustained, marked hypergastrinemia and stimulation of ECL cells could be expected to result in focal ECL cell hyperplasia, subsequent micronodule formation and ultimately expressed as carcinoid tumors. These studies also suggest that carcinoid formation is unique to the rat.*"[116]

While it is true that the rat is particularly prone to develop ECL cell neoplasms due to eating habits (Fig.4), but the relationship between gastrin and ECL cell proliferation is the same in other species with a more infrequent food intake including man. Accordingly, ECL cell neoplasms have been shown secondary to long-term hypergastrinemia in every species examined adequately (Fig 5).



Fig. 5. (Modified from Waldum et al. Drug Safety, 2002;1:29-33)

In the previously discussed memo from Merck's regulator liaison, James T. Molt, PhD to his immediate supervisor, David W. Blois, PhD, regarding "*Minutes – Merck/Hässle/FDA Meeting to Discuss Losec Resubmission*", Dr. Molt also writes,

> "*Dr. Gallo-Torres asked if we knew of a report in the literature in which carcinoids were reported to occur in animals with no increase in gastrin levels. Both the MSDRL[117] and Haessle representatives stated that they did not think such a report existed. No such report has turned up in literature searches conducted independently by MSDRL and Haessle.*"[29]

It is correct that hypergastrinemia, more likely than not, is essential to, or is a significant contributing factor to, the development of ECL cell neoplasia. However, apparently spontaneous mutations may induce highly malignant ECL cell carcinoids without accompanying hypergastrinemia in man.[118] It should also be mentioned that peroxisome proliferators of type α induce ECL cell carcinoids[119] due to hypergastrinemia without affecting gastric acidity.[120]

It is my expert opinion, which I hold to a reasonable degree of medical certainty, that there is a causal connection between hypergastrinemia and ECL cell carcinogenesis.[121,122,123,124]

## XIV. Causes of Gastric Cancer

Gastric cancer was early recognized to be associated to gastric hypoacidity and a decade later to gastritis (Table III).

| Condition | Time |
|---|---|
| Hypoacidity | Forties |
| Gastritis | Fifties |
| Helicobacter pylori | Early nineties |
| Gastrin | Nineties |

**Table III.**
Conditions acknowledged to predispose to gastric cancer at different points of time; slightly changed from Waldum HL, Mjønes P. Towards understanding of gastric cancer based upon physiological role of gastrin and ECL cells. Cancers (Basel).[125] (Gastrin is the common factor for the three first conditions).

The dominating cause of gastric cancer is H. pylori gastritis[89] resulting in oxyntic atrophy[90] and thus hypergastrinemia. In addition, autoimmune gastritis, another cause of oxyntic atrophy, predisposes to gastric cancer.[126,127,128,129] Congenital missense of one of the genes coding for the proton pump also leads to anacidity, hypergastrinemia and gastric cancer.[130,131] Moreover, two epidemiological studies described an increased incidence of gastric carcinoma in persons having

had hypergastrinemia many years before.[132,133] Accordingly, gastrin obviously plays a central role in gastric carcinogenesis.[134,135] Therefore, every condition or treatment resulting in long-term hypergastrinemia would be expected to have a carcinogenic effect on the stomach. It was previously claimed that hypergastrinemia was dangerous only at very high values as found in patients with autoimmune gastritis and that values up to about 200 pmol/L as found in patients during PPI treatment, was of little concern.[136] However, gastrin is a peptide hormone interacting with a membrane receptor. Therefore, with values above the level at which all the receptors have a bound ligand, there will be no additional effect.[88] This general principle seems not to have been realized by all.[137] In fact gastrin stimulation of histamine release may be shown at a concentration as low as 2 pmol/L[138], and maximal functional and trophic effects of gastrin are reached at a concentration of about 300 pmol/L both in rodents[60,139] and man.[88] An important factor that also has to be taken into consideration is that upper normal fasting values have been too high since H. pylori infected persons were not excluded from the normal materials.[140] Finally, when PPIs are dosed once daily in the morning, fasting gastrin may be almost normal whereas it is the 24-h gastrin level that matters most.[40,141] Therefore, fasting gastrin underestimates the gastrin influence on the stomach. Moreover, curiously the effect on the ECL cell has been claimed to be as a result of the gastritis and not gastrin[142] (though no explanation is given as to why inflammation should have a specific function on the ECL cell compared with other cells). It should also be stressed that it does not exist a gastrin concentration threshold for the trophic effect on the ECL cell.[143] In recent years there have been many epidemiological studies describing increased risk of gastric cancer in patients having been treated with PPIs for long time.[144,145,146,147,148,149,150,151,152,153,154,155,156,157,158] It should be noted that some authors attributed the positive findings in several studies to confounding by indication, although others

use varying 'lag periods' of time in order to minimize this confounder, and/or immortal time bias. I understand that there will be experts in epidemiology who can discuss this in further detail. However, I will add that in two instances[145,159], authors who initially attributed the positive association to confounding and/or immortal time bias later published studies reporting a positive association between PPIs and gastric cancer.[152,158,160]

Of course, although hypergastrinemia is the dominating mechanism for development of gastric cancer, there are other causes and mechanisms leading to gastric cancer like hereditary lack of E-cadherin due to missense mutation of the coding gene CDH1.[161] Interestingly, we could not detect E-cadherin on ECL cells either[162] which could explain why this cell is prone to develop into malignancy. The Epstein Barr virus infection can also lead to gastric cancer. In these cancers, the Epstein Barr virus is found within the cancer cells.[163] In a retrospective study of resected gastric tissue, the Epstein Barr type of gastric cancer was found in 1 of 20 (5%) in a tumour displaying lymphoepithelial growth.[164] My close colleagues published in 2016 that deficiency of the plasminogen activator inhibitor (PAI-1) increased the trophic effects of hypergastrinemia in the oxyntic mucosa and thus possibly playing a role in carcinogenesis.[165] To my knowledge, this concept has not been developed further.

Concerning the etiology of gastric cancer, the role of GERD should also be mentioned. In this context the entity of gastric cardiac cancers is defined as those cancers located between 3 cm below and 2 cm above the gastroesophageal junction line is central.[165a]

The etiology of these cancers has been thought to be H. pylori and gastroesophageal reflux. Considering reflux, neither drugs inhibiting acid secretion nor antireflux surgery has been shown to protect against adenocarcinoma of the esophagus and cardia.[165b]

Gastroesophageal reflux is associated with esophageal cancer including those cancers due to Barrett's esophagus, but otherwise reflux disease seldom leads to premature death.[165c]

However, reflux disease may predispose to polyps mainly localized to the junction itself. These polyps are mainly benign.

Thus, reflux disease seems not to play any direct role in carcinogenesis of the stomach below the cardia.

## XV. Gastric Polyps and Gastric Cancer

Gastric polyps are lesions protruding into the lumen and are increasingly found at gastroscopy, in Western populations in more than 6% of patients.[166,167] Based upon their histomorphology gastric polyps may be divided into hyperplastic polyps, adenomatous polyps and fundic gland polyps.[168] Some types of polyps may also become malignant. PPI treatment is an important cause of the most prevalent type of gastric polyp, the fundic gland polyp,[166] which, however, seldom develop into malignancy when not being a part of an inherited polyposis syndrome.

The hyperplastic polyps are most often related to gastritis,[169] and H. pylori infection plays a role in their pathogenesis as they may regress after H. pylori eradication,[170] most likely as a result of reducing hypergastrinemia.[171] The description of ECL cell hyperplasia and NETs within gastric hyperplastic polyps[172] and an association between argyrophilic cell (a marker of neuroendocrine cells) hyperplasia and hyperplastic polyps was reported in the early eighties.[173] This gives us an indication that there is a role for the ECL cells and, thus, gastrin in the pathogenesis of hyperplastic polyps being secondary to the trophic effects of ECL cell signal substances. Hyperplastic polyps may become dysplastic and malignant,[174] and there are reports of diffuse carcinomas, including the signet ring subtype, in hyperplastic polyps.[175,176] The importance of

gastrin in the pathogenesis of hyperplastic polyps and secondary malignancy is exemplified by the description of a case with marked hypergastrinemia secondary to H. pylori gastritis, long-term use of PPIs and with ECL cell micro-nests located at the base.[177] Similarly, a hyperplastic polyp occurring in a patient with autoimmune gastritis became malignant during an observation time of 9 years.[178] Adenomatous polyps are not as prevalent as the hyperplastic form, but they have a malignant potential also and H. pylori gastritis is involved in the pathogenesis.[168]

## XVI. Gastric Cancer

Gastric cancer was previously very prevalent, but there has been a continuous decline in incidence during the last part of the last century.[179] However, gastric cancer is still an important type of cancer death due to high mortality.[180]  Cancers localized to the cardiac region have shown an increase in incidence in contrast to the rest of the stomach.[181] Adenocarcinomas localized to esophagogastric junction have similarities with gastric adenocarcinomas in general, but the prognosis is worse, possibility due to more frequent spread to nearby lymph nodes.[182] The role of H. pylori in the carcinogenesis in the cardiac region has been controversial, but in Japan at least H. pylori was the dominating cause also for these cancers.[183] Nevertheless, the role, if any,  of PPIs in cardiac carcinogenesis will not be covered in this report, particularly for large interest in the subject although they represented only 2.8% of resected gastric carcinomas in Japan.[184]

Low gastric acidity[185,186] and gastritis[187,188] were early recognized as predisposing factors which was confirmed and explained by the description of H. pylori as the dominating cause of gastritis[189] and gastric cancer.[89] (Table III) The mechanism for the carcinogenic effect by H. pylori was intensively searched, but without success. In this context it should be added that a bacterial infection has never been described to lead to cancer. Taking into consideration that H.

pylori gastritis when affecting the oxyntic mucosa leads to hypergastrinemia[190], we claimed that the carcinogenic effect of H. pylori could be due to hypergastrinemia as early as 1993[191], a concept that we have repeated many times later.[192] The descriptions that H. pylori infection only predisposes to gastric cancer after having induced atrophy of the oxyntic mucosa[90], that H. pylori eradication does not eliminate the cancer risks in patients with oxyntic atrophy due to H. pylori gastritis[193] as well as the increased occurrence of gastric cancer during a relatively short period after H. pylori eradication in patients treated with PPI[148,149] are all compatible with the concept that H. pylori causes gastric cancer via hypergastrinemia. Similarly, hypergastrinemia in rodents induces gastric NETs/cancer in rats[27], mice[194], Mastomys[195], Mongolian gerbils[196] and Japanese cotton rats[197,198] Transgenic mice with hypergastrinemia (INS-GAS mice) are used for studying gastric carcinogenesis[199], and in this model, H. pylori infection increased the prevalence of gastric cancer.[200] To conclude this part, there is no doubt that hypergastrinemia leads to gastric malignant tumours in rodents and in man. Moreover, it is evident that hypergastrinemia also drives gastric carcinogenesis due to H. pylori[134,192]

The central role of hormones, as well as local endocrine cells, in cancer development has become apparent. Moreover, the classification of tumors should focus not only on the organ of origin but also on the cell of origin. All cells with the ability to divide may give rise to tumors. Hormones often stimulate the proliferation of certain cell types, leading to an increased mass of that cell type. It is well-known, and has been generally accepted since the late 1970s, that the trophic hormone, gastrin, stimulates the ECL cell resulting in both increased size and proliferation of the ECL cells[11,27,77,125,201,202,203,204,205,206] This target cell of gastrin, the ECL cell, develops into neoplasia when exposed to long-term hypergastrinemia in all species examined adequately.[125] (Fig. 5) In addition to the hormone's role in the 'development' of gastric cancer, gastrin also has

a growth-promoting effect on nude mice transplanted neoplastic lesions and oxyntic gastric cell lines.[207,208,209]

Gastric cancer frequently expresses the gastrin receptor genes[21,210,211,212], supporting its pathogenesis from ECL cells, as previously mentioned, the only cell with an undisputed gastrin receptor.[5,36]

Hur et al., in 2005, published the results of their study looking at 279 patients with histologically proven adenocarcinoma of the stomach finding that "*…the expression rates of gastrin and the gastrin receptor are high (about 50%) in gastric carcinoma tissues, and that the expressions of gastrin and gastrin receptor are associated*."[211] They studied the expression of gastrin and its receptor by immunohistochemistry, and immunohistochemistry has been known to be problematic in specificity in detection receptors, possibly due to homology in structure between receptors.

Ito et al., in 2008, using antibodies against the gastrin-gastrin receptor system and detected such expression in 5 gastric carcinoma cell lines and 48 human gastric tumor tissues.[213] All gastric carcinoma cell lines expressed the gastrin receptor and, consistent with Hur et al., 65% of the gastric tumors expressed the gastrin receptor.[214]  This is consistent with findings from our team, published in 2018 describing gastrin receptor on gastric cancer cells.[215]

The expression of gastrin and its receptor in human adenocarcinomas was also reported from a Danish group examining gastrin peptides in extract of cancer tissue and gastric cancer cells by immunohistochemistry as well  as gastrin and gastrin receptor gene expression by real-time PCR.[216] The presence of gastrin and  gastrin-mRNA in tissue extracts could have been influenced by possible contamination of antral tissue, and the expression of gastrin expression in

the cancer cells needs confirmation by in-situ hybridization. It should also be added that there is a publication describing endocytosis of gastrin in cancer cells with the gastrin receptor.[217]

Furthermore, a gastrin receptor antagonist, or blocker, (YF476/netazepide) prevents carcinogenesis in several models.[198,218,219,220,221,222]

Omeprazole, and esomeprazole, through their inhibition of gastric acid secretion and resultant hypergastrinemia, have been shown to induce proliferation and increased density of the ECL cells.[223,224,225,226,227] I have had the opportunity to review November 25, 1986 'Losec In-Depth Review Meeting Minutes from one C.A. Hildebrand of MSDRL, dated December 30, 1986.[228] I note that Dr. Hildebrand wrote, "*Copies of these minutes should not be sent to Astra*".

Within these minutes, Dr. Hildebrand wrote,

> "*The FDA has reviewed the data from preclinical studies and they agree with Astra's hypothesis that hypergastrinemia is the cause of increased ECL cell density, ECL proliferation, and the formation of gastric carcinoids in rats. The FDA has agreed that the ECL cell hyperplasia and gastric carcinoid tumors were the result of the sustained high levels of gastrin produced by the exaggerated pharmacologic effect of PPIs and that additional preclinical studies beyond those completed or planned are not needed to support the NDA. The effect of LOSEC on serum gastrin levels and on the gastric mucosa of humans remains an issue.*"[229] (Underlining in the original).

Furthermore, Tielemans et al. reported in 1989 that, in a study they conducted on rats with omeprazole, the data indicated that "*…the omeprazole-evoked ECL cell hyperplasia is a result of accelerated self-replication. The positive correlation between the plasma gastrin concentration and the ECL cell labeling index is compatible with a causal relationship between circulating gastrin levels and increased ECL cell density.*"[223]

Although the density of a target cell exposed to continuous hormonal overstimulation reaches a maximum[230], some target cells show increased proliferation, leading to local accumulation of

cells in clusters, representing dysplasia and the start of neoplasia.[231] With normalization of the hormone level such histological nests, or even macroscopic tumors at early phases, may apparently disappear.[13]

This apparent reversal of dysplastic or even neoplastic tissue has been reported to occur with the use of omeprazole and esomeprazole dating as far back as the early 1980s and reported by AstraZeneca to the FDA in 2000.[232] It is to be noted that gastric carcinoids due to atrophic gastritis, a histopathologic disorder characterized by chronic inflammation of the gastric mucosa with loss of the gastric glandular cells, may disappear when the functional hypergastrinemia is removed by the treatment with the gastrin receptor blocker YF476[233] or antrectomy.[234]

However, these ECL cell-derived carcinoids have the propensity to become gastrin independent, giving rise to highly malignant tumours as seen in gastric carcinomas in patients with pernicious anemia[205] and the highly malignant ECL cell-derived carcinoma which developed after long-term PPI treatment that we described, and published, in 2012.[235] Therefore, as we unequivocally stated in another peer-reviewed, published 2021 manuscript, "*It may therefore be concluded that PPI-induced hypoacidity with secondary hypergastrinemia will in long-term lead to ECL cell neoplasia as seen in every other condition with hypergastrinemia*."[13]

This finding has been confirmed in the many epidemiological studies published in the past four years, all of which could just as easily have been done any time in the past 10 - 15 years.

In a study report dated April 1, 1986, titled 'Reversibility of ECL-cell and G-cell Hyperplasia After 10 Weeks' Omeprazole Treatment in Female Rats' and signed by Håkan Larsson, AB Hässle Gastrointestinal Research, the investigators noted that,

"*After 10 weeks treatment with omeprazole (400 μmol/kg, p.o.) increases were found in plasma and antral tissue gastrin levels and in the oxyntic mucosal histidine decarboxylase (HOC) activity and histamine level. In parallel, increases in G-cell (~2x) and ECL-cell (~3-4x) densities were found in antral and oxyntic mucosa, respectively.*"[236]

Then, following cessation of treatment with omeprazole, they reported,

"*Within 19 days after cessation of treatment plasma gastrin and oxyntic mucosal HDC-activity as well as antral G-cell and D-cell densities were back to control levels. Thirty-five to 70 days after stopping treatment stomach weight was down to control level. Antral gastrin levels were normalized within 70 days and oxyntic mucosal ECL cell density, and the histamine concentration were completely normalized after 140 days (20 weeks).*"[237]

These researchers concluded, in 1986, that, "*This study indicates that omeprazole treatment up to 10 weeks does not induce irreversible changes in ECL cells or G cells.*" However, this does not exclude the occurrence of mutations of the ECL cells during the hypergastrinemia period.

In a 1988 publication titled, 'Omeprazole: Its Influence on Gastric Acid Secretion, Gastrin and ECL Cells'[238], published in Toxicologic Pathology and presented at the Sixth International Symposium of the Society of Toxicologic Pathologists: "Gastrointestinal Toxicologic Pathology," June 1-3, 1987, in Philadelphia, Pennsylvania, Håkan Larsson and other researchers from both AB Hässle and the University of Lund, Sweden reported,

"*Control plasma gastrin levels were reached within a few days of stopping long-term treatment, and the ECL-cell density was back to normal 20 weeks after discontinuing 10 weeks of treatment with high-dose omeprazole. We conclude from these studies that the ECL-cell hyperplasia seen in rats after long-term treatment with gastric acid secretion inhibitors is reversible and secondary to the hypergastrinemia, and is not caused by the drugs per se.*"

What about the presence of neuroendocrine tumors seen after long periods of treatment? There is no correlation between what is seen at 10 weeks versus 1 – 2 years.

Of course, an initial observation is that for the reported 'reversal' to occur, the drug, omeprazole (or esomeprazole) must be stopped. Therefore, these studies would apply to those patients who cannot stop using the drugs for medical reasons, personal reasons or because of a severe rebound phenomenon (more on this below).

However, it is to be noted that, also in 2012, Brunner et al reported that no ECL cell tumours were observed in a long-term (up to 15 years) follow-up study of patients treated with PPIs due to severe peptic disease or gastro-esophageal reflux disease.[239] During this study H. pylori infection was treated with antibiotics resulting in a marked reduction of H. pylori positive patients during the observation, which would be expected to reduce the severity of the peptic ulcer disease. No standard dose of PPI was used but the dose was adjusted according to symptoms. Thus, pantoprazole was given in doses from 20 to 160 mg daily. Taking into consideration the steep concentration-response curve as well as the variation of the bioavailability of PPIs[240] it is reason to suspect that some of the 36 patients followed for 15 years were not treated with doses giving profound acid inhibition.[241] The great variation in serum gastrin reported by Brunner et al also suggests that some patients were markedly hypo-acidic in their stomach whereas others had normal gastric acidity. Nevertheless, this small study by Brunner et al does suggest that *most* patients will not develop any ECL-derived tumours, at least during the first decade of PPI treatment.

## XVII. Chromogranin A

Chromogranin A (CgA) is a protein localized to the secretory granules of neuroendocrine cells.[242,243] When a tumor develops in an endocrine tissue, it becomes the main source of circulating CgA.[244,245] High CgA levels have been demonstrated in the serum or plasma of patients with different types of endocrine tumors including, but not limited to, enterochromaffin cell tumors.[205,246,247,248,249,250,251,252,253, 254,255]

Enterochromaffin-like cell hyperplasia secondary to hypergastrinemia leads to a CgA increase in blood.[256] CgA is released from the cytoplasmic chromaffin granules into the blood. CgA levels may rise as the neoplastic cell mass increases. However, as the malignancy increases, the CgA level may, in fact, drop. Generally, CgA in blood is a marker of the total neuroendocrine mass, thus reflecting hyperplasia of, as well as neoplasia from, such cells

In 2012, my group published a case report regarding a gastric neuroendocrine carcinoma in a 49-year-old man using PPI for 15 years due to gastroesophageal reflux disease.[235] Tumor biopsies revealed a poorly differentiated neuroendocrine carcinoma. Blood tests showed pathologically increased fasting serum CgA and gastrin, 32 nmol/l (normal <6 nmol/l) and 149 pmol/l (normal <40 pmol/l), respectively. Immunolabeling with monoclonal antibody against CgA disclosed linear enterochromaffin-like (ECL) cell hyperplasia indicating long-term hypergastrinemia. By use of electron microscopy immunogold labeling, CgA was detected in secretory granules of tumor cells.

**XVIII. Carcinogenesis in General**

In this section, I will focus on the cell of origin of tumors, particularly that differentiated cells are able to divide and that not only stem cells may develop into tumors. Moreover, since each cell division by chance implies a small risk of mutation, every stimulation of proliferation is accompanied by an increased mutation risk. Knowledge of the regulation of proliferation of the cell of origin will therefore indicate the mechanism of the tumorigenesis. Furthermore, signal molecules including hormones (estrogen, testosterone, gastrin) thus become important in tumorigenesis. Finally, understanding that differentiated cells with slow proliferation undergo tumour development may also explain the phenomenon of so-called dormant tumor cells.

The dominating role of gastrin in gastric carcinogenesis[134] is an example of the important role of hormones in carcinogenesis. Hormones play a major role in the etiology of several of the commonest cancers worldwide including prostate cancer in men along with cancers of the ovary, endometrium, and breast in women.[257] The U.S. National Institute of Health's National Cancer Institute also recognizes the estrogens as "known human carcinogens."[258]

Several lines of evidence support a multistep process of tumorigenesis involving genetic alterations which drive the progressive transformation of normal human cells into malignant cells.[259,260,261] Tumorigenesis involves many mutations during this process, preferentially in genes regulating growth control and resulting in increased stimulation (oncogenes[262]; genes that have the potential to cause cancer) or removal of inhibition (tumour suppressor genes).[263] Carcinogenesis is a continuous process which affects cellular growth control[259] and has been reported to be initiated by a factor (initiator) inducing a mutation followed by other factors (promoters) stimulating the growth of the mutated cell.[264]

This may be demonstrated by the fact that a hyperplastic lesion or a benign tumour can predispose to a malignant neoplasm.[259] Clinically and histopathologically the transformation from simple hyperplasia, via an adenoma to a carcinoma, is perhaps most clearly observed in the epithelium of the colorectal mucosa.[265]

However, with cell divisions comes the risk of mutations with a certain frequency.[259] Mutagens, which may be physical, chemical, or biological, can cause irreversible changes in the cellular genetic material known as deoxyribonucleic acid (DNA), which may be inheritable. Whether a mutation induced by a mutagen gives rise to a clinically overt tumour depends on the type of mutation and on the replication of the mutated cell.

The role of hormones in the regulation of growth and development has been known for a long time.[259] By stimulating mitosis, cellular division, hormones increase the risk of mutation solely by increasing the number of cell divisions.[266] A rapidly dividing cell has a higher risk of mutating than a quiescent cell.[267] Hormones are both initiators and promoters of carcinogenesis; through the stimulation of cellular division they are initiators and by the subsequent stimulation of mutated cells still expressing the hormone receptor, they are promoters.[259,268] Already in 2000 Henderson and Feigelson presented such a view,[269] and the occurrence of cancer of the vulva and vagina in girls born of mothers having been treated with estrogen[270] indisputably demonstrates that a hormone is a complete carcinogen, at least in fetal life.

Only cells able to divide can give rise to neoplasia.[269] Cancers or malignant neoplasms are diseases where cells no longer respect their border for normal distribution but grow into neighboring structures (invasion) and/or invade other organs via transport in the blood or lymphatics or via natural cavities (metastasis).

The development of cancer initiates when a single mutated cell begins to proliferate abnormally. The most important issue in cancer pathology is the distinction between benign and malignant tumors.[271] Benign tumors develop when the number set point of a cell type is increased. With time, new mutations occur, and the tumor cell is gradually transformed into a more malignant stage. Additional mutations followed by selection for more rapidly growing cells within the population then result in progression of the tumor to increasingly rapid growth and malignancy. Thus, benign tumors imply an increased risk of developing into cancer. (Fig. 6)

Most often, in cancer cells there is an accumulation of mutations, but sometimes a mutation affecting a gene results in a cancer cell with few mutations.[5] However, even if it is undisputed that there are genetic changes in cancer cells, only a minor proportion of cancers occur due to congenital genetic disorders.[5,272]



Fig. 6. Stages of tumor development.[271]

Gastrin is the main regulator of ECL cell proliferation[123] and induces ECL cell hyperplasia, as reported in 1986 by Dr. Nilo Havu of AB Hässle.[27] As previously described, the release of histamine by ECL cells, under stimulation by gastrin from the G cells, results in the secretion of gastric acid by the parietal cells. In addition, histamine has an angiogenic effect[273], the physiological process through which new blood vessels form from pre-existing vessels which could be of importance in tumorigenesis. Tumors require nutrients and oxygen much like normal cells and tissues, in addition to an ability to evacuate metabolic wastes and carbon dioxide.[274]

Histamine also influences capillary permeability and promotes the passage of cells from the tissue into the blood stream and, thus, facilitates metastasis.[123]

The 'basic fibroblast growth factor' (bFGF), produced in the ECL cell[275], has an angiogenic effect.[273] Thus, substances normally produced in the ECL cell facilitate both tumor growth and metastases.[123] This is a general phenomenon of neuroendocrine cells explaining the apparent discrepancy between the low degree of cellular atypia and the clinically malignant behavior of such tumors. In other words, these cells may be more likely to develop tumors, including malignant ones, due to their normal production of paracrine factors, proteins synthesized by one cell which diffuses over small distances to induce changes in neighboring cells.[276] This enables tumors to arise from such cells after fewer mutations and with less deviation from the normal cell than tumors from cells normally lacking the production of such tumorigenic factors.[123]

Gastrin immunoassays were developed around 1970[277,278] and, thereafter, it was soon shown that patients with reduced gastric acidity had markedly elevated gastrin values.[279] Thereafter, small tumours in the oxyntic mucosa of patients with atrophic gastritis and pernicious anaemia were described as gastric carcinoids (now called gastric NETs – more below).[91]

The fundamental role of gastrin in the pathogenesis of gastric NETs was realized when similar tumours also occurred in patients with gastrinoma.[91] As a result, in 1988, Bordi published 'Carcinoid (ECL cell) tumor of the oxyntic mucosa of the stomach, a hormone dependent neoplasm?' suggesting that these tumours were hormonally induced.[280] However, Solcia et al., concluded that …"*in man the gastrin alone is able to promote the proliferation of ECL cells but is per se apparently unable to induce ECL transformation*."[77] This is, technically, true; gastrin is not a mutagen. However, gastrin does induce proliferation of the ECL cell, and it is generally

accepted that increased rapid cellular proliferation increases the potential for a mutation to occur, leading to a neoplasm.

Gastric NETs (carcinoids) are generally of ECL cell origin. Nevertheless, somatostatin expression has been reported in most tumour cells of highly malignant gastric endocrine carcinoma[281], and we have described a D cell gastric carcinoma secondary to hypogastrinemia due to antral resection according to Billroth II.[282] We have also described two ghrelinomas among 63 gastric neuroendocrine tumours.[283]

The gastric ECL cell NETs are classified in three groups[118]:

- Gastric carcinoid type 1, due to hypergastrinemia secondary to atrophic gastritis
- Gastric carcinoids type 2 due to hypergastrinemia secondary to gastrinoma and,
- gastric carcinoids type 3 in patients with normal serum gastrin.

Thus, in types I and I1 hypergastrinemia is present, which is essential in the neoplastic transformation.[206] Treatment with PPIs is not included in this classification but like in patients with gastrinoma of the sporadic type, gastrin is the only pathophysiological factor in both these situations. However, also in oxyntic atrophic gastritis hypergastrinemia and not the inflammation is the dominating cause of ECL cell tumours, and as I see it, type 1 and 2 should be merged.[134]

In addition, hypergastrinemia is now also associated with an increased risk of gastric adenocarcinomas[133], as discussed further below.

Gastric carcinoids type 1 and 2 have a good overall prognosis with a 96–100% 5-year survival.[284] However, metastatic disease and highly malignant transformation have been reported. [205] The type 3 gastric carcinoids have a poorer prognosis with 50% 5-year survival.[285] PPIs are potent inhibitors of gastric acid secretion. Patients treated with PPIs develop secondary

hypergastrinemia and ECL cell hyperplasia. It is no longer realistically disputed whether PPI treatment will lead to ECL cell-derived tumours. NETs (carcinoid tumors) seen in rats are a direct consequence of the trophic effect of marked and sustained elevations of serum gastrin due to profound and prolonged inhibition of acid secretion.

A very important finding concerning the role lack of gastric acid and hypergastrinemia came from the description of a Spanish family where two cousins had 10 children and 5 developed tumours in their stomachs, localized to the oxyntic mucosa. Four of the tumours were classified as gastric NETs diagnosed while the patients were in their twenties and the fifth tumour classified as adenocarcinoma, diagnosed in the patient's thirties. The affected children were anacidic due to a missense of one of the genes of the proton pump (ATP4A) and had, therefore, been exposed to a long-term hypergastrinemia.[286] Later we could reclassify the tumour of the oldest child from an adenocarcinoma to a neuroendocrine carcinoma.[287] This family shows, without a doubt, that long-term hypoacidity with secondary hypergastrinemia induces tumours of all degrees of malignancy.

### A. Adenocarcinomas

Gastric cancers have generally been classified as adenocarcinomas and thus being of exocrine cell origin. They have been subclassified into the *intestinal type*, showing a glandular growth pattern, and those lacking pattern as being of the *diffuse type*.[288] Nevertheless, also the diffuse cancers were classified as adenocarcinomas since the cancer cells were thought to contain mucin due to PAS positivity, a substance believed to selectively bind to mucin, a substance representing exocrine function. However, we have not been able to confirm that the PAS positive material is mucin. This was particularly shown in signet ring cell carcinomas (a subgroup of adenocarcinomas of the diffuse type discussed below) where the cancer cells are stuffed with

PAS positive material. By immunohistochemistry and in-situ hybridization we did not detect positivity for mucin, but instead neuroendocrine markers compatible with ECL cell origin.[289,290]

Generally, the distinction between gastric adenocarcinomas and neuroendocrine carcinomas was realized to be difficult clinically around 1980[30,291] by the great Japanese neuroendocrine expert, Jun Soga, who reclassified the cancers in Mastomys from adenocarcinomas to neuroendocrine carcinomas[292] and by the reclassification of the rodent tumours after long-term dosing of the insurmountable histamine-2 antagonist, loxtidine.[194,293] The presence of neuroendocrine tumour cells in adenocarcinomas has been a problem in cancer classification for a long time.[21,294] However, it is more likely than not that the ECL cell is the cell of origin for gastric carcinomas of the diffuse type.[294]

 I will add that when we published our first paper on the occurrence of neuroendocrine/ECL cell markers in gastric carcinomas in man[295] it was initially rejected due to very negative referees coming up with irrelevant criticism. From what was written, I recognized the two referees as being closely associated with Astra and I, therefore, wrote a letter to the Editor indicating that it was a pity that scientists with a close connection to pharmaceutical industry could block the publishing of a scientific study with new important findings. The Editor then accepted the study.

. However, by one reason or the other, the five first volumes (1989-1993) of "European Journal of Gastroenterology and Hepatology" were not included in PubMed. However, I must also confess that I made an error as Editor of the supplement produced after the meeting in Trondheim: Histamine and the Stomach, in publishing the same manuscript there. This was done to cover completely the presentations at the meeting, but I should, of course, have modified the manuscript to avoid double publication. Nevertheless, the access to the study which was reduced

by the lack of PubMed inclusion by "European Journal of Gastroenterology and Hepatology", was improved.

This paper was met with heavy criticism from Creutzfeldt and Solcia claiming that only histamine immunohistochemistry and electron-microscopy could identify a cell as an ECL cell and that the cells we had described could be EC cells[296] In the response I published that the cancer cells also were serotonin negative by immune histochemistry and therefore not EC cells.[297] We published in 1991 that many gastric carcinomas of diffuse type based upon immunohistochemistry were of neuroendocrine and more precisely ECL cell origin.[21] Later we used histidine decarboxylase (HDC) immunoreactivity as maker for histamine/ECL cell[289] and chromogranin immunoelectron-microscopy to identify secretory granules[298], and detected HDC positivity as well as chromogranin A secretory granules in gastric cancer cells, thus fulfilling the requirements for accepting an ECL cell put forward by Creutzfeldt and Solcia. Creutzfeldt wrote in a review on omeprazole safety some years after the dispute in European Journal of Gastroenterology and Hepatology that our findings of neuroendocrine/ECL cell differentiation markers in adenocarcinomas of diffuse type were pure speculations.[299] However, there are descriptions of neuroendocrine carcinomas composing a higher proportion of gastric adenocarcinomas than realized[252,300] and such findings have particularly been reported of the signet ring subgroup of carcinomas of diffuse type[289,301,302] The difficulties in distinguishing between adenocarcinomas and neuroendocrine carcinomas are of an old date[291,294]. Therefore, it is my expert opinion, held to a reasonable degree of medical certainty that the ECL cell gives rise to oxyntic gastric tumours classified as NETs, neuroendocrine cancers and adenocarcinomas, especially those of diffuse type.

H. pylori gastritis predisposes equally to gastric cancer of intestinal and diffuse types.[303] Whereas the ECL cell appears to be the cell of origin for the diffuse type of gastric cancer, the cell of origin for the intestinal type is less clear. However, gastrin stimulates ECL function (release of histamine[304], Reg-protein[305] as well as basic fibroblast growth factor (bFGF).[306] A general trophic effect of gastrin on the oxyntic mucosa is undisputed[109,307] but it is not known whether this effect is due to a direct effect upon a gastrin receptor on the stem cell or due to an indirect effect by signal substances from the ECL cell.[5] Long-term hypergastrinemia leads to ECL cell NETs[13,126] , which are cancers of a lower malignancy[205] discussed further below.  A progression from NETs to neuroendocrine carcinomas was also supported by a recent genetic analysis.[308]   Moreover, autoimmune oxyntic atrophic gastritis, which is accompanied by a marked hypergastrinemia, predisposes to both ECL NETs and gastric cancer (adeno) carcinoma.[126,127,309]

When examining gastric carcinomas from patients with autoimmune atrophic gastritis with immunohistochemistry applying signal amplification, we could show that nearly all these tumours expressed neuroendocrine markers in their cancer cells indicating ECL cell origin.[128] Furthermore, we have by immunoelectron microscopy shown neuroendocrine granules in gastric cancer cells from diffuse gastric cancers[298], expression of neuroendocrine and specific ECL cell markers in cancer cells as well as gastrin receptor by immunohistochemistry and in-situ hybridization, but not specific mucin expression, all compatible with ECL cell origin of many of the carcinomas.[215,251,252,290]However, the arguments in favor of the ECL cell being the cell of origin are particularly strong for the diffuse type of cancers, whereas the intestinal type of cancers can originate from the stem cell.[310] Nevertheless, it is more likely than not that the ECL

cell, indirectly via release of its signal substances, plays an important role in the development of carcinomas of the intestinal type.

Gastrin, via stimulation of ECL cell proliferation or via ECL cell release of signal substances, plays a central role in gastric carcinogenesis since hypergastrinemia predisposes to gastric carcinoma of diffuse type and, more likely than not, the intestinal type. Moreover, there is need for an improved classification and examination of gastric cancers to improve understanding and treatment.[5]

As mentioned, while the overall incidence of gastric adenocarcinoma is declining in the Western world, adenocarcinomas of diffuse type according to Laurén[288] have been increasing over the last decades[311] and, in the U.S., there is an overall increase in gastric cancer in the younger age groups (<50 years of age).[312,313,314,315] Causes of this increased prevalence include increasing prevalence of autoimmune gastritis and long-term use of PPIs, both of which cause hypergastrinemia.[133,152,316,317,318] In patients with hypergastrinemia, gastric adenocarcinomas are overrepresented in the corpus of the stomach[319], and the risk of gastric adenocarcinoma, more likely than not, progressively increases with the degree of oxyntic mucosal gastritis.[320]

In 2015 I co-authored a study looking at hypergastrinemia, adenocarcinomas in the gastric corpus and its effect on patient survival.[319] Patients with non-cardia gastric adenocarcinomas diagnosed from 1992 to 2002 at St. Olavs Hospital, Trondheim, Norway were consecutively included in a prospective manner (n = 80). Tissue samples were collected by upper endoscopy and/or surgery for histological examination and sub-classification of adenocarcinomas according to Laurén[288] into diffuse, intestinal, or mixed type. Median time from diagnosis to review of medical journals was 16.5 years. The use of proton pump inhibitors before and at the time of

surgery was recorded as it could influence serum gastrin levels. The study was approved by the Regional Committee for Medical and Health Research Ethics of Central Norway.

This was a population-based nested case-control study within the Nord-Trøndelag Health Study (HUNT). Among the 78,962 unique participants in the cohort, 181 (0.2%) individuals developed gastric adenocarcinoma during follow-up and 359 participants were selected as controls. Median time from baseline to diagnosis was 5.7 years for all cases with a range of 3.0 years to 9.1 years. The tumor location was proximal in 81 (45%), distal in 70 (39%), indefinite in 27 (15%) and unknown in 3 (2%). The tumor histology was diffuse in 63 (35%), intestinal in 74 (41%), mixed in 15 (8%), indeterminate in 22 (12%) and unknown (no biopsy) in 7 (4%). The median serum gastrin concentration was higher in cases than controls (58 pmol/L vs 48 pmol/L) and hypergastrinemia was more prevalent among cases than controls (47% vs 33%). It should be noted that more cases than controls were ever smokers, but there were only minor differences between the cases and controls in the other possible confounding factors.

We noted that hypergastrinemia was associated with an increased risk of gastric adenocarcinoma overall with an Odds Ratio (OR) 2.2 and a 95% confidence interval (CI) of 1.4-3.4. We found that the association was stronger in patients with a proximal tumor location (OR 6.1, 95% CI 2.7-13.8), but weaker and statistically nonsignificant in patients with distal tumor location (OR 1.7, 95% CI 0.9-3.4). The risk of proximal tumor location associated with hypergastrinemia was seemingly higher among women (OR 14.3, 95% CI 3.6-57.5) than men (OR 3.6, 95% CI 1.4-9.6). There was no effect modification by age or body mass index.

Ours was the first study to demonstrate a marked association between hypergastrinemia and subsequent development of gastric adenocarcinoma in the gastrin-responsive, proximal stomach in a larger general population. However, Murphy et al., from the Division of Cancer

Epidemiology and Genetics of the U.S. National Cancer Institute, the Department of Chronic Disease Prevention, National Institute for Health and Welfare of Finland along with the Department of Clinical Biochemistry, Rigshospitalet, University of Copenhagen, have previously found that hypergastrinemia was associated with an increased risk of noncardia gastric adenocarcinoma in a study among smokers.[132] They found that participants with higher serum concentrations of gastrin at baseline had an increased risk of gastric non-cardia adenocarcinoma and gastric carcinoid tumours.

We have previously reported that gastric adenocarcinoma patients with hypergastrinemia at the time of diagnosis more often had carcinomas located in the corpus or fundus of the stomach.[319]

In that study, 80 patients with non-cardia gastric adenocarcinomas diagnosed from 1992 to 2002 at St. Olavs Hospital, Trondheim, Norway were consecutively included in a prospective manner. Tissue samples were collected by upper endoscopy and/or surgery for histological examination and sub-classification of adenocarcinomas according to Laurén[288] into diffuse, intestinal, or mixed type. Chromogranin A (CgA) immunolabelling of tumour tissue was done as previously described.[321] The median time from diagnosis to review of medical journals was 16.5 years. We recorded the use of PPIs before and at the time of surgery as they could influence serum gastrin levels.

We found the distribution between the histological subtypes did not differ between patients with tumour in the antrum noting that 58.6% had the intestinal type and 41.4% had the diffuse type while, in the corpus 48.7% had the intestinal type and 41.0% had the diffuse type but that 81.8% of the tumors in patients with hypergastrinemia were in the corpus. while just 36.2% of the cancers in the normogastrinemic patients were in the corpus.[319]

Numerous animal studies have demonstrated that gastric neoplasia in the corpus develops in models of hypergastrinemia with either reduced, unaltered or increased gastric acidity, strongly suggesting that hypergastrinemia is a causative factor in gastric carcinogenesis and not an epiphenomenon.[27,75,192,198,199,322, 323,324,325]

Therefore, because of the human and animal evidence, I can state with a reasonable degree of medical certainty that hypergastrinemia mediates development of gastric adenocarcinoma in the proximal stomach, where mucosal proliferation is stimulated by gastrin.

The distal stomach is comprised of the antrum and pylorus, where the stomach attaches to the duodenum. The glands in the antrum contain mucin-producing cells as well aa the gastrin producing G cells. Relatively recently, it has also been shown that oxyntic glands may be found scattered in the antrum mucosa which also makes it possible that gastrin can predispose to tumour development also at least in the oral part of the antrum where most of the oxyntic glands were found. [35]

The ECL cell, its anatomic location, its relationship to gastrin and carcinogenesis is described above. Goetze et al., in 2013 established that the elements for a local loop of α-amidated gastrins and their receptor are detectable in 80% of human gastric adenocarcinomas.[210] They concluded that their results support the contention that locally expressed gastrin may be involved in the tumorigenesis of gastric adenocarcinomas. However, the production of gastrin in the carcinomas arising in the acid-producing mucosa has not been reported by others.

**B. Neuroendocrine Tumors (NETS)**

As discussed, it has been established that hypergastrinemia promotes carcinogenesis in the gastric corpus[326] in the gastric oxyntic mucosa and that a proportion of carcinomas of the diffuse

type are ECL cell derived.[327] Carcinomas developing in the gastric corpus in patients with hypergastrinemia often have neuroendocrine differentiation[128] and these tumours may have a different biological behavior than other gastric carcinomas.[319]

Neuroendocrine differentiated tumor cells in malignant tumors of the gastrointestinal tract have been known for many decades.[294] Gastric neuroendocrine tumors (NETs) are neoplasms which develop mainly from ECL cells.

However, as I and others published in 1998[252], distinguishing between neuroendocrine carcinoma and adenocarcinoma may be difficult. In a prospective study involving 40 patients diagnosed with gastric carcinomas we were able to conclude that approximately 10% of the tumors were neuroendocrine malignant tumors based on examination of general neuroendocrine markers such as chromogranin A (by immunohistochemistry, Northern blot analysis, and tissue concentration), neuron specific enolase (immunohistochemistry) as well as electron microscopy. In agreement with a previous study which we published in 1991,[327] among these tumors, the ECL cell was the most preponderant cell of origin, and it was recognized in 1998 that an important part of the neuroendocrine carcinomas in the stomach may be derived from the ECL cell.[252]

In 2003 I was invited to be a member of the working group on Predictive Value of Rodent for Stomach and Gastric Neuroendocrine Tumors in Evaluating Carcinogenic Risks to Humans held by the International Agency for Research on Cancer (IRAC) of the World Health Organization (WHO). The meeting was in Lyon, France. 2 November to 1 December 1999 and, as a result, IARC Technical Publication #39 was published in 2003 as the "[V]iews and expert opinions of an IARC Working Group", titled 'Predictive Value of Rodent for Stomach and Gastric Neuroendocrine Tumors in Evaluating Carcinogenic Risks to Humans'.[328]

I was invited to render an expert opinion regarding omeprazole and its relationship to its carcinogenic risks to humans. It was the expert opinion of myself, and my coauthors, that *"[O]meprazole and other proton pump inhibitors in clinical use can induce hypoacidity leading to hypergastrinemia, ECL cell hyperplasia, and ECL cell carcinoids in experimental animals and man. ECL cell tumors developing secondary to hypergastrinemia have the ability to become increasingly malignant*."

It is my understanding that there will be expert opinions provided regarding PPIs and gastric cancer epidemiology. However, there are several observations I would like to comment upon in this regard.

The incidence of gastric NETs has increased in a manner consistent with the marketing of PPIs.

A 2003 comprehensive survey by Modlin et al., on neuroendocrine epidemiology based on data extracted from the Surveillance, Epidemiology, and End Results (SEER) program of the National Cancer Institute demonstrated an increasing incidence of NETs.[329] This increased incidence has been reported by others.[85,330,331,332]

Modlin et al., wrote, *"The authors evaluated 10,878 carcinoid tumors that were identified by the Surveillance, Epidemiology, and End Results (SEER) Program of the National Cancer Institute (NCI) from 1973 to 1999 in addition to 2,837 carcinoid tumors that were registered previously by two earlier NCI programs*."[329]

It is noted that the SEER succeeded two earlier National Cancer Institute programs - the End Results Group (ERG) and the Third National Cancer Survey (TNCS) programs – which existed between 1950 and 1971.[333] The ERG was a hospital-based program that was set up to report

survival, whereas the TNCS was a population-based incidence reporting system that was used over a 3-year period.[334]

Modlin et al., noted that the greatest incidence of carcinoids included the gastrointestinal tract with a 67.5% incidence; of these gastrointestinal carcinoids, 8.7% were in the stomach.[335] Gastric carcinoid tumors, as a percentage of total carcinoid tumors, increased from 2.25% in the ERG series to 5.85% in the most recent SEER subset (1992–1999).[336]

Of specific interest to Prilosec being marketed in the U.S. in 1989, the following figures from Table 4 in the Modlin et al., study, 'Distribution of 13,715 Carcinoid Tumors by Site, revealed that the percentage of stomach carcinoids in ERG between 1950-1969 was 2.25%; in TNCS between 1969 and 1971 the incidence was 1.96.  In the early SEER analysis, 1973 – 1991, the incidence increased to 3.55% but in the "late SEER" (1992 – 1999), which would have included the years when Prilosec was marketed, the incidence increased to 5.85%.[337]

In Table 5 from the 2003 Modlin et al., study, Distribution of 9,421 Gastrointestinal Carcinoid Tumors by Site', revealed stomach carcinoids incidence to be 2.57 in ERG between 1950 and 1969, 2.41 in TNCS between 1969 and 1971, 5.76% in Early SEER, between 1973 and 1991, and 8.66% in the Late SEER analysis which included the years 1992 to 1999. Again, these years coincided with the marketing of Prilosec and other PPIs.

It is to be noted that Modlin et al., questioned whether the increased incidence represented,

> "…*a true increase or a change in reporting (the 501 gastric carcinoid tumors recorded in the SEER registry significantly overshadow the 61 tumors accrued prior to 1973) or whether it is the result of increased awareness and the employment of modern diagnostic modalities, such as endoscopy and immunohistochemistry, remains unclear*".

While Modlin et al., in 2003[338], wrote, "*[G]astric carcinoid tumors have not been identified specifically in association with long-term acid-inhibitory therapy, although ECL cell hyperplasia has been observed in such individuals*", we reported on the development of gastric carcinoids after long-term use of a proton pump inhibitor, another biologically plausible explanation.[13]

Referencing two of our papers[67,339], Denis M. McCarthy, MD, in 2020, wrote within his review article titled, 'Proton Pump Inhibitor Use, Hypergastrinemia, and Gastric Carcinoids—What Is the Relationship?', that "*[H]ypergastrinemia leads to proliferation and hyperfunction of ECL-cells in man and animals*. Dr. McCarthy's paper was published in the journal International Journal of Molecular Science in a Special Issue on proton pump inhibitors, an issue for which I served as Guest Editor.[95]

McCarthy notes, in 2020, that *[T]here are now eleven cases reported in whom gastric carcinoid (g-NET) tumors developed while the patient was using a PPI, and in whom evidence of ZES/MEN-1 or gastric oxyntic mucosal atrophy was lacking*."[13,81,87,325,340,341,342,343] More likely than not, the exact incidence rate of PPI-induced NETs is underestimated.[95]

I agree with Dr. McCarthy when he states,

> "*However, what emerges, from reading these case reports in detail, is a convincing pattern of evidence that hypergastrinemia caused by PPIs stimulated ECL-cell hyperplasia, similar to that seen in animals, and at least in a subpopulation of humans, the hyperplasia progressed to tumors of various kinds, especially type-1 gastric carcinoids (although the original classification did not include PPI use as a cause of type-1 lesions)*."

However, it my expert opinion held to a reasonable degree of medical certainty that this is more like Type-2 carcinoids.

Maggard et al., published in 2004 their analysis of the SEER national cancer registry looking at all patients diagnosed with carcinoid tumors between the years 1973 and 1997.[330] Overall incidence rates and rates by site of origin of the tumor were determined by dividing the 'numerator', the number of cancer cases reported in the SEER database, by the total number of people in those geographic areas as reported by the Census Bureau (denominator). The overall incidence rates were then age-adjusted to the standard 2000 population.[344]

Maggard et al., determined the distribution of carcinoids throughout the body for the years 1973 to 1997 and the trends over time for each location of gastrointestinal carcinoid tumors was also analyzed by dividing the study period into 3 groups based on year of diagnosis: 1973 to 1979, 1980 to 1989, and 1990 to 1997.[345]

The overall incidence of carcinoid tumors was an aged adjusted 38.4 per one million individuals in the year 1997 and the incidence rate for 1973 was only 8.5 (per million). The estimated annual percent change (EAPC), which is often used to measure trends in disease and mortality rates, was +6.3%.

Dasari et al., in 2017 published the results of their "…*retrospective, population-based study using nationally representative data from the Surveillance, Epidemiology, and End Results (SEER) program*".[85] They found an age-adjusted incidence rate for all NETs which increased 6.4-fold between 1973 and 2012, mostly for early-stage tumors.

However, the increase in stomach NETs during this period increased by 15-fold.

This trend of an increase in the incidence of NETS has also been noted in the U.K. over a similar time as reported by Ellis et al., in 2010.[346] These researchers noted that a,

> "[B]etter understanding of the epidemiology of these tumors has become particularly important following recent suggestions of a possible link between gastric NETs and the increasingly widespread use of potent drugs to suppress gastric acid secretion".[347,348]

Ellis et al., reported that, in their study, the largest relative increase in incidence was for NETs of the stomach.[346] While it was observed that very few cases of gastric NETs were recorded prior to the early 1990s, with the authors reported an incidence of <0.02 cases per 100,000 per year, from 1995 onwards the incidence increased 23-fold in men and 47-fold in women. They noted that the trends they documented "…*superficially appear to parallel trends seen in the prescription of PPI therapy in England*" based upon their 2009 analysis of NHS Prescription Services.

However, the authors do note that,

> "*Furthermore, although the large increases in the incidence of such tumors in this current analysis are compatible with a link between PPIs and gastric NETs, the nature of the data used does not allow us to examine this question directly, and any relationship remains speculative*."

While the increased use of diagnostic modalities, including upper GI endoscopy, could partly explain this increased incidence, the increasing using of PPIs remains another biologically plausible explanation substantially contributing to the increased incidence.

In 2005, Hodgson et al., published the results of their analysis of the Florida Cancer Data System (FCDS) and the Surveillance, Epidemiology, and End Results (SEER) databases which were both examined from 1981 through 2000 for the number of cases of gastric carcinoids. The

authors stated that this series was, at that time, the largest single gastric carcinoid cohort reported.

Their analysis documented a statistically significant eight- or ninefold increase in the incidence of gastric carcinoids in two large databases.



Fig. 7. Annual gastric carcinoid incidence (1981–2001) based on the Florida Cancer Data System (FCDS: solid line, square) and the Surveillance, Epidemiology, and End Results (SEER) program (dashed line, triangle) data set. Incidence rates are per 100,000 and age-adjusted to the U.S. standard (5-year groups).[349]

Hodgson et al., noted that the rates for gastric carcinoids,

"…had increased from less than 0.03 (per 100,000 age-adjusted to the 2000 U.S. standard population) to 0.18 in the year 2000. The estimated annual percentage change (EAPC) in incidence is 8.17 (p<0.05). The SEER data are concordant with the FCDS data, with an annual percentage change of 9.17 (95% confidence interval [CI], 6.83–11.55; p < 0.05)".[350]

This is despite an observed *decrease* in overall gastric cancer noted during this same period (from 8.64 to 7.05 cases per 100,000 in FCDS and from 11.14 to 8.06 cases per 100,000 in SEER), a trend from the past decades.

These researchers stated that the *"[T]emporal increase in incidence correlates with the introduction and widespread use of proton pump inhibitors since the late 1980s"* although they do note the potential for other explanations which "…*include improved detection with wider application of upper endoscopy*."

However, as described above, it is my opinion, which I hold to a reasonable degree of scientific certainty, that it is more probable than not that there is a convincing pattern of evidence showing that the proton pump inhibitors are a significant contributing factor to the marked increase in the incidence of gastric NETs which has occurred since the introduction of PPIs to the marketplace.

### C. Signet Ring Cell Carcinomas

Signet ring cell carcinomas of the stomach arise in a gastric mucosa not affected by intestinal metaplasia[351] The prevalent theory to date has been that these carcinomas, like other gastric carcinomas, originate from stem cells in the glandular neck region[352]. There are reports indicating that signet ring cell carcinomas are prevalent in the fundic region of the stomach.[353] Most of these carcinomas, therefore, originate from oxyntic mucosa where the ECL cell is the most prevalent neuroendocrine cell and its proliferation, as discussed above, is regulated by gastrin[33,354]

As described above, Laurén described two histological main types of gastric carcinoma: diffuse and intestinal-type.[288] Human gastric carcinomas of the diffuse type, particularly the signet-ring subtype, show ECL cell differentiation, suggesting involvement of gastrin in the carcinogenesis.[37] Our finding of neuroendocrine differentiation in gastric carcinomas of signet-ring subtype has been supported by others.[301, 355]



Fig.8. Neuroendocrine cells being able to proliferate give rise to tumours of different degrees of malignancy. During this process, the tumour cells lose their characteristics like secretory granules making it more and more difficult to recognize their origin.[123]

As with gastric neuroendocrine cancer, discussed above, the incidence of signet ring cell carcinoma is also rising, accounting now for 35% to 45% of gastric adenocarcinomas.[356,357] In 2004 Henson et al. used data from the SEER program to analyze the trends of intestinal and diffuse gastric carcinomas from 1973 through 2000.[311] Their data indicate that the overall decline in gastric cancer in the United States applies to the intestinal type, while the diffuse type has progressively increased since 1973. (Fig. 9)



Fig. 9. Trends of the intestinal and diffuse types in the United States from 1973 through 2000.[358]

During this period the signet ring cell carcinoma incidence has increased on average 6.5% per year (P < 001), representing a 998% increase from 1973 to 2000. (Fig. 9) It is important to note that in figure 9 one can see that the incidence of signet ring cell carcinomas began to steadily increase at the end of the 1980s and beginning of the 1990s, consistent with the marketing of Prilosec in 1989 and Nexium in 2002.

Once again, one must question whether the increase in incidence shown by Henson et al., represents an actual increase in new cases or evidence of new definitional terminology or enhanced diagnostic abilities. However, it is my expert opinion, held to a reasonable degree of scientific certainty, that a biologically plausible explanation is the marked increase in use of PPIs with associated hypergastrinemia stimulating ECL cells. On the other hand, linitis plastica subtype seems to decrease. However, typically also this subtype occurs mainly in the oxyntic

area[359], in other words at locations of the ECL cell which, by the release of bFGF, could have induced the fibrosis.[360]



Fig. 10. Incidence of signet ring cell type, diffuse carcinoma, and linitis plastica from 1973 through 2000 showing a progressive increase in the signet ring cell type compared with the diffuse carcinoma and linitis plastica types.[311]

## XIX. Rebound Acid Hypersecretion

Rebound acid hypersecretion may be defined as increased acid secretion seen after a period of acid suppression.[361] It was first described in rats in 1988 after treatment with omeprazole.[362] In 1996 our team in Trondheim, Norway reported that a 3-month treatment period with omeprazole in patients with reflux oesophagitis resulted in a marked rebound acid hypersecretion.[363] This observation has been confirmed in subsequent studies.[363,364,365,366,367,368,369] It has also been observed after treatment with histamine-2 (H-2) blockers.[370,371,372] The rebound acid hypersecretion observed after short-term administration of H$_2$-blockers[370] lasts only a few days[371] and is, more likely than not, also related to a short-lasting increase in ECL cell activity. It has also been found that patients receiving omeprazole for 90 days have increased mucosal histamine

concentration and reduced effect of a $H_2$-blocker caused by increased histamine release from ECL cells.[364]

We reported that it was likely that both an increase in ECL cell activity and ECL cell mass are involved in the mechanism of rebound acid hypersecretion seen after long-term proton pump inhibition, an opinion which I hold today. In 2005, we found that the hypersecretion seems to last more than 8 weeks, but less than 26 weeks.[373] One would expect hypersecretion to persist as long as there is an increased ECL cell mass.

A bit of review: PPIs inhibit gastric acid secretion by binding to active proton pumps on the parietal cells. This prevents acid secretion and leads to hypoacidity, a higher pH level. Negative feedback of gastrin release on antral G-cells is inhibited leading to hypergastrinemia. Again, this hypergastrinemia exerts a trophic effect on the stomach's acidic or oxyntic mucosa resulting in proliferation and hyperplasia of the ECL cells.

As previously discussed in more detail, PPIs block the final step in acid secretion, resulting in a profound and persisting gastric hypoacidity with concomitant hypergastrinemia. The hypergastrinemia results in a continuous stimulation of ECL cells resulting in proliferation and an increase in the ECL cell mass, which will persist longer than the effect of the PPI when the drug is discontinued. [374]

Rebound acid hypersecretion after a sufficient period of PPI treatment will therefore occur from the second week (the duration of proton-pump inhibition) until normalization of the ECL cell mass, i.e., 2–3 months after stopping treatment. Symptoms of rebound acid hypersecretion may include heartburn, regurgitation, or dyspepsia.

As discussed above, measuring serum CgA has been suggested to be useful when evaluating ECL cell hyperplasia in patients using acid inhibitors.[250,256,375,376,377,378] In rats dosed with omeprazole, the circulating level of pancreastatin, which is a fragment of CgA, was found to reflect both the size of the ECL cell population as well as the activity of the ECL cells,[379] and, more likely than not, this is also true for serum CgA concentrations in man.[375] Furthermore, it is my expert opinion that the fall in CgA seen after 4 and 8 weeks preceding the fall in pentagastrin-stimulated acid secretion is related to a reduction in ECL cell activity as well as ECL cell mass.

While the resumption of symptoms after discontinuation of PPI therapy might simply indicate that the pretreatment symptoms had returned, two randomized, controlled trials have shown that even healthy volunteers developed dyspepsia upon discontinuation.

Reimer et al., in 2009 demonstrated that dyspepsia, occurred even in previously healthy people, likely caused by rebound acid hypersecretion following discontinuation of PPIs.[367] In a randomized, double-blind, placebo-controlled trial of 120 healthy volunteers, participants were randomized to 12 weeks of placebo or eight weeks of 40mg of esomeprazole each day, followed by four weeks of a placebo. In the follow-up weeks after stopping treatment, almost three times as many subjects who had received esomeprazole for eight weeks experienced relevant acid-related symptoms compared to those who had received a placebo. In addition, in the subgroup of 26 PPI-treated subjects who had acid-related symptoms during weeks 9 - 12, use of antacids as an 'escape medication' was reported by 14 of 26 (52%) compared with only 1 of 9 (11%) of the subjects in the placebo group, who reported symptoms (difference 41%; 95% CI, 36.8 −77.8%; P = .05).[380]

There was a significant increase in gastrin levels for the esomeprazole group after treatment started and found to have a strong correlation with acid-related symptoms in weeks eight and 10 for this group. Chromogranin A (CgA) levels, reflective of ECL cell hyperplasia, rose for the esomeprazole group shortly after therapy began and remained elevated compared with baseline through the end of the study at week 12.

Reimer et al., concluded that their "…*results reveal for the first time that profound acid inhibition with a PPI for 8 weeks induces acid-related symptoms in a significant proportion of subjects after withdrawal of therapy. Even though P-gastrin and P-CgA are only indirect measures of acid secretory capacity, we believe that these results support the hypothesis that RAHS (rebound acid hypersecretion) is clinically relevant.*"[381] Although Reimer et al., misinterpret the value of P-gastrin and P-CgA, I agree with their hypothesis that rebound acid hypersecretion is clinically relevant.

The randomized, double-blind, placebo-controlled study by Niklasson et al also confirmed the presence of rebound acid hypersecretion in otherwise healthy subjects exposed to PPIs.[366] Niklasson et al., looked at a total of 48 healthy H. pylori-negative volunteers randomized in a double-blinded manner to treatment with either pantoprazole 40 mg or placebo once daily for 28 days. In addition to registering dyspeptic symptoms daily 2 weeks before, during, and 6 weeks after treatment, these researchers also looked at plasma levels of gastrin and serum levels of Cg-A levels were measured before, during, and after treatment.

Eleven of the 25 volunteers (44%) taking the PPI developed dyspepsia compared with but 2 out of 23 (9%) in the placebo group. CgA and gastrin levels were significantly higher in the PPI-treated group than in the placebo group by the last week of treatment. This study demonstrated

that significant rebound symptoms could develop with treatment periods as short as four weeks and the authors concluded that rebound acid hypersecretion may have clinical relevance.

In 2103, Lødrup, Reimer, and Bytzer published a systematic review of symptoms of rebound acid hypersecretion following proton pump inhibitor treatment.[369] Interestingly, two of the authors (Reimar and Bytzer) were coauthors of the randomized controlled trial discussed above.[367] While in 2009 they concluded that "…*we believe that these results support the hypothesis that RAHS (rebound acid hypersecretion) is clinically relevant*", their conclusion was more ambiguous within this systematic review which included 5 studies.[366,367,383,385,386].

> "*Gastric acid rebound hypersecretion following PPI therapy induces reflux-like symptoms posttreatment in asymptomatic volunteers, **but the significance of this in patient populations is not clear**. The studies in patients with reflux disease found no evidence of symptomatic RAHS, but these studies were hampered by severe methodological weaknesses.*" (Emphasis added)

And,

> [B]*ased on three of the five studies included in this review there is insufficient evidence to conclude that gastric acid rebound hypersecretion following PPI therapy induces dyspeptic symptoms in patients, **but these studies were hampered by serious methodological weaknesses precluding a definitive answer**. On the other hand, well-designed studies in asymptomatic volunteers demonstrated onset of dyspeptic symptoms in a significant proportion of subjects following PPI therapy, but the clinical significance of this is not clear*."
> (Emphasis added)

As discussed, the "*well-designed studies in asymptomatic volunteers*" included the Reimer[367] and Niklasson[387] randomized controlled trials and Reimer et al., concluded, "…*we believe that these results support the hypothesis that RAHS (rebound acid hypersecretion) is clinically relevant*"

and Niklasson wrote, "*We conclude that rebound acid hypersecretion may have clinical relevance*".

I agree with these published, peer reviewed opinions in the original publications of these RCTs. It is my expert opinion, held to a reasonable degree of medical certainty, that the development of rebound acid hypersecretion following discontinuation of proton pump inhibitor therapy does have clinical relevance in a significant percentage of patients taking these drugs.

In a 2021 randomized, open-label study[388] of patients abruptly discontinuing PPIs versus patients tapering off the drugs, Henricks et al., documented that the abrupt group initially showed a more rapid return to PPI use and had significantly more symptoms than the taper group beginning at week 14 after discontinuation of PPI.

They concluded that,

> "*[T]his may be due to PPI-induced hypergastrinemia with gastric hyperplasia/metaplasia. Discontinuation of PPIs causes rebound acid hypersecretion (RAHS) with gastric acid levels rising above pre-treatment levels and an increase in acid related symptoms, including dyspepsia, heartburn, and acidic regurgitation* [Referencing Ksiądzyna et al., 'Overuse of proton pump inhibitors'[389] and Haastrup et al., 'Side effects of long-term proton pump inhibitor use: a review'.[390]]. *RAHS occurs within 14 days of discontinuation of PPI and the duration it lasts typically corresponds to the duration of PPI use.* [Referencing Ksiądzyna et al.]

I agree with this analysis; the duration of rebound hypersecretion, seen in some patients, corresponds with the duration of PPI use and its resultant effect on the ECL cell mass.

And Henricks et al., also wrote that,

> *"There may be some people who are more sensitive to the effect of increased symptoms on stopping PPIs as only 44% of previously asymptomatic patients given PPI for four weeks developed high gastrin levels and symptoms on discontinuation. Even so, almost half of our patients were unable to stop PPI due to symptom recurrence and some resumed PPI use as late as 11 months."* [388]

I agree with this opinion.

In August of 2011 the FDA conducted an evaluation of the medical literature for rebound acid hypersecretion-related adverse events following discontinuation of PPIs in 2014 in response to the Citizen Petition requesting rebound acid hypersecretion be added to the product label as a boxed warning.[393] A search of the FDA Adverse Event Reporting System (FAERS) database was not completed as part of the evaluation in 2014. The "*FDA concluded that although the studies showed RAHS can occur following PPI discontinuation, there was insufficient data to warrant the addition of a boxed warning given the lack of strong evidence directly associating RAHS with clinically significant symptom*s."

However, a search of the FAERS database was later conducted through September 13, 2018 and "*…identified 18 possible cases of adverse events associated with RAHS following discontinuation of a PPI. Fifteen of these cases were associated with a serious outcome, of which two resulted in hospitalization. All cases reported the occurrence of new or worsening signs and symptoms of acid hypersecretion following cessation of PPI use*."[394]

The FDA noted that no objective evidence confirming the presence of RAHS following PPI discontinuation was included with the reports. The FDA did note that three cases reported the cessation of signs and symptoms of RAHS following reinitation of PPI therapy, of which two

subsequently discontinued PPI therapy again and noted recurrence of the adverse event, a form of dechallenge and rechallenge.

It is important to note that the FDA ruled against the petition for a black box warning, the highest form of warning in a product insert, but did NOT rule that rebound acid hypersecretion did not occur.

> "*FDA concluded that RAHS can occur after cessation of several weeks of PPI therapy, based on studies evaluating gastric pH, gastrin, or chromogranin A levels*."[395] (Emphasis added)

We showed in the late eighties that maximal histamine-stimulated gastric acid secretion was higher than maximal gastrin-stimulated[60] and that gastrin-stimulated histamine release depended on the ECL cell mass.[397] Therefore, after a period with hypergastrinemia the ECL cell mass will be increased, and the gastrin-induced stimulation of acid secretion will accordingly be increased. It is well-known that patients with gastrinoma may have reflux symptoms due to increased acid secretion.[398] Some of the studies on rebound acid hypersecretion after PPIs have used too short a period with PPI[383] or too low dose.[385] There is, thus, no doubt that PPI treatment will induce rebound acid hypersecretion in a proportion of patients using PPI and particularly in those without oxyntic gastritis.

## XX. SOPRAN and LOTUS Studies

I would like to comment upon the findings from two RCTs, the 'Safety of Omeprazole in Peptic Reflux Esophagitis: A Nordic Open Study (SOPRAN)'[401] and the 'Long-Term Usage of Esomeprazole vs. Surgery for Treatment of Chronic GERD (LOTUS)'[402] in addition to a review article, 'Long-Term Safety of Proton Pump Inhibitor Therapy Assessed Under Controlled, Randomised Clinical Trial Conditions: Data from the SOPRAN and LOTUS Studies' (Attwood)[403] published by several employees of AstraZeneca amongst others including consultants to AstraZeneca.

I note that the authors of this review article include Dr. Stephen E. Attwood, a consultant speaker for AstraZeneca; Dr. Christian Ell, receives grants for research from several biomedical companies including AstraZeneca; Dr. Jean-Paul Galmiche, a consultant for AstraZeneca; Dr. Roberto Fiocca who "…*received travel and related expenses for attending study-associated meetings and his institution received a grant from Astra- Zeneca for central histological analyses*"; Dr. Birgitta Hasselgren, an employee of AstraZeneca; Dr. Göran Långström, an employee of AstraZeneca; Dr. Marianne Jahreskog, an employee of AstraZeneca; Dr. Stefan Eklund, an employee of AstraZeneca; Dr. Tore Lind, an employee of AstraZeneca and Professor Lars Lundell who, within the article's 'Acknowledgments' is described as, "*Lars Lundell is a member of the steering committee for LOTUS and has no other conflicts to declare*"[404] which is interesting to note, for in another paper published in the same journal in the same year, 'Systematic Review: The Effects of Long-Term Proton Pump Inhibitor Use on Serum Gastrin Levels and Gastric Histology', Prof. Lundell disclosed that he "…*has served as a consultant for AstraZeneca*." [405]

Drs. Attwood, Lundell and Lind, the consultant speaker, consultant, and employee of AstraZeneca "*took the lead in determining the study concept and design, analysing and interpreting the data, as well as drafting and critically reviewing the manuscript for important clinical and intellectual content.*"

Dr. Göran Långström, an employee of AstraZeneca "…*performed the statistical analysis and critically reviewed the manuscript drafts.*"

Drs. Jan Hatlebakk, Christian Ell, Jean-Paul Galmiche and Roberto Fiocca, "…*had a major role in determining the study concept and design, analysing and interpreting the data, as well as drafting and critically reviewing the manuscript for important clinical and intellectual content.*"

Drs. Stefan Eklund, Birgitta Hasselgren and Marianne Jahreskog, each an employee of AstraZeneca, "…*had a major role in analysing and interpreting the data, as well as drafting and critically reviewing the manuscript for important clinical and intellectual content.*"

The SOPRAN study was funded in total by AstraZeneca.

In addition, I had the opportunity to review the deposition testimony regarding the Attwood review article by Timothy Sullivan, MD, an AstraZeneca employee who, on April 5, 2021, and May 13, 2021, was deposed as AstraZeneca's 'Person Most Knowledgeable Regarding Clinical Trials'.

On May 13, 2021, Dr. Sullivan was asked a series of questions regarding his "reference sheet" referring the SOPRAN and LOTUS studies by defense counsel, Julie B. du Pont, Esquire with the law firm of Arnold & Porter.[406] However, Dr. Sullivan's 'reference sheet' did not include the actual published SOPRAN and LOTUS studies but, instead, the review article by Attwood et al.[403]

Beginning on page 328, line 10 of Dr. Sullivan's deposition, Ms. du Pont asked Dr. Sullivan,

10  Q   Okay.  Your reference sheet refers to the LOTUS

11      and SOPRAN studies. Do you see that,

12      Dr. Sullivan?

13  A   Just one second, please.

14  Q   Okay.

15  A   Yes, I see that.

16  Q   And are you familiar with the safety results of

17      those studies?

18  A   Yes.

19          MS. du PONT:  And if we can pull up

20          and mark Defense Exhibit 16, which is an

21          article entitled "Long-term safety of

22          proton pump inhibitor therapy assessed

23          under controlled, randomised clinical

24          trail (sic) conditions: data from the SOPRAN and

25          LOTUS studies," take a look at the

                    329

1       abstract.

2       (Defendants' Exhibit 16 marked for

3       identification.)

4   BY MS. du PONT:

5   Q   What does this article say about the length of

6       the LOTUS and SOPRAN studies?

7   A   Okay.  Just one second while I refamiliarize

8       myself.

9   Q   Sure.

10  A   Well, referring again to the highlighted

11      sections, basically this is describing that both

12    of these studies were longer term in nature, one

13    of them with a duration of 5 years, the other

14    with a duration of 12 years.

15  Q   And how many patients were involved in those

16    studies?

17  A   So if you combine the subjects from the two

18    studies together, the total number would be over

19    800.

If we, in fact, look at the Abstract of the Attwood review article we can see that, under the section titled 'Methods', these authors write,

> "*Safety data were collected from patients during the 12-year period of the SOPRAN study (n = 298) and the 5-year period of the LOTUS study (n = 514).*"

And, indeed, 298 + 514 equals 812, consistent with Dr. Sullivan's testimony under oath,

> "*So, if you combine the subjects from the two studies together, the total number would be over 800*"

And, when I look at the Attwood review article, page 1165 and the section 'Patient Characteristics' I note the following:

> "*In the SOPRAN study, 155 patients (median age: 50 years; 77% men) were randomised to open ARS, of whom 11 (7%) withdrew before surgery, **leaving 144 patients in the open ARS group**; 155 patients (median age: 54 years; 75% men) were randomised to omeprazole therapy, of whom 1 (0.6%) withdrew before treatment, **leaving 154 patients in the omeprazole group**.*" (Emphasis added)

I believe it to be enlightening to look at the actual publication of the SOPRAN study now, 'Comparison of Outcomes Twelve Years After Antireflux Surgery or Omeprazole Maintenance Therapy for Reflux Esophagitis', published in 2009.[401] Several of the authors of this study were

also described as AstraZeneca employees including Dr. Tore Lind, a coauthor of the Attwood review article.

First, I note on the first page of the paper, under the "METHODS" section, the following information:

> "*This open, parallel group study included 310 patients with esophagitis enrolled from outpatient clinics in Nordic countries. Of the 155 patients randomly assigned to each arm of the study, **154 received omeprazole** (1 withdrew before therapy began), and **144 received surgery** (11 withdrew before surgery).*" (Emphasis added)

This language is similar to that published in the Attwood review article.

However, within the actual SOPRAN study 2009 publication, I note on page 1293, under the section 'Methods – Study Design' where the authors write,

> "*This Nordic multicenter study (the SOPRAN study) was an extended follow-up (from year 5 up to 12 years) of patients previously studied for 5 years in Study I-635*".

And, also on page 1293 they write, in the original publication,

> "*At the start of the SOPRAN study, 119 of these OME (omeprazole) patients and 100 of the surgical patients consented to continue for further follow-up. When the study was prolonged after 5 and 10 years, respectively, **a significant number of patients were lost to follow-up**. This was mainly due to logistic and other technical reasons at the time of prolongation of the study protocol. **At the time of the SOPRAN study completion, 53 (37%) patients who had surgery and 71 (46%) who had medical treatment remained available for follow-up.*" (Emphasis added)

Therefore, in the original SOPRAN study, any evaluation regarding safety, including gastric cancer, is based upon the 53 patients who had surgery and 71 patients who received omeprazole

*not* the 154 patients receiving omeprazole as described in the Attwood review article and relied upon by Dr. Sullivan, AstraZeneca's 'Person Most Knowledgeable Regarding Clinical Trials'.

It is important to understand that the dropouts from both arms of the original SOPRAN study provide no information regarding efficacy and, more importantly, safety within this small, open label study; we don't know how many of the drop-out patients developed gastric cancer. The patients were lost for follow-up and that is a critical factor in any safety study. In fact, I agree with the original SOPRAN authors when they write, on page 1297 of their paper,

> *"On the other hand, the largest methodologic problem that we encountered was to keep a sufficient number of patients in the trial, **because diminishing numbers have a negative impact on the robustness of the long-term results**. This did not allow us to address the primary objective according to the study protocol, but instead **we had to focus on secondary analyses, which by necessity have to be of a more exploratory nature**.* (Emphasis added)

The original LOTUS study[401] is the second study discussed by Atwood et al., in their review article. As with SOPRAN, three of the study's authors, Drs Eklund, Långström, and Lind reported that they are employees of AstraZeneca. The remaining authors are either consultants to AstraZeneca (and other biomedical companies) or have received research funding from AstraZeneca. The study was funded in total by AstraZeneca.

LOTUS, published in 2011, was a small, open label, exploratory trial randomized, parallel-group, multicenter study.[402] The primary objective was "…*To evaluate optimized esomeprazole therapy vs standardized laparoscopic antireflux surgery (LARS) in patients with GERD*."

It is important to understand what an 'exploratory' clinical trial is, and what it is not.

LOTUS was, by design, an "exploratory randomized, open, parallel-group, multicenter study"[411] while SOPRAN 'became' an 'exploratory study':

> "On the other hand, the largest methodologic problem that we encountered was to keep a sufficient number of patients in the trial, because diminishing numbers have a negative impact on the robustness of the long-term results. This did not allow us to address the primary objective according to the study protocol, but instead we had to focus on secondary analyses, **which by necessity have to be of a more exploratory nature**."[401] (Emphasis added)

LOTUS "…*was not designed as a superiority or equivalence trial but, rather, was an exploratory study to estimate the efficacy of LARS and PPI treatment in PPI responders*."[402]

A superiority trial is designed to detect a difference between treatments; an equivalence trial attempts to show that two treatments are not too different, in a clinical manner, in characteristics.[414] Neither LOTUS nor SOPRAN was a superiority trial designed to show that omeprazole or esomeprazole was 'superior' to gastric surgery; nor were these two studies designed to show that omeprazole or esomeprazole was equivalent to gastric surgery.

An exploratory clinical trial is neither a superiority nor an equivalence trial but, rather, one whose 'endpoints' are included along with primary and secondary endpoints merely "*to explore new hypotheses*".[415]

> "*Endpoints essential to establish effectiveness for approval are called **primary endpoints**. **Secondary endpoints** may be used to support the primary endpoint(s) and/or demonstrate additional effects. **The third category in the hierarchy includes all other endpoints, which are referred to as exploratory. Exploratory endpoints may include clinically important events that are expected to occur too infrequently to show a treatment effect or endpoints that for other reasons are thought to be less likely to show an effect but are included to explore new***

**hypotheses.** *Each category in the hierarchy may contain a single endpoint or a family of endpoints.*"[416] (Emphasis added)

In the LOTUS study,

"*Secondary variables were presented descriptively and analyzed only for the intention-to-treat population, **without any analysis of missing data**. There were no adjustments for multiple comparisons because of the exploratory character of the study.*"[402]

Randomized clinical trials can be analyzed using the so-called "intent-to-treat" principle which compares the groups within the study as they were initially randomized regardless of any subsequent non-adherence.[418] "Non-adherence" in an 'intent-to-treat' analysis may include 'dropouts' or patients for whom follow-up data is missing.

The epidemiologist, Kenneth Rothman, DSc, in discussing the intent-to-treat analysis, states,

"*Non-adherence results in underestimation of any treatment effect. This bias is usually considered acceptable because it is outweighed by the advantages achieved by random assignment. **Underestimation of effects, however, is not acceptable in a safety trial aimed at uncovering adverse effects of the treatment**.*"[419] (Emphasis added)

I agree with Dr. Rothman's opinion.

In 2007, Health Canada, the Canadian version of the U.S. FDA and the European Medicines Agency (EMA) became concerned regarding the number of cardiac events which were observed in both SOPRAN and LOTUS.

On 11 June 2007, George A. Kummeth, Global Director of Regulatory Affairs for AstraZeneca sent a letter to Joyce Korvick, MD, MPH, Acting Director, Food and Drug Administration, Center for Drug Evaluation and Research, Division of Gastroenterology Products regarding a

June 6, 2007, teleconference between the FDA and AstraZeneca "*…to discuss the SOPRAN and LOTUS studies and the Agency's interactions with Health Canada.*"[420]

In this letter to the FDA George Kummeth provided the FDA with a copy of the DRAFT Dear Health Care Professional notification that had been sent to Health Canada; a draft letter which is quite illuminating.

In this 2007/06/08 draft 'Dear Health Care Professional', with Subject of '**Observed cardiac events in long-term studies comparing LOSEC® (omeprazole) and NEXIUM® (esomeprazole) to esophageal anti-reflux surgery**' AstraZeneca makes the following admissions regarding both SOPRAN and LOTUS. (Emphasis in the original)

**1**.     "*AstraZeneca Canada, after consultation with Health Canada, would like to bring to your attention reported but unconfirmed information regarding observed cardiac events in two **small**, open label, randomised, long-term (up to 14 years and 7 months and 5 years and 4 months) clinical trials with omeprazole and esomeprazole, respectively*."

Compare this description of the two studies as "small" with what was written in the LOTUS publications by, again, employees and consultants to AstraZeneca"

In the LOTUS publication the authors describe LOTUS as,

> "*This **large**, multicenter randomized trial demonstrated that with modern forms of antireflux therapy, either by drug induced acid suppression or after LARS, most patients remain in remission for at least 5 years*.[402] (Emphasis added)

In the Attwood review article, the authors, again, many of them AstraZeneca employees and/or consultants, wrote,

> "*Long-term PPI safety has been explored in at least one large study, (Ref.) but we are not aware of any studies **as large as SOPRAN and LOTUS** that have been conducted in a randomised setting.*"[403]

In the published medical literature, available to the entire medical and scientific community, AstraZeneca describes SOPRAN and LOTUS as "large", but in a disclosure to regulatory agencies, specifically Health Canada and the FDA, the studies are accurately described as what they are: small, open-label, exploratory studies.

I believe that it is important to note that the letter from George A. Kummeth, Global Director of Regulatory Affairs, AstraZeneca to Joyce Korvick, MD, MPH, Acting Director, Food and Drug Administration[420] is dated June 11, 2007, while the Attwood et al., review article of LOTUS was published in 2015.[403]

I find it hard to believe that the employees of AstraZeneca who were co-authors of the review paper in 2015 were unaware of the issues described in the draft Dear Health Care Provider letter developed for Heath Canada and shared with the FDA. Yet, in the publication to the medical community at large, the studies are described as "large" while, to the U.S. and Canadian regulators they are "small".

In addition, as described within the draft Dear Health Care Provider, if the designs of these small open-label RCTs were inadequate to observe cardiac adverse events and, by logical extension, gastric adverse events, such a weakness should have been in the published review article.

As discussed above, of the 154 patients who came over to the SOPRAN omeprazole group from the previous 'Study I-635' and, at the start of SOPRAN just 119 of these omeprazole patients consented to continue for further follow-up.[401] Furthermore,

> "*When the study was prolonged after 5 and 10 years, respectively, a significant number of patients were lost to follow-up. This was mainly due to logistic and other technical reasons at the time of prolongation of the study protocol. **At the time of the SOPRAN study completion, 53 (37%) patients who had surgery and 71 (46%) who had medical treatment remained available for follow-up***."[426]
> (Emphasis added)

Therefore, just 71 patients exposed to omeprazole during the SOPRAN study were available for study to determine any safety issues, including gastric cancer. This is, obviously, far too small a sample size; it has little to no power to see cases of gastric cancer. This weakness is also not discussed within the Attwood et al., review article.

A similar pattern is observed in LOTUS. The original 554 patients with well-established chronic GERD (266 randomized to esomeprazole) which entered the study was, after 5-years, reduced to but 192 patients in the esomeprazole group and 180 in the surgical group.[402]

Interestingly, in the LOTUS publication, the authors, in their 'Patient Flow in the LOTUS Trial (LOTUS figure 1)[428] report the following:



```
192  Completed 5 years of follow-up
 74  Discontinued study
      8  Lost to follow-up
     16  Lack of treatment response
     15  Adverse events
      2  Not eligible
      1  Had surgery
      3  Nonadherent
     24  Unwilling to continue
      5  Other reasons

266  Included in analysis
```

Therefore, the researchers included 74 patients who discontinued the study in the study's ultimate analysis, dropouts for which there is no information regarding adverse events, including gastric cancer.

The 2007/06/08 draft Dear Health Care Provider letter to the FDA and Health Canada also discusses the drop-outs and makes the following admission:

> "*A high percentage of patients dropped out of the studies before completion, with more dropouts in the surgery arms compared to the PPI arms. **No information is available regarding safety outcomes for patients who dropped out***."[420] (Emphasis added)

In addition, the draft Dear Health Care Provider letter contains the following language in this regard:

> "***Neither trial was designed to assess long-term cardiac safety outcomes****. The omeprazole study started over 14 years ago and was prolonged twice primarily to follow the development of atrophic gastritis in Helicobacter pylori (Hp) infected patients. However, fewer patients agreed to continuation in the surgery arm than in the omeprazole arm. **Further, in both studies there were more dropouts in the surgery arms compared to the PPI arms. For example, in the omeprazole study only 33 percent of surgical patients completed the study compared to 46 percent of omeprazole patients. By design, patients who dropped out from these studies were not followed for safety outcomes. The high number of drop outs overall as well as the higher dropout rate in the surgical vs. the PPI arms may have introduced a bias, resulting in fewer events in surgically treated patients than would normally be expected.** AstraZeneca will continue to evaluate the data from the two studies*."[430] (Emphasis added)

First, neither trial was designed to assess long-term gastric safety outcomes either. Therefore, it's inappropriate to rely on such a small, exploratory study which was not designed to look for either cardiac or gastric safety issues and any such reliance is misplaced.

Furthermore, as discussed, a large percentage of patients in both treatment arms dropped out of the study; 54% of those in the omeprazole group dropped out and were not evaluated for safety issues, e.g., gastric cancer. This high dropout rate had the potential to introduce bias, again putting the study's conclusions into doubt.

I have also been provided with a June 8, 2007, version 2 of a REACTIVE Q&A and TALKING POINTS confidential memo regarding 'Response to questions regarding reported cardiac events in omeprazole and esomeprazole (SOPRAN & LOTUS) studies' which states that it was only to be used in response to questions.[431]

Several of the 'Summary Talking Points' are worth discussing.

    1. "*Following a notification from AstraZeneca, Canadian regulatory authorities **(Health Canada) have required AstraZeneca to post an information letter to Health Care Professionals on the Health Canada web site**.*" (Emphasis added)

    2. "*The reason for this requirement is observed differences in cardiac event rates reported in **two small, long-term, clinical studies in GERD patients**, evaluating anti-reflux surgery and either Losec (omeprazole) or Nexium (esomeprazole) treatment.*" (Emphasis added)

    3. "*The **studies were not designed as cardiac outcome studies and therefore they each have substantial limitations regarding interpretation of patient /physician reported safety data**.*" (Emphasis added)

Here I would argue, again, that these studies were also not designed as gastric outcome studies and, therefore, they each have substantial limitations regarding interpretation of patient/physician reported safety data regarding gastric outcomes also.

> 4. "*A high percentage of patients dropped out of the studies before completion, with more dropouts in the surgery arms compared to the PPI arms. **No information is available regarding safety outcomes for patients who dropped out.***" (Emphasis added)

Again, we have no data regarding how many of the omeprazole or esomeprazole dropouts developed gastric cancer for which the PPIs were the causative factor or a significant contributing factor. These studies offer us no comfort in that regard.

> 5. "*Extensive post-marketing safety data for omeprazole/esomeprazole (1,3 bn patient treatments) has not revealed any signal of cardiac effect associated with either omeprazole or esomeprazole treatment.*"

Unlike data regarding the cardiac safety outcomes, we DO have extensive data regarding post-marketing gastric cancer cases through the publication of multiple epidemiological studies and meta-analyses, especially since October 31, 2017.

On the second page of this memo regarding 'Response to questions regarding reported cardiac events in omeprazole and esomeprazole (SOPRAN & LOTUS) studies' I again note the following:

1. Under 'What is the Issue', similar language regarding the design of the two studies:

> "*The studies were not designed as cardiac outcomes studies, hence the design of both trials have (sic) inherent weaknesses for evaluating long-term cardiac safety.*"

Inasmuch as neither study was designed as a *gastric* outcomes study, the design of both trials has inherent weaknesses also for evaluating long-term gastric safety and cannot be used for that reason.

2. Under paragraph number 4, 'When did AZ find out about these differences in cardiac events?', AstraZeneca writes,

> "*The interpretation of the data is complicated by the fact that* **many patients left the study early and that the studies were not designed to evaluate cardiac events.** *It should be noted that* **the number of patients leaving the studies before final evaluation was high.** *In the SOPRAN (n=310) study 61 percent (n=94) left from the surgical arm and 43 percent (n=67) from medical arm. In the study 31 percent (n=85) left from the surgical arm, and 22 percent (n=59) from the medical arm.* **The trial was not designed to evaluate patients who left the study. This makes it difficult to interpret the differences seen since we are lacking information on possible cardiac events in those patients***.*" (Emphasis added)

Similarly, we are lacking information on possible gastric events in those patients.

3. Under paragraph 5, 'Do PPIs cause cardiac events in general' AstraZeneca writes,

> "*Do PPIs cause cardiac events in general?*
>
> *We have recently searched the WHO and FDA databases, and there is no indication of any cardiac effect associated with omeprazole or esomeprazole treatment.*"

However, as discussed in detail above, we have extensive evidence from different studies, including animal and human studies, providing biological mechanisms by which PPIs cause, or significantly contribute to the causation, of gastric cancer in addition to multiple positive epidemiological studies.

Regarding this mechanism of action, under paragraph number 8, '*Based on the PPI mechanism of action of Losec and Nexium, can you explain why you get these differences in cardiac events?*' AstraZeneca writes,

> "*The designs were not designed as outcomes studies for the purpose of safety evaluations.*"

SOPRAN and LOTUS were not designed as outcomes studies for the purpose of safety evaluations and any attempt to so utilize them as such is inappropriate.

As such, I was surprised to be provided with a 13 September 2006 email from one Anna Reveman to several individuals including Dr. Tore Lind whom we recognize as one of the authors of not only the SOPRAN and LOTUS studies but also the so-called Attwood review article.

The subject line for this email states "SOPRAN Top line result" and the body of the email states,

> "*At the Clinical Interpretation Meeting of SOPRAN it was agreed thet (sic) the top line result of the study is:* **No malignant or dysplastic changes in the gastric mucosa were observed during continuous maintenance treatment with omeprazole for up to 13 years.**" (Emphasis in the original)

Based upon what we know regarding the design of this study, the high dropout rate, the inability to ascertain the safety outcomes of those who dropped out, the inability to ascertain gastric safety outcomes and all the other limitations discussed above and found within the draft Dear Health Care Provider letter and the confidential REACTIVE Q&A and TALKING POINTS memo, I find this email to be absolutely appalling. To share this conclusion with, presumably, the medical and scientific world, while having the truth available, is incomprehensible. These studies just had far too few participants completing the study to ascertain malignancies.

In August 2015, two colleagues and I published a responsive 'Letter: Proton Pump Inhibitors, Hypergastrinaemia and The Risk of Gastric Neoplasia'[226] to the Attwood review article which was published in the journal, Alimentary Pharmacology and Therapeutics, the same journal which published the Attwood review article in April 2015.

In our Letter to the Editor, we noted that fasting gastrin doubled in both studies and CgA doubled in the LOTUS study. Yet Attwood et al., reported that no difference in gastric neoplasia (including cysts and polyps) was detected.

We shared then that we were not surprised for several reasons: carcinogenesis takes time and cancer occurs particularly in older people. PPIs have a rather steep concentration – effect curve (Gut 1984; 25: 957-964.) and most patients in the two studies used a rather low dose. We noted that women develop higher gastrin values during PPI treatment, (Dig Liver Dis 2014; 46: 125-130 ) but in the LOTUS study, 75% of PPI-treated patients were males. And, finally, since the studies were not able to detect evidence of a PPI-induced increase in fundic gland polyps, providing a reference, the quality of the endoscopies and the ability to detect carcinoids in the SOPRAN and LOTUS studies was questionable.

We also wrote,

> "Curiously, Attwood[403] used our paper[13] as an argument against a role of PPI in the development of ECL cell carcinoids. The ECL is the target cell of circulating gastrin and plays an important role in gastric carcinogenesis.[37] Helicobacter pylori is accepted as the main cause of gastritis, and an important cause of gastric cancer, and recently we described that gastrin could be the pathogenetic factor.[192] In conclusion, PPIs seem rather safe with respect to neoplasia in older people, but the risk associated with lifelong treatment of young patients cannot be neglected."

## XXI. Determination of Causation: The Bradford Hill Viewpoints

I note that Drs. Cheung and Leung, two of the authors of the 2018 epidemiological study discussed above[148], published a 'Response to Letter to the Editor by Moayyedi et al.,[435] also in 2018, following the publication of a Letter to the Editor by Moayyedi et al., regarding the Cheung et al., study.[436]

In their Letter, Cheung and Leung wrote,

> "*Although the association detected by an observational study may not mean causation, the possibility of causality can be strengthened by fulfilling the Bradford Hill criteria. In our study, these include strength (HR: 2.43), specificity (stomach is the only organ that PPIs may impose a cancer risk), temporality (all GC cases developed after triple therapy), biological gradient (dose and duration response relationship shown), plausibility (worsening of preneoplastic gastric changes and bacterial overgrowth under acid suppression), experiment (as illustrated in animal model studies) and analogy (achlorhydria due to autoimmune gastritis causes GC).*"

The "Bradford Hill criteria" were those published by Austin Bradford Hill in 1965 in which he described "…*nine different viewpoints from all of which we should study association before we cry causation*."[437] One should note that Hill wrote, regarding these "viewpoints",

> "*None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question - is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect? What I do not believe - and this has been suggested - is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring*

> *indisputable evidence for or against the cause-and-effect hypothesis and none can*
> *be required as a sine qua non.*"

I would state that temporality must be established before causation can be established. In this litigation, the PPIs must be shown to have been started well before the development of gastric cancer.

The full nine Hill viewpoints include, (A) strength (strength of association), (B) consistency, (C) specificity, (D) temporality, (E) biological gradient (dose-response curve), (F) coherence, (G) plausibility, (H) experiment and (I) analogy.

Cheung and Leung, in their Response Letter to the Editor[435], noted that, within their study, the viewpoint of strength was met because their study had a hazard ratio (HR) of 2.43.

I believe that, on balance, the totality of epidemiological studies published regarding PPIs and gastric cancer also fulfill Hill's viewpoint of 'strength' as listed in the below table.

### A. Strength of Association

First upon Bradford's list of viewpoints he placed the 'strength of the association' with his caveat that "*…we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so.*"[437]

It is to be noted that several of the studies included has a confidence interval which included 1.0, or 'unity', thus rendering them not statistically significant. It is beyond the scope of this Expert Report to discuss the epidemiology in detail, and I will leave to the epidemiologists to discuss the value, or lack of value, of a non-statistically significant result.

- **Garcia-Rodriguez**[145] (2006 case-control study)
  - **Gastric cardia adenocarcinoma:**
    - **Current use (all durations):**     aOR: **1.06** (0.57 – 2.00)
    - **Current < 1 year:**     aOR: **1.42** (0.72–2.81)
    - **Current 1 – 3 years:**     aOR: **0.72** (0.22–2.42)
    - **Current > 3 years:**     N/A

  - **Gastric Non-cardia adenocarcinoma**
    - **Current use (all durations):**     aOR: **1.75** (1.10–2.79)
    - **Current < 1 year:**     aOR: **1.67** (0.96–2.90)
    - **Current 1 – 3 years:**     aOR: **1.61** (0.71–3.61)
    - **Current > 3 years:**     aOR: **2.95** (0.97–8.97)

- **Crane et al.**[440] (2007 case control study)
  - **OR: 5.0** (1.1 – 23.0)

- **Tamim et al.**[146] (2008 case-control study)
  - **aOR: 1.46** (1.2 - 1.74)

- **Poulsen et al.**[144] (2009 cohort study)
  - **Incidence rate ratio: 1.30** (0.7 - 2.30)

- **Ahn et al.**[147] (2013 Systematic Review/Meta-analysis)
  - Garcia- Rodriquez
  - Tamim
  - Poulsen
  - Duan[441]
    - (Not included in my analysis for this study looked at a combination of H2RAs, PPIs, antispasmodics and antidiarrhea medications)
  - **Pooled risk ratio: 1.39** (1.19 -1.64)

- **Tran-Duy et al.**[442]  (2016 Systematic Review/Meta-analysis)
  - Poulsen et al.
  - Garcia-Rodriguez et al.
  - Crane et al.
  - Tamim et al.
  - **Pooled risk ratio: 1.43** (1.23 – 1.66)

- **Chien et al.**[443] (2016 case-control study)
  - **aOR: 1.34** (1.22-1.48)
    - **Cardia cancer:**     aOR: **1.34** (0.99 - 1.80)
    - **"Body" cancer:**     aOR: **1.30**

- **Brusselaers et al.** (2017 cohort study)
  - **Gastric cancer:**          **SIR: 3.38** (3.23 - 3.53)
  - **Gastric adenocarcinoma:**  **SIR: 3.38** (3.23 − 3.53)
  - **Cardia cancer:**           **SIR: 3.55** (3.27 − 3.86)
  - **Non-cardia cancer:**       **SIR: 3.33** (3.17 − 3.50)

- **Wennerström et al.**[444] (2017 case-control study)
  - **Cardia cancer:**           **HR: 3.56** (2.83 − 4.46)
  - **Non-cardia cancer:**       **HR: 4.84** (3.64 − 6.43)
  - **Proximal site:**           **HR: 3.73** (2.48 − 5.63)
  - **Distal site:**             **HR: 6.54** (4.07 − 10.5)
  - **Unspecified site:**        **HR: 4.25** (3.30 − 5.47)

- **Cheung et al.**[148] (2018 case-control study)
  - **All gastric cancer:**      **aHR: 2.44** (1.40 - 4.20)
  - **≥1 year use:**             **aHR: 5.04** (1.23 - 20.61)
  - **≥2 years use:**            **aHR: 6.65** (1.60 - 27.26)
  - **≥3 years use:**            **aHR: 8.34** (2.00 - 34.41)

- **Niikura et al.**[149] (2018 cohort study)
  - **aHR: 3.61** (1.49 - 8.77)

- **Islam et al.**[445] (2018 Systematic Review/Meta-analysis)
  - Garcia-Rodriguez
  - Tamim
  - **Pooled OR: 1.78** (1.1 - 2.25)

- **Peng et al**.[153] (2019 case control study))
  - **aOR: 2.48** (1.9 - 3.20)
  - **Proximal cancer: aOR**: 2.58 (1.3 − 4.83)
  - **Distal cancer:     aOR 3.33** (1.9 − 7.45

- **Brusselaers et al.**[160] (2019 cohort study)
  - **SIR: 2.97** (2.83–3.10)

- **Lai et al.**[154] (2019 case-control)
  - **≤ 6 months use:   OR: 1.59** (1.2 - 2.05)
  - **> 6 months use:   OR: 2.00** (1.36 - 2.95)

- **Jiang et al**.[156] (2019 Systematic Review/Meta-analysis)
  - Poulsen
  - Brusselaers (2017)
  - Cheung

- o Tamim
- o Garcia-Rodriguez
- o Crane
- o Niikura
- o **Pooled OR: 2.50** (1.7 - 3.85)

- **Lee et al.**[446] (2020 case-control)
  - o **OR: 2.95** (1.23–7.90)

- **Liu et al.**[447] (2020 case-control and cohort studies)
  - o Scotland (PCCIU database)
    - ▪ 1 year         **aOR: 1.49** (1.24 – 1.80)
    - ▪ 2 years       **aOR: 1.13** (0.91, 1.40)
    - ▪ 3 years       **aOR: 1.03** (0.80, 1.33)
    - ▪ 4 years       **aOR: 0.89** (0.65, 1.22)
    - ▪ 5 years       **aOR: 0.82** (0.55 - 1.22)

  - o UK (UK Biobank)
    - ▪ **aHR: 1.28** (0.86 – 1.90)

- **Ng et al.**[155] (2021 cohort study)
  - o **HR: 3.55** (1.4 - 8.66)

- **Abrahami et al.**[158] (2021 cohort study)
  - o **HR: 1.45** (1.06 – 1.98)

- **Seo et al.**[151] (2021 cohort study)
  - o **HR: 2.37** (1.56 to 3.68)

- **Salvo et al.**[151] (2021 Umbrella Meta-analysis)
  - ▪ "Umbrella reviews synthesise systematic reviews and meta-analyses on similar research questions and have become increasingly influential for highly published topics", Salvo et al., referencing Fusar-Poli and Radua.[448]
  - o **Islam et al.**
  - o **Jiang et al.**
  - o **Tran-Duy et al.**
    - ▪ **Pooled risk ratio: 2.50** (1.74 – 3.85)

- **Segna et al.**[449] (2021 Systematic Review/Meta-analysis)
  - o **Garcia-Rodriguez**
  - o **Tamim**
  - o **Poulsen**
  - o **Brusselaers** (2017 and 2019)

- o **Cheung**
- o **Niikura**
- o **Lai**
- o **Peng**
- o **Chien**
- o **Lee**
- o **Crane**
- o **Wennerström**
- o **Liu (Scotland)**

- o **Liu (UK)**
  - **Pooled risk ratio:**        **1.94** (1.47 - 2.56)
    - **Cardia cancer:**     **1.77** (0.72 - 4.36)
    - **Non-cardia cancer:**  **2.20** (1.44 - 3.36)

- **Zeng et al.**[450] (2021 Systematic Review/Meta-analysis)
  - o **Poulsen**
  - o **Cheung**
  - o **Niikura**
  - o **Brusselaers (2019)**
  - o **Liu (UK Biobank)**
  - o **Ng**
  - o **Seo**
  - o **Abrahami**
  - o **Shin**
  - o **Garcia-Rodriguez**
  - o **Tamim**
  - o **Lee**
  - o **Liu (PCCIU)**

  - o **Pooled RR:**           **1.81** (1.30 - 2.50)
    - **Pooled RR of just cohort studies excluding Brusselaers: 1.99** (1.39 − 2.87)

---

OR: Odds Ratio; aOR: adjusted Odds Ratio; HR: Hazard Ratio; aHR: adjusted Hazzard Ratio; SIR: Standardized Incidence Ratio; RR: Relative Risk

I reproduce below a forest plot from the Zeng et al., systematic review/meta-analysis (Fig. 1A within the study) for it (1) is the most recently published analysis and (2) took affirmative steps to decrease the heterogeneity amongst the analyzed studies.

In their figure 1A (below), Zeng reveal the RR of 2.19 (1.53 − 3.13) of the cohort studies along with the RR of 1.81 (1.30 − 2.50) seen in the case-control studies.



In their figure 1B (below), Zeng et al., show the overall risk of gastric cancer for PPI users compared with the non-users after reducing heterogeneity by excluding nested case-control and the Swedish cohort studies. The RR is now 1.99 (1.39 – 2.87).



I would like to point out that I have also reviewed three randomized controlled trials that, ostensibly, did not find an association between PPI use and gastric cancer.

As discussed above, the 'Laparoscopic Antireflux Surgery vs Esomeprazole Treatment For Chronic GERD: The LOTUS Randomized Clinical Trial' (LOTUS) was published in 2011.[402] LOTUS was a 5-year exploratory, randomized, open, parallel-group trial in which a total of 192 patients completed the study while 74 patients discontinued the study.[452] It is important to note that LOTUS "…was not designed as a superiority or equivalence trial but, rather, was an exploratory study to estimate the efficacy of LARS (standardized laparoscopic antireflux surgery) and PPI treatment in PPI responders."[453] LOTUS was not designed to observe gastric cancer events and, in fact, no number of gastric cancer cases observed in the 192 patients who completed the study or in the 74 patients who discontinued the study for various reasons were described. LOTUS affords to us no comfort regarding the use of PPIs and gastric cancer.

The 'Comparison of Outcomes Twelve Years After Antireflux Surgery or Omeprazole Maintenance Therapy for Reflux Esophagitis' or SOPRAN study[401], was also discussed in detail above. As with LOTUS, this small, open-label study was not designed to find cases of gastric cancer and the large number of dropouts here, as with LOTUS, offer to us no comfort regarding the safety of PPIs and gastric cancer.

In 2019, Moayyedi et al published 'Safety of Proton Pump Inhibitors Based on a Large, Multi-Year, Randomized Trial of Patients Receiving Rivaroxaban or Aspirin', (COMPASS).[455] In this RCT, participants with stable cardiovascular disease and peripheral artery disease were randomly assigned to groups given pantoprazole (40 mg daily, n = 8,791) or placebo (n = 8,807). Participants were also randomly assigned to groups that received rivaroxaban (a blood thinner) with aspirin (100 mg once daily), rivaroxaban, or aspirin alone.

While the study looked at 17,598 participants, the patients were followed for a median of just 3.01 years. It is important to note that a 'median' does not indicate an 'average', or 'mean', follow up but, instead means that 50% of the participants (8,799) were followed for *less than* 3.01 years and 50% (8,799) were followed for more than 3.01 years. The range of follow-up was *2 days* (!!) to 5 years. However, it also needs to be pointed out that the authors, themselves, note that the 5-year range "…*was achieved in only **a small proportion of patients**.*"[456] (Emphasis added). Once again, we readers are not provided with the data to review. How many patients made up this "small proportion of patients"?  Twenty percent of 8,799 or 1,760? Fifteen percent or 1,320? Ten percent or 879? Five percent or 440? One percent or 88 patients? We are left to speculate about this important fact.

A description of just how many participants in the study were followed for but a few days, or even weeks, is not found within the study itself or the supplementary materials. This greatly impacts how much weight can be applied to this study when considering the development of gastric cancer.

As a result of no actual data is provided within this study regarding the number of gastric cancers, if any, which developed in those unknown number of patients on pantoprazole versus placebo for more than three years, I give this study no weight toward the ultimate question of PPIs and gastric cancer and I did not include this study in my overall analysis of the strength of association between various epidemiological studies looking at the use of PPIs and gastric cancer. If provided with the hard data from the study regarding actual long-term exposure and the number of gastric cancers I would be willing to modify my opinion.

It is my opinion, which I hold to a reasonable degree of medical certainty, that the viewpoint of strength of association is easily met by the majority of published observational epidemiological studies and, especially, the systematic review/meta-analyses.

### B. Consistency

Bradford Hill listed 'consistency' of results as his second viewpoint.[437] He wrote,

> *"**Has it been repeatedly observed by different persons, in different places, circumstances and times? Has it been repeatedly observed by different persons, in different places, circumstances and times?** This requirement may be of special importance for those rare hazards singled out in the Section's terms of reference. With many alert minds at work in industry today many an environmental association may be thrown up. Some of them on the customary tests of statistical significance will appear to be unlikely to be due to chance. Nevertheless whether chance is the explanation or whether a true hazard has been revealed may sometimes be answered only by a repetition of the circumstances and the observations."* (Emphasis added.)

From the below list of studies above, one notes that many different types of epidemiological studies (cohort, case-control, systematic review/meta-analysis and umbrella meta-analysis finding a statistically significant association between PPI use and gastric cancer were conducted between 2006 and 2021 and in nine different countries involving participants of varying races.

- Garcia-Rodriquez et al., a **case control study** performed in the **United Kingdom** in **2006** finding an association with gastric non-cardia adenocarcinoma[145]

- Crane et al., a **case-control study** performed in the **United States** in **2007**[440]

Page **119** of **160**

- Tamim et al., a **case-control study** performed in Canada in **2008**[146]

- Ahn et al., a **systematic review/meta-analysis** performed in **2013**[147]

- Tran-Duy et al., a **systematic review/meta-analysis** performed in **2016**[422]

- Chien et al., a **case-control study** performed in **Taiwan** in **2016**[443]

- Brusselaers et al., a **cohort study** performed in **Sweden** in **2017**[152]

- Wennerström et al., a **case-control study** performed in **Denmark** in **2017**[444]

- Cheung et al., a **case-control study** performed in **Hong Kong** in **2018**[148]

- Niikura et al., a **cohort study** performed in **Japan** in **2018**[149]

- Islam et al., a **systematic review/meta-analysis** performed in **2018**[445]

- Peng et al., a **case-control study** performed in **Taiwan** in **2019**[153]

- Brusselaers et al., a **cohort study** performed in **Sweden** in **2019**[160]

- Lai et al., a **case-control study** performed in **Taiwan** in **2019**[154]

- Jiang et al, a **systematic review/meta-analysis** performed in **2019**[158]

- Lee et al., a **case-control study** performed in the **United States** in **2020**[446]

- Ng et al., a **cohort study** performed in **Hong Kong** in **2021**[155]

- Abrahami et al., a **cohort study** performed in the **United Kingdom** in **2021**[158]

- Seo et al., a **cohort study** performed in **South Korea** in **2021**[148]

- Salvo et al., an **umbrella meta-analysis** performed in **2021**[151]

- Segna et al., a **systematic review/meta-analysis** performed in **2021**[449]

- Zeng et al., a **systematic review/meta-analysis** performed in **2021**[450]

Although not all studies found a statistically significant association between PPI use and gastric cancer, most studies, especially the systematic reviews and meta-analyses (and umbrella meta-analysis) were positive in their findings and consistent in finding an association. Thus, it is my

expert opinion, held to a reasonable degree of medical certainty that the viewpoint of 'consistency' is met and points further to a causal association.

I should also like to point out that, in addition to fulfilling Bradford Hill's viewpoint of 'consistency', the varying types of studies listed, performed in different countries at different times also fulfills the scientific method's requirement of 'replication'.

### C. Specificity:

Bradford Hill's third viewpoint is that of 'specificity'.

> "*If, as here, the association is limited to specific workers and to particular sites and types of disease and there is no association between the work and other modes of dying, then clearly that is a strong argument in favour of causation. We must not, however, over-emphasize the importance of the characteristic. Even in my present example there is a cause and effect relationship with two different sites of cancer – the lung and the nose.*"[437]

As we know now, some 56 years after Bradford Hill's speech and publication is that cigarette smoking, as an example, is causally associated with multiple anatomic locations, not only the lung and nose. However, while there are several published epidemiological studies linking PPIs with esophageal, pancreatic, and liver cancer, the vast majority of publications are specific to gastric cancer and specific gastric anatomic locations.

Therefore, it is my expert opinion, held to a reasonable degree of medical certainty that the viewpoint of 'specificity' is met and provides further support to a causal association.

### D. Temporality:

Bradford Hill's fourth viewpoint is the temporal relationship of the association:

> "…*which is the cart and which the horse? This is a question which might be particularly relevant with diseases of slow development. Does a particular diet lead to disease or do the early stages of the disease lead to those peculiar dietetic habits*?"[467]

Here, again, I disagree with Bradford Hill regarding none of his viewpoints can be required as a sine qua non for I would unequivocally state that the exposure to the PPI must precede the development of gastric cancer.

This is recognized by all authors of the listed studies, each indicating that they utilized a 'lag period', typically 6 months to a year to minimize the possibility of confounding by indication or protopathic bias: basically, did the gastric cancer develop and cause symptoms, including dyspepsia, resulting in the use of a PPI? Fortunately, while there is some debate regarding what the appropriate lag time is to utilize in a case such as this, we have a peer-reviewed, published paper to assist us.

In 2007, Tamim et al., published, 'Application of Lag-Time Into Exposure Definitions to Control For Protopathic Bias'[468] with the objective being "…*to introduce a procedure to identify the best lag-time to be applied in studies where control for protopathic bias is required*."

These authors, who published the results of their case-control epidemiological study evaluating PPIs and gastric cancer in 2008[146], used the data from that study and found a trend of decreasing odds ratios with the application of an increasing lag-time. Applying the two methods they developed for the different lag-times revealed that the odds ratios stabilized at around 6 months. They concluded that, "*For the purpose of controlling for protopathic bias in*

*pharmacoepidemiological studies, we have provided a method to assess the most appropriate lag-time that should be applied for the assessment of drug exposure*" and that "*most appropriate lag-time*" was 6-months.

The lag-time established in this study was utilized by Cheung et al.,[148] who stated within their own study,

> "*We used 6 months as the priori cut-off because previous study that specifically addressed the issue of protopathic bias showed that this was the most appropriate lag-time to be applied for the assessment of PPIs exposure on gastric cancer risk in pharmaco-epidemiological studies*", referencing Tamim et al.

Inasmuch as this need for a lag-time is recognized, and accounted for in the epidemiological studies, it is my expert opinion, held to a reasonable degree of medical certainty that Bradford Hill's viewpoint of temporality is met, providing critical support to a casual association.

### E. Biological Gradient (Dose Response)

Bradford Hill's fifth viewpoint is that of the 'biological gradient', or 'dose-response'. "*Fifthly, if the association is one which can reveal a biological gradient, or dose-response curve, then we should look most carefully for such evidence.*"

Furthermore, Hill wrote,

> "*For instance, the fact that the death rate from cancer of the lung rises linearly with the number of cigarettes smoked daily, adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers. That comparison would be weakened, though not necessarily destroyed, if it depended upon, say, a much heavier death rate in light smokers and a lower rate in heavier smokers. We should then need to envisage some much more complex relationship*

*to satisfy the cause-and-effect hypothesis. The clear dose-response curve admits of a simple explanation and obviously puts the case in a clearer light.*"

I have reviewed the above studies for evidence of a biological gradient and place my observations in the below table.

| Study | Number of Cases | Biological Gradient | | Observation |
|---|---|---|---|---|
| Garcia-Rodriguez[145] (2006) | | **Gastric cardia adenocarcinoma** | | By itself, I am putting no weight on this study in regard to a biological gradient for the number of participants are just too small for meaningful data. |
| | 14 | **Current Use** (All durations) | **1.06** (0.57–2.00) | |
| | 11 | **Current < 1 year** | **1.42** (0.72–2.81) | |
| | 3 | **Current 1-3 years** | **0.72** (0.22–2.42) | |
| | 0 | **Current > 3 years** | N/A | |
| | | **Gastric non-cardia adenocarcinoma** | | |
| | 29 | **Current Use** (All durations) | **2.31** (1.55–3.44) | |
| | 17 | **Current < 1 year** | **1.67** (0.96–2.90) | |
| | 8 | **Current 1-3 years** | **1.61** (0.71-3.61) | |
| | 4 | **Current > 3 years** | **2.95** (0.97–8.97) | |
| Crane et al.[440] (2007) | | | | No data provided |
| Tamim et al.[146] (2008) | | **Defined Daily Dose** | | This study does not support an increase in the biological gradient. |
| | | **# tablets** | **aOR** | |
| | 65 | Q1 (0–41) | **1.66** (1.24-2.23) | |
| | 53 | Q2 (42–119) | **1.37** (1.00-1.88) | |
| | 68 | Q3 (120–479) | **1.57** (1.17-2.10) | |
| | 48 | Q4 (>580) | **1.20** (0.85-1.70) | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Poulsen et al.[144] (2009) | 10 | **Years of follow-up** | | In this study, the patients with the longest follow-up and most prescriptions exhibited the highest risk ratios. However, again, the numbers are too small to make a definitive determination and, by itself, I would describe the study as 'suggestive' of an increased dose-response. |
| | | <1 | **2.3** (1.2-4.3) | |
| | 3 | | | |
| | | 1 | **0.8** (0.2-2.4) | |
| | 4 | | | |
| | | 2 – 4 | **0.5** (0.2 – 1.4) | |
| | 7 | | | |
| | | 5+ | **2.3** (1.2 – 4.3) | |
| | | **No. of prescriptions** | | |
| | 8 | | | |
| | | 2 – 4 | **0.8** (0.4 – 1.6) | |
| | 9 | | | |
| | | 5 – 14 | **1.6** (0.8 – 3.3) | |
| | 7 | | | |
| | | 15+ | **2.1** (1.0 – 4.7) | |
| Ahn et al.[147] (2013 Systematic Review/Meta-analysis ) | 5,980 gastric cancer cases | No data from studies reviewed provided | | Does not support, nor exclude, a biological gradient. |
| Tran-Duy et al.[422] (2016 Systematic Review/Meta-analysis ) | 87,324 patients | **PPI use ≥ 12 months**<br><br>**Pooled Effect from Fixed-Effect Model***<br><br>1.42 (0.98-2.07)<br><br>**Pooled Effects from Random-Effects Model***<br><br>1.31 (0.79-2.19)<br><br>**PPI use ≥ 36 months**<br><br>**Pooled Effect from Fixed-Effect Model**<br><br>2.45 (1.41-4.25)<br><br>**Pooled Effects from Random-Effects Model**<br><br>2.45 (1.41-4.25) | | Here, the advantage of a meta-analysis, with its combination of data from individual studies, specifically Garcia-Rodriguez and Poulsen is apparent.<br><br>Tran-Duy et al., unlike Ahn et al., used "…two popular statistical models for meta-analysis, the fixed-effect model and the random-effects model."[471] Any further description of these statistical methods are beyond the scope of this paper.<br><br>The pooled effect from both the fixed effect method and the random effects method reveals an adjusted odds ratio of 2.45, consistent with a statistically significant 145% increased risk of gastric cancer versus a |

| | | | | |
|---|---|---|---|---|
| | | | | non-statistically significant increase of 42% and 31% increased risk with ≥ 12 months usage. |
| Chien et al.[443] (2016) | 7,681 | No data available | | |
| Brusselaers et al.[152] (2017) | | **Duration** | **SIR** | The study by Brusselaers et al., does not support an increase in the dose-response.<br><br>The authors note this and state, "**The seemingly decreasing risk estimates with a longer duration of use are probably because PPI is beneficial for most individuals with known risk factors for cancer (eg, peptic ulcers, H. pylori)**, yet further research seems needed for those on maintenance therapy without gastro-intestinal indications (eg, aspirin and NSAIDs users)." (Emphasis added) |
| | 1,552 | <1.0 year (12.19 to 13.47) | **12.82** | |
| | 2,193 | 1.0–2.9 years | **2.19** (1.98 to 2.42) | |
| | 1,098 | 3.0–4.9 years | **1.10** (0.91 to 1.31) | |
| | 153 | ≥5.0 years (0.52 to 0.72) | **0.61** | |
| Wennerström et al.[444] (2017) | 1,346 gastric cancers | **Cardia**<br><br>**1-4 Prescriptions**<br><br>**1.91** (1.64–2.22)<br><br>**5-14 Prescriptions**<br><br>**3.32** (2.72–4.05)<br><br>**15+ Prescriptions**<br><br>**3.56** (2.83–4.46) | **Non-cardia**<br><br>**3 + Years After Exposure**<br><br>**3.09** (2.59–3.70)<br><br>**3+ Years After Exposure**<br><br>**9.69** (7.69–12.2)<br><br>**3+ Years After Exposure**<br><br>**4.84** (3.64–6.43) | This study supports the existence of a biological gradient/dose-response with a clear increase in risk observed. |
| Cheung et al.[148] (2018) | | **After Propensity Score Adjustment With Trimming** | | The increased risk with increased time was consistent after the authors utilized propensity score adjustment highly supportive of an increased biological gradient or dose-response. |
| | 112 | ≥1 year use: HR 5.04 (1.23 - 20.61) | | |
| | 88 | ≥2 years use: 6.65 (1.6 - 27.26) | | |
| | 69 | ≥3 years use: 8.34 (2.0 - 34.41) | | |

| | | After Propensity Score Adjustment Without Trimming (eTable 4) | |
|---|---|---|---|
| | 128 | **≥ 1 year use: 3.83**<br>$(1.14 - 12.83)$ | |
| | 104 | **≥ 2 years use: 4.41**<br>$(1.28 - 15.23)$ | |
| | 85 | **≥ 3 years use: 5.46**<br>$(1.52 - 19.57)$ | |
| Niikura et al.[149] (2018) | 24 |  | As shown in Figure 1 A, in the Niikura study, the incidence of gastric cancer increased the longer PPIs were used until the data plateaued off at year 7, supporting a biological gradient/dose-response |
| Islam et al.[445] (2018) | | No data provided | |
| Peng et al.[153] (2019) | | No data provided | |
| Brusselaers et al.[160] | 1,074 | **First year:**    **7.22**<br>$(6.79–7.66)$ | While this study, per se, does not support an increasing biological gradient/dose-response, the authors, themselves, note that, "By assessing the risk of cancer per time period since initiation of treatment, this study also shows that the risk does not decrease over time since initiation of PPI treatment, which would be expected if the treatment was initiated because of cancer-related symptoms, or if treatment of risk factors for cancer was entirely successful." |
| | 417 | **Years 1 − 3:**    **1.48**<br>$(1.34–1.63)$ | |
| | 273 | **Years 3 − 5:**    **1.24**<br>$(1.09–1.39)$ | |
| | 165 | **> 5 years:**    **1.31**<br>$(1.12–1.53)$ | |
| Lai et al.[154] (2019) | 649 cancer cases | **≤6 months**<br><br>**1.59**<br>$(1.24\ to\ 2.05)$<br><br>**>6 months** | Using just ≤ 6 months and ≥ 6 months of PPI usage Lai demonstrated an increased in the biological gradient/dose-response. |

| | | | |
|---|---|---|---|
| | | **2.00**<br>(1.36 to 2.95) | |
| Jiang et al.[156]<br>(2019) | 943,070<br>total<br>patients | **Systematic Review/Meta-analysis**<br>**Pooled OR 2.50**<br>(1.7 - 3.85) | In this Systematic Review /Meta-analysis titled, 'Relationship between **long-term use** of proton pump inhibitors and risk of gastric cancer: A systematic analysis', Jiang et al., noted,<br><br>"The pooled OR suggested that the long-term use of PPIs increases the risk of gastric cancer. **The results of subgroup analysis indicated that the risk of gastric cancer development increased with prolonged prescription time, and patients who had taken PPIs for more than 36 months were at the highest risk**" thus supporting an increased biological gradient/dose-response.<br><br>As a result, I place a lot of weight on the findings of this systematic review /meta-analysis. |
| Lee et al.[446]<br>(2020) | 32<br><br>32<br><br>31<br><br>20<br><br>49 | **Years**                                    **Odds Ratio**<br>**2 - 3.9**                                             **1.21**<br>                                                   (0.70 − 2.09)<br>**4 − 5.9**                                             **1.06**<br>                                                   (0.62 − 1.81)<br>**6 − 7.9**                                             **0.86**<br>                                                   (0.49 − 1.52)<br>**8 − 9.9**                                             **0.86**<br>                                                   (0.46 − 1.59)<br>**≥ 10**                                               **1.30**<br>                                                   **(0.82 − 2.04** | "In examining PPI intensity of use, elevated cancer risks were primarily restricted to those with ≥10 years of PPI use. The exception was for gastric cancer where **there was an increase in risk at the dose and duration of use (OR: 2.95, 95% CI: 1.23–7.90)."**<br><br>This finding was seen in those long-term patients taking ≥ 1.5 pills/day.<br><br>While this study supports and increased risk with long-term use (with the |

| | | | | highest number of cases), the negative finding with shorter use makes its difficult to place as much weight on this study. |
|---|---|---|---|---|
| Liu et al.[447] (2020) | | **Primary Care Clinical Informatics Unit Study** | | This study does not support a biological gradient/dose-response between the use of PPIs and gastric cancer. |
| | | **PPI main analysis - PPI user vs. non-user** | | |
| | 329 | **Removing 1 year** | **1.49** (1.24 − 1.80) | |
| | 212 | **Removing 2 years** | **1.13** (0.91 - 1.40) | |
| | 137 | **Removing 3 years** | **1.03** (0.80 - 1.33) | |
| | 87 | **Removing 4 years** | **0.89** (0.65, 1.22) | |
| | 55 | **Removing 5 years** | **0.82** (0.55 − 1.22) | |
| | | **UK Biobank Study** | | |
| | 206 | **Main Analysis:** | **1.28** (0.86 -1.90) | |
| | 170 | **Starting follow-up at 2 y:** | **1.15** (0.73 - 1.82) | |
| | 122 | **Starting follow-up at 3 y:** | **1.12** (0.65, 1.92) | |
| Ng et al.[155] (2021) | 3,552 | **Short duration of Use (14–364 days)** | **1.75** (0.94 to 3.26) | In this unique study where PPIs were used prophetically, instead of for treatment of GI symptoms, the authors noted an increased risk of gastric cancer in those patients using the PPI for ≥ 365 days. |
| | 6,793 | **Long duration of Use (≥365 days)** | **2.06** (1.01 to 4.18) | |
| Abrahami et al.[158] (2021) | | **Cumulative duration** | | **1.45** This study supports a biological gradient/dose response and the authors, themselves, note, "**The HRs increased with cumulative duration, cumulative omeprazole equivalents and time since treatment initiation.**" |
| | 3,830,738 person years | **< 2 years** | **1.33** (0.96 to 1.83 | |
| | 518,719 person years | **2 – 3.9 years** | **1.88** (1.33 to 2.65) | |
| | 538,314 | **≥ 4 years** | **2.40** | |

| | | | |
|---|---|---|---|
| | person years | | (1.68 to 3.45) |
| | | **Cumulative omeprazole dose equivalents** | |
| | 3,933,687 Person years | **<14,600 mg** | **1.33** (0.97 to 1.83) |
| | 502,892 person years | **14,600 − 28,199 mg** | **2.05** (1.46 to 2.89) |
| | 451,182 person years | **≥ 29,200 mg** | **2.34** (1.62 to 3.37) |
| | | **Time Since PPI Initiation** | |
| | 892,171 person years | **< 2 years** | **1.25** (0.69 to 2.28) |
| | 1,404,884 person years | **2 - 3.9 years** | **1.32** (0.79 to 2.19) |
| | | **≥ 4 years** | **1.82** (1.09 to 3.02) |
| Seo et al. [150] (2021) | | **Propensity Score Matching Analysis Matching Ratio/Lag Period** | This is another study which supports a biological gradient/dose response. These authors state, **"The incidence of gastric cancer showed an increasing trend parallel to the duration of PPI use. Even after H. pylori eradication, PPI use for more than 6 months was significantly associated with an increased incidence of gastric cancer."** |
| | 10,093 | **1:1 matching/2 years** | **2.90** (1.78 to 4.94) |
| | 11,741 | **1:4 matching/1 year** | **2.30** (1.65 to 3.22) |
| | 10,093 | **1:4 matching/2 years** | **3.11** (2.05 to 4.77) |
| | | **Propensity Score Stratification Analysis Lag Period** | |
| | 101,438 | **1 year** | **2.47** (1.98 to 3.08) |
| | 82,468 | **2 years** | **3.05** (2.34 to 3.97) |
| Salvo et al. [151] (2021) | 943,070 | **'Umbrella Meta-analysis'** | In this 'meta-analysis of 42 meta-analyses', the authors report an increasing risk of gastric cancer between those patients using PPIs for less than 1 year versus those using PPIs for more |
| | | **< 12 Months Use** | **1.76** |
| | | **12 − 36 Months Use** | **1.42** |
| | | **> 36 Months Use** | **2.45** |

| | | | |
|---|---|---|---|
| | | | than 3 years thus supporting an increasing biological gradient/dose-response. |
| Segna et al.[449] (2021) | 1,662,881 | **Systematic review / Meta-analysis**<br><br>**<1 year:**         **2.29**<br>(2.13 to 2.47)<br><br>**1–3 years:**     **1.46**<br>(0.53–4.01)<br><br>**>3 years:**      **2.08**<br>(0.56–7.77) | Three out of 13 studies could be meta-analysed for the duration of PPI intake. There was no trend for a duration-dependent effect of PPI use. This meta-analysis supports a biological gradient/dose response in that the risk of gastric cancer with 3 years use is greater than that of less than 1 year use but the findings are not statistically significant. |
| Zeng et al.[450] | 1,638,328 participants | **Systematic review / Meta-analysis**<br><br>**> 1 year**        **1.67**<br>(1.17 to 2.36)<br><br>**> 3 years**      **4.50**<br>(1.66 to 12.25)<br><br>**Subgroup analysis and meta-regression for cohort studies after excluding the Swedish cohort.[479]**<br><br>**Follow-up time**<br><br>**< 5 years**       **1.54**<br>(1.01, 2.35)<br><br>**≥ 5 years**      **2.87**<br>(1.91, 4.33) | These researchers found a 2.7-fold increase in the relative risk when comparing users of PPIs greater than 1-year versus those with greater than 3-years of use along with nearly a 2-fold increase in risk when the follow-up is ≥ 5 years versus < 5 years supporting an increased biological gradient/dose-response. |

Overall, the studies are mixed with some studies finding an increased biological gradient/dose-response, some not finding such a result and some studies not reporting the necessary data. While this evidence is not as strong as the previous 'viewpoints', the data from several of the strongest studies, e.g., Zeng, Abrahami, the Salvo 'Umbrella Analysis', and the Ng 'prophylaxis study', convinces me that it is more likely than not that there is, in fact, an increase in the biological gradient/dose-response, adding to the overall strength of the causal relationship.

### F. Plausibility

Bradford Hill's sixth viewpoint is that of "biological plausibility".

He noted that,

> "[I]t will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day."

As discussed in detail above, it is my expert opinion, which I hold to a reasonable degree of medical certainty that the association between hypergastrinemia, because of acid suppression by the PPIs, results in ECL cell proliferation and the development of neoplasia.

I agree with Cheung et al.,[435] when they stated that their study fulfilled the Bradford Hill criteria of 'plausibility' by stating,

> "…worsening of preneoplastic gastric changes and bacterial overgrowth under profound acid suppression".

I agree with Brusselaers et al., [152] when they write,

> "Already 30 years ago, animal studies showed that profound inhibition of gastric acid secretion in rodents induces gastric tumours, with secondary overstimulation (hypergastrinaemia) leading to enterochromaffin-like cell (ECL) hyperplasia as generally accepted mechanism of this carcinogenic effect.

I also agree with Abrahami et al.,[158] when they state,

> "A possible association between PPI use and gastric cancer is biologically plausible, as PPIs are known to cause hypergastrinaemia, which may induce hyperplasia."

Furthermore, they write in their peer-reviewed published study,

> ***An association between PPI use and gastric cancer is biologically plausible and may be mediated by several different factors***. *PPIs are known to cause hypergastrinaemia (elevated secretion of gastrin from G-cells), as gastrin secretion is inhibited by acidity. (Ref.) Gastrin is considered a potent growth factor, which may induce hyperplasia. (Ref.) Second, long-term PPI use may lead to changes in the gut microbiome, including reduced microbial diversity. (Refs.) Changes to the gut microbiota have been shown to contribute to an increased risk of gastric cancer. (Ref.) Third, although disputed, chronic suppression of acid secretion by PPIs may be associated with atrophic gastritis (chronic inflammation of the stomach mucous membrane), (Refs.) which is one of the main precursors to gastric cancer (Ref.); although not all studies have reported this association. (Ref.)* ***Taken together, these factors may contribute to gastric cancer development among PPI users***." (Emphasis added)

Finally, I also agree with what was written in the 1986, in Merck Sharp & Dohme Research Laboratories' "Preclinical Report on Losec (omeprazole)"[113] where it was reported,

> "*These studies submitted earlier suggested a* ***plausible hypothesis for production of gastric carcinoids after omeprazole administration***. *It has been postulated that carcinoid tumors are secondary to ECL cell hyperplasia produced by hypergastrinemia which in turn is a direct result of inhibition of acid secretion by omeprazole. This sustained, marked hypergastrinemia and stimulation of ECL cells could be expected to result in focal ECL cell hyperplasia, subsequent micronodule formation and ultimately expressed as carcinoid tumors. These studies also suggest that carcinoid formation is unique to the rat*."[116]

The fulfilment of Bradford Hill's viewpoint, 'biological plausibility', strongly assists in the expert opinion that the observed association is, in fact, causal.

### G. Coherence

Bradford Hill listed 'coherence' as his seventh viewpoint.

"*On the other hand the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease*."

There is no conflict between the observation that acid suppression results in hypergastrinemia which is associated with neoplasia.

Håkan Larsson, of the Department of GI Pharmacology, Hassle Research Laboratory, and others, in 1986 published 'Plasma Gastrin and Gastric Enterochromaffinlike Cell Activation and Proliferation Studies with Omeprazole and Ranitidine in Intact and Antrectomized Rats'[112] stating,

"*The results of the present study favor the view that the diffuse and focal ECL cell hyperplasia and focal neoplasia (ECL cell carcinoids) observed in the rat stomach after 2 yr (sic) of treatment with omeprazole are the result of sustained pronounced hypergastrinemia induced in turn by long-lasting inhibition of acid secretion.*"[481]

And, as discussed above, in 1986, in a "Preclinical Report on Losec (omeprazole)"[113] by Merck Sharp & Dohme Research Laboratories, it was reported that,

"*The data submitted to date describe very clearly the relationship between pronounced inhibition of acid secretion and elevation of serum gastrin levels. These studies have also demonstrated that maintenance of high serum gastrin concentrations induces a hyperplasia of enterochromaffin-like cells (ECL cells) in the gastric mucosa (Figure 1).*"[114]

As discussed above, a very important finding concerning the role of lack of gastric acid and resultant hypergastrinemia came from the description of the Spanish family where two cousins had 10 children and 5 developed tumours in the stomach localized to the oxyntic mucosa. Four

of the tumors were classified as gastric NETs diagnosed in the twenties and the fifth classified as adenocarcinoma in the thirties. The affected children were anacidic due to a missense of one of the genes of the proton pump (ATP4A) and had therefore been exposed to a long-term hypergastrinemia.[286] Later we could reclassify the tumour of the oldest child from an adenocarcinoma to a neuroendocrine carcinoma.[287] This family shows, without a doubt, that long-term hypoacidity with secondary hypergastrinemia induces tumours of all degrees of malignancy.

It is my expert opinion, again held to a reasonable degree of medical certainty, that the cause-and-effect interpretation of this data is consistent with what is generally known regarding the natural history and biology of acid suppression, hypergastrinemia, proliferation of ECL cells and the development of neoplasia, fulfilling Bradford Hill's viewpoint of 'coherence'.

### H. Experiment

Bradford Hill's eight 'viewpoint' is that of experimentation.

> "*Occasionally it is possible to appeal to experimental, or semi-experimental, evidence*."

In this regard, in vitro, in vivo, animal, and human studies support a causal association.

While there is a voluminous amount of new evidence regarding the association of PPIs and gastric cancer available since the publication of epidemiological studies in the mid-2000s, much of the underlying evidence regarding the pathogenesis has been available for decades.

In October of 1986, Dr. David W. Blois, executive director of U.S. regulatory affairs for Merck Research Laboratories, wrote to Dr. Kenneth M. Given whom I believe was, at that time, Executive Director of Regulatory Affairs for Merck, regarding a telephone conservation he, Dr. Blois, had with Dr. R. Lipicky of the FDA.[482] In his memo, Dr. Blois wrote,

> "*Dr. Lipicky told us that all of the reviewers, including Dr. Glocklin agree that the information provided by Astra demonstrates that the ECL cell hyperplasia and gastric carcinoid tumors were the result of the sustained high levels of gastrin produced by the exaggerated pharmacologic effect of omeprazole.*"

The role of gastrin in the regulation of growth[69] of the ECL cell and the development of 'ECLomas in the rat have been thoroughly studied.[26] We established in a 2001 in vitro study that the gastrin receptor, CCK-2, is located on the ECL cell.[36] Thus, hypergastrinemia would be expected to influence the ECL cell to increase its density, proliferation, and carcinoid tumors (NETs) which, in fact, it does.[483]

The distinction between adenocarcinomas and gastric neuroendocrine tumors originating from the ECL cell is difficult to determine in animals[484] as well as man.[291,294] We examined human gastric carcinomas for neuroendocrine differentiation in 1991 and found that some of the adenocarcinomas originated from the ECL cell.[295]

As we continued our studies, we were able to show that particularly gastric cancers of diffuse type according to Lauren[288] showed neuroendocrine/ECL cell markers in a high proportion[252], which increased when improving the sensitivity without reducing the specificity of the immunohistochemical method.[251] By this method, we could show that virtually all gastric carcinomas in patients with anacidity showed ECL cell markers and accordingly were malignant neuroendocrine tumors.[128]

Similarly, we followed a patient with pernicious anemia and showed how the ECL NET transformed into a highly malignant ECL cell derived cancer.[205] Particularly, the cancer cells in the signet ring subgroup of gastric carcinomas of diffuse type, express neuroendocrine markers abundantly[289,290], findings also found by others.[301,488]

Regarding 'human studies', the epidemiological studies are discussed in detail above, both those looking at PPIs and gastric cancer and the database reviews indicating that there is an increase in the incidence of NETS in the U.S. and the U.K. corresponding with the marketing of PPIs.

All in all, the 'experiments available, from in vitro through human studies, support the causal association between PPIs and gastric cancer, an opinion I hold to a reasonable degree of medical certainty.

### I. Analogy

Bradford Hill's ninth and final viewport is that of 'analogy'.

> *"In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy."*

I have already touched upon several instances of 'analogy' in this regard.

Just above I reported on how we followed a patient with pernicious anemia and showed how the ECL NET transformed into a highly malignant ECL cell derived cancer.

Previously, I described the story of the Spanish family where 5 offspring developed tumours in their stomachs, localized to the oxyntic mucosa. Four of the tumours were classified as gastric NETs diagnosed while the patients were in their twenties and the fifth tumour classified as adenocarcinoma, diagnosed in the patient's thirties. The affected children were anacidic due to a missense of one of the genes of the proton pump (ATP4A) and had, therefore, been exposed to a long-term hypergastrinemia.[286] Later we could reclassify the tumour of the oldest child from an adenocarcinoma to a neuroendocrine carcinoma.[287]This family shows, without a doubt, that long-

term hypoacidity with secondary hypergastrinemia induces tumours of all degrees of malignancy.

Denis M. McCarthy, in his review article, 'Proton Pump Inhibitor Use, Hypergastrinemia, and Gastric Carcinoids—What Is the Relationship?'[95] noted that,

> "*Human clinical conditions causing hypergastrinemia include the hyperchlorhydric state caused by gastrinoma in Zollinger-Ellison syndrome (ZES), with or without MEN-1, and the hypochlorhydric states of chronic atrophic gastritis (CAG) due to autoimmune gastritis/pernicious anemia or Helicobacter pylori infection, vagotomy with gastric resection (some retained antrum), and prolonged proton pump inhibitor therapy.*"

Furthermore, the carcinogenic effect caused by H. pylori-induced gastritis is, more likely than not, also due to the increased gastrin concentration in blood. The reduction in gastric acid secretion secondary to H. pylori oxyntic gastritis results in hypoacidity and hypergastrinemia.

It is my expert opinion that, more likely than not, Bradford Hill's viewpoint of 'analogy' is also met in this regard, strengthening further the causal association.

Therefore, it is my opinion that all of Bradford Hill's viewpoints are met and that the association between PPI and gastric cancer established by the wealth of the epidemiological studies available to us now, is a causal association.

## XXII. General Liability Conclusion

Based upon what is written above, I will conclude, to a reasonable degree of medical and scientific certainty, more probable than not, the following:

The more efficient inhibition of gastric acid secretion, the lower gastric acidity, and the higher blood gastrin.

Gastrin stimulates the ECL cell to release its signal substances (histamine, Reg protein, bFGF) with histamine being central in stimulation of acid secretion while Reg protein stimulates proliferation of the oxyntic mucosa in general and bFGF stimulates fibrosis.

Concomitant with the stimulation of release from the ECL cell, gastrin stimulates ECL cell proliferation leading to hyperplasia, low grade malignancy (NETs) and high-grade malignancy (neuroendocrine carcinomas and adenocarcinomas).

There is no threshold for the trophic effect of gastrin and maximal effect is reached around 300-400 pmol/L. When PPIs are dosed once in the morning, fasting morning concentration of gastrin taken before intake of drug is at the lowest during the 24-hour period. The 24-hour gastrin value is the biologically important one with respect to gastrin's trophic effect.

The carcinogenic effect by H. pylori gastritis is, more likely than not, due to the increased gastrin concentration in blood. The reduction in gastric acid secretion secondary to H. pylori-induced oxyntic gastritis results in hypoacidity and hypergastrinemia and, depending on the place of actual gastrin concentration on the concentration-response curve, PPIs in combination with H. pylori infection may have an additive or exponential effect on blood gastrin.

Long-term hypergastrinemia induces ECL cell derived malignant tumours in all species examined properly.

Human gastric carcinomas of the diffuse type are most likely derived from the ECL cell. This is true especially of the signet ring subtype where the amorphous material does not consist of mucin, but instead express neuroendocrine markers.

The gastric carcinomas of intestinal type, also induced by H. pylori gastritis, most probably originates from the stem cell secondary to continuous overstimulation by for instance Reg protein continuously over-released by an increased ECL cell mass due to hypergastrinemia.

Rebound gastric acid hypersecretion secondary to PPI treatment is easily shown if the researcher has sufficient knowledge of the regulation of gastric acid secretion (known for 30 years). Rebound gastric hypersecretion makes it difficult for some patients on long-term PPI use to stop their usage.

**XXIII. Evaluation of the Cause of Gastric Cancer of Stanley Baudin**

As mentioned earlier in this report, I have reviewed the germane medical records pertaining to the patient, Stanley Baudin including the germane gastroenterology, surgical and pathological records, along with the depositions of the surgeon and pathologist.

This patient was previously healthy without known familiar diseases including gastric cancer. Due to heartburn, he underwent upper gastrointestinal endoscopy (gastroscopy) May 2002. A hiatal hernia of 3-4 cm was found with two strips of erythema in the distal esophagus. H. pylori was negative as assessed by the CLO (campylobacter pylori organisms)-test having a sensitivity of about 80%. Moreover, later examinations confirmed H. pylori negativity by histological examination.

He was started with the proton pump inhibitor, Nexium, at the dose of 40 mg until he came to a new gastroscopy due to reflux symptoms as well as a control, September 2017, after 15 years of taking a relatively high dose of this most potent PPI. At this endoscopy, a mild esophagitis with macroscopically visible Barrett's intestinal metaplasia (length not described) was found. A 4-5 cm hiatal hernia was detected, and it was noticed that it was virtually no gastro-esophageal valve function remaining.

In the stomach there were multiple small polyps as well as three 1-cm gastric polyps in intrathoracic stomach (the hiatal hernia). The polyps were removed by snare, but unfortunately they had to terminate the examination before retrieval of the polyps. Thus, only one biopsy from one of the polyps was available for pathological examination. This showed carcinoma, and he was sent to surgery where his distal esophagus, proximal stomach and greater omentum were removed.

Two polyps were removed separately and histologic examination of them showed fundic gland polyps without dysplasia and malignancy. In the stomach a focal residual intramucosal adenocarcinoma was detected, most probably at the site of one previous removed polyps localized to the hernia. The two among many similar polyps removed from the oxyntic mucosa were fundic gland polyps. FISH Her2 was examined and found to be negative.

The histological material was also examined by Senior Consultant, PhD Patricia Mjønes, St. Olavs Hospital, Trondheim, Norway. She agreed in the final diagnoses of fundic gland polyps and intramucosal adenocarcinoma (high grade dysplasia). Of interest, in her description are the findings of polyps consistent with hyperplastic polyps. Some of the slides showed gastric mucosa without signs of chronic atrophic gastritis or H. pylori gastritis. Intestinal metaplasia was not seen. Furthermore, lymphocytic infiltrates with intraepithelial lymphocytes were not seen. Of importance is the finding of parietal cells in the area of the tumor which, accordingly, started in the oxyntic mucosa. Moreover, she described that some of the cells in the intramucosal adenocarcinoma had a flattened nucleus and a large cytoplasmic vacuole, suggestive of "signet ring cell like". There was linear ECL cell hyperplasia. The applicable pathology reports, including that of Dr. Patricia Mjønes, who reviewed the pathology at my request, are attached to this report as Exhibit A.

Gastrin in blood taken after the operation while taking Nexium 40 mg daily as before were 213 pg/mL (normal < 100 pg/ml).

## XXIV. Specific Causation Conclusion

Stanley Baudin developed gastric carcinoma at the age of 53 years. He had no familial disposition, he has not been infected with H. pylori, he has not had autoimmune atrophic

gastritis, and the histology of the tumor is not like what is seen with infection with Epstein Barr virus. The tumor developed in the oxyntic mucosa (the presence of parietal cells in the tissue surrounding the tumor indicates that it's not a cardiac cancer and, thus, not related to reflux disease) where there was evidence of ECL cell hyperplasia secondary to hypergastrinemia (213 pg/mL) caused by intake of Nexium for 15 years. More likely than not, this carcinoma developed from one of the three polyps detected in the hernia, quite parallel to the case we described some years ago.[489] Proton pump inhibitors may also induce hyperplastic polyps.[168]

Long-term use of proton pump inhibitors has increasingly been shown to induce and/or promote the development of gastric cancer and, for the reasons set forth above, it is my opinion to a reasonable degree of medical certainty, more probable than not, that Stanley Baudin's long-term treatment with the Nexium substantially contributed to the development of his gastric cancer.".

I have never testified in American litigation before.

I charge $600.00 U.S./hour for document review, deposition, and trial testimony.

Trondheim, Norway _12th  January 2022

*Helge J. Waldum*

Helge Waldum, MD, PhD, Doctor d'Etat

# REFERENCES

[1] Waldum HL, Straume BK, Burhol PG. Radioimmunoassay of group I pepsinogens (PGI) and the effect of food on serum PGI. Scand J Gastroenterol. 1979;14(2):241-7.

[2] Burhol PG, Waldum HL. Radioimmunoassay of secretin in acidified plasma. Acta Hepatogastroenterol (Stuttg). 1978 Dec;25(6):474-81.

[3] Waldum HL, Burhol PG. Serum group I pepsinogens. Scand J Gastroenterol. 1981;16(4):449-51.

[4] Waldum HL, Burhol PG, Straume BK. Serum group I pepsinogens during prolonged infusion of pentagastrin and secretin in man. Scand J Gastroenterol. 1979;14(6):761-8.

[5] Waldum H. Tumor Classification Should Be Based on Biology and Not Consensus: Re-Defining Tumors Based on Biology May Accelerate Progress, An Experience of Gastric Cancer. Cancers (Basel). 2021 Jun 24;13(13):3159 at 2 of 12.

[6] Anatomy of the Stomach. National Cancer Institute SEER Training Modules. https://training.seer.cancer.gov/ugi/anatomy/stomach.html.

[7] Fujita T, Kobayashi S. Review: Structure and function of gut endocrine cells. Int Rev Cytol Suppl. 1977; (6):187-233.

[8] Waldum HL. Clinical consequences of controversies in gastric physiology. Scand J Gastroenterol. 2020 Jun;55(6):752-758.

[9] Id.

[10] Solcia E, Rindi G, Buffa R, Fiocca R, Capella C. Gastric endocrine cells: types, function and growth. Regul Pept. 2000;93:31–35.

[11] Sundler F, Böttcher G, Ekblad E, Håkanson R. The neuroendocrine system of the gut. Acta Oncol. 1989;28:303–314.

[12] McGuigan JE. Gastric mucosal intracellular localization of gastrin by immunofluorescence. Gastroenterol. 1968; 55: 315-327

[13] Jianu CS, Fossmark R, Viset T, Qvigstad G, Sørdal O, Mårvik R, Waldum HL. Gastric carcinoids after long-term use of a proton pump inhibitor. Aliment Pharmacol Ther. 2012 Oct;36(7):644-9. Epub 2012 Aug 5.

[14] Holzer P. Acid-sensing ion channels in gastrointestinal function. Neuropharmacology 2015; 94: 72-9.

[15] Egerod K, Engelstoft MS, Lund M, Grunddal K, Zhao M, Barir-Jensen D, Nygaard EB, Petersen N, Holst JJ, Schwartz TW. Transcriptional and functional characterization of the G-protein-coupled receptoire of gastric somatoistatin cells. Endocrinology 2015; 156: 3909-23

[16] Id

[17] Hersey SJ, Sachs G. Gastric acid secretion. Physiol Rev. 1995 Jan; 75(1):155-89.

[18] Lloyd KC, Wang J, Aurang K, et al. Activation of somatostatin receptor subtype 2 inhibits acid secretion in rats. Am J Physiol 1995;268: G102–6.

[19] Martinze V, Curi AP, Torkian Bschaeffer JM, et al. High basal gastric acid secretion in somatostatin receptor subtype 2 knockout mice. Gastroenterol 1998; 114:1125–32.

[20] Sandvik AK, Waldum HL. The effect of somatostatin on baseline and stimulated acid secretion and vascular histamine release from the totally isolated vascularly perfused rat stomach. Regul Pept. 1988 Mar;20(3):233-9.

[21] Waldum HL, Haugen OA, Isaksen C, Mecsei R, Sandvik AK. Enterochromaffin-like tumour cells in the diffuse but not the intestinal type of gastric carcinomas. Eur J Gastroenterol Hepatol 1991; 3: 245-249.

[22] Encyclopedia of Gastroenterology 2nd Edition. (Ernst Kuipers editor). Elsevier 2019.pp. 265-272.

[23] Thunberg, R. Localization of cells containing and forming histamine in the gastric mucosa of the rat. Exp. Cell. Res. 47:108-115, 1967.

[24] Hakanson, R. and Owman, C.H. Argyrophilic reaction of histamine-containing epithelial cells in murine gastric mucosa. Experientia 25:625-626, 1969.

[25] Hakanson, R., Bottcher, G., Ekblad, E., Panula, P., Simonsson, M., Dohlsten, M., Hallberg, T., and Sundler, F. Histamine in endocrine cells of the stomach. A survey of several species using a panel of histamine antibodies. Histochemistry 86:5-17, 1986.

[26] Cadiot G, Cattan D, Mignon M. Diagnosis and treatment of ECL cell tumors. Yale J Biol Med. 1998;71(3-4):311-323.

[27] Havu, H. Enterochromaffin-like cell carcinoids of gastric mucosa in rats after life-long inhibition of gastric secretion. Digestion 35 (suppl 1):42-55, 1986.

[28] I am informed that Losec was the initial brand name of Prilosec and that after the launch of Losec there was prescribing confusion between 'Losec' and the blood pressure/diuretic medication, 'Lasix' and, following the death of patient due to this confusion 'Losec' was changed to 'Prilosec'. (*See*, Eder, K. 5 Notable Drug Name Changes. Pharmacy Times. May 4, 2016.  https://www.pharmacytimes.com/view/5-notable-drug-name-changes.

[29] Minutes - Merck/Haessle/FDA Meeting to Discuss Losec Resubmission. April 14, 1988. MRK-PPl-00087524 to MRK-PPl-00087526 at MRK-PPl-00087525

[30] Wilamder E, El-Salhy M, Pitkänen P. Histopathology of gastric carcinoids: a survey of 42 cases. Histopathology 1984; 8: 183-93.

[31] Hakanson R, ed. Gastric endocrine cell typing at the light microscopic level. Amsterdam: Elsevier, 1991.

[32] Waldum, H.L.S., A. K; Brenna, E. Gastrin: Histamine-releasing activity. In Gastrin. JH Walsh (ed). New York, Raven Press, 1993; pp. 259-271.

[33] Waldum, H.L., Sandvik, A.K., Brenna, E., Petersen, H. Gastrin-histamine sequence in the regulation of gastric acid secretion. Gut 1991, 32, 698-701.

[34] Gustafsson BI, Bakke I, Hauso O, et al. Parietal cell activation by arborization of ECL cell cytoplasmic projections is likely the mechanism for histamine induced secretion of hydrochloric acid. Scand J Gastroenterol 2011; 46: 531‒7

[35] Choi E, Roland JT, Barlow BJ, O′Neal R, Rich AE, Nam KT, Shi C, Goldenring JR. Cell lineage distribution atlas of the human stomach reveals heterogeneous gland populations in the gastric antrum. Gut 2014; 63: 1711

[36] Bakke I, Qvigstad G, Sandvik AK, Waldum HL. The CCK-2 receptor is located on the ECL cell, but not on the parietal cell. Scand J Gastroenterol 2001; 36:1128‒33.

[37] Waldum HL, Hauso Ø, Fossmark R. The regulation of gastric acid secretion - clinical perspectives. Acta Physiol (Oxf). 2014 Feb;210(2):239-56

[38] Berstad, A. A modified hemoglobin substrate method for the estimation of pepsin in gastric juice. Scandinavian journal of gastroenterology 1970, 5, 343-348.

[39] Zhu, H., Hart, C.A., Sales, D., Roberts, N.B. Bacterial killing in gastric juice--effect of pH and pepsin on Escherichia coli and Helicobacter pylori. J Med Microbiol 2006, 55, 1265-1270

[40] Lind, T., Cederberg, C., Forssell, H., Olausson, M., Olbe, L. Relationship between reduction of gastric acid secretion and plasma gastrin concentration during omeprazole treatment. Scandinavian journal of gastroenterology 1988, 23, 1259-1266

[41] Pavlov, Ivan P. The Work of the Digestive Glands, translated by W.H. Thompson. London: Griffin (1902).

[42] Edkins, J.S. The chemical mechanism of gastric secretion. The Journal of physiology 1906, 34, 133-144,

[43] Popielski, I. β-Imidazolylyathyamin und die Organextracte Ester Teil. 1920, 178, 214-236.

[44] Hakanson, R., Owman, C. Concomitant histochemical demonstration of histamine and catecholamines in enterochromaffin-like cells of gastric mucosa. Life sciences 1967, 6, 759-766,

[45] Bakke, I., Qvigstad, G., Sandvik, A.K., Waldum, H.L. The CCK-2 receptor is located on the ECL cell, but not on the parietal cell. Scandinavian journal of gastroenterology 2001, 36, 1128-1133.

[46] Waldum, H.L., Sandvik, A.K., Brenna, E., Petersen, H. Gastrin-histamine sequence in the regulation of gastric acid secretion. Gut 1991, 32, 698-701.

[47] Sandvik, A.K., Mårvik, R., Dimaline, R., Waldum, H.L. Carbachol stimulation of gastric acid secretion and its effects on the parietal cell. British journal of pharmacology 1998, 124, 69-74

[48] Sandvik, A.K., Kleveland, P.M., Waldum, H.L. Muscarinic M2 stimulation releases histamine in the totally isolated, vascularly perfused rat stomach. Scandinavian journal of gastroenterology 1988, 23, 1049-1056.

[49] Sachs, G., Chang, H.H., Rabon, E., Schackman, R., Lewin, M., Saccomani, G. A nonelectrogenic H+ pump in plasma membranes of hog stomach. The Journal of biological chemistry 1976, 251, 7690-7698.

[50] Mishuk AU, Chen L, Gaillard P, Westrick S, Hansen RA, Qian J. National trends in prescription proton pump inhibitor use and expenditure in the United States in 2002-2017. J Am Pharm Assoc (2003). 2020 Oct 22: S1544-3191(20)30476-3.

[51] Hollingworth S, Duncan EL, Martin JH. Marked increase in proton pump inhibitors use in Australia. Pharmacoepidemiol Drug Saf. 2010;19(10): 1019e1024.

[52] Chen TJ, Chou LF, Hwang SJ. Trends in prescribing proton pump inhibitors in Taiwan: 1997 - 2000. Int J Clin Pharmacol Ther. 2003;41(5):207e212.

[53] Scarpignato C, Gatta L, Zullo A, Blandizzi C; SIF-AIGO-FIMMG Group; Italian Society of Pharmacology, the Italian Association of Hospital Gastroenterologists, and the Italian Federation of General Practitioners. Effective and safe proton pump inhibitor therapy in acid-related diseases - A position paper addressing benefits and potential harms of acid suppression. BMC Med. 2016;14(1):179. Published 2016 Nov 9.

[54] Galmiche JP. Traitement de l'oesophagite de reflux par les inhibiteurs de pompe à protons: de l'efficacité à la dépendance. Hépato-Gastro Oncol Digest. 1995; 2:215–9.

[55] Boath EH, Blenkinsopp A. The rise and rise of proton pump inhibitor drugs: patients' perspectives. Soc Sci Med. 1997 Nov;45(10):1571-9.

[56] Pottegård A, Broe A, Hallas J, de Muckadell OB, Lassen AT, Lødrup AB. Use of proton-pump inhibitors among adults: a Danish nationwide drug utilization study. Therap Adv Gastroenterol. 2016 Sep;9(5):671-8.

[57] Kleveland PM, Waldum HL. The gastrin receptor assay. Scand J Gastroenterol Suppl. 1991;180:62-9.

[58] Kleveland PM, Waldum HL, Bjerve KS, Fjøsne HE. Bioassay of gastrin, using the totally isolated, vascularly perfused rat stomach. A biomodel sensitive to gastrin in physiological concentrations. Scand J Gastroenterol 1986; 21: 945-50.

[59] Short GM, Doyle JW, Wolfe MM. Effect of Antibodies to Somatostatin on Acid Secretion and Gastrin Release by the Isolated Perfused Rat Stomach, Gastroenterol, (1985) 88;4:984-988,

[60] Kleveland PM, Waldum HL, Larsson H. Gastric acid secretion in the totally isolated, vascularly perfused rat stomach. A selective muscarinic-1 agent does, whereas gastrin does not, augment maximal histamine-stimulated acid secretion. Scand J Gastroenterol. 1987 Aug;22(6):705-13.

[61] Waldum HL, Sandvik AK. Gastric functional and trophic receptors for CCK. In: Aspects of synaptic transmission: acetylcholine, sigma receptors, CCK and eicosanoids, neurotoxins. T. Smith (ed) Taylor and Francis Ltd., London 1993: 157-172.

[62] Id

[63] Kopin AS, Lee YM, McBride EW, Miller IJ, Lu M, Lin HY, Kolakowski LE, Beinborn M. Expression cloning of the canine parietal cell gastrin receptor. Proc Natl Acad Sci USA 1992; 89: 3605-3609.

[64] Sheng W, Malagola E, NienhüserH, Zhang Z, Kim W, Zamechek L, Sepulveda A, Hata M, Hayakawa Y, Zhao C-M, Chen D, Wang C. Hypergastrinemia expands gastric ECL cells through CCK2R+ cells via ERK activation. Cell Mol Gastroenterol Hepatol 2020; 10: 434-449

[65] Blaker M, de Weerth A, Tometten M, Schulz M, Höppner W, Arit D, Hoang-Vu C, Dralle H, Terpe H, Jonas L, von Schrenck T. Expression of the cholecystokinin 2-receptor innormal human thyroid gland and medullary thyroid carcinoma. Eur J Endocrinol 2002, 146: 89-96

[66] Vantini I, Cominacini L, Piubello W, Ghidini O, Fettovich G, Ederle A, Benini L, Coc-chetto R, Cavallini G, LoCascio V, Sucuro LA. Effect of exogenous gastrointestinal peptides containing the C-terminal tetrapeptide of gastrin on calcium, calcitonin and parathormone serum levels in man. Hepatogastroenterology 1981

[67] Waldum, H.L., Sordal, O.F., Mjones, P.G. The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology. International journal of molecular sciences 2019, 20

[68] Alumets, J., El Munshid, H.A., Håkanson, R., Hedenbro, J., Liedberg, G., Oscarson, J., Rehfeld, J.F., Sundler, F., Vallgren, S. Gastrin cell proliferation after chronic stimulation: effect of vagal denervation or gastric surgery in the rat. The Journal of physiology 1980, 298, 557-569

[69] Tielemans, Y., Axelson, J., Sundler, F., Willems, G., Hakanson, R. Serum gastrin concentration affects the self-replication rate of the enterochromaffin like cells in the rat stomach. Gut 1990, 31, 274-278

[70] Arnold, R., Koop, H., Schwarting, H., Tuch, K., Willemer, B. Effect of acid inhibition on gastric endocrine cells. Scand J Gastroenterol. Supplement 1986, 125, 14-19

[71] Tartaglia, A., Vezzadini, C., Bianchini, S., Vezzadini, P. Gastrinoma of the stomach: a case report. Int J Gastrointest Cancer 2005, 35, 211-216

[72] Merchant, S.H., VanderJagt, T., Lathrop, S., Amin, M.B. Sporadic duodenal bulb gastrin-cell tumors: association with Helicobacter pylori gastritis and long-term use of proton pump inhibitors. The American journal of surgical pathology 2006, 30, 1581-1587

[73] Håkanson, R., Tielemans, Y., Chen, D., Andersson, K., Mattsson, H., Sundler, F. Time-dependent changes in enterochromaffin-like cell kinetics in stomach of hypergastrinemic rats. Gastroenterology 1993, 105, 15-21

[74] Id

[75] Poynter, D., Pick, C.R., Harcourt, R.A., Selway, S.A., Ainge, G., Harman, I.W., Spurling, N.W., Fluck, P.A., Cook, J.L. Association of long-lasting unsurmountable histamine H2 blockade and gastric carcinoid tumours in the rat. Gut 1985, 26, 1284-1295.

[76] Lamberts, R., Creutzfeldt, W., Stockmann, F., Jacubaschke, U., Maas, S., Brunner, G. Long-term omeprazole treatment in man: effects on gastric endocrine cell populations. Digestion 1988

[77] Solcia, E., Rindi, G., Silini, E., Villani, L. Enterochromaffin-like [ECL] cells and their growths: relationships to gastrin, reduced acid secretion and gastritis. Baillieres Clin Gastroenterol 1993, 7, 149-165

[78] Procter Gamble Company/Astra Zeneca LP. Omeprazole magnesium tablets. NDA (New Drug Application) 2000; 21:229

[79] Haga, Y., Nakatsura, T., Shibata, Y., Sameshima, H., Nakamura, Y., Tanimura, M., Ogawa, M. Human gastric carcinoid detected during long-term antiulcer therapy of H2 receptor antagonist and proton pump inhibitor. Digestive diseases and sciences 1998, 43, 253-257

[80] Nandy, N., Hanson, J.A., Strickland, R.G., McCarthy, D.M. Solitary Gastric Carcinoid Tumor Associated with Long-Term Use of Omeprazole: A Case Report and Review of the Literature. Digestive diseases and sciences 2016, 61, 708-712

[81] Cavalcoli, F., Zilli, A., Conte, D., Ciafardini, C., Massironi, S. Gastric neuroendocrine neoplasms and proton pump inhibitors: fact or coincidence? Scandinavian journal of gastroenterology 2015, 50, 1397-1403

[82] Rais R, Trikalinos NA, Liu J, Chatterjee D. Enterochromaffin-like Cell Hyperplasia-Associated Gastric Neuroendocrine Tumors May Arise in the Setting of Proton Pump Inhibitor Use: The Need for a New Clinicopathologic Category. Arch Pathol Lab Med. 2021 Jul 20.

[83] Trinh, V.Q., Shi, C., Ma, C. Gastric neuroendocrine tumours from long-term proton pump inhibitor users are indolent tumours with good prognosis. Histopathology 2020, 77, 865-876,

[84] Hodgson, N., Koniaris, L.G., Livingstone, A.S., Franceschi, D. Gastric carcinoids: a temporal increase with proton pump introduction. Surg Endosc 2005, 19, 1610-1612

[85] Dasari, A., Shen, C., Halperin, D., Zhao, B., Zhou, S., Xu, Y., Shih, T., Yao, J.C. Trends in the Incidence, Prevalence, and Survival Outcomes in Patients With Neuroendocrine Tumors in the United States. JAMA Oncol 2017, 3, 1335-1342

[86] Ellis L, Shale MJ, Coleman MP. Carcinoid tumors of the gastrointestinal tract: trends in incidence in England since 1971. Am J Gastroenterol. 2010 Dec;105(12):2563-9.

[87] Lahner, E., Pilozzi, E., Esposito, G., Galli, G., Annibale, B. Gastric carcinoid in the absence of atrophic body gastritis and with low Ki67 index: a clinical challenge. Scandinavian journal of gastroenterology 2014, 49, 506-510

[88] Sjoblom, S.M., Sipponen, P., Karonen, S.L., Jarvinen, H.J. Mucosal argyrophil endocrine cells in pernicious anaemia and upper gastrointestinal carcinoid tumours. Journal of clinical pathology 1989, 42, 371-377.

[89] Parsonnet, J., Friedman, G.D., Vandersteen, D.P., Chang, Y., Vogelman, J.H., Orentreich, N., Sibley, R.K. Helicobacter pylori infection and the risk of gastric carcinoma. NEJM 1991, *325*, 1127-1131

[90] Uemura, N., Okamoto, S., Yamamoto, S., Matsumura, N., Yamaguchi, S., Yamakido, M., Taniyama, K., Sasaki, N., Schlemper, R.J. Helicobacter pylori infection and the development of gastric cancer. NEJM 2001, 345, 784-789.

[91] Solcia, E., Capella, C., Fiocca, R., Rindi, G., Rosai, J. Gastric argyrophil carcinoidosis in patients with Zollinger-Ellison syndrome due to type 1 multiple endocrine neoplasia. A newly recognized association. Am J Surg Patholo. 1990, 14, 503-513.

[92] Cadiot G, Vissuzaine C, Potet F, Mignon M. Fundic argyrophil carcinoid tumor in a patient with sporadic-type Zollinger-Ellison syndrome. Dig Dis Sci. 1995 Jun;40(6):1275-8.

[93] Feurle, G.E. Argyrophil cell hyperplasia and a carcinoid tumour in the stomach of a patient with sporadic Zollinger-Ellison syndrome. Gut 1994, 35, 275-277

[94] Bordi, C., Senatore, S., Missale, G. Gastric carcinoid following gastrojejunostomy. Am J Dig Dis 1976, 21, 667-671

[95] McCarthy DM. Proton Pump Inhibitor Use, Hypergastrinemia, and Gastric Carcinoids-What Is the Relationship? Int J Mol Sci. 2020 Jan 19;21(2):662.

[96] Waldum H, Mjønes P. Time to classify tumours according to cell of origin. Int J Mol Sci 2021, 22: 13386.

[97] Feldman, M. Inhibition of gastric acid secretion by selective and nonselective anticholinergics. Gastroenterology 1984, 86, 361-366.

[98] Black, J.W., Duncan, W.A., Durant, C.J., Ganellin, C.R., Parsons, E.M. Definition and antagonism of histamine H 2 -receptors. Nature 1972, 236, 385-390,

[99] Sachs, G., Wallmark, B. Biological basis of omeprazole therapy. Journal of gastroenterology and hepatology 1989, 4 Suppl 2, 7-18.

[100] Lind, T., Cederberg, C., Ekenved, G., Haglund, U., Olbe, L. Effect of omeprazole--a gastric proton pump inhibitor--on pentagastrin stimulated acid secretion in man. Gut 1983, 24, 270-276, doi:10.1136/gut.24.4.270.

[101] Sharma, B.K., Walt, R.P., Pounder, R.E., Gomes, M.D., Wood, E.C., Logan, L.H. Optimal dose of oral omeprazole for maximal 24 hour decrease of intragastric acidity. Gut 1984, 25, 957-964, doi:10.1136/gut.25.9.957.

[102] Wilder-Smith, C.H.S., C; Krech,T; Merki, H. S. Bactericidal factors in gastric juice. European journal of gastroenterology & hepatology 1992, 4, 885-891.

[103] Martinsen, T.C., Taylor, D.M., Johnsen, R., Waldum, H.L. Gastric acidity protects mice against prion infection? Scandinavian journal of gastroenterology 2002, 37, 497-500.

[104] Martinsen, T.C., Benestad, S.L., Moldal, T., Waldum, H.L. Inhibitors of gastric acid secretion increase the risk of prion infection in mice. Scandinavian journal of gastroenterology 2011, 46, 1418-1422.

[105] Imhann, F., Bonder, M.J., Vich Vila, A., Fu, J., Mujagic, Z., Vork, L., Tigchelaar, E.F., Jankipersadsing, S.A., Cenit, M.C., Harmsen, H.J., et al. Proton pump inhibitors affect the gut microbiome. Gut 2016, 65, 740-748.

[106] Feng, J., Petersen, C.D., Coy, D.H., Jiang, J.K., Thomas, C.J., Pollak, M.R., Wank, S.A. Calcium-sensing receptor is a physiologic multimodal chemosensor regulating gastric G-cell growth and gastrin secretion. Proceedings of the National Academy of Sciences of the United States of America 2010, 107, 17791-17796

[107] Goo, T., Akiba, Y., Kaunitz, J.D. Mechanisms of intragastric pH sensing. Curr Gastroenterol Rep 2010, 12, 465-470

[108] Walsh JH, Richardson CT, Fordtran JS. pH dependence of acid secretion and gastrin release in normal and ulcer subjects. J Clin Invest. 1975 Mar;55(3):462-8.

[109] Zollinger, R. M., & Ellison, E. H. (1955). Primary peptic ulcerations of the jejunum associated with islet cell tumors of the pancreas. Annals of surgery, 142(4), 709–728.

[110] Wilander E. Achylia, pernicious anaemia, ECL cells and gastric carcinoids. Virchows Arch [Pathol Anat] 1980; 387: 371-3.

[111] Håkanson R, Sundler F. Proposed mechanism of induction of gastric carcinoids: the gastrin hypothesis. Eur J Clin Invest. 1990 Oct;20 Suppl 1: S65-71.

[112] Larsson H, Carlsson E, Mattsson H, Lundell L, Sundler F, Sundell G, et al. Plasma gastrin and gastric enterochromaffinlike cell activation and proliferation. Gastroenterol. 1986; 90: 391-9.

[113] MRK-PPI-00079996 to MRK-PPI-00080050

[114] MRK-PPI-00080002

[115] Id

[116] MRK-PPI-00080003

[117] I am informed that "MSDRL" stands for Merck, Sharp and Dohme Research Laboratories.

[118] Rindi G, Luinetti O, Cornaggia M, Capella C, Solcia E. Three subtypes of gastric argyrophil carcinoid and the gastric neuroendocrine carcinoma:a clinicopathologic study. Gastroenterology 1993; 104: 994-1006.

[119] Spencer AJ, Barbolt TA, Henry DC, Eason CT, Sauerschell RJ, Bonner FW. Gastric morphological changes including carcinoid tumors in animals treated with a ptent hypolipemic, ciprofibrate. Toxicol Pathol 1989;17

[120] Martinsen TC, Nesjan N, Rønning K, Sandvik AK, Waldum HL. The peroxisome-proliferator ciprofibrate induces hypergastrinemia without raising gastric pH. Carcinogenesis1996; 17: 2153-2155.

[121] Cui G, Waldum HL. Physiological and clinical significance of enterochromaffin-like cell activation in the regulation of gastric acid secretion. World J Gastroenterol. 2007;13(4):493-496.

[122] Håkanson R, Chen D, Tielemans Y, Andersson K, Ryberg B, Sundler F, Mattsson H. ECL cells: biology and pathobiology. Digestion 1994; 55 Suppl 3: 38-45.

[123] Waldum HL, Brenna E, Sandvik AK. Relationship of ECL cells and gastric neoplasia. Yale J Biol Med 1998; 71: 325-335.

[124] Cui G, Qvigstad G, Falkmer S, Sandvik AK, Kawase S, Waldum HL. Spontaneous ECLomas in cotton rats (Sigmodon hispidus): tumours occurring in hypoacidic/hypergastrinaemic animals with normal parietal cells. Carcinogenesis 2000; 21: 23-27.

[125] Waldum HL, Mjønes P. Towards understanding of gastric cancer based upon physiological role of gastrin and ECL cells. Cancers (Basel). 2020 Nov 22;12(11):3477)

[126] Murphy, G., Dawsey, S.M., Engels, E.A., Ricker, W., Parsons, R., Etemadi, A., Lin, S.W., Abnet, C.C., Freedman, N.D. Cancer Risk After Pernicious Anemia in the US Elderly Population. Clin Gastroenterol Hepatol 2015, 13, 2282-2289.e2281-2284

[127] Lahner, E., Esposito, G., Pilozzi, E., Purchiaroni, F., Corleto, V.D., Di Giulio, E., Annibale, B. Occurrence of gastric cancer and carcinoids in atrophic gastritis during prospective long-term follow up. Scand J Gastroenterol. 2015, 50, 856-865

[128] Qvigstad G, Qvigstad T, Westre B, Sandvik AK, Brenna E, Waldum HL. Neuroendocrine differentiation in gastric adenocarcinomas associated with severe hypergastrinemia and/or pernicious anemia. APMIS. 2002 Feb;110(2):132-9.

[129] Zamcheck, N., Grable, E., Ley, A., Norman, L. Occurrence of gastric cancer among patients with pernicious anemia at the Boston City Hospital. NEJM. 1955, 252, 1103-1110

[130] Calvete, O., Reyes, J., Zuniga, S., Paumard-Hernandez, B., Fernandez, V., Bujanda, L., Rodriguez-Pinilla, M.S., Palacios, J., Heine-Suner, D., Banka, S., et al. Exome sequencing identifies ATP4A gene as responsible of an atypical familial type I gastric neuroendocrine tumour. Human molecular genetics 2015, 24, 2914-2922.

[131] Fossmark, R., Calvete, O., Mjones, P., Benitez, J., Waldum, H.L. ECL-cell carcinoids and carcinoma in patients homozygous for an inactivating mutation in the gastric H(+) K(+) ATPase alpha subunit. APMIS. 2016, 124, 561-566

[132] Murphy, G., Abnet, C.C., Choo-Wosoba, H., Vogtmann, E., Weinstein, S.J., Taylor, P.R., Mannisto, S., Albanes, D., Dawsey, S.M., Rehfeld, J.F., et al. Serum gastrin and cholecystokinin are associated with subsequent development of gastric cancer in a prospective population-based nested cohort study of Finnish smokers. Inter J Epidemiol. 2017, 46, 914-923

[133] Ness-Jensen, E., Bringeland, E.A., Mattsson, F., Mjønes, P., Lagergren, J., Grønbech, J.E., Waldum, H.L., Fossmark, R. Hypergastrinemia is associated with an increased risk of gastric adenocarcinoma with proximal location: A prospective population-based nested case-control study. Int J Cancer 2021, 148, 1879-1886.

[134] Waldum HL, Sagatun L, Mjønes P. Gastrin and Gastric Cancer. Front Endocrinol (Lausanne). 2017 Jan 17; 8:1.

[135] Waldum, H.L.P., H., Brenna, E. Gastrin and Gastric cancer. Euro J Gastroenter Hepatolo 1992, 4, 801-811.

[136] Freston, J.W. Clinical significance of hypergastrinaemia: relevance to gastrin monitoring during omeprazole therapy. Digestion 1992, 51 Suppl 1, 102-114.

[137] Tatsuguchi, A., Hoshino, S., Kawami, N., Gudis, K., Nomura, T., Shimizu, A., Iwakiri, K. Influence of hypergastrinemia secondary to long-term proton pump inhibitor treatment on ECL cell tumorigenesis in human gastric mucosa. Pathol Res Pract 2020, 216, 153113.

[138] Sandvik, A.K., Waldum, H.L. CCK-B (gastrin) receptor regulates gastric histamine release and acid secretion. Am J Physiol. 1991, 260, G925-928

[139] Brenna, E., Waldum, H.L. Trophic effect of gastrin on the enterochromaffin like cells of the rat stomach: establishment of a dose response relationship. Gut 1992, 33, 1303-1306.

[140] Rehfeld JF. Gastrin and the Moderate Hypergastrinemias. Int J Mol Sci. 2021 Jun 29;22(13):6977.

[141] Id

[142] Creutzfeldt, W., Lamberts, R. Inter-relationship between serum gastrin levels, gastric mucosal histology and gastric endocrine cell growth. Digestion. 1992, 51 Suppl 1, 76-81

[143] Peghini PL, Annibale B, Azzoni C, Milione M, D Corletto V, Gibril F, Venzon DJ, Delle Fave G, Bordi C, Jensen RT. Effect of chronic hypergastrinemia on human enterochromaffin-like cells: insight from patients with sporadic gastrinomas. Gastroenterology 2002; 123: 68-85

[144] Poulsen, A.H., Christensen, S., McLaughlin, J.K., Thomsen, R.W., Sørensen, H.T., Olsen, J.H., Friis, S. Proton pump inhibitors and risk of gastric cancer: a population-based cohort study. British journal of cancer 2009, 100, 1503-1507

[145] GarcıaRodrıguez LA, Lagergren J, Lindblad M. Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK. Gut 2006; 55:1538−1544.

[146] Tamim H, Duranceau A, Chen LQ, Lelorier J. Association between use of acid-suppressive drugs and risk of gastric cancer. A nested case-control study. Drug Saf. 2008;31(8):675-84.

[147] Ahn JS, Eom CS, Jeon CY, Park SM. Acid suppressive drugs and gastric cancer: A meta-analysis of observational studies. World J Gastroenterol 2013; 19(16): 2560-2568

[148] Cheung, K.S., Chan, E.W., Wong, A.Y.S., Chen, L., Wong, I.C.K., Leung, W.K. Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study. Gut 2018, 67, 28-35.

[149] Niikura, R., Hayakawa, Y., Hirata, Y., Yamada, A., Fujishiro, M., Koike, K. Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis. Gut 2018, 67, 1908-1910.

[150] Seo SI, Park CH, You SC, Kim JY, Lee KJ, Kim J, Kim Y, Yoo JJ, Seo WW, Lee HS, Shin WG. Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea. Gut. 2021 Nov;70(11):2066-2075.

[151] Salvo, E.M., Ferko, N.C., Cash, S.B., Gonzalez, A., Kahrilas, P.J. Umbrella review of 42 systematic reviews with meta-analyses: the safety of proton pump inhibitors. Alimentary pharmacology & therapeutics 2021, 54, 129-143.

[152] Brusselaers, N., Wahlin, K., Engstrand, L., Lagergren, J. Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden. BMJ open 2017, 7, e017739.

[153] Peng, Y.C., Huang, L.R., Lin, C.L., Hsu, W.Y., Chang, C.S., Yeh, H.Z., Kao, C.H. Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD. Gut 2019, 68, 374-376.

[154] Lai, S.W., Lai, H.C., Lin, C.L., Liao, K.F. Proton pump inhibitors and risk of gastric cancer in a case-control study. Gut 2019, 68, 765-767.

[155] Ng AK, Ng PY, Ip A, Cheung KS, Siu CW. Association between proton pump inhibitors after percutaneous coronary intervention and risk of gastric cancer. BMJ Open Gastroenterol. 2021 Aug;8(1):e000719.

[156] Jiang K, Jiang X, Wen Y, Liao L, Liu FB. Relationship between long-term use of proton pump inhibitors and risk of gastric cancer: A systematic analysis. J Gastroenterol Hepatol. 2019 Nov;34(11):1898-1905.

[157] Zeng R, Cheng Y, Luo D, Wang J, Yang J, Jiang L, Zhuo Z, Guo K, Wu H, Leung FW, Sha W, Chen H. Comprehensive analysis of proton pump inhibitors and risk of digestive tract cancers. Eur J Cancer. 2021 Oct;156: 190-201.

[158] Abrahami D, McDonald EG, Schnitzer ME, Barkun AN, Suissa S, Azoulay L. Proton pump inhibitors and risk of gastric cancer: population-based cohort study. Gut. 2021 Jul 5: gutjnl-2021-325097.

[159] Suissa S, Suissa A. Proton-pump inhibitors and increased gastric cancer risk: time-related biases. Gut. 2018 Dec;67(12):2228-2229.

[160] Brusselaers N, Lagergren J, Engstrand L. Duration of use of proton pump inhibitors and the risk of gastric and oesophageal cancer. Can Epidemiol 62 (2019) 101585.

[161] Luo, W., Fedda, F., Lynch, P., Tan, D. CDH1 Gene and Hereditary Diffuse Gastric Cancer Syndrome: Molecular and Histological Alterations and Implications for Diagnosis And Treatment. Front Pharmacol 2018, 9, 1421,

[162] Waldum, H.L., Ringnes, E., Nordbo, H., Sordal, O., Nordrum, I.S., Hauso, O. The normal neuroendocrine cells of the upper gastrointestinal tract lack E-cadherin. Scandinavian journal of gastroenterology 2014, 49, 974-978.

[163] Chen, J.N., He, D., Tang, F., Shao, C.K. Epstein-Barr virus-associated gastric carcinoma: a newly defined entity. J Clin Gastroenterol. 2012, 46, 262-271

[164] Luqmani, Y.A., Linjawi, S.O., Shousha, S. Detection of Epstein-Barr virus in gastrectomy specimens. Oncol Rep 2001, 8, 995-999.

[165] Fossmark R, Rao S, Mjønes P, Munkvold B, Flatberg A, Varro A, Thommesen L, Nørsett KG. PAI-1 deficiency increases the trophic effects of hypergastrinemia in the gastric corpus mucosa. Peptides 2016; 79:83-94.

[165a] Huang Q, Read M, Gold JS, Zou XP. Unraveling the identity of gastric cardiac cancer. J Dig Dis. 2020 Dec;21(12):674-686. doi: 10.1111/1751-2980.12945. Epub 2020 Oct 28.

[165b] Pierre Allemann and Pierre Fournier. Journal of Laparoendoscopic & Advanced Surgical Techniques. Aug 2020. 869-874.

[165c] Katzka DA, Kahrilas PJ. Advances in the diagnosis and management of gastroesophageal reflux disease. BMJ. 2020 Nov 23;371:m3786. doi: 10.1136/bmj.m3786.

[165d] Zeng SX, Liang YP, Wu XY, Tan SW, Liang Q, Wen ZF, Tao J. Gastroesophageal reflux is associated with an increased risk of gastric cardia polyps: a case-control study of 140 cases. Ann Palliat Med. 2021 Jul;10(7):7173-7183. doi: 10.21037/apm-21-260. Epub 2021 Jun 21. PMID: 34154359.

[166] Vos, S., van der Post, R.S., Brosens, L.A.A. Gastric Epithelial Polyps: When to Ponder, When to Panic. Surg. Pathol. Clin. 2020, 13, 431–452.

[167] Carmack, S.W., Genta, R.M., Schuler, C.M., Saboorian, M.H. The current spectrum of gastric polyps: A 1-year national study of over 120,000 patients. Am. J. Gastroenterol. 2009, 104, 1524–1532.

[168] Waldum H, Fossmark R. Gastritis, Gastric Polyps and Gastric Cancer. Int J Mol Sci. 2021 Jun 18;22(12):6548.

[169] Borch, K., Skarsgård, J., Franzén, L., Mårdh, S., Rehfeld, J.F. Benign gastric polyps: morphological and functional origin. Dig Dis Sciences. 2003, 48, 1292-1297,

[170] Suzuki, S., Ohkusa, T., Shimoi, K., Horiuchi, T., Fujiki, K., Takashimizu, I. Disappearance of multiple hyperplastic polyps after the eradication of Helicobacter pylori. Gastrointest Endosc 1997, 46, 566-568.

[171] Ohkusa, T., Miwa, H., Hojo, M., Kumagai, J., Tanizawa, T., Asaoka, D., Terai, T., Ohkura, R., Sato, N. Endoscopic, histological and serologic findings of gastric hyperplastic polyps after eradication of Helicobacter pylori: comparison between responder and non-responder cases. Digestion 2003, 68, 57-62

[172] Chetty, R., Gill, P., Mugon, P., Shrimankar, J., Hughes, C. Gastric neuroendocrine cell hyperplasia and type 1 tumours occurring within gastric hyperplastic polyps. Virchows Arch 2012, 461, 483-487

[173] Bordi, C., Bertelè, A., Davighi, M.C., Pilato, F., Carfagna, G., Missale, G. Clinical and pathological associations of argyrophil cell hyperplasias of the gastric mucosa. Appl Pathol 1984, 2, 282-291.

[174] Daibo, M., Itabashi, M., Hirota, T. Malignant transformation of gastric hyperplastic polyps. Am J Gastroenterol. 1987, 82, 1016-1025.

[175] Zea-Iriarte, W.L., Itsuno, M., Makiyama, K., Hara, K., Haraguchi, M., Ajioka, Y. Signet ring cell carcinoma in hyperplastic polyp. Scand J Gastroenterol. 1995, 30, 604-608

[176] Carneiro, F., David, L., Seruca, R., Castedo, S., Nesland, J.M., Sobrinho-Simões, M. Hyperplastic polyposis and diffuse carcinoma of the stomach. A study of a family. Cancer 1993, 72, 323-329.

[177] Carneiro, F., David, L., Seruca, R., Castedo, S., Nesland, J.M., Sobrinho-Simões, M. Hyperplastic polyposis and diffuse carcinoma of the stomach. A study of a family. Cancer 1993, 72, 323-329.

[178] Yamanaka, K., Miyatani, H., Yoshida, Y., Ishii, T., Asabe, S., Takada, O., Nokubi, M., Mashima, H. Malignant transformation of a gastric hyperplastic polyp in a context of Helicobacter pylori-negative autoimmune gastritis: a case report. BMC Gastroenterol. 2016, 16, 130,

[179] Rawla P, Barsouk A. Epidemiology of gastric cancer: global trends, risk factors and prevention. Prz Gastroenterol. 2019;14(1):26-38.

[180] Bray F, Ferlay J, Soerjomataram I, Siegel RL, Torre LA, Jemal A. Global cancer statistics 2018: GLOBOCAN estimates of incidence and mortality worldwide for 36 cancers in 185 countries. CA Cancer J Clin. 2018 Nov;68(6):394-424.

[181] Abdi E, Latifi-Navid S, Zahn S, Yazdanbod A, Pourfarzi F. Risk factors predisposing to cardia gastric adenocarcinoma: Insight and new perspectives. Cancer Med 2019; 8: 6114-6126.

[182] Imamura Y, Watanabe M, Oki E, Morita M, Baba H. Esophagogastric junction adenocarcinoma shares characteristics with gastric adenocarcinoma: Litterature review and retrospective multicenter cohort study. Ann Gastroenterol Surg 2020; 5: 46-59.

[183] Egi Y, Ito M, Tanaka S. Imagawa S, Takata S, Yoshihara M, Haruma K, Chayama K. Role of Helicobacter pylori infection and chronic inflammation in gastric cancer in the cardia. Jpn J Clin Oncol 2007; 37: 365-9.

[184] Maeda H, Okabayashi T, Nishimori I, SugimotoT, Namikawa T, Dabanaka K, Tsujii S, Onishi S, Kobayashi M, Hanazaki K. Clinicopathologic features of adenoicarcinoma at the gastric cardia: is it different from distal cancer the stomach? J Am Coll Surg 2008; 206: 306-10.

[185] Comfort, M.W. Gastric acidity before and after development of gastric cancer: its etiologic, diagnostic and prognostic significance. Annals of internal medicine 1951, 34, 1331-1348

[186] Grossman, M.I., Kirsner, J.B., Gillespie, I.E. Basal and histalog-stimulated gastric secretion in control subjects and in patients with peptic ulcer or gastric cancer. Gastroenterology 1963, 45, 14-26.

[187] Morson, B.C. Intestinal metaplasia of the gastric mucosa. British J Cancer 1955, 9, 365-376.

[188] Siurala, M., Seppala, K. Atrophic gastritis as a possible precursor of gastric carcinoma and pernicious anemia. Results of follow-up examinations. Acta medica Scandinavica 1960, 166, 455-474.

[189] Marshall, B.J., Warren, J.R. Unidentified curved bacilli in the stomach of patients with gastritis and peptic ulceration. Lancet (London, England) 1984, 1, 1311-1315.

[190] Yuan, L., Zhao, J.B., Zhou, Y.L., Qi, Y.B., Guo, Q.Y., Zhang, H.H., Khan, M.N., Lan, L., Jia, C.H., Zhang, Y.R., et al. Type I and type II Helicobacter pylori infection status and their impact on gastrin and pepsinogen level in a gastric cancer prevalent area. World J Gastroenterol, 2020, 26, 3673-3685

[191] Waldum, H.L., Sandvik, A., Brenna, E. Gastrin, the enterochromaffin-like cell, and gastric tumors. Gastroenterology 1993, 105, 1264-1266

[192] Waldum, H.L., Hauso, O., Sordal, O.F., Fossmark, R. Gastrin May Mediate the Carcinogenic Effect of Helicobacter pylori Infection of the Stomach. Dig Dis Sciences, 2015, 60, 1522-1527

[193] Take, S., Mizuno, M., Ishiki, K., Kusumoto, C., Imada, T., Hamada, F., Yoshida, T., Yokota, K., Mitsuhashi, T., Okada, H. Risk of gastric cancer in the second decade of follow-up after Helicobacter pylori eradication. J Gastroenterol 2020, 55, 281-288

[194] Poynter, D., Selway, S.A., Papworth, S.A., Riches, S.R. Changes in the gastric mucosa of the mouse associated with long lasting unsurmountable histamine H2 blockade. Gut 1986, 27, 1338-1346.

[195] Nilsson, O., Wängberg, B., Johansson, L., Modlin, I.M., Ahlman, H. Praomys (Mastomys) natalensis: a model for gastric carcinoid formation. Yale J Biol Med 1992, 65, 741-751; Discussion 827-749.

[196] Cao, L., Mizoshita, T., Tsukamoto, T., Takenaka, Y., Toyoda, T., Cao, X., Ban, H., Nozaki, K., Tatematsu, M. Development of carcinoid tumors of the glandular stomach and effects of eradication in Helicobacter pylori-infected Mongolian gerbils. Asian Pac J Cancer Prev 2008, 9, 25-30.

[197] Waldum, H.L., Rørvik, H., Falkmer, S., Kawase, S. Neuroendocrine (ECL cell) differentiation of spontaneous gastric carcinomas of cotton rats (Sigmodon hispidus). Lab Anim Sci 1999, 49, 241-247

[198] Martinsen, T.C., Kawase, S., Hakanson, R., Torp, S.H., Fossmark, R., Qvigstad, G., Sandvik, A.K., Waldum, H.L. Spontaneous ECL cell carcinomas in cotton rats: natural course and prevention by a gastrin receptor antagonist. Carcinogenesis 2003, 24, 1887-1896

[199] Wang, T.C., Dangler, C.A., Chen, D., Goldenring, J.R., Koh, T., Raychowdhury, R., Coffey, R.J., Ito, S., Varro, A., Dockray, G.J., et al. Synergistic interaction between hypergastrinemia and Helicobacter infection in a mouse model of gastric cancer. Gastroenterology 2000, 118, 36-47.

[200] Id

[201] Bordi C, Gabrielli M, Missale G. Pathologic changes of endocrine cells in chronic atrophic gastritis. An ultrastructural study on peroral gastric biopsy specimens. Arch Pathol Lab Med. 1978 Mar;102(3):129-35.

[202] Hodges JR, Isaacson P, Wright R. Diffuse enterochromaffin-like (ECL) cell hyperplasia and multiple gastric carcinoids: a complication of pernicious anaemia. Gut. 1981 Mar;22(3):237-41.

[203] Id

[204] Waldum HL, Sandvik AK, Syversen U, Brenna E. The enterochromaffin-like (ECL) cell. Physiological and pathophysiological role. Acta Oncol. 1993;32(2):141-7

[205] Qvigstad G, Falkmer S, Westre B, Waldum HL. Clinical and histopathological tumour progression in ECL cell carcinoids ("ECLomas"). APMIS. 1999 Dec;107(12):1085-92.

[206] Waldum HL, Sandvik AK, Idle JR. Gastrin is the most important factor in ECL tumorigenesis. Gastroenterology. 1998 May;114(5):1113-5.

[207] Sumiyoshi H, Yasui W, Ochiai A, Tahara E: Effects of gastrin on tumor growth and cyclic nucleotide metabolism in xenotransplantable human gastric and colonic carcinomas in nude mice. Cancer Res 1984; 44: 4276−4280.

[208] Ochiai A, Yasui W, Tahara E: Growth-promoting effect of gastrin on human gastric carcinoma cell line TMK-1. Jpn J Cancer Res1985; 76: 1064−1071.

[209] Lee L, Ramos-Alvarez I, Ito T, Jensen RT. Insights into Effects/Risks of Chronic Hypergastrinemia and Lifelong PPI Treatment in Man Based on Studies of Patients with Zollinger-Ellison Syndrome. Int J Mol Sci. 2019 Oct 16;20(20):5128.

[210] Goetze, J.P., Eiland, S., Svendsen, L.B., Vainer, B., Hannibal, J., Rehfeld, J.F. Characterization of gastrins and their receptor in solid human gastric adenocarcinomas. Scand. J. Gastroenterol. 2013, 48, 688−695.

[211] Hur K, Kwak MK, Lee HJ, Park DJ, Lee HK, Lee HS, Kim WH, Michaeli D, Yang HK. Expression of gastrin and its receptor in human gastric cancer tissues. J Cancer Res Clin Oncol. 2006 Feb;132(2):85-91.

[212] Ito M, Tanaka S, Maeda M, Takamura A, Tatsugami M, Wada Y, Matsumoto Y, Yoshihara M, Haruma K, Chayama K: Role of the Gastrin-Gastrin Receptor System in the Expansive Growth of Human Gastric Neoplasms. Digestion 2008;78:163-170. doi: 10.1159/000181146.

[213] Id.

[214] Id.

[215] Mjønes P, Nordrum IS, Sørdal Ø, Sagatun L, Fossmark R, Sandvik A, Waldum HL. Expression of the Cholecystokinin-B Receptor in Neoplastic Gastric Cells. Horm Cancer. 2018 Feb;9(1):40-54

[216] Goetze JP, Eiland S, Svendsen LB, Vainer B, Hannibal J, Rehfeld JF. Characterization of gastrins and their receptor in solid human gastric adenocarcinomas. Scand J Gastroenterol. 2013 Jun;48(6):688-95.

[217] Tarasova NT, Wank SA, Hudson EA, Romanov VI, Czerwinski G, Resau JH, Michedja CJ. Endocytosis of gastrin in cancer cells expressing gastrin/CCK-B receptor. Cell Tissue Res 1997; 287: 325-333

[218] Sordal O, Waldum H, Nordrum IS, Boyce M, Bergh K, Munkvold B, et al. The gastrin receptor antagonist netazepide (YF476) prevents oxyntic mucosal inflammation induced by Helicobacter pylori infection in Mongolian gerbils. Helicobacter 2013; 18:397−405.

[219] Kidd M, Siddique ZL, Drozdov I, Gustafsson BI, Camp RL, Black JW, et al. The CCK(2) receptor antagonist, YF476, inhibits Mastomys ECL cell hyperplasia and gastric carcinoid tumor development. Regul Pept 2010;162:52−60.

[220] Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, Wang TC. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on Helicobacter-induced gastric cancer. Gastroenterology. 2005 Jun;128(7):1965-83.

[221] Kidd M, Modlin IM, Black JW, Boyce M, Culler M. A comparison of the effects of gastrin, somatostatin and dopamine receptor ligands on rat gastric enterochromaffin-like cell secretion and proliferation. Regul Pept. 2007 Oct 4;143(1-3):109-17.

[222] Fossmark R, Martinsen TC, Bakkelund KE, Kawase S, Waldum HL. ECL-cell derived gastric cancer in male cotton rats dosed with the H2-blocker loxtidine. Cancer Res. 2004 May 15;64(10):3687-93.

[223] Tielemans Y, Håkanson R, Sundler F, Willems G. Proliferation of enterochromaffinlike cells in omeprazole-treated hypergastrinemic rats. Gastroenterology. 1989 Mar;96(3):723-9.

[224] Sundler F, Carlsson E, Håkanson R, Larsson H, Mattsson H. Inhibition of gastric acid secretion by omeprazole and ranitidine. Effects on plasma gastrin and gastric histamine, histidine decarboxylase activity and ECL cell density in normal and antrectomized rats. Scand J Gastroenterol Suppl. 1986; 118:39-46.

[225] Lee H, Håkanson R, Karlsson A, Mattsson H, Sundler F. Lansoprazole and omeprazole have similar effects on plasma gastrin levels, enterochromaffin-like cells, gastrin cells and somatostatin cells in the rat stomach. Digestion. 1992;51(3):125-32.

[226] Waldum HL, Hauso Ø, Fossmark R. Letter: proton pump inhibitors, hypergastrinaemia and the risk of gastric neoplasia. Aliment Pharmacol Ther. 2015 Aug;42(3):389.

[227] Brenna E, Håkanson R, Sundler F, Sandvik AK, Waldum HL. The effect of omeprazole-induced hypergastrinemia on the oxyntic mucosa of mastomys. Scand J Gastroenterol. 1991 Jun;26(6):667-72.

[228] December 30, 1986 'Losec In-Depth Review Meeting Minutes - November 25, 1986. MRK-PPI-00183145 to MRK-PPI-00183155.

[229] Id at MRK-PPI-00183146

[230] Tielemans Y, Chen D, Sundler F, Håkanson R, Willems G. Reversibility of the cell kinetic changes induced by omeprazole in the rat oxyntic mucosa. An autoradiographic study using tritiated thymidine. Scand J Gastroenterol. 1992; 27(2):155-60.

[231] Solcia E, Fiocca R, Villani L, Luinetti O, Capella C. Hyperplastic, dysplastic, and neoplastic enterochromaffin-like cell proliferations of the gastric mucosa. Classification and histogenesis. Am J Surg Pathol. 1995; 19 Suppl 1:S1-7.

[232] Food and Drug Administration. FDA Background. Omeprazole Magnesium (Prilosec 1 TM) Astra Zeneca with Proctor and Gamble. For the Joint Meeting of the Nonprescription Drugs Advisory Committee and the Gastrointestinal Drugs Advisory Committee On October 20, 2000.

[233] Fossmark R, Sørdal Ø, Jianu C, Qvigstad G, Boyce M, Waldum H. YF476, a gastrin receptor antagonist, causes regression of tumors and normalizes serum chromogranin A in patients with type 1 gastric carcinoids. 9th Annual ENETS Conferance for the Diagnosis and Treatment of Neuroendocrine Tumor Disease; Copenhagen; Denmark 2012.

[234] Hirschowitz BI, Griffith J, Pellegrin D, Cummings OW. Rapid regression of enterochromaffin-like cell gastric carcinoids in pernicious anemia after antrectomy. Gastroenterology 1992; 102: 1409–18.

[235] Jianu CS, Lange OJ, Viset T, et al. Gastric neuroendocrine carcinoma after long-term use of proton pump inhibitor. Scand J Gastroenterol 2012; 47: 64–7.

[236] Larsson et al. Reversibility of ECL-cell and G-cell Hyperplasia After 10 Weeks' Omeprazole Treatment in Female Rats. (1986) Project No. 826.01; Report No. 222-0076. AZ-KID-05553111 at 1(30).

[237] Id

[238] Larsson H, Håkanson R, Mattsson H, Ryberg B, Sundler F, Carlsson E. Omeprazole: its influence on gastric acid secretion, gastrin and ECL cells. Toxicol Pathol. 1988;16(2):267-72.

[239] Brunner G, Athmann C, Schneider A. Long-term, open-label trial: safety and efficacy of continuous maintenance treatment with pantoprazole for up to 15 years in severe acid-peptic disease. Aliment Pharmacol Ther 2012; 36: 34–7.

[240] Pounder RE, Sharma BK, Walt RP. Twenty-four hour intragastric acidity during treatment with oral omeprazole. Scand J Gastroenterol Suppl 1986; 118: 108–17.

[241] Brunner G, Athmann C, Schneider A. Long-term, open-label trial: safety and efficacy of continuous maintenance treatment with pantoprazole for up to 15 years in severe acid-peptic disease. Aliment Pharmacol Ther 2012; 36: 34–7.

[242] Deftos LJ. Chromogranin A: its role in endocrine function and as an endocrine and neuroendocrine tumor marker. Endocr Rev. 1991 May;12(2):181-7

[243] Syversen U, Heide LS, Waldum HL. Kromogranin A i blod--en nyttig tumormarkør [Chromogranin A in blood--a useful tumor marker]. Tidsskr Nor Laegeforen. 1997 Oct 30;117(26):3810-1. Norwegian.

[244] O'Connor DT, Deftos LJ: Secretion of chromogranin A by peptide-producing endocrine neoplasms. N Engl J Med 314:: 1145,1986-1151,

[245] Eriksson B, Oberg K: Peptide hormones as tumor markers in neuroendocrine gastrointestinal tumors. Acta Oncol 30: 477,1991-483

[246] Deftos LJ. Chromogranin A: its role in endocrine function and as an endocrine and neuroendocrine tumor marker. Endocr Rev. 1991 May;12(2):181-7

[247] Schürmann G, Raeth U, Wiedenmann B, Buhr H, Herfarth C. Serum chromogranin A in the diagnosis and follow-up of neuroendocrine tumors of the gastroenteropancreatic tract. World J Surg. 1992 Jul-Aug;16(4):697-701; discussion 701-2.

[248] Syversen U, Mignon M, Bonfils S, Kristensen A, Waldum HL. Chromogranin A and pancreastatin-like immunoreactivity in serum of gastrinoma patients. Acta Oncol. 1993;32(2):161-5.

[249] Tomassetti P, Migliori M, Simoni P, Casadei R, De Iasio R, Corinaldesi R, Gullo L. Diagnostic value of plasma chromogranin A in neuroendocrine tumours. Eur J Gastroenterol Hepatol. 2001 Jan;13(1):55-8.

[250] Waldum HL, Syversen U. Chromogranin A (CGA) and the enterochromaffin-like (ECL) cell. Adv Exp Med Biol. 2000; 482:361-7.

[251] Qvigstad G, Sandvik AK, Brenna E, Aase S, Waldum HL. Detection of chromogranin A in human gastric adenocarcinomas using a sensitive immunohistochemical technique. Histochem J. 2000 Sep;32(9):551-6.

[252] Waldum HL, Aase S, Kvetnoi I, Brenna E, Sandvik AK, Syversen U, Johnsen G, Vatten L, Polak JM. Neuroendocrine differentiation in human gastric carcinoma. Cancer. 1998 Aug 1;83(3):435-44.

[253] Waldum HL, Syversen U. Prospective study of the value of serum chromogranin A or serum gastrin levels in the assessment of the presence, extent, or growth of gastrinomas. Cancer. 1999 Oct 1;86(7):1377-8.

[254] Qvigstad G, Sandvik AK, Brenna E, Aase S, Waldum HL. Detection of chromogranin A in human gastric adenocarcinomas using a sensitive immunohistochemical technique. Histochem J. 2000 Sep;32(9):551-6.

[255] Waldum HL, Syversen U. Chromogranin A (CGA) and the enterochromaffin-like (ECL) cell. Adv Exp Med Biol. 2000; 482:361-7.

[256] Kleveland O, Syversen U, Slørdahl K, Waldum HL. Hypergastrinemia as a cause of chromogranin A increase in blood in patients suspected to have neuroendocrine tumor. Digestion. 2001;64(2):71-4.

[257] Key TJ. Hormones and cancer in humans. Mutat Res. 1995 Dec;333(1-2):59-67.

[258] NIH National Cancer Institute. Cancer Causes and Prevention. Risk factors. Hormones. https://www.cancer.gov/about-cancer/causes-prevention/risk/hormones. (Accessed on October 22, 2021)

[259] Waldum, H. L., Brenna, E., Sandvik, A. K., Syversen, U., & Falkmer, S. (1998). Hormones and carcinogenesis, Endocrine-Related Cancer Endocr Relat Cancer, 5;1:45-48.

[260] Hanahan D, Weinberg RA. The hallmarks of cancer. Cell. 2000 Jan 7;100(1):57-70.

[261] Armitage P, Doll R. The age distribution of cancer and a multistage theory of carcinogenesis. Br J Cancer, (1954) 8:1-12.

[262] Weinberg RA. Cellular oncogenes. (1984) Trends in Biochem Sciences 9 131-133.

[263] Marshall CJ, Tumor suppressor genes. (1991). Cell 64 396-326.

[264] Berenblum I, Shubik P.  A new quantitative approach to the study of the stages of chemical carcinogenesis in the mouse's skin. Br J Cancer, (1947) 1:384-391.

[265] Cappell MS, Forde KA. Spatial clustering of multiple hyperplastic, adenomatous, and malignant colonic polyps in individual patients. Dis Colon Rectum. 1989 Aug;32(8):641-52.

[266] Ames BN, Gold LS. Too many rodent carcinogens: mitogenesis increases mutagenesis. Science. 1990 Aug 31;249(4972):970-1.

[267] Ames BN, Gold LS. Chemical carcinogenesis: too many rodent carcinogens. Proc Natl Acad Sci U S A. 1990. 87(19):7772-7776.

[268] Schmidt FH. A new way to understand chemical carcinogenesis and cancer prevention. Res Rep Med Chem. Jan. 17, 2014. 4:23–33

[269] Henderson BE, Feigelson HS. Hormonal carcinogenesis. Carcinogenesis 2000; 21: 427-433

[270] Mangan CE, Guintoli RL, Sedlacek TV, Rocerto T, Rubin E, Burtnett M, Mikuta JJ. Six years´ experience with screening of a diethylstilbestrol-exposed population. Am J Obstet Gynecol 1979; 134: 860-865

[271] Cooper GM. The Cell: A Molecular Approach. 2nd edition. Sunderland (MA): Sinauer Associates; 2000. The Development and Causes of Cancer. Available from: https://www.ncbi.nlm.nih.gov/books/NBK9963/

[272] Samadder NJ, Baffy N, Giridhar KV, Couch FJ, Riegert-Johnson D. Review Hereditary Cancer Syndromes-A Primer on Diagnosis and Management, Part 2: Gastrointestinal Cancer Syndromes. Mayo Clin Proc. 2019 Jun; 94(6):1099-1116.

[273] Fox, S.B., Gatter, K.C., and Harris, A.L. Tumour angiogenesis. J. Pathol. 179: 232-237, 1996.

[274] Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell. 2011 Mar 4;144(5):646-74.

[275] Bordi, C., Falchetti, A, Buffa, R., Azzoni, C., D'Adda, T., Caruana, P., Rindi, G., and Brandi, M.L. Production of basic fibroblast growth factor by gastrin carcinoid tumors and their putative cells of origin. Hum. Pathol. 25:175-180, 1994.

[276] Gilbert SF. Developmental Biology. 6th edition. Sunderland (MA): Sinauer Associates; 2000. Paracrine Factors. Available from: https://www.ncbi.nlm.nih.gov/books/NBK10071/

[277] McGuigan, J.E. Immunochemical studies with synthetic human gastrin. Gastroenterology 1968, 54, 1005–1011.

[278] Rehfeld, J.F. Gastrins in serum. A review of gastrin radioimmunoanalysis and the discovery of gastrin heterogeneity in serum. Scand. J. Gastroenterol. 1973, 8, 577–583.

[279] Trudeau, W.L., McGuigan, J.E. Relations between serum gastrin levels and rates of gastric hydrochloric acid secretion. N. Engl. J. Med. 1971, 284, 408–412.

[280] Bordi, C. Carcinoid (ECL cell) tumor of the oxyntic mucosa of the stomach, a hormone dependent neoplasm? Prog. Surg. Pathol. 1988, 8, 177–195.

[281] Waisberg J, Luongo de Matos L, do Amaral Antonio Mader AM, Pezzolo S, Miristene E, Capelozzi VL, Speranzini MB. Neuroendocrine gastric carcinoma expressing somatostatin: a highly malignant, rare tumor. World J Gastroenterol 2006; 12: 3944-3947.

[282] Waldum HL, Haugen OA, Brenna E. Do neuroendocrine cells, particularly the D-cell, play a role in the development of gastric stump cancer? Cancer Detect Prev. 1994;18(6):431-6.

[283] Tsolakis AV, Grimelius L, Stridsberg M, Falkmer SE, Waldum HL, Saras J, Janson ET. Obestatin/ghrelin cells in normal mucosa and endocrine tumours of the stomach. Eur J Endocrinol. 2009 Jun;160(6):941-9.

[284] Modlin IM, Lye KD, Kidd M. Carcinoid tumors of the stomach. Surg Oncol 2003; 12: 153–72.

[285] Id.

[286] Calvete O, Reyes J, Zuniga S, Paumard-Hernandez B, Fernandez V, Bujanda L, Rodriguez-Pinilla MS, Palacios J, Heine-Suner D, Banks S., et al. Exome sequencing identifies ATP4A gene as responsible of an atypical familial type I gastric neuroendocrine tumour. Hum Mol Genet 2015; 24: 2914-2922

[287] Fossmark R, Calvete O, Mjønes P, Benitez J, Waldum HL. ECL-cell carcinoids and carcinoma in patients homozygous for an inactivating mutation in the gastric H(+)K+) ATPase alpha subunit. APMIS Acta Pathol Microbiol Scand 2016; 124:561-566

[288] Lauren P. The Two Histological Main Types of Gastric Carcinoma: Diffuse and So-Called Intestinal-Type Carcinoma. An Attempt at a Histo-Clinical Classification. Acta Pathol Microbiol Scand. 1965;64:31-49.

[289] Bakkelund K, Fossmark R, Nordrum I, Waldum H. Signet ring cells in gastric carcinomas are derived from neuroendocrine cells. J Histochem Cytochem. 2006 Jun;54(6):615-21.

[290] Sørdal, Ø., Qvigstad, G., Nordrum, I.S., Sandvik, A.K., Gustafsson, B.I., Waldum, H. The PAS positive material in gastric cancer cells of signet ring type is not mucin. Experimental and molecular pathology 2014, 96, 274-278.

[291] Ali, M.H., Davidson, A., Azzopardi, J.G. Composite gastric carcinoid and adenocarcinoma. Histopathology 1984, 8, 529-536

[292] Soga, J., Tazawa, K., Aizawa, O., Wada, K., Tuto, T. Argentaffin cell adenocarcinoma of the stomach: an atypical carcinoid? Cancer 1971, 28, 999-1003

[293] Poynter, D., Pick, C.R., Harcourt, R.A., Selway, S.A., Ainge, G., Harman, I.W., Spurling, N.W., Fluck, P.A., Cook, J.L. Association of long lasting unsurmountable histamine H2 blockade and gastric carcinoid tumours in the rat. Gut 1985, 26, 1284-1295.

[294] Azzopardi, J.G., Pollock, D.J. Argentaffin and Argyrophil Cells In Gastric Carcinoma. J Path Bacteriol 1963, 86, 443-451.

[295] Waldum HL, Haugen OA, Isaksen C, Mecsei R, Sandvik AK. Enterochromaffin-like tumour cells in the diffuse but not the intestinal type of gastric carcinomas. Eur J Gastroenterol Hepatol 1991; 3: 245-249.

[296] Creutzfeldt W, Solcia E. Are diffuse gastric carcinomas neuroendocrine tumours ECLomas? Eur J Gastroenterol Hepatol. 1991; 3: 862-863

[297] Waldum, H. Are diffuse gastric carcinomas neuroendocrine tumours ECL-omas? (Reply). Eur J Gastroenterol Hepatol. 1991, 3, 863-865.

[298] Martinsen TC, Skogaker NE, Fossmark R, Nordrum IS, Sandvik AK, Bendheim MØ, Bakkelund KE, Waldum HL. Neuroendocrine cells in diffuse gastric carcinomas: an ultrastructural study with immunogold labeling of chromogranin A. Appl Immunohistochem Mol Morphol. 2010 Jan;18(1):62-8.

[299] Creutzfeldt, W. Risk-benefit assessment of omeprazole in the treatment of gastrointestinal disorders. Drug Saf 1994, 10, 66-82.

[300] Staren, E.D., Lott, S., Saavedra, V.M., Jansson, D.S., Deziel, D.J., Saclarides, T.J., Manderino, G.L., Gould, V.E. Neuroendocrine carcinomas of the stomach: a clinicopathologic evaluation. Surgery 1992, 112, 1039-1046; discussion 1046-1037.

[301] Bartley, A.N., Rashid, A., Fournier, K.F., Abraham, S.C. Neuroendocrine and mucinous differentiation in signet ring cell carcinoma of the stomach: evidence for a common cell of origin in composite tumors. Human pathology 2011, 42, 1420-1429

[302] Nunobe S, Taniguchi H, Katai H, Shimoda T. A rare case of poorly differentiated endocrine cell carcinoma of the stomach with signet cell differentiation. Gastric Cancer. 2010 Jun;13(2):131-4.

[303] Hansson, L.R., Engstrand, L., Nyrén, O., Lindgren, A. Prevalence of Helicobacter pylori infection in subtypes of gastric cancer. Gastroenterology 1995, 109, 885-888.

[304] Sandvik, A.K., Waldum, H.L., Kleveland, P.M., Schulze Sognen, B. Gastrin produces an immediate and dose-dependent histamine release preceding acid secretion in the totally isolated, vascularly perfused rat stomach. Scand J Gastroenterol. 1987, 22, 803-808.

[305] Kinoshita, Y., Ishihara, S., Kadowaki, Y., Fukui, H., Chiba, T. Reg protein is a unique growth factor of gastric mucosal cells. J gastroenterol. 2004, 39, 507-513

[306] Bordi, C., Falchetti, A., Buffa, R., Azzoni, C., D'Adda, T., Caruana, P., Rindi, G., Brandi, M.L. Production of basic fibroblast growth factor by gastric carcinoid tumors and their putative cells of origin. Human pathology 1994, 25, 175-180.

[307] Bakke, I., Qvigstad, G., Brenna, E., Sandvik, A.K., Waldum, H.L. Gastrin has a specific proliferative effect on the rat enterochromaffin-like cell, but not on the parietal cell: a study by elutriation centrifugation. Acta physiologica Scandinavica 2000, 169, 29-37.

[308] Pelosi, G., Bianchi, F., Dama, E., Metovic, J., Barella, M., Sonzogni, A., Albini, A., Papotti, M., Gong, Y., Vijayvergia, N. A Subset of Large Cell Neuroendocrine Carcinomas in the Gastroenteropancreatic Tract May Evolve from Pre-existing Well-Differentiated Neuroendocrine Tumors. Endocrine pathology 2021, 32, 396-407.

[309] Sjöblom, S.M., Sipponen, P., Miettinen, M., Karonen, S.L., Jrvinen, H.J. Gastroscopic screening for gastric carcinoids and carcinoma in pernicious anemia. Endoscopy 1988, 20, 52-56.

[310] Waldum HL, Fossmark R. Types of Gastric Carcinomas. Int J Mol Sci. 2018 Dec 18;19(12):4109.

[311] Henson DE, Dittus C, Younes M, Nguyen H, Albores- Saavedra J. Differential trends in the intestinal and diffuse types of gastric carcinoma in the United States, 1973–2000: increase in the signet ring cell type. Arch Pathol Lab Med 2004;128:765–70.

[312] Anderson WF, Camargo MC, Fraumeni JF Jr, Correa P, Rosenberg PS, Rabkin CS. Age-specific trends in incidence of noncardia gastric cancer in US adults. JAMA 2010;303:1723–8.

[313] Anderson WF, Rabkin CS, Turner N, Fraumeni JF Jr, Rosenberg PS, Camargo MC. The changing face of noncardia gastric cancer incidence among US non-hispanic whites. J Natl Cancer Inst. 2018;110: 608-615.

[314] Arnold M, Park JY, Camargo MC, Lunet N, Forman D, Soerjomataram I. Is gastric cancer becoming a rare disease? A global assessment of predicted incidence trends to 2035. Gut. 2020;69: 823-829.

[315] Bergquist JR, Leiting JL, Habermann EB, et al. Early-onset gastric cancer is a distinct disease with worrisome trends and oncogenic features. Surgery. 2019;166:547-555

[316] Strickland RG. The Sydney system: auto-immune gastritis. J Gastroenterol Hepatol. 1991;6:238-243.

[317] Rugge M, Genta RM, Di Mario F, et al. Gastric cancer as preventable disease. Clin Gastroenterol Hepatol. 2017; 15:1833-1843.

[318] Waldum HL. The increase in early-onset gastric carcinomas from 1995 is probably due to the introduction of proton pump inhibitors. Surgery. 2020;168:568-569.

[319] Fossmark R, Sagatun L, Nordrum IS, Sandvik AK, Waldum HL. Hypergastrinemia is associated with adenocarcinomas in the gastric corpus and shorter patient survival. APMIS. 2015; 123:509-514.

[320] Song H, Ekheden IG, Zheng Z, Ericsson J, Nyren O, Ye W. Incidence of gastric cancer among patients with gastric precancerous lesions: observational cohort study in a low-risk Western population. BMJ. 2015;351:h3867.

[321] Sagatun L, Jianu CS, Fossmark R, Marvik R, Nordrum IS, Waldum HL. The gastric mucosa 25 years after proximal gastric vagotomy. Scand J Gastroenterol 2014; 49:1173–80.

[322] Oettle AG. Spontaneous carcinoma of the glandular stomach in Rattus (mastomys) natalensis, an African rodent. Br J Cancer. 1957;11: 415-433.

[323] Waldum HL, Sandvik AK, Brenna E. Gastrin, the enterochromaffinlike cell, and gastric tumors. Gastroenterology. 1993; 105:1264-1266

[324] Honda S, Fujioka T, Tokieda M, Satoh R, Nishizono A, Nasu M. Development of Helicobacter pylori-induced gastric carcinoma in Mongolian gerbils. Cancer Res. 1998; 58:4255-4259.

[325] Fossmark R, Qvigstad G, Martinsen TC, Hauso O, Waldum HL. Animal models to study the role of long-term hypergastrinemia in gastric carcinogenesis. J Biomed Biotechnol. 2011; 2011:975479.

[326] Waldum HL, Hauso O, Fossmark R. The regulation of gastric acid secretion – clinical perspectives. Acta Physiol (Oxf) 2014; 210:239–56.

[327] Waldum HL, Haugen OA, Isaksen C, Mecsei R, Sandvik AK. Are diffuse gastric carcinomas neuroendocrine tumours (ECL-omas)? Eur J Gastroenterol Hepatol 1991; 3:245–9.

[328] Predictive Value of Rodent Forestomach and Gastric Neuroendocrine Tumours in Evaluating Carcinogenic Risks to Humans. IARC Technical Publication No. 39. Lyon, France 2003.

[329] Modlin IM, Lye KD, Kidd M. A 5-decade analysis of 13,715 carcinoid tumors. Cancer. 2003;97:934-959.

[330] Maggard MA, O'Connell JB, Ko CY. Updated population-based review of carcinoid tumors. Ann Surg. 2004;240:117- 122.

[331] Perez EA, Koniaris LG, Snell SE, et al. 7201 carcinoids: increasing incidence overall and disproportionate mortality in the elderly. World J Surg. 2007;31:1022-1030.

[332] Hemminki K, Li X. Incidence trends and risk factors of carcinoid tumors: a nationwide epidemiologic study from Sweden. Cancer. 2001;92:2204-2210.

[333] Id

[334] Id

[335] Id

[336] Id

[337] Id

[338] Id

[339] Fossmark R., Martinsen T.C., Waldum H.L. Adverse effects of proton pump inhibitors—Evidence and plausibility. Int. J. Mol. Sci. 2019; 20:5203. Int J Mol Sci. 2020 Jan; 21(2): 662.

[340] Nandy N., Hanson J.A., Strickland R.S., McCarthy D.M. Solitary gastric carcinoid associated with longterm use of omeprazole: A case report and review of the literature. Dig. Dis. Sci. 2016;61:708–712.

[341] Haga Y., Nakatsura T., Shibata Y., Samashima H. Human Gastric carcinoid detected during long-term anti-ulcer therapy of H2 receptor antagonist and proton pump inhibitor. Dig Dis Sci. 1998;43:253.

[342] Dawson R., Manson J.M. Omeprazole in esophageal reflux disease. Lancet. 2000;356:1770–1771.

[343] Attila T., Santharam R.J., Blom D., Komorowski R. Multifocal gastric carcinoid tumor in patient with pernicious anemia receiving Lansoprazole. Dig. Dis. Sci. 2005; 50:509–513.

[344] Id

[345] Id

[346] Ellis, L., Shale, M.J., Coleman, M.P. Carcinoid tumors in the gastrointestinal tract: Trends in incidence in England since 1971. Am. J. Gastroenterol. 2010, 105, 2563–2569.

[347] Modlin IM , Lye KD , Kidd M . A 50-year analysis of 562 gastric carcinoids: small tumor or larger problem? Am J Gastroenterol 2004 ; 99: 23 – 32 .

[348] Hodgson N, Koniaris LG, Livingstone AS et al. Gastric carcinoids. A temporal increase with proton pump introduction. Surg Endosc. 2005; 19:1 610–2.

[349] Id.

[350] Id

[351] Sugano H, Nakamura K, Kato Y (1982) Pathological studies of human gastric cancer. Acta Pathol Jpn 32:329–347

[352] Hattori T, Fujita S (1976) Tritated thymidine autoradiographic study on cellular migration in the gastric gland of the golden hamster. Cell Tissue Res 172:171–184

[353] Kim JP, Kim SC, Yang HK (1994) Prognostic significance of signet ring cell carcinoma of the stomach. Surg Oncol 3:221–227

[354] Simonsson M, Eriksson S, Håkanson R, Lind T, Lonroth H, Lundell L, O'Connor DT, et al. (1988) Endocrine cells in the oxyntic mucosa. A histochemical study. Scand J Gastroenterol 23:1089–1099

[355] Sert OZ, Gulmez S, Uzun O, Bozkurt H, Gunes OH. Gastric mixed adeno-neuroendocrine carcinoma with a large cell neuroendocrine component. A case report. Ann Ital Chir. 2019 Nov 28;8:S2239253X19031438.

[356] Bamboat ZM, Tang LH, Vinuela E, Kuk D, Gonen M, Shah MA, Brennan MF, Coit DG, Strong VE. Stage-stratified prognosis of signet ring cell histology in patients undergoing curative resection for gastric adenocarcinoma. Ann Surg Oncol 2014; 21: 1678-1685

[357] Taghavi S, Jayarajan SN, Davey A, Willis AI. Prognostic significance of signet ring gastric cancer. J Clin Oncol 2012; 30: 3493-3498

[358] Id

[359] Agnes A, Estrella JS, Badgwell B. The significance of a nineteenth century definition in the era of genomics: linitis plastica. World J Surg Oncol 2017; 15: 123

[360] Bordi C, Falchetti A, Buffa R, Azzoni C, DÁdda T, Caruana P. et al. Production of basic fibroblast growth factor by gastric carcinoid tumours and theirm putative cell of origin. Human pathology 1994; 25: 175-180

[361] Waldum HL, Qvigstad G, Fossmark R, Kleveland PM, Sandvik AK. Rebound acid hypersecretion from a physiological, pathophysiological and clinical viewpoint. Scand J Gastroenterol. 2010 Apr;45(4):389-94.

[362] Larsson H, Carlsson E, Ryberg B, Fryklund J, Wallmark B. Rat parietal cell function after prolonged inhibition of gastric acid secretion. Am J Physiol 1988; 254: G33–9.

[363] Waldum HL, Arnestad JS, Brenna E, Eide I, Syversen U, Sandvik AK. Marked increase in gastric acid secretory capacity after omeprazole treatment. Gut 1996; 39: 649–53.

[364] Qvigstad G, Arnestad JS, Brenna E, Waldum HL. Treatment with proton pump inhibitors induces tolerance to histamine-2 receptor antagonists in Helicobacter pylori-negative patients. Scand J Gastroenterol. 1998 Dec;33(12):1244-8.

[365] Gillen D, Wirz AA, Ardill JE, McColl KEL. Rebound hypersecretion after omeprazole and its relation to ontreatment acid suppression and Helicobacter pylori status. Gastroenterology 1999; 116:239–47.

[366] Niklasson A, Lindström L, Simrén M, Lindberg G, Björnsson E. Dyspeptic symptom development after discontinuation of a proton pump inhibitor: a double-blind placebo-controlled trial. Am J Gastroenterol. 2010 Jul;105(7):1531-7.

[367] Reimer C , Søndergaard B, Hilsted L et al. Proton-pump inhibitor therapy induces acid-related symptoms in healthy volunteers after withdrawal of therapy. Gastroenterology 2009; 137:80 – 7 .

[368] Gillen D, Wirz AA, Neithercut WD, et al. Helicobacter pylori infection potentiates the inhibition of gastric acid secretion by omeprazole. Gut 1999; 44: 468–75.

[369] Lødrup A, Reimer C and Bytzer P. 2013. Systematic review: symptoms of rebound acid hypersecretion following proton pump inhibitor treatment. Scandinavian Journal of Gastroenterology 48(5): 515–22.

[370] Frislid K, Aadland E, Berstad A. Augmented postprandial gastric acid secretion due to exposure to ranitidine in healthy subjects. Scand J Gastroenterol 1986; 21:119–22.

[371] Nwokolo CU, Smith JT, Sawyerr AM, Pounder RE. Rebound intragastric hyperacidity after abrupt withdrawal of histamine H2 receptor blockade. Gut 1991; 32:1455-1460.

[372] Smith AD, Gillen D, Cochran KM, et al. Dyspepsia on withdrawal of ranitidine in previously asymptomatic volunteers. Am J Gastroenterol 1999; 94: 1209–13.

[373] Fossmark R, Johnsen G, Johanessen E, Waldum HL. Rebound acid hypersecretion after long-term inhibition of gastric acid secretion. Aliment Pharmacol Ther. 2005 Jan 15;21(2):149-54.

[374] Id

[376] Waldum HL, Syversen U. Serum chromogranin A in the control of patients on long-term treatment with inhibitors of acid secretion. Eur J Clin Invest 2001; 31: 741–3.

[377] Waldum HL, Syversen U. Chromogranin A (CgA) and the enterochromaffin-like (ECL) cell. In: Helle, KB, Aunis, D, eds. Chromogranins: Functional and Clinical Aspects. New York: Kluwer Academic/Plenum Publishers, 2000: 361–7.

[378] Sanduleanu S, De Bruine A, Stridsberg M, et al. Serum chromogranin A as a screening test for gastric enterochromaffin-like cell hyperplasia during acid-suppressive therapy. Eur J Clin Invest 2001; 31: 802–11.

[379] Hakanson R, Ding XQ, Norlen P, Chen D. Circulating pancreastatin is a marker for the enterochromaffin-like cells of the rat stomach. Gastroenterology 1995; 108: 1445–52.

[380] Id

[381] Id

[383] Farup PG, Juul-Hansen PH, Rydning A. Does short-term treatment with proton pump inhibitors cause rebound aggravation of symptoms? J Clin Gastroenterol 2001;33: 206–9.

[385] Juul-Hansen P, Rydning A. Clinical and pathophysiological consequences of on-demand treatment with PPI in endoscopy-negative reflux disease. Is rebound hypersecretion of acid a problem? Scand J Gastroenterol 2011;46:398–405.

[386] Metz DC, Pilmer BL, Han C, Perez MC. Withdrawing PPI therapy after healing esophagitis does not worsen symptoms or cause persistent hypergastrinemia: analysis of Dexlansoprazole MR clinical trial data. Am J Gastroenterol 2011;106: 1953–60.

[387] Id

[388] Hendricks E, Ajmeri AN, Singh MM, Mongalo M, Goebel LJ. A Randomized Open-Label Study of Two Methods of Proton Pump Inhibitors Discontinuation. Cureus. 2021 May 14;13(5):e15022.

[389] Książdzyna D, Szeląg A, Paradowski L: Overuse of proton pump inhibitors. Pol Arch Med Wewn. 2015, 125:289-98.

[390] Haastrup PF, Thompson W, Søndergaard J, Jarbøl DE: Side effects of long-term proton pump inhibitor use: a review. Basic Clin Pharmacol Toxicol. 2018, 123:114-21.

[393] Department of Health and Human Services Public Health Service, Food and Drug Administration, Center for Drug Evaluation and Research, Office of Surveillance and Epidemiology, Office of Surveillance and Epidemiology (OSE) Memorandum. December 21, 2018. Proton Pump Inhibitors. Rebound Acid Hypersecretion.

[394] Id at 1.

[395] Id at 3

[397] Waldum HL, Lehy T, Brenna E, Sandvik AK, Petersen H, Søgnen BS, Bonfils S, Lewin MJ. Effect of the histamine-1 antagonist astemizole alone or with omeprazole on rat gastric mucosa. Scand J Gastroenterol 1991; 26: 23-35

[398] Mendelson AH, Donowitz M. Catching the pearls and pitfalls for the successful diagnosis of Zollinger-Ellison syndrome. Dig Dis Sci 2017; 62: 2258-2265

[401] Lundell L, Miettinen P, Myrvold HE, et al. Comparison of outcomes twelve years after antireflux surgery or omeprazole maintenance therapy for reflux esophagitis. Clin Gastroenterol Hepatol 2009; 7: 1292–8.

[402] Galmiche JP, Hatlebakk J, Attwood S, et al. Laparoscopic antireflux surgery vs esomeprazole treatment for chronic GERD: the LOTUS randomized clinical trial. JAMA 2011; 305: 1969–77.

[403] Attwood SE, Ell C, Galmiche JP, Fiocca R, Hatlebakk JG, Hasselgren B, Långström G, Jahreskog M, Eklund S, Lind T, Lundell L. Long-term safety of proton pump inhibitor therapy assessed under controlled, randomised clinical trial conditions: data from the SOPRAN and LOTUS studies. Aliment Pharmacol Ther. 2015 Jun;41(11):1162-74.

[404] Id at 1173

[405] Lundell L, Vieth M, Gibson F, Nagy P, Kahrilas PJ. Systematic review: the effects of long-term proton pump inhibitor use on serum gastrin levels and gastric histology. Aliment Pharmacol Ther. 2015 Sep;42(6):649-63 at page 661.

[406] Deposition testimony, Timothy Sullivan, May 13, 2021, page 328, line 11 to page 331, line 20.

[411] Id at 1970

[414] Lesaffre E. Superiority, equivalence, and non-inferiority trials. Bull NYU Hosp Jt Dis. 2008;66(2):150-4.

[415] Multiple Endpoints in Clinical Trials Guidance for Industry. U.S. Department of Health and Human Services Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER). January 2017 at page 9, lines 360-363. https://www.fda.gov/files/drugs/published/Multiple-Endpoints-in-Clinical-Trials-Guidance-for-Industry.pdf. (Accessed November 5, 2021).

[416] Id at page 9, lines 357 – 364.

[418] Rothman KJ. Six persistent research misconceptions. J Gen Intern Med. 2014;29(7):1060-1064.

[419] Id

[420] Letter from George A. Kummeth, Global Director of Regulatory Affairs, AstraZeneca to Joyce Korvick, MD, MPH, Acting Director, Food and Drug Administration, Center for Drug Evaluation and Research, Division of Gastroenterology Products. 11, June 2007.

[426] Id

[428] Id at 1971

[430] Id

[431] June 8, 2007. REACTIVE Q&A and TALKING POINTS. Response to questions regarding reported cardiac events in omeprazole and esomeprazole (SOPRAN & LOTUS) studies. Version 2.

[435] Cheung KS, Leung WK. Response to letter to the editor by Moayyedi et al. Gut. 2019 Sep;68(9):1721-1722.

[436] Moayyedi P, Veldhuyzen van Zanten SJO, Hookey L, et al. Proton pump inhibitors and gastric cancer: association is not causation. Gut 2018: gutjnl-2018-316958.

[437] Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300.

[440] Crane SJ, Locke IGR, Harmsen WS et al. Subsite-specific risk factors for esophageal and gastric adenocarcinoma. Am. J. Gastroenterol. 2007; 102: 1596–602

[441] Duan L, Wu AH, Sullivan-Halley J, Bernstein L. Antacid drug use and risk of esophageal and gastric adenocarcinomas in Los Angeles County. Cancer Epidemiol Biomarkers Prev 2009; 18: 526-533.

[442] Tran-Duy A, Spaetgens B, Hoes AW, de Wit NJ, Stehouwer CD. Use of proton pump inhibitors and risks of fundic gland polyps and gastric cancer: systematic review and meta-analysis. Clin Gastroenterol Hepatol. 2016;14:1706-1719.e5.

[443] Chien LN, Huang YJ, Shao YH, Chang CJ, Chuang MT, Chiou HY, Yen Y. Proton pump inhibitors and risk of periampullary cancers--A nested case-control study. Int J Cancer. 2016 Mar 15;138(6):1401-9.

[444] Wennerström ECM, Simonsen J, Camargo MC, Rabkin CS. Acid-suppressing therapies and subsite-specific risk of stomach cancer. Br J Cancer. 2017 Apr 25;116(9):1234-1238.

[445] Islam MM, Poly TN, Walther BA, Dubey NK, Anggraini Ningrum DN, Shabbir SA, Jack Li YC. Adverse outcomes of long-term use of proton pump inhibitors: a systematic review and meta-analysis. Eur J Gastroenterol Hepatol. 2018 Dec;30(12):1395-1405.

[446] Lee JK, Merchant SA, Schneider JL, Jensen CD, Fireman BH, Quesenberry CP, Corley DA. Proton Pump Inhibitor Use and Risk of Gastric, Colorectal, Liver, and Pancreatic Cancers in a Community-Based Population. Am J Gastroenterol. 2020 May;115(5):706-715.

[447] Liu P, McMenamin ÚC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer. 2020 Jul;123(2):307-315.

[448] Fusar-Poli P, Radua J. Ten simple rules for conducting umbrella reviews. Evid Based Ment Health. 2018;21:95-100.

[449] Segna D, Brusselaers N, Glaus D, Krupka N, Misselwitz B. Association between proton-pump inhibitors and the risk of gastric cancer: a systematic review with meta-analysis. Therap Adv Gastroenterol. 2021 Nov 10;14:17562848211051463.

[450] Zeng R, Sha W, Wang J, Zhuo Z, Wu H, Leung FW, Chen H. Evaluation of proton pump inhibitors and risks of gastric cancer. Gut. 2021 Nov 26: gutjnl-2021-326291.

[452] Id at 1971.

[453] Id

[455] Moayyedi P, Eikelboom JW, Bosch J, COMPASS Investigators et al. Safety of Proton Pump Inhibitors Based on a Large, Multi-Year, Randomized Trial of Patients Receiving Rivaroxaban or Aspirin. Gastroenterology. 2019 Sep;157(3):682-691.e2.

[456] Id

[467] Id at 298

[468] Tamim H, Monfared AA, LeLorier J. Application of lag-time into exposure definitions to control for protopathic bias. Pharmacoepidemiol Drug Saf. 2007 Mar;16(3):250-8.

[471] Borenstein M, Hedges LV, Higgins JP, Rothstein HR. A basic introduction to fixed-effect and random-effects models for meta-analysis. Res Synth Methods. 2010 Apr;1(2):97-111.

[479] Id, Supplementary appendix 3C.

[481] Id

[482] Dr. David W. Blois memo to Dr. Kenneth M. Given regarding telephone conversation with Dr. R. Lipicky of the FDA. October 6 1986. Bates numbers MRK-PPl-00090320 - MRK-PPl-00090322.

[483] Bordi C, Cocconi G, Togni R, Vezzadini P & Missale G. 1974. Gastric endocrine cell proliferation. Association with Zollinger-Ellison syndrome. Arch Pathol, 98: 274- 278.

[484] Soga J, Koro T, Tazawa K, et al. Argyrophil cell microneoplasia in the Mastomys' stomach-an o bservation on early carcinoid formation. J Natl Cancer Inst. 1975;55:1001–1006.

[488] Fujiyoshi Y, Eimoto T. Chromogranin A expression correlates with tumour cell type and prognosis in signet ring cell carcinoma of the stomach. Histopathology. 2008;52:305–313.

[489] Jianu CS, Lange OJ, Viset T, Qvigstad G, Martinsen TC, Fougner R, Kleveland PM, Fossmark R, Hauso Ø, Waldum HL. Gastric neuroendocrine carcinoma after long- term use of proton pump inhibitor. Scand J Gastroenterol. 2012 Jan;47(1):64-7.

# APPENDIX A

# PATHOLOGY REPORT OF PATRICIA MJØNES, MD, PhD

Patricia Mjønes (MD, PhD)
Department of Pathology
St. Olavs Hospital – Trondheim University Hospital
7006 Trondheim
Phone: + 47 72572040
NSD id number (HPR-nummer): 8641048

Trondheim, 09.04.2021

## PATHOLOGY REPORT ON BIOPSIES RECEIVED FROM THE PATHOLOGY GROUP OF LOUISIANA

Patient: Stanley Baudin - DOB: 10/25/1964.

A box with a total of 58 pathology slides was received january 2021. 55 Slides were stained with hematoxylin and eosin (HE), the remaining three were stained with immunohistochemical (IHC) markers. A tissue block from normal background mucosa and changes consistent with hyperplastic polyp and fundic gland polyp (OL-17-09222-03J) and a tissue block from polypoid tissue from the proximal stomach (PG-17-18840-01A) were received March 2021. No tissue blocks or unstained slides were received from the remaining cases. All slides were examined using a light microscope; Nikon eclipse 80i.

### ID: PG-17-18840:

Received: Six slides, four HE-stained slides (four different levels), one Her2-stained slide, one negative control and one tissue block.

**Microscopic examination:**

Microscopic examination shows connective tissue, blood and fragments of lobulated polypoid tissue with both villous and tubulovillous extensions lined by dysplastic epithelium with pseudostratification, nuclear abnormalities (variation in size and shape) and mitotic figures. In the lamina propria there are glands of various size and shape, including cribriform glands with similar dysplastic changes. There is marked cytological atypia. Some of the cells in the dysplastic epithelium have a flattened nuclei and a large cytoplasmic vacuole («signet ring cell like» morphology). However, the changes are not consistent with signet ring cell carcinoma in situ. The basement membrane of the glands are intact, and there are no such cells in the lamina propria.  In a number of glands there are collections av neutrophils and necrotic cells. There is also infiltration of neutrophils in the overlying epithelium. There are some fragments of normal mucosa present, as well as gastric glands lined by parietal cells and chief cells, consistent with a location in the proximal stomach. Helicobacter pylori like bacteria are not seen in the material. Immunstain to assess Her2 shows cytoplasmatic and membranous staining in the dysplastic epithelium. FISH Her2 (performed by the pathology group in Louisiana) had a ratio of 1,07 (< 2), which is considered negative.

A tissue block (01A) was received 9 March 2021. From the tissue block collegues at the Department of Pathology at St. Olavs hospital (Trondheim University Hospital) stained one slide with HE and two

1

slides with the neuroendocrine markers synaptophysin and chromogranin A. The neuroendocrine markers did not show convincing evidence of hyperplasia of neuroendocrine cells.

In conclusion the changes are suggestive of gastric or foveolar type adenoma with high grade dysplasia. Intramucosal adenocarcinoma cannot be excluded. There is, however, no obvious invasion into the lamina propria. The normal gastric mucosa is without signs of chronic atrophic gastritis, intestinal metaplasia or Helicobacter pylori like structures. A prominent lymphocytic infiltrate with intraepithelial lymphocytes is not seen.

***Diagnosis: Fragments of polypoid tissue (from the proximal stomach) with changes consistent with gastric type adenoma with high grade dysplasia.***


**ID: OL-17-09222:**

Received: 40 HE-stained slides and one tissue block.

**Microscopic examination:**

01-A-L01, 01-L01 and 01-L02:

Microscopic examination shows two pieces of polypoid stomach mucosa with erosion of some of the surface. There is edema of the lamina propria and dilated glands covered by parietal cells, chief cells and/or one layer of mucoinous epithelium. There are no dysplastic changes, no atrophy of glands. There are no signs of malignant transformation.

In conclusion the findings are consistent with fundic gland polyp. There are no signs of Helicobacter pylori like elements in the mucosa. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.


02-A-L01, 02-L01 and 02-L02:

Microscopic examination shows two pieces on each slide with changes consistent with fundic gland polyp. There are no signs of dysplasia or malignancy. There are no signs of Helicobacter pylori like elements in the mucosa. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.


03-L01, 03-L02, 03-L03, 03-L04, 03-L05, 03-L06, 03-L07, 03-L08, 03-A-L01, 03-B-L01, 03-C-L01, 03_D-L01, 03-E-L01, 03-F-L01, 03-G-L01, 03-H-L01, 03-I-L01, 03-J-L01, 03-K-L01, 03-L-L01, 03-M-L01, 03-N-L01, 03-O-L01, 03-P-L01, 03-Q-L01, 03-Q-L02, 03-R-L01, 03-R-L02, 03-S-L01, 03-S-L02, 03-T-L01 and 03-T-L02:

Microscopic examination shows several slides with tissue from the stomach mucosa and stomach wall. The tissue is not optimal for evaluation, and there are artefacts which may related to too little fixation time. The luminal mucosal surface is mostly without dysplasia. In the mucosa there are areas with changes consistent with fundic gland polyps. In some sections (03-J-L01, 03-L-L01, 03-M-L01 and 03-N-L01) there are surface erosions and polyps with changes consistent with hyperplastic polyps. There are also polypoid areas (03-N-L01) with changes consistent with gastric type adenoma with high grade dysplasia and changes consistent with intramucosal adenocarcinoma (intestinal type according to Laurens classification). Some of the slides show normal gastric mucosa without signs of

2

autoimmune chronic atrophic gastritis or Helicobacter pylori gastritis. Intestinal metaplasia is not seen. Slides from the omentum is without signs of malignancy. Lymph nodes (19 lymph nodes) are without signs of metastatic disease.

A tissue block from normal background mucosa and changes consistent with hyperplastic polyp and fundic gland polyp (03J) was received 9 March 2021. From the tissue block collegues at the Department of Pathology at St. Olavs hospital (Trondheim University Hospital) stained one slide with HE and two slides with the neuroendocrine markers synaptophysin and chromogranin A. The neuroendocrine markers showed areas of simple and focal linear hyperplasia of neuroendocrine cells (see figure 1).


04-A-L01:

Microscopic examination shows esophagus (resection margin) without malignant change or dysplasia.


05-A-L01:

Microscopic examination shows tissue from the stomach without esophagus (resection margin) without malignant change or dysplasia. There is a focal area with changes consistent with fundic gland polyp. There are no signs of Helicobacter pylori like elements in the mucosa or signs of autoimmune chronic atrophic gastritis.

As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.


*Diagnosis:*

*1: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*

*2: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*

*3: Specimen: Proximal stomach, distal esophagus and omentum.*
*Procedure: Partial proximal gastrectomy, distal esophageal resection and omentectomy,*
*Tumor Site: Proximal stomach, posterior wall.*
*Tumor Size: 6 mm.*
*Histological Type: Intramucosal adenocarcinoma (high grade dysplasia).*
*Histological Grade: Not applicable.*
*Margins (proximal, distal and radial margins): All margins without malignant change or dysplasia.*
*Lymph nodes: 19 benign lymph nodes (0/19).*
*Treatment effect: No prior treatment known.*
*Lymphovascular invasion: Not identified.*
*Perineural invasion: Not identified.*
*Pathological staging summary: pTis pN0.*
*4: Proximal resection margin (esophagus) without signs of malignancy or dysplasia.*

*5: Distal resection margin (stomach) without signs of malignancy or dysplasia.*

**ID: PG-17-24887:**

Received a total of five HE-stained slides.

**Microscopic examination:**

01-A-L01, 01-A-L02, 01-A-L03, 01-A-L04 and 01-A-L05:

Microscopic examination shows three pieces of tissue consisting of squamous epithelium and some glandular tissue without signs of malignancy or dysplasia. There are no signs of intestinal metaplasia.

***Diagnosis: Biopsy from stomach (anastomosis) with benign squamous and benign glandular mucosa with focal hemorrhage.***

**ID: PG-18-11910:**

Received a total of two HE-stained slides.

**Microscopic examination:**

01-A-L01 and 01-A-L02:

Microscopic examination shows two pieces of of gastric mucosa consistent with mucosa of corpus or fundus type. There are surface erosions and reactive changes in the luminal and foveolar epithelium. In some vessels there are collections of neutrophils. In the lamina propria, there is a light increase in the number of inflammatory cells, mainly lymphocytes and neutrophils. There are no signs of malignancy or dysplasia. Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis.

In conclusion, the findings are compatible with focal erosion and reactive changes in the surface and foveolar epithelium. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.

***Diagnosis: Biopsy from gastric mucosa with focal erosion and reactive changes. Negative for intestinal metaplasia, dysplasia, or malignancy.***

**ID: PG-19-25931:**

Received a total of four HE-stained slides, and one H. Pylori stained slide.

**Microscopic examination:**

01-A-L01 and 01-A-L02:

Microscopic examination shows two pieces from gastric mucosa consistent with mucosa of corpus or fundus type. The foveoles are elongated with tendency to corkscrew appearance. There are strands of smooth muscle extending between the foveoles up towards the surface. There are reactive changes to the surface and foveolar epithelium. There are no signs of malignancy or dysplasia.

Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis.

In conclusion, the described features may be suggestive of a hyperplastic polyp. The changes may also be consistent with reactive gastropathy.

02-A-L01, 02-A-L02 and 02-A-L03:

Microscopic examination shows a piece of tissue from gastric mucosa consistent with mucosa of corpus or fundus type. Some of the foveoles are elongated with tendency to corkscrew appearance. There are strands of smooth muscle extending between the foveoles up towards the surface. There are reactive changes to the surface and foveolar epithelium. There are no signs of malignancy or dysplasia. Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis. Immunstain to assess for Helocobacter pylori is negative for organisms.

In conclusion, the described features may be suggestive of a hyperplastic polyp. The changes may also be consistent with reactive gastropathy.

*Diagnosis:*

*1: Biopsi from stomach (body) with features suggestive of hyperplastic polyp.*

*2: Biopsy from stomach with changes consistent with mild chronic gastritis and reactive epithelial changes.*

## Overall summary of results:

**I, Patricia Mjønes, have reviewed the pathology materials and records pertaining the biopsies and the partial gastrecromy performed on Stanley Baudin. I am mostly in agreement with the diagnoses given by the Pathology Group of Louisiana:**

*PG-17-18840: Fragments of polypoid tissue (from the proximal stomach) with changes consistent with gastric type adenoma with high grade dysplasia.*

*OL-17-09222:*
*1: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*
*2: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*
*3: Partial gastrectomy with distal esophagus and omentectomy with focal intramucosal adenocarcinoma in the proximal stomach.*
*Specimen: Proximal stomach, distal esophagus and omentum.*
*Procedure: Partial proximal gastrectomy, distal esophageal resection and omentectomy,*
*Tumor Site: Proximal stomach, posterior wall.*
*Tumor Size: 6 mm.*
*Histological Type: Intramucosal adenocarcinoma (high grade dysplasia).*
*Histological Grade: Not applicable.*
*Margins (proximal, distal and radial margins): All margins without malignant change or dysplasia.*
*Lymph nodes: 19 benign lymph nodes (0/19).*
*Treatment effect: No prior treatment known.*

*Lymphovascular invasion: Not identified.*
*Perineural invasion: Not identified.*
*Pathological staging summary: pTis pN0.*
*4: Proximal resection margin (esophagus) without signs of malignancy or dysplasia.*
*5: Distal resection margin (stomach) without signs of malignancy or dysplasia.*

*PG-17-24887: Biopsy from anastomosis with benign squamous and benign glandular mucosa with focal hemorrhage.*

*PG-18-11910: Biopsy from gastric mucosa with focal erosion and reactive changes. Negative for intestinal metaplasia, dysplasua, or malignancy.*

*PG-19-25931:*
*1: Biopsi from stomach (body) with features suggestive of hyperplastic polyp.*
*2: Biopsy from stomach with changes consistent with mild chronic gastritis and reactive epithelial changes.*

**I have not seen any signs of atrophic gastritis, Helicobacter pylori-like structures, intestinal metaplasia or a prominent lymphocytic infiltrate with intraepithelial lymphocytes. In tissue immunostained with neuroendocrine markers (synaptophysin and chromogranin A) from normal background mucosa (PG-17-18840) there are changes consistent with simple hyperplasia and possibly linear hyerplasia of neuroendocrine cells.**

Kind regards

*Patricia Mjønes*

9/4-21, Trondheim

Patricia Mjønes

Figure 1: Synapthphysin staining showing focal linear hyperplasia of neuroendocrine cells.



**PGL** Pathology Group
of Louisiana

5339 O'Donovan Drive
Baton Rouge, Louisiana 70808

Tel: (225) 766-4999
Fax: (225) 766-6050

# CERTIFICATION OF PATHOLOGY

My name is **Tina Nezat**. I am the custodian of pathology for **Pathology Group of Louisiana.**

I am over 18 years of age, of sound mind, capable of making this certification, and personally acquainted with the facts herein stated.

Pathology Materials Pertaining To: **Stanley Baudin – DOB 10/25/1964**

Attached hereto are **6** page(s) of medical records, **0** pages of billing records, **2** paraffin block(s), **0** re-cut slide(s), **0** specimens/tissue samples, and **0** pathology slides and to the best of my knowledge, these said records are kept in the regular course of business, at the office of the above for an employee, representative, or a doctor, with personal knowledge of the act, event or condition, opinion, or diagnosis recorded to make the memorandum or record, or to transmit information hereof to be included in such memorandum or record. The memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter.

The records attached hereto are the originals or exact copies of the originals and nothing has been removed or deleted from the original file before making these copies.

_Tina Nezat_
Signature

_2/24/21_
Date



**PGL** Pathology Group
of Louisiana

**OUR LADY OF THE LAKE**
REGIONAL MEDICAL CENTER

O'Donovan Drive, Baton Rouge, LA 70808
ne: (225) 766-4999 Fax: (225) 766-6050

2325 N. Hullen St. #103, Metairie, LA 70001
Phone: (504) 509-6680 Fax: (504) 304-8507

5000 Hennessey Blvd, Baton Rouge, LA 70808
Phone: (225) 765-6565

**ABNORMAL**
# SURGICAL PATHOLOGY REPORT

| Patient: **Baudin, Stanley P** | Result ID: **OL-17-09222** | Accession: **10962653** |
|---|---|---|
| DOB: **10/25/1964**  Age: **52**  Sex: **M** | Account: OLOL | Date Collected: 10/05/2017 00:00 |
| MRN: 225207   PV: 10203046455117 | | Date Received: 10/05/2017 16:50 |
| Requested by: John J Tabor , Jr., M.D. | Patient Ph: (225) 749-4668 | Date Reported: 10/07/2017 11:21 |

Clinical Data: Gastric adenocarcinoma

## FINAL PATHOLOGIC DIAGNOSIS

1. **Gastric polyp from body, polypectomy:**
   - **Fundic gland polyp; negative for dysplasia and malignancy.**

2. **Gastric polyp from body, polypectomy:**
   - **Fundic gland polyp; negative for dysplasia and malignancy.**

3. **Esophagus, proximal stomach and greater omentum, partial gastrectomy with distal esophagus and omentectomy:**
   - **Focal residual intramucosal adenocarcinoma; see Synoptic Report.**
   - **Background changes including mild chronic gastritis and fundic gland polyps.**
   - **Margins free of involvement.**

4. **Proximal esophageal donut, excision:**
   - **Portion of benign squamous mucosa; negative for dysplasia and malignancy.**

5. **Distal gastric donut, excision:**
   - **Portion of benign stomach with mild chronic gastritis; negative for dysplasia and malignancy.**

### SYNOPTIC REPORT

| | |
|---|---|
| Specimen: | Proximal stomach, distal esophagus and omentum |
| Procedure: | Partial proximal gastrectomy, distal esophageal resection and omentectomy |
| Tumor Site(s): | Proximal stomach, posterior wall |
| Tumor Size: | 0.6 cm in greatest dimension |
| Histologic Type: | Intramucosal adenocarcinoma (high grade dysplasia) |
| Histologic Grade: | Not applicable |
| Microscopic Extent of Tumor: | High grade dysplasia/carcinoma in-situ |
| Margins: | All margins uninvolved by carcinoma |
| - Proximal margin: | Uninvolved by carcinoma in-situ |

---

Deborah S. Cavalier, M.D.
Ryan J. Carr, M.D.
Zarius Drummond, M.D.
Tonya J. Eichelberger, M.D.

Amanda L. Gorena, M.D.
Anthony M. Harton, M.D.
Jennifer L. Jastram, M.D.
Robert L. Koscick, M.D.

Amberly L. Nunez, M.D.
Beverly W. Ogden, M.D.
Tracy M. Rauch, M.D.
John R. Simmons, M.D.

Jonathan C. Stone, M.D.
Armanda D. Tatsas, M.D.
Erin S. Thibault, M.D.
Brian W. Webb, M.D.

# SURGICAL PATHOLOGY REPORT - CONTINUED

Patient: **Baudin, Stanley P**          Result ID: **OL-17-09222**          Accession: **10962653**

|  |  |
|---|---|
| - Distal margin: | Uninvolved by carcinoma in-situ |
| - Omental (radial) margin: | Uninvolved |
| **Treatment Effect:** | No prior treatment known |
| **Lymphovascular invasion:** | Not identified |
| **Perineural invasion:** | Not identified |
| **Lymph nodes:** | Nineteen benign lymph nodes (0/19) |
| **Pathologic Staging Summary:** | pTis  pN0 |

TE/bb

**Erin S. Thibault, M.D.**
PGL Pathologist, Electronic Signature

## SPECIMEN(S) SUBMITTED: GROSS DESCRIPTION

1. ***Gastric polyp from body:*** The specimen was received fresh for intraoperative consultation labeled with the patient's name, medical record number, and "#1 gastric polyp from body". Received are two irregular-shaped fragments of tan-pink soft tissue measuring 0.6 x 0.5 x 0.3 cm. The specimen is entirely submitted for frozen, with the frozen section remnant resubmitted for permanent in a single cassette.

2. ***Gastric polyp from body:*** The specimen was received fresh for intraoperative consultation labeled with the patient's name, medical record number, and "#2 gastric polyp from body". Received are three irregular-shaped fragments of tan-pink soft tissue measuring 1.0 x 0.6 x 0.3 cm in aggregate. The specimen is entirely submitted for frozen, with the frozen section remnant resubmitted for permanent in a single cassette.   AN/rcb

3. ***Esophagus, proximal stomach and greater omentum:*** Received fresh for OR consult is an 11 x 8.2 x 3.0 cm partial stomach with attached 1.5 cm in length by 1.4 cm in diameter distal esophagus, 22 x 7.0 x 3.5 cm omentum and additional tissue at the lesser curvature. A suture designates the esophageal margin which is submitted for frozen. The gastric resection margin is also submitted for frozen (three chucks). There is a 0.8 x 0.7 cm vague pink suspicious area which may represent a previous polypectomy site. The suspicious area/previous polypectomy site is at the lesser curvature and is 1.2 cm from the GE junction, 2.6 cm from the proximal margin, 2.7 cm from the distal margin, 4.5 cm from the radial/lesser curvature soft tissue margin, and 8.5 cm from the omental/greater curvature soft tissue margin. The apparent previous polypectomy site appears confined to the mucosa. The remaining mucosa is tan-pink with normal rugal folds. There are multiple polyps identified throughout ranging from 0.2 cm to 1.1 cm in greatest dimension. The wall averages 0.3 cm in thickness. The serosa is brown-pink and smooth. The GE junction is well-defined. The esophageal mucosa is pink-white. The omentum is sectioned to reveal a yellow lobulated cut surface. No masses or nodules are appreciated. Dissection of the attached soft tissue yields seventeen possible lesser curvature lymph nodes and three possible greater curvature lymph nodes. Representative sections are submitted in twenty cassettes as labeled: A  frozen section remnant (proximal margin); B - D  frozen section remnant (distal margin); E  radial/lesser curvature soft tissue margin; F  omental/greater curvature soft tissue margin; G  apparent polypectomy site to GE junction; H - I  remaining sections of apparent polypectomy site; J - K  additional polyps near GE junction; L  lesser curvature to include polyps; M  anterior wall to include polyps; N  posterior wall to include polyps; O  greater curvature to include polyps; P  omentum; Q  six lesser curvature lymph nodes; R  six lesser curvature lymph nodes; S  five lesser curvature lymph nodes; T  three greater curvature lymph nodes.

4. ***Proximal esophagus donut:*** In formalin labeled "proximal esophageal donut" is a 1.5 x 1.2 x 0.4 cm pink-tan annular mucosal fragment. Representative sections are submitted in one cassette.

5. ***Distal gastric donut:*** In formalin labeled "distal gastric donut" is a 2.2 x 1.5 x 1.0 cm annular tan-red mucosal fragment. Representative sections are submitted in one cassette. CM/tmp

## INTRAOPERATIVE REPORT:

1. Frozen Section Diagnosis: ***Fundic gland polyps. Negative for malignancy.***

# SURGICAL PATHOLOGY REPORT - CONTINUED

Patient: **Baudin, Stanley P**          Result ID: **OL-17-09222**          Accession: **10962653**

*[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]*

2.  Frozen Section Diagnosis: ***Fundic gland polyps.  Negative for malignancy.***
    *[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]*

3.  Frozen Section Diagnosis: ***Esophageal and gastric resection margins negative for malignancy.***
    *[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]*

| CPT CODE(S): | ICD-9/10 CODE(S): | FACILITY: |
|---|---|---|
| 88309, 88307, 88305 x2, 88331 x3 | [C169] | Our Lady of the Lake RMC<br>5000 Hennessey Blvd B.R. LA 70808 |

**PGL** Pathology Group
of Louisiana

*Lake Surgery Center*

O'Donovan Drive, Baton Rouge, LA 70808    2325 N. Hullen St. #103, Metairie, LA 70001    7145 Perkins Road, Baton Rouge, LA 70808
ne: (225) 766-4999 Fax: (225) 766-6050    Phone: (504) 509-6680 Fax: (504) 304-8507    Phone: (225) 765-3111

**ABNORMAL**
# SURGICAL PATHOLOGY REPORT

| | | |
|---|---|---|
| Patient: **Baudin, Stanley** | Result ID: **PG-17-18840** | Accession: **10958321** |

DOB: **10/25/1964**   Age: **52**   Sex: **M**     Account: LSC     Date Collected: 09/12/2017 00:00
MRN: 56004                                      Date Received: 09/12/2017 10:24
Requested by: John J Tabor , Jr., M.D.     Patient Ph: (225) 749-4668     Date Reported: 09/22/2017 16:45

**ADDENDED**

---

**Addendum (09/22/2017)**

RESULTS OF HER-2 ONCOGENE AMPLIFICATION ANALYSIS BY FISH

Her-2 Interpretation: **Negative / Not Amplified**       Tissue Source: Gastric polyp

Avg Her-2: 3.72    Avg Cep-17: 3.45    Her-2/Cep-17 Ratio: 1.07    *(see Woman's Hospital report 0912:L00644R)*

Brian W. Webb, M.D.
PGL Pathologist, Electronic Signature

Clinical Data: GERD

## FINAL PATHOLOGIC DIAGNOSIS

**Proximal stomach, gastric polyp:**
- **Focal intramucosal adenocarcinoma arising from high grade gastric adenomatous dysplasia**

### GASTRIC BIOMARKER TESTING BY IMMUNOHISTOCHEMISTRY (IHC)

| Biomarker | FDA approved Antibody | Result | Quantification |
|---|---|---|---|
| Her2 | 4B5 | **Equivocal** | 2+ staining *(see Scoring Criteria Table below)* |

Her2 (ERBB2) oncogene amplification by FISH will be performed and the results will be reported separately.

**Brian W. Webb, M.D.**
PGL Pathologist, Electronic Signature

*Intradepartmental consultation: Tonya J. Eichelberger, M.D.*

**SPECIMEN(S) SUBMITTED: GROSS DESCRIPTION**

*Gastric polyp proximal stomach :* In formalin is a 1.5 x 1.5 x 0.3 cm aggregate of tan-red polypoid tissue fragments, which are entirely submitted in one cassette. GR/rcb

---

| CPT CODE(S): | ICD-9/10 CODE(S): | FACILITY: |
|---|---|---|
| 88305, 88360 | [C169] | BRG-Bluebonnet Hospital |
| | | 8585 Picardy Ave B.R. LA 70809 |

---

Deborah S. Cavalier, M.D.     Amanda L. Gorena, M.D.     Amberly L. Nunez, M.D.     Jonathan C. Stone, M.D.
Ryan J. Carr, M.D.     Anthony M. Harton, M.D.     Beverly W. Ogden, M.D.     Armanda D. Tatsas, M.D.
Zarius Drummond, M.D.     Jennifer L. Jastram, M.D.     Tracy M. Rauch, M.D.     Erin S. Thibault, M.D.
Tonya J. Eichelberger, M.D.     Robert L. Koscick, M.D.     John R. Simmons, M.D.     Brian W. Webb, M.D.

# SURGICAL PATHOLOGY REPORT - CONTINUED

**Patient: Baudin, Stanley**   Result ID: **PG-17-18840**   Accession: **10958321**

Womans Hospital     Sent 21/09/2017 10:01AM     Page 2

## Woman's Hospital
Laboratory Services
100 Woman's Way, Baton Rouge, LA. 70817
Phone: (225) 924-8271   FAX: (225) 924-8616
Report for Tabor,John Joseph

PAGE 1
RUN DATE: 09/21/17
RUN TIME: 1000

| PATIENT: BAUDIN,STANLEY | ACCT: V070169958 | LOC: REFLAB | U: M00972050 |
|---|---|---|---|
| | AGE/SX: 52/M | ROOM: | REG: 09/12/17 |
| REG DR:  Tabor,John Joseph | DOB: 10/25/1964 | BED: | DIS: |
| | | | STATUS:REG REF |

SPEC : 0912:L00644R   COLLECTED: 09/12/17-UNK   STATUS:  COMP   REQ : 02101401
              RECEIVED : 09/19/17-1400   SUBM DR: Tabor,John Joseph
ORDERED:  FISH HER2/neu              OTHR DR: Brian W Webb, MD
COMMENTS: PG-17-18840-1A

| Test | Result | Flag | Reference |
|---|---|---|---|

**\*\*\* CYTOGENETICS \*\*\***

*FISH HER2/neu*
> Surgical Number        PG-17-18840-1A
> Tissue Source          GASTRIC POLYP
> AVG Her2               3.72
> Avg. CEP 17            3.45
> # Cells counted        40
> # Observers            2
> Ratio                  1.07
> Interpretation

*Gastric Negative*
*Negative for HER2 gene amplification; HER2 and CEP17 signals
(ratio =1.07, mean HER2 signals/cell = 3.72, mean CEP17
=3.45); see comment*

*In gastric cancers a ratio of 2.0 or less is considered
negative.*

*COMMENT:*
*Aneuploidy: Increased copies of Number 17 Chromosome and
increased copies of HER2/neu. Ratio of HER2/neu to number 17
Chromosomes is less than 2.0 (The strict definition of
amplification).*

*Normal Expected Result: Negative for Amplification*

*This test was performed using the PathVysion HER-2 DNA Probe
Kit HER2/neu (Locus Specific Identifier HER2/neu
SpectrumOrange and Chromosome Enumeration Probe 17
SpectrumGreen) and is approved for clinical diagnosis by the
US FDA.*

CODES:
# Delta check        * Abnormal
H Abnormal High      * H Critical Hi
L Abnormal Low       L Critical Low
                     => New Result

\*\* CONTINUED ON NEXT PAGE \*\*

# SURGICAL PATHOLOGY REPORT - CONTINUED

Patient: **Baudin, Stanley**          Result ID: **PG-17-18840**          Accession: **10958321**

Womans Hospital      Sent 21/09/2017 10:01AM      Page 3

PAGE 2
RUN DATE: 09/21/17
RUN TIME: 1000

## Woman's Hospital
Laboratory Services
100 Woman's Way, Baton Rouge, LA. 70817
Phone: (225) 924-8271      FAX: (225) 924-8616
Report for Tabor,John Joseph

| Patient: BAUDIN,STANLEY | ACCT: V070169958 | (Continued) |
|---|---|---|

| Test | Result | Flag | Reference |
|---|---|---|---|

> Comments

*NOTE: The positive, negative and equivocal HER2/neu FISH
controls were performed and are satisfactory.*

*(CAP/ASCO) 2013 Recommendations for HER2 by FISH*

*** CYTOGENETICS ***

*Zarius Drummond, M.D.*

CODES:

| # Delta check | * Abnormal |
|---|---|
| H Abnormal High | * H Critical Hi |
| L Abnormal Low | L Critical Low |
|  | ⇒ New Result |

** END OF REPORT **

**EXHIBIT B**

**CURRICULUM VITAE**

**CURRICULUM VITAE - HELGE L. WALDUM, MD, PhD, Docteur d'Etat**

Head of Department of Gastroenterology and Hepatology,
St. Olavs Hospital, Trondheim for 20 years and professor for 35 years at Department of Cancer Research and Molecular Medicine, Norwegian University of Science and Technology, Trondheim, Norway

E-mail: helge.waldum@ntnu.no

MD, University of Oslo, Norway, second best result ever and reported to the King.
Specialist in Internal Medicine and Gastroenterology 1980.

- Thesis (PhD), University of Tromsø, Norway 1980: "Studies on group I pepsinogens and secretin"

- Thésis, Docteur d'Etat, Paris 1993 :«La cellule ECL, une cellule clé dans la muquese gastric» (Très honorable avec félicitations)

One year of Research fellowship at Hôpital Bichat Paris 1987-1988.
Diplôme d'etudes approfondies de biologie cellulaire et fonctionnelle des processus digestifs.
Année 1987-1988. Responsable : Professeur S. Bonfils - Paris VII.

Research within the areas of gastric acid secretion, gastrointestinal hormones, gastric pathology and tumour classification, the cell of origin not only for gastric but also renal cancer, carcinogenesis, the role of neuroendocrine cells in carcinogenesis, differentiated contra stem cell origin of cancers (paradigm shift?), neuroendocrine markers (chromogranin A), gastric markers (pepsinogens), problems related to inhibition of gastric acid secretion, nicotine and CO toxicity, and carcinoid disease with valvular heart disease.
Serotonin and cardiac valvular disease in general.

**Most important scientific achievements:**

- Solved a more than a 50 year dispute about the regulation of gastric acid secretion with the interaction between the principal gastric acid secretagogues and localization of the gastrin receptor by the isolated rat stomach model.

- Described rebound acid hypersecretion after profound acid inhibition with proton pump inhibitors (PPIs), a mechanism responsible for the problems in stopping treatment with PPIs when first started due to dyspepsia secondary to rebound acid hypersecretion.

- Described that gastric juice may play an important role in the defense against prion diseases.

- Contributed to the development of chromogranin A as an important marker for neuroendocrine cell hyperplasia and neoplasia.

- Made important contributions to the classification of tumours in general and particularly to the classification of gastric carcinomas.

- Showed the central role of gastrin in gastric tumourigenesis. Described the close relationship between the regulation of function and growth with implications for hormonal carcinogenesis and tumour prevention.

- Gave arguments for and claimed that profound long-term inhibition of gastric acid secretion would lead to gastric carcinomas not only in animals, but also in man. This was supported by others autumn 2017.

- Described that the carcinogenic effect of gastric Helicobacter pylori infection could be due the increase in gastrin.

- Developed a rodent model (Japanese cotton rat) to study ECL cell tumourigenesis. Combined physiology, animal models, studies on human gastric cancers into a new concept for an important part of human gastric carcinomas.

- Focused on the identification of cell origin for cancers, particularly for gastric and renal cancers.

- Showed that serotonin alone could induce changes in the heart valves- implications not only for carcinoid heart valve disease, but possibly for the pathogenesis of heart valve disease in general.

- Showed that life-long nicotine exposure in the rat did not cause any harm, only a reduced body weight, indicating that other parts of tobacco smoke are the carcinogenic ones.

- Supervised 20 candidates for PhD.

- Published about 4300 original papers.

- Published a book November 2020. Title: "The influence of the pharmaceutical industry on medicine, as exemplified by proton pump inhibitors". Cambridge Scholars Publishing. The book is based upon experience for more than 30 years.

- Published 20 book chapters including one chapter on the ECL cell in: Encyclopedia of Gastroenterology 2nd Edition. (Ernst Kuipers editor). Elsevier 2019.pp. 265-272,and one chapter on gastric hormones in: Hormonal Signaling in Biology & Medicine. Gerald Litwack, editor. Elsevier. 2019, pp. 341-360

- Expert (1 of 5) at FDA meeting in Washington, year 2000, about proton pump inhibitors over the counter.

- Together with Director Sidney Wolfe, Public Citizen wrote a petition to FDA in 2011 about the potential risk of PPI treatment, and suggested a "Black Box Warning"

- Knight of 1.class," The Royal Norwegian Order of Saint Olav" for translational research

- Various national prizes.

- Editor in two years and Editor in Chief for 8 eight years, "Scandinavian Journal of Gastroenterology"

- Guest Editor twice in: International Journal of Molecular Sciences. Topic: Proton Pump Inhibitors.

- 

**Participation in congresses and meetings:**

- DDWs 33 times, the first years with abstracts, but since 1996 when I realized that I never would be allowed to make an oral presentation, seldom with abstracts, but always participating in the oral discussions.

- World Congress of Gastroenterology: Madrid 1978, Stockholm 1982, Sao Paulo 1986, Sydney 1990, Vienna 1998, Bangkok 2002, London 2009.

- European Gastroenterology Congress. Participated in many meetings during the 90-ties and early part of 2000, but not the last meetings since I prefer DDW compared with European Gastroenterology Congress due to more focus on basic science. For two years I represented the Nordic and Baltic countries in UEG (United European Gastroenterology).

- Gastrin meetings. Diana Point 1992 (X), Tucson 1999 and London 2005 (XVII)

- Participated in the meetings ahead of establishing the European Neuroendocrine Tumours Society (ENETS) and have been taking parts in every of the subsequent yearly meetings.

- Participated in all yearly meetings in Norwegian Society of Gastroenterology

- Participated in: International Congress of Gastric Cancer 2001 (XIV) and 2005 (XVI)

- Participated in multiple meetings arranged by pharmaceutical industry

- Organized international meeting: Histamine and the Stomach in Trondheim, 1990 with most of the international experts present. The book: Histamine and the Stomach, Edited by Helge L. Waldum and Hermod Petersen. Scand J Gastroenterol 1991; 26, Suppl 180, is still up to date in most aspects.

- Seminar on basic gastric physiology in connection with my 60th birthday where among others: Nobel Prize Lauriat Sir James Black, Professor Rolf Håkanson (the man who described the ECL cell), professor Jens Rehfeld (the world leading expert in gastrin and CCK biochemistry), Professor Irvin Modlin (one of the leading experts in neuroendocrinology) and Professor Michel Mignon (leading expert within gastrin producing tumors) were present.

Trondheim, December 16th, 2021
Helge L. Waldum

Book chapters

I.      Waldum HL, Huser PO.
Stress-reaksjoner under usedvanlig harde militærøvelser i fredstid
In: Sanitetsnytt 1974; 1: 1-18.
II.     Hermansen L, Mæhlum S, Pruett EDR, Vaage O, Waldum HL, Wessel-Aas T.
Lactate removal at rest and during exercise.
In: Metabolic adaption to prolonged physical exercise. H. Howald, J. Poortmans (eds), Birkhäuser Verlag, Basel 1975, pp. 101-105.
III.    Waldum HL.
Radioimmunoassay of pepsin in gastric juice.
In: Pepsinogens in man: Clinical and genetic advances. J. Kreuning, IM. Samlof, JI. Rotter, AW. Eriksson (eds). Alan R. Liss, Nev York 1985: 75-78.
IV.     Waldum HL.
The influence of nervous and humoral stimulation on serum group I pepsinogens.
In: Pepsinogens in man: Clinical and genetic advances. J. Kreuning, IM. Samloff, JI. Rotter, AW. Eriksson (eds). Alan R. Liss, New York 1985: 115-127.
V.      Waldum HL.
Les activateurs de l'adenylate cyclase au niveau de la cellule pariétale.
Mémoire bibliographique pour le DEA de Biologie Cellulaire et Fonctionelle des Processus Digestifs 1987-1988, Université de Paris.
VI.     Waldum HL.
Production d'anticorps monoclonaux à partir d'une lignée de cellules gastriques humaines HGT-1. Diplôme d'etudes approfondies de biologie cellulaire et fonctionelle des processus digestifs. Année 1987-1988. Responsable: Professeur S. Bonfils - Paris
VII.    Waldum HL.
Viral etiology of cancers.
In: Theories of Carcinogenesis. OH. Iversen (ed), Hemisphere publishing Corporation, Washington 1988: 301-302.
VIII.   Waldum HL, Kleveland PM, Sandvik AK.
Effects of gastrin on isolated perfused stomach.
In: The stomach as an endocrine organ. R. Håkanson, F. Sundler (eds), Erik Fernstrøm Symposium. Elsevier 1991: 283-296.

IX.     Iwasa K, Sandvik AK, Waldum HL.
Pentagastrin-stimulated histamine release and acid secretion from the totally isolated vascularly perfused rat stomach.
In: New perspectives in histamine research. H. Timmerman, H. van der Goot (eds). Birkhauser, Basel, 1991: 429-434.

X.      Waldum HL, Sandvik AK, Brenna E.
Gastrin: Histamine-releasing activity.
In: Gastrin. JH Walsh (ed.). Raven press, 1993: 259-271.

XI.     Waldum HL, Sandvik AK.
Gastric functional and trophic receptors for CCK.
In: Aspects of synaptic transmission: acetylcholine, sigma receptors, CCK ans eicosanoids, neurotoxins. T. Smith (ed.) Taylor and Francis Ltd., London. 1993: 157-172.

XII.    Waldum HL.
Regulering av funksjon og vekst i ventrikkelen. De diffust spredte neuroendokrine cellers rolle i funksjons- og vekstkontroll - implikasjoner for carcinogenese.
I Trøndelag Medisinske Selskap 150 år. H. Leira, (ed.). Tapir 1993: 242-247.

XIII.   Waldum HL, Syversen U.
Chromogranin A (CgA) and the enterochromaffin-like (ECL) cell. Adv Exp Med Biol 2000; 482: 361-367. In: Chromogranins: Functional and clinical aspects. K Helle and D Aunis (eds.). Kluwer Academic/Plenum Publishers, New York, 2000).

XIV.   Qvigstad G, Waldum HL.
ECL origin of gastric carcinomas not only in rodents, but also in man.
In: 4th International Gastric Cancer Congress, New York April 30-May 2, 2001. MF Brennan, MS Karpeh, eds. Monduzzi Editore S.p.A. – Medimond Inc. 2001: 577-581.

XV.    Waldum HL, Qvigstad G, Brenna E.
Omeprazole, a proton pump inhibitor.
In: Predictive value of rodent forestomach and gastric neuroendocrine tumours in evaluating carcinogenic risks to humans. Views and expert opinions of an IARC Working Group, Lyon, 29. November – 1. December 1999. IARC Technical Publication No. 39, Lyon 2003: 159-165.

XVI.   Waldum HL, Fossmark R, Qvigstad G, Bakkelund KE, Martinsen TC, Kawase S.
The Japanese cotton rat develops spontaneously an ECL cell derived gastric carcinoma.
In: 6th International Gastric Cancer Congress. M. Kitajima, Otani Y. (eds.). Medimond International Proceedings 2005; p317-322.

XVII.  Waldum HL, Kleveland PM, Sandvik AK, Brenna E, Bakke I.
Gastrin and cell proliferation.
 In: IM Modlin (ed): From gastrin to GERD. Felsenstein CCCP 2006, pp 60-66.

XVIII. Waldum HL, Martinsen TC.
Tobacco and cancer in the digestive tract.
In: Cho CH, Purohit V (eds): Alcohol, tobacco and cancer. Basel, Karger 2006: 229-236.

XIX.   Waldum HL.
Stomach Hormones.
In: Hormonal Signaling in Biology & Medicine. Gerald Litwack, editor. Elsevier. 2019, pp. 341-360

XX.    Waldum HL, Fossmark R.
Enterochromaffin-like (ECL) Cells

In: Encyclopedia of Gastroenterology 2nd Edition. (Ernst Kuipers editor). Elsevier 2019.pp. 265-272

**APPENDIX C**

**PUBLICATIONS LIST**

**1: Waldum H, Martinsen TC.**
**Chronic diseases: what about infections of virus and prions via the gut?**
Therap Adv Gastroenterol. 2021 Sep28;14:17562848211028805. doi:
10.1177/17562848211028805. PMID: 34603505; PMCID:PMC8481751.

**2: Waldum H**.
**Tumor Classification Should Be Based on Biology and Not Consensus: Re-Defining**
**Tumors Based on Biology May Accelerate Progress, An Experience of Gastric Cancer.**
Cancers (Basel). 2021 Jun 24;13(13):3159. doi:
10.3390/cancers13133159. PMID: 34202596; PMCID: PMC8269176.

**3: Waldum H, Fossmark R.**
**Gastritis, Gastric Polyps and Gastric Cancer.**
Int J MolSci. 2021 Jun 18;22(12):6548. doi: 10.3390/ijms22126548. PMID: 34207192;
PMCID:PMC8234857.

**4: Ness-Jensen E, Bringeland EA, Mattsson F, Mjønes P, Lagergren J, Grønbech JE,**
**Waldum HL, Fossmark R.**
**Hypergastrinemia is associated with an increased risk of gastric adenocarcinoma with**
**proximal location:**
**A prospective population-based nested case-control study.**
Int J Cancer. 2021 Apr 15;148(8):1879-1886. doi:10.1002/ijc.33354. Epub 2020 Nov 2. PMID:
33091962; PMCID: PMC7984285.

**5: Helgadóttir H, Lund SH, Gizurarson S, Waldum H, Björnsson ES.**
**Pharmacokinetics of single and repeated oral doses of esomeprazole and gastrin**
**elevation in healthy males and females.**
Scand J Gastroenterol. 2021Feb;56(2):128-136. doi: 10.1080/00365521.2020.1859610.
Epub 2020 Dec 17. PMID:33327801.

**6: Kjellman M, Knigge U, Welin S, Thiis-Evensen E, Gronbaek H, Schalin-Jäntti C,Sorbye**
**H, Joergensen MT, Johanson V, Metso S, Waldum H, Søreide JA, Ebeling T, Lindberg F,**
**Landerholm K, Wallin G, Salem F, Schneider MDP, Belusa R.**
**A Plasma Protein Biomarker Strategy for Detection of Small Intestinal**
**NeuroendocrineTumors.**
Neuroendocrinology. 2021;111(9):840-849. doi: 10.1159/000510483. Epub
2020 Jul 28. PMID: 32721955.

**7: Waldum H, Mjønes P.**
**Towards Understanding of Gastric Cancer Based upon Physiological Role of**
**Gastrin and ECL Cells.**
Cancers (Basel). 2020 Nov 22;12(11):3477. doi: 10.3390/cancers12113477. PMID: 33266504;
PMCID: PMC7700139.

**8: Waldum HL.**
**The increase in early-onset gastric carcinomas from 1995 is probably due to the introduction of proton pump inhibitors.**
Surgery. 2020 Sep;168(3):568-569. doi: 10.1016/j.surg.2020.01.016. Epub 2020 Feb 28. PMID:32122656.

**9: Waldum H, Mjønes PG. Correct Identification of Cell of Origin May Explain Many Aspects of Cancer: The Role of Neuroendocrine Cells as Exemplified from the Stomach.**
Int J Mol Sci. 2020 Aug 11;21(16):5751. doi: 10.3390/ijms21165751.
PMID: 32796591; PMCID: PMC7461029.

**10: Waldum H. Gastrin drives gastric cancer due to oxyntic atrophy also after Helicobacter pylori eradication.** Therap Adv Gastroenterol. 2020 Jun 23; 13:1756284820931717. doi: 10.1177/1756284820931717. PMID: 32636927; PMCID: PMC7313333.

**11: Waldum HL.**
**Clinical consequences of controversies in gastric physiology.**
Scand J Gastroenterol. 2020 Jun;55(6):752-758. doi: 10.1080/00365521.2020.1771758. Epub 2020 Jun 9. PMID: 32515242.

**12: Waldum HL.**
**Reflections after 10 years as Editor, including 8 years as Editor-in-Chief in Scandinavian Journal of Gastroenterology.**
Scand J Gastroenterol. 2020 Jun;55(6):638-639. doi: 10.1080/00365521.2020.1758875. Epub 2020 Apr 30.
PMID: 32352880.

**13: Aasarød KM, Waldum HL, Stunes AK, Sandvik AK, Flatberg A, Mjønes P, Syversen U, Bakke I, Fossmark R. Gastric Corpus Mucosal Hyperplasia and Neuroendocrine Cell Hyperplasia, but not Spasmolytic Polypeptide-Expressing Metaplasia, Is Prevented by a Gastrin Receptor Antagonist in H(+)K(+)ATPase**
**Beta Subunit Knockout Mice.**
Int J Mol Sci. 2020 Jan 31;21(3):927. doi: 10.3390/ijms21030927. PMID: 32023822; PMCID: PMC7037105.

**14: Martinsen TC, Fossmark R, Waldum HL.**
**The Phylogeny and Biological Function of Gastric Juice-Microbiological Consequences of Removing Gastric Acid.**
Int J Mol Sci. 2019 Nov 29;20(23):6031. doi: 10.3390/ijms20236031. PMID: 31795477; PMCID: PMC6928904.

**15: Fossmark R, Martinsen TC, Waldum HL.**
**Adverse Effects of Proton Pump Inhibitors-Evidence and Plausibility.**
Int J Mol Sci. 2019 Oct 21;20(20):5203. doi: 10.3390/ijms20205203. PMID: 31640115; PMCID: PMC6829383.

**16: Waldum HL, Rehfeld JF.**
**Gastric cancer and gastrin: on the interaction of Helicobacter pylori gastritis and acid inhibitory induced hypergastrinemia.**
Scand J Gastroenterol. 2019 Sep;54(9):1118-1123. doi: 10.1080/00365521.2019.1663446. Epub 2019 Sep 14. PMID: 31524029.

**17: Waldum HL, Fossmark R.**
**Role of Autoimmune Gastritis in Gastric Cancer.**
Clin Transl Gastroenterol. 2019 Sep;10(9):e00080. doi: 10.14309/ctg.0000000000000080. PMID: 31517647; PMCID: PMC6775339.

**18: Fossmark R, Balto TM, Martinsen TC, Grønbech JE, Munkvold B, Mjønes PG, Waldum HL.**
**Hepatic micrometastases outside macrometastases are present in all patients with ileal neuroendocrine primary tumour at the time of liver resection.**
Scand J Gastroenterol. 2019 Aug;54(8):1003-1007. doi: 10.1080/00365521.2019.1647281. Epub 2019 Aug 1. PMID: 31368380.

**19: Waldum HL, Sørdal ØF, Mjønes PG.**
**The Enterochromaffin-like [ECL] Cell-Central in Gastric Physiology and Pathology.**
Int J Mol Sci. 2019 May 17;20(10):2444. doi: 10.3390/ijms20102444. PMID: 31108898; PMCID: PMC6567877.

**20: Waldum HL, Fossmark R.**
**Types of Gastric Carcinomas.**
Int J Mol Sci. 2018 Dec 18;19(12):4109. doi: 10.3390/ijms19124109. PMID: 30567376; PMCID: PMC6321162.

**21: Waldum HL.**
**Editorial: proton pump inhibitors (PPIs) and primary liver cancer.**
Aliment Pharmacol Ther. 2018 Aug;48(3):380-381. doi: 10.1111/apt.14841.PMID: 29998498.

**22: Waldum HL, Sørdal Ø, Fossmark R. Proton pump inhibitors (PPIs) may cause gastric cancer - clinical consequences.**
Scand J Gastroenterol. 2018 Jun;53(6):639-642. doi: 10.1080/00365521.2018.1450442. Epub 2018 May 31. PMID:29852782.

**23: Waldum HL, Öberg K, Sørdal ØF, Sandvik AK, Gustafsson BI, Mjønes P, Fossmark R.**
**Not only stem cells, but also mature cells, particularly neuroendocrine cells, may develop into tumours:**
**time for a paradigm shift.**
Therap Adv Gastroenterol. 2018 May 27;11:1756284818775054. doi: 10.1177/1756284818775054.
PMID: 29872453; PMCID: PMC5974566.

**24: Mjønes P, Nordrum IS, Sørdal Ø, Sagatun L, Fossmark R, Sandvik A, Waldum HL.**
**Expression of the Cholecystokinin-B Receptor in Neoplastic Gastric Cells.**
Horm Cancer. 2018 Feb;9(1):40-54. doi: 10.1007/s12672-017-0311-8. Epub 2017 Oct 4.
PMID: 28980157; PMCID: PMC5775387.


**25: Waldum HL, Fossmark R.**
**Proton pump inhibitors and gastric cancer: a long expected side effect finally reported also in man.**
Gut. 2018 Jan;67(1):199-200.doi: 10.1136/gutjnl-2017-315629. Epub 2017 Nov 20. PMID:
29158236; PMCID:
PMC5754847.


**26: Mjønes P, Sagatun L, Nordrum IS, Waldum HL.**
**Neuron-Specific Enolase as an Immunohistochemical Marker Is Better Than Its Reputation.**
J Histochem Cytochem. 2017 Dec;65(12):687-703. doi: 10.1369/0022155417733676. Epub 2017
Oct 3. PMID:
28972818; PMCID: PMC5714096.


**27: Vange P, Bruland T, Doseth B, Fossmark R, Sousa MML, Beisvag V, Sørdal Ø, Qvigstad G, Waldum HL, Sandvik AK, Bakke I.**
**The cytoprotective protein clusterin is overexpressed in hypergastrinemic rodent models of oxyntic preneoplasia and promotes gastric cancer cell survival.**
PLoS One. 2017 Sep 13;12(9):e0184514.doi: 10.1371/journal.pone.0184514. PMID: 28902909;
PMCID: PMC5597207.


**28: Waldum HL, Björnsson ES, Brenna E.**
**Chronic cholestatic liver diseases.**
Scand J Gastroenterol. 2017 Jun-Jul;52(6-7):788. doi: 10.1080/00365521.2017.1296276.
Epub 2017 Feb 28. PMID: 28276829.


**29: Mjønes PG, Nordrum IS, Qvigstad G, Sørdal Ø, Rian LL, Waldum HL.**
**Expression of erythropoietin and neuroendocrine markers in clear cell renal cell carcinoma.**
APMIS. 2017 Mar;125(3):213-222. doi: 10.1111/apm.12654. PMID: 28233444.


**30: Boyce M, Moore AR, Sagatun L, Parsons BN, Varro A, Campbell F, Fossmark R, Waldum HL, Pritchard DM. Netazepide, a gastrin/cholecystokinin-2 receptor antagonist, can eradicate gastric neuroendocrine tumours in patients with autoimmune chronic atrophic gastritis.**
Br J Clin Pharmacol. 2017 Mar;83(3):466-475. doi: 10.1111/bcp.13146. Epub 2016 Nov 21.
PMID: 27704617;
PMCID: PMC5306499.

**31: Waldum HL, Sagatun L, Mjønes P.**
**Gastrin and Gastric Cancer.**
Front Endocrinol (Lausanne). 2017 Jan 17;8:1. doi: 10.3389/fendo.2017.00001. PMID:
28144230;
PMCID: PMC5239792.

**32: Waldum HL, Kleveland PM, Sørdal ØF.**
**Helicobacter pylori and gastric acid: an intimate and reciprocal relationship.**
Therap Adv Gastroenterol. 2016 Nov;9(6):836-844. doi: 10.1177/1756283X16663395. Epub
2016 Aug 23. PMID:
27803738; PMCID: PMC5076771.

**33: Sagatun L, Mjønes P, Jianu CS, Boyce M, Waldum HL, Fossmark R.**
**The gastrin receptor antagonist netazepide (YF476) in patients with type 1 gastric**
**enterochromaffin-like cell neuroendocrine tumours: review of long-term treatment.**
Eur J Gastroenterol Hepatol. 2016 Nov;28(11):1345-1352.
doi:10.1097/MEG.0000000000000713. PMID: 27682220.

**34: Sagatun L, Fossmark R, Jianu CS, Qvigstad G, Nordrum IS, Mjønes P, Waldum HL.**
**Follow-up of patients with ECL cell-derived tumours.**
Scand J Gastroenterol. 2016 Nov;51(11):1398-405. doi: 10.3109/00365521.2016.1169588. Epub
2016 Jun 16.
PMID: 27309188.

**35: Waldum HL, Martinsen TC.**
**Proton Pump Inhibitors and Dementia Incidence.**
JAMA Neurol. 2016 Aug 1;73(8):1026. doi: 10.1001/jamaneurol.2016.1497. PMID:27322028.

**36: Fossmark R, Calvete O, Mjønes P, Benitez J, Waldum HL.**
**ECL-cell carcinoids and carcinoma in patients homozygous for an inactivating mutation in**
**the gastric**
**H(+) K(+) ATPase alpha subunit.**
APMIS. 2016 Jul;124(7):561-6. doi: 10.1111/apm.12546. Epub 2016 May 6. PMID: 27150581.

**37: Waldum HL, Hauso Ø, Brenna E, Qvigstad G, Fossmark R.**
**Does long-term profound inhibition of gastric acid secretion increase the risk of ECL cell-**
**derived tumors in man?** Scand J Gastroenterol. 2016 Jul;51(7):767-73. doi:
10.3109/00365521.2016.1143527. Epub 2016 Feb 12. PMID: 26872579.

**38: Grong E, Græslie H, Munkvold B, Arbo IB, Kulseng BE, Waldum HL, Mårvik R.**
**Gastrin Secretion After Bariatric Surgery-Response to a Protein-Rich Mixed Meal**
**Following Roux-En-Y Gastric Bypass and Sleeve Gastrectomy: a Pilot Study in**
**Normoglycemic Women.**
Obes Surg. 2016 Jul;26(7):1448-56. doi:10.1007/s11695-015-1985-z. PMID: 26613757.

**39: Waldum HL, Sørdal ØF.**
**Classification of Epithelial Malignant Tumors-the Differentiation Between**
**Adenocarcinomas and Neuroendocrine Carcinomas: Why Rely on Nonspecific**
**Histochemistry and Dismiss Specific Methods Like Immunohistochemistry and In Situ**
**Hybridization**?
Appl Immunohistochem Mol Morphol. 2016 May-Jun;24(5):309-12. doi:
10.1097/PAI.0000000000000190. PMID:
26067134.

**40: Waldum HL.**
**Proton pump inhibitors and gastric cancer.**
Tidsskr Nor Laegeforen. 2016 Jan 12;136(1):13-4. English, Norwegian. doi:
10.4045/tidsskr.15.1032. PMID: 26757651.

**41: Waldum H.**
**Re: E-sigaretter – til skade eller nytte? [Re: E-cigarettes--harmful or beneficial?].**
Tidsskr Nor Laegeforen. 2015 Aug 25;135(15):1338. Norwegian. doi: 10.4045/tidsskr.15.0765.
PMID: 26315224.

**42: Waldum HL.**
**Re: E-sigaretter – til skade eller nytte? [Re: E-cigarettes--harmful or beneficial?].**
Tidsskr Nor Laegeforen. 2015 Aug 11;135(14):1222-3.Norwegian. doi: 10.4045/tidsskr.15.0712.
PMID: 26269047.

**43: Waldum HL, Hauso Ø, Fossmark R.**
**Letter: proton pump inhibitors, hypergastrinaemia and the risk of gastric neoplasia.**
Aliment Pharmacol Ther. 2015 Aug;42(3):389. doi: 10.1111/apt.13282. PMID: 26147114.

**44: Hauso Ø, Martinsen TC, Waldum H.**
**5-Aminosalicylic acid, a specific drug for ulcerative colitis**.
Scand J Gastroenterol. 2015 Aug;50(8):933-41. doi: 10.3109/00365521.2015.1018937. Epub
2015 Mar 2. PMID: 25733192.

**45: Fossmark R, Sagatun L, Nordrum IS, Sandvik AK, Waldum HL.**
**Hypergastrinemia is associated with adenocarcinomas in the gastric corpus and shorter patient**
**survival.**
APMIS. 2015 Jun;123(6):509-14. doi: 10.1111/apm.12380. Epub 2015 May 5. PMID:
25939315.

**46: Waldum HL, Kleveland PM, Fossmark R.**
**Upper gastrointestinal physiology and diseases.**
Scand J Gastroenterol. 2015 Jun;50(6):649-56. doi: 10.3109/00365521.2015.1009157. Epub
2015 Apr 9. PMID: 25857514.

**47: Waldum HL, Hauso Ø, Sørdal ØF, Fossmark R.**
**Gastrin May Mediate the Carcinogenic Effect of Helicobacter pylori Infection of the**
**Stomach.**
Dig Dis Sci. 2015 Jun;60(6):1522-7. doi: 10.1007/s10620-014-3468-9. Epub 2014 Dec 6. PMID:
25480404.

**48: Sagatun L, Jianu CS, Fossmark R, Mårvik R, Nordrum IS, Waldum HL.**
**The gastric mucosa 25 years after proximal gastric vagotomy.**
Scand J Gastroenterol. 2014 Oct;49(10):1173-80. doi: 10.3109/00365521.2014.950979. Epub
2014 Aug 26.
PMID: 25157752.

**49: Waldum HL, Ringnes E, Nordbø H, Sørdal Ø, Nordrum IS, Hauso Ø.**
**The normal neuroendocrine cells of the upper gastrointestinal tract lack E-cadherin.**
Scand J Gastroenterol. 2014 Aug;49(8):974-8. doi: 10.3109/00365521.2014.909275.
Epub 2014 Apr 17. PMID: 24742175.

**50: Sørdal Ø, Qvigstad G, Nordrum IS, Sandvik AK, Gustafsson BI, Waldum H.**
**The PAS positive material in gastric cancer cells of signet ring type is not mucin.**
Exp Mol Pathol. 2014 Jun;96(3):274-8. doi: 10.1016/j.yexmp.2014.02.008. Epub 2014 Feb 28.
PMID: 24589859.

**51: Zeinali F, Hauso Ø, Wiseth R, Moufack M, Waldum HL.**
**Venous plasma serotonin is not a proper biomarker for pulmonary arterial hypertension.**
Scand Cardiovasc J. 2014 Apr;48(2):106-10. doi: 10.3109/14017431.2014.886335. Epub 2014
Feb 24.
PMID: 24446683.

**52: Waldum HL, Hauso Ø, Fossmark R.**
**The regulation of gastric acid secretion - clinical perspectives.**
Acta Physiol (Oxf). 2014 Feb;210(2):239-56. doi: 10.1111/apha.12208. Epub 2013 Dec 27.
PMID: 24279703.

**53: Yang H, Qi H, Ren J, Cui J, Li Z, Waldum HL, Cui G.**
**Involvement of NF-κB/IL-6 Pathway in the Processing of Colorectal Carcinogenesis in**
**Colitis Mice.**
Int J Inflam. 2014;2014:130981. doi: 10.1155/2014/130981. Epub 2014 Jun 29.
PMID: 25093140; PMCID: PMC4100381.

**54: Sørdal Ø, Waldum H, Nordrum IS, Boyce M, Bergh K, Munkvold B, Qvigstad G.**
**The gastrin receptor antagonist netazepide (YF476) prevents** oxyntic mucosal inflammation
induced by **Helicobacter pylori infection in Mongolian gerbils.**
Helicobacter. 2013 Dec;18(6):397-405. doi: 10.1111/hel.12066. Epub 2013 Jul 19.PMID:
23865485.

**55: Fossmark R, Waldum H.**
**Development of diffuse carcinomas in the gastric corpus in patients with rugal hyperplastic gastritis.**
Int J Cancer. 2013 Nov;133(9):2260. doi: 10.1002/ijc.28227. Epub 2013 May 29. PMID: 23613381.

**56: Aabakken L, Waldum HL.**
**Introducing a new executive editor, Professor Einar S.Bjørnsson.**
Scand J Gastroenterol. 2013 Oct;48(10):1107. doi:10.3109/00365521.2013.832940. Epub 2013 Sep 2. PMID: 23992094.

**57: Østvik AE, Granlund AV, Torp SH, Flatberg A, Beisvåg V, Waldum HL, Flo TH, Espevik T, Damås JK, Sandvik AK.**
**Expression of Toll-like receptor-3 is enhanced in active inflammatory bowel disease and mediates the excessive release of lipocalin 2.**
Clin Exp Immunol. 2013 Sep;173(3):502-11. doi: 10.1111/cei.12136. PMID: 23668802; PMCID: PMC3949638.

**58: Fossmark R, Sørdal ØF, Bakkelund KE, Nordrum IS, Waldum H.**
**The effects of unilateral truncal vagotomy on gastric carcinogenesis in hypergastrinemic Japanese female cotton rats.**
Regul Pept. 2013 Jun 10;184:62-7. doi: 10.1016/j.regpep.2013.03.006. Epub 2013 Mar 13. PMID: 23499800.

**59: Vigen RA, Kodama Y, Viset T, Fossmark R, Waldum H, Kidd M, Wang TC, Modlin IM, Chen D, Zhao CM. Immunohistochemical evidence for an impairment of autophagy in tumorigenesis of gastric carcinoids and adenocarcinomas in rodent models and patients.**
Histol Histopathol. 2013 Apr;28(4):531-42. doi: 10.14670/HH-28.531. Epub 2013 Feb 7. PMID: 23389729.

**60: Zeinali F, Fossmark R, Hauso Ø, Wiseth R, Hjertner Ø, Waldum HL.**
**Serotonin in blood: assessment of its origin by concomitant determination of β-thromboglobulin (platelets) and chromogranin A (enterochromaffin cells).**
Scand J Clin Lab Invest. 2013 Mar;73(2):148-53. doi: 10.3109/00365513.2012.756121. Epub 2013 Jan 17. PMID: 23327100.

**61: Fossmark R, Waldum H.**
**The distressing overuse of gastric acid inhibitors.**
Dig Dis Sci. 2013 Mar;58(3):600-1. doi: 10.1007/s10620-012-2532-6. Epub 2013 Jan 10. PMID: 23306853.

**62: Sørdal Ø, Qvigstad G, Nordrum IS, Gustafsson B, Waldum HL.**
**In situ hybridization in human and rodent tissue by the use of a new and simplified method.**
Appl Immunohistochem Mol Morphol. 2013 Mar;21(2):185-9. doi: 10.1097/PAI.0b013e31825a0048. PMID: 22688353.

**63: Ostvik AE, Granlund AV, Bugge M, Nilsen NJ, Torp SH, Waldum HL, Damås JK, Espevik T, Sandvik AK.**
**Enhanced expression of CXCL10 in inflammatory bowel disease: potential role of mucosal Toll-like receptor 3 stimulation.**
Inflamm Bowel Dis. 2013 Feb;19(2):265-74. doi: 10.1002/ibd.23034. PMID: 22685032.

**64: Fossmark R, Skarsvåg E, Aarset H, Hjorth-Hansen H, Waldum HL.**
**Symptomatic primary (AI) amyloidosis of the stomach and duodenum.**
Case Rep Gastrointest Med. 2013;2013:525439. doi: 10.1155/2013/525439. Epub 2013 Feb 25.
PMID: 23533841;
PMCID: PMC3596920.

**65: Granlund Av, Flatberg A, Østvik AE, Drozdov I, Gustafsson BI, Kidd M, Beisvag V, Torp SH, Waldum HL, Martinsen TC, Damås JK, Espevik T, Sandvik AK.**
**Whole genome gene expression meta-analysis of inflammatory bowel disease colon mucosa demonstrates lack of major differences between Crohn's disease and ulcerative colitis.**
PLoS One. 2013;8(2):e56818. doi: 10.1371/journal.pone.0056818. Epub 2013 Feb 13. PMID: 23468882; PMCID:
PMC3572080.

**66: Bjøro K, Aabakken L, Waldum HL.**
**Cinical gastroenterology.**
Scand J Gastroenterol. 2013 Jan;48(1):3. doi: 10.3109/00365521.2013.754638. PMID: 23244450.

**67: Waldum HL, Hauso Ø.**
**Gastric acid inhibitors may prevent/heal oxyntic lesions by reducing blood demand.**
Gut. 2013 Jan;62(1):184. doi:10.1136/gutjnl-2012-303077. Epub 2012 Jul 5. PMID: 22767421.

**68: Fossmark R, Sørdal Ø, Jianu CS, Qvigstad G, Nordrum IS, Boyce M, Waldum HL.**
**Treatment of gastric carcinoids type 1 with the gastrin receptor antagonist netazepide (YF476) results in regression of tumours and normalisation of serum chromogranin A.**
Aliment Pharmacol Ther. 2012 Dec;36(11-12):1067-75. doi: 10.1111/apt.12090. Epub 2012 Oct 16. PMID 23072686.

**69: Jianu CS, Fossmark R, Viset T, Qvigstad G, Sørdal O, Mårvik R, Waldum HL.**
**Gastric carcinoids after long-term use of a proton pump inhibitor.**
Aliment Pharmacol Ther. 2012 Oct;36(7):644-9. doi: 10.1111/apt.12012. Epub 2012 Aug 5. PMID: 22861200.

**70: Riis A, Martinsen TC, Waldum HL, Fossmark R.**
**Clinical experience with infliximab and adalimumab in a single-center cohort of patients with Crohn's disease.** Scand J Gastroenterol. 2012 Jun;47(6):649-57. doi: 10.3109/00365521.2012.672591. Epub 2012 Apr 4. PMID: 22472026.

**71: Waldum HL, Sandvik AK, Hauso O, Qvigstad G, Fossmark R.**
**Withdrawing PPI therapy: response to Metz et al.**
Am J Gastroenterol. 2012 Feb;107(2):325-6; author reply 326. doi: 10.1038/ajg.2011.391.
PMID: 22306953.

**72: Bakkelund KE, Nordrum IS, Fossmark R, Waldum HL.**
**Gastric carcinomas localized to the cardia.**
Gastroenterol Res Pract. 2012;2012:457831. doi:10.1155/2012/457831. Epub 2012 Feb 28.
PMID: 22474435; PMCID: PMC3299334.

**73: Jianu CS, Lange OJ, Viset T, Qvigstad G, Martinsen TC, Fougner R, KlevelandPM,**
**Fossmark R,**
**Hauso Ø, Waldum HL.**
**Gastric neuroendocrine carcinoma after long-term use of proton pump inhibitor.**
Scand J Gastroenterol. 2012 Jan;47(1):64-7.doi: 10.3109/00365521.2011.627444. Epub 2011
Nov 16. PMID: 22087794.

**74: Fossmark R, Stunes AK, Petzold C, Waldum HL, Rubert M, Lian AM, Reseland JE,**
**Syversen U.**
**Decreased bone mineral density and reduced bone quality in H(+)**
**/K(+) ATPase beta-subunit deficient mice.**
J Cell Biochem. 2012 Jan;113(1):141-7. doi: 10.1002/jcb.23337. PMID: 21882222.

**75: Martinsen TC, Benestad SL, Moldal T, Waldum HL.**
**Inhibitors of gastric acid secretion increase the risk of prion infection in mice.**
Scand J Gastroenterol. 2011 Dec;46(12):1418-22. doi: 10.3109/00365521.2011.619277. Epub
2011 Sep 22.
PMID: 21936725.

**76: Granlund Av, Beisvag V, Torp SH, Flatberg A, Kleveland PM, Ostvik AE, Waldum**
**HL, Sandvik AK.**
**Activation of REG family proteins in colitis.**
Scand J Gastroenterol. 2011 Nov;46(11):1316-23. doi: 10.3109/00365521.2011.605463. PMID:
21992413; PMCID: PMC3212911.

**77: Stunes AK, Reseland JE, Hauso O, Kidd M, Tømmerås K, Waldum HL, Syversen U,**
**Gustafsson BI.**
**Adipocytes express a functional system for serotonin synthesis, reuptake and receptor**
**activation.**
Diabetes Obes Metab. 2011 Jun;13(6):551-8. doi: 10.1111/j.1463-1326.2011.01378.x. PMID:
21320265.

**78: Gustafsson BI, Bakke I, Hauso Ø, Kidd M, Modlin IM, Fossmark R, Brenna E, Waldum HL.**
**Parietal cell activation by arborization of ECL cell cytoplasmic projections is likely the mechanism for histamine induced secretion of hydrochloric acid.**
Scand J Gastroenterol. 2011 May;46(5):531-7. doi:10.3109/00365521.2011.558113. Epub 2011 Feb 23. PMID: 21342027.

**79: Jianu CS, Fossmark R, Syversen U, Hauso Ø, Fykse V, Waldum HL.**
**Five-year follow-up of patients treated for 1 year with octreotide long-acting release for enterochromaffin-like cell carcinoids.**
Scand J Gastroenterol. 2011 Apr;46(4):456-63. doi: 10.3109/00365521.2010.539255. Epub 2010 Dec 7. PMID:
21133821.

**80: Fossmark R, Qvigstad G, Martinsen TC, Hauso Ø, Waldum HL.**
**Animal models to study the role of long-term hypergastrinemia in gastric carcinogenesis.**
J Biomed Biotechnol. 2011;2011:975479. doi: 10.1155/2011/975479. Epub 2010 Nov 24. PMID: 21127707; PMCID: PMC2992820.

**81: Jianu CS, Fossmark R, Syversen U, Hauso Ø, Waldum HL.**
**A meal test improves the specificity of chromogranin A as a marker of neuroendocrine neoplasia.**
Tumour Biol. 2010 Oct;31(5):373-80. doi: 10.1007/s13277-010-0045-5. Epub 2010 May 18. PMID: 20480408.

**82: Bakkelund KE, Waldum HL, Nordrum IS, Hauso Ø, Fossmark R.**
**Long-term gastric changes in achlorhydric H(+)/K(+)-ATPase beta subunit deficient mice.**
Scand J Gastroenterol. 2010 Sep;45(9):1042-7. doi: 10.3109/00365521.2010.490952. PMID: 20476858.

**83: Waldum HL, Hauso Ø, Sandvik AK.**
**PPI-induced hypergastrinaemia and Barrett's mucosa: the fog thickens.**
Gut. 2010 Aug;59(8):1157-8; authr reply 1158. doi:10.1136/gut.2010.213173. PMID: 20639256.

**84: Waldum HL.**
**Protonpumpehemmere uten resept [Proton pump inhibitors without prescription].**
Tidsskr Nor Laegeforen. 2010 May 20;130(10):1014. Norwegian. doi:10.4045/tidsskr.10.0404. PMID: 20489795.

**85: Waldum HL, Qvigstad G, Fossmark R, Kleveland PM, Sandvik AK.**
**Rebound acid hypersecretion from a physiological, pathophysiological and clinical viewpoint.**
Scand J Gastroenterol. 2010 Apr;45(4):389-94. doi: 10.3109/00365520903477348.PMID: 20001749.

86: Waldum HL, Martinsen TC, Hauso O, Qvigstad G.
**Oral proton-pump inhibitors and step-down therapy for nonulcer dyspepsia: is this the right approach?**
Therap Adv Gastroenterol. 2010 Mar;3(2):73-6. doi: 10.1177/1756283X09357220. PMID: 21180591; PMCID: PMC3002572.

87: Martinsen TC, Herter R, Dybdahl JH, Waldum HL.
**Bruk av TNF-alpha-antistoff ved inflammatorisk tarmsykdom [Use of TNFalpha antibodies in treatment of inflammatory bowel disease].**
Tidsskr Nor Laegeforen. 2010 Feb 11;130(3):273-7. Norwegian. doi: 10.4045/tidsskr.09.0642. PMID: 20160771.

88: Martinsen TC, Skogaker NE, Fossmark R, Nordrum IS, Sandvik AK, Bendheim MØ, Bakkelund KE, Waldum HL. Neuroendocrine cells in diffuse gastric carcinomas: an ultrastructural study with immunogold labeling of chromogranin A.
Appl Immunohistochem Mol Morphol. 2010 Jan;18(1):62-8. doi: 10.1097/PAI.0b013e3181b70594. PMID: 19713831.

89: Waldum HL.
**Protonpumpehemmere bør ikke selges reseptfritt [Proton pump inhibitors should not be sold without prescription].**
Tidsskr Nor Laegeforen. 2009 Nov 5;129(21):2263. Norwegian. doi: 10.4045/tidsskr.09.1066. PMID:19898585.

90: Tsolakis AV, Grimelius L, Stridsberg M, Falkmer SE, Waldum HL, Saras J, Janson ET.
**Obestatin/ghrelin cells in normal mucosa and endocrine tumours of the stomach.**
Eur J Endocrinol. 2009 Jun;160(6):941-9. doi: 10.1530/EJE-09-0001. Epub 2009 Mar 16. PMID: 19289536.

91: Haram PM, Kemi OJ, Lee SJ, Bendheim MØ, Al-Share QY, Waldum HL, Gilligan LJ, Koch LG, Britton SL, Najjar SM, Wisløff U.
**Aerobic interval training vs. continuous moderate exercise in the metabolic syndrome of rats artificially selected for low aerobic capacity.**
Cardiovasc Res. 2009 Mar 1;81(4):723-32. doi:10.1093/cvr/cvn332. Epub 2008 Dec 1. PMID: 19047339; PMCID: PMC2642601.

92: Waldum HL, Kleveland PM, Brenna E, Bakke I, Qvigstad G, Martinsen TC, Fossmark R, Gustafsson BI, Sandvik AK.
**Interactions between gastric acid secretagogues and the localization of the gastrin receptor.**
Scand J Gastroenterol. 2009;44(4):390-3. doi: 10.1080/00365520802624219. PMID: 19089789.

93: Bakkelund K, Fossmark R, Nordrum IS, Waldum HL.
**Effect of antrectomy in hypergastrinaemic female Japanese cotton rats.**
Scand J Gastroenterol. 2009;44(1):32-9. doi: 10.1080/00365520802308011. PMID: 19037819.

94: Li Z, Liu J, Tang F, Liu Y, Waldum HL, Cui G.
**Expression of non-mast cell histidine decarboxylase in tumor-associated microvessels in human esophageal**
**squamous cell carcinomas.**
APMIS. 2008 Dec;116(12):1034-42. doi: 10.1111/j.1600-0463.2008.01048.x. PMID: 19133005.

95: Hauso O, Gustafsson BI, Kidd M, Waldum HL, Drozdov I, Chan AK, Modlin IM.
**Neuroendocrine tumor epidemiology: contrasting Norway and North America.**
Cancer.2008 Nov 15;113(10):2655-64. doi: 10.1002/cncr.23883. PMID: 18853416.

96: Waldum HL, Sandvik AK, Brenna E, Fossmark R, Qvigstad G, Soga J.
**Classification of tumours.**
J Exp Clin Cancer Res. 2008 Nov 14;27(1):70. doi: 10.1186/1756-9966-27-70. PMID: 19014574; PMCID: PMC2596779.

97: Qvigstad G, Kolbjørnsen Ø, Skancke E, Waldum HL.
**Gastric neuroendocrine carcinoma associated with atrophic gastritis in the norwegian lundehund.**
J Comp Pathol. 2008 Nov;139(4):194-201. doi: 10.1016/j.jcpa.2008.07.001. Epub 2008 Sep 25. PMID: 18817920.

98: Hauso O, Gustafsson BI, Nordrum IS, Waldum HL.
**The effect of terguride in carbon tetrachloride-induced liver fibrosis in rat.**
Exp Biol Med (Maywood). 2008 Nov;233(11):1385-8. doi: 10.3181/0804-RM-137. Epub 2008 Aug 14. PMID: 18703754.

99: Waldum HL.
**August issue of Scandinavian Journal of Gastroenterology.**
Scand J Gastroenterol. 2008 Aug;43(8):899-901. doi: 10.1080/00365520802273348. PMID: 18649223.

100: Nørsett KG, Laegreid A, Kusnierczyk W, Langaas M, Ylving S, Fossmark R, Myhre S, Falkmer S, Waldum HL, Sandvik AK.
**Changes in gene expression of gastric mucosa during therapeutic acid inhibition.**
Eur J Gastroenterol Hepatol. 2008 Jul;20(7):613-23. doi: 10.1097/MEG.0b013e3282f5dc19. PMID: 18679062.

**101: Sørhaug S, Steinshamn S, Munkvold B, Waldum HL.**
**Release of neuroendocrine products in the pulmonary circulation during intermittent hypoxia in isolated**
**rat lung.**
Respir Physiol Neurobiol. 2008 Jun 30;162(1):1-7. doi: 10.1016/j.resp.2008.02.014. Epub 2008 Mar 12. PMID: 18468494.

**102: Bye A, Sørhaug S, Ceci M, Høydal MA, Stølen T, Heinrich G, Tjønna AE, Najjar SM, Nilsen OG, Catalucci D, Grimaldi S, Contu R, Steinshamn S, Condorelli G, Smith GL, Ellingsen O, Waldum H, Wisløff U.**
**Carbon monoxide levels experienced by heavy smokers impair aerobic capacity and cardiac contractility**
**and induce pathological hypertrophy.**
Inhal Toxicol. 2008 May;20(7):635-46. doi: 10.1080/08958370701883821. PMID: 18464052.

**103: Tsolakis AV, Stridsberg M, Grimelius L, Portela-Gomes GM, Falkmer SE, Waldum HL, Janson ET.**
**Ghrelin immunoreactive cells in gastric endocrine tumors**
**and their relation to plasma ghrelin concentration.**
J Clin Gastroenterol. 2008 Apr;42(4):381-8. doi: 10.1097/MCG.0b013e318032338c. PMID: 18277901.

**104: Fossmark R, Qvigstad G, Waldum HL.**
**Gastric cancer: animal studies on the risk of hypoacidity and hypergastrinemia.**
World J Gastroenterol. 2008 Mar 21;14(11):1646-51. doi: 10.3748/wjg.14.1646. PMID: 18350594; PMCID: PMC2695903.

**105: Fossmark R, Jianu CS, Martinsen TC, Qvigstad G, Syversen U, Waldum HL.**
**Serum gastrin and chromogranin A levels in patients with fundic gland polyps caused by long-term**
**proton-pump inhibition.**
Scand J Gastroenterol. 2008 Jan;43(1):20-4. doi: 10.1080/00365520701561959. PMID: 18938772.

**106: Hauso Ø, Gustafsson BI, Loennechen JP, Stunes AK, Nordrum I, Waldum HL.**
**Long-term serotonin effects in the rat are prevented by terguride.**
Regul Pept. 2007 Oct 4;143(1-3):39-46. doi: 10.1016/j.regpep.2007.02.009. Epub 2007 Mar 1. PMID: 17391782.

**107: Hauso Ø, Gustafsson BI, Waldum HL.**
**Long slender cytoplasmic extensions: a common feature of neuroendocrine cells?**
J Neuroendocrinol. 2007 Sep;19(9):739-42. doi: 10.1111/j.1365-2826.2007.01578.x. PMID: 17680890.

**108: Waldum HL, Qvigstad G.**
**Proton pump inhibitors and gastric neoplasia.**
Gut. 2007 Jul;56(7):1019-20; author reply 1020. doi: 10.1136/gut.2006.116434. PMID:
17566032; PMCID: PMC1994369.

**109: Westbroek I, Waarsing JH, van Leeuwen JP, Waldum H, Reseland JE, Weinans H,**
**Syversen U, Gustafsson BI. Long-term fluoxetine administration does not result in major**
**changes in bone architecture and**
**strength in growing rats.**
J Cell Biochem. 2007 May 15;101(2):360-8. doi: 10.1002/jcb.21177. PMID: 17163489.

**110: Fossmark R, Waldum H.**
**Rebound acid hypersecretion.**
Aliment Pharmacol Ther. 2007 Apr 15;25(8):999-1000; author reply 1000. doi: 10.1111/j.1365-
2036.2007.03263.x. PMID: 17403004.

**111: Fossmark R, Brenna E, Waldum HL.**
**pH 4.0.**
Scand J Gastroenterol. 2007 Mar;42(3):297-8. doi: 10.1080/00365520600887828. PMID:
17354107.

**112: Sørhaug S, Steinshamn S, Haaverstad R, Nordrum IS, Martinsen TC, Waldum HL.**
**Expression of neuroendocrine markers in non-small cell lung cancer.**
APMIS. 2007 Feb;115(2):152-63. doi: 10.1111/j.1600-0463.2007.apm_542.x. PMID: 17295682.

**113: Erlandsen SE, Fykse V, Waldum HL, Sandvik AK.**
**Octreotide induces apoptosis in the oxyntic mucosa.**
Mol Cell Endocrinol. 2007 Jan 29;264(1-2):188-96. doi: 10.1016/j.mce.2006.12.031. Epub 2007
Jan 8. PMID: 17210224.

**114: Cui G, Waldum HL.**
**Physiological and clinical significance of enterochromaffin-like cell activation in the**
**regulation of gastric acid**
**secretion.**
World J Gastroenterol. 2007 Jan 28;13(4):493-6. doi: 10.3748/wjg.v13.i4.493. PMID: 17278212;
PMCID: PMC4065968.

**115: Sørhaug S, Steinshamn S, Nilsen OG, Waldum HL.**
**Chronic inhalation of carbon monoxide: effects on the respiratory and cardiovascular**
**system at doses**
**corresponding to tobacco smoking**.
Toxicology. 2006 Dec 7;228(2-3):280-90. doi:10.1016/j.tox.2006.09.008. Epub 2006 Sep 29.
PMID: 17056171.

**116: Sørhaug S, Langhammer A, Waldum HL, Hveem K, Steinshamn S.**
**Increased serum levels of chromogranin A in male smokers with airway obstruction.**
Eur Respir J. 2006 Sep;28(3):542-8. doi: 10.1183/09031936.06.00092205. Epub 2006 May 17.
PMID:
16707514.


**117: Waldum HL, Qvigstad G.**
**Achlorhydria, parietal cell hyperplasia, and multiple gastric carcinoids: a new disorder?**
Am J Surg Pathol. 2006 Jul;30(7):919. doi: 10.1097/01.pas.0000202157.57868.6b. PMID:
16819339.


**118: Linder S, Myrvold K, Falkmer UG, Qvigstad G, Waldum HL, Falkmer SE.**
**Neuroendocrine cells in pancreatic duct adenocarcinoma: an immunohistochemical study.**
J Exp Clin Cancer Res. 2006 Jun;25(2):213-21. PMID: 16918133.


**119: Jianu C, Qvigstad G, Waldum HL.**
**Synchronous gastric adenocarcinoma and carcinoid.**
J Gastrointestin Liver Dis. 2006 Jun;15(2):202; author reply 202-3. PMID: 16802019.


**120: Martinsen TC, Waldum HL.**
**Gastric juice--a natural-born killer.**
Aliment Pharmacol Ther. 2006 Jun 1;23(11):1677-8; author reply 1678. doi: 10.1111/j.1365-
2036.2006.02893.x. PMID: 16696819.


**121: Bakkelund K, Fossmark R, Nordrum I, Waldum H.**
**Signet ring cells in gastric carcinomas are derived from neuroendocrine cells.**
J Histochem Cytochem. 2006 Jun;54(6):615-21. doi: 10.1369/jhc.5A6806.2005. Epub 2005 Dec
12. PMID:
16344325.


**122: Qvigstad G, Hatlen-Rebhan P, Brenna E, Waldum HL.**
**Capsule endoscopy in clinical routine in patients with suspected disease of the small intestine:**
**a 2-year prospective study.**
Scand J Gastroenterol. 2006 May;41(5):614-8. doi: 10.1080/00365520500335159. PMID:
16638706.


**123: Gustafsson BI, Thommesen L, Stunes AK, Tommeras K, Westbroek I, Waldum HL, Slørdahl K, Tamburstuen MV, Reseland JE, Syversen U.**
**Serotonin and fluoxetine modulate bone cell function in vitro.**
J Cell Biochem. 2006 May 1;98(1):139-51. doi: 10.1002/jcb.20734. PMID: 16408289.

124: Gustafsson BI, Westbroek I, Waarsing JH, Waldum H, Solligård E, Brunsvik A, Dimmen S, van Leeuwen JP, Weinans H, Syversen U.
**Long-term serotonin administration leads to higher bone mineral density, affects bone architecture,**
**and leads to higher femoral bone stiffness in rats.**
J Cell Biochem. 2006 Apr 15;97(6):1283-91. doi: 10.1002/jcb.20733. PMID: 16329113.

125: Gustafsson BI, Bakke I, Tømmerås K, Waldum HL.
**A new method for visualization of gut mucosal cells, describing the enterochromaffin cell in the**
**rat gastrointestinal tract.**
Scand J Gastroenterol. 2006 Apr;41(4):390-5. doi: 10.1080/00365520500331281. PMID: 16635905.

126: Waldum H.
**Juks i medisinsk forskning [Medical research fraud].**
Tidsskr Nor Laegeforen. 2006 Mar 23;126(7):935; author reply 935. Norwegian. PMID: 16554892.

127: Fykse V, Solligård E, Bendheim MØ, Chen D, Grønbech JE, Sandvik AK, Waldum HL.
**ECL cell histamine mobilization and parietal cell stimulation in the rat stomach studied by microdialysis and electron microscopy.**
Acta Physiol (Oxf). 2006 Jan;186(1):37-43. doi: 10.1111/j.1748-1716.2005.01504.x. PMID: 16497178.

128: Waldum H.
**Assessment of the risk of iatrogenic hypergastrinaemia from patients with gastrinoma.**
Basic Clin Pharmacol Toxicol. 2006 Jan;98(1):3. doi: 10.1111/j.1742-7843.2006.pto_378b.x. PMID: 16433885.

129: Sandvik AK, Alsberg BK, Nørsett KG, Yadetie F, Waldum HL, Laegreid A. Gene expression analysis and clinical diagnosis.
Clin Chim Acta. 2006 Jan;363(1-2):157-64. doi: 10.1016/j.cccn.2005.05.046. Epub 2005 Oct 5. PMID: 16168978.

130: Waldum HL.
**Nobelpris for Helicobacter pylori [Nobel Prize for Helicobacter pylori].**
Tidsskr Nor Laegeforen. 2005 Dec 1;125(23):3245. Norwegian. PMID: 16327844.

131: Waldum HL, Fossmark R.
**Idiopathic gastric acid hypersecretion.**
Eur J Gastroenterol Hepatol. 2005 Dec;17(12):1433. doi: 10.1097/00042737-200512000-00028. PMID: 16292103.

**132: Martinsen TC, Bakke I, Chen D, Sandvik AK, Zahlsen K, Aamo T, Waldum HL.**
**Ciprofibrate stimulates the gastrin-producing cell by acting luminally on antral PPAR-alpha.**
Am J Physiol Gastrointest Liver Physiol. 2005 Dec;289(6):G1052-60. doi:
10.1152/ajpgi.00268.2005.
Epub 2005 Aug 11. PMID: 16099866.

**133: Fykse V, Sandvik AK, Waldum HL.**
**One-year follow-up study of patients with enterochromaffin-like cell carcinoids after treatment with octreotide long- acting release.**
Scand J Gastroenterol. 2005 Nov;40(11):1269-74. doi: 10.1080/00365520510023684. PMID:
16334435.

**134: Waldum HL.**
**Korrupt forskning kan skade folkehelsen [Corrupt research may damage public health].**
Tidsskr Nor Laegeforen. 2005 Oct 6;125(19):2672-3. Norwegian. PMID: 16215620.

**135: Waldum HL, Gustafsson B, Fossmark R, Qvigstad G.**
**Antiulcer drugs and gastric cancer.**
Dig Dis Sci. 2005 Oct;50 Suppl 1:S39-44. doi:10.1007/s10620-005-2805-4. PMID: 16184420.

**136: Fossmark R, Martinsen TC, Qvigstad G, Bendheim MØ, Kopstad G, Kashima K, Waldum HL.**
**Ultrastructure and chromogranin A immunogold labelling of ECL cell carcinoids.**
APMIS. 2005 Jul-Aug;113(7-8):506-12. doi: 10.1111/j.1600-0463.2005.apm_147.x. PMID:
16086820.

**137: Nørsett KG, Laegreid A, Langaas M, Wörlund S, Fossmark R, Waldum HL, Sandvik AK.**
**Molecular characterization of rat gastric mucosal response to potent acid inhibition.**
Physiol Genomics. 2005 Jun 16;22(1):24-32. doi: 10.1152/physiolgenomics.00245.2004.
Epub 2005 Apr 12. PMID: 15827235.

**138: Fossmark R, Zhao CM, Martinsen TC, Kawase S, Chen D, Waldum HL.**
**Dedifferentiation of enterochromaffin-like cells in gastric cancer of hypergastrinemic cotton rats.**
APMIS. 2005 Jun;113(6):436-49. doi: 10.1111/j.1600-0463.2005.apm_134.x. PMID: 15996161.

**139: Petersen H, Schumacher KP, Waldum HL, Berstad A, Florholmen J, Selbekk B, Veenstra M.**
**Gjensidig evaluering som kvalitetssikringsmetode for sykehusenheter**
**[Mutual evaluation as a method of quality assurance in hospital units].**
Tidsskr Nor Laegeforen. 2005 May 4;125(9):1201-4. Norwegian. PMID: 15880161.

140: Sørhaug S, Steinshamn SL, Waldum HL.
Octreotide treatment for paraneoplastic intestinal pseudo-obstruction complicating SCLC.
Lung Cancer. 2005 Apr;48(1):137-40. doi: 10.1016/j.lungcan.2004.09.008. PMID: 15777981.

141: Waldum HL.
Hypergastrinaemia in patients infected with Helicobacter pylori treated with proton pump inhibitors.
Gut. 2005 Apr;54(4):566. PMID: 15753549; PMCID: PMC1774456.

142: Gustafsson BI, Tømmerås K, Nordrum I, Loennechen JP, Brunsvik A, Solligård E, Fossmark R, Bakke I,
Syversen U, Waldum H.
Long-term serotonin administration induces heart valve disease in rats.
Circulation. 2005 Mar 29;111(12):1517-22. doi: 10.1161/01.CIR.0000159356.42064.48.
Epub 2005 Mar 21. PMID: 15781732.

143: Waldum HL, Martinsen TC, Brenna E.
Nonulcer dyspepsia and proton pump inhibitors.
Gastroenterology. 2005 Mar;128(3):805; author reply 805-6. doi: 10.1053/j.gastro.2005.01.024.
PMID: 15765429.

144: Martinsen TC, Bergh K, Waldum HL.
Gastric juice: a barrier against infectious diseases.
Basic Clin Pharmacol Toxicol. 2005 Feb;96(2):94-102. doi: 10.1111/j.1742-7843.2005.pto960202.x. PMID: 15679471.

145: Fykse V, Coy DH, Waldum HL, Sandvik AK.
Somatostatin-receptor 2 (sst2)-mediated effects of endogenous somatostatin on exocrine and endocrine
secretion of the rat stomach.
Br J Pharmacol. 2005 Feb;144(3):416-21. doi: 10.1038/sj.bjp.0706094. PMID: 15655503;
PMCID: PMC1576019.

146: Qvigstad G, Fløttum O, Waldum HL.
Kapselendoskopi - en ny metode for diagnostikk av sykdom i tynntarm [Capsule endoscopy--a new method for the
diagnosis of diseases of the small intestine].
Tidsskr Nor Laegeforen. 2005 Jan 20;125(2):163-6. Norwegian. PMID: 15665888.

147: Fossmark R, Johnsen G, Johanessen E, Waldum HL.
Rebound acid hypersecretion after long-term inhibition of gastric acid secretion.
Aliment Pharmacol Ther. 2005 Jan 15;21(2):149-54. doi: 10.1111/j.1365-2036.2004.02271.x.
PMID: 15679764.

**148: Syversen U, Ramstad H, Gamme K, Qvigstad G, Falkmer S, Waldum HL.**
**Clinical significance of elevated serum chromogranin A levels.**
Scand J Gastroenterol. 2004 Oct;39(10):969-73. doi: 10.1080/00365520410003362. PMID: 15513336.

**149: Fossmark R, Martinsen TC, Bakkelund KE, Kawase S, Torp SH, Waldum HL.**
**Hypergastrinaemia induced by partial corpectomy results in development of enterochromaffin-like cell carcinoma in male Japanese cotton rats.**
Scand J Gastroenterol. 2004 Oct;39(10):919-26. doi: 10.1080/00365520410003281. PMID: 15513328.

**150: Nørsett KG, Laegreid A, Midelfart H, Yadetie F, Erlandsen SE, Falkmer S, Grønbech JE, Waldum HL, Komorowski J, Sandvik AK.**
**Gene expression based classification of gastric carcinoma.**
Cancer Lett. 2004 Jul 16;210(2):227-37. doi: 10.1016/j.canlet.2004.01.022. PMID: 15183539.

**151: Fykse V, Sandvik AK, Qvigstad G, Falkmer SE, Syversen U, Waldum HL.**
**Treatment of ECL cell carcinoids with octreotide LAR.**
Scand J Gastroenterol. 2004 Jul;39(7):621-8. doi: 10.1080/00365520410005225. PMID: 15370681.

**152: Waldum HL, Fossmark R, Bakke I, Martinsen TC, Qvigstad G.**
**Hypergastrinemia in animals and man: causes and consequences.**
Scand J Gastroenterol. 2004 Jun;39(6):505-9. doi: 10.1080/00365520410005072. PMID: 15223671.

**153: Fossmark R, Martinsen TC, Bakkelund KE, Kawase S, Waldum HL.**
**ECL-cell derived gastric cancer in male cotton rats dosed with the H2-blocker loxtidine.**
Cancer Res. 2004 May 15;64(10):3687-93. doi: 10.1158/0008-5472.CAN-03-3647. PMID: 15150129.

**154: Qvigstad G, Waldum H.**
**Rebound hypersecretion after inhibition of gastric acid secretion.**
Basic Clin Pharmacol Toxicol. 2004 May;94(5):202-8. doi:10.1111/j.1742-7843.2004.pto940502.x. PMID: 15125689.

**155: Fossmark R, Martinsen TC, Torp SH, Kawase S, Sandvik AK, Waldum HL.**
**Spontaneous enterochromaffin-like cell carcinomas in cotton rats (Sigmodon hispidus) are prevented by a somatostatin analogue.**
Endocr Relat Cancer. 2004 Mar;11(1):149-60. doi: 10.1677/erc.0.0110149. PMID: 15027892.

**156: Viste A, Øvrebø K, Maartmann-Moe H, Waldum H.**
**Lanzoprazole promotes gastric carcinogenesis in rats with duodenogastric reflux.**
Gastric Cancer. 2004;7(1):31-5. doi: 10.1007/s10120-003-0264-1. PMID: 15052437.

**157: Martinsen TC, Kawase S, Håkanson R, Torp SH, Fossmark R, Qvigstad G, Sandvik AK, Waldum HL.**
**Spontaneous ECL cell carcinomas in cotton rats: natural course and prevention by a gastrin receptor antagonist.** Carcinogenesis. 2003 Dec;24(12):1887-96. doi: 10.1093/carcin/bgg156. Epub 2003 Aug 29. PMID:12949047.

**158: Hoff JM, Waldum HL.**
**Klinisk ledelse og akademisk kompetanse [Clinical leadership and academic competence].**
Tidsskr Nor Laegeforen. 2003 Oct 23;123(20):2917. Norwegian. PMID: 14600726.

**159: Waldum HL, Qvigstad G, Sandvik AK.**
**Reg protein in gastric cancer tumour cells.**
FEBS Lett. 2003 Oct 23;553(3):464-5. doi: 10.1016/s0014-5793(03)01021-4. PMID: 14572670.

**160: Zhao CM, Wang X, Friis-Hansen L, Waldum HL, Halgunset J, Wadström T, Chen D.**
**Chronic Helicobacter pylori infection results in gastric hypoacidity and hypergastrinemia in wild-type mice but vagally induced hypersecretion in gastrin-deficient mice.**
Regul Pept. 2003 Oct 15;115(3):161-70. doi: 10.1016/s0167-0115(03)00167-8. PMID: 14556957.

**161: Yadetie F, Laegreid A, Bakke I, Kusnierczyk W, Komorowski J, Waldum HL, Sandvik AK.**
**Liver gene expression in rats in response to the peroxisome proliferator-activated receptor-alpha agonist ciprofibrate.**
Physiol Genomics. 2003 Sep 29;15(1):9-19. doi: 10.1152/physiolgenomics.00064.2003. PMID: 12851464.

**162: Waldum HL.**
**Autoritaert styre uten autoritet og legitimitet [Authoritarian steering without authority and legitimacy].**
Tidsskr Nor Laegeforen. 2003 Aug 28;123(16):2334. Norwegian. PMID: 14508581.

**163: Grav HJ, Tronstad KJ, Gudbrandsen OA, Berge K, Fladmark KE, Martinsen TC, Waldum H, Wergedahl H, Berge RK.**
**Changed energy state and increased mitochondrial beta-oxidation rate in liver of rats associated with lowered**
**proton electrochemical potential and stimulated uncoupling protein 2 (UCP-2) expression: evidence for peroxisome proliferator-activated receptor-alpha independent induction of UCP-2 expression.**
J Biol Chem. 2003 Aug 15;278(33):30525-33. doi: 10.1074/jbc.M303382200. Epub 2003 May 19. PMID: 12756242.

**164: Waldum HL.**
**Protonpumpehemmere og kronisk behov [Proton pump inhibitors and chronic requirement].**
Lakartidningen. 2003 May 15;100(20):1830-1. Norwegian. PMID: 12806870.

**165: Brenna O, Qvigstad G, Brenna E, Waldum HL.**
**Cytotoxicity of streptozotocin on neuroendocrine cells of the pancreas and the gut.**
Dig Dis Sci. 2003 May;48(5):906-10. doi: 10.1023/a:1023043411483. PMID: 12772787.

**166: Waldum H, Brenna E.**
**Discussion on the effect of chronic hypergastrinemia on human enterochromaffin-like cells: insights from patients with sporadic gastrinomas.**
Gastroenterology. 2003 May;124(5):1564-5; author reply 1565. doi: 10.1016/s0016-5085(03)00357-3. PMID: 12744241.

**167: Waldum HL.**
**Comment: acute cholestatic hepatitis associated with celecoxib.**
Ann Pharmacother. 2003 May;37(5):748; author reply 748-9. doi: 10.1345/aph.1C110a. PMID: 12708959.

**168: Martinsen TC, Skogaker NE, Bendheim MØ, Waldum HL.**
**Antral G cells in rats during dosing with a PPAR alpha agonist: a morphometric and immunocytochemical study.**
Med Electron Microsc. 2003 Mar;36(1):18-32. doi: 10.1007/s007950300003. PMID: 12658348.

**169: Waldum HL, Kleveland PM, Sandvik AK, Brenna E, Syversen U, Bakke I, Tømmerås K.**
**The cellular localization of the cholecystokinin 2 (gastrin) receptor in the stomach.**
Pharmacol Toxicol. 2002 Dec;91(6):359-62. doi: 10.1034/j.1600-0773.2002.910613.x. PMID: 12688379.

**170: Bakke I, Hammer TA, Sandvik AK, Waldum HL.**
**PPAR alpha stimulates the rat gastrin-producing cell.**
Mol Cell Endocrinol. 2002 Sep 30;195(1-2):89-97. doi: 10.1016/s0303-7207(02)00187-9. PMID: 12354675.

**171: Tømmerås K, Bakke I, Sandvik AK, Larsson E, Waldum HL.**
**Rat parietal cells express CCK(2) receptor mRNA: gene expression analysis of single cells isolatedby laser-assisted microdissection.**
Biochem Biophys Res Commun. 2002 Sep 20;297(2):335-40. doi: 10.1016/s0006-291x(02)02202-7. PMID: 12237123.

172: Bofin AM, Qvigstad G, Waldum C, Waldum HL.
**Neuroendocrine differentiation in carcinoma of the breast. Tyramide signal amplification discloses chromogranin**
**A-positive tumour cells in more breast tumours than previously realized.**
APMIS. 2002 Sep;110(9):658-64. doi: 10.1034/j.1600-0463.2002.1100910.x. PMID: 12529020.

173: Waldum HL, Sandvik AK.
**GRP and stimulation of acid secretion**.
Gut. 2002 Aug;51(2):297; author reply 297-8. doi: 10.1136/gut.51.2.297-a. PMID: 12117901;
PMCID: PMC1773335.

174: Cui GL, Sandvik AK, Munkvold B, Waldum HL.
**Effects of anaesthetic agents on gastrin-stimulated and histamine-stimulated gastric acid secretion in the**
**totally isolated vascularly perfused rat stomach.**
Scand J Gastroenterol. 2002 Jul;37(7):750-3. doi: 10.1080/00365520213249. PMID: 12190085.

175: Waldum HL.
**Funksjonelle mageog tarmlidelser [Functional gastrointestinal diseases].**
Tidsskr Nor Laegeforen. 2002 May 10;122(12):1178. Norwegian. PMID: 12089841.

176: Waldum HL, Brenna E, Sandvik AK.
**Long-term safety of proton pump inhibitors: risks of gastric neoplasia and infections.**
Expert Opin Drug Saf. 2002 May;1(1):29-38. doi: 10.1517/14740338.1.1.29. PMID: 12904157.

177: Martinsen TC, Taylor DM, Johnsen R, Waldum HL.
**Gastric acidity protects mice against prion infection?**
Scand J Gastroenterol. 2002 May;37(5):497-500. doi: 10.1080/00365520252903017. PMID: 12059048.

178: van Bergeijk JD, Wilson JH, Nielsen OH, von Tirpitz C, Karvonen AL, Lygren I, Rädler A, Waldum HL,
Mulder CJ, Friis S, Tefera S, Hoogkamer JF; OPUS 1 study group.
**Octreotide in patients with active ulcerative colitis treated with high dose corticosteroids (OPUS 1).**
Eur J Gastroenterol Hepatol. 2002 Mar;14(3):243-8. doi: 10.1097/00042737-200203000-00007. PMID: 11953688.

179: Waldum HL, Brenna E.
**Gastro-oesophageal reflux disease in general practice. Last year's guidelines are probably biased**.
BMJ. 2002 Feb 23;324(7335):485-6. PMID: 11859057; PMCID: PMC1122401.

**180: Waldum HL.**
**Legemiddelbehandling av irritabel tarm-syndrom [Drug therapy of irritable bowel syndrome].**
Tidsskr Nor Laegeforen. 2002 Feb 10;122(4):401-2. Norwegian. PMID: 11915671.

**181: Qvigstad G, Qvigstad T, Westre B, Sandvik AK, Brenna E, Waldum HL.**
**Neuroendocrine differentiation in gastric adenocarcinomas associated with severe hypergastrinemia and/or pernicious anemia.**
APMIS. 2002 Feb;110(2):132-9. doi: 10.1034/j.1600-0463.2002.100302.x. PMID: 12064868.

**182: Cui GL, Sandvik AK, Munkvold B, Waldum HL.**
**Glycine-extended gastrin-17 stimulates acid secretion only via CCK-2 receptor-induced histamine release in**
**the totally isolated vascularly perfused rat stomach.**
Acta Physiol Scand. 2002 Feb;174(2):125-30. doi: 10.1046/j.1365-201X.2002.00933.x. PMID: 11860374.

**183: Dzienis-Koronkiewicz E, ØvrebØ K, Gislason H, Waldum HL, Svanes K.**
**Gastric mucosal exposure to histamine in rats is followed by absorption of histamine but not mucosal hyperemia.** Hepatogastroenterology. 2002 Jan-Feb;49(43):290-6. PMID: 11941978.

**184: Loennechen JP, Nilsen OG, Arbo I, Aadahl P, Nilsen T, Waldum HL, Sandvik AK, Ellingsen O.**
**Chronic exposure to carbon monoxide and nicotine: endothelin ET(A) receptor antagonism attenuates carbon monoxide-induced myocardial hypertrophy in rat.**
Toxicol Appl Pharmacol. 2002 Jan 1;178(1):8-14. doi: 10.1006/taap.2001.9300. PMID: 11781074.

**185: Bakke I, Qvigstad G, Sandvik AK, Waldum HL.**
**The CCK-2 receptor is located on the ECL cell, but not on the parietal cell.**
Scand J Gastroenterol. 2001 Nov;36(11):1128-33. doi: 10.1080/00365520152584734. PMID: 11686210.

**186: Cui GL, Syversen U, Zhao CM, Chen D, Waldum HL.**
**Long-term omeprazole treatment suppresses body weight gain and bone mineralization in young male rats.**
Scand J Gastroenterol. 2001 Oct;36(10):1011-5. doi: 10.1080/003655201750422585. PMID: 11589371.

**187: Sandvik AK, Cui G, Bakke I, Munkvold B, Waldum HL.**
**PACAP stimulates gastric acid secretion in the rat by inducing histamine release.**
Am J Physiol Gastrointest Liver Physiol. 2001 Oct;281(4):G997-G1003. doi:10.1152/ajpgi.2001.281.4.G997. PMID: 11557520.

**188: Waldum HL, Syversen U.**
**Serum chromogranin A in the control of patients on long-term treatment with inhibitors of acid secretion.**
Eur J Clin Invest. 2001 Sep;31(9):741-3. doi: 10.1046/j.1365-2362.2001.00889.x. PMID: 11589715.

**189: Waldum HL, Qvigstad G, Falkmer S.**
**Indications for a neuroendocrine tumor- carcinoma sequence.**
Virchows Arch. 2001 Aug;439(2):215-7. doi: 10.1007/s004280100460. PMID: 11561765.

**190: Cui G, Yuan A, Qvigstad G, Waldum HL.**
**Estrogen receptors are not expressed in esophagogastric carcinomas that come from a high incidence**
**area of China.**
Hepatogastroenterology. 2001 May-Jun;48(39):594-5. PMID: 11794139.

**191: Waldum HL.**
**The safety of proton pump inhibitors.**
Aliment Pharmacol Ther. 2001 May;15(5):729-30. doi: 10.1046/j.1365-2036.2001.0955c.x. PMID: 11328270.

**192: Zhao CM, Bakke I, Tostrup-Skogaker N, Waldum HL, Håkanson R, Chen D.**
**Functionally impaired, hypertrophic ECL cells accumulate vacuoles and lipofuscin bodies. An ultrastructural study of ECL cells isolated from hypergastrinemic rats.**
Cell Tissue Res. 2001 Mar;303(3):415-22. doi: 10.1007/s004410000326. PMID: 11320657.

**193: Fresvig A, Qvigstad G, Halvorsen TB, Falkmer S, Waldum HL.**
**Neuroendocrine differentiation in bronchial carcinomas of classic squamous-cell type: an immunohistochemical study of 29 cases applying the tyramide signal amplification technique.**
Appl Immunohistochem Mol Morphol. 2001 Mar;9(1):9-13. PMID: 11277422.

**194: Waldum HL.**
**Medisinstudiet gir for liten biologisk kompetanse [Insufficient biological competence following medical training].** Tidsskr Nor Laegeforen. 2001 Jan 10;121(1):108. Norwegian. PMID: 12013604.

**195: Kleveland O, Syversen U, Slørdahl K, Waldum HL.**
**Hypergastrinemia as a cause of chromogranin a increase in blood in patients suspected to have**
**neuroendocrine tumor**.
Digestion. 2001;64(2):71-4. doi: 10.1159/000048842. PMID: 11684818.

**196: Waldum HL, Brenna E, Martinsen TC.**
**Safety of proton pump inhibitors.**
Aliment Pharmacol Ther. 2000 Nov;14(11):1537-8. doi: 10.1046/j.1365-2036.2000.00859.x.
PMID: 11069327.

**197: Brenna E, Flaaten B, Waldum HL, Myrvold HE.**
**Behandling av oesophagusvaricer med strikkligatur [Treatment of esophageal varices with banding ligation].**
Tidsskr Nor Laegeforen. 2000 Sep 20;120(22):2626-9. Norwegian. PMID: 11077505.

**198: Qvigstad G, Sandvik AK, Brenna E, Aase S, Waldum HL.**
**Detection of chromogranin A in human gastric adenocarcinomas using a sensitive immunohistochemical technique.**
Histochem J. 2000 Sep;32(9):551-6. doi: 10.1023/a:1004102312006. PMID: 11127976.

**199: Bakke I, Sandvik AK, Waldum HL.**
**Octreotide inhibits the enterochromaffin- like cell but not peroxisome proliferator-induced hypergastrinemia.**
J Mol Endocrinol. 2000 Aug;25(1):109-19. doi: 10.1677/jme.0.0250109. PMID: 10915223.

**200: Waldum HL, Brenna E, Sandvik AK.**
**The mechanism of histamine secretion from gastric enterochromaffin-like cells.**
Am J Physiol Cell Physiol. 2000 Jun;278(6):C1275-6. doi: 10.1152/ajpcell.2000.278.6.C1275.
PMID: 10905856.

**201: Bakke I, Qvigstad G, Brenna E, Sandvik AK, Waldum HL.**
**Gastrin has a specific proliferative effect on the rat enterochromaffin-like cell, but not on the parietal cell:**
**a study by elutriation centrifugation.**
Acta Physiol Scand. 2000 May;169(1):29-37. doi: 10.1046/j.1365-201x.2000.00688.x. PMID: 10759608.

**202: Qvigstad G, Falkmer S, Waldum HL.**
**Immunhistokjemisk diagnostikk ved bruk av tyramid-signalamplifikasjon [Immunohistochemical diagnosis by means of tyramide signal amplification].**
Tidsskr Nor Laegeforen. 2000 Jan 20;120(2):236-8. Norwegian. PMID: 10851922.

**203: Waldum HL, Syversen U.**
**Chromogranin A (CGA) and the enterochromaffin-like (ECL) cell.**
Adv Exp Med Biol. 2000;482:361-7. doi: 10.1007/0-306-46837-9_29. PMID: 11192596.

**204: Waldum HL, Mårvik R, Grønbech JE, Sandvik AK, Aase S.**
**Oxyntic lesions may be provoked in the rat both by the process of acid secretion and also by gastric acidity.** Aliment Pharmacol Ther. 2000 Jan;14(1):135-41. doi: 10.1046/j.1365-2036.2000.00663.x. PMID: 10632657.

**205: Waldum HL, Brenna E.**
**Personal review: is profound acid inhibition safe?**
Aliment Pharmacol Ther. 2000 Jan;14(1):15-22. doi: 10.1046/j.1365-2036.2000.00681.x. PMID: 10632641.

**206: Cui G, Qvigstad G, Falkmer S, Sandvik AK, Kawase S, Waldum HL.**
**Spontaneous ECLomas in cotton rats (Sigmodon hispidus): tumours occurring inhypoacidic/hypergastrinaemic animals with normal parietal cells.**
Carcinogenesis. 2000 Jan;21(1):23-7. doi: 10.1093/carcin/21.1.23. PMID: 10607729.

**207: Qvigstad G, Falkmer S, Westre B, Waldum HL.**
**Clinical and histopathological tumour progression in ECL cell carcinoids ("ECLomas").**
APMIS. 1999 Dec;107(12):1085-92. doi: 10.1111/j.1699-0463.1999.tb01513.x. PMID: 10660138.

**208: Jørgensen G, Waldum HL.**
**Lack of effect of transdermal nicotine on 3 cases of primary sclerosing cholangitis.**
Dig Dis Sci. 1999 Dec;44(12):2484. doi: 10.1023/a:1026639106272. PMID: 10630501.

**209: Loennechen JP, Beisvag V, Arbo I, Waldum HL, Sandvik AK, Knardahl S, Ellingsen O. Chronic carbon monoxide exposure in vivo induces myocardial endothelin-1 expression and hypertrophy in rat.** Pharmacol Toxicol. 1999 Oct;85(4):192-7. doi: 10.1111/j.1600-0773.1999.tb00091.x. PMID: 10563519.

**210: Waldum HL, Syversen U.**
**Prospective study of the value of serum chromogranin A or serum gastrin levels in the assessment of the presence, extent, or growth of gastrinomas.**
Cancer. 1999 Oct 1;86(7):1377-8. doi: 10.1002/(sici)1097-0142(19991001)86:7<1377::aid-cncr38>3.0.co;2-7. PMID: 10506728.

**211: Syversen U, Nordsletten L, Falch JA, Madsen JE, Nilsen OG, Waldum HL.**
**Effect of lifelong nicotine inhalation on bone mass and mechanical properties in female rat femurs.**
Calcif Tissue Int. 1999 Sep;65(3):246-9. doi: 10.1007/s002239900692. PMID: 10441660.

**212: Waldum HL, Brenna E, Sandvik AK.**
**Risiko ved medikamentell syrehemming [Risk of gastric acid inhibition by drugs].**
Tidsskr Nor Laegeforen. 1999 Aug 30;119(20):3045-6. Norwegian. PMID: 10504859.

**213: Waldum HL.**
**ECL cell tumor and endocrine carcinoma of the stomach.**
Gastroenterology. 1999 Aug;117(2):510-11. doi: 10.1053/gast.1999.0029900510b. PMID: 10465636.

**214: Angelsen A, Falkmer S, Sandvik AK, Waldum HL.**
**Pre- and postnatal testosterone administration induces proliferative epithelial lesions with neuroendocrine differentiation in the dorsal lobe of the rat prostate.**
Prostate. 1999 Jul 1;40(2):65-75. doi: 10.1002/(sici)1097-0045(19990701)40:2<65::aid-pros1>3.0.co;2-x.
PMID: 10386466.

**215: Waldum HL, Rørvik H, Falkmer S, Kawase S.**
**Neuroendocrine (ECL cell) differentiation of spontaneous gastric carcinomas of cotton rats (Sigmodon hispidus).**
Lab Anim Sci. 1999 Jun;49(3):241-7. PMID: 10403437.

**216: Waldum HL, Sandvik AK, Angelsen A, Krokan H, Falkmer S.**
**Re: Editorial entitled 'The origin of gut and pancreatic neuroendocrine (APUD) cells--the last word?'.**
J Pathol. 1999 May;188(1):113-4. doi: 10.1002/(SICI)1096-9896(199905)188:1<113::AID-PATH318>3.0.CO;2-B. PMID: 10398150.

**217: Qvigstad G, Bjørgaas M, Eide I, Sandvik AK, Waldum HL.**
**Vagal stimulation augments maximal (penta) gastrin-stimulated acid secretion in humans.**
Acta Physiol Scand. 1999 Mar;165(3):277-81. doi: 10.1046/j.1365-201x.1999.00514.x. PMID: 10192177.

**218: Waldum HL.**
**Hypergastrinaemia with long-term omeprazole treatment.**
Aliment Pharmacol Ther. 1999 Mar;13(3):440. doi: 10.1046/j.1365-2036.1999.0467c.x. PMID: 10102980.

**219: Qvigstad G, Arnestad JS, Brenna E, Waldum HL.**
**Treatment with proton pump inhibitors induces tolerance to histamine-2 receptor antagonists in Helicobacter pylori-negative patients.**
Scand J Gastroenterol. 1998 Dec;33(12):1244-8. doi: 10.1080/00365529850172313. PMID: 9930386.

**220: Waldum HL.**
**Svensk doktorgrad meritterer ikke i Norge [A Swedish MD degree is not a valid qualification in Norway].**
Tidsskr Nor Laegeforen. 1998 Nov 20;118(28):4417. Norwegian. PMID: 9889627.

**221: Kleveland PM, Waldum HL.**
**Intragastric pH and Helicobacter pylori treatment with proton pump inhibitors combined with amoxicillin.**
Scand J Gastroenterol. 1998 Nov;33(11):1230. doi: 10.1080/00365529850172629. PMID: 9867105.

222: Waldum HL, Brenna E, Sandvik AK.
**Maximal gastric acid secretion in man: a concept that needs precision.**
Scand J Gastroenterol. 1998 Oct;33(10):1009-15.doi: 10.1080/003655298750026679. PMID: 9829352.

223: Hammer TA, Waldum HL.
**Peroksisomer og peroksisomproliferatorer. Interessante miljøgifter og terapeutika med effekt på fettstoffskifte og hormonfrigjøring [Peroxisomes and peroxisome proliferators. Specific environmental poisons and therapeutic agents affecting lipid metabolism and hormone release].**
Tidsskr Nor Laegeforen. 1998 Sep 30;118(23):3603-8. Norwegian. PMID: 9820005.

224: Waldum HL, Aase S, Kvetnoi I, Brenna E, Sandvik AK, Syversen U, Johnsen G, Vatten L, Polak JM. Neuroendocrine differentiation in human gastric carcinoma.
Cancer. 1998 Aug 1;83(3):435-44. PMID: 9690535.

225: Waldum HL, Sandvik AK.
**The relevance of luminal release is doubtful.**
Gastroenterology. 1998 Jul;115(1):245. PMID: 9659345.

226: Waldum HL, Sandvik AK.
**The Relevance of Luminal Release Is Doubtful.**
Gastroenterology. 1998 Jul;115(1):245a-245. PMID: 9649491.

227: Hammer TA, Sandvik AK, Waldum HL.
**Potentiating hypergastrinemic effect by the peroxisome proliferator ciprofibrate and omeprazole in the rat.**
Scand J Gastroenterol. 1998 Jun;33(6):595-9. doi: 10.1080/00365529850171855. PMID: 9669630.

228: Waldum HL, Brenna E, Sandvik AK.
**Relationship of ECL cells and gastric neoplasia.**
Yale J Biol Med. 1998 May-Aug;71(3-4):325-35. PMID: 10461363; PMCID: PMC2578987.

229: Sandvik AK, Mårvik R, Dimaline R, Waldum HL.
**Carbachol stimulation of gastric acid secretion and its effects on the parietal cell.**
Br J Pharmacol. 1998 May;124(1):69-74. doi: 10.1038/sj.bjp.0701802. PMID: 9630345; PMCID: PMC1565362.

230: Waldum HL, Sandvik AK, Idle JR.
**Gastrin is the most important factor in ECL tumorigenesis.**
Gastroenterology. 1998 May;114(5):1113-5. doi: 10.1016/s0016-5085(98)70346-4. PMID: 9606099.

231: Waldum HL.
**Behandling med homolog feces [Treatment with homologous feces].**
Tidsskr Nor Laegeforen. 1998 Apr 20;118(10):1604-5. Norwegian. PMID: 9615593.

232: Angelsen A, Sandvik AK, Syversen U, Stridsberg M, Waldum HL.
**NGF-beta, NE- cells and prostatic cancer cell lines. A study of neuroendocrine expression in the human prostatic cancer cell lines DU-145, PC-3, LNCaP, and TSU-pr1 following stimulation of the nerve growth factor-beta.**
Scand J Urol Nephrol. 1998 Feb;32(1):7-13. doi: 10.1080/003655998750014611. PMID: 9561567.

233: Waldum HL, Kvetnoi IM, Sylte R, Schulze B, Martinsen TC, Sandvik AK.
**The effect of the peroxisome proliferator ciprofibrate on the gastric mucosa and particularly the gastrin cell**.
J Mol Endocrinol. 1998 Feb;20(1):111-7. doi: 10.1677/jme.0.0200111. PMID: 9513087.

234: Sandvik AK, Brenna E, Waldum HL.
**Review article: the pharmacological inhibition of gastric acid secretion--tolerance and rebound.**
Aliment Pharmacol Ther. 1997 Dec;11(6):1013-8. doi: 10.1046/j.1365-2036.1997.00257.x. PMID: 9663823.

235: Syversen U, Heide LS, Waldum HL.
**Kromogranin A i blod--en nyttig tumormarkør [Chromogranin A in blood--a useful tumor marker].**
Tidsskr Nor Laegeforen. 1997 Oct 30;117(26):3810-1. Norwegian. PMID: 9417686.

236: Angelsen A, Mecsei R, Sandvik AK, Waldum HL.
**Neuroendocrine cells in the prostate of the rat, guinea pig, cat, and dog.**
Prostate. 1997 Sep 15;33(1):18-25. doi: 10.1002/(sici)1097-0045(19970915)33:1<18::aid-pros4>3.0.co;2-5. PMID: 9294622.

237: Kleveland PM, Waldum HL, Brenna E, Aase S, Maeland JA.
**Relationship between the efficacy of amoxicillin and intragastric pH for the treatment of Helicobacter
pylori infection.**
Helicobacter. 1997 Sep;2(3):144-8. doi: 10.1111/j.1523-5378.1997.tb00076.x. PMID: 9432343.

238: Marvik R, Sandvik AK, Waldum HL.
**Evaluation of biologic gastrin activity of compound CI-988 in the isolated, vascularly perfused rat stomach.**
Scand J Gastroenterol. 1997 Jun;32(6):519-22. doi: 10.3109/00365529709025092. PMID: 9200280.

239: Brenna E, Kleveland PM, Waldum HL.
En enkel metode for endoskopisk plassering av nasojejunal ernaeringssonde [A simple method for endoscopic
placement of a nasojejunal feeding tube].
Tidsskr Nor Laegeforen. 1997 May 30;117(14):2054-5. Norwegian. PMID: 9235687.

240: Sandvik AK, Brenna E, Sundan A, Holst JJ, Waldum HI.
Bombesin inhibits histamine release from the rat oxyntic mucosa by a somatostatin-dependent mechanism.
Scand J Gastroenterol. 1997 May;32(5):427-32. doi:10.3109/00365529709025076. PMID: 9175202.

241: Angelsen A, Syversen U, Stridsberg M, Haugen OA, Mjølnerød OK, Waldum HL.
Use of neuroendocrine serum markers in the follow-up of patients with cancer of the prostate.
Prostate. 1997 May 1;31(2):110-7. doi: 10.1002/(sici)1097-0045(19970501)31:2<110::aid-pros6>3.0.co;2-r. PMID: 9140124.

242: Kvetnoy IM, Yuzhakov VV, Sandvik AK, Waldum HL.
Melatonin in mast cells and tumor radiosensitivity.
J Pineal Res. 1997 Apr;22(3):169-70. doi: 10.1111/j.1600-079x.1997.tb00319.x. PMID: 9213271.

243: Arnestad JS, Kleveland PM, Waldum HL.
In single doses ranitidine effervescent is more effective than lansoprazole in decreasing gastric acidity.
Aliment Pharmacol Ther. 1997 Apr;11(2):355-8. doi: 10.1046/j.1365-2036.1997.300000.x. PMID: 9146775.

244: Støa-Birketvedt G, Waldum HL, Vonen B, Florholmen J.
Effect of cimetidine on basal and postprandial plasma concentrations of cholecystokinin and gastrin in humans.
Acta Physiol Scand. 1997 Apr;159(4):321-5. doi: 10.1046/j.1365-201X.1997.00122.x. PMID: 9146753.

245: Kvetnoy I, Sandvik AK, Waldum HL.
The diffuse neuroendocrine system and extrapineal melatonin.
J Mol Endocrinol. 1997 Feb;18(1):1-3. doi: 10.1677/jme.0.0180001. PMID: 9061601.

246: Valen G, Sellei P, Owall A, Eriksson E, Kallner A, Waldum H, Risberg B, Vaage J.
Release of markers of myocardial and endothelial injury following cold cardioplegic arrest in pigs.
Scand Cardiovasc J. 1997;31(1):45-50. doi: 10.3109/14017439709058068. PMID: 9171148.

247: **Mårvik R, Sandvik AK, Waldum HL.**
**Gastrin stimulates histamine release from the isolated pig stomach.**
Scand J Gastroenterol. 1997 Jan;32(1):2-5. doi: 10.3109/00365529709025055. PMID: 9018759.

248: **Angelsen A, Syversen U, Haugen OA, Stridsberg M, Mjølnerød OK, Waldum HL.**
**Neuroendocrine differentiation in carcinomas of the prostate: do neuroendocrine serum**
**markers reflect immunohistochemical findings?**
Prostate. 1997 Jan 1;30(1):1-6. doi: 10.1002/(sici)1097-0045(19970101)30:1<1::aid-
pros1>3.0.co;2-t.
PMID: 9018329.

249: **Syversen U, Opsjøn SL, Stridsberg M, Sandvik AK, Dimaline R, Tingulstad S,**
**Arntzen KJ, Brenna E, Waldum HL. Chromogranin A and pancreastatin-like**
**immunoreactivity in normal pregnancies**.
J Clin Endocrinol Metab. 1996 Dec;81(12):4470-5. doi: 10.1210/jcem.81.12.8954061. PMID:
8954061.

250: **Waldum HL, Arnestad JS, Brenna E, Eide I, Syversen U, Sandvik AK.**
**Marked increase in gastric acid secretory capacity after omeprazole treatment.**
Gut. 1996 Nov;39(5):649-53. doi: 10.1136/gut.39.5.649. PMID: 9026477; PMCID:
PMC1383386.

251: **Martinsen TC, Nesjan N, Rønning K, Sandvik AK, Waldum HL.**
**The peroxisome- proliferator ciprofibrate induces hypergastrinemia without raising gastric**
**pH.**
Carcinogenesis. 1996 Oct;17(10):2153-5. doi: 10.1093/carcin/17.10.2153. PMID: 8895482.

252: **Waldum HL, Osmundsen H, Olsnes S, Sand O.**
**Anders Jahres medisinske priser 1996 [The Anders Jahre medical award 1996].**
Tidsskr Nor Laegeforen. 1996 Sep 30;116(23):2804-6. Norwegian. PMID: 8928170.

253: **Chen D, Mårvik R, Rønning K, Andersson K, Waldum HL, Håkanson R.**
**Gastrin- evoked secretion of pancreastatin and histamine from ECL cells and of acid from**
**parietal cells in isolated, vascularly perfused rat stomach. Effects of isobutyl methylxanthin**
**and alpha-fluoromethylhistidine**.
Regul Pept. 1996 Sep 9;65(2):133-8. doi: 10.1016/0167-0115(96)00082-1. PMID: 8884980.

254: **Waldum HL, Sandvik AK, Brenna E, Kleveland PM.**
**The gastrin-histamine sequence**.
Gastroenterology. 1996 Sep;111(3):838-9. doi: 10.1053/gast.1996.v111.agast961110838. PMID:
8780600.

**255: Rønning K, Sandvik AK, Waldum HL.**
**The fade of gastrin-stimulated gastric acid secretion in the rat is due to depletion of releasable mucosal histamine.**
Acta Physiol Scand. 1996 Aug;157(4):487-91. doi: 10.1046/j.1365-201X.1996.506272000.x.
PMID: 8869732.

**256: Waldum HL, Brenna E.**
**Non-proliferative capacity of endocrine cells of the human gastro-intestinal tract.**
Histochem J. 1996 May;28(5):397-8. doi: 10.1007/BF02331403. PMID: 8818687.

**257: Waldum HL, Arnestad JS.**
**Behandling med syresekresjonshemmere i symptomlindrende øyemed [Treatment with anti-secretory agents for symptomatic relief].**
Tidsskr Nor Laegeforen. 1996 Apr 30;116(11):1384. Norwegian. PMID: 8658425.

**258: Waldum HL, Rørvik H, Brenna E.**
**The gastrointestinal tract and the lungs. Similarities with particular emphasis on the neuroendocrine cells.** Sarcoidosis Vasc Diffuse Lung Dis. 1996 Mar;13(1):63-5. PMID:
8865413.

**259: Waldum HL.**
**Medisinsk forskning og legemiddelindustrien [Medical research and drug industry].**
Tidsskr Nor Laegeforen. 1996 Feb 20;116(5):656-7. Norwegian. PMID: 8658464.

**260: Gislason H, Varhaug P, Sørbye H, Waldum HL, Svanes K.**
**Role of adenosine and nitric oxide in the hyperemic response to superficial and deep gastric mucosal**
**injury and H+ back-diffusion in cats.**
Scand J Gastroenterol. 1996 Jan;31(1):14-23. doi: 10.3109/00365529609031621. PMID:
8927935.

**261: Waldum HL, Nilsen OG, Nilsen T, Rørvik H, Syversen V, Sanvik AK, Haugen OA, Torp SH, Brenna E.**
**Long-term effects of inhaled nicotine.**
Life Sci. 1996;58(16):1339-46. doi: 10.1016/0024-3205(96)00100-2. PMID: 8614291.

**262: Angelsen A, Waldum HL, Brenna E.**
**Neuroendocrine cells in prostatic carcinoma.**
Hum Pathol. 1995 Dec;26(12):1389-90. doi: 10.1016/0046-8177(95)90308-9. PMID: 8522316.

**263: Mårvik R, Sandvik AK, Waldum HL.**
**Bioassay of gastrin using the isolated vascularly perfused rat stomach. A new, simplified and sensitive method.** ActaPhysiol Scand. 1995 Nov;155(3):323-7. doi: 10.1111/j.1748-1716.1995.tb09980.x. PMID: 8619331.

264: Sandvik AK, Dimaline R, Brenna E, Waldum HL.
**Differential expression and regulation of SSTR2 messenger RNA in rat gastric antrum and corpus.**
Am J Physiol. 1995 Oct;269(4 Pt 1):G542-7. doi: 10.1152/ajpgi.1995.269.4.G542. PMID: 7485506.

265: Gislason H, Sørbye H, Abdi-Dezfuli F, Waldum HL, Svanes K.
**Role of prostaglandins and histamine in hyperemic response to superficial and deep gastric mucosal injury and H+ back-diffusion in cats.**
Dig Dis Sci. 1995 Aug;40(8):1669-78. doi: 10.1007/BF02212687. PMID: 7648966.

266: Syversen U, Halvorsen T, Mårvik R, Waldum HL.
**Neuroendocrine differentiation in colorectal carcinomas.**
Eur J Gastroenterol Hepatol. 1995 Jul;7(7):667-74. PMID: 8590163.

267: Waldum HL, Brenna E.
**Re: increased risk of neuroectodermal tumors and stomach cancer in relatives of patients with**
**Ewing's sarcoma family of tumors.**
J Natl Cancer Inst. 1995 Jun 21;87(12):934-5. doi: 10.1093/jnci/87.12.934. PMID: 7666486.

268: Dekkers CP, Forssell H, Hegarty J, Määttänen J, Toftgaard CL, Waldum HL, Naessens H, Van Wilder P.
**Higher doses of ranitidine in the acute treatment of duodenal ulcer.**
Eur J Gastroenterol Hepatol. 1995 May;7(5):485. PMID: 7614113.

269: Qvigstad G, Waldum HL. Vismut.
**Gammelt middel med ny aktualitet [Bismuth. An old medicine of current interest].**
Tidsskr Nor Laegeforen. 1995 Apr 30;115(11):1353-7. Norwegian. PMID: 7770830.

270: Brenna E, Sandvik AK, Kleveland PM, Waldum HL.
**Tykktarmsskader av ikke- steroide antiinflammatoriske medikamenter [Damages to the large intestine**
**induced by non-steroidal anti-inflammatory agents].**
Tidsskr Nor Laegeforen. 1995 Apr 20;115(10):1225-7. Norwegian. PMID: 7754489.

271: Brenna E, Tielemans Y, Kleveland PM, Sandvik AK, Willems G, Waldum HL.
**Effect of the histamine-2 agonist impromidine on stem cell proliferation of rat oxyntic mucosa.**
Scand J Gastroenterol. 1995 Apr;30(4):311-4. doi: 10.3109/00365529509093282. PMID: 7610344.

272: Gislason H, Guttu K, Sørbye H, Schifter S, Waldum HL, Svanes K.
**Role of histamine and calcitonin gene-related peptide in the hyperemic response to hypertonic saline and**
**H+ back-diffusion in the gastric mucosa of cats.**
Scand J Gastroenterol. 1995 Apr;30(4):300-10. doi: 10.3109/00365529509093281. PMID: 7541914.

273: Waldum HL, Brenna E.
**Omeprazole therapy in resistant reflux disease.**
Ann Intern Med. 1995 Feb 1;122(3):236; author reply 236-7. doi:10.7326/0003-4819-122-3-199502010-00019. PMID: 7888009.

274: Waldum HL, Brenna E, Sandvik AK.
**Ventrikkelfysiologi--en oppklaring [Stomach physiology--an elucidation].**
Nord Med. 1995;110(2):60. Norwegian. PMID: 7854914.

275: Waldum HL, Brenna E, Kleveland PM, Sandvik AK.
**Gastrin-physiological and pathophysiological role: clinical consequences**.
Dig Dis. 1995 Jan- Feb;13(1):25-38. doi: 10.1159/000171484. PMID: 7606834.

276: Waldum HL, Brenna E.
**Omeprazole tolerability**.
Drug Saf. 1994 Dec;11(6):477-8. doi: 10.2165/00002018-199411060-00008. PMID: 7727056.

277: Brenna E, Swarts HG, Klaassen CH, de Pont JJ, Waldum HL.
**Evaluation of the trophic effect of longterm treatment with the histamine H2 receptor antagonist**
**loxtidine on rat oxyntic mucosa by differential counting of dispersed cells.**
Gut. 1994 Nov;35(11):1547-50. doi: 10.1136/gut.35.11.1547. PMID: 7828970; PMCID: PMC1375609.

278: Waldum HL.
**Er legene i ferd med å miste posisjoner og innflytelse over medisinsk forskning? [Are physicians going to lose their positions and influence on medical research?].**
Tidsskr Nor Laegeforen. 1994 Oct 20;114(25):2995. Norwegian. PMID: 7974414.

279: Sandvik AK, Dimaline R, Mårvik R, Brenna E, Waldum HL.
**Gastrin regulates histidine decarboxylase activity and mRNA abundance in rat oxyntic mucosa.**
Am J Physiol. 1994 Aug;267(2 Pt 1):G254-8. doi: 10.1152/ajpgi.1994.267.2.G254. PMID: 8074225.

280: Waldum HL, Qvigstad G, Mårvik R, Brenna E, Syversen U, Sandvik AK.
**The effect of tripotassium dicitrato bismuthate on the rat stomach.**
Aliment Pharmacol Ther. 1994 Aug;8(4):425-31. doi: 10.1111/j.1365-2036.1994.tb00310.x. PMID: 7527257.

**281: Mårvik R, Johnsen AH, Rehfeld JF, Sandvik A, Waldum HL.**
**Effect of cionin on histamine and acid secretion by the perfused rat stomach.**
Scand J Gastroenterol. 1994 Jul;29(7):591-4. doi: 10.3109/00365529409092477. PMID:
7524136.

**282: Syversen U, Jacobsen MB, O'Connor DT, Rønning K, Waldum HL.**
**Immunoassays for measurement of chromogranin A and pancreastatin-like**
**immunoreactivity in**
**humans: correspondence in patients with neuroendocrine neoplasia.**
Neuropeptides. 1994 Mar;26(3):201-6. doi: 10.1016/0143-4179(94)90131-7. PMID: 8208366.

**283: Kleveland PM, Waldum HL.**
**Symptomatisk gallestein hos hjertetransplantert pasient. En alvorlig og lite påaktet**
**bivirkning av cyklosporin A [Symptomatic gallstones in a patient with heart**
**transplantation. A serious and little observed adverse reaction of cyclosporine A].**
Tidsskr Nor Laegeforen. 1994 Feb 20;114(5):564-6. Norwegian. PMID: 8209338.

**284: Waldum HL, Brenna E, Sandvik AK.**
**Ventrikkelfysiologi og ulcusmidler [Stomach physiology and ulcer drugs].**
Nord Med. 1994;109(5):144. Norwegian. PMID: 8190614.

**285: Waldum HL, Haugen OA, Brenna E.**
**Do neuroendocrine cells, particularly the D-cell, play a role in the development of gastric**
**stump cancer?**
Cancer Detect Prev. 1994;18(6):431-6. PMID: 7867015.

**286: Waldum HL, Brenna E, Kleveland PM, Sandvik AK, Syversen U.**
**Review article: the use of gastric acid-inhibitory drugs--physiological and**
**pathophysiological considerations.** Aliment Pharmacol Ther. 1993 Dec;7(6):589-96. doi:
10.1111/j.1365-2036.1993.tb00139.x. PMID: 7909240.

**287: Waldum HL, Sandvik A, Brenna E.**
**Gastrin, the enterochromaffinlike cell, and gastric tumors.**
Gastroenterology. 1993 Oct;105(4):1264-6. doi: 10.1016/0016-5085(93)90990-t. PMID:
8405879.

**288: Waldum HL.**
**Problembasert laering [Problem-based teaching].**
Tidsskr Nor Laegeforen. 1993 Sep 30;113(23):2941. Norwegian. PMID: 8236204.

289: Kleveland M, Waldum H, Aase S, Lange OJ.
"Mikroskopisk kolitt" og kollagenkolitt. Sjeldne forklaringer på diaré uten annen kjent årsak
["Microscopic colitis" and collagenous colitis. Unusual explanation of diarrhea of unknown origin].
Tidsskr Nor Laegeforen. 1993 Mar 10;113(7):844-6. Norwegian. PMID: 8480290.

290: Johannessen T, Petersen H, Kristensen P, Kleveland PM, Dybdahl J, Sandvik AK, Brenna E, Waldum H.
The intensity and variability of symptoms in dyspepsia.
Scand J Prim Health Care. 1993 Mar;11(1):50-5. doi: 10.3109/02813439308994902. PMID: 8484080.

291: Waldum HL.
Optimal syrehemning ved syrerelatert sykdom. Fysiologiske og patofysiologiske betraktninger med implikasjoner for terapivalg [Optimal use of acid-inhibitors in acid-related diseases. Physiological and physiopathological considerations with implications on therapeutic choice].
Tidsskr Nor Laegeforen. 1993 Feb 10;113(4):465-9. Norwegian. PMID: 8465291.

292: Waldum HL, Brenna C.
Classification of gastric carcinomas.
Hum Pathol. 1993 Jan;24(1):114-5. doi: 10.1016/0046-8177(93)90074-q. PMID: 8418012.

293: Syversen U, Mignon M, Bonfils S, Kristensen A, Waldum HL.
Chromogranin A and pancreastatin-like immunoreactivity in serum of gastrinoma patients.
Acta Oncol. 1993;32(2):161-5. doi: 10.3109/02841869309083906. PMID: 8323758.

294: Waldum HL, Sandvik AK, Syversen U, Brenna E.
The enterochromaffin-like (ECL) cell. Physiological and pathophysiological role.
Acta Oncol. 1993;32(2):141-7. doi: 10.3109/02841869309083903. PMID: 8323755.

295: Brenna E, Zahlsen K, Mårvik R, Nilsen T, Nilsen OG, Waldum HL.
Effect of nicotine on the enterochromaffin like cells of the oxyntic mucosa of the rat.
Life Sci. 1993;53(1):21-9. doi: 10.1016/0024-3205(93)90607-5. PMID: 7685847.

296: Sandvik AK, Brenna E, Waldum HL.
Calcium mediates gastrin-induced gastric histamine release in the rat.
Am J Physiol. 1993 Jan;264(1 Pt 1):G51-6. doi: 10.1152/ajpgi.1993.264.1.G51. PMID: 7679253.

297: Waldum HL, Mignon M, Sandvik AK, Bonfils S.
**Biologic and immunologic gastrin activity in serum of patients with gastrinoma. Bioassay of gastrin**
**activity in serum**.
Scand J Gastroenterol. 1992 Dec;27(12):1039-44. doi: 10.3109/00365529209028135. PMID: 1475620.

298: Waldum HL.
**Acid and gastric ulcer pain.**
J Clin Gastroenterol. 1992 Oct;15(3):273. doi: 10.1097/00004836-199210000-00027. PMID: 1479183.

299: Brenna E, Waldum HL.
**Trophic effect of gastrin on the enterochromaffin like cells of the rat stomach: establishment of a dose response relationship.**
Gut. 1992 Oct;33(10):1303-6. doi: 10.1136/gut.33.10.1303. PMID: 1446849; PMCID: PMC1379593.

300: Waldum HL, Sandvik AK.
**The role of gastric secretagogues in regulating gastric histamine release in vivo.**
Gastroenterology. 1992 Sep;103(3):1123. doi: 10.1016/0016-5085(92)90077-c. PMID: 1379953.

301: Waldum HL.
**Funksjonell dyspepsi--en stressykdom [Functional dyspepsia—a stress disease].**
Tidsskr Nor Laegeforen. 1992 Aug 10;112(18):2387-8. Norwegian. PMID: 1412245.

302: Syversen U, Waldum HL, O'Connor DT.
**Rapid, high-yield isolation of human chromogranin A from chromaffin granules of pheochromocytomas.** Neuropeptides. 1992 Aug;22(4):235-40. doi: 10.1016/0143-4179(92)90052-x. PMID: 1508327.

303: Waldum HL.
**Prevalence of primary sclerosing cholangitis in patients with ulcerative colitis.**
J Hepatol. 1992 Jul;15(3):417. doi: 10.1016/0168-8278(92)90081-y. PMID: 1447509.

304: Waldum HL, Hamre T, Kleveland PM, Dybdahl JH, Petersen H.
**Can NSAIDs cause acute biliary pain with cholestasis?**
J Clin Gastroenterol. 1992 Jun;14(4):328-30. doi: 10.1097/00004836-199206000-00011. PMID: 1607609.

305: Brenna E, Waldum HL, Sandvik AK, Schulze Søgnen B, Kristensen A.
**Effects on the rat oxyntic mucosa of the histamine2-antagonist loxtidine and the H+, K(+)-ATPase inhibitor omeprazole.**
Aliment Pharmacol Ther. 1992 Jun;6(3):335-49. doi: 10.1111/j.1365-2036.1992.tb00055.x. PMID: 1600050.

**306: Waldum HL.**
**Hvorfor endre medisinstudiet? [Why change medical education?].**
Tidsskr Nor Laegeforen. 1991 Dec 10;111(30):3727-8. Norwegian. PMID: 1780836.

**307: Brenna E, Waldum HL.**
**Studies of isolated parietal and enterochromaffin-like cells from the rat.**
Scand J Gastroenterol. 1991 Dec;26(12):1295-306. doi: 10.3109/00365529108998627. PMID: 1722349.

**308: Petersen H, Johannessen T, Sandvik AK, Kleveland PM, Brenna E, Waldum H, Dybdahl JD.**
**Relationship between endoscopic hiatus hernia and gastroesophageal reflux symptoms.**
Scand J Gastroenterol. 1991 Sep;26(9):921-6. doi: 10.3109/00365529108996243. PMID: 1947783.

**309: Waldum HL, Petersen H.**
**24-hour intragastric acidity and plasma gastrin after omeprazole treatment and after proximal gastric vagotomy in duodenal ulcer patients.**
Gastroenterology. 1991 Jul;101(1):274. doi: 10.1016/0016-5085(91)90499-b. PMID: 1878058.

**310: Brenna E, Håkanson R, Sundler F, Sandvik AK, Waldum HL.**
**The effect of omeprazole-induced hypergastrinemia on the oxyntic mucosa of mastomys.**
Scand J Gastroenterol. 1991 Jun;26(6):667-72. doi: 10.3109/00365529109043642. PMID: 1862305.

**311: Waldum HL, Sandvik AK, Brenna E, Petersen H.**
**Gastrin-histamine sequence in the regulation of gastric acid secretion.**
Gut. 1991 Jun;32(6):698-701. doi: 10.1136/gut.32.6.698. PMID: 1711995; PMCID: PMC1378893.

**312: Sandvik AK, Waldum HL.**
**CCK-B (gastrin) receptor regulates gastric histamine release and acid secretion.**
Am J Physiol. 1991 Jun;260(6 Pt 1):G925-8. doi: 10.1152/ajpgi.1991.260.6.G925. PMID: 1711780.

**313: Kleveland PM, Waldum HL.**
**The gastrin receptor assay.**
Scand J GastroenterolSuppl. 1991;180:62-9. doi: 10.3109/00365529109093180. PMID: 2042036.

**314: Waldum HL, Sandvik AK, Brenna E, Schulze Søgnen B.**
**Radioimmunoassay of histamine.**
Scand J Gastroenterol Suppl. 1991;180:32-9. doi: 10.3109/00365529109093175. PMID: 2042035.

**315: Waldum HL, Brenna E, Sandvik AK, Petersen H.**
**Trophic effect of histamine on the stomach.**
Scand J Gastroenterol Suppl. 1991;180:137-42. doi: 10.3109/00365529109093191. PMID: 2042030.

**316: Waldum HL, Brenna E.**
**Rôle des cellules enterochromaffin-like et de l'histamine dans la régulation de la sécrétion gastrique acide [Role of the enterochromaffin-like cells and histamine in the regulation of gastric acid**
**secretion].**
Gastroenterol Clin Biol. 1991;15(5 ( Pt 2)):65C-72C. French. PMID: 1717338.

**317: Iwasa K, Sandvik AK, Waldum HL.**
**Pentagastrin-stimulated histamine release and acid secretion from the totally isolated vascularly perfused rat stomach.**
Agents Actions Suppl. 1991;33:429-34. doi: 10.1007/978-3-0348-7309-3_34. PMID: 1711278.

**318: Waldum HL, Haugen OA, Isaksen C, Mecsei R, Sandvik AK.**
**Enterochromaffin- like tumour cells in the diffuse but not the intestinal type of gastric carcinomas.**
Scand J Gastroenterol Suppl. 1991;180:165-9. doi: 10.3109/00365529109093195. PMID: 1710371.

**319: Sandvik AK, Waldum HL.**
**Aspects of the regulation of gastric histamine release.**
Scand J Gastroenterol Suppl. 1991;180:108-12. doi: 10.3109/00365529109093186. PMID: 1710369.

**320: Waldum HL, Lehy T, Brenna E, Sandvik AK, Petersen H, Søgnen BS, Bonfils S, Lewin MJ.**
**Effect of the histamine-1 antagonist astemizole alone or with omeprazole on rat gastric mucosa.**
Scand J Gastroenterol. 1991 Jan;26(1):23-35. doi: 10.3109/00365529108996480. PMID: 1706533.

**321: Johannessen T, Petersen H, Kleveland PM, Dybdahl JH, Sandvik AK, Brenna E, Waldum H.**
**The predictive value of history in dyspepsia.**
Scand J Gastroenterol. 1990 Jul;25(7):689-97. doi: 10.3109/00365529008997594. PMID: 2396082.

**322: Waldum HL, Iversen OJ.**
**Stum HIV-infeksjon hos HIV-seronegative personer? [Silent HIV infection in HIV seronegative individuals?].**
Tidsskr Nor Laegeforen. 1990 Mar 20;110(8):997-8. Norwegian. PMID: 2181734.

**323: Brenna E, Skreden K, Waldum HL, Mårvik R, Dybdahl JH, Kleveland PM, Sandvik AK, Halvorsen T,**
**Myrvold HE, Petersen H.**
**The benefit of colonoscopy**.
Scand J Gastroenterol. 1990 Jan;25(1):81-8. doi: 10.3109/00365529008999213. PMID: 2305208.

**324: Sandvik AK, Waldum HL.**
**Rat gastric histamine release: a sensitive gastrin bioassay.**
Life Sci. 1990;46(6):453-9. doi: 10.1016/0024-3205(90)90089-a. PMID: 1689449.

**325: Haugen SE, Douglas AJ, Rønning B, Walker B, Sandvik AK, Murphy RF, Elmore DT, Waldum HL.**
**Bioactivity studies on new gastrin analogues.**
Scand J Gastroenterol. 1989 Jun;24(5):577-80. doi: 10.3109/00365528909093092. PMID: 2762757.

**326: Sandvik AK, Lewin MJ, Waldum HL.**
**Histamine release in the isolated vascularly perfused stomach of the rat: regulation by autoreceptors.**
Br J Pharmacol. 1989 Mar;96(3):557-62. doi: 10.1111/j.1476-5381.1989.tb11853.x. PMID:2470453; PMCID: PMC1854377.

**327: Waldum HL, Sandvik AK.**
**Histamine and the stomach**.
Scand J Gastroenterol. 1989 Mar;24(2):130-9. doi: 10.3109/00365528909093027. PMID: 2467349.

**328: Waldum HL, Brenna E, Sandvik AK, Kleveland PM, Petersen H, Søgnen B.**
**Histamine and gastrin in plasma of patients with upper gastrointestinal diseases.**
Digestion. 1989;42(3):121-7. doi: 10.1159/000199836. PMID: 2767343.

**329: Sandvik AK, Holst JJ, Waldum HL.**
**The effect of gastrin-releasing peptide on acid secretion and the release of gastrin, somatostatin, and histamine in the totally isolated, vascularly perfused rat stomach.**
Scand J Gastroenterol. 1989 Jan;24(1):9-15. doi: 10.3109/00365528909092232. PMID: 2467348.

**330: Sandvik AK, Kleveland PM, Waldum HL.**
**Muscarinic M2 stimulation releases histamine in the totally isolated, vascularly perfused rat stomach**.
Scand J Gastroenterol. 1988 Nov;23(9):1049-56. doi: 10.3109/00365528809090168. PMID: 2470130.

**331: Sandvik AK, Kofstad J, Holst JJ, Waldum HL.**
**Ionized calcium influences gastrin stimulated histamine release and acid secretion, but not histamine stimulated acid output in the totally isolated vascularly perfused rat stomach.**
Acta Physiol Scand. 1988 Nov;134(3):443-8. doi: 10.1111/j.1748-1716.1988.tb08513.x. PMID: 2465675.

**332: Sandvik AK, Waldum HL.**
**The effect of misoprostol on base-line and stimulated acid secretion and on gastrin and histamine release in the totally isolated, vascularly perfused rat stomach.**
Scand J Gastroenterol. 1988 Aug;23(6):696-700. doi: 10.3109/00365528809093935. PMID: 2459756.

**333: Sandvik AK, Waldum HL.**
**The effect of somatostatin on baseline and stimulated acid secretion and vascular histamine release from the totally isolated vascularly perfused rat stomach.**
Regul Pept. 1988 Mar;20(3):233-9. doi: 10.1016/0167-0115(88)90079-1. PMID: 2452464.

**334: Petersen H, Johannessen T, Kleveland PM, Fjøsne U, Dybdahl JH, Waldum HL.**
**Do we need to listen to the patient? The predictive value of symptoms.**
Scand J Gastroenterol Suppl. 1988;155:30-6. doi: 10.3109/00365528809096278. PMID: 3244998.

**335: Sandvik AK, Waldum HL, Kleveland PM, Schulze Søgnen B.**
**Gastrin produces an immediate and dose-dependent histamine release preceding acid secretion in the**
**totally isolated, vascularly perfused rat stomach.**
Scand J Gastroenterol. 1987 Sep;22(7):803-8. doi: 10.3109/00365528708991918. PMID: 2445018.

**336: Kleveland PM, Waldum HL, Larsson H.**
**Gastric acid secretion in the totally isolated, vascularly perfused rat stomach. A selective muscarinic-1 agent does,**
**whereas gastrin does not, augment maximal histamine-stimulated acid secretion.**
Scand J Gastroenterol. 1987 Aug;22(6):705-13. doi: 10.3109/00365528709011147. PMID: 2443961.

**337: Kleveland PM, Waldum HL.**
**The storage time of monoiodinated gastrin affects the biological activity and binding to rat fundic plasma membranes similarly, whereas the immunoreactivity is less affected.**
Scand J Gastroenterol. 1987 May;22(4):390-6. doi: 10.3109/00365528708991480. PMID: 3602920.

**338: Sandvik AK, Kleveland PM, Waldum HL.**
**Stimulated pepsin secretion after omeprazole-induced acid suppression in the totally**
**isolated, vascularly perfused**
**rat stomach.**
Scand J Gastroenterol. 1987 Apr;22(3):362-6. doi: 10.3109/00365528709078605. PMID:
2438747.

**339: Kleveland PM, Waldum HL, Petersen H, Sandberg P.**
**Pepsin secretion by the totally isolated, vascularly perfused rat stomach.**
Scand J Gastroenterol. 1987 Mar;22(2):165-73. doi: 10.3109/00365528708991875. PMID:
2953063.

**340: Sandvik AK, Kleveland PM, Waldum HL.**
**The effect of secretin on acid and pepsin secretion and gastrin release in the totally isolated**
**vascularly perfused**
**rat stomach.**
Regul Pept. 1987 Mar;17(3):143-9. doi: 10.1016/0167-0115(87)90023-1. PMID: 2438726.

**341: Waldum HL, Kleveland PM.**
**Gastrointestinal regulatory peptides: radioimmunoassay and biological activity.**
Scand J Gastroenterol. 1986 Nov;21(9):1025-8. doi: 10.3109/00365528608996415. PMID:
3544184.

**342: Kleveland PM, Waldum HL, Bjerve KS, Fjøsne HE.**
**Bioassay of gastrin, using the totally isolated, vascularly perfused rat stomach. A biomodel**
**sensitive to**
**gastrin in physiological concentrations.**
Scand J Gastroenterol. 1986 Oct;21(8):945-50. doi: 10.3109/00365528608996400. PMID:
3775261.

**343: Kleveland PM, Waldum HL.**
**Binding and degradation of 125I-gastrin by plasma membranes from homogenized rat**
**gastric mucosa.**
Scand J Gastroenterol. 1986 Jun;21(5):547-55. doi: 10.3109/00365528609003098. PMID:
3018914.

**344: Kleveland PM, Haugen SE, Waldum HL.**
**Effect of pentagastrin on gastric acid secretion in the totally isolated vascularly perfused**
**rat stomach stimulated**
**with the phosphodiesterase inhibitor isobutyl methylxanthine.**
Scand J Gastroenterol. 1986 Jun;21(5):577-84. doi: 10.3109/00365528609003103. PMID:
2428094.

**345: Fjøsne U, Kleveland PM, Waldum H, Halvorsen T, Petersen H.**
**The clinical benefit of routine upper gastrointestinal endoscopy.**
Scand J Gastroenterol. 1986 May;21(4):433-40. doi: 10.3109/00365528609015159. PMID:
3726451.

**346: Kleveland PM, Haugen SE, Sandvik S, Waldum HL.**
**The effect of pentagastrin on the gastric secretion by the totally isolated vascularly perfused rat**
**stomach.**
Scand J Gastroenterol. 1986 Apr;21(3):379-84. doi: 10.3109/00365528609003091. PMID:
3086966.

**347: Fjøsne U, Waldum H, Haanshuus AP, Johannessen HL, Petersen H.**
**Colontømming før koloskopi [Cleansing of the colon before coloscopy].**
Tidsskr Nor Laegeforen. 1986 Jan 20;106(2):137-40. Norwegian. PMID: 3513365.

**348: Waldum HL, Dregelid E, Larsen T, Lygren I, Burhol PG, Schulz TB.**
**The effect of secretin on the abdominal distribution of the cardiac output using**
**radiolabelled microspheres in rats.** Mater Med Pol. 1986 Jan-Mar;18(1):12-5. PMID:
3747604.

**349: Fjøsne U, Waldum HL, Romslo I, Kleveland PM, Johnsen H, Engebretsen LF.**
**Amylase, pancreatic isoamylase and lipase in serum before and after endoscopic**
**pancreatography.**
Acta Med Scand. 1986;219(3):301-4. doi: 10.1111/j.0954-6820.1986.tb03315.x. PMID:
2422881.

**350: Sandvik A, Kaul BK, Waldum H, Petersen H.**
**Gastric acid and pepsin secretion in response to modified sham feeding in active and**
**inactive duodenal ulcer**
**disease.**
Scand J Gastroenterol. 1985 Jun;20(5):602-6. doi: 10.3109/00365528509089703. PMID:
3927472.

**351: Kleveland PM, Haugen SE, Waldum HL.**
**The preparation of bioactive 125I-gastrin, using Iodo-gen as oxidizing agent, and the use of**
**this tracer in**
**receptor studies.**
Scand J Gastroenterol. 1985 Jun;20(5):569-76. doi: 10.3109/00365528509089698. PMID:
2992067.

**352: Fjøsne U, Frøland G, Kleveland PM, Grande J, Waldum H, Petersen H.**
**Misbruk av sykehussenger [Misuse of hospital beds].**
Tidsskr Nor Laegeforen. 1985 Jan 20;105(2):160-2. Norwegian. PMID: 3975885.

**353: Waldum HL, Jorde R, Burhol PG, Schulz TB.**
**The effect of ethanol ingestion on plasma secretion and plasma cholecystokinin (CCK) in man.**
Mater Med Pol. 1985 Jan-Mar;17(1):39-40. PMID: 4033221.

**354: Waldum HL.**
**Radioimmunoassay of pepsin in gastric juice.**
Prog Clin Biol Res. 1985;173:75-8. PMID: 3920672.

**355: Waldum HL.**
**The influence of nervous and humoral stimulation on serum group I pepsinogens.**
Prog Clin Biol Res. 1985;173:115-27. PMID: 2858864.

**356: Florholmen J, Burhol PG, Jorde R, Waldum HL.**
**The effect of insulin-induced hypoglycemia and atropine on serum cationic trypsin-like immunoreactivity in**
**man.**
Scand J Gastroenterol. 1984 Nov;19(8):1086-90. PMID: 6398509.

**357: Elgsaas M, Waldum HL, Burhol PG.**
**Den kliniske nytte av leverbiopsi ved inflammatorisk leverlidelse [The clinical usefulness of liver biopsy in**
**inflammatory liver disease].**
Tidsskr Nor Laegeforen. 1984 Feb 10;104(4):229-31. Norwegian. PMID: 6701865.

**358: Lygren I, Burhol PG, Waldum HL.**
**Production and evaluation of VIP antibodies in rabbits.**
Mater Med Pol. 1984 Jan-Mar;16(1):26-9. PMID: 6527569.

**359: Florholmen J, Burhol PG, Jorde R, Waldum HL.**
**The effect of graded doses of secretin on serum trypsin, serum pancreatic amylase, serum insulin, plasma**
**somatostatin, and plasma pancreatic polypeptide in man.**
Scand J Gastroenterol. 1984 Jan;19(1):24-30. PMID: 6200924.

**360: Sandvik A, Waldum H, Erichsen H, Myrvold H, Petersen H.**
**Overvåkning av pasienter med akutte øvre gastrointestinale blødninger [Monitoring of patients**
**with acute upper gastrointestinal hemorrhage].**
Tidsskr Nor Laegeforen. 1983 Dec 10;103(34-36):2329-31. Norwegian. PMID: 6607550.

**361: Gunnes P, Waldum HL, Rasmussen K, Ostensen H, Burhol PG.**
**Cardiovascular effects of secretin infusion in man.**
Scand J Clin Lab Invest. 1983 Nov;43(7):637-42. PMID: 6658378.

**362: Oktedalen O, Opstad PK, Jorde R, Waldum H.**
**The effect of prolonged strain on serum levels of human pancreatic polypeptide and group I pepsinogens**.
Scand J Gastroenterol. 1983 Jul;18(5):663-8. doi: 10.3109/00365528309181654. PMID: 6675187.

**363: Oktedalen O, Opstad PK, Waldum H, Jorde R.**
**The fasting levels and the postprandial response of gastroenteropancreatic hormones before and after**
**prolonged fasting.**
Scand J Gastroenterol. 1983 May;18(4):555-60. doi: 10.3109/00365528309181637. PMID: 6669932.

**364: Waldum HL, Petersen H.**
**Histamin-2-reseptorblokkernes plass innen gastroenterologien [The use of histamine H2 receptor blockaders in**
**gastroenterology].**
Tidsskr Nor Laegeforen. 1983 Apr 30;103(12):980-3. Norwegian. PMID: 6136102.

**365: Lygren I, Burhol PG, Jorde R, Waldum HL.**
**The effect of insulin-induced hypoglycemia with and without atropine on plasma vasoactive intestinal**
**polypeptide in man.**
Scand J Gastroenterol. 1983 Jan;18(1):155-9. doi: 10.3109/00365528309181576. PMID: 6675173.

**366: Waldum HL, Johnsrud N.**
**Intraluminalt duodenaldivertikkel [Intraluminal duodenal diverticulum].**
Tidsskr Nor Laegeforen. 1982 Nov 30;102(33):1776-7. Norwegian. PMID: 6820197.

**367: Lygren I, Waldum HL, Burhol PG, Rekvig OP.**
**Secretin exerts inhibition of the 8BrcAMP-stimulated 86Rb influx into avian red blood cells.**
Regul Pept. 1982 Sep;4(4):221-5. doi: 10.1016/0167-0115(82)90114-8. PMID: 6293005.

**368: Haukland HH, Waldum HL, Johnson JA.**
**Effect of proximal gastric vagotomy on insulin- induced gastric H+ and pepsin secretion and serum group I pepsinogens.**
Scand J Gastroenterol. 1982 Jun;17(4):555-9. doi: 10.3109/00365528209182249. PMID: 6813958.

**369: Lygren I, Jorde R, Burhol PG, Waldum HL.**
**The effect of atropine on plasma vasoactive intestinal polypeptide after intraduodenal infusion of fat in man.**
Scand J Gastroenterol. 1982 Apr;17(3):405-7. doi: 10.3109/00365528209182076. PMID: 7134868.

**370: Schulz TB, Jorde R, Waldum HL, Burhol PG.**
**Preparation of 125I-labeled gastric inhibitory polypeptide, using water-insoluble 1,2,4,6-tetrachloro-3**
**alpha,6 alpha-diphenylglycoluril (Iodo-gen) as the oxidizing agent.**
Scand J Gastroenterol. 1982 Apr;17(3):379-82. doi: 10.3109/00365528209182071. PMID: 7134864.

**371: Waldum HL, Jorde R, Gunnes P.**
**Renal excretion of and the effect of posture on serum group I pepsinogens.**
Scand J Gastroenterol. 1982 Mar;17(2):253-5. doi: 10.3109/00365528209182048. PMID: 7134850.

**372: Burhol PC, Jorde R, Lygren I, Waldum HL.**
**En oversikt over gastrointestinale reguleringspeptider [A review of gastrointestinal regulatory peptides].**
Tidsskr Nor Laegeforen. 1982 Jan 30;102(3):185-9. Norwegian. PMID: 7089943.

**373: Burhol PG, Jenssen TG, Lygren I, Schulz TB, Jorde R, Waldum HL.**
**Iodination with Iodo-gen and radioimmunoassay of cholecystokinin (CCK) in acidified plasma,**
**CCK release, and molecular CCK components in man.**
Digestion. 1982;23(3):156-68. doi: 10.1159/000198723. PMID: 7106417.

**374: Jorde R, Schulz TB, Burhol PG, Waldum HL.**
**Effect of gastrin on fasting and postprandial plasma GIP release in man.**
Digestion. 1982;25(2):81-7. doi: 10.1159/000198815. PMID: 6293900.

**375: Walde NH, Waldum HL.**
**The effect of secretin in physiological doses on serum group I pepsinogens (PG I) in man.**
Hepatogastroenterology. 1981 Dec;28(6):322-3. PMID: 7345013.

**376: Burhol PG, Waldum HL, Jorde R.**
**Arkiv-og registreringssystemer ved et gastroenterologisk laboratorium [File and registration systems in a**
**gastroenterological laboratory].**
Tidsskr Nor Laegeforen. 1981 Nov 10;101(31):1767-70. Norwegian. PMID: 7339967.

**377: Waldum HL, Bjorvatn B, Burhol PG.**
**Gastritis, peptic ulcer disease, inflammatory bowel disease, and stomach and colon cancers-are they all caused**
**by viral infections?**
Med Hypotheses. 1981 Nov;7(11):1329-38. doi: 10.1016/0306-9877(81)90123-7. PMID: 7321919.

**378: Jenssen TG, Waldum HL, Burhol PG, Straume BK.**
**Diagnostikk av ulcus pepticum og cancer ventriculi i et gastroskopimateriale [The diagnosis of peptic ulcer**
**and gastric cancer in gastroscopy case material].**
Tidsskr Nor Laegeforen. 1981 Apr 30;101(12):706-9. Norwegian. PMID: 7245155.

**379: Jorde R, Burhol PG, Waldum HL.**
**The effect of atropine on plasma gastric inhibitory polypeptide (GIP), serum insulin, and blood glucose after**
**intraduodenal infusion of fat.**
Scand J Gastroenterol. 1981 Apr;16(3):331-6. doi: 10.3109/00365528109181977. PMID: 16435472.

**380: Myhre ES, Waldum HL, Burhol PG, Bogen B, Bostad L, Wesenberg F.**
**Erveret idiopatisk hypogammaglobulinemi. Et pasientmateriale [Acquired idiopathic hypogammaglobulinemia.**
**A patient protocol].**
Tidsskr Nor Laegeforen. 1981 Mar 10;101(7):459-61. Norwegian. PMID: 7209936.

**381: Schulz TB, Burhol PG, Jorde R, Waldum HL.**
**Gastric inhibitory polypeptide release into the portal vein in response to intraduodenal glucose loads in**
**anesthetized rats.**
Scand J Gastroenterol. 1981;16(8):1061-5. doi: 10.3109/00365528109181029. PMID: 7336132.

**382: Waldum HL, Burhol PG.**
**Serum group I pepsinogens.**
Scand J Gastroenterol. 1981;16(4):449-51. doi: 10.3109/00365528109181996. PMID: 7323680.

**383: Jorde R, Burhol PG, Waldum HL.**
**The effect of a test meal on plasma gastric inhibitory polypeptide and serum gastrin in patients with achlorhydria and hypergastrinemia, and in patients with normal gastric H+ secretion.**
Digestion. 1981;21(6):304-9. doi: 10.1159/000198582. PMID: 7250551.

**384: Burhol PG, Jorde R, Lygren I, Schulz TB, Waldum HL.**
**Diurnal profile of plasma secretin in man.**
Digestion. 1981;22(4):192-5. doi: 10.1159/000198644. PMID: 7198065.

**385: Jorde R, Waldum HL, Burhol PG.**
**The effect of insulin-induced hypoglycemia with and without atropine on plasma GIP in man.**
Scand J Gastroenterol. 1981;16(2):219-23. doi: 10.3109/00365528109181959. PMID: 7031846.

**386: Jorde R, Burhol PG, Schulz TB, Waldum HL, Lygren I, Jenssen T, Myhre ES.**
**The effect of a 34-h fast on the meal-induced rises in plasma GIP, serum insulin, and blood glucose in man.**
Scand J Gastroenterol. 1981;16(1):109-12. PMID: 7015476.

**387: Waldum HL, Walde N, Burhol PG.**
**The effect of secretin on gastric H+ and pepsin secretion and on urinary electrolyte excretion in man.**
Scand J Gastroenterol. 1981;16(8):999-1004. doi: 10.3109/00365528109181018. PMID: 6801758.

**388: Jorde R, Waldum HL, Burhol PG, Lygren I, Schulz TB, Florholmen J, Jenssen TG.**
**The effect of somatostatin on fasting and postprandial plasma GIP, serum insulin, and blood glucose in man.**
Scand J Gastroenterol. 1981;16(1):113-9. PMID: 6112787.

**389: Waldum HL.**
**Virushepatitter [Virus hepatitis].**
Tidsskr Nor Laegeforen. 1980 Dec 10;100(34-36):2058-60. Norwegian. PMID: 7456073.

**390: Waldum HL, Sundsfjord JA, Aanstad U, Burhol PG.**
**The effect of secretin on renal haemodynamics in man.**
Scand J Clin Lab Invest. 1980 Sep;40(5):475-8. doi: 10.3109/00365518009101870. PMID: 7444349.

**391: Florholmen J, Waldum H, Nordøy A.**
**Cerebral thrombosis in two patients with malabsorption syndrome treated with vitamin K.**
Br Med J. 1980 Aug 23;281(6239):541. doi: 10.1136/bmj.281.6239.541. PMID: 7427361; PMCID:
PMC1713452.

**392: Burhol PG, Rayford PL, Jorde R, Waldum HL, Schulz TB, Thompson JC.**
**Radioimmunoassay of plasma cholecystokinin (CCK), duodenal release of CCK, diurnal variation of plasma CCK, and immunoreactive plasma CCK components in man.**
Hepatogastroenterology. 1980 Aug;27(4):300-9. PMID: 7193631.

**393: Waldum HL, Aanstad U, Burhol PG, Berstad A.**
**The diuretic effect of secretin in man.**
Scand J Clin Lab Invest. 1980 Jun;40(4):381-7. doi: 10.3109/00365518009092658. PMID: 7414255.

**394: Waldum HL, Straume BK, Burhol PG, Dahl LB.**
**Serum group I pepsinogens in children.**
Acta Paediatr Scand. 1980 Mar;69(2):215-8. doi: 10.1111/j.1651-2227.1980.tb07063.x. PMID: 7368925.

**395: Waldum HL, Burhol PG.**
**The effect of secretin on serum group I pepsinogens (PG I) in man.**
Scand J Gastroenterol. 1980;15(3):273-6. doi: 10.3109/00365528009181469. PMID: 7433885.

**396: Waldum HL, Jorde R, Burhol PG.**
**The effect of a test meal on serum group I pepsinogens (PG I) and serum gastrin in persons with normal gastric H+ secretion and in persons with achlorhydria.**
Scand J Gastroenterol. 1980;15(3):267-71. doi: 10.3109/00365528009181468. PMID: 7433884.

**397: Burhol PG, Jorde R, Waldum HL.**
**Radioimmunoassay of plasma gastric inhibitory polypeptide (GIP), release of GIP after a test meal and duodenal**
**infusion of bile, and immunoreactive plasma GIP components in man.**
Digestion. 1980;20(5):336-45. doi: 10.1159/000198457. PMID: 7390059.

**398: Waldum HL, Straume BK, Lundgren R.**
**Serum group I pepsinogens during pregnancy.**
Scand J Gastroenterol. 1980;15(1):61-3. doi: 10.3109/00365528009181433. PMID: 7367823.

**399: Lygren I, Burhol PG, Waldum HL, Jorde R.**
**The effect of duodenal infusion of graded doses of HCL on plasma secretin and vasoactive intestinal polypeptide**
**(VIP), and on duodenal bicarbonate secretion in man.**
Mater Med Pol. 1980;12(4):223-8. PMID: 7266047.

**400: Burhol PG, Lygren I, Waldum HL, Jorde R.**
**The effect of duodenal infusion of bile on plasma VIP, GIP, and secretin and on duodenal bicarbonate secretion.**
Scand J Gastroenterol. 1980;15(8):1007-11. doi: 10.3109/00365528009181805. PMID: 7233065.

**401: Jorde R, Burhol PG, Waldum HL, Schulz TB, Lygren I, Florholmen J.**
**Diurnal variation of plasma gastric inhibitory polypeptide in man.**
Scand J Gastroenterol. 1980;15(5):617-9. doi: 10.3109/00365528009182224. PMID: 7192431.

**402: Waldum HL, Burhol PG.**
**The effect of insulin-induced hypoglycaemia on serum group I pepsinogens, serum gastrin, and plasma secretin and on gastric H+ and pepsin outputs.**
Scand J Gastroenterol. 1980;15(3):259-66. doi: 10.3109/00365528009181467. PMID: 6776621.

**403: Waldum HL, Burhol PG.**
**The effect of somatostatin on serum group I pepsinogens (PG I), serum gastrin, and gastric H+ and pepsin secretion in man.**
Scand J Gastroenterol. 1980;15(4):425-31. doi: 10.3109/00365528009181495. PMID: 6107988.

**404: Pedersen EK, Waldum H, Mair IW.**
**Acute cochleovestibular dysfunction**.
Clin Otolaryngol Allied Sci. 1979 Dec;4(6):401-6. doi: 10.1111/j.1365-2273.1979.tb01772.x.
PMID: 316749.

**405: Jorde R, Lygren I, Burhol PG, Waldum HL.**
**The effect of intragastric infusion of bile, meat extract, CaCl2, and ethanol on plasma VIP and gastrin and**
**on gastric H+ and pepsin outputs.**
Mater Med Pol. 1979 Oct-Dec;11(4):330-3. PMID: 45275.

**406: Johnsrud N, Waldum HL.**
**Intraluminal duodenal diverticulum diagnosed by intravenous cholangiography.**
Acta Hepatogastroenterol (Stuttg). 1979 Aug;26(4):331-3. PMID: 115208.

**407: Waldum HL, Burhol PG. The effect of duodenal acidification on plasma**
**secretin and gastrin and pancreatic bicarbonate secretion in man.**
Acta Hepatogastroenterol (Stuttg). 1979 Apr;26(2):142-7. PMID: 37687.

**408: Burhol PG, Waldum HL, Jorde R, Lygren I.**
**The effect of a test meal on plasma vasoactive intestinal polypeptide (VIP), gastric inhibitory polypeptide**
**(GIP), and secretin in man.**
Scand J Gastroenterol. 1979;14(8):939-43. PMID: 531513.

**409: Størset O, Todnem K, Waldum HL, Burhol PG, Kearney MS.**
**A patient with Cronkhite-Canada syndrome, myxedema and muscle atrophy.**
Acta Med Scand. 1979;205(4):343-6. doi: 10.1111/j.0954-6820.1979.tb06060.x. PMID: 433675.

**410: Waldum HL, Straume BK, Burhol PG.**
**Radioimmunoassay of group I pepsinogens (PGI) and the effect of food on serum PGI**.
Scand J Gastroenterol. 1979;14(2):241-7. doi: 10.3109/00365527909179877. PMID: 432546.

**411: Waldum HL, Burhol PG, Straume BK.**
**Serum group I pepsinogens during prolonged infusion of pentagastrin and secretin in man.**
Scand J Gastroenterol. 1979;14(6):761-8. doi: 10.3109/00365527909181950. PMID: 43586.

**412: Burhol PG, Waldum HL.**
**Radioimmunoassay of secretin in acidified plasma.**
Acta Hepatogastroenterol (Stuttg). 1978 Dec;25(6):474-81. PMID: 726817.

**413: Burhol PG, Waldum HL.**
**Organisering og drift av en medisinsk poliklinikk [Organization and operation of a medical outpatient clinic].**
Tidsskr Nor Laegeforen. 1978 May 20;98(14):753-5. Norwegian. PMID: 663914.

**414: Burhol PG, Waldum HL.**
**Production and evaluation of secretin antibodies**.
Acta Hepatogastroenterol (Stuttg). 1978 Apr;25(2):139-43. PMID: 654847.

**415: Burhol PG, Lygren I, Waldum HL.**
**Radioimmunoassay of vasoactive intestinal polypeptide in plasma.**
Scand J Gastroenterol. 1978;13(7):807-13. doi: 10.3109/00365527809182195. PMID: 725503.

**416: Waldum HL, Burhol PG, Straume BK.**
**Serum group I pepsinogens and gastrin in relation to gastric H+ and pepsin outputs before and after subcutaneous**
**injection of pentagastrin.**
Scand J Gastroenterol. 1978;13(8):943-6. doi: 10.3109/00365527809181373. PMID: 31675.

**417: Oyen D, Giercksky KE, Waldum H.**
**Erfaringer med endoskopisk retrograd cholangio-pancreatografi (ERCP) ved et regionsykehus [Experiences with**
**endoscopic retrograde cholangio-pancreaticography (ERCP) at a regional hospital].**
Tidsskr Nor Laegeforen. 1977 Nov 30;97(33):1746-8. Norwegian. PMID: 594976.

**418: Waldum HL, Burhol PG, Johnson JA, Smith AG.**
**MSH-producing gastric tumour.**
Acta Hepatogastroenterol (Stuttg). 1977 Oct;24(5):386-8. PMID: 930541.

**419: Waldum HL, Burhol PG, Nordoe A, Kearney M.**
**Proteinlosing gastropathy with gastric hypersecretion of acid (H+) and pepsin and hypergastrinemia.**
**A casereport.**
Acta Hepatogastroenterol (Stuttg). 1977 Aug;24(4):296-301. PMID: 333848.

**420: Waldum HL, Fuglesang JE.**
**Fulminant meningococcemia starting as an acute gastroenteritis.**
Scand J Infect Dis. 1977;9(4):309-10. doi: 10.3109/inf.1977.9.issue-4.10. PMID: 601525.

**421: Waldum HL, Nietsche UB.**
**CRST-syndromet, en variant av sklerodermi [CRST- syndrome, a form of scleroderma].**
Tidsskr Nor Laegeforen. 1976 Aug 30;96(24):1267-8. Norwegian. PMID: 968856.

**422: Waldum HL, Malde K.**
**Yersinia enterocolitica-infeksjon med epidemisk opptreden [Epidemics of Yersinia enterocolitica infections].** Tidsskr Nor Laegeforen. 1975 Oct 10;95(28):1578-9, 1593, 1602. Norwegian. PMID: 1179383.