Patricia Mjønes, M.D. / Ph.D.

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF LOUISIANA
 2
      STANLEY P. BAUDIN,      )
 3                            )
                 Plaintiff,   )
 4                            )
      vs.                     )   Case No. 18-1063
 5                            )
      ASTRAZENECA             )   JUDGE SHELLY DICK
 6    PHARMACEUTICALS LP;     )
      ASTRAZENECA LP; AND     )   MAGISTRATE JUDGE
 7    MERCK SHARP & DOHME     )   ERIN WILDER-DOOMES
      CORPORATION,            )
 8                            )
                 Defendants.  )
 9
10            MONDAY, MARCH 21, 2022
11                   - - -
12            Remote Videotaped deposition of
13    Patricia Mjønes, M.D., Ph.D., held at the
14    location of the witness in Norway, commencing
15    at 7:05 a.m. Eastern Time, on the above date,
16    before Carrie A. Campbell, Registered
17    Diplomate Reporter and Certified Realtime
18    Reporter.
19
20
21
22                   - - -
23
              GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

```
 1      R E M O T E    A P P E A R A N C E S :
 2
 3
        DALIMONTE RUEB STOLLER LLP
 4      BY:  JOHN M. RESTAINO, JR., DPM JD MPH
              restaino@drlawllp.com
 5      5790 Fleet Street, Suite 200
        Carlsbad, California  92008-4703
 6      (888) 443-7529
 7
        and
 8
 9      DALIMONTE RUEB STOLLER LLP
        BY:  MICHAEL E. GALLANT
10            michael.gallant@drlawllp.com
        1250 Connecticut Avenue NW, Suite 700
11      Washington, DC  20036
        (202) 858-1211
12      Counsel for Plaintiffs
13
14      ARNOLD & PORTER KAYE SCHOLER LLP
        BY:  JULIE B. DU PONT
15            julie.dupont@arnoldporter.com
        250 West 55th Street
16      New York, New York  10019-9710
        (212) 836-8572
17
18      and
19
        ARNOLD & PORTER KAYE SCHOLER LLP
20      BY:  KATHRYN PODSIADLO
              Kathryn.Podsiadlo@arnoldporter.com
21      777 South Figueroa Street, 44th Floor
        Los Angeles, California  09917-5844
22      (213) 243-4000
23
        and
24
25
```

```
 1        ICE MILLER LLP
          BY:   KATHERINE ALTHOFF
 2              katherine.althoff@icemiller.com
                ALLYSON EMLEY
 3              allyson.emley@icemiller.com
                CHELSEA KURTH
 4              chelsea.kurth@icemiller.com
          One American Square, Suite 2900
 5        Indianapolis, Indiana  46282
          (317) 236-2100
 6        Counsel for AstraZeneca Defendants

 7

 8     ALSO PRESENT:

 9        LEO RAKITIN, in-house counsel
          AstraZeneca
10
          SARAH MAGEN, in-house counsel,
11        AstraZeneca

12

13     V I D E O G R A P H E R :
          JEFF FLEMING,
14        Golkow Litigation Services
15                      – – –

16

17

18

19

20

21

22

23

24

25
```

Patricia Mjønes, M.D., Ph.D.

```
 1                    INDEX
 2                                        PAGE
 3  APPEARANCES.................................    2
 4  EXAMINATIONS
 5    BY MS. ALTHOFF...........................   10
 6    BY MR. GALLANT...........................  327
 7
 8                  EXHIBITS
 9    No.   Description                       Page
10  1     Notice of Oral Remote Videotaped      13
            Deposition and Request for
11          Production of Documents of
            Patricia Mjønes, M.D., Ph.D.
12
      2     Patricia Mjønes pathology report    140
13          on biopsies received from the
            Pathology Group of Louisiana
14
      3     PGL Pathology Group of Louisiana    142
15          certification of pathology
16  4A    EGD report 9/12/2017,                 206
            Defendants000487 -
17          Defendants000488
18  4B    Surgical report 10/5/2017,           208
            Defendants000978 -
19          Defendants000981
20  5     Expert Report of Lysandra            219
            Voltaggio, M.D.
21
      6     Appendix B (Mr. Baudin's            248
22          Pathology Images)
23  13    E-mail from Helge Waldum to           63
            Patricia Mjønes dated 18 August
24          2021
25
```

| 14 | E-mail from Helge Waldum to Patricia Mjønes dated 15 November 2021 | 64 |
|---|---|---|
| 15 | Patricia Mjønes Invoice 01/2021 | 61 |
| 16 | E-mail from Patricia Mjønes to Helge Waldum dated 16b March 2022 | 97 |
| 17 | E-mail from Patricia Mjønes to Helge Waldum dated 31 January 2022 | 68 |
| 18 | E-mail from Patricia Mjønes to Helge Waldum dated 14 February 2022 | 71 |
| 19 | E-mail from Patricia Mjønes to Helge Waldum dated 18 March 2022 | 99 |
| 20 | E-mail from Patricia Mjønes to Helge Waldum dated 18 March 2022 | 116 |
| 21 | Patricia Mjønes, M.D. Ph.D., curriculum vitae | 291 |
| 22 | Pathology images | 123 |
| 23 | Pathology Report on Biopsies Received from the Pathology Group of Louisiana highlighted in pink | 300 |
| 24 | Pathology Report on Biopsies Received from the Pathology Group of Louisiana annotations | 298 |
| 24A | Pathology Report on Biopsies Received from the Pathology Group of Louisiana comments in Norwegian | 301 |
| 24B | Summary of Comments on Waldum USA case 09.04.2021 new review 29.03.2022.pdf | 303 |
| 25 | Pathology Slides from the Department of Pathology, St. Olav's Hospital - Trondheim University Hospital | 322 |

Patricia M. Jones, M.D. / Ph.D.

```
1    26       PGL Pathology Group of Louisiana    356
              Certification of Medical/Billing
2             Records,
              Defendants000016 -
3             Defendants000030
4      (Exhibits attached to the deposition.
5       Exhibits 7 through 12 not marked or
6                   identified.)
```

```
7    CERTIFICATE...................................363
8    ACKNOWLEDGMENT OF DEPONENT....................365
9    ERRATA.......................................366
10    LAWYER'S NOTES..............................367
```

```
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Patricia Mjønes, M.D., Ph.D.

```
1            VIDEOGRAPHER:  We are now on

2    the record.  My name is Jeff Fleming.

3    I'm a videographer for Golkow

4    Litigation Services.

5            Today's date is March 21, 2022.

6    The time is 7:05 a.m. Eastern Daylight

7    Time.

8            This remote video deposition is

9    being held in the matter of Stanley

10   Baudin versus AstraZeneca

11   Pharmaceuticals, LP, et al., in the

12   United States District Court, Middle

13   District of Louisiana.

14           The deponent is Dr. Patricia

15   Mjønes.

16           All parties to this deposition

17   are appearing remotely and have agreed

18   to the witness being sworn in

19   remotely.

20           Due to the nature of remote

21   reporting, please pause briefly before

22   speaking to ensure all parties are

23   heard completely.

24           Will counsel please state their

25   appearances for the record after which
```

```
 1          the court reporter Carrie Campbell
 2          will swear in the witness.
 3                  MS. ALTHOFF:  Katherine Althoff
 4          on behalf of the AstraZeneca entities.
 5                  MR. GALLANT:  Michael Gallant
 6          on behalf of Stanley Baudin.
 7                  MR. RESTAINO:  John Restaino on
 8          behalf of Stanley Baudin.
 9                  MS. ALTHOFF:  Excellent.  Swear
10          in the witness.
11                  THE WITNESS:  Yes, sorry, my
12          name is Patricia Mjønes.
13
14          PATRICIA MJØNES, M.D., Ph.D.,
15      of lawful age, having been first duly sworn
16      to tell the truth, the whole truth and
17      nothing but the truth, deposes and says on
18      behalf of the Defendants, as follows:
19
20                  MS. ALTHOFF:  Good morning,
21          Dr. Mjønes.  And good morning,
22          Counsel.
23                  John, are you in the room?  Are
24          you remote today?
25                  MR. GALLANT:  John Restaino is
```

Patricia M. Jones, M.D. / Ph.D.

```
 1            in the room but he is remoted in.
 2                  MS. ALTHOFF:  Yes.
 3                  MR. GALLANT:  Do you want his
 4       video on?
 5                  MS. ALTHOFF:  Yes, please.
 6                  MR. RESTAINO:  Okay.  Hey
 7       there.
 8                  MS. ALTHOFF:  I just wanted to
 9       see your face.  Good morning, John.
10                  MR. RESTAINO:  Good morning,
11       Katherine.  How are you?
12                  MS. ALTHOFF:  All right.  I'm
13       well.  How are you?
14                  MR. RESTAINO:  Do you want me
15       to stay on?
16                  MS. ALTHOFF:  I'm sorry?
17                  MR. RESTAINO:  Would you like
18       me to stay on video?
19                  MS. ALTHOFF:  Well, if you
20       wouldn't mind, John.  We've kind of
21       been doing that in these where we're
22       in the same room with the witness.  So
23       if you wouldn't mind, that would be
24       preferable.
25                  MR. RESTAINO:  Not a problem at
```

1          all.

2                    MS. ALTHOFF:  Excellent.  All

3          right.  A few housekeeping matters

4          there, Dr. Mjønes.  I'm sorry about

5          that.

6                    DIRECT EXAMINATION

7    QUESTIONS BY MS. ALTHOFF:

8          Q.      And I want to make sure, to

9    begin with, Doctor, that I am pronouncing

10   your name correctly.

11                   Can you say it for me?

12         A.      Mjønes.

13         Q.      Mjønes?

14         A.      Yes, that's right.

15         Q.      With the accent on the O.

16   Okay.  Mjønes.  Excellent.

17                   Doctor, I -- have you been

18   deposed before?

19         A.      Never.

20         Q.      All right.  This is something

21   that happens in the United States, and I

22   imagine you would not be familiar with it.

23   So let me tell you a little bit about what's

24   going to happen today.  I'm going to be

25   asking you questions.

Patricia Mjones, M.D., Ph.D.

```
 1        A.     Yes.
 2        Q.     You're going to be answering
 3   verbally, so out loud, yes?
 4        A.     Yes.
 5        Q.     Doctor, it appears you
 6   understand English well; is that correct?
 7        A.     Yes.
 8        Q.     Okay.  If you have trouble
 9   understanding my question either because I
10   talk too fast, I talk with an accent or you
11   don't understand what I'm saying in English,
12   please let me know.
13             Okay?
14        A.     Okay.
15        Q.     If you answer the question, I'm
16   going to assume that you understood it.
17             Is that fair?
18        A.     Yeah.
19        Q.     Also, you know, we've spent
20   some time this morning working on the audio,
21   and it's always a challenge in these matters,
22   so this is nothing new.  And so there may be
23   times when you have trouble hearing my
24   question.
25        A.     Okay.
```

Patricia Mjønes, M.D., / Ph.D.

```
1        Q.      If you have trouble, please let
2   me know.
3               Okay?
4        A.      Yes.
5        Q.      Because, again, if you answer
6   my question, I'm going to assume you heard
7   it.
8               That's fair, right?
9        A.      Yeah.
10       Q.      We'll try not to talk over each
11  other.  That's always important because the
12  court reporter is typing down what we say,
13  but it's especially important on Zoom because
14  it cuts one or the other of us out if we talk
15  over each other.
16              Okay?
17       A.      Okay.
18       Q.      So if you will wait until I
19  finish my question, there usually will be a
20  little pause, and then you answer, that would
21  be helpful, and I'll do that on my end.
22              Okay?
23       A.      (Witness nods head.)
24       Q.      All right.  Similarly, you
25  know, it's normal in conversation, even over
```

1    Zoom, to nod your head or shake your head in

2    response to questions.  I'm sure you're

3    smiling because you've heard this from

4    counsel.  We have to be a little artificial

5    today and always speak our answers.

6              Okay?

7              And I will remind you as well,

8    some other of the counsel on the phone, if

9    you don't give verbal answers.

10             All right?

11    A.    Yes.

12    Q.    Okay.  All right.  Let's give

13    this a try.

14             Have you, Doctor, ever served

15    as an expert witness anywhere in the United

16    States or anywhere in the world?

17    A.    No.

18             (Mjønes Exhibit 1 marked for

19         identification.)

20    QUESTIONS BY MS. ALTHOFF:

21    Q.    Let's use your deposition

22    notice first.  So actually my Exhibit 1,

23    Jeff.

24             Are you able to see that

25    document, Doctor?

Patricia Mjønes, M.D., Ph.D.

```
1         A.    Yes.

2         Q.    Is this a document that you

3    have seen previously?

4         A.    I can't remember seeing it

5    just -- no.

6         Q.    Okay.  That's fine.

7               I will tell you that the first

8    several pages of this document are sort of

9    the legal language that says that you are

10   supposed to come today for your deposition,

11   and you're here today, right?

12        A.    Yes.

13        Q.    And you're here to give a

14   deposition in the matter of Stanley Baudin

15   versus AstraZeneca and related entities in

16   the United States, right?

17        A.    Yes.

18        Q.    Okay.  Attached to that

19   document was what's called Exhibit A, which

20   is before you now on the screen.

21              Are you able to see that?

22              Are you able to see the

23   document that's on the screen?

24        A.    Yes.  Yes.  Sorry.

25        Q.    No, no problem.
```

Patricia Mjones, M.D., / Ph.D.

```
 1              And are you -- can you read it,
 2   or is it too small?
 3        A.    I can read it, but, yeah, I'm a
 4   bit close.  I'm able to read it.
 5        Q.    All right.  Jeff, would you
 6   mind blowing up down where the numbers are
 7   just a little bit so she can see it?
 8        A.    Yeah.
 9        Q.    Yeah, that's good.
10              And essentially, Doctor, we
11   sent this request for materials to the
12   counsel that are there with you today,
13   Mr. Restaino and Mr. Gallant, and asked them
14   to have you bring certain documents with you
15   to your deposition.
16        A.    Yes.
17        Q.    Were you aware of that?
18        A.    Yeah, I was aware of that a few
19   days ago, but -- you know, that list -- that
20   list there.
21        Q.    Excellent.  Okay.
22              And we received some documents
23   late last evening from those counsel, and are
24   those documents that we received -- did you
25   know that we received documents that was
```

1    supposedly related to you?

2         A.    I knew that they were sending

3    you some documents.

4         Q.    Okay.

5         A.    Yes.

6         Q.    And were those documents meant

7    to be your response to this request for

8    production?

9         A.    Yes.

10        Q.    All right.  So did you yourself

11   go through this list of documents to see what

12   you had that was responsive?

13        A.    I went through the list and

14   asked what I have to send, and then I was

15   told -- you know, what I was able to do in a

16   short notice was sending the CV and the --

17   what else?  I think that's basically -- and

18   the records, the invoices.

19        Q.    Okay.  Excellent.

20              All right.  So if we look at

21   this list, number 1 asks for a copy of your

22   CV and fee schedule, and you said you located

23   a copy of your CV and forwarded that,

24   correct?

25        A.    Yes.

Patricia M. Jones, M.D., Ph.D.

1        Q.     All right.  And your CV, we'll

2   take a look at it here in a minute, but it

3   appeared to be a current CV?

4        A.     Yeah.

5        Q.     All right.  Number -- I'm

6   sorry, go ahead.

7        A.     You know, it's the most current

8   one I could come up with.

9        Q.     Excellent.

10              All right.  And number 2 asks

11   for all time records, diaries, invoices or

12   bills prepared and rendered in connection

13   with the witness' investigation and

14   evaluation of the issues involved in this

15   litigation, and it asks for a number of

16   hours, et cetera.

17              We received an invoice last

18   night for 25 hours' worth of work.

19        A.     Yes.

20        Q.     Yes.

21              And is that an invoice that you

22   prepared?

23        A.     Yes.

24        Q.     And does that invoice represent

25   all work that you have done in this matter in

1    terms of the number of hours you've spent?

2         A.    It -- most hours I spent.

3         Q.    All right.  And when you say

4    "most hours that you've spent," it sounds

5    like there may be some hours that are not on

6    the invoice.

7              How would you describe those?

8         A.    Basically I couldn't remember

9    an exact number, so that I most likely spend

10   some more hours, but it's -- you know, it's

11   close to that.  It's pretty close to that

12   hour.  So it's not --

13        Q.    Okay.  So it was essentially an

14   estimate of the number of hours that you have

15   spent on this matter?

16        A.    Yes.

17        Q.    Were there additional hours

18   that you have spent that you intend to charge

19   for between the time that you prepared that

20   invoice and today?

21        A.    Like for the weekend, this

22   weekend, but nothing before then.

23        Q.    Okay.  How much time did you

24   spend this weekend?

25        A.    I've been reviewing the slides

Patricia M. Jones, M.D., Ph.D.

1    again all of Saturday, so that's about nine,

2    ten hours, and then I spent about five hours

3    yesterday.

4         Q.    Okay.

5         A.    And then just today.

6         Q.    So you reviewed the slides

7    again on Saturday, and those would be the

8    pathology slides from Mr. Baudin?

9         A.    Yes.

10        Q.    Okay.  And you spent about nine

11   or ten hours doing that on Saturday.

12        A.    Yes.

13        Q.    And then you said you spent

14   five hours yesterday working.

15             What did you do yesterday?

16        A.    Basically I've been going to

17   the --

18             MR. GALLANT:  I'm just going to

19        caution the witness that discussions

20        with counsel, myself and Mr. Restaino,

21        we view as privileged in this matter

22        and so not to discuss what we

23        discussed.

24             You can answer the question.

25        If you need it restated, the --

Patricia Mjønes, M.D., Ph.D.

```
 1                THE WITNESS:  Yeah, basically,
 2         I've been -- been going through the
 3         case, and I've been reading up over
 4         Voltaggio's report at the weekend.
 5                So that's basically what I've
 6         been doing.
 7    QUESTIONS BY MS. ALTHOFF:
 8         Q.     Okay.  So five hours yesterday
 9    working.
10                You reviewed Dr. Voltaggio's
11    report?
12         A.     Uh-huh.
13         Q.     And Dr. Voltaggio you
14    understand to be an expert witness hired by
15    AstraZeneca to review the pathology of
16    Mr. Baudin?
17         A.     Yes.
18         Q.     What else did you review
19    yesterday?
20         A.     That was basically it.
21         Q.     Okay.  Did you meet with
22    counsel, either Mr. Restaino, Mr. Gallant or
23    both, yesterday?
24         A.     I met both yesterday.
25         Q.     And about how much time did you
```

1    spend meeting with counsel?

2        A.    I arrived at about -- I have to

3    think.  Just after 12, and I left at about

4    3:30.

5        Q.    Okay.  Great.

6              And I understand that counsel

7    is now raising an objection to your

8    discussions with counsel, so let me ask you

9    this.

10             Have you retained Mr. Gallant

11   and/or Mr. Restaino as your personal counsel?

12       A.    I don't understand the question

13   completely.

14       Q.    Sure.

15             You are a witness in the case,

16   yes?

17       A.    Yes.

18       Q.    Have you hired a lawyer to

19   represent you as a witness?

20       A.    No, I haven't hired anyone.

21             MR. GALLANT:  Wait.  I mean, we

22         are representing Dr. Mjønes here today

23         as a consulting expert in this case,

24         and she may not understand the

25         technicalities of that relationship.

```
 1              MS. ALTHOFF:  Frankly, I'm not
 2         sure I do either given that her report
 3         has been disclosed but she's not been
 4         named as an expert witness in the
 5         case.
 6              All right.  But we'll take that
 7         up later.  And thank you for your
 8         explanation, Dr. Mjønes.
 9    QUESTIONS BY MS. ALTHOFF:
10         Q.    So today, about what time is it
11    there in Norway?
12         A.    It's about 12:19.  So midday.
13         Q.    Excellent.
14              Have you worked on this case
15    this morning?
16         A.    Well, because I came here an
17    hour before everything started, so I've been
18    working on it then.
19         Q.    All right.  And what have you
20    done in the last hour?
21         A.    Basically just collecting my
22    thoughts, look -- taking a quick glance at my
23    report.
24         Q.    All right.  Going back to the
25    document that's on your screen, Doctor, it
```

Patricia Mjønes, M.D., Ph.D.

1    says number 3 is the witness' complete file

2    in connection with their investigation,

3    evaluation of the issues.

4              Can you describe for me what

5    your file on this matter consists of?

6         A.    Well, basically what I have is

7    the report I wrote.

8         Q.    Uh-huh.

9         A.    And I think they sent a

10   document with the report, with some notes on

11   the side that I wrote during the weekend and

12   I was reviewing the slides again.  So that

13   would be a part of it.

14             And I also have a document

15   written in Norwegian, and I looked at the

16   slides and tissue blocks sent in April

17   of 2021.

18        Q.    Okay.

19        A.    So those would be the documents

20   I have on the case.

21        Q.    And I think we also received

22   from you some pictures or images of slides?

23        A.    Yes.

24        Q.    Would you consider that part of

25   your file as well?

Patricia Mjønes, M.D., Ph.D.

 1          A.     Yes.  The -- yeah.

 2          Q.     So the photographs or images of

 3     the slides, the final report, a copy of the

 4     report with notations on it?

 5          A.     Uh-huh.

 6          Q.     And a document in Norwegian

 7     that you prepared while you were reviewing

 8     the slides?

 9          A.     The document in Norwegian is

10     basically only on -- from -- on the tissue

11     block sent.  So they're basically one tissue

12     block from the operation specimen and one

13     tissue block from the biopsy of one of the

14     polyps.

15          Q.     Okay.  So the document that's

16     in Norwegian, tell me a little bit more about

17     that because I'm not sure if I've seen it.

18          A.     Okay.  It's basically when

19     the -- in March of 2021, I think, that I was

20     sent two tissue blocks, and they were stained

21     in Norway.  So in order to deduct, it was

22     opened up kind of a -- by a number or a file

23     on the patient in the hospital in Norway.  So

24     that documentation is basically how we would

25     describe the tissue -- like when we open up a

Patricia Mjønes, M.D., Ph.D.

1    document in the Norwegian pathology system,

2    we write a report in Norwegian just to

3    document our findings.

4              So that's basically what a

5    Norwegian -- it's basically it's same as what

6    is in the report, only a Norwegian document

7    to the Norwegian pathology system, if it

8    makes sense.

9         Q.    Gotcha.

10             MR. GALLANT:  Katherine, I

11        might be able to shed some light here.

12             The Norwegian pathology report

13        accompanied the slides that were

14        transmitted to, I think, Mr. Cora.  So

15        it was our impression that you had the

16        report.  If you need it, we can -- we

17        can get it to you at a break.

18             MS. ALTHOFF:  Okay.  That

19        sounds great.  No worries.

20    QUESTIONS BY MS. ALTHOFF:

21        Q.    Dr. Mjønes, it sounds like the

22    substantive information with regard to your

23    review that was contained within the

24    Norwegian document is also in your report in

25    English?

1    A.    In English.  Yeah.  It's kind
2  of the same information it's in the report.
3    Q.    Okay.  Anything else that you
4  considered to be part of your file with
5  regard to this investigation that you did
6  looking at Mr. Baudin's pathology slides?
7    A.    No, not that I can think of.
8    Q.    Number 4 asks for all documents
9  obtained or created by the witness with
10  reference to this litigation, including
11  drafts of the pathology report.  And by
12  pathology report, that would be the report
13  that you issued in this case.
14        Do you have any documents that
15  are responsive to number 4?
16        MR. GALLANT:  Again, we had
17    interposed an objection concerning
18    this request.  As Dr. Mjønes is a
19    consulting expert, we would not be
20    providing draft reports.
21  QUESTIONS BY MS. ALTHOFF:
22    Q.    Let me ask you a question,
23  Dr. Mjønes.
24        Did you prepare a draft of what
25  would then become your pathology report which

Patricia Mjønes, M.D., Ph.D.

1    you shared with Dr. Waldum?

2        A.    No.

3        Q.    Other than counsel, who are,

4    you know, on the call today, have you

5    provided a draft of what would then become

6    your pathology report with anyone else, like

7    a colleague or someone like that?

8        A.    No.

9              Could I ask you, when you say

10   draft, do you mean not the final document?

11   You mean --

12       Q.    Correct, like a work in

13   progress.

14       A.    No, I did not.

15       Q.    Did you create any other

16   documents other than your pathology report

17   and, you know, perhaps this Norwegian

18   document that related to the tissue blocks as

19   related to this litigation?

20       A.    No.

21       Q.    Looking at number 5, Doctor, it

22   asks for documents reviewed, referred to or

23   relied upon you before, during or after

24   drafting of your report, including medical

25   records or reports, scientific articles,

1    publications, things like that.

2              I understand you had the

3    Pathology of Louisiana reports to review at

4    or about the time you reviewed your report;

5    is that correct?

6         A.    Yes.

7         Q.    Did you have any other -- well,

8    let me ask this.

9              Did you review those pathology

10   reports before, during or after you looked at

11   the slides yourself?

12        A.    I looked at the slides first

13   and then I reviewed reports afterwards.

14             Then what I did do, when you

15   look at slides, you need a gross description.

16   So I looked at the gross description on the

17   Louisiana reports so that I knew what I was

18   looking at, but I didn't look at their

19   conclusion before I started mine.

20        Q.    Okay.  Did you look at the

21   Louisiana Pathology reports before you wrote

22   your report?

23        A.    Yes.

24             VIDEOGRAPHER:  Apologies,

25        Ms. Althoff, I need to switch

```
1              computers for the exhibits.  It will

2              take me just a moment.

3                   MS. ALTHOFF:  Sure, I tell you

4              what, let's take five minutes.  I

5              wouldn't mind getting myself more

6              coffee.

7                   VIDEOGRAPHER:  Off the record,

8              7:27 a.m.

9               (Off the record at 7:27 a.m.)

10                  VIDEOGRAPHER:  On the record,

11             7:37 a.m.

12        QUESTIONS BY MS. ALTHOFF:

13             Q.    All right.  We're back.

14                  Dr. Mjønes, when we left, we

15        were looking at this document which is a

16        request for production to you.  And we took a

17        break, and it reminded me that one of the

18        rules we did not talk about earlier was if

19        you need to take a break at any time, please

20        just let me know.  And as long as you answer

21        any question that's pending at that time,

22        once you answer that, we can take a break.

23                  Okay?

24             A.    Okay.

25             Q.    All right.  Let's go back to
```

1     looking at the document that's on the screen.

2     The last item on page 4 is number 6, and it's

3     all documents of communications between the

4     witness and any person, including, but not

5     limited to, Dr. Waldum and counsel for

6     plaintiff in this matter regarding the

7     pathology report or any drafts thereof or

8     regarding the subject matter of the

9     litigation.

10              Dr. Mjønes, I received last

11    night some e-mails between you and

12    Dr. Waldum.

13              Did you provide those to

14    counsel to send to me?

15    A.     No.

16    Q.     Okay.  Have you gone back to

17    your e-mail or other correspondence files to

18    see if you have any documents representing

19    communications between you and Dr. Waldum or

20    anyone else regarding this litigation?

21              MR. GALLANT:  And I'm just

22         going to interpose the same objection

23         that we've previously stated to

24         defense counsel prior to the

25         deposition, that we believe

1        communications between Dr. Mjønes and

2        other consulting witnesses and counsel

3        for the plaintiff are privileged, as

4        well as any draft reports.

5              MS. ALTHOFF:  Let me ask a

6        different question, Dr. Mjønes.

7   QUESTIONS BY MS. ALTHOFF:

8        Q.    Have you had any

9   communications, so e-mails, other types of

10  document communications, between yourself and

11  any of your colleagues or other professionals

12  other than Dr. Waldum or counsel?

13       A.    No.

14       Q.    Have you had communications

15  with Dr. Waldum about your work on this

16  matter?

17       A.    On this matter?

18       Q.    Yes.

19       A.    No.

20       Q.    Have you -- did you e-mail him

21  at all about the pathology work you were

22  doing or would be doing or about your

23  deposition?

24             MR. GALLANT:  I'm going to

25       object to form.  That's vague.

Patricia Mjones, M.D., Ph.D.

```
 1    QUESTIONS BY MS. ALTHOFF:
 2         Q.      Have you had any communications
 3    with Dr. Waldum regarding your review of
 4    Dr. Baudin -- excuse me, Mr. Baudin's
 5    pathology slides?
 6         A.      Yes.  I sent him the report
 7    when I was finished.
 8         Q.      Did you have any written
 9    communications with him about your review
10    prior to finishing the report?
11         A.      No.  I finished the report
12    first and then sent it to him.  But I have
13    been communicating back -- the
14    communication -- like getting this -- you
15    know, he -- he got in touch with me to review
16    the slides.
17         Q.      Okay.  So you received
18    communications from Dr. Waldum asking you to
19    do the work?
20         A.      Yes.
21         Q.      And then you did the work and
22    did not discuss that work with him while it
23    was ongoing?
24              MR. GALLANT:  I'm going to
25         object to the extent you're seeking to
```

1          learn the content of communications

2          between Dr. Waldum and Dr. Mjønes.

3     QUESTIONS BY MS. ALTHOFF:

4          Q.     Okay.  Did you communicate with

5     Dr. Waldum about the subject of your review

6     during the time that you were reviewing?

7          A.     Not -- you mean -- do you mean

8     before the report was finished?

9          Q.     Yes.

10         A.     Not as I recall.

11         Q.     And then since completing the

12    report, have you had communications with

13    Dr. Waldum regarding the substance of the

14    report?

15         A.     I think -- yes.

16              MS. ALTHOFF:  And, Counsel, do

17         I understand that you are objecting to

18         any questions asking her what the

19         substance was?

20              MR. GALLANT:  Correct.

21    QUESTIONS BY MS. ALTHOFF:

22         Q.     Dr. Mjønes, have you had

23    communications with anyone else that you

24    understand to be an expert for the plaintiffs

25    regarding your pathology report and

1    conclusions?

2         A.    No.

3         Q.    Have you had communications --

4    I'm not asking for the substance now, but are

5    you -- have you had any communications with

6    the plaintiffs' lawyers, that being

7    Mr. Gallant or Mr. Restaino or anyone else

8    representing Mr. Baudin, about the substance

9    of your report at any time?

10        A.    Nothing -- not about the

11   substance itself, no.

12        Q.    So have you talked with counsel

13   about any of the conclusions that you reached

14   in your report?

15        A.    I have talked about it before

16   to -- before now, but not, you know -- not

17   before.

18        Q.    Well, what do you mean by that,

19   Doctor?

20        A.    I know that sound a bit

21   unclear.  We have been discussing, going

22   through my report before this session today,

23   before this deposition.

24        Q.    Okay.  So you have -- since --

25   well -- strike that.

Patricia Mjønes, M.D., Ph.D.

1            Did you talk with counsel

2    between the time that you reviewed the slides

3    and when you wrote your report?

4        A.    No, not -- not before the

5    finished report and then I reviewed the

6    slides.  I haven't had any communication with

7    John Restaino or Michael Gallant.

8        Q.    Okay.  So any communications

9    that you had with counsel would have occurred

10   after you completed your report, which is

11   your review of Mr. Baudin's pathology?

12       A.    Yes.

13            MS. ALTHOFF:  And, Counsel, do

14       I understand that you're objecting to

15       any questions with regard to the

16       substance of those communications with

17       you?

18            MR. GALLANT:  That's correct,

19       Katherine.

20   QUESTIONS BY MS. ALTHOFF:

21       Q.    I'm not sure if I asked you

22   this or not quite, Dr. Mjønes.

23            Were there any drafts of your

24   pathology report?

25       A.    Like when I wrote my report, it

1    was a working document.  So you could say

2    that anytime I saved the document, it would

3    be a draft till I was finished with it.  But

4    I don't have several exemplars of it.  I only

5    have that one final report.

6           Q.     Okay.  Thank you.

7                  All right.  Number 7 asks for

8    all facts, data and assumptions plaintiffs'

9    counsel provided to you and that you

10   considered in drafting the pathology report.

11                 Do you have any documents

12   responsive to this request?

13          A.     So I'm not sure if I follow the

14   question completely.  All facts -- like I got

15   the report from the Louisiana group, their

16   report, and that's basically all I got.

17          Q.     Okay.  Did you receive any

18   information from anyone, Dr. Mjønes, prior to

19   writing your report about Mr. Baudin, other

20   than the LA -- or Louisiana path reports?

21          A.     No.

22          Q.     So, for instance, did you know

23   anything about his age, race or ethnicity?

24          A.     Well, I would know his age

25   because that would be on the report.  Like

Patricia Mjønes, M.D., Ph.D.

1    his date of birth was on the report, but his

2    ethnicity isn't -- doesn't say -- it's not on

3    the report as far as I know, so I wouldn't

4    know that.

5              And gender, obviously.  Those

6    are the things I know.

7         Q.    Would you know anything about

8    his underlying medical conditions, other than

9    I believe there was a statement on the path

10   report that said gastric adenocarcinoma?

11             Other than that, would you know

12   anything about his medical conditions or

13   history?

14        A.    I would have heard that he --

15   like I would have heard something about

16   gastroeso -- gastroeso -- I can't say the

17   word, sorry -- gastroesophageal reflux

18   disease, that -- you know, the picture.  But

19   more than that I don't know.  I didn't know.

20        Q.    So you knew that Mr. Baudin

21   suffered from gastric esophageal reflux

22   disease, or GERD.

23        A.    Uh-huh.

24        Q.    Did you know that, Dr. Mjønes?

25             MR. GALLANT:  I'm going to

1          object to the extent you're seeking

2          information related to a privileged

3          communication.

4     QUESTIONS BY MS. ALTHOFF:

5          Q.     Well, let me ask you this,

6     Dr. Mjønes.

7                 Was the fact that Mr. --

8     Mr. Baudin had GERD an important fact, data

9     or assumption that you considered when you

10    were reviewing the slides?

11         A.     I mean, it all is kind of -- I

12    mean, you have it in the back of your mind

13    when you look at slides.  You try to put the

14    pieces together.  But other than that, I

15    didn't -- you know, I would have had that

16    information and looked for signs of it, but

17    you would do that anyway.

18         Q.     Okay.  So how did you know that

19    Mr. Baudin had GERD?

20         A.     I can't remember if it was in

21    the report or if I heard it from someone.

22    That, I can't remember.

23         Q.     Did you know at the time that

24    you were reviewing Mr. Baudin's pathology

25    slides whether or not Mr. Baudin had ever

Patricia Mjønes, M.D., Ph.D.

1    taken a proton pump inhibitor?

2          A.      If I knew that he -- if the had

3    taken that?

4          Q.      Yes.

5          A.      I probably have heard that,

6    right.

7          Q.      Is that something that you

8    would have known -- well, strike that.

9                  Is that something that you knew

10   at the time you were reviewing the slides?

11         A.      That, I can't remember.

12         Q.      Okay.  Well, what were you

13   told, Dr. Mjønes, with regard to why you were

14   being asked to review these slides?

15                 MR. GALLANT:  I'm going to make

16         the same objection.  I mean, the fact

17         of communication is one thing, but the

18         substance of communications, I think,

19         is privileged.

20   QUESTIONS BY MS. ALTHOFF:

21         Q.      All right.  Let me ask you

22   this.

23                 Dr. Mjønes, did you know when

24   you were asked to review the slides that it

25   was for purposes of United States litigation?

1        A.      Well, I was asked to look at

2     the slides because Dr. Waldum was going to

3     write a report, and he was relying on -- on

4     the -- like he was partly writing that report

5     based on findings in the pathology report, so

6     he needs someone to review the slides.

7               So I knew there would be --

8     that he was going to be an expert witness,

9     but I didn't know any more than that.

10        Q.      Did you know that the case

11     involved litigation in the United States

12     involving proton pump inhibitors?

13        A.      I might have known that, yeah.

14        Q.      And given that you may have

15     known that the case in the litigation

16     involved proton pump inhibitors, would you

17     have made the assumption yourself that

18     Mr. Baudin was a proton pump inhibitor user?

19        A.      If I hadn't know -- do you mean

20     if I hadn't known?

21        Q.      I guess what I'm asking is,

22     when you were looking at the slides, did you

23     have in your mind that Mr. Baudin had at some

24     point used proton pump inhibitors?

25        A.      You know, when I look at slides

Patricia Mjønes, M.D., Ph.D.

```
 1    generally, lots of the patients have taken
 2    proton pump inhibitors, and you don't really
 3    think about it unless you see specific signs
 4    that would fit with that.
 5              So like I would have it in mind
 6    in terms -- in the sense that I would -- I
 7    did the special staining, but apart from
 8    that, I didn't -- you know, I looked at the
 9    slides, but the main focus looked at the
10    cancer and what was found.
11        Q.    You mentioned the special
12    staining.  And you did, in fact, do your own
13    special staining of the slides of Mr. Baudin,
14    correct?
15        A.    Yes.
16        Q.    Did you decide to do that
17    special staining -- well, was it your
18    decision to do the special staining?
19        A.    I was asked to do it.
20        Q.    Okay.  I assume by Dr. Waldum?
21        A.    Yes.
22        Q.    Do you know why you were
23    requested to do the special staining?
24        A.    Yeah.  You look -- we were
25    looking for signs of hyperplasia of
```

1    neuroendocrine cells in the stomach.  You

2    can't really see that in a normal oxyntic

3    mucosa without doing the immunohistochemistry

4    to look for it.

5         Q.    And why were you looking for

6    signs of ECL hyperplasia in the oxyntic

7    mucosa?

8         A.    Well, if -- you know, as you

9    say, if he has taken -- had any reason for

10   having hypergastrinemia, you'd look for signs

11   de facto hypergastrinemia in the stomach, and

12   what effect would be hyperplasia on

13   neuroendocrine cells, or ECL cells.

14        Q.    And did the fact that you were

15   aware that Mr. Baudin had taken proton pump

16   inhibitors cause you to think that you would

17   see signs of hypergastrinemia?

18        A.    Could you rephrase it -- or

19   could you please repeat the question?

20        Q.    Sure.

21             So you told us that you did the

22   special staining at Dr. Waldum's request to

23   look for signs of ECL cell hyperplasia.

24        A.    Yes.

25        Q.    And you said you would do that

1    when you had any reason to suspect that the

2    person might have hypergastrinemia, which

3    would lead to ECL cell hyperplasia.

4              Did I understand that

5    correctly?

6         A.    Yes.

7         Q.    And in this particular

8    instance, were you looking for ECL cell

9    hyperplasia caused by hypergastrinemia in

10   light of your understanding that Mr. Baudin

11   took proton pump inhibitors?

12        A.    Yes.

13        Q.    And just generally,

14   Dr. Mjønes -- and we'll look at some of the

15   slides and stuff later.  But what did you

16   determine with regard to the staining that

17   you did?  What was your finding?

18        A.    My finding was that he had the

19   diffuse and linear hyperplasia of

20   neuroendocrine cells.

21        Q.    And where did you find -- in

22   what part of his tissue did you make that

23   finding?

24        A.    In the oxyntic mucosa.  So that

25   would be in the corpus -- or, you know, the

1    corpus area.  I got one section sent, so

2    that's the section it was done on.

3         Q.    Okay.

4         A.    You know, like from the normal

5    mucosa, I mean.

6         Q.    Can you repeat that last thing

7    you just said?

8         A.    Yeah.  It was done on the

9    tissue block that I got.  I think it was --

10   if I can look at my notes, if I can?

11        Q.    Absolutely.

12        A.    Just to see which it

13   corresponds to.

14              Yes, it's slide J from --

15   sorry, from the surgery -- of the surgical

16   specimen marked -- it was OL-17-09222,

17   section O3J L2.  No, it was -- it's a -- the

18   tissue block marked A.

19        Q.    Uh-huh.

20              So, and where in Mr. Baudin's

21   stomach or esophagus was it your

22   understanding that tissue block marked site J

23   was taken from?

24        A.    It was taken from -- it showed

25   the gastroesophageal junction or, you know,

Patricia Mjønes, M.D., / Ph.D.

```
 1   the junction between -- you saw a piece of
 2   cardia, and you saw a piece of the lesser
 3   curvature, I think, in that section.  But I
 4   will double-check that.
 5             Yeah, like the sections are
 6   described in the operation preparation as
 7   additional polyps near the gastroesophageal
 8   junction.  So it was, you know, not far from
 9   that area.
10       Q.     And this site J or location J
11   where that slide was -- where that tissue
12   block was taken from, was that considered by
13   you to be normal mucosa in its appearance?
14       A.     Well, it had a hyper -- it had
15   a hyperplastic polyp in that section as well,
16   but the mucosa around was normal apart from
17   some areas with dilated glands.
18       Q.     Is this the same tissue
19   specimen location where the cancer was found?
20       A.     The cancer was not found in
21   that location.  There was no cancer on that
22   section.
23       Q.     Okay.  Did you do any staining
24   yourself, special staining, to determine
25   whether there was HCL -- sorry, ECL
```

Patricia Mjønes, M.D., Ph.D.

1  hyperplasia in the area of Mr. Baudin's

2  cancer?

3         A.     Well, the only thing -- it

4  wasn't much material left in the tissue block

5  on that section, but on the preparation

6  number marked -- let me just find the right

7  number -- 18840, that was the biopsies taken

8  in September, I think.

9                And it wasn't much material

10  left to examine, so it was only basically a

11  little bit of tumor tissue left and just

12  small fragments of normal mucosa.  So the

13  staining was done on that section too, but it

14  wasn't enough normal mucosa to evaluate the

15  tissue around there.

16         Q.     Was it your finding that there

17  was not enough normal mucosa to evaluate?

18         A.     Well, I evaluated the normal

19  mucosa in section -- section J, so it was

20  plenty of normal mucosa to evaluate in that

21  section.  But in the tumor tissue itself from

22  the biopsy, there wasn't any normal tissue to

23  evaluate in that particular section.

24         Q.     And with regard to the

25  cancerous tissue that was stained that came

1  from the biopsy, did you find any ECL cell

2  hyperplasia in that sample?

3        A.     In the -- in the tumor biopsy

4  you mean?

5        Q.     Yes.

6        A.     No sign of that in the tumor

7  biopsy.  But you didn't have enough normal

8  mucosa to evaluate that.

9        Q.     Okay.  But in any event, you

10  didn't find any neuroendocrine markers in the

11  cancer specimen itself?

12        A.     No.

13        Q.     All right.  Let's go back to

14  Exhibit 1, Jeff, and particularly Item

15  Number 8, Dr. Mjønes.

16             This asks for all articles or

17  papers that you have written, presented or

18  participated in writing or presenting that

19  relate to or concern the subject matter of

20  this litigation.  I mean, obviously we have

21  your report.

22             Have you written anything else

23  that relates to the subject matter of this

24  litigation?

25        A.     Because I have participated in

1    articles with Dr. Waldum, that would be

2    talking about gastrin and gastric cancer.

3              But apart from that -- and in

4    general I've been -- I've been a part of

5    articles writing about gastric cancer in the

6    Middle Norway.  Apart from that, I don't

7    think so.

8         Q.    Have you written, for instance,

9    a case report related to Mr. Baudin?

10        A.    No.

11        Q.    Did you write any portions of

12   Dr. Waldum's expert report in this case?

13        A.    No.

14        Q.    Did you participate in writing

15   any portions of Dr. Waldum's expert report?

16        A.    No.

17        Q.    Okay.  Number 9, I think we --

18   is there anything else other than what you've

19   just told me that would be responsive to

20   number 9?

21              You said you've done research

22   and writing on the topic of gastrin and

23   gastric cancer.

24        A.    Yes.

25        Q.    Anything else that would be --

1    relate to this litigation?

2        A.    Well, no, I don't think it's

3    related to lig -- the ligis -- ligistation --

4    sorry.  Some words are a bit difficult to

5    say.  But I did a Ph.D. project where I

6    studied, you know, the gastrin intercepter on

7    the gastric cancer, but apart from that,

8    nothing else.

9        Q.    So was your Ph.D. thesis on the

10   gastrin receptor?

11       A.    Yes.  Not the whole thesis.  It

12   was a part -- a small -- like a small part of

13   the thesis, a part of it.

14       Q.    Okay.  What was the title of

15   your thesis?

16       A.    I can't -- I can't remember

17   exactly.  Like it was tumorigenesis in

18   neuroendocrine different -- I can't remember

19   exactly, but it's like -- we were looking at

20   the neuroendocrine differentiation and

21   tumorigenesis in renal cell carcinoma and

22   gastric cancer.  But that was -- something to

23   the effect of that, but I can't remember the

24   exact title in a way that I'm able to say it

25   out loud.  Sorry.

Patricia Mjønes, M.D., Ph.D.

```
1         Q.      No problem.

2                 Okay.   When did you complete

3    your thesis?

4         A.      I was finished defending it in

5    2018, April.

6         Q.      Was Dr. Waldum your -- either

7    the supervisor or the sponsor of your thesis?

8         A.      No.   He was a supervisor, not

9    the sponsor.

10        Q.      Okay.   Looking at number 10, it

11   asks for all documents that you used,

12   reviewed or received in anticipation of or in

13   preparation for your deposition today.

14                Do you have anything responsive

15   to number 10?

16                MR. GALLANT:   Other than what's

17       already been provided?

18                THE WITNESS:   No, I don't have

19       anything else.

20   QUESTIONS BY MS. ALTHOFF:

21        Q.      Did you review Dr. Waldum's

22   report at any time?

23        A.      No.

24        Q.      At no time prior to today have

25   you reviewed his expert report?
```

```
 1        A.     No.

 2        Q.     Okay.  Number 11 asks for all

 3   documents of communications between you and

 4   any person regarding this deposition or

 5   preparation for this deposition.

 6              Do you have any documents

 7   responsive to that?

 8              MR. GALLANT:  We would

 9        interpose the same objection, the

10        production of documents that are

11        privileged.

12              If you're asking about

13        documents that were provided by

14        persons other than counsel or other

15        consulting witnesses, that would be

16        fair.

17   QUESTIONS BY MS. ALTHOFF:

18        Q.     Let me just ask this.  I

19   mean -- and maybe, Mike, you can answer this.

20              Is there -- are there any other

21   than, here's when your deposition is?

22              And I'm kind of confused what

23   the objection is because normally these would

24   be pretty benign.

25              MR. GALLANT:  Well, I mean, we
```

1          obviously communicated with Dr. Mjønes

2          as to when her deposition would be, if

3          that answers your question.  And

4          clearing the date.

5     QUESTIONS BY MS. ALTHOFF:

6          Q.     Okay.  Let's move on.

7                 We were talking -- in response

8     to, I think it was, one of these topics, you

9     mentioned the fact that, you know, you had

10    done your thesis recently, defended it in

11    April of 2018, and that Dr. Waldum was the

12    supervisor for your thesis.

13         A.     Uh-huh.

14         Q.     So tell me a little bit more

15    about your sort of working relationship with

16    Dr. Waldum.

17                As I understand it, you're the

18    associate -- an associate professor at the

19    same university that he is?

20         A.     Yes.

21         Q.     And you work in the same

22    department?

23         A.     No, my -- I work in the

24    department of pathology, and I work

25    20 percent as an associate professor for

Patricia Mjønes, M.D. / Ph.D.

```
 1    NTNU, which is the university in Trondheim.
 2              He also works in NTNU, which is
 3    the university side, but he work -- he's now
 4    retired, but he worked at the
 5    gastroenterology department.
 6              So we --
 7         Q.    When did he -- I'm sorry, go
 8    ahead.
 9         A.    We didn't work in the same --
10    same department and hospital.
11         Q.    Did you both work in the
12    department of clinical and molecular
13    medicine?
14         A.    Yes.  That would be a
15    subdivision of the university.
16         Q.    Uh-huh.
17         A.    Yes.
18         Q.    You mentioned that he's now
19    retired.
20              When did he retire?
21         A.    Let me think.  I'm not quite
22    sure.  I don't know if I would be able to
23    answer that correctly.  But I know he worked
24    privately until recently, but I'm not sure
25    exactly when he stopped doing that or
```

1    basically stopped doing that.  I'm not

2    100 percent sure.

3              But he's retired from the

4    hos -- you know, from the -- working in the

5    hospital department.

6         Q.    Okay.  With regard to your

7    normal day-to-day work, Dr. Mjønes, what do

8    you do on a day-to-day basis?

9         A.    On a day-to-day basis, we look

10   at -- you know, we get pathology specimens

11   from patients.  Usually it depends -- the

12   amount depends from day to day, but we

13   usually get between 15 and 20 cases a day.

14             And in my -- I work most

15   with -- mostly with cases on gastroenterology

16   and also skins.

17        Q.    So if a patient comes into the

18   hospital and has a kidney -- not kidney,

19   excuse me -- a gastric biopsy taken, you

20   might be the person to read it?

21        A.    Yes.

22        Q.    Other than -- that's sort of --

23   I would call that almost clinical work,

24   right?

25        A.    Yeah.

Patricia Mjønes, M.D., Ph.D.

1      Q.     What else do you -- do you do
2  research?  What other types of work do you do
3  on a day-to-day basis?
4      A.     I would be involved in research
5  projects.  In general, pathologists tend to
6  be asked to take part in research projects
7  because lots of the research is based on
8  findings done on pathology specimens.
9             I also do teaching at the
10  hos -- you know, I teach medical students.
11      Q.     If you were to estimate the
12  percentage of time that you divide between
13  your clinical work, research and teaching,
14  how would you divide that up?
15      A.     I could say that most of my
16  work would be in the clinics, like -- I'm
17  working hundred percent in the hospital
18  department.  Teaching is 20 percent on top of
19  that.  And any research we tend to do for
20  free.  So you don't find time to do that
21  within the working hours.  You do it after
22  working hours.
23      Q.     Okay.
24      A.     Sometimes -- sorry.
25      Q.     No, continue, please.

1    A.    No, sometimes you get on odd

2  week here and there where you can work on

3  research, but they don't -- they come along

4  occasionally.

5    Q.    So you consider yourself really

6  a full-time employed clinical pathologist?

7    A.    Yes.

8    Q.    And primarily your cases are

9  from the gastrointestinal system and skin?

10    A.    Yes.

11    Q.    With regard to your research

12  interests, what has been your primary

13  research interest?

14    A.    There's been -- early on when I

15  was the -- before I became pathologist, it

16  was, you know, a quite a bit of research on

17  basis of carcinoma of the skin.  That's --

18  over the last few years it's been more

19  focused on gastric cancer and celiac disease.

20  I've also been involved in that.

21    Q.    Is there any particular area

22  within gastric cancer that you have a

23  research interest?

24    A.    There's been more time now

25  towards neuroendocrine tumor.

1        Q.    And when I did a search, I
2    found that you had approximately like 26
3    publications in journals.
4              Is that about right?
5              VIDEOGRAPHER:  Counsel, I think
6        the doctor's connection --
7              MR. GALLANT:  We're not getting
8        audio at the moment on the doctor's
9        computer.  I don't know if you can
10        hear me.
11              MS. ALTHOFF:  Yeah, we can hear
12        you.
13              MR. GALLANT:  Sorry.  I think
14        we're back.
15              THE WITNESS:  Can you hear me
16        now?
17              MR. GALLANT:  All right.  Can
18        you-all say something?  Because I'm
19        not sure we can hear you.
20              THE WITNESS:  No, we can't hear
21        them.
22              MS. ALTHOFF:  Can you hear me
23        now?
24              MR. GALLANT:  Yes.
25              THE WITNESS:  Yes.

Patricia Mjønes, M.D., Ph.D.

```
 1              MS. ALTHOFF:  I accidentally
 2         went on mute.  So I think -- are we
 3         back on?  Yeah?
 4    QUESTIONS BY MS. ALTHOFF:
 5         Q.    All right.  I think the last
 6    question that I had was I was asking you
 7    about the number of publications that you had
 8    in journals, Dr. Mjønes.
 9              I found about 26.  Is that
10    roughly the right number?
11         A.    I think we went through the
12    number just before we started, and I think
13    it's more like 29, around 29, 30.  But 29
14    is -- 29 is --
15         Q.    Okay.  And about how many of
16    those publications have you co-authored with
17    Dr. Waldum?
18         A.    That, I'm not quite sure.  I
19    didn't -- I didn't see it applicable.  A few
20    of them would definitely be with him.  All
21    the ones in the Ph.D. project, so that would
22    be three.  And I think at least three or four
23    afterwards, maybe, or maybe more.
24         Q.    If I came up with 15 --
25         A.    No, that would --
```

1     Q.     -- would you -- I'm sorry?

2     A.     That was more than I thought,

3  but, yeah, that could be right.

4     Q.     What was the relationship

5  before he retired from the hospital between

6  the department that he worked in and the

7  department that you worked in?

8     A.     Well, you know, the same as

9  with any other department.  Basically we

10  would have meetings with them once a month

11  discussing certain cases.  And that wouldn't

12  be with only Waldum.  That would be with all

13  of the gastroenterologists that had the time

14  to come and with the -- you know, with us

15  students working on the gastrointestinal

16  pathology.

17            But apart from that, you know,

18  it wouldn't be much more than that, really.

19     Q.     How did Dr. Waldum come to be

20  the supervisor on your Ph.D. thesis?

21     A.     He approached me.  Himself and

22  my other co -- and the co-supervisor that

23  came and approached me and asked me if I

24  would like to do research for them.

25     Q.     All right.

Patricia Mjønes, M.D., Ph.D.

```
1          A.      In OR, worked on the project.
2          Q.      And who was the second
3    co-supervisor?
4          A.      Ivar Sjåk Nordrum.  His name is
5    on the CV I provided.
6          Q.      Okay.  Great.
7                  And what was his area of
8    specialty?
9          A.      His area -- like he was kind
10   of -- I was going to say more forensic
11   medicine.  That would be his main area.  But
12   at the moment, he's kind of more -- after the
13   thesis, he's kind of going towards retirement
14   and is working on -- on more of the
15   educational side of things.
16         Q.      Who decided what the topic for
17   your thesis should be?
18         A.      Waldum and my other supervisor,
19   they had a topic in mind and approached me if
20   I wanted to work on that.
21         Q.      And is that the topic that you
22   ultimately chose and wrote upon and
23   researched?
24         A.      Yeah.  It's kind of developed
25   over time.  Things never turn out as you've
```

Patricia Mjønes, M.D., Ph.D.

```
1    done.  The topic at hand at first was more on

2    renal cancer, and then also it moved on to

3    involve gastric cancer.  Like -- yeah.

4         Q.    With regard to the renal

5    cancer, was that related to neuroendocrine

6    tumors as well or is that -- was that

7    something different?

8         A.    No, it was related to that,

9    that topic matter as well.

10        Q.    With regard to your

11   relationship with Dr. Waldum, at least here

12   in the United States sometimes Ph.D.s and

13   supervisors have relationships outside of the

14   office with their families.

15              Do you have a social

16   relationship with him?

17        A.    No.

18        Q.    Do you, for example, know his

19   wife?

20        A.    I know her name is Velma

21   {phonetic}, and I've said hello to her a

22   couple of times.

23              (Mjønes Exhibit 15 marked for

24        identification.)

25
```

Patricia Mjønes, M.D., Ph.D.

```
1    QUESTIONS BY MS. ALTHOFF:

2         Q.    Okay.  All right.  Let's pull

3    up Exhibit 15, please.

4               And, Dr. Mjønes, I'm showing

5    you what's been marked as Exhibit 15 to your

6    deposition.

7               Is this the invoice that you

8    prepared for your work in this matter?

9         A.    Yes.

10        Q.    And does this indicate that you

11   have worked approximately 25 hours at $400 US

12   on this matter?

13        A.    Yes.

14        Q.    And I think as you described to

15   us earlier this afternoon your time, you've

16   worked a few hours over the weekend since

17   then and then obviously today, and you plan

18   to charge for those additional hours,

19   correct?

20        A.    Yes.

21        Q.    And are you charging for those

22   new hours, if you will, at the same rate of

23   $400 US?

24        A.    I assume so.

25        Q.    Okay.  In other words, you
```

1    don't have a different arrangement with

2    regard to how you will be paid for the time

3    since this invoice was created?

4         A.    No.

5         Q.    And do you plan to charge $400

6    an hour for your time today?

7         A.    Yes.

8               (Mjønes Exhibit 13 marked for

9         identification.)

10   QUESTIONS BY MS. ALTHOFF:

11        Q.    All right.  Let's take a look

12   at Exhibit 13.  Might blow that up just a

13   little bit, Jeff.

14               Scroll down.

15               Dr. Mjønes, I'm handing you --

16   or showing you what's been marked as

17   Exhibit 13 to your deposition.  And this is

18   an e-mail that we received last night as

19   being produced pursuant to that request for

20   production that we looked at first thing

21   today.  And this appears to be an e-mail from

22   Dr. Waldum to you dated August 18th of 2021.

23               Do you see that?

24        A.    Yes.

25        Q.    And after a link to what

1    appears to be some sort of article -- well, I

2    guess that's it.  It appears to be an

3    article.

4              Do you recall having received

5    this e-mail?

6        A.    I can't remember.  He would --

7    on the -- he would quite often send similar

8    things, and I don't -- I don't remember that

9    article because I don't always look them up.

10       Q.    Okay.  This article appears to

11   have a title something like, First in Class

12   Oral MK 6482 Shows Exciting Results in Clear

13   Cell Renal Cell Carcinoma.

14             Do you see that?

15       A.    I see that.

16       Q.    Would this article have had

17   anything to do with the work that you did in

18   this litigation?

19       A.    No.

20             (Mjønes Exhibit 14 marked for

21        identification.)

22   QUESTIONS BY MS. ALTHOFF:

23       Q.    All right.  Let's look at

24   Exhibit 14.

25             All right.  Showing you what's

1    been marked as Exhibit 14, Dr. Mjønes.  And

2    again, this is an e-mail that we received

3    last night --

4         A.    Yeah.

5         Q.    -- linked to your production.

6               It appears to be an e-mail, at

7    least at the top, that is dated November 15th

8    of 2021, and the e-mail below it is

9    November 14th of 2021.

10              Do you see that?

11        A.    Yes.

12        Q.    And the bottom e-mail is in

13   English; the top e-mail appears to be in

14   Norwegian.

15              Can you tell us what that top

16   e-mail says in substance?

17        A.    Yes.

18              It basically -- it's Waldum

19   writing to me to tell me -- to show me how to

20   send the invoice for the work I did.  And it

21   is also telling me that they're offering me

22   $400 per hour.  And he set up, you know,

23   that -- you know -- that 25 hours would be

24   okay, and he encourages me to send the

25   invoice as soon as possible.

Patricia Mjones, M.D., / Ph.D.

```
 1              And then he asked -- the last
 2  part, I can't -- he's referring to some kind
 3  of meeting, which I can't remember, but --
 4  {audio interruption}.
 5              VIDEOGRAPHER:  I think she may
 6       be frozen again, Counsel.
 7              MS. ALTHOFF:  Okay.  I was
 8       hoping it wasn't on my end.  Thank
 9       you, Jeff.
10              MR. GALLANT:  There we go.
11       You're back.  I'm not sure where --
12       where -- if we cut off at some point.
13  QUESTIONS BY MS. ALTHOFF:
14       Q.    So on the realtime it says --
15  she was referring to a meeting and she says,
16  but I can't remember --
17       A.    Okay, I'll do it from the
18  beginning.
19              Basically, in that e-mail
20  Waldum has forwarded on, he's basically
21  telling me how to send a bill and that I
22  should be charging $400 per hour.  And that
23  25 hours is kind of what I worked out would
24  be -- what I would be charging for.
25              And he encourages me to send
```

1    the bill as soon as possible.  And then he's

2    talking about some kind of -- we get back to

3    our meeting, let me know more about the

4    current -- you know, the COVID situation type

5    thing.  That's what he's referring to.

6    Because I probably was home around that time

7    because my -- in quarantine because my

8    youngest son had COVID.  But he doesn't

9    specifically say COVID, but that's what it's

10   relating to.

11        Q.    With regard to the $400 per

12   hour, did you decide to charge the $400 an

13   hour, or how did that hourly rate -- how was

14   that determined?

15        A.    It was suggested by -- like I

16   got it suggested by -- by Waldum, and I think

17   he had communicated that with John Restaino.

18        Q.    And you were comfortable with

19   that rate?

20        A.    Yes.

21        Q.    Had you done any type of

22   private consulting, if you will, before this

23   where you charged an hourly rate for a review

24   of pathology slides?

25        A.    No.

Patricia Mjønes, M.D., Ph.D.

```
 1                    (Mjønes Exhibit 17 marked for
 2          identification.)
 3    QUESTIONS BY MS. ALTHOFF:
 4          Q.      Okay.  Let's look at -- let's
 5    look at exhibit -- let's look at Exhibit 17.
 6                    Can you see that?  We might
 7    blow that up just a little bit.
 8          A.      Yeah.
 9          Q.      And this -- do you see that?
10    Yeah?
11          A.      Yes.
12          Q.      Okay.  This appears to be an
13    e-mail from -- exchange between you and
14    Dr. Waldum on January 31st of 2022.
15                    Do you see that?
16          A.      Yes.
17          Q.      And can you tell us what this
18    exchange is about, starting from the bottom?
19          A.      Yes.
20                    He says basically, Patricia,
21    you have to write -- record the number of
22    hours you do for -- with regard to any extra
23    hours you put in in relation to preparation
24    for this deposition.
25                    And then I write that that's
```

1    fine.  And I said, I don't know how much time

2    I'll be able to spend preparing for this

3    because it's the most busy time of year for

4    me with regards to teaching, meeting

5    activities and all kinds of things.

6              And I also ask him when -- if

7    John has given Waldum any indication on when

8    they are considering coming to Trondheim, and

9    I also encouraged it to happen as soon as

10   possible so that I'm able to have some time

11   to review the report.

12        Q.    And what does that last

13   sentence in that first e-mail say?

14        A.    Could you show me exactly which

15   sentence you mean?

16        Q.    Yes, sure.  The one starting

17   with -- it's the third to last line on the

18   top e-mail, starts with the letter JO.

19        A.    What I'm saying is if you

20   start -- if I can translate from the third

21   from the bottom.

22        Q.    Sure.

23        A.    So I say -- I'm saying

24   basically, has John given you any time for

25   when they are planning to take the trip to

1    Trondheim.  And then I say, later is better

2    for my part.  So I was basically saying that

3    for me, it's better to have the deposition as

4    late as possible.

5              And I planned not to answer

6    anything -- yeah, I said I have no intention

7    on answering anything apart from what has to

8    do with the report.  Like I'm preparing only

9    for the report itself.

10       Q.     And with regard to that last

11   part you were just describing, were you

12   referring to the meeting or the deposition or

13   what?

14       A.     No, I'm referring to --

15   basically I haven't had time to review my

16   publications and my Ph.D.s, so that's what

17   I'm referring to.

18              So what I'm telling -- what I'm

19   telling him in the e-mail is that I'm

20   planning to answer what has to do with the

21   report, with the pathology report, but, you

22   know, saying that I don't have time to

23   prepare for anything else.

24       Q.     Gotcha.

25              Okay.  And with regard to the

1  trip to Trondheim, were you referring to the

2  deposition that was ultimately scheduled for

3  today?

4      A.    Yes.

5      Q.    And obviously the meeting --

6  meetings just prior to this, correct?

7      A.    Yes.

8            (Mjønes Exhibit 18 marked for

9      identification.)

10 QUESTIONS BY MS. ALTHOFF:

11     Q.    Let's look at Exhibit 18.

12           And, Dr. Mjønes, I'm showing

13 you what's been marked as Exhibit 18 to your

14 deposition, which is a two-page e-mail string

15 dated in February of 2022.

16           Do you see that?

17     A.    Yes.

18     Q.    And if you could just look

19 through this and tell me what this chain is

20 referring to?

21     A.    This is referring to the chain

22 of custody thing, the form, the chain of

23 custody form.  I'm sorry.  If I just -- it

24 says basically to sign that I received --

25 when I received the tissue blocks and

1    sections.

2              So it is basically I have to --

3    I have to sign the chain of custody.  I

4    didn't realize I had to do that, so -- so

5    it's referring to me signing and returning it

6    to him so that he could pass it down to John

7    and Michael.

8         Q.    So this is dated 2022.

9         A.    Yes.

10        Q.    Is this the second time you

11   received the slides?

12        A.    The second time I received the

13   slides was this weekend.

14        Q.    Okay.  So what is this, in

15   terms of the chain of custody, what is this

16   referring to from a time perspective?

17        A.    So this is basically when I

18   received the slides the first time, signing

19   for the dates I received them and then

20   signing for the date that Dr. Waldum got the

21   slides back.  And then he had to sign

22   something for when he returned the slides to

23   the appropriate people.

24        Q.    Am I correct, though, that you

25   got the slides in 2021?  Correct?

Patricia Mjønes, M.D., Ph.D.

1      A.      Yes, that's right.

2      Q.      And these e-mails are dated

3   2022?

4      A.      Yes.

5      Q.      Yes?

6      A.      Uh-huh.

7      Q.      So why is there a year

8   difference, if you know?

9      A.      Yeah, sorry.  I didn't realize

10  I have to sign a form.  That's basically it.

11     Q.      I see.

12             So these are referring back to

13  the chain of custody from a year previously?

14     A.      Yes.

15     Q.      Okay.  And I assume you signed

16  that and filled it out and sent it back?

17     A.      Yes.

18     Q.      Yes?

19     A.      Sorry?

20     Q.      So you did ultimately fill out

21  the chain of custody form and send it back?

22     A.      Yeah, I filled it out, scanned

23  the document and send it back to Waldum by

24  e-mail.  I think that's how I did it.

25     Q.      And when you received the

1    slides back in 2021, how did you receive

2    those?

3         A.     I have to think back.  I

4    received them -- Waldum showed up at the

5    department of pathology.  I picked them up

6    and brought them up to my office.  So he

7    delivered them -- hand-delivered them --

8    delivered the slides themselves.

9         Q.     And were they in boxes, or how

10   did you receive them?

11        A.     They're in a brown envelope

12   with notes -- with a note to the pathology

13   report from Louisiana.  And they were in the

14   big box with bubble wrap around them, as far

15   as I remember.

16        Q.     Okay.  What was the condition

17   of the slides?

18        A.     The slides were in normal

19   condition, as far as I remember.

20        Q.     And were you able to read and

21   review them?

22        A.     Yes.

23        Q.     And then with regard to the

24   tissue blocks that you mentioned earlier,

25   those came later, correct?

```
 1          A.      That's right.

 2          Q.      And how did you receive the

 3  tissue blocks?

 4          A.      I think in the same manner.  I

 5  think as far as I remember, Waldum

 6  hand-delivered them to me.  And then when I

 7  was done with all the -- all the material, I

 8  hand-delivered it back to Waldum at his

 9  house.

10          Q.      And with regard to the tissue

11  blocks, what condition were they in when you

12  received them?

13          A.      In normal condition, as far as

14  I remember.

15          Q.      And with regard to the cuts

16  that were made so you could make slides, was

17  that your department that made the cuts?

18          A.      Yes.

19          Q.      And who prepared the slides?

20          A.      That would have been by

21  engineers at my department.

22          Q.      And based on the cuts and the

23  slides that were prepared, you were able to

24  read the new slides?

25          A.      Yes.
```

Patricia Mjønes, M.D., Ph.D.

1      Q.      And you kept those slides,

2  correct?

3      A.      Yes.

4      Q.      And when you were finished with

5  your initial review, you returned the slides

6  to Dr. Waldum, including the new slides that

7  you had prepared?

8      A.      No.  The new slides I had

9  prepared were sent to Cora, I think, later

10  on.

11      Q.      That's right.  Because of the

12  time difference.  Thank you.

13              I think you mentioned at the

14  very beginning of this deposition that you

15  received the slides back again, yes?

16      A.      Yeah, the slides this time

17  around, I got -- I got all the slides a

18  second time around this Friday, Friday the

19  19th.  No, Friday the 18th, sorry.

20      Q.      And you reviewed -- re-reviewed

21  all of the slides over the weekend?

22      A.      Yeah, and some additional

23  slides that I didn't get originally.

24      Q.      What additional slides did you

25  get that you had not reviewed previously?

1          A.     So I'm just looking at my

2    report.  So I think you got a copy of the

3    report.  So the additional slides that I

4    hadn't gotten originally were different

5    levels.  I had already seen slides from those

6    tissue blocks, but there were also new levels

7    from those tissue blocks that I hadn't seen.

8               So in the -- in the surgery --

9    you know, from the big specimen marked O9222

10   from the -- you know, from the big specimen

11   itself, all the sections marked in red, those

12   I hadn't seen before.

13              So they're basically different

14   levels, but I have seen material from those

15   tissue blocks, but I hadn't seen those levels

16   before.

17         Q.     What do you mean, "marked in

18   red"?

19         A.     You see the point where -- if

20   I -- would I be able to show it to you like

21   this?

22              MR. GALLANT:  So --

23              MS. ALTHOFF:  Sure.

24              MR. GALLANT:  We provided a

25       copy of these notes in the production.

```
1              I can't remember what the file name

2         was called, but it was in PDF format.

3              MS. ALTHOFF:  We have not seen

4         that, Mike.

5              THE WITNESS:  It's basically my

6         pathology report where I have written

7         notes on the side when I was

8         re-reviewing the case.

9              MR. GALLANT:  Yeah, it's an

10        annotated report.  Maybe in a break we

11        can figure out which one it is, but I

12        know it was --

13             MS. ALTHOFF:  Yeah.

14             MR. GALLANT:  Whatever the

15        Dropbox that was sent last night.

16             MS. ALTHOFF:  Yeah, we should

17        definitely do that, because when she

18        mentioned it earlier, Mike, I actually

19        double-checked with Katherine

20        Podsiadlo to see if -- because I had

21        not seen it, and I thought maybe it

22        was me.  And we don't have it, so...

23             Okay.  Thank you.  Appreciate

24        that, Dr. Mjønes.

25
```

1    QUESTIONS BY MS. ALTHOFF:

2        Q.    Do you have any other notes or

3    documents in front of you?

4        A.    Yes, I have -- I have my notes

5    that we just talked about, and I have the

6    Louisiana -- Louisiana notes, and I have

7    Voltaggio's report.

8        Q.    And do you have a copy of your

9    final report in front of you as well?

10       A.    Yeah, my final report is -- is

11   this one.  When I stored it in my computer, I

12   don't store it with the name and date of

13   birth, so I don't have the identifying

14   information on that report.

15       Q.    Gotcha.

16            MR. GALLANT:  And, Katherine,

17        we've been going for about an hour and

18        20 or so.  I don't know if we want to

19        take a break and resolve this notes

20        issue or if you want to -- you know,

21        if there's a natural breaking point

22        that would work for you.

23            MS. ALTHOFF:  This is fine, and

24        I'll resolve the light that's blinding

25        me while we're -- while we're at that.

1            So maybe it's just me, but it

2        is blinding me.  So that sounds good.

3            Let's go off the record.  Let's

4        take maybe 20 minutes and get this

5        notes issue resolved, and everybody

6        can take a break.

7            MR. GALLANT:  Okay.  And I'll

8        take a look at -- we can go off the

9        record.  This doesn't need to be on

10        the record.

11            VIDEOGRAPHER:  Off record,

12        8:36 a.m.

13         (Off the record at 8:36 a.m.)

14            VIDEOGRAPHER:  On record,

15        9:24 a.m.

16    QUESTIONS BY MS. ALTHOFF:

17        Q.    Oh, there we are.

18            Dr. Mjønes, we're back on the

19    record after having some discussions off the

20    record.  Thank you for your patience.

21    Appreciate that.

22            I wanted to ask you a few

23    questions.  We have now received from counsel

24    an annotated copy of your report which, as I

25    understand it, you maintained in your

Patricia Mjønes, M.D., Ph.D.

1    possession; is that correct?

2         A.     Yes.

3         Q.     And this annotated report

4    contains both handwritten as well as

5    electronic notes; is that right?

6         A.     That's right.

7         Q.     And when did you create the

8    annotations, the electronic annotations, on

9    the report?

10        A.     When I was reviewing the slides

11   on Saturday, I was making comments for myself

12   when I was looking at them so that I'd know

13   exactly which slide I was looking at, because

14   I hadn't been specific in the report, so that

15   I'd remember which slides that you would be

16   referring to when I looked at them.

17               And as well, I had also kind of

18   made -- looked at some of the comments that

19   Voltaggio made and tried to look at the

20   slides with that in the back of my mind.

21               So basically there are notes

22   for myself so that I'd remember what I've

23   been seeing.

24        Q.     So the electronic sticky notes

25   that were typed onto the report, those were

Patricia Mjones, M.D., / Ph.D.

```
 1   all made by you, yes?

 2        A.     Yes.  Yes.

 3        Q.     And they were all made by you

 4   on Saturday when you were reviewing the

 5   report, correct?

 6        A.     That's right.

 7        Q.     And as I understand it -- I

 8   have not seen them, but I understand there

 9   are also some handwritten notes on a copy of

10   the report?

11        A.     Yes.

12        Q.     And when did you make those

13   notes?

14        A.     Those notes are probably

15   written yesterday, I would say, when I was,

16   you know, just -- when I highlight things, I

17   read -- I highlight as I go.  It doesn't

18   necessarily mean it's that particular thing

19   that I'm trying -- it's kind of just to

20   highlight a few things I'm trying to

21   remember.

22               And then if it's something

23   that -- well, I wrote them yesterday probably

24   when I was reading, just things to remind me

25   of things.
```

Patricia M. Jones, M.D. / Ph.D.

```
 1         Q.      Sure.  I understand.
 2                 And so were all the handwritten
 3    notes made by you, by yourself, yesterday?
 4         A.      Yes.
 5         Q.      Did anybody direct you to make
 6    any notes --
 7         A.      No.
 8         Q.      -- on these reports?
 9         A.      No.
10         Q.      When you went through the
11    slides on Saturday --
12         A.      Uh-huh.
13         Q.      -- was that the first time you
14    determined that there were additional slides
15    that you had not previously reviewed?
16         A.      Yes.
17         Q.      And --
18         A.      Sorry, I didn't mean to --
19         Q.      No, go ahead and explain.
20         A.      In Voltaggio's report, it said
21    that there were 58 slides received first, and
22    then when -- later on, she had received 83
23    slides that she reviewed.  And that didn't
24    fit in with the number of slides I had
25    reviewed originally.  And then when I looked
```

1    at the slides again on Saturday, I was able

2    to figure out what the difference was.

3                  So basically I've seen all the

4    slides from all the tissue blocks, but there

5    are some additional levels that I hadn't seen

6    before, but they didn't make any change to my

7    observations.

8         Q.    Okay.  So when you went back

9    the second time on Saturday -- well, let me

10   ask this first.

11                 When you did your initial

12   review last year of the slides, did you have

13   those additional levels available to you or

14   were those available for the first time on

15   Saturday?

16        A.    On Saturday.

17        Q.    And when you went through on

18   Saturday and reviewed, you were reviewing

19   that along with having reviewed

20   Dr. Voltaggio's report, correct?

21        A.    Yeah, well, I had -- I had seen

22   her report, and then I reviewed my own just

23   to see if there were things that I should --

24   you know, just to see what I had written.

25   And I see that we are in agreement with, you

1    know, most of the report.

2              So I was just making notes for

3    myself with regards to things that I would

4    react to.

5         Q.    Did you make any additional

6    observations when you reviewed the slides the

7    second time, either because there were

8    additional slides or because you were

9    re-reviewing the same ones?

10        A.    Could you repeat -- repeat the

11   question, please?

12        Q.    Sure.

13             Did you make any additional

14   observations when you reviewed the slides the

15   second time, either because there were

16   additional slides or because you were

17   reviewing the same ones for a second time?

18        A.    I didn't make -- now I just

19   have to think the question again.

20             I didn't make any new

21   observations based on the additional slides.

22        Q.    Okay.  Did you make any new

23   observations having reviewed Dr. Voltaggio's

24   report?

25        A.    I had more focus on the gastro

Patricia Mjønes, M.D., Ph.D.

```
 1   specific -- the junction between the

 2   gastro -- the esophagus and the stomach.  I

 3   can't say that word.  Sorry.  So I was

 4   just -- you know, notes -- will have noticed

 5   that before, too, but I was just kind of

 6   reiterating that area.

 7        Q.     So after having reviewed

 8   Dr. Voltaggio's report and re-reviewing the

 9   slides on Saturday, you did more focused

10   evaluation of any pathology in the GE

11   junction?

12        A.     Well, the patient had

13   gastroesophageal reflux disease, so I was

14   looking close -- close on the junctions just

15   to see if there were any signs that would fit

16   in with the Barrett's, which I would have

17   looked at originally, but I didn't handle --

18   I hadn't made any comment on the -- in the

19   report, you know.  You know, just looking at

20   them to see if -- I'm finding it hard to

21   explain myself.  Sorry.

22        Q.     Take your time.

23        A.     I haven't made any new

24   observations.  I've kind of been looking at

25   the report to see if I see the same as
```

1    Voltaggio.

2         Q.    Uh-huh.

3         A.    Yeah.

4         Q.    What was your conclusion with

5    regard to you -- whether you saw the same

6    items as Dr. Voltaggio?

7         A.    I mean, we are in agreement

8    with -- in terms of -- that it's a gastric

9    cancer.  But what information I didn't have

10   before that came through Voltaggio's report

11   was the location of the biopsies marked --

12   {audio interruption}

13             MS. ALTHOFF:  I have lost her.

14        Or is it me?

15             VIDEOGRAPHER:  No, it's them.

16        I think we lost both -- the other

17        computer as well.

18             Want to go off or just stay on

19        for a bit?

20             MS. ALTHOFF:  Let's just stay

21        on for a second.

22             MR. GALLANT:  There we go.  I

23        think we're back.

24             THE WITNESS:  Sorry.

25

```
 1   QUESTIONS BY MS. ALTHOFF:
 2        Q.    So, Doctor, I asked you, what
 3   was your conclusion with regard to whether
 4   you saw the same items as Dr. Voltaggio, and
 5   you --
 6             MR. GALLANT:  Sorry, can I -- I
 7        got kicked off the system for a
 8        minute, so I just want to log back in.
 9        Bear with me one minute.
10             We're all sitting in the same
11        room, but we're not all connected.
12        Very strange.  Okay.  I'm back.
13   QUESTIONS BY MS. ALTHOFF:
14        Q.    Okay.  Dr. Mjønes, so I was
15   asking you whether your observations had been
16   different than what Dr. Voltaggio concluded
17   in her report when you read it, and you
18   responded and said, we're in agreement
19   with -- in terms it's gastric cancer,
20   correct?
21        A.    Yeah.
22        Q.    And then you said, "But what
23   information I didn't have before that came
24   from Voltaggio's report was the location
25   of..."
```

1          A.     Yes.  You know, the polyps

2    removed in September marked with the biopsy

3    number 18840, they were taken from what was

4    described as 3 centimeters from the

5    gastroesophageal junction.  That's

6    information I didn't know at the time when I

7    looked at the section.

8          Q.     Okay.  When you looked at the

9    slides initially, were you able to identify

10   which slide had the polypectomy site?

11         A.     Well, I -- I suspected that the

12   polypectomy site could be -- you know, when

13   you take a biopsy from -- from a patient, you

14   get regenerative changes in the -- in the

15   mucosa of that area, and you can see in the

16   area like that in relation to the polyp --

17   the polyp itself with the cancer and the

18   operation specimen.

19         Q.     Uh-huh.  And -- sorry, go

20   ahead.

21         A.     And in the -- you know, and in

22   the operation where it was described that

23   they had removed what they thought was the

24   polypectomy site turned out not to be a

25   polypectomy site.  And that's --

1      Q.      So when you reviewed the slides

2  the first time, were you able to identify

3  correctly which slide had the polypectomy

4  site on it -- and again, I'm talking about

5  the surgical resection -- regardless of what

6  was listed on a slide?

7      A.      I believe that they have -- I

8  mean, we have the polypectomy type -- type of

9  area on the tumor tissue, but you can't

10  see -- and it was an area in one of the

11  sections where you have an indentation of the

12  mucosa with some inflammation that I was

13  wondering could be a polypectomy site.  But I

14  didn't have any information to say whether it

15  was that or something else.  Could be --

16      Q.      Okay.  So when you went back

17  then on Saturday, were you able to identify,

18  based on clinical information, based on

19  Dr. Voltaggio's report, any new information

20  which slide had the polypectomy site?

21      A.      You had -- for one thing, there

22  are described three polyps, right?  One of

23  them was sent for examination.  I don't know

24  what happened to the other two, if they were

25  sent for examination, if they were removed or

1    anything.  That, I don't know.  And that I

2    didn't know -- I don't know it now, and I

3    didn't know a year ago.

4              What I did see is that there

5    are changes in the mucosa in the area where

6    the tumor was taken, but I also had seen a

7    year ago that they're still present.  That

8    could relate -- it could be explained by a

9    polypectomy site.

10        Q.     And I guess what I'm asking

11    you, Dr. Mjønes, is based on having reviewed

12    Dr. Voltaggio's report, did your mental

13    impressions change with regard to which slide

14    had that polypectomy site on it from the

15    surgical resection?

16        A.     No, because it wasn't in the --

17    in the -- in the gross description from --

18    from the -- you know, from this.

19        Q.     Yes.

20        A.     The person who examined the

21    gross specimen described that it may be a

22    polypectomy site 1.2 centimeters distal to

23    the squamocolumnar junction.

24              The section showing the

25    polypectomy site was never -- never had any

Patricia Mjones, M.D. / Ph.D.

```
 1   cancer on it, so I never thought that was a
 2   polypectomy site.
 3         Q.     Okay.  When you reviewed the
 4   slides the first time, which slide did you
 5   identify from the surgical resection as being
 6   the polypectomy site?
 7         A.     I have to look at the slide
 8   numbers, okay?
 9         Q.     Sure.
10         A.     So basically slide G, the
11   person who evaluated the specimen first said
12   apparent polypectomy site next to the
13   gastroesophageal junction.  And at the time,
14   I didn't see anything that would fit with the
15   polypectomy site.  Okay?
16                And then in the -- which slide
17   was the tumor again?  I just have to look at
18   my notes.  And that's why I've written the
19   notes, so that I'd remember where I saw the
20   different things.  That's why I have the
21   annotations.
22                So slide M is where you have
23   the tumor itself, and that's where you also
24   see changes in the mucosa.  That could be
25   related to a previous polypectomy.
```

```
 1              Okay?

 2              And in slide L, you have an

 3   area where you have some inflammation that I

 4   saw in the original slide, but I didn't think

 5   anything of that.  And I still don't know if

 6   it's a polypectomy site or not because I

 7   don't have the information to go with it.

 8              So I don't know if -- I don't

 9   know if they were sent -- if three polyps

10   were removed at the time in September.  I

11   think there was only removed one.

12              So it's hard to know if it's

13   from a polypectomy or another cause of

14   inflammation.

15      Q.    With regard to your note

16   number 11 --

17      A.    Yeah.

18      Q.    -- which I believe, if I

19   understand this correctly, relates to slide N

20   from the resection; is that correct?

21      A.    I just have to see.  It's on

22   the back of the page, sorry.

23              So comment number 11, you say?

24      Q.    Yes.

25      A.    Okay.  So that site L, lesser
```

```
 1   curvature to include polyps, is that the one

 2   you're referring to?

 3        Q.    Yes.

 4              My question is, does comment

 5   number 11 relates to slide N?

 6        A.    Well, it's kind of -- it's --

 7   well, in that slide I see an area of

 8   inflammation where I'm wondering, could it be

 9   a polypectomy site or could it be

10   inflammation.

11              I don't know because I don't

12   have the information to go with it.

13        Q.    Okay.  Let me ask you this

14   again.

15        A.    Yes, sorry.

16        Q.    Where do you believe -- where

17   did you believe when you first reviewed the

18   slides from the surgical resection that the

19   polypectomy had occurred?  Which slide?

20        A.    I believe it occurred from

21   slide 9 -- no, slide N, where he find the

22   tumor.

23        Q.    Yes.

24              Okay.  And what I'm asking you

25   is, is comment 11, because it's -- I'm not
```

Patricia Mjønes, M.D., Ph.D.

1    really sure how this works.  Does comment 11

2    refer to your re-review of slide N?

3         A.    I'm not sure I understand what

4    you mean.

5         Q.    Okay.  When I look at what was

6    sent to me as your annotated report, there

7    are sticky notes --

8         A.    Yeah.

9         Q.    -- placed on the document,

10   right?

11        A.    Yes.  Yes.

12        Q.    And the sticky note which is

13   comment 11 on my version appears to be on

14   slide N.

15        A.    Yes.

16        Q.    Okay.  And so what I'm asking

17   you --

18             MR. GALLANT:  Can we just

19        clarify?  We seem to be talking

20        about -- I know they're the same

21        documents, but they were produced in

22        two different ways, and I don't -- I

23        just want to make sure that

24        Dr. Mjønes' comments are numbered in a

25        way that she can answer your question.

```
 1              Because she doesn't -- not looking at
 2         the one with the sticky notes on it.
 3              If you're looking at the PDF
 4         where you click on the yellow dot and
 5         it pops up a comment, that's not what
 6         she's -- she's not looking at the
 7         electronic version.  She's looking at
 8         her printed version that we scanned.
 9              And I know it's confusing, but
10         I want to make sure we're all looking
11         at the same thing.
12    QUESTIONS BY MS. ALTHOFF:
13         Q.    Okay.  So let me ask this.
14    Because that I don't think I have printed
15    out.
16              Are your comments numbered on
17    the version you're looking at?
18         A.    Yes.  It says MP 11 and MP 12.
19         Q.    Okay.  So can you read me what
20    comment 11 says, or even whether it's in
21    Norwegian or English, just so I can make sure
22    we're talking about the same one?
23         A.    The comment 11 says L, less
24    curvature to include polyps.
25         Q.    Excellent.  Okay.  We are not
```

1    talking about the same comment.  That's

2    helpful.  Appreciate that.

3              See, so here is -- let's go

4    back off the record.

5         A.    Yeah.

6              VIDEOGRAPHER:  Off record,

7         9:42 a.m.

8          (Off the record at 9:42 a.m.)

9              VIDEOGRAPHER:  On record,

10         10:17 a.m.

11              (Mjønes Exhibit 16 marked for

12         identification.)

13    QUESTIONS BY MS. ALTHOFF:

14         Q.    All right.  Let's go back,

15    Doctor, set aside the annotated report for a

16    moment and go back to -- we were reviewing

17    some e-mails when all of this sort of -- we

18    started talking about the annotated report.

19              So let's do this.  Let's look

20    at Exhibit 16.

21              And, Doctor, showing you what's

22    been marked as Exhibit 16 to your deposition,

23    and this appears to be an e-mail from you to

24    Dr. Waldum on March 16th of 2022.

25              Do you see that?

Patricia Mjønes, M.D., Ph.D.

```
 1          A.      Yes.

 2          Q.      And can you tell us what you

 3   were conveying to Dr. Waldum in this e-mail?

 4          A.      Basically I conveyed to him

 5   that I feel very stressed about having to do

 6   this deposition because I've never done it

 7   before, and that I'm picking up the sections

 8   on -- from Michael on Saturday, and I'd be

 9   looking over the sections one more time

10   before Monday, and I'd be looking at what

11   Voltaggio has written on Sunday.

12              And he -- you know, looking at

13   my slides and -- on her comments.  Because

14   there are a few points where she has

15   commented on things that I -- you know, like

16   the staining and things like that.  So I've

17   been going through some of the comments where

18   she wouldn't completely -- completely agree

19   with what I said, just to -- so that I

20   remember what I've seen.

21          Q.      Okay.  And so which day of the

22   week was this?

23          A.      This was Wednesday, 16th of

24   March, when that e-mail was sent, as it says

25   on top.
```

1     Q.     Yeah.

2            So as of Wednesday, you had not

3     reviewed the slides yet, of course, if you

4     reviewed them on Saturday.

5            Had you reviewed

6     Dr. Voltaggio's report?

7     A.     If I -- if I had reviewed the

8     report before Saturday?  Is that what you're

9     asking?

10    Q.     Yes.

11    A.     Yes, I'd seen her -- her report

12    before then.

13    Q.     Had you seen her report before

14    you wrote this e-mail?

15    A.     That, I can't remember.  I -- I

16    got that it's -- I got an e-mail from John

17    with Voltaggio's report, and I can't remember

18    the exact date when I got that e-mail.

19    Q.     Okay.

20    A.     Since I note her name in that

21    e-mail, I must have gotten it beforehand.

22           (Mjønes Exhibit 19 marked for

23           identification.)

24    QUESTIONS BY MS. ALTHOFF:

25    Q.     All right.  Let's look at

1    Exhibit 19.

2         A.    Mm-hmm.

3         Q.    Dr. Voltaggio -- Voltaggio.

4               Dr. Mjønes, I'm handing you

5    what's been marked as Exhibit 19 to your

6    deposition, and this appears to be an e-mail

7    chain between you and Dr. Waldum dated

8    March 17th of 2022, and March 18th of 2022.

9               Do you see that?

10        A.    Yes.

11              The bottom one, you mean?

12        Q.    Well, this whole exhibit, which

13   has been marked as Exhibit 19, is a chain of

14   e-mails between you and Dr. Waldum on

15   March 17th and March 18th of 2022, correct?

16        A.    Yeah.

17        Q.    So really just a few days

18   before your deposition now, correct?

19        A.    Yeah.

20        Q.    All right.  So starting at the

21   bottom, which is the e-mail dated March 17th

22   of 2022, from Dr. Waldum to you at the time

23   of 16:14 on that date, what is Dr. Waldum

24   asking you?

25        A.    He's asking me what's the

Patricia Mjones, M.D. / Ph.D.

```
1    diagnosis on the polyps in the hernia and

2    were they hyperplastic or adenomas.  That's

3    what he's asking.

4         Q.    Okay.  And then you reply back

5    to him; is that right?

6         A.    Yes.  And I reply, I say that

7    most of the polyps, the patient's polyps,

8    were fundic gland polyps and some are

9    hyperplastic polyps.

10              And the patient's cancer was an

11   adenoma with type A dysplasia or intramucosal

12   adenocarcinoma.  So -- and basically -- and

13   I'm saying it was located 1.2 centimeters

14   from the junction, which I -- because I got

15   that from what I'd read in the original

16   report.

17              And then I -- and I can't -- I

18   say I can't remember if it was -- what does

19   it say?  And I can't remember seeing any

20   other adenomas.  But I'd be getting the

21   sections on Saturday, and I'd be looking over

22   all the sections one more time.

23              And when I read the report of

24   Lysandra, she has had access to clinical

25   information and -- and from -- from reading
```

1    her report, it could look like most of the

2    polyps in the hernia were from fundic gland

3    polyps, that I'd be checking that closer on

4    Saturday.

5         Q.    Okay.

6         A.    Yeah.

7         Q.    So with regard to your comments

8    again back to Dr. Waldum, he asked you what

9    was the diagnosis of the polyps in the

10   hernia, and your recollection was that they

11   were fundic gland polyps based on

12   Dr. Voltaggio's report?

13        A.    Well, that was based on both,

14   like, my report and her report.  Because I

15   think we both said the same on those.

16        Q.    And when you rechecked the

17   slides on Saturday, did you reconfirm that

18   the polyps in the hernia were fundic gland

19   polyps?

20        A.    Yeah, they were -- some were

21   fundic gland polyps and some were

22   hyperplastic polyps.

23        Q.    With the location in the hernia

24   or what?

25        A.    Well, they're in the

```
 1   posterior -- you know, the posterior wall.
 2   So -- and considering like 50 percent of the
 3   stomach was in the -- in the -- in the
 4   intrathoracic cavity, it means that they must
 5   have been in the hernia, I would say.  But
 6   that's an assumption I'm making.
 7        Q.     Okay.  With regard to the
 8   actual cancer which you list here as an
 9   intramucosal adenocarcinoma, was that located
10   in the hernia?  Is that your understanding?
11        A.     Yes.
12        Q.     And you note that it was
13   located 1.2 centimeters from the
14   gastroesophageal junction, that being the --
15        A.     No, that's a typo.  Because
16   when I wrote that, I hadn't -- it was -- I
17   was glancing at this report from the
18   hospital, and they basically said that the
19   polypectomy site may be 1.2 centimeters
20   distant to the junction.
21             But when I read over the notes
22   again and looked at the clinical information
23   coming with the biopsy marked 08440
24   something, it says that polyps were located
25   at 3 centimeters distal to the
```

```
 1    gastroesophageal -- so that's me -- it's a

 2    typo from me.

 3         Q.    Okay.  No, no problem.

 4               So this was sort of your

 5    recollection during the e-mail, but you went

 6    back afterwards to double-check the location

 7    of the cancer site, correct?

 8         A.    Yeah.

 9         Q.    And you determined that it was

10    3 centimeters from the -- distal to the

11    gastroesophageal junction?

12         A.    Yeah, and that's based on

13    the -- on the information from Voltaggio's

14    report saying that they were 3 -- and from

15    the -- you know, basically they said that the

16    polyps removed in September were located

17    3 centimeters distal to the gastroesophageal

18    junction.

19         Q.    Okay.  Do you have any reason

20    to disagree with that determination?

21         A.    To disagree with the -- could

22    you repeat the question?

23         Q.    Yeah.

24               Do you have any reason to

25    disagree with the determination that the
```

Patricia Mjones, M.D. / Ph.D.

1  cancer site was 3 centimeters distal to the

2  GE junction?

3       A.     No, I have no reason to

4  disagree with that.

5       Q.     With the 3 centimeters distal

6  to the GE junction, would that locate

7  Mr. Baudin's tumor within the cardia?

8       A.     I would think it's not in the

9  cardia but in the oxyntic mucosa.

10      Q.     What do you define with regard

11 to the cardia in terms distance from the GE

12 junction?

13      A.     Well, in most cases and till

14 recently, the cardia was -- basically in some

15 textbooks they say that the cardia is

16 located -- it's the 2-centimeter most

17 proximal area in the stomach.  But in most

18 patients it's between 1 and 4 millimeters.

19            By looking at the patient

20 slides, on -- on some of the pictures you can

21 see the cardiac mucosa, and you can see that

22 the length of that mucosa is 0.6 millimeters

23 and on some other areas it's 1 millimeter.

24            So it's -- that's -- and the

25 fact that it's 3 centimeters distal and you

1    have oxyntic mucosa on either side of that

2    lesion tells me that it's not in the cardia

3    but in -- it's in the oxyntic mucosa.  That's

4    what I'm basing it on.

5         Q.    And so with regard to the

6    oxyntic mucosa, are you saying that this is

7    body or fundus, or where are you saying it's

8    located?

9         A.    It's either in the -- you know,

10   it's -- it's in the posterior wall.  So it

11   could be in the fundus, but it could also be

12   in the bodies.  I know, and hard to say for

13   sure.

14        Q.    Do you -- have you completely

15   excluded the possibility that this cancer

16   arose in the cardia?

17        A.    Well, based on what I see, it

18   doesn't make any sense for me that it's in

19   the cardia because you don't see much cardiac

20   mucosa around it.  You don't see any cardiac

21   mucosa around it.  The mucous glands

22   Voltaggio is referring to could be -- could

23   be from the foveolas of the mucosa, and there

24   could be regenerative changes related to a

25   previous bio -- you know, by taking a biopsy

Patricia Mjones, M.D./ Ph.D.

1    from the site from before.

2         Q.    Okay.  When you reviewed the

3    slides the first time, were you aware that

4    this patient had been diagnosed

5    endoscopically with Barrett's?

6         A.    No.

7         Q.    When you reviewed the slides on

8    Saturday, were you aware that this patient

9    had been diagnosed endoscopically with

10   Barrett's?

11        A.    It would be -- I read from

12   Voltaggio's report that they were -- that he

13   was diagnosed with Barrett's.

14        Q.    Do you have any reason to

15   disagree that this patient had been diagnosed

16   endoscopically with Barrett's?

17        A.    Well, I don't see any proof of

18   Barrett's in the sections, so in any of the

19   slides I've seen.

20             To diagnose a patient with

21   Barrett's, you'd have to see goblet cells in

22   the esophagus, and I've seen no signs of

23   goblet cells in the patient's esophagus.

24        Q.    Okay.  If this patient did have

25   Barrett's esophagus, would that explain the

Patricia Mjones, M.D., Ph.D.

1    presence of the oxyntic mucosa in the area

2    that you reviewed on the tumor slide?

3          A.      No.

4          Q.      Are you familiar with the term

5    "cardia oxyntic mucosa"?

6          A.      Yes.

7          Q.      And with regard to the tumor

8    site that you looked at on the resection, are

9    you -- is it your impression that there was

10   no cardia oxyntic mucosa?

11         A.      My impression is there is no

12   cardia oxyntic mucosa.  The mucosa that

13   Voltaggio is referring to as cardia oxyntic

14   mucosa, in my opinion, is regenerative mucosa

15   related to previous biopsy from that site.

16                 You have oxyntic mucosa on

17   either side of the lesion.  It's easier to

18   see on the picture, but it's oxyntic mucosa

19   on either side of the lesion which make --

20   like pure oxyntic mucosa, it doesn't have

21   cardia oxyntic mucosa.  That's what I'm

22   basing it on.

23         Q.      Okay.  In the biopsy

24   specimen -- so would you agree that the

25   biopsy specimens would not have contained any

1    regenerative mucosa, regenerative changes to

2    mucosa?

3              MS. ALTHOFF:  Jeff, I think

4         I've lost her again.

5              MR. RESTAINO:  Hey, Katherine,

6         yeah, you froze here -- you froze for

7         a moment, and they froze for a moment,

8         so just give us one moment.

9              MS. ALTHOFF:  Sure.

10             THE WITNESS:  I'm back on.

11             MR. GALLANT:  Give me one

12        second to get back.  Okay.  I'm back.

13             MR. RESTAINO:  Looks like

14        we're --

15   QUESTIONS BY MS. ALTHOFF:

16        Q.    Okay.  Dr. Mjønes, the question

17   I asked was, would you agree that in the

18   biopsy specimen, that would not contain any

19   regenerative changes to mucosa?

20        A.    I agree.

21             MR. GALLANT:  Object to the

22        form.

23   QUESTIONS BY MS. ALTHOFF:

24        Q.    When you reviewed the tumor

25   specimens from the biopsy, okay, did you --

Patricia Mjones, M.D. / Ph.D.

1    were you able to identify the location based

2    on the pathology in the biopsy specimen?

3         A.     In the biopsy specimen, you see

4    fragments of adenomatous tissue, you see

5    normal fragments of oxyntic mucosa, and you

6    see mucous glands.  So those mucous glands

7    could be from the foveolas on top.  So it's

8    not specific for anything.  So the location

9    is based on the operation specimen.

10        Q.     So you disagree that the

11   presence of mucosal glands in the biopsy

12   specimen indicate that the specimen

13   originated from the cardia?

14        A.     Yeah, I think you have to see

15   it in the clinical context, as she says

16   herself in the report.  If you don't have the

17   clinical information to guide you, you -- you

18   can't say anything about the location.

19             In this case they are saying

20   that the polyps are 3 centimeters distal from

21   the site.  You see oxyntic mucosa and you see

22   some mucosa glands that consist of foveolas,

23   so in that respect, to me, the biopsy fits

24   with that location.  It's not specific for

25   cardia location based on that biopsy.

```
 1         Q.      And of what significance was it
 2   to you, Dr. Mjønes, from the clinical
 3   correlation that this patient, which you knew
 4   at the time you reviewed the slides, had
 5   gastroesophageal reflux disease?
 6         A.      Can you repeat the question,
 7   please?
 8         Q.      Sure.
 9                 So at the time you reviewed the
10   slides the first time and the second time,
11   you knew that Mr. Baudin had gastroesophageal
12   reflux disease, correct?
13         A.      Yes.
14         Q.      I mean, you hadn't reviewed a
15   lot of medical records, but you knew that
16   information, correct?
17         A.      Correct.
18         Q.      And so of what significance was
19   the fact that Mr. Baudin had GERD to your
20   determination of the location and/or your
21   observations on the pathology specimens?
22         A.      Well, when I looked at the --
23   the slides the first and the second time,
24   considering -- knowing he had GERD, I would
25   be looking for signs of inflammation in
```

1    the -- in the squamocolumnar junction, and

2    I'd also be looking for goblet cells in that

3    area to look for Barrett's.  But that's not

4    something you'd look for with that type of

5    history.  And I didn't see any signs of that.

6              I also looked at the cardiac

7    mucosa, which in the operation specimen was

8    about 0.6 millimeters on the tissue block I

9    was sent later on and in another area is

10   about -- is a little bit bigger.  And -- but

11   it's -- and considering the cardiac mucosa is

12   so narrow and the rest was completely oxyntic

13   mucosa, it didn't give me any reason to doubt

14   the location.  And I still don't doubt the

15   location as being non-cardia cancer.

16       Q.    Where in your original report

17   do you provide the observation that it is

18   non-cardia cancer?

19       A.    Well, I don't have the -- the

20   location in the original report, it says the

21   location is in the posterior back wall of

22   the -- "side proximal stomach posterior

23   wall," it says.

24       Q.    And would you agree with me

25   that geographically the proximal stomach

Patricia Mjones, M.D., Ph.D.

1    includes the cardia?

2         A.    Yeah, that includes the cardia.

3         Q.    Okay.  Let's go back to --

4    we're on Exhibit 19, and you had identified

5    for me the third e-mail down --

6         A.    Uh-huh.

7         Q.    -- with regard to what types of

8    polyps were in the hernia.

9         A.    Yeah.

10        Q.    And then the second e-mail is

11   now from Dr. Waldum to you, dated March 17th

12   of 2022 at 18:39.

13              Do you see that?

14        A.    Yes, I see that.

15        Q.    Okay.  And what is Dr. Waldum

16   saying to you?

17        A.    He says fine.  I mean that -- I

18   meant that the endoscopist described the

19   three lesions as hyperplastic according to

20   the way he perceived them, but -- when he did

21   the endoscopy, which would suit him the best,

22   although histology gives the answer.  I

23   thought that it was a hyperplastic polyp with

24   a -- that the -- the cancer involved in the

25   hyperplastic polyp.

Patricia Mjones, M.D./ Ph.D.

```
 1              And I said, no, I don't think
 2    that's the case.  It's the type of gastric
 3    adenoma with high-grade dysplasia and -- or
 4    intramucosal adenocarcinoma.
 5              And just nearby, it was a
 6    hyperplastic polyp.
 7        Q.    Okay.  So with regard to
 8    Dr. Waldum's e-mail to you, you said -- he
 9    said that the endoscopist described the three
10    polyps in the hernia -- that's the way you
11    understood it -- as hyperplastic?
12        A.    Uh-huh.
13        Q.    And then he says, "and it would
14    fit me best."
15              Who's -- what is "it," and is
16    "me" Dr. Waldum?
17        A.    Yeah.  The "me" is Dr. Waldum.
18        Q.    Yeah.  So what did you -- what
19    did you take it when he said "it would fit me
20    best"?
21        A.    I -- that's just the way he
22    phrased himself.  It doesn't affect my
23    opinion on what I see.  What I see is what I
24    see.
25        Q.    Okay.  And you responded back
```

1    to him and said, no, not a hyperplastic polyp

2    which developed into an adenocarcinoma.

3                    In fact, it was a different

4    type of gastric adenoma?

5         A.     No, basically I think he was

6    thinking about the -- you know, in the

7    operation specimen, when they deduct, they

8    did two -- removed two polyps as frozen

9    section that were fundic gland polyps.  I

10   don't know if he removed -- I think he was

11   referring to those two when he was asking me

12   that question.

13                   Sorry, can you repeat the

14   question?  I'm not answering your question, I

15   think.

16        Q.     That's okay.

17                   So my question really -- and

18   let me ask a different question.

19        A.     Yes.

20        Q.     So you responded back to him

21   that, no, the adenocarcinoma had not

22   developed from a hyperplastic polyp, right?

23        A.     Yeah, it's probably not -- it's

24   a type of gastric adenoma with high-grade

25   dysplasia or intramucosal adenocarcinoma,

Patricia Mjønes, M.D., Ph.D.

1    which I also said in the report.

2         Q.    Yes.

3               And so what did you mean by

4    another type of gastric adenoma?

5         A.    No, I said it's not another

6    type.  I said it's a type of gastric adenoma.

7         Q.    Okay.  I misheard you.

8         A.    Yeah.  Sorry.

9               (Mjønes Exhibit 20 marked for

10        identification.)

11   QUESTIONS BY MS. ALTHOFF:

12        Q.    Okay.  Let's take a look at my

13   Exhibit 20.

14        A.    Yep.

15        Q.    And then, Dr. Mjønes, this

16   appears to be an e-mail string dated

17   March 17th and March 18th of 2022, again

18   between you and Dr. Waldum.

19               Do you see that?

20        A.    Yes.  The top one -- the other

21   three have gone through, right?  It's the top

22   one that's -- that's the new one, right?

23        Q.    Ah, yes, correct.  Yes.

24               And what did you write on the

25   top e-mail, which is dated March 20 -- excuse

1    me, March 18th of 2022?

2         A.    I -- I -- I say, this is what

3    Lysandra writes, "Polypoid intramucosal

4    adenocarcinoma, 0.6 centimeters, Appendix A,

5    Figure 9, arising in gastric adenoma in the

6    background of cardio-oxyntic mucosa with

7    acute and chronic inflammation.  Carditis,

8    Appendix A, Figure 10, and hyperplastic

9    polyps."

10             And I say underneath that, I

11   have written something similar.  So -- so

12   just when it comes to these things, we are

13   all in agreement.

14        Q.    Okay.  So you agreed with her

15   that it was a polypoid intramucosal

16   adenocarcinoma of about .6 centimeter in

17   size?

18        A.    Yeah.

19        Q.    And you agree --

20        A.    It's a -- it's not .6 in size.

21   But if you look at -- if you include the

22   area -- when I wrote that report, that was on

23   Friday, and I looked at the sections on

24   Saturday.  So in theory, it could have been

25   just lit -- a literal figure if you include

Patricia M. Jones, M.D. / Ph.D.

```
1    the dysplastic areas just next to where the
2    polypectomy site could be.  But this -- you
3    know, it's close to that.
4         Q.     Yeah, okay.
5                So in any event, less than a
6    centimeter in size?
7         A.     Yeah.  I would agree with that.
8         Q.     And that is the same as what
9    the original Louisiana pathology group
10   concluded, correct?
11        A.     Yeah.
12        Q.     And you said she writes that it
13   arises in a gastric adenoma, and you agree
14   with that?
15        A.     I agree with that.
16        Q.     And she writes that it arises
17   in the background of cardio-oxyntic mucosa
18   with acute and chronic inflammation, that
19   being carditis, yes?
20        A.     Well, put it this way, that's
21   based on the pictures she showed me, the
22   pictures.
23               But then I looked at the
24   sections.  The picture doesn't show the whole
25   section, so I don't think we have the
```

Patricia Mjones, M.D., Ph.D.

1    cardio-oxyntic mucosa part of it.

2         Q.    So at the time that you wrote

3    this on Friday, March 18, 2022, you believed

4    that yourself, Dr. Voltaggio and the original

5    reading pathologist all agreed with these

6    items?

7         A.    Mostly.  It's always room for

8    minor discrepancies, but they're mostly in

9    agreement when it comes to those things.

10        Q.    Okay.  And would you say that

11   your impression changed after this -- you

12   wrote this e-mail and you re-reviewed the

13   slides?

14        A.    I don't think this e-mail made

15   me change my mind, no.

16        Q.    No, no, no.

17              My question is, after you wrote

18   this e-mail -- so this e-mail was written on

19   Friday, right?

20        A.    Yes.

21        Q.    And you re-reviewed the slides

22   on Saturday?

23        A.    Uh-huh.

24        Q.    Correct?

25        A.    Yes.

Patricia Mjones, M.D. / Ph.D.

```
 1        Q.    Did your -- well, let me ask
 2   you this.
 3             Would you have written the same
 4   thing that you wrote on Friday on Sunday,
 5   after you re-reviewed the slides?
 6        A.    I probably would have written
 7   that we're mostly in agreement, but I think
 8   that the -- I think it's in the posterior
 9   wall so that it could be located in the
10   corpus or the fundus.  Oxyntic mucosa.
11        Q.    Did you receive any response
12   back from Dr. Waldum to your e-mail of
13   March 18, 2022?
14        A.    No, not as I recall.
15        Q.    Did you receive a response from
16   anyone besides Dr. Waldum to your -- this
17   string of communications with regard to the
18   polypoid and the mucosal adenocarcinoma?
19        A.    To the last e-mail, you mean?
20        Q.    Yes.  Well, actually to any of
21   the e-mails in this string.
22        A.    No, I can't remember ever
23   receiving that.  But then, you know...
24        Q.    Okay.  But then what?
25        A.    I can't remember receiving any
```

1   more e-mails with Dr. -- with regard to that.

2         Q.      Okay.  So we have looked at

3   seven e-mails between -- well, seven exhibits

4   of e-mails between you and Dr. Waldum today.

5               Okay?  Is that correct?

6         A.      Uh-huh.

7         Q.      And are you aware of any other

8   e-mails between yourself and Dr. Waldum

9   relating to the work that you've done in this

10  matter?

11        A.      Could you repeat the question?

12  Sorry.

13        Q.      Sure.

14              So aside from the seven e-mail

15  chains that we've looked at today --

16        A.      Yes.

17        Q.      -- are you aware of any other

18  e-mails that we haven't looked at between you

19  and Dr. Waldum regarding the work that you --

20  pathology work that you did in this matter?

21        A.      I can't remember completely.  I

22  can't remember what I've written to him a

23  year ago, but I -- basically I can't remember

24  that far back, but I can't think of anything

25  else.

Patricia M. Jones, M.D. / Ph.D.

```
 1        Q.    Okay.  Are you aware of any
 2   e-mails, again, that we haven't looked at
 3   today between you and anyone else with regard
 4   to your pathology work that you did in this
 5   matter?
 6        A.    Most of my communication has
 7   been to Waldum, so, no.
 8        Q.    Have you had any discussions,
 9   oral communications, with Dr. Waldum about
10   the location of Mr. Baudin's tumor?
11        A.    I can't remember for sure, but
12   it has been -- we have talked about the
13   1.2 centimeter issue.  But there -- nothing
14   else really.
15              Like I -- when I -- I have
16   talked to him about the fact that the
17   1.2 centimeter didn't make -- make any sense
18   to me considering it was nothing in that
19   section where the apparent polypectomy site
20   was.
21        Q.    Uh-huh.
22              And have you had any
23   discussions with Dr. Waldum about whether
24   Mr. Baudin's cancer was located in the cardia
25   region?
```

Patricia Mjønes, M.D., Ph.D.

```
 1          A.     No.  I don't think we've been
 2   discussing that, no.
 3          Q.     And of course we talked about
 4   the fact that your report says the proximal
 5   stomach --
 6          A.     Uh-huh.
 7          Q.     -- and that the proximal
 8   stomach may or may not include the cardia,
 9   right?
10          A.     Right.  That's what we said,
11   yeah.
12          Q.     And so have you had any
13   discussions with Dr. Waldum about where
14   within the proximal stomach it was your
15   opinion that Mr. Baudin's cancer arose?
16          A.     No.
17          Q.     Or was located?
18          A.     No.  The -- the fact that it's
19   in the posterior wall, it's -- that's from
20   the Louisiana report.  And it's based on my
21   histopathological findings, together with the
22   report.
23                 (Mjønes Exhibit 22 marked for
24          identification.)
25
```

Patricia Mjønes, M.D., Ph.D.

```
 1    QUESTIONS BY MS. ALTHOFF:
 2         Q.    Let's look at Exhibit 22.
 3               And I forget how many there are
 4    here.  Jeff, do you know how many pages there
 5    are in this?  I think we've numbered them.
 6               VIDEOGRAPHER:  14.
 7               MS. ALTHOFF:  14.  Thank you.
 8    QUESTIONS BY MS. ALTHOFF:
 9         Q.    Dr. Mjønes --
10               MR. GALLANT:  I'm not getting
11         the exhibits populated in the chat.  I
12         don't know if there's an issue.  There
13         it goes.
14               VIDEOGRAPHER:  Try again.
15               MR. GALLANT:  Got it.
16    QUESTIONS BY MS. ALTHOFF:
17         Q.    Dr. Mjønes, I'm handing you
18    what's been marked as Exhibit 22 to your
19    deposition, and this appears to be a series
20    of photographs that you took of the slides.
21    And you -- we received them last night.
22         A.    Uh-huh.
23         Q.    And again, Jeff, I'm sorry.
24    13?
25               VIDEOGRAPHER:  14.
```

```
 1                MS. ALTHOFF:   14.
 2   QUESTIONS BY MS. ALTHOFF:
 3        Q.     Did you produce copies of 14
 4   images to counsel for production to us?
 5        A.     Yeah, well, we -- I took those
 6   photos in -- in -- like in case you asked me
 7   questions about them so that I could show it
 8   on the picture.
 9        Q.     Sure.
10               So when did you take pictures
11   of slides?
12        A.     Okay.  So the picture going
13   with the report was taken -- taken in April
14   of 2021, but these pictures are -- which are
15   from the same slides are -- like the slides
16   were already scanned into our system, so
17   basically I screened -- took screenshots of
18   the slides of the areas I thought would be
19   relevant to show.
20        Q.     So when you received the slides
21   initially, you had them all scanned?
22        A.     No, not -- not the original
23   slides, no.  Because by doing that, I would
24   have to open up the document within the
25   hospital system.
```

Patricia Mjones, M.D., Ph.D.

 1            So only the sections that were

 2   stained at our department from the two tissue

 3   blocks are scanned into our system.  So the

 4   other sections I haven't got pictures of.

 5        Q.     Gotcha.  Okay.  That was really

 6   going to be one of my questions.

 7            All right.  So let's -- so

 8   page 1 here, Image 1, what is depicted on

 9   this slide or image?

10        A.     Well, basically this is a

11   staining, either from a synaptophysin stain

12   or chromogranin A stain.  I can't -- you

13   know, because they would show the similar

14   things.  But from the background staining,

15   I -- you would know from the name of the

16   picture at the top if it's synaptophysin or

17   chromogranin A.

18            But basically they are two

19   neuroendocrine markers that were stained, and

20   they basically show the same.  And what we

21   see here is -- you know, the pale area is

22   basically the gastric mucosa, the background

23   color of the background -- of the gastric

24   mucosa.

25            When we stain the tissue, we

Patricia Mjones, M.D., Ph.D.

1    highlight proteins, like to be specific for

2    those cells, and in this case it would be

3    protein-specific for neuroendocrine cells.

4              So basically both the

5    synaptophysin stain and chromogranin A stain

6    would show similar things.  So after we

7    see -- you -- also, you can see my arrow, so

8    I'm pointing without really showing you.  But

9    what you see here are -- on the top of the

10   picture you see the part of the mucosa that's

11   towards the gastric lumen, right?  All the

12   brown dots that you see down the gastric

13   gland are neuroendocrine cells.

14             In the normal situation, you

15   would find those neuroendocrine cells spread

16   in -- interspersed in the gastric mucosa, but

17   in this case you see areas where those

18   neuroendocrine cells are located closely

19   together, more than five cells together.  And

20   even up towards the surface you find a little

21   lump of them together, which would be -- so

22   basically the slide is showing hyperplasia of

23   neuroendocrine cells.

24        Q.    And this particular specimen

25   did not come from the cancer tumor specimen,

Patricia M. Jones, M.D. / Ph.D.

```
 1    correct?
 2         A.      Yeah, that came from the
 3    mucosa.  That was...
 4         Q.      Slide J?
 5         A.      Yes, J, that's right.
 6         Q.      Okay.  Let's look at page 2.
 7         A.      Uh-huh.
 8         Q.      And what is depicted on page 2
 9    of this exhibit, Exhibit 22?
10         A.      Okay.  So basically this is a
11    picture of the gastric -- the squamocolumnar
12    junction.  I don't know if I'd be able to
13    show with an arrow what we see to make it
14    easier.
15              But basically up in -- on the
16    top part of the image, you see a part of
17    squamous cell epithelium, which would be a
18    part of the esophagus.  And just next to the
19    squamous epithelium you have cardiac mucosa.
20    And then just next to that again you have
21    oxyntic mucosa.
22              So all the brown stains, all
23    the brown dots, are the neuroendocrine cells
24    testing -- that are positive for
25    synaptophysin stain in this case, I think.
```

1      Q.      And so does this slide, in your

2  opinion -- and by "slide," I guess I'm

3  talking about the image on the screen -- does

4  that depict ECL cell hyperplasia?

5      A.      Yes.

6      Q.      And where was this specimen

7  taken from on Mr. Baudin?

8      A.      So this is -- this specimen is

9  section J.

10     Q.      Okay.

11     A.      So all the pictures are from

12 section J because that's where the -- you

13 know, the immunostains were taken.

14     Q.      Okay.  And -- all right.  So do

15 you know where section J came from on

16 Mr. Baudin?  Where that specimen is from?

17     A.      It says, "Additional polyps

18 near the gastroesophageal junction."  So

19 that's where the section is taken from.  So

20 basically it's taken from -- it shows the

21 mucosa of the esophagus, cardia and oxyntic

22 mucosa.  And you also see a polyp in that

23 slide.

24     Q.      Do you have an understanding of

25 whether this was proximal or distal to the

Patricia Mjones, M.D. / Ph.D.

1    tumor site?

2         A.    That, I won't be able to say.

3    It could -- no, I can't really say because

4    it's not -- you don't have tumor tissue in

5    that slide.

6         Q.    Uh-huh.  Let's look at the next

7    page, 3, of Exhibit 22.

8              And again, this is staining

9    that your group did from the tissue block of

10   section J, correct?

11        A.    That's right.

12        Q.    And is this a further

13   magnification of the previous --

14        A.    Yes.

15        Q.    -- slide?

16        A.    Yes.

17              And within the red circle you

18   see areas of hyperplasia of neuroendocrine

19   cells.  So it's linear hyperplasia, what you

20   see here, because the cells are aligned next

21   to each other along the gland.

22        Q.    So is this what you described

23   in your original final report as changes

24   consistent with simple hyperplasia and

25   possibly linear hyperplasia of neuroendocrine

```
 1   cells?
 2        A.     Yes.  So this would be linear
 3   hyperplasia of neuroendocrine cells.
 4        Q.     And I think this is taken from
 5   the surgical resection, just to be clear,
 6   correct?
 7        A.     Yes.  Yes.
 8        Q.     And so it's not from the
 9   biopsy --
10        A.     No.
11        Q.     -- section?
12        A.     No.
13        Q.     So it would be one of the
14   sections that starts with OL-17, correct?
15        A.     It would be the section
16   OL-17-09222, section J.
17        Q.     Right.  Okay.
18               Let's look at the next -- and I
19   think you said all of the slides we're
20   looking at right now are from that same
21   section, correct?
22        A.     That's right.
23        Q.     All right.  So what are we
24   looking at here on page 4 of Exhibit 22?
25        A.     So basically it's an overview
```

1    of the same section.  This is a -- this is

2    the chromogranin A stained section.

3            So what you see is -- up right

4    on the section you see a part of the squamous

5    epithelium of the esophagus.  Just after that

6    you see a bit of cardiac mucosa.  And then

7    you see -- all the brown stuff is the mucosa

8    with staining towards -- with an antibody

9    towards that specific protein.

10    Q.    Okay.

11    A.    And the polyp popping up from

12    the mucosa, which is a hyperplastic polyp.

13            So the point of this slide is

14    basically just give an overview of the mucosa

15    and to show what it's done.

16    Q.    All right.  Let's look at

17    page 5, Exhibit 22.

18            And is this the same -- okay.

19    What are we looking at here?

20    A.    So basically it's from the same

21    section.  It just -- the point of sending

22    those things, if you're asking for things to

23    show that a person had been using proton pump

24    inhibitors, these are type of findings you

25    could find in patients who use proton pump

1    inhibitors.

2              There's not a lot of it, but on

3    the picture within the red circle you see

4    parietal cells with kind of cytoplasmic lifts

5    pointing in towards the lumen.  It's much

6    easier if I had the pointer to show you, but

7    you basically see the parietal cells have

8    kind of extensions on their cytoplasmic --

9    plasm pointing into the -- to the -- where

10   the secretion go into the lumen.  So these

11   are what you find in patients using proton

12   pump inhibitors.

13        Q.    So -- but again, this is the

14   same CGA staining that we just looked at on

15   the previous slide?

16        A.     No, this isn't -- this is a

17   section colored with hematoxylin and eosin,

18   and it basically shows the morphology or the

19   microanatomy of the tissue.

20        Q.    Okay.  I thought this was an

21   H&E stain, but I wanted to be sure.

22              So is this still from

23   section J?

24        A.     That's right.

25        Q.     All right.  Let's look at the

Patricia M. Jones, M.D./ Ph.D.

1    next slide.

2                Again, is this an H&E magnified

3    slide taken from section J?

4         A.    That's right.  It's just to

5    show some areas of dilated glands and the

6    similar type of cytoplasmic changes in the

7    parietal cells as we saw in the previous

8    picture.

9         Q.    And again, the point in your

10   depicting these is to indicate changes to the

11   parietal cells in normal-occurring mucosa

12   from Mr. Baudin due to proton pump inhibitor

13   use?

14               MR. RESTAINO:  Katherine, they

15          seem to be frozen again.  Hold on a

16          moment.

17               (Discussion off the record.)

18               MR. GALLANT:  We're back.

19               THE WITNESS:  So could you

20          repeat the question, please?  I'm

21          sorry.

22   QUESTIONS BY MS. ALTHOFF:

23        Q.    Yes.

24               So you were telling me about

25   this slide and the previous slide, which were

Patricia Mjones, M.D., Ph.D.

1    both slides of normal oxyntic mucosa which

2    had been stained with H&E, right?

3         A.    That's right.

4         Q.    And the point of your taking

5    pictures of these slides was to depict

6    changes to parietal cells in normal-appearing

7    mucosa due to Mr. Baudin's use of proton pump

8    inhibitors?

9         A.    Just to illustrate what proton

10   pump inhibitor changes can look like.

11        Q.    Uh-huh.

12              And in fact, these were in

13   Mr. Baudin's slides, right?

14        A.    That's right.

15        Q.    Okay.  Let's look at page 7.

16        A.    Uh-huh.

17        Q.    And again, taken from

18   Exhibit 22.

19              And is again this an

20   H&E-stained slide of Mr. Baudin taken from

21   section J?

22        A.    Yes.

23        Q.    And it looks to depict a polyp.

24              What are you attempting to show

25   in this slide?

Patricia Mjones, M.D., Ph.D.

```
 1        A.      It is just basically showing a
 2   hyperplastic polyp and its relation to normal
 3   mucosa.  And just to show that it's a normal
 4   hyperplastic polyp and not a tumor.
 5        Q.      Uh-huh.
 6        A.      Not a malignant tumor.
 7        Q.      Okay.  Let's look at page 8 of
 8   Exhibit 22, again, an H&E stain.
 9              And what is this -- what area
10   is this showing?
11        A.      It's basically showing -- the
12   picture is kind of upside down in terms of
13   what you would normally see on -- you know,
14   when you look at things -- when you're trying
15   to explain things.
16              But what you see here is -- on
17   the bottom you see the sub -- like the
18   different -- you see the innermost layer of
19   the stomach, basically, and you see some
20   dilated glands.  And these are changes that
21   you could see as well in patients on proton
22   pump inhibitors.
23        Q.      All right.  Let's look at
24   page -- the next page.  So page -- if we can
25   flip that back around, Jeff.  Thank you.
```

1    Page 9 of Exhibit 22.

2                 And is this a picture of the

3    H&E-stained slide that we've been looking at

4    magnifications of?

5         A.     Yes, that's right.

6                 So basically on this picture

7    you see the squamous epithelium on the upper

8    right, and then in the circle you see the

9    area of cardiac mucosa measuring about

10   0.6 millimeters on that particular slide.

11                It's also to give an

12   illustration on the distance between the

13   squamocolumnar junction and the polyp

14   pointing out.  So the squamocolumnar junction

15   is the junction between the squamous

16   epithelium and the cardiac mucosa.

17        Q.     Look at page 10 of Exhibit 22.

18   And again, an H&E stain.

19                Is this from that same slide we

20   just looked at, which was page 9?

21        A.     That's right.

22        Q.     And what are you identifying

23   here?

24        A.     Well, it's basically -- within

25   the circle you see the squamocolumnar

Patricia Mjones, M.D. / Ph.D.

1    junction, and the area marked with the --

2    with the red line, that's just illustrating

3    the length of the cardiac mucosa in that

4    particular slide.

5              And it shows how the cardiac

6    mucosa differs from the oxyntic mucosa

7    next -- you know, next door to it.

8         Q.    Okay.  Let's look at page 11 of

9    Exhibit 22.

10        A.    Uh-huh.

11        Q.    And it looks like we are now

12   back to an immunostain, correct?

13        A.    That's right.  And that's

14   probably synaptophysin stain.

15        Q.    And is this the same location

16   that we looked at earlier with the

17   chromogranin A stain?

18        A.    Yes, that's right.

19        Q.    Anything new or different that

20   you can see in this slide from the

21   CGA-stained slide?

22        A.    No, it basically shows the

23   same.  Less background staining.

24        Q.    Uh-huh.

25              Let's look at page 12 of

1    Exhibit 22.

2              And again, synaptophysin

3    staining of the same area that we looked at

4    on the CGA slide earlier?

5         A.    Yeah.

6         Q.    Anything -- new observations on

7    this slide?

8         A.    No, no new observations apart

9    from what I already said.

10        Q.    Okay.  Let's look at page 13.

11        A.    Uh-huh.

12        Q.    And again, synaptophysin

13   staining of the same type of area that we saw

14   in the chromogranin A earlier?

15        A.    Yes, that's right.

16        Q.    Any new observations here?

17        A.    No.

18        Q.    And am I right, there were no

19   dysplastic areas in any of these slides that

20   we've just been looking at in Exhibit 22?

21   Correct?

22        A.    Yeah, no dysplastic areas.

23        Q.    All right.

24              VIDEOGRAPHER:  One more slide,

25        Counsel.

```
 1              MS. ALTHOFF:  Oh, I'm sorry, I
 2         thought we were done.
 3    QUESTIONS BY MS. ALTHOFF:
 4         Q.     14, correct.  Let's go to
 5    page 14.
 6              And is this the overview slide
 7    of the synaptophysin?
 8         A.     That's right.
 9         Q.     Synaptophysin.  Okay.  Great.
10              Thanks, Jeff.  Appreciate that.
11    All right.
12              (Mjønes Exhibit 2 marked for
13         identification.)
14    QUESTIONS BY MS. ALTHOFF:
15         Q.     Let's show her what's been
16    marked as Exhibit 2.
17              And, Dr. Mjønes, this -- yeah,
18    okay.  Making sure it was the same as mine.
19    This appears to be a 13 -- no, excuse me,
20    seven-page report.
21         A.     Uh-huh.
22         Q.     And is this your final report
23    in this matter?
24         A.     Yes.
25         Q.     And so this report doesn't
```

Patricia MJones, M.D. / Ph.D.

1   contain the annotations that we were

2   discussing earlier today, correct?

3        A.    It doesn't -- sorry, repeat the

4   question.

5        Q.    Sure.

6              So this particular version of

7   your report does not contain any of the

8   annotations we were discussing earlier today,

9   correct?

10       A.    You mean the pictures that you

11  just showed me?

12       Q.    No, the annotations.  In other

13  words, your notes.

14       A.    Yes, right.  Sorry.  No, they

15  don't contain them.

16       Q.    All right.  Let's turn to

17  page 7.

18       A.    Uh-huh.

19       Q.    And is this the sole slide that

20  you included as part of your original report?

21       A.    That's right.

22       Q.    And it's the synaptophysin

23  stain of section J?

24       A.    That's right.

25       Q.    So the nondysplas -- one of the

Patricia Mjønes, M.D., Ph.D.

1    nondysplastic specimens, correct?

2         A.     That's right.

3         Q.     So going back one page to

4    page 6.

5         A.     Uh-huh.

6         Q.     This is the last page of your

7    report, correct?

8         A.     Yes.

9         Q.     And is that your signature?

10        A.     That's my signature, yes.

11        Q.     Was it signed April 9th of

12   2021?

13        A.     Yes.

14               It's the same date -- yeah,

15   sorry.

16        Q.     Okay.  What else happened on

17   April 9th of 2021?

18        A.     No, it was the same day I

19   handed the box of slides back to Dr. Waldum

20   with -- that's on the chain of custody.

21               (Mjønes Exhibit 3 marked for

22        identification.)

23   QUESTIONS BY MS. ALTHOFF:

24        Q.     Excellent.  Okay.

25               Let's show her what's been

 1    marked as Exhibit 3 as well.

 2              Doctor, handing you what's been

 3    marked as Exhibit 3 to your deposition.  And

 4    this is seven pages of information from the

 5    PGL Pathology Group of Louisiana.

 6              I'm going to ask Jeff to scroll

 7    through this, and, if you would, confirm for

 8    me that this is the same materials that you

 9    received as it relates to the PGL, Pathology

10    Group of Louisiana.

11        A.    Looks like it so far.

12        Q.    So if we look at page 2 of

13    Exhibit 3 --

14        A.    Uh-huh.

15        Q.    -- this is entitled "Abnormal

16    Surgical Pathology Report" and relates to a

17    specimen collected on 10/5 of 2017.

18              Do you see that?

19        A.    Yes.

20        Q.    And is this the pathology

21    report that you reviewed with regard to the

22    surgical resection?

23        A.    Yeah, I'm just going to

24    double-check --

25        Q.    Yes.

Patricia Mjones, M.D. / Ph.D.

```
1          A.      -- if I have -- all right.
2                  Yeah, that's the same.  There's
3     just a bit different kind of -- yeah,
4     that's -- yes, that's right.
5          Q.      Okay.  Does your version have
6     any additional information than the version
7     I'm looking at, which is three pages, and
8     again entitled "Abnormal Surgical Pathology
9     Report," dated 10/5/2017, specimen collection
10    date?
11         A.      I only see three pages as well.
12    I don't see anything that's different.
13         Q.      Okay.  Does your version have
14    any notes or other annotations on it?
15         A.      I have it outlined pink on my
16    own, just so that -- that's what I usually do
17    when I read, I outline with pink just as I go
18    along, to -- you know, like -- like it's
19    just -- I can show you up in the air, but
20    it's basically -- I don't know if you can
21    see.
22         Q.      Yes, I can see it.
23                 So can you identify for us what
24    you highlighted in pink?
25         A.      Yes.  Number 1 -- so you have
```

Patricia MJones, M.D., Ph.D.

```
 1    to go to page 2.
 2         Q.     Page -- so page 2 of the
 3    surgical pathology report up at the top
 4    starts with "distal margin"?
 5         A.     Yes.  I highlighted "gastric
 6    polyp from body."
 7         Q.     Under Item Number 1?
 8         A.     Yes.
 9                And then on the same line I
10    highlighted "received fresh for
11    intraoperative consultation."
12                And on point number 2, "gastric
13    polyp from body" was highlighted.
14                And at the same line I
15    highlighted "received fresh for
16    intraoperative consultation."
17                Okay.
18         Q.     Yes.
19         A.     On point 3 I highlighted
20    "esophagus, proximal stomach and greater
21    omentum."
22                And I highlighted "11 times 8.2
23    times 3 centimeter partial stomach."
24                And I highlighted
25    "1.5 centimeters in length by 1.4 centimeters
```

1    in diameter distal esophagus" and continued

2    on until "additional tissue at the lesser

3    curve."

4              And in the line -- in the next

5    line I highlighted "0.8 times 0.7-centimeter

6    vague pink suspicious area."

7              And then I highlighted "may,"

8    and I highlighted "previous polypectomy

9    site."

10             And on the same line I

11   highlighted "at the lesser curve," and it's

12   1.2 centimeters from the gastroesophageal

13   junction.

14             And on the next line I

15   highlighted "the apparent previous

16   polypectomy site appears confined to the

17   mucosa."

18             And I highlighted "normal rugal

19   folds" in the same line.

20             The next line I highlighted

21   "multiple polyps identified throughout,

22   ranging from 0.2 centimeters to

23   1.1 centimeter in greatest dimension."

24             In the line below I highlighted

25   the gastric -- no, "the GE junction is

Patricia M. Jones, M.D., Ph.D.

```
 1    well-defined."
 2              And two lines below that I
 3    highlighted "17 possible lesser curvature
 4    lymph nodes," followed by "three possible
 5    greater curvature lymph nodes," followed by
 6    "representative sections."
 7              And then I highlighted "A" and
 8    then "proximal curvature tissue" -- "the soft
 9    tissue margin."
10              I highlighted -- basically the
11    rest of the lines in point 3 are highlighted.
12        Q.    Okay.  Sections A through T?
13        A.    Yeah.
14        Q.    Okay.
15        A.    And then 4 I highlighted
16    nothing.
17              In 5, "distal gastric
18    doughnut."
19              And then in the intraoperative
20    report, I highlighted "fundic gland polyps
21    negative for malignancy."
22              And then page 3 out of 3 I
23    highlighted a point 2, "fundic gland polyps
24    negative for malignancy."
25              And then point 3 I highlighted
```

Patricia Mjones, M.D., Ph.D.

```
1    "esophageal and gastric resection margins

2    negative for malignancy."

3         Q.    Is that it?

4         A.    Yeah.  And I have -- have it

5    written, a note to -- point L where it

6    says -- you know, where the -- which is

7    lesser curvature.  I have written in

8    Norwegian, "is this a polypectomy site,

9    question mark?"

10        Q.    Did you say that was next to --

11   by -- or in relation to specimen L?

12        A.    In relation to specimen L but

13   on the bottom of the page.

14        Q.    Okay.  Gotcha.

15              Okay.  Any other handwritten

16   notes?

17        A.    No.

18        Q.    And again, the one handwritten

19   note, you were sort of writing a note to

20   yourself questioning whether section L

21   related to the prior polypectomy site?

22        A.    Yeah, not to the polypectomy

23   site, but I was wondering if he -- you know,

24   as I said before, he had three polyps.  When

25   he was on the first examination in September,
```

1    he had three polyps.  One was sent in for

2    histology.  The two remaining polyps I have

3    no information what happened to.  I don't

4    know if they were sent in or not.

5              So that's why I was asking that

6    question to myself, if that could be a

7    polypectomy site from one of those polyps.

8    But if it isn't, it could be inflammation,

9    you know.  That's basically it.

10      Q.    Okay.  On Sections 1 and 2 with

11   regard to the gastric polyp from body -- and

12   on both of those you highlighted "received

13   fresh for intraoperative consultation."

14             Why was that significant to

15   you?

16      A.    Just basically reminding me

17   that these are frozen sections, so it's

18   not -- yes.  It doesn't always make sense

19   when I highlight things.

20      Q.    No, understood.

21             Section 3, obviously you

22   considered that section to be the most

23   important, I assume, of the five?

24      A.    That's right.

25      Q.    And that's because that is the

1    section where they had resected the prior

2    polypectomy site, right?

3         A.    The reason I have highlighted

4    most there is because when you get an

5    operation specimen, like in Norway when we --

6    when we have operation specimens, we have

7    each section down point wise, which it's much

8    easier to see where the different sections

9    are taken from.

10             Here they're kind of baked into

11   the text, so I highlighted them to get a

12   better overview over what the different

13   sections were showing.

14        Q.    Okay.  Of what significance was

15   the size of the partial stomach and distal

16   esophagus and omentum?

17        A.    I'm not sure I understand your

18   question.

19        Q.    Right.

20             So you highlighted the sizes.

21   So the 11 by 8.2 by 3 centimeter partial

22   stomach with attached 1.5 centimeter in

23   length by 1.4 centimeter distal esophagus,

24   and the 22 by 10 by 3.5 centimeter omentum,

25   the additional tissue at the lesser

1    curvature, why was that information

2    significant to you?

3         A.    So it's just, as I said, my

4    highlightings.  It's just the way I read the

5    document, I highlight as I go along, and it's

6    just easier for me to just visualize what the

7    specimen looks like.  So it wasn't any more

8    significant than that.

9         Q.    The one sentence that says,

10   "The suspicious area/previous polypectomy

11   site is at the lesser curvature and is

12   1.2 centimeters from the GE junction,"

13   what -- of what significance was that to you?

14        A.    When I -- when I looked at the

15   section, it wasn't any sign of a -- like

16   normally if you -- if you say something is

17   suspicious, you'd expect to see some changes

18   in the mucosa.  There was no changes in the

19   mucosa in that section, so that's why I have

20   to kind of think through.

21             And when I read Voltaggio's

22   report, seeing that the original polyps were

23   taken three centimeters distal to the --

24   {audio interruption}

25             MS. ALTHOFF:  Jeff?

```
 1              VIDEOGRAPHER:  They're frozen
 2       again.  Or she is, it looks like.
 3              MS. ALTHOFF:  I never know if
 4       it's me or them.
 5              VIDEOGRAPHER:  I think she's
 6       back now, Counsel.
 7              MR. GALLANT:  Okay.  We're
 8       back.
 9              THE WITNESS:  Yeah, so could
10       you repeat the last question, please?
11  QUESTIONS BY MS. ALTHOFF:
12       Q.     Sure.
13              So my question was, the one
14  sentence that says, "The suspicious
15  area/previous polypectomy site is at the
16  lesser curvature, is 1.2 centimeter from the
17  GE junction," of what significance was that
18  to you?
19       A.     Well, the significance was that
20  I wanted to look at that area to see if there
21  was any sign of a polyp there or any sign of
22  dysplasia in the area, because that's where
23  they thought the suspicious lesion was taken
24  from.
25              There's no sign of tumor in
```

1    that area, so it was just kind of me to get

2    an overview over -- you know, it was

3    significance -- significant in the sense that

4    there's no tumor there, so it meant that that

5    area that they thought was suspicious wasn't

6    suspicious.

7                 It's not uncommon that when you

8    look at sections after getting them, what you

9    think is suspicious isn't necessarily the

10   truth when you look at the sections

11   afterwards.

12        Q.    You see something different

13   under the microscope?

14        A.    Yeah, it's not easy to

15   recognize a polypectomy site after you get

16   the specimen in a month later.

17        Q.    You also identified -- well,

18   one of the items you highlighted was that

19   there were multiple polyps identified

20   throughout, ranging from .2 centimeters to

21   1.1 centimeter in greatest dimension.

22                 Of what significance was that

23   to you?

24        A.    Just to get an impression of

25   what was there, basically.  Nothing -- you

1  know, just to visualize what the -- when you

2  haven't seen the specimen, you're trying to

3  visualize by what other people describe to

4  you.  So it's just highlighting for my own

5  sake.

6      Q.    And you identified that the GE

7  junction was well-defined.

8            What significance was that to

9  you, and do you agree with that

10  determination?

11     A.    Well, I haven't seen the gross

12  specimens, so I couldn't -- I can't say --

13  say something about something I haven't seen

14  like that.

15           But the fact that it's

16  well-defined tells me that there's no jagged

17  edges or something that you'd normally see in

18  the Barrett's.

19           Voltaggio has shown a picture

20  of a normal gastric junction, and she also

21  has shown a schematic presentation -- I can

22  tell you which page was it on if you want

23  to -- but just showing a picture of what an

24  esophagus can look like when you have

25  Barrett's.

Patricia Mjones, M.D., Ph.D.

1     Q.      Uh-huh.

2     A.      And it's -- like on page 31, I

3  think.

4     Q.      Okay.

5     A.      And on that page, you have --

6  you have a jagged appearance of the

7  esophagus.  You wouldn't call -- call an

8  esophagus looking like that well-defined.

9  Like you wouldn't call a squamocolumnar

10  junction like that looking well-defined.  So

11  it tells me that it wasn't many changes

12  consistent with the Barrett's from looking --

13  just from that description.  That's how I

14  would interpret it.

15     Q.      Okay.  And then you highlighted

16  the information about the lymph nodes and how

17  many had been taken, correct?

18     A.      Yes.

19     Q.      And ultimately all the lymph

20  nodes showed no evidence of metastasis,

21  right?

22     A.      That's right.

23     Q.      So was there anything

24  significant otherwise about that statement?

25     A.      No.

Patricia M. Jones, M.D. / Ph.D.

```
 1          Q.      All right.  So then you
 2   highlighted A through T.  And what, if
 3   anything, was of significance to you from
 4   those -- in other words, why did you
 5   highlight those sections?
 6          A.      From A to --
 7          Q.      A to T, as in Thomas.
 8          A.      It's basically highlighting
 9   where -- that's the information that tells me
10   where the sections are taken from, so it's
11   easier for me to find.  That's why I
12   highlighted them.
13          Q.      Okay.  And, you know,
14   specifically with regard to the tissue block
15   that you got was from section J, which is
16   described here as additional polyps near the
17   GE junction, correct?
18          A.      That's right.
19          Q.      And from your pathologic
20   review, is that consistent, that description,
21   with what you saw in pathology?
22          A.      Yes, that's consistent with
23   that, that we see hyperplastic polyp.
24          Q.      In the pathology report that
25   was done by Louisiana that we've just been
```

Patricia Mjones, M.D./Ph.D.

1  looking at, they did not describe any of the

2  polyps in the esophagus, proximal stomach or

3  greater omentum as hyperplastic.

4            Am I right?

5       A.    They described them as fundic

6  gland polyps that was -- were removed on

7  frozen section.

8       Q.    And the two frozen section

9  fundic gland polyps, of course, were negative

10 for malignancy as you've identified, correct?

11      A.    Yes.

12      Q.    All right.  Let's keep going on

13 exhibit -- Jeff, remind me.  Where are we?

14            VIDEOGRAPHER:  3.

15            MS. ALTHOFF:  3.  Thank you.

16 QUESTIONS BY MS. ALTHOFF:

17      Q.    Exhibit 3, the next page.  Keep

18 going.  So this will be page -- so we're now

19 on page 5, I believe, of this exhibit titled

20 "Abnormal Surgical Pathology Report," and

21 from a specimen collected on 9/12/2017.

22            Do you see that?

23      A.    It's the one marked

24 PG-17-18840?

25      Q.    Yes.

Patricia Mjones, M.D., Ph.D.

1         A.      Yes, I see that.

2         Q.      And is it your understanding

3    that this is the report from the original

4    biopsy that was done during the endoscopy?

5         A.      Yes, that's right.

6         Q.      And this includes on the next

7    two pages, which are the last two pages of

8    the exhibit, the testing for HER2 gene

9    application, correct?

10        A.      That's right.

11        Q.      And in this case, they found it

12   was -- it was negative, right?

13        A.      That's right.

14        Q.      But there were increased copies

15   of number 17 chromosome and increased copies

16   of HER2 NEU, right?

17        A.      That's right.

18        Q.      What, if any, significance did

19   you take from the findings on these last

20   three pages of the report?

21        A.      I didn't find anything of

22   significance, really.  The fact that this --

23   that the -- that it was low 2 meant that it

24   wasn't amplified, so I didn't read -- I

25   didn't consider it as any more than that.

Patricia M. Jones, M.D., Ph.D.

```
 1          Q.     Okay.  And with regard, though,
 2   to the page -- first page of the EGD surgical
 3   path report -- so go back two pages, I think,
 4   Jeff.  Yeah, right there -- the final
 5   pathologic diagnosis was focal intramucosal
 6   adenocarcinoma arising from high-grade
 7   gastric adenomatous dysplasia.
 8               Do you see that?
 9          A.     I'm not sure if I'm the -- I'm
10   just trying to see where you said that last
11   part.
12          Q.     Sure.  Right under the big
13   black bar that says "final pathologic
14   diagnosis."
15          A.     I see it, yes, thank you.
16          Q.     Do you see there that PGL,
17   Pathology Group of Louisiana, final
18   pathologic diagnosis?
19          A.     Yes.  It says -- yes, sorry.
20          Q.     And I was asking, do you agree
21   with that pathologic diagnosis?
22          A.     Yes.
23               Well, it's basically -- they're
24   saying it's intramucosal adenocarcinoma
25   arising in high-grade gastric adenomatous
```

Patricia Mjones, M.D. / Ph.D.

```
 1    dysplasia.  So it's -- you know, it's a
 2    bit -- more or less agree with that.
 3         Q.     Which part of that do you not
 4    agree with?
 5         A.     Well, basically it's a polyp
 6    with high-grade dysplasia.  There might be
 7    some different way of interpreting whether
 8    the tumor breaks through the basal membrane
 9    of the -- or not, but basically focal --
10    there are areas that could be consistent with
11    focal intramucosal adenocarcinoma based on
12    the architecture and things.  So I do agree.
13         Q.     Okay.  So you have some
14    equivocation with regard to the intramucosal
15    part of this and the intramucosal
16    adenocarcinoma versus a high-grade dysplasia
17    adenoma.
18              Am I understanding correctly?
19         A.     Yes.  Well, I don't -- I don't
20    disagree, but there are -- there are, like,
21    subtleties that -- you know, it's not
22    uncommon to have little -- you know, that
23    you -- you would be -- with agreeing, but
24    there could be little -- you'd discuss it,
25    kind of.
```

1            Not able to explain myself very

2  well now, but I'm basically in agreement.

3       Q.     Yeah.

4            And I just wanted to make sure

5  I understood which part of this statement you

6  had some minor discussion thoughts on.

7       A.     Well, basically when we see

8  arthritis intramucosal adenocarcinoma, you

9  might see smaller group of tumor cells within

10  the lamina propria, which I didn't see.  But

11  then again, the tumor shown there is where

12  you have glands melding together, which --

13  with the kind of necrotic areas within the

14  glands, as far as I remember, that could fit

15  with that.

16            So, you know, I'm -- I'm being

17  a bit backwards and forwards with that

18  regard.  But, you know, I don't -- I don't

19  disagree.

20       Q.     Okay.  At the time that you

21  reviewed the slides the first time, did you

22  have any other clinical information about

23  Mr. Baudin other than what we've just looked

24  at in Exhibit 3 and your understanding of

25  age, gender and that he had gastroesophageal

1    reflux disease?

2         A.     No, I didn't know that.  No,

3    I -- no, sorry, I knew that, but I don't have

4    any other clinical information.  So the rest

5    of the clinical information I got, I got

6    through Voltaggio's report.

7         Q.     Have you ever seen the

8    endoscopist's or the surgeon's report?

9         A.     I've seen it -- I've seen it

10   over the weekend.

11        Q.     Let's show her what's been

12   marked as Exhibit 4A.

13             MR. GALLANT:  Katherine, we've

14        been going about an hour, so if we

15        could -- I'm not saying a break now,

16        but if we could break in -- when it's

17        appropriate for you, that would be

18        welcomed.

19             MS. ALTHOFF:  No, let's go

20        ahead and do that now because I'll be

21        on this next exhibit for a few

22        minutes.

23             MR. GALLANT:  And I think if --

24        the hour is getting late here.  It's

25        4:30.  We've had lunch sitting outside

Patricia Mjønes, M.D./ Ph.D.

```
 1            for four and a half hours.  So can we
 2            take a break for 25 minutes and -- or
 3            20 minutes and eat something or -- if
 4            that's agreeable?
 5                 MS. ALTHOFF:  Certainly.  That
 6            would be fine.  Why don't we return at
 7            noon Eastern.
 8                 MR. GALLANT:  Sounds good.
 9                 VIDEOGRAPHER:  Off record,
10            11:34 a.m.
11             (Off the record at 11:34 a.m.)
12                 VIDEOGRAPHER:  On record, 12 --
13            sorry, one second.  On record,
14            12:10 p.m.
15       QUESTIONS BY MS. ALTHOFF:
16            Q.    Dr. Mjønes, we are back after a
17       break, and let's go back to Exhibit 2, which
18       is your report.  And let's go back to page 1,
19       please.
20                 And if we look at that first
21       paragraph --
22                 MR. RESTAINO:  Katherine, I'm
23            sorry, this is John.  And the Internet
24            just went out and they got kicked out
25            again, or at least Michael did.
```

Patricia Mjønes, M.D., Ph.D.

```
 1                    MS. ALTHOFF:  Thank you.
 2                    MR. RESTAINO:  And the witness.
 3          Just --
 4                    MR. GALLANT:  Okay.  I think
 5          I'm okay.  Okay.
 6                    THE WITNESS:  Yeah.
 7                    MR. GALLANT:  Okay.  We're okay
 8          here.
 9                    MS. ALTHOFF:  I can see the
10          witness again.  Okay.
11     QUESTIONS BY MS. ALTHOFF:
12          Q.     Turning your attention back to
13     Exhibit 2, Dr. Mjønes, which is your report,
14     and in particular that first paragraph at the
15     top --
16          A.     Uh-huh.
17          Q.     -- and you're talking about
18     what you received to review in this case,
19     correct?
20          A.     That's right.
21          Q.     And you identify that you
22     received a box of 58 pathology slides that
23     was received in January of 2021, right?
24          A.     That's right.
25          Q.     Okay.  How long prior to --
```

1    well, when in January, approximately, did you

2    receive the pathology slides?

3         A.    I can't remember, but I think

4    it could have been middle January, in the

5    middle of January someplace -- somewhere, but

6    I can't remember that for sure.

7         Q.    Okay.  When prior to that did

8    Dr. Waldum ask you to work on this case?

9         A.    I think he mentioned something

10   about it in November or December 2020, but I

11   can't -- I can't remember that for sure.

12        Q.    And how did he ask you?  Was it

13   in person or by e-mail or what?

14        A.    I think he probably asked me in

15   person, but I can't remember that a hundred

16   percent.

17        Q.    Do you recall what he asked you

18   to do?

19        A.    Yes, I can't remember the

20   details specifically, but I know he asked me

21   to review some slides, gaining -- like he

22   was -- I can't -- to be honest with you, I

23   can't remember the very details about how he

24   asked me, he basically asked me to review

25   some slides.

Patricia Mjones, M.D., Ph.D.

1    Q.    And so -- okay.  And then you

2    got the slides in January of 2021, and I

3    think you said those were hand-delivered to

4    you by Dr. Waldum, correct?

5    A.    That's right.

6    Q.    And then a couple months later

7    you got a tissue -- got two tissue blocks,

8    correct?

9    A.    That's right.

10   Q.    And did you request tissue

11   blocks, or how did that occur?

12   A.    Basically I was asked to look

13   for signs of hyperplasia of neuroendocrine

14   cells.  And you can't look for hyperplasia of

15   neuroendocrine cells without the special

16   stains, or the immunostains.

17   Q.    And in order to do an

18   additional staining, you have to have a

19   block?

20   A.    That's right.

21   Q.    Who asked you to look for ECL

22   cell hyperplasia?

23   A.    That was Dr. Waldum.

24   Q.    And that request, was that in

25   writing or in person?

1        A.      That, I can't remember.  I

2   think he said it in person, but I can't -- I

3   can't guarantee that it's not in writing.  I

4   don't remember, to be honest with you.

5        Q.      All right.  So then did you

6   complete the review of the January received

7   slides before you received the tissue blocks?

8        A.      Yes.  I was nearly done with

9   it.  I had completed it, and then I finalized

10  it once I had seen the tissue blocks.

11       Q.      So you had reviewed all of the

12  slides and made preliminary observations

13  before you received the tissue blocks?

14       A.      That's right.

15       Q.      Was there anything about your

16  review of the tissue blocks that changed your

17  observations, having reviewed the slides the

18  first time?

19       A.      No, the only thing that changed

20  was that I added the fact that there was

21  neuroendocrine hyperplasia in the -- in the

22  sections, but nothing else had changed.

23       Q.      And so then after you reviewed

24  the tissue blocks in March --

25       A.      Uh-huh.

Patricia Mjones, M.D., Ph.D.

```
 1        Q.      -- and you prepared your
 2  pathology report, which is dated April 9th of
 3  2021?
 4        A.      Yes.
 5        Q.      But I think as you told us to
 6  begin with, you were kind of developing the
 7  report as you went along?
 8        A.      Uh-huh.
 9        Q.      When you finished your report
10  on or about April 9 of 2021, what did you do
11  with it?
12        A.      When I finished the report and
13  signed it, I hand-delivered the report.  I
14  might have sent him an e-mail with the
15  report.  I can't remember.  But I
16  hand-delivered the report, signed, with --
17  with the sections.
18        Q.      So you sent him the report
19  along with the slides that needed to be
20  returned?
21        A.      That's right.
22        Q.      And when you sent him the
23  report, you said it was signed.
24                Was it a PDF, or what was the
25  format?
```

1        A.      I think it could have been a --

2  no, it was -- if I sent him a signed

3  version -- no, I think I handed him the paper

4  version that was signed, and that's what he

5  probably scanned -- has used.  Or what you're

6  showing me here is a scanned version of the

7  paper format that I have signed.

8        Q.      Okay.  And you said you may

9  have sent him an electronic copy as well, and

10  I was wondering if that was a PDF or --

11        A.      That would have been -- I think

12  it could have been a Word document.

13        Q.      Okay.  Would it have had your

14  electronic signature embedded or would it

15  have been unsigned?

16        A.      It probably would have been

17  unsigned if I sent it.  And I don't think I

18  had the patient identification on it, but I

19  can't -- I can't remember the details of it.

20        Q.      Okay.  Did Dr. Waldum contact

21  you to discuss your written report?

22        A.      I think he contacted me saying

23  that he was happy I had done the work, and I

24  can't remember discussing the findings apart

25  from that.

Patricia Mjones, M.D. / Ph.D.

1      Q.    Okay.  Between -- I'm sorry, go

2  ahead.  Finish.

3      A.    So I have informed him of my

4  findings of neuroendocrine cell hyperplasia,

5  but that's also in the report.

6      Q.    And so between the time that

7  you reviewed the slides in January and before

8  you received the tissue block in March, and

9  then of course thereafter you wrote your

10  report, did you have any discussions with

11  Dr. Waldum about what you had seen in the

12  slides?

13      A.    I can't remember having any

14  discussion about it, but I can't guarantee it

15  because it's so long ago.  But I -- well, it

16  was a year ago.  But I also thought when I

17  was done looking at them in January, I

18  thought I was completed them until I realized

19  we were getting tissue blocks.

20      Q.    Did you have any discussions

21  with Dr. Waldum about what would be in your

22  report prior to writing your report?

23      A.    I think I might have said to

24  him -- but this is -- like I can't remember

25  properly.  But I might have said to him that

1    I'm basically agreeing with the Louisiana

2    group.  I didn't have any -- you know,

3    anything to add to -- you know, I was

4    basically in agreement with what they wrote.

5        Q.    Uh-huh.  Did you tell

6    Dr. Waldum that it was your impression that

7    the cancer was located in the non-cardia

8    regional?

9            MR. GALLANT:  Object to form.

10   QUESTIONS BY MS. ALTHOFF:

11       Q.    You can still answer, Doctor.

12       A.    Okay.

13            With it -- as far as I

14   remember, I didn't really discuss the

15   location.

16       Q.    At any time?

17       A.    That, I can't guarantee.  I

18   can't remember, to be honest with you, but I

19   can't remember that being a major topic of

20   discussion.

21       Q.    Okay.  We've identified, you

22   know, in this first paragraph that you

23   received a total of 58 slides, and those came

24   from both the EGD biopsy from September and

25   then later the resection, the surgical

1    resection, correct?

2         A.     That's right.

3         Q.     And you later received

4    additional slides that you now reviewed on

5    this past Saturday, correct?

6         A.     That's right.

7         Q.     And was it 83 slides, again,

8    all from the Pathology Group of Louisiana

9    that you reviewed on Saturday?

10        A.     Yes.

11        Q.     And was there -- I kind of

12   asked this, but I want to make sure I've

13   asked it completely.

14               Was there anything new or

15   different that you saw on the additional

16   slides that were first reviewed for you on

17   Saturday that was new or different than what

18   you'd seen when you reviewed the initial 58?

19        A.     No.  Because the additional

20   slides were basically other levels from the

21   same tissue blocks, and they didn't give

22   extra information.

23        Q.     So whatever observations or

24   findings that you had as it relates to the

25   H&E-stained slides and the HER2-stained

Patricia M. Jones, M.D. / Ph.D.

```
1    slides received from Pathology of Louisiana
2    should be exactly the same as what was in
3    your report that was appended to Dr. Waldum's
4    report, correct?
5                   {Audio interruption}
6         A.      It's unstable.  Hello.  I'm
7    back.
8         Q.      Okay.  Did you hear my
9    question, Doctor?
10        A.      I missed the last part of your
11   question.  I'm sorry.
12        Q.      So let me reask it.
13               As you've identified, any new
14   slides that you reviewed for the first time
15   on Saturday were taken from the same
16   locations as previous slides that you had
17   reviewed; they were just different levels,
18   correct?
19        A.      That's right.
20        Q.      And would you agree then that
21   because they were simply different levels,
22   that you had no new observations or findings
23   based on those pathology slides from
24   Louisiana Pathology from what you had in your
25   report that we received some months ago?
```

Patricia Mjones, M.D./Ph.D.

```
 1            MR. GALLANT:  Well, I'm going
 2       to object to form in that, you know,
 3       you and the witness have had several
 4       long conversations about things not
 5       contained in her report that are --
 6       she's observed in these slides.  I
 7       don't know if it's the new slides or
 8       old slides, but she's expressed other
 9       opinions here today already.
10            So I'm just going to make that
11       objection for the record.
12  QUESTIONS BY MS. ALTHOFF:
13       Q.    Did you understand my question,
14  Doctor?
15       A.    Can I rephrase it the way I
16  think you mean it?
17       Q.    Sure.
18       A.    Okay?
19            So what you're asking me is,
20  have I seen anything new in the slides that I
21  haven't seen before.  Is that what you --
22       Q.    Yes.  Yeah.
23            And particularly based on the
24  fact that previously you only had 58 and now
25  you have 83.
```

1    A.    Well, the remaining slides

2  didn't add any new information.  It basically

3  showed things I had seen before, only the

4  levels were different.

5    Q.    Okay.  You answered my

6  question.  Thank you.

7          So in other words, had you had

8  all 83 slides when you reviewed them back in

9  January of 2021 instead of just 58 slides,

10 your findings and observations would be

11 exactly the same as what was provided to us

12 in your report dated April 9th of 2021?

13   A.    Yes.

14   Q.    Let me ask you a fairly broad

15 question, Dr. Mjønes, because this might

16 short-circuit it a little bit.

17          I am going to talk to you about

18 the -- your findings related to the slides

19 from the EGD biopsy and then of course from

20 the surgical resection.

21          But then there were a number of

22 other slides relating to three different

23 surgical biopsies which you have in your

24 report, which is Exhibit 2, on pages 4 and 5.

25   A.    Okay.  Yes.

Patricia Mjones, M.D., Ph.D.

```
 1        Q.     Did those surgical biopsy --
 2   yeah, surgical -- not surgical.  But did
 3   those biopsies provide any new or different
 4   information to you with regard to your
 5   findings as it relates to Mr. Baudin's tumor?
 6        A.     No, not -- I don't think so.
 7        Q.     Do you have an understanding of
 8   the nature of those specimens, in other
 9   words, when or why they were taken?
10        A.     No, I can't recall -- no,
11   basically I know that the -- the biopsy
12   marked 24887 was from the anastomotic
13   granulation tissue biopsy.
14        Q.     Uh-huh.
15        A.     Yeah?
16               And that basically didn't give
17   any extra information.  I don't know why it
18   was taken.  I don't have information on that
19   unless it's in the...
20        Q.     And because it came from the
21   anastomosis --
22        A.     Yeah.
23        Q.     -- does that tell you that it
24   was after the surgery?
25        A.     Yeah, that would be after the
```

1    surgery.

2         Q.    Uh-huh.

3               And the other two biopsies are

4    identified as PG-18 and then five numbers,

5    and then the next one, PG-19 and five

6    numbers.

7         A.    Yes.

8         Q.    Does that provide you any

9    information with regard to when or why those

10   specimens were collected?

11        A.    Well, they were collected after

12   the surgery, considering -- I assume that 18

13   and 19 are the year the biopsies were taken,

14   so they must have been taken after the

15   surgery.  And it took me -- naturally if you

16   have some changes in the stomach, to take a

17   biopsy of them considering his history of a

18   tumor.

19        Q.    Uh-huh.

20              And is that fairly standard

21   procedure, to use the last two digits of the

22   year as those first two numbers in a biopsy

23   identifier?

24        A.    Yeah, it varies from country to

25   country, I'm sure.  Like in Norway, the two

1    year identifiers would be at the end of the

2    number.  You'd have the biopsy number and a

3    slash and then the year on the end.  So it

4    probably varies from country to country, but

5    that's how I would interpret it.

6         Q.     Okay.  We took a look earlier

7    today at the last page of your report --

8         A.     Yes.

9         Q.     -- so page 7, which contains an

10   image of one of the immunostained slides that

11   you or your group made, correct?

12        A.     That's right.

13        Q.     And then we also looked at

14   Exhibit 22, which was a series of images

15   taken from slides made of the tissue block

16   which was at site N during the surgical

17   resection, correct?

18        A.     So site J, not N.

19        Q.     Excuse me.  Site N, thank -- or

20   site J.  Thank you.

21               My question, though, is, do you

22   have in your possession any other images of

23   any pathology relating to Mr. Baudin, whether

24   it was sort of -- the slides were created by

25   you or whether they were created by Pathology

Patricia Mjones, M.D., Ph.D.

```
1    Group of Louisiana?
2         A.    No.
3               What we do have in the
4    department are scanned images of the sections
5    that were -- you know, from the -- sections
6    from the tissue blocks and the immunostains.
7    That's what we have in our department.
8         Q.    Okay.  And what I'm asking is,
9    we looked through 14 images in Exhibit 22,
10   and what I want to know is, are there any
11   other images that we haven't looked at today?
12        A.    No.
13        Q.    So, you know, we're going to
14   talk in a little bit about the copy of your
15   report with the pink annotations --
16        A.    Yes.
17        Q.    -- right?
18        A.    Uh-huh.
19        Q.    And I'm going to mark that as
20   an exhibit here in a minute, but I just had
21   another question, which was, do you have any
22   other documents or notepads or anything like
23   that in your possession where you took notes
24   related to your review in this -- your work
25   in this litigation?
```

1    A.    Well, on my computer and after

2  when I looked at Voltaggio's report, I

3  probably have highlighted some -- I

4  highlighted a couple of, you know, note boxes

5  on those, but I don't have them here.

6    Q.    Okay.  So you have an

7  annotated, if you will, copy of

8  Dr. Voltaggio's report?

9    A.    That's right.

10   Q.    Do you have any other like --

11 like almost like an index of every one of the

12 slides you reviewed and any comments about

13 your observations, other than what has been

14 included in your annotated report?

15   A.    No.

16         MS. ALTHOFF:  Can we go off for

17      just a minute?  I think I need to grab

18      some water.  Let's go off the record.

19         MR. GALLANT:  Sure.

20         VIDEOGRAPHER:  Off record,

21      12:31 p.m.

22      (Off the record at 12:31 p.m.)

23         VIDEOGRAPHER:  On record,

24      12:32 p.m.

25

1    QUESTIONS BY MS. ALTHOFF:

2         Q.    Dr. Mjønes, are there any other

3    documents relating to any of the work that

4    you've done in this matter that contain notes

5    or annotations of any kind?

6         A.    Not that I'm aware of.

7         Q.    I know you've told us that

8    Dr. Waldum asked you to do this pathologic

9    review.

10             Did anyone else direct your

11   work?

12        A.    No.

13        Q.    We looked at an e-mail earlier

14   today which was Exhibit 14, which we don't

15   have to bring it up right now, but that was

16   the one titled "Travel Expenses and Work

17   Invoice" and discussed the $400 per hour?

18        A.    Yes.

19        Q.    And that e-mail is dated

20   November 15th of 2021.

21        A.    Uh-huh.

22        Q.    Prior to that time, did you

23   have any idea that you were going to be paid

24   for this work?

25        A.    I had an understanding of it.

1          Q.     Okay.  When did you first have

2    that understanding?

3          A.     When I was asked to do it,

4    probably.

5          Q.     And who did you understand

6    would be paying you to do the work?

7          A.     Well, I would have -- Waldum

8    would have been told that it would be paid

9    by -- by the company, the -- Restaino and

10   Gallant.

11         Q.     Okay.  Did you have an

12   understanding that you would be paid directly

13   or that you would be paid through Dr. Waldum?

14         A.     That, I don't know.  I didn't

15   know that.

16         Q.     And again, it was Dr. Waldum --

17   between Dr. Waldum and you that decided the

18   25 hours and the $400 per hour, correct?

19              MR. GALLANT:  Object to form.

20              You can answer.

21              THE WITNESS:  Okay.

22              Well, basically, it was going

23         back trying -- trying to work out the

24         hours, and then it -- it didn't have

25         specific times and hours written up,

1        so that's how we -- basically -- how

2        can I say it?  I was trying to

3        remember how many hours I had spent on

4        it by thinking of when I did the work.

5             And I did the work during a

6        week where I didn't have normal

7        diagnostic routine, so that's how I

8        kind of got to -- got to the result of

9        the hours.

10   QUESTIONS BY MS. ALTHOFF:

11        Q.    Okay.

12        A.    If that makes sense.

13        Q.    It sounds like most of these

14   discussions about you doing the work and how

15   much and how much time were going through

16   Dr. Waldum; is that accurate?

17        A.    That's right.

18        Q.    So you weren't having these

19   direct discussions with Mr. Restaino or

20   Mr. Gallant or anyone else representing

21   Mr. Baudin?

22        A.    No.

23        Q.    Do you recall when the first

24   time was that you yourself had any written

25   correspondence or talked to one of the

1    lawyers?

2         A.    That would have been not that

3    long ago.  I can't remember any details and I

4    can't remember exact dates, but I talked to

5    John through e-mail --

6              MR. GALLANT:  And I'm just

7         going to object again.  If -- you

8         know, and direct you not to discuss

9         things you discussed with

10        Mr. Restaino.

11             In terms of when you were

12        contacted, if you can recall that,

13        that is appropriate.

14             THE WITNESS:  Yeah.

15   QUESTIONS BY MS. ALTHOFF:

16        Q.    So I think you were telling me

17   when you were communicating with

18   Mr. Restaino.

19             So do you want me to reask the

20   question?

21        A.    Yes, please.

22        Q.    Okay.  Let me ask it this way.

23             When was the first time, and an

24   approximate date is fine, that you

25   communicated in writing with Mr. Restaino,

1    Mr. Gallant or anyone else on behalf of

2    Mr. Baudin?

3        A.    I actually don't know if I'd be

4    able to give you an exact date because I

5    can't remember, but it -- I would say maybe a

6    few -- a few weeks back.

7        Q.    And when was the first time

8    that you talked with anyone representing

9    Mr. Baudin, that being Mr. Restaino,

10   Mr. Gallant or anyone else?

11       A.    Well, in relation to this case,

12   it's been during the last week.

13       Q.    Have you talked with any of

14   these lawyers with regards to other cases in

15   litigation?

16       A.    No.

17       Q.    Well, I guess while we're on

18   the topic of this, when was the last time

19   that you talked to Dr. Waldum?

20       A.    I talked to him -- trying to

21   think.  It was a couple of days ago maybe.

22       Q.    So today is Monday.

23            Did you talk to him over the

24   weekend?

25       A.    No, not during the weekend.  I

1    think the last time I talked to him was

2    Thursday or Friday before I got the slides.

3        Q.    And you haven't talked to him

4    since you got the slides back?

5        A.    No, I haven't discussed the

6    slides with him.

7        Q.    And so I assume then Dr. Waldum

8    wasn't in on any of the meetings that you had

9    this weekend?

10       A.    No.

11       Q.    So going back to Exhibit 2,

12   let's pull that up and make sure we have

13   that.  And this is your report that we

14   received which was dated April 9th of 2021.

15       A.    Uh-huh.

16       Q.    As you sit here today -- and

17   again, we'll look at those annotations.  But

18   do you have any changes to this report or is

19   this your final report?

20       A.    So this is my final report.

21       Q.    With regard to the re-review of

22   the pathology that was conducted this last

23   Saturday, did you request to see the slides

24   again, or how did that come about?

25       A.    I don't remember exactly how,

Patricia Mjones, M.D., Ph.D.

1    but basically I said that it's more than a

2    year since I've seen the slides, so I can't

3    remember the fine details of every slide.

4              And also when I saw the

5    pictures from Voltaggio -- Voltaggio, I

6    thought it would be -- you know, to remember,

7    recall what I've seen, it would only be fair

8    to see them again.

9              So, you know, I didn't ask for

10   them, but I was offered them.  They said they

11   were coming along.

12        Q.    Have you been asked to be an

13   expert witness in this case?

14        A.    No.

15        Q.    Have you advised anyone that

16   you will not be an expert witness?

17        A.    Would you please rephrase the

18   question?

19        Q.    Sure.

20             Have you told anyone that you

21   do not want to be an expert witness?

22        A.    Well, I've said that I'm not --

23   I wouldn't like to be in a situation where I

24   have to -- having a deposition like you're

25   having now.

Patricia Mjønes, M.D.; Ph.D.

1        Q.      Okay.  All right.  Have you

2   been asked to testify at the trial in the

3   United States?

4        A.      Not directly, no.

5        Q.      When you say "not directly,"

6   that's always going to prompt me to ask you,

7   what do you mean by that?

8        A.      Well, I have been told that it

9   would be a court case, not -- I'm being told

10  that afterwards.  But I've been under the

11  impression that I wouldn't have to be

12  deposed.  So I didn't think it would be

13  relevant for me.

14       Q.      Has anyone told you that you

15  will not have to testify at trial?

16       A.      Well, I kind of got that

17  impression, that I wouldn't have to.

18       Q.      Have you ever been to the

19  United States?

20       A.      Yes.

21       Q.      Okay.  Have you reached any

22  opinion, Dr. Mjønes, with regard to whether

23  Mr. Baudin's PPI use caused or contributed to

24  any adverse medical condition that he has

25  experienced?

Patricia Mjones, M.D. / Ph.D.

```
1        A.      Sorry, could you please
2   rephrase it?  No, not rephrase it, repeat it.
3   Sorry.
4        Q.      Sure.
5                Have you reached any opinion
6   with regard to whether Mr. Baudin's proton
7   pump inhibitor use caused or contributed to
8   any adverse medical condition that he has
9   experienced?
10       A.      The only thing is that I --
11  when you have hypergastrinemia, which can be
12  caused by proton pump inhibitors, that can
13  cause hyperplasia in neuroendocrine cells.
14               But apart from that, I don't
15  have any opinion.
16       Q.      Okay.  And you saw, when you
17  looked at some of the specimens -- and in
18  particular we're talking about specimen J --
19       A.      Yes.
20       Q.      -- and stained it for
21  neuroendocrine markers, you saw what you
22  believed to be hyperplasia of the
23  neuroendocrine cells there, correct?
24       A.      That's right.
25       Q.      And I guess -- so let me ask --
```

1    and are you -- well, strike that.

2            Do you consider hyperplasia to

3    be an adverse medical condition, ECL cell

4    hyperplasia?

5        A.    Well, if you have -- have it

6    over time, it can eventually develop into a

7    neuroendocrine tumor.

8        Q.    Do you -- is it your opinion

9    that ECL cell hyperplasia more likely than

10   not leads to a neuroendocrine tumor?

11       A.    It may lead to that, but it

12   doesn't always lead to that.

13       Q.    Do you have any opinion in this

14   case as to whether Mr. Baudin's ECL cell

15   hyperplasia had led to any type of

16   neuroendocrine tumor?

17       A.    He didn't have a neuroendocrine

18   tumor, so it didn't lead to that in this

19   case.

20       Q.    Okay.  Do you have any opinions

21   about whether his ECL cell hyperplasia that

22   you saw in specimen J will more likely than

23   not lead to a neuroendocrine tumor in

24   Mr. Baudin?

25       A.    That, I can't -- that's

1    impossible for me to say.

2         Q.     That would require you to

3    speculate?

4         A.     Yeah, and I can't -- I can't

5    answer that question.

6         Q.     And just to be clear, why can't

7    you answer that question?

8         A.     Well, I -- I mean, it takes

9    many -- it can take some years for a -- the

10   hyperplasia to develop into a tumor like

11   that.  So I don't know.  I can't speculate

12   what will happen to him.

13        Q.     And it's your understanding

14   that in -- even as you see it, in not all

15   cases does ECL cell hyperplasia lead to a

16   neuroendocrine tumor in humans?

17        A.     Not in -- not in all cases.

18   Usually you could have some other factors

19   contributing.

20        Q.     Okay.  What do you mean by

21   that?

22        A.     Well, if you -- so if you have

23   mutation, for example, in the MEN1 gene, for

24   example, that would be an additional factor.

25   But -- but that could lead to a tumor.

Patricia M. Jones, M.D., Ph.D.

```
 1              But I don't know if it would --
 2    would develop into a tumor in his case.
 3    That, I don't know.  But if it -- if it --
 4    continues to take it over a long time, who
 5    knows.  It could.
 6         Q.    Do you know whether Mr. Baudin
 7    had the genetic mutation of MEN1?
 8         A.    No.  I don't --
 9         Q.    Do you know -- do you know
10    whether he's been tested for it?
11         A.    That, I don't know.
12         Q.    And is there a clinical test
13    for that gene alteration?
14         A.    Yeah, I'm sure there are ways
15    to test for it.
16         Q.    So again, just to be clear, as
17    it relates to Mr. Baudin, it is not your
18    opinion that the ECL cell hyperplasia that
19    you saw in specimen J will lead to a
20    neuroendocrine tumor for Mr. Baudin?
21              MR. GALLANT:  Object to form.
22              You can answer.
23              THE WITNESS:  Yeah.
24              No, I don't know if it could
25         lead to that or not.  I mean, if it
```

Patricia Mjones, M.D., Ph.D.

```
 1          continues -- if he continues to take
 2          something that causes -- causes
 3          hyperplasia of the neuroendocrine
 4          cells, eventually, you know, it could
 5          become a tumor.
 6               But if he stopped taking
 7          whatever causes the hyper -- causes
 8          the hyperplasia of the neuroendocrine
 9          cells, then maybe not.  I don't know.
10     QUESTIONS BY MS. ALTHOFF:
11          Q.    Let's say he doesn't stop
12     taking a proton pump inhibitor and continues
13     to take it.
14               Is it your opinion that he will
15     develop a neuroendocrine tumor from the ECL
16     cell hyperplasia?
17          A.    Well, in theory over a long
18     time, he could.
19          Q.    Well, again, is it your opinion
20     that it could or it will?
21          A.    It could.
22          Q.    And since your opinion is it
23     could, you've also -- well, did we lose her
24     again?
25          A.    No, I'm here.
```

Patricia Mjønes, M.D., Ph.D.

1                    MR. GALLANT:  We're here.

2                    MS. ALTHOFF:  Okay.  We lost

3         video for a second.  Okay.

4    QUESTIONS BY MS. ALTHOFF:

5         Q.     So since it's your opinion that

6    taking PPIs -- continuing to take PPIs over a

7    long time could cause Mr. Baudin to develop a

8    neuroendocrine tumor from his ECL cell

9    hyperplasia, is it also your opinion that it

10   may not?

11        A.     I don't know.  I can't predict

12   the future.

13        Q.     Do you plan to offer any

14   testimony in this case, Dr. Mjønes, with

15   regard to rebound acid hypersuppression?

16        A.     No.

17        Q.     Maybe I should have asked this

18   at the very beginning, Dr. Mjønes, but you've

19   never met me or any of the other lawyers on

20   this call other than Mr. Gallant and

21   Mr. Restaino; is that correct?

22        A.     That's correct.

23        Q.     And you've never been retained

24   by me or worked with anybody from my law

25   firm, which is Ice Miller, or anyone from

Patricia M. Jones, M.D. / Ph.D.

1    Arnold & Porter; is that correct?

2         A.    That's correct.

3         Q.    You talked about having

4    reviewed, of course, Lysandra Voltaggio's

5    expert report.

6              Have you reviewed any expert

7    reports from any other experts either for the

8    plaintiff or for -- from AstraZeneca?

9         A.    No.

10        Q.    Let's talk for a minute about

11   the additional staining again that you did on

12   Dr. -- on Mr. Baudin's two tissue blocks, one

13   being from the cancer biopsy and then the

14   other one being from section J of the

15   resection, which was not from the tumor site.

16        A.    Uh-huh.

17        Q.    You used two different stains,

18   and tell us again what those were.  CGA

19   and --

20        A.    Synaptophysin.

21        Q.    And I think you told us that

22   these are both stains that are used to

23   identify neuroendocrine cells?

24        A.    That's right.

25        Q.    In terms of your clinical

Patricia Mjones, M.D., Ph.D.

1    practice there in Trondheim, with what

2    frequency and in what situations do you use

3    this -- these stains?

4         A.    We use these stains to confirm

5    if you have a neuroendocrine tumor, which is

6    usually based on the morphological appearance

7    of the tumor.  And then if you suspect it's a

8    neuroendocrine tumor, you would do those

9    stains to confirm it.

10              In certain situations you can't

11   be completely sure that it's neuroendocrine

12   tumor, but you have morphology or changes

13   that would give you suspicion of it.  Then

14   you'd also do synaptophysin and chromogranin

15   A to confirm it.

16              In some conditions, such as

17   auto and chronic atrophic gastritis, where

18   you also -- one of the findings in that

19   situation, you have hyperplasia of

20   neuroendocrine cells, you'd also do those

21   stains to confirm hyperplasia of

22   neuroendocrine cells or a neuroendocrine

23   tumor.

24        Q.    Okay.  With regard to

25   Mr. Baudin's tumor, in the ordinary clinical

1 course, given that you have identified it as

2 an intramucosal adenocarcinoma, would you

3 order the additional stains?

4     A.    I wouldn't normally order it on

5 the tumor itself, not based on the appearance

6 of this tumor, but we would do -- like if we

7 had any reason to believe that it could be

8 hyperplasia of neuroendocrine cells, we would

9 do it on the normal tissue if there was an

10 indication for it.

11     Q.    In this particular instance, if

12 you had received again Mr. Baudin's specimens

13 in the ordinary course of your work in

14 Trondheim, would you have ordered the

15 additional stains?

16     A.    I probably wouldn't have, but

17 if I had -- if a clinician asked me if there

18 were -- sometimes we get biopsy samples where

19 they ask if there's presence of -- if you

20 have hyperplasia of neuroendocrine cells.

21 Then I do the stain because it's not -- you

22 can't see if it's hyperplasia of

23 neuroendocrine cells in the normal --

24 normal-looking oxyntic mucosa.

25     Q.    And in the sending of an

1    intramucosal adenocarcinoma --

2        A.      Uh-huh.

3        Q.      -- what difference would

4    staining with these additional immunostains

5    for neuroendocrine cells make in your

6    diagnosis?

7        A.      In this particular case they

8    wouldn't make any difference in the

9    diagnosis.

10       Q.      So would you agree that the

11   fact that the original ordering pathologist

12   did not order these type of additional stains

13   for neuroendocrine cells was within the

14   standard of care?

15       A.      Yeah, that -- that -- if I

16   understand you right, I don't think it was

17   anything wrong that they didn't order them.

18   I think that's fair.

19       Q.      Okay.  So simultaneously, you

20   would also agree that the classification as

21   an intramucosal adenocarcinoma could be made

22   upon H&E-stained slides only?

23       A.      Yes.  And -- of the tumor, yes.

24       Q.      With regard to Baudin's gastric

25   cancer, what, if anything, did the additional

Patricia Mjones, M.D. / Ph.D.

1  stains on the tumor site, biopsy site and the

2  specimen J provide to your diagnosis of

3  findings in this case?

4       A.     What it provided me?

5       Q.     Uh-huh.

6       A.     Well, it gave the additional

7  information that there was neuroendocrine

8  cell hyperplasia.  You wouldn't have seen

9  that without doing those stains.

10             You see in Voltaggio's report

11  as well.  She didn't see them without seeing

12  the stains either.

13       Q.     Right.

14             And my question is, what did

15  seeing those neuroendocrine cells on these

16  additional stains -- what, if any,

17  information did that provide for you with

18  regard to Mr. Baudin's diagnosis?

19       A.     No, they don't give any

20  additional information with regard to his

21  tumor diagnosis.

22       Q.     Does the -- did those stained

23  slides provide you with any other information

24  with regard to the cause of Mr. Baudin's

25  intramucosal adenocarcinoma?

Patricia M. Jones, M.D. / Ph.D.

```
1        A.      No, not to the carcinoma
2    itself.
3        Q.      Did the presence -- you know,
4    the stain work that you did, did it provide
5    any information with regard to the tumor
6    location?
7        A.      No.
8        Q.      Did the additional staining
9    provide any information to -- or additional
10   information to you with regard to
11   Mr. Baudin's prognosis from the gastric
12   cancer?
13       A.      No.
14       Q.      Typically when you are looking
15   at slides in your clinical practice, do you
16   typically have corresponding and correlating
17   clinical information with regard to the
18   patient?
19       A.      Yes, I do.
20       Q.      Do you typically have more
21   information about the clinical picture of the
22   patient than you did here for Mr. Baudin when
23   you first reviewed his slides?
24       A.      Well, typically when we get
25   preparation sent to us, we get information
```

1    from the clinicians.  If we don't find the --

2    find the information enough, we go into the

3    patient journal to see if we can find

4    additional information to help us along, to

5    give us an answer.

6         Q.    I maybe should have asked this

7    a little bit better.  Here's a better

8    question.

9              Before you finalized your

10   report, which is Exhibit 2 we're looking at

11   here on the screen --

12        A.    Yes.

13        Q.    -- did you have the same level

14   of clinical information that you typically

15   have when you review pathology slides in your

16   normal clinical practice?

17        A.    Yeah.  I would say it's quite

18   similar.  I just have to -- I'm just going to

19   look very quickly.

20        Q.    Sure.

21        A.    I probably have -- we might

22   have a little bit more information, actually.

23   But we usually have a little section where

24   the -- where the surgeon could say where the

25   tissue is from and why it's removed and what

Patricia M. Jones, M.D. / Ph.D.

```
 1    type of preparation we got, which isn't
 2    completely obvious to me -- wait again.
 3                Yeah.  So what I -- what we
 4    have on this -- these reports are basically
 5    the gross description of the -- of the things
 6    and not necessarily that much information
 7    from the surgeons that did the operation.
 8        Q.    Right.
 9                So typically when you are
10    looking at specimens in your ordinary
11    clinical practice that would be similar to
12    the types of specimens you were looking at
13    with Mr. Baudin, would you typically know,
14    for instance, where the surgeon or
15    endoscopist identified the tumor in situ?  So
16    in place?
17        A.    Well, if they think they know
18    where it is, they let you know.  Like, for
19    instance, if they send you a specimen
20    similar -- similar to this where the tumor is
21    located in the junction, they would let you
22    know that there's a tumor situated in the
23    junction.  Or they'd usually tell you where
24    they think the tumor is, and then you do your
25    own examination and see if it correlates with
```

Patricia Mjones, M.D., Ph.D.

1    their -- with what they said.

2        Q.      And you had less information

3    about that in this particular review?

4        A.      Yes.

5        Q.      And typically when you are

6    looking at pathology slides from a patient

7    similar to Mr. Baudin, would you typically

8    know what their past history was in the sense

9    of, you know, whether they had GERD or

10   Barrett's or other gastrointestinal diseases?

11       A.      Quite often they give it most

12   relevant information in -- in the -- you

13   know, they have a little note where they

14   write what -- the reason for sending the

15   preparation.  Like a clinical note.  And

16   normally they give you the most relevant

17   information there but not necessarily.  It's

18   varies from surgeon to surgeon.

19       Q.      And so is that here what you

20   would equate to what was included -- we look

21   at, again, Exhibit 3, page 2.  And you look

22   at the very top there, it says, "Clinical

23   data, gastric adenocarcinoma."

24              Do you see that?

25       A.      Yes.

Patricia Mjones, M.D., Ph.D.

```
1       Q.     And -- go ahead.

2       A.     Yeah, we normally have little

3   bit more information than that in the

4   clinical data.

5       Q.     Yeah.

6              Having additional clinical

7   data, would that have been helpful to your

8   analysis the first time you looked at the

9   slides?

10      A.     Probably, yes.

11      Q.     Do you know whether Mr. Baudin

12  had ever been diagnosed with H. pylori

13  infection?

14      A.     No.  I think they did staining

15  for it.

16      Q.     And the staining that they did

17  for H. pylori, would it show infection that

18  had been treated in the past?

19      A.     Not if they got -- got rid of

20  it completely.

21      Q.     And would you agree that even

22  an eradicated H. pylori infection remains a

23  risk factor for gastric cancer?

24             MR. GALLANT:  Object to the

25      form.
```

Patricia Mjønes, M.D., Ph.D.

```
1    QUESTIONS BY MS. ALTHOFF:
2         Q.    You can still answer.
3         A.    Sorry.
4               It depends on how much damage
5    the pylori has done to the mucosa.  I'd say
6    if it has caused atrophy of the stomach and
7    things, it would be more related to gastric
8    cancer than if it was treated early on.  But
9    I wouldn't be able to answer that properly --
10   well enough for you.
11        Q.    Do you know whether or not
12   H. pylori is the most common cause currently
13   of gastric cancer?
14        A.    Yeah, I know that.
15        Q.    Do you have an understanding,
16   Dr. Mjønes, as to the nature and extent of
17   Mr. Baudin's gastroesophageal reflux disease?
18        A.    No, I don't know many details
19   about that.
20        Q.    Do you have any information
21   with -- well, strike that.
22               I assume you're aware because
23   of this -- the pathology reports that
24   Mr. Baudin had a hiatal hernia?
25        A.    Yes.
```

1        Q.      Do you know how extensive that
2   hiatal hernia was?
3        A.      I think I read in -- read that
4   it was 50 percent of the stomach was in the
5   thoracic region.
6        Q.      Do you know how long Mr. Baudin
7   had suffered from that condition?
8        A.      I think it was something about
9   it in Voltaggio's report, but I can't
10  remember exactly what it said.
11       Q.      Do you have an understanding of
12  whether Mr. Baudin suffered from obesity?
13       A.      No, that I don't know anything
14  about.
15       Q.      And do you know whether or not
16  Mr. Baudin had ever suffered from peptic
17  ulcer disease or NSAID ulcers?
18       A.      No, I don't know.
19              (Mjønes Exhibit 4A marked for
20       identification.)
21  QUESTIONS BY MS. ALTHOFF:
22       Q.      Let's go for a moment to
23  Exhibit 4A, Jeff.
24              I'm showing you what's been
25  marked, and I know at little hard to read, as

Patricia Mjønes, M.D., Ph.D.

```
 1    Exhibit 4A.  And this is a two-page document,
 2    Dr. Voltaggio {sic}.  Do you --
 3    Dr. Voltaggio.  Dr. Mjønes.
 4              Do you recognize the substance
 5    of this document?
 6        A.    No, it doesn't look familiar to
 7    me.
 8        Q.    If you look at the operative
 9    procedure, it's about halfway down, do you
10    see where it says, "Esophagogastroduodenoscopy
11    with multiple biopsies"?
12        A.    Yes.
13        Q.    Have you seen this EGD report
14    for Mr. Baudin from 9/12/2017 prior to today?
15        A.    I saw a report last night that
16    was from -- but I don't think -- I can't
17    remember if this is the exact one.
18        Q.    This one is from September
19    of 2017.  This is the EGD where if you read
20    down through it they took the biopsy which
21    was then diagnosed as the intramucosal
22    adenocarcinoma.
23              Have you seen this report?  Is
24    this the same one you saw?
25        A.    I think it's the operative one
```

1    I saw, but I can't remember exactly --

2         Q.     Okay.

3         A.     -- if it is the same.

4         Q.     Let's take a look at

5    Exhibit 4B.  We'll come back to 4A.

6         A.     Uh-huh.

7                (Mjønes Exhibit 4B marked for

8         identification.)

9    QUESTIONS BY MS. ALTHOFF:

10        Q.     Handing you what's been marked

11   as Exhibit 4B to your deposition, Dr. Mjønes,

12   this is the operative note dated 10/5/2017

13   for Mr. Baudin.

14               Do you see that?

15        A.     Yes.

16        Q.     And have you seen this exhibit

17   prior to today?

18        A.     I think that's maybe the one

19   I've seen.  I don't think I've seen the

20   previous one, but I might have seen that one.

21   Yeah.

22        Q.     You saw this for the first time

23   yesterday?

24        A.     Yes.

25        Q.     Where did you get it from?

Patricia Mjones, M.D., Ph.D.

1              MR. GALLANT:  Object to form.

2         And I'm going to object on privilege.

3         You're seeking to learn about

4         communications with --

5    QUESTIONS BY MS. ALTHOFF:

6         Q.    All right.  Let me ask a

7    different question.

8              Did you receive a copy of

9    Exhibit 4B or a substantially similar

10   document from Dr. Waldum?

11        A.    No.

12        Q.    What if anything of

13   significance did you take from the

14   information contained in Exhibit 4B that you

15   looked at last night?

16        A.    The fact that the polyps were

17   3 centimeters distal from the gastric --

18   gastroesophageal junction, yeah.

19        Q.    And that's the same information

20   that you had seen in Dr. Voltaggio's report,

21   right?

22        A.    That's right.

23        Q.    Do you disagree that

24   3 centimeters from the GE junction can

25   geographically be the cardia region?

1        A.     I'd say it's -- it's likely
2   distal to the cardia.
3        Q.     What do you consider to be the
4   largest -- or the furthest distal from the
5   ECG junction that you can have the cardia?
6        A.     It's hard to put an exact
7   number, but usually -- usually it's been --
8   it's been thought of to be 1 to
9   2 centimeters, but it kind of -- the
10  understanding now is probably narrower.
11             And in Baudin's case, the
12  cardiac mucosa, as I showed you on the
13  slides -- you actually see the cardiac
14  mucosa.  It's only 0.6 centimeters or
15  1 millimeter.  It's not that big.
16             So based on what I see on his
17  sections, in his case I highly doubt that his
18  cardia region is 2 centimeters.
19       Q.     Okay.  So just to recap for a
20  moment, you are comfortable you saw the
21  substance of Exhibit 4B, which is the
22  operative note, yesterday, but you're not
23  sure whether you saw Exhibit 4A, which was
24  the operative note from the EGD dated
25  9/12/17; is that right?

Patricia Mjones, M.D., Ph.D.

```
 1          A.     That's right.  I can't remember
 2   seeing that one because of the format.  No, I
 3   can't -- I can't remember seeing the
 4   endoscopy report.
 5          Q.     Let's go back to 4A.
 6          A.     Uh-huh.
 7          Q.     And again, if you look at the
 8   procedure in detail -- let's blow that up a
 9   little bit towards the bottom of the first
10   page, Jeff.
11          A.     Yeah.
12          Q.     And looking at that last
13   section, which I'll tell you take a look at,
14   would you -- my question will be, could you
15   agree with me the endoscopist identified
16   Barrett's -- changes consistent with
17   Barrett's at the GE junction?
18          A.     I can see that he says that,
19   but you can't diagnose Barrett's without
20   histology.
21          Q.     How does Barrett's appear on
22   EGD?
23          A.     On histology?
24          Q.     No.
25                 How would Barrett's appear to
```

Patricia Mjones, M.D./ Ph.D.

```
 1   an endoscopist visually?

 2        A.     Well, visually -- like the

 3   esophagus would visually have a whitish gray

 4   surface, while glandular mucosa will

 5   typically have a salmon-colored mucosa.  Or

 6   surface.  So in Barrett's, you know, where --

 7   in case where they suspect -- {audio

 8   interruption}

 9             Hello.  Did you hear anything

10   at all that I said?

11        Q.     No.

12             You were describing how a --

13   how Barrett's would appear to an endoscopist,

14   and you were saying, so in Barrett's, and

15   then it --

16        A.     For one thing, I'm not an

17   endoscopist, but from clinicians showing me

18   how it looks like, a normal squamous -- so,

19   you know -- the mucosa of a squamous

20   epithelium would typically look more whitish

21   gray, while the mucosa in cases of Barrett's

22   would typically be more salmon-colored.

23             But the salmon-colored mucosa

24   would tell you that it's columnar epithelium

25   there, but it won't tell you whether it's
```

Patricia Mjones, M.D., Ph.D.

```
 1    goblets cells there or not.

 2         Q.      And from your -- I'm sorry, go

 3    ahead.

 4         A.      So in order to diagnose

 5    Barrett's, you'd have to have the goblet

 6    cells present.

 7         Q.      We can take that one down.

 8              Let's go back to that, sorry,

 9    Exhibit 4A just for a minute.  In particular,

10    page 2.

11         A.      Uh-huh.

12         Q.      So again, we're continuing on

13    page 2 with the procedure detail.  And if you

14    look at paragraph 3, or the second full

15    paragraph here --

16         A.      Yes.

17         Q.      -- does the endoscopist

18    identify that he visualized Barrett's

19    esophagus again for a second time when he's

20    coming sort of back up through the esophagus?

21         A.      Where does it say -- where do

22    you see?

23         Q.      Yeah.  So I was -- the second

24    paragraph from the bottom.

25         A.      I see it.  I see it.  Yeah,
```

1    sorry.

2                    "We carefully removed the scope

3    and quickly visualized the remainder of the

4    GE junction," and then noticing -- "again

5    noticing the Barrett's esophagitis changes at

6    the gastroesophageal junction and mild

7    esophagitis."

8                    Yeah.  I see that he writes

9    that.

10        Q.    Okay.  I'm done with that.

11                  As we were just going through

12   that EGD report and the surgical report,

13   Doctor -- and you mentioned that you're not

14   an endoscopist, correct?

15        A.    That's right.

16        Q.    And you're not a

17   gastroenterologist either, correct?

18        A.    That's right.

19        Q.    Or an oncologist?

20        A.    No.

21        Q.    Do you consider yourself a

22   cellular biologist?

23        A.    No, I'm not a cellular

24   biologist.  I'm a pathologist.

25        Q.    And do you limit your area of

Patricia Mjones, M.D., Ph.D.

```
1    specialty to pathology?
2         A.     Yes.
3         Q.     Do you yourself regularly
4    review epidemiology or issue opinions on that
5    topic?
6         A.     No.
7         Q.     All right.  Let's go back to
8    Exhibit 2, which is your report.
9                MR. GALLANT:  And we've been
10          going about an hour and 15 minutes,
11          and I just want to check with the
12          witness.
13               Would you like a break, or do
14          you want to keep going?
15               THE WITNESS:  I can go on for a
16          little while.
17               MR. GALLANT:  Okay.
18   QUESTIONS BY MS. ALTHOFF:
19        Q.     All right.  Let's talk about
20   your microscopic examination of the slides
21   from the biopsy, which has been identified as
22   PG-17-18840.
23               Again, this is the polypectomy
24   that was done during the initial EGD, right?
25        A.     Yes.
```

Patricia M. Jones, M.D. / Ph.D.

1        Q.     So this section on microscopic

2    examination, there's not a similar section in

3    the Louisiana Pathology report; is that

4    correct?

5        A.     Yes, that's right.

6        Q.     All right.  So in other words,

7    there's not this discussion of number of

8    nuclei and size and shape and things like

9    that, correct?

10       A.     No.  That's just the way I do

11   my reports at home.

12       Q.     Well, that's what I was going

13   to ask you.

14              Is this your custom and

15   practice for the reports that you do in your

16   clinical practice?

17       A.     Yes.  I describe what I see and

18   then come to a conclusion.

19       Q.     And one of the conclusions that

20   you reached based on your observations was

21   that this was an intestinal pathological

22   variant of gastric cancer; is that correct?

23       A.     Adenocarcinoma of intestinal

24   type, right.

25       Q.     And in the microscopic

Patricia MJones, M.D./ Ph.D.

```
 1   examination, are you generally describing

 2   features of intestinal-type gastric cancer?

 3        A.    I'm describing the features of

 4   the adenocarcinoma of the intestinal type,

 5   yes.

 6        Q.    So, for instance, when you

 7   discuss the villous and tubulovillous

 8   extensions lined by dysplastic epithelium, is

 9   that a feature of intestinal-type gastric

10   cancer?

11        A.    Those are features you can see

12   in those cases, yes.

13        Q.    Were there any features that

14   were listed in your microscopic examination

15   which would not be seen in the intestinal

16   type of adenocarcinoma?

17        A.    No.

18        Q.    Can you tell me what you were

19   conveying with the term "villous and

20   tubulovillous extensions"?

21        A.    Well, basically like when you

22   say villous, it's kind of a little bit more

23   like finger-like projections, and tubular is

24   kind of the glands forming sections.

25               So it --
```

Patricia Mjones, M.D. / Ph.D.

1      Q.     Is --

2      A.     Sorry.  Yeah, keep going.

3      Q.     No, you go ahead.

4      A.     No, I was done.

5      Q.     Are you describing a feature

6  where the stomach starts to look like the

7  small bowel?

8      A.     Well, kind of, yes.  Well,

9  it's -- yeah.

10     Q.     And again, you would have seen

11 what you're talking about here in one of

12 those six slides, but more particularly in

13 one of the four H&E-stained slides, correct?

14     A.     Could you repeat --

15     Q.     Yeah, that was a bad question.

16            So when you talk about this

17 microscopic examination in which you saw

18 lobulated polypoid tissue with both villous

19 and tubulovillous extensions and then

20 everything on down, you would have seen this

21 in one of those four H&E-stained slides with

22 the identifier PG-17-18840?

23     A.     That's right.  I've seen them

24 in most of those slides because they were

25 different levels from the same tissue block.

Patricia Mjønes, M.D., Ph.D.

```
 1              (Mjønes Exhibit 5 marked for
 2        identification.)
 3    QUESTIONS BY MS. ALTHOFF:
 4        Q.     Uh-huh.
 5               Okay.  Can we pull up
 6    Exhibit 5, please?
 7               And, Dr. Mjønes, I'm handing
 8    you what's been marked as Exhibit 5 to your
 9    deposition.  And this is the report of
10    Lysandra Voltaggio that I think you said you
11    have reviewed.
12        A.     Yes.
13        Q.     And do you recall that a number
14    of pages at the back of her report were
15    Mr. Baudin's pathology images?
16        A.     Yes.
17        Q.     All right.  Let's turn to
18    page 34.
19        A.     Uh-huh.
20        Q.     And would you agree with me
21    that pages 34, 35, 36 and 37 all depict
22    slides from the EGD?
23        A.     Yes.  No, not EGD.  Sorry.
24    They are slides from -- from -- from the
25    biopsy.
```

Patricia M. Jones, M.D., Ph.D.

1          Q.      Yeah, I'm sorry, that was

2     not -- the biopsy taken during the EGD is

3     what I meant.

4          A.      Yes.

5          Q.      Okay.  So looking at page 34.

6          A.      Uh-huh.

7          Q.      From that magnification of the

8     slide, can you identify what you're talking

9     about with regard to the villous,

10    tubulovillous extensions, or is that on one

11    of the other slides?

12         A.      No, you can't really see

13    villous extensions on this.  What you see

14    here is the -- you can see gland-like

15    structures kind of fusing together, and you

16    have neutrophilic -- like inflammatory cells

17    on the inside of the glands, and you have an

18    inflammatory mucosa around the glands.

19         Q.      Uh-huh.

20                 And do you have a finding with

21    regard to what you believe is contained

22    within those glands, what type of glands they

23    are?

24         A.      Well, they look like

25    adenocarcinoma glands, so intramucosal, you

Patricia Mjones, M.D., Ph.D.

1    know, what we talked about.

2         Q.    Okay.  Let's look at the next

3    page.

4         A.    Uh-huh.

5         Q.    So page 35, there's two slides

6    on it.

7               Either the top slide or the

8    bottom slide, can you identify for me what

9    you're talking about with the villous and

10   tubulovillous extensions?

11        A.    No, because these sites --

12   these specific to normal mucosa.

13        Q.    Okay.  And would that be the

14   same then from page 35 -- excuse me, 36?

15        A.    Yes.  They're from normal

16   background mucosa.  Well, not completely

17   normal, but they're from background mucosa,

18   nontumor background mucosa.

19        Q.    When you reviewed

20   Dr. Voltaggio's report, did you see any

21   slides that -- well, any slides from the

22   biopsy taken during the EGD which depicted

23   the lobulated polyploid tissue with villous

24   and tubulovillous extensions?

25        A.    Could you repeat that?  Like

1    when I looked at Voltaggio's report?

2         Q.    Yes.  So I'm sure -- let me ask

3    the question again.

4              When you reviewed her report,

5    did you see any pictures of what you're

6    talking about in your microscopic examination

7    discussion related to the biopsy taken during

8    the EGD?

9         A.    No.

10        Q.    Let's -- so looking at the top

11   slide on page 35.

12        A.    Yes.

13        Q.    Can you tell me whether or not

14   that slide depicts the tumor or whether that

15   depicts background nonneoplastic gastric

16   mucosa in the same biopsy specimen?

17        A.    I think it's non -- I think

18   it's the background mucosa, nontumor.

19        Q.    Do you disagree that that's

20   the -- the top slide on page 35 depicts

21   intestinal metaplasia?

22        A.    I'm not in complete agreement

23   with that because I remember seeing those

24   particular cells, actually, and thinking, are

25   those goblet cells or are they pseudogoblet

1   cells.  And I'm not entirely convinced that

2   they are goblet cells.

3        Q.    But you're obviously not

4   completely convinced that they're not goblet

5   cells either, correct?

6        A.    I can't say 100 percent that

7   they aren't, but I definitely can't say

8   100 percent that they are.

9        Q.    And when you use the term

10  "pseudogoblet cell," what do you mean?

11       A.    Sometimes you have mucinous

12  cells covering the mucosa and the glands that

13  are very filled with mucin and makes them

14  resemble goblet cells, but they're in fact

15  not goblet cells.  And it's -- sometimes it

16  can make the diagnosis of intestinal

17  metaplasia more difficult.

18       Q.    And what is it about that top

19  slide on page 35 that makes you believe that

20  that slide is from background mucosa and not

21  the tumor site?

22       A.    Well, if -- well, it's -- you

23  know, all those pictures are from the

24  tumor -- biopsy from the tumor area where

25  most of the slide shows tumor tissue, and

1    then there are some parts of the slide

2    showing background mucosa that's not tumor.

3    So -- that probably come with the tumor.

4               Now I'm kind of losing track of

5    what I was saying.

6         Q.    So my question is -- I don't

7    disagree with that point, Dr. Mjønes.  I

8    think you've made that pretty clear.

9               My question is, the bottom

10   slide on 35 Dr. Voltaggio has labeled as

11   background nonneoplastic gastric mucosa.

12              Do you see that?

13        A.    Yes.

14        Q.    And taken from the biopsy

15   during the EGD, right?

16        A.    Yeah.  It's taken from the --

17        Q.    Yeah.

18              And the same way on pages 36

19   and 37.  All of those images, bottom of 35,

20   all of 36 and on 37, background nonneoplastic

21   gastric mucosa?

22        A.    That's right.

23        Q.    And do you agree with that?

24        A.    Yes.

25        Q.    Okay.  So the top slide on

Patricia Mjones, M.D., Ph.D.

1    page 35, what I was asking you is, again, do
2    you think this is of the tumor or of the
3    background nonneoplastic gastric mucosa?
4         A.    I think it is --
5              MR. GALLANT:  Object to form.
6              You can answer.
7              THE WITNESS:  Yeah, I think
8         it's of -- not the tumor itself but of
9         the background mucosa.
10   QUESTIONS BY MS. ALTHOFF:
11        Q.    And what is it that you see in
12   that image that leads you to that conclusion?
13        A.    Well, basically the cells
14   are -- the cell nuclei are basically located,
15   and they look different to the tumor where
16   you have more variation.  You have increased
17   nuclear to cytoplastic ratio, and you have --
18   has -- disorganized arranged glands.  And you
19   see that the architecture level and the
20   cytological level, that it's different.
21        Q.    Do you agree with Dr. Voltaggio
22   that the top photograph on page 35 depicts
23   inflammation, background inflammation?
24        A.    It's background inflammation on
25   that area.

1    Q.    Looking at the bottom of 35,

2    that second slide, do you agree with

3    Dr. Voltaggio that it depicts a mixture of

4    mucous glands and parietal cells?

5    A.    That I agree with, yes.

6    Q.    And the same way with the two

7    slides on page 36, that they both show a

8    mixture of mucous glands and parietal cells?

9    A.    I agree, yes.

10    Q.    Doctor, in your clinical

11    practice, do you ever see oxyntic mucosa in

12    the cardia region?

13    A.    You can have a mixture of

14    cardiac and mucous glands in the oxyntic

15    region, yes.

16    Q.    And can you have parietal cells

17    in the cardia region?

18    A.    You can, yes.

19    Q.    Can you have chief cells in the

20    cardia region?

21    A.    Yes.

22    Q.    So going back to sort of my

23    earlier question, I was asking you about the

24    villous and tubulous extensions and the other

25    observations that you had in that microscopic

1    examination paragraph on page 1 of your

2    pathology report.

3              So am I correct that there are

4    no images that we can look at today, based on

5    any of these slides we've looked at, that

6    would depict the particular items that you've

7    identified in your paragraph on microscopic

8    examination?

9              MR. GALLANT:  Object to form.

10   QUESTIONS BY MS. ALTHOFF:

11        Q.    You can still answer.

12              Do you understand my question?

13        A.    You're -- are you asking me if

14   I can recognize what I have described in her

15   pictures?

16        Q.    Let me ask it again.

17              Have we seen any photographs

18   today of any slides made from the specimen,

19   the biopsy specimen, taken during the EGD

20   biopsy identified as PG-17-18840 in which you

21   could show me the various items that you have

22   identified in your section on microscopic

23   examination?

24        A.    Well, you could say

25   pseudostratification you see on the picture

1    on page 34.

2         Q.    Okay.  Hold on just a second.

3    Let me catch up to you.

4              All right.  Let's look at

5    page 34.  Where do you see the

6    pseudostratification?

7         A.    The pseudostratification is

8    when you have the cells kind of on different

9    levels lining the different glands.  And also

10   you see nuclear abnormalities in the sense

11   that you see variation in size and shape.

12        Q.    And you're able to view that on

13   the slide on page 34?

14        A.    Well, you -- I mean, I'm basing

15   it partly on what I've seen and together with

16   this, but you can see that there are

17   difference in size and shapes on the nuclei.

18             Mitotic figures I can't see

19   from this magnifi -- on this picture, but it

20   doesn't mean it's not there, but it's just

21   that we can't see them.

22        Q.    What about the presence of

23   large cytoplasmic vacuoles?

24        A.    You can't see them on this

25   picture.

1    Q.    Okay.  What about any of the

2  other slides on page 35, 36 or 37?

3    A.    No.

4    Q.    Where did you see the large

5  cytoplasmic vacuoles?

6    A.    I saw them on sections from the

7  biopsy, but they aren't pictured on this --

8  they aren't shown on this picture.

9    Q.    And you didn't take any

10  pictures of those that you could show us

11  today?

12    A.    No, because that -- I would

13  have to scan them in, and there were no one

14  at work during the weekend.

15    Q.    Did you -- were you -- well,

16  obviously you were able to see the large

17  cytoplasmic vacuoles on the slides when you

18  reviewed them a year ago, correct?

19    A.    Yes.

20    Q.    And we don't have any pictures

21  of that; am I right?

22    A.    That's right.

23    Q.    The presence of large

24  cytoplasmic vacuoles, particularly containing

25  mucin, is that a feature of intestinal

Patricia Mjones, M.D., Ph.D.

1    metaplasia?

2         A.    In this case, no, I don't -- I

3    don't know the cause for it, but I wouldn't

4    say it's -- I don't think it's goblet cells

5    or anything like that, if you're meaning

6    that.  I think -- I don't know exactly what

7    it is.

8         Q.    Well, I guess what I'm asking

9    you is, your report using the term "large

10   cytoplasmic vacuole."

11        A.    Yes.

12        Q.    And so I'm wondering -- asking

13   you if that reference in your report is a

14   reference to a feature of intestinal

15   metaplasia.

16        A.    Not the -- I don't think -- no,

17   I don't think that's the future of intestinal

18   metaplasia in this case.  This just -- it's

19   just me describing how the cells look like.

20        Q.    What significance, if any, does

21   that reference in your report have to your

22   diagnosis of the tumor?

23        A.    They don't have any

24   significance.

25        Q.    And I see the parenthetical

Patricia Mjones, M.D., Ph.D.

```
 1    right after that that says "signet ring
 2    cell-like morphology," correct?
 3         A.     That's right.
 4         Q.     And is that signet ring
 5    cell-like morphology comment -- what exactly
 6    is it referring back to?
 7         A.     It's basically describing cells
 8    that kind of look like signet ring cells, but
 9    I don't think there are --  I don't think
10    it's a signet ring cell carcinoma.  That
11    would be a different subtype of cancer.
12               I'm just describing what I see.
13    Sometimes you can see cells that mimic signet
14    ring cells as an artifact in the tissue.  So
15    it's most significant to the diagnosis in
16    this particular case.
17         Q.     Is it correct that if it was a
18    signet ring cell, it would be a diffuse-type
19    cancer?
20         A.     Sometimes it could be a diffuse
21    type.  Sometimes it could be a mixed type.
22         Q.     In this case, though, you
23    diagnosed this as intestinal type, which
24    essentially rules out signet ring cell,
25    correct?
```

Patricia M. Jones, M.D., Ph.D.

1      A.     There's no signet ring cell

2   carcinoma in this case.

3      Q.     You also identify periphery

4   formed glands with similar dysplastic

5   changes.

6             Do you see that?

7      A.     Yes.

8             You see -- sorry.

9      Q.     No, go ahead.  You've

10   anticipated my question.  I was going to ask

11   you where that might be depicted.

12     A.     Yeah.  Down in the middle where

13   you see the glands kind of fusing together

14   and where you have kind of holes in the

15   middle, that could be kind of cribriform-like

16   structures.

17     Q.     And is that a pathological

18   feature of intestinal-type gastric cancer?

19     A.     Yes.

20     Q.     You also identify glandular

21   changes, including collections of neutrophils

22   in necrotic cells --

23     A.     Uh-huh.

24     Q.     -- in the glands, yes?

25     A.     Yes.  They're -- you see them

1    there in the middle of the glands.  You have

2    some -- what I can say.  I can't show you

3    with my arrow, unfortunately, but they're

4    like in the hallow spaces in those glands

5    fused together.  You see kind of a smaller --

6    smaller things in the middle in the lumen.

7                  You see what I mean?

8        Q.    Uh-huh.

9        A.    And so then neutrophilic cells

10   and -- yeah.

11       Q.    Of what significance was that

12   finding to your diagnosis?

13       A.    No, it's just something we see

14   sometimes.

15       Q.    And what --

16       A.    In the diagnosis.

17       Q.    You also identify an

18   infiltration of neutrophils into the

19   overlying epithelium.

20       A.    Yes.

21       Q.    Is that depicted in this

22   photograph on page 34 as well?

23       A.    No, I can't really say for

24   sure.

25       Q.    And of what significance was

Patricia Mjønes, M.D., Ph.D.

```
 1    that finding to your diagnosis?
 2         A.    It doesn't make any
 3    significance to the diagnosis, but it can be
 4    explained by something protruding into the
 5    lumen.  You get -- yeah, so -- but not any
 6    significance to the diagnosis.
 7         Q.    Which of these findings on
 8    microscopic examination, Dr. Mjønes, were
 9    significant to your diagnosis of an
10    intramucosal adenocarcinoma?
11         A.    The fact that you have
12    dysplasia, you have a variation in -- you
13    have nuclear abnormalities in the sense of
14    variation in size and shape and -- {audio
15    interruption} -- and the fact that you have
16    glands, irregular glands, and cribriform
17    structures lined by atypical cells.  They
18    would be findings of relevance for the
19    diagnosis.
20         Q.    And was it significant that you
21    did not see a significant protrusion into the
22    lamina propria for purposes of your
23    diagnosis?
24         A.    Put it this way.  If we had
25    seen small -- I'm not sure if I understand
```

1    your question correctly.

2         Q.    Yeah, let me ask it

3    differently.

4              One of the things we didn't

5    specifically talk about was that you also

6    mentioned that the basement membrane of the

7    glands are intact.  And there are no such

8    cells in the lamina propria, correct?

9         A.    Yes.

10        Q.    And how was that finding

11   significant to your diagnosis?

12        A.    Put it this way.  If you saw

13   small singular cells of atypical cells in

14   the -- or small groups of cells or even more

15   jagged glands in the lamina propria

16   supporting strong tissue, that could make it

17   easier to classify it as an intramucosal

18   adenocarcinoma, while now it's kind of more

19   in the borderline.

20        Q.    Is this why you, in conclusion,

21   said this was a gastric or foveolar-type

22   adenoma with high-grade dysplasia.

23   Intramucosal adenocarcinoma cannot be

24   excluded?

25        A.    Yeah.  Yes.

1    Q.    What is the difference from a

2  clinical significance of a gastric-type

3  adenoma with high-grade dysplasia versus a

4  foveolar type adenoma with high-grade

5  dysplasia?

6    A.    I don't think it's a

7  foveolar -- foveolar type, so that -- that's

8  basically -- it shouldn't be there.  So I

9  don't think it's a foveolar type.

10        Foveolar-type adenomas tend not

11  to be high grade and develop into carcinomas

12  in the great extent.

13    Q.    Did you see any characteristics

14  or findings of linitis plastica?

15    A.    No.

16    Q.    Does that essentially rule out

17  a diffuse type of gastric cancer?

18    A.    Yes.  Well, in this case it

19  does, because I haven't seen any signs of it

20  in the wall.

21        MS. ALTHOFF:  All right.  Let's

22      take a break before we change topics.

23        VIDEOGRAPHER:  Off record,

24      1:42 p.m.

25      (Off the record at 1:42 p.m.)

```
 1              VIDEOGRAPHER:  On record,
 2      1:57 p.m.
 3  QUESTIONS BY MS. ALTHOFF:
 4      Q.    Dr. Mjønes, we're back from a
 5  short break.  I wanted to turn your attention
 6  back to Exhibit 2, which is your report, and
 7  now turning to page 2, which contains sort of
 8  the diagnosis and conclusions of your
 9  observations of the biopsy taken during the
10  EGD.
11              Is that correct?
12      A.    Yes.
13      Q.    All right.  So before we get to
14  the bold-faced diagnosis --
15      A.    Uh-huh.
16      Q.    -- you state, "In conclusion,
17  the changes are suggestive of gastric or
18  foveolar-type adenoma with high-grade
19  dysplasia."
20              And you've already told us that
21  we should take out the foveolar type because
22  you believe it's gastric adenoma, correct?
23      A.    Yes.
24      Q.    And then you state,
25  "Intramucosal adenocarcinoma cannot be
```

Patricia Mjones, M.D. / Ph.D.

```
 1    excluded," and that's based on your
 2    examination with regard to the lamina
 3    propria, correct?
 4         A.    Yes.
 5         Q.    All right.  So then going on,
 6    it says, "The normal gastric mucosa is
 7    without signs of chronic atrophic gastritis."
 8         A.    Uh-huh.
 9         Q.    What, if any, significance was
10    your observation that the normal gastric
11    mucosa was without signs of chronic atrophic
12    gastritis?
13         A.    The chronic atrophic gastritis
14    would be typical findings that you see in,
15    for instance, for people who have undergone
16    H. pylori infection are at ultimate --
17    ultimate atrophic gastritis.  So basically I
18    didn't see any other signs that could explain
19    why he had the tumor in the background
20    mucosa.
21              So it's basically looking for
22    risk factors.
23         Q.    Okay.  And then you identify --
24    you said, "The normal gastric mucosa is
25    without signs of intestinal metaplasia."
```

Patricia M. Jones, M.D., Ph.D.

1            And of what significance was

2    that finding to you?

3        A.      Well, intestinal metaplasia

4    would -- well, in this case it would kind

5    of -- you could see intestinal metaplasia if

6    you have chronic inflammation over time of

7    tissue, but that's basically -- so to --

8    yeah, that's basically it.

9        Q.      And, again, did you see signs

10   of either chronic atrophic gastritis or

11   intestinal metaplasia in the tumor specimen?

12       A.      No.

13       Q.      And then you also say, "The

14   normal gastric mucosa is without signs of

15   Helicobacter pylori-type structures."

16              Correct?

17       A.      That's right.

18       Q.      All right.  And then lastly you

19   say, "A prominent lymphocytic infiltrate with

20   intraepithelial lymphocytes is not seen."

21              Do you see that?

22       A.      Uh-huh.

23       Q.      And of what significance was

24   that finding to your diagnosis?

25       A.      Well, sometimes if you see

1    that, it can give an indication of Epstein

2    Barr virus as a cause for cancer.

3            Q.      Uh-huh.

4                    All right.  And then -- sorry,

5    go ahead.  Finish.

6            A.      You can see it in Epstein Barr

7    virus, associated gastric cancer.

8            Q.      And then your diagnosis in bold

9    was "fragments of polypoid tissue from the

10   proximal stomach, with changes consistent

11   with gastric-type adenoma with high-grade

12   dysplasia"?

13           A.      Yes.

14           Q.      When you -- go ahead.

15           A.      But it also should have said,

16   slash, intramucosal adenocarcinoma.  Because

17   I don't disagree with that.

18           Q.      Okay.  When you did your

19   re-review of the slides this Saturday, was

20   there anything that you saw which would

21   change your conclusions in the Conclusion

22   paragraph or the Diagnosis paragraph?

23           A.      Not in the Diagnosis paragraph,

24   but as I've been reading up more -- like I

25   don't think it's a foveolar-type adenoma.

Patricia Mjones, M.D., Ph.D.

1    That's basically what strikes that.

2         Q.    Okay.  Anything else that

3    struck you as -- after you re-reviewed on

4    Saturday?

5         A.    No.

6         Q.    You know, you mentioned the

7    Epstein Barr virus as being a potential cause

8    of gastric cancer.

9         A.    Uh-huh.

10        Q.    Are you familiar with the

11   classification of gastric cancers by their

12   molecular makeup?

13        A.    Yeah, I know it's a section

14   about it in the WHO classification, but we

15   don't use it in diagnosis of gastric cancer

16   at presently.

17        Q.    Are you familiar with The

18   Cancer Genome Atlas?

19        A.    Yes.

20        Q.    Is that the same thing you're

21   referring to with -- from the WHO or is it

22   something different?

23        A.    Yeah.  Yeah, it's like they're

24   referring to the one in The Cancer Genome

25   Atlas in the WHO.

Patricia Mjones, M.D. / Ph.D.

1      Q.     And are you familiar with how

2   cancers are divided under that classification

3   system?

4      A.     Yeah, they -- they divide them

5   into microscopic-like and stable ones.  The

6   stable ones, the Epstein Barr virus-related

7   ones, and then the chromosome instability

8   ones, I think it was.

9      Q.     Okay.  Are the chromosomal

10  instability type the most common?

11     A.     I can't -- I can't recall just

12  now, but I think it -- I can't remember.  I

13  don't have the table present in my head, but

14  the -- yeah.

15     Q.     Does the classification by

16  molecular makeup, does it have an additional

17  classification for neuroendocrine features?

18     A.     No, that's not in that

19  classification.

20     Q.     Okay.  All right.  Let's talk

21  about your observations and findings related

22  to the specimens obtained during the surgical

23  resection.

24     A.     Okay.

25     Q.     And if we look at page 2, it's

Patricia Mjones, M.D., Ph.D.

```
 1   divided up by location sites.  Is that sort
 2   of roughly correct?
 3             So we've got A and then a lot
 4   of other location sites below that.
 5        A.    Yeah, so 1A is from the
 6   gastric -- gastric polyp from the body.  And
 7   2A is from gastric polyp from the body as
 8   well.  So they were the two frozen sections,
 9   as far as I recall.
10        Q.    Was there anything from your
11   microscopic examination of those two frozen
12   samples that was significant for your
13   diagnosis in this case?
14        A.    No.  Neuro fundic gland polyps.
15        Q.    And fundic gland polyps are
16   generally benign; is that correct?
17        A.    That's right.  Generally.
18        Q.    So with regard to your
19   evaluation of the cancer portion of the
20   resection, that really falls under starting
21   with 03-LO1?
22        A.    Yes.
23        Q.    So and then looking under that
24   section under microscopic examination, you
25   identify that the luminal mucosal surface is
```

Patricia Mjones, M.D./ Ph.D.

1    mostly without dysplasia.

2              Of what significance was that

3    to you?

4         A.    I just have to see -- yeah,

5    basically it says that you don't -- I don't

6    see any signs of a premalignant tissue in the

7    rest of the stomach apart from the polyp

8    itself.

9              MR. GALLANT:  Can you tell me

10        where you're reading that from?

11             MS. ALTHOFF:  Sure.  It's the

12        bottom of page 2.

13             MR. GALLANT:  Okay.  Thanks.

14   QUESTIONS BY MS. ALTHOFF:

15        Q.    And then you also, right after

16   that, identify that in the mucosa there are

17   areas of changes consistent with fundic gland

18   polyps.

19             Do you see that?

20        A.    Yes.

21        Q.    Well, let me ask you this.

22             In which, if any, of the

23   lettered sections did you identify dysplastic

24   or cancer tissue?

25        A.    The cancer tissue was located

1   in section N, I think, the one we talked

2   about previously, the posterior wall into the

3   polyp.

4         Q.     Did you see any dysplastic

5   tissue or other signs of cancer in any of the

6   other slides?

7         A.     No.

8         Q.     And it looks like from N, we

9   only had one level; is that correct?

10        A.     No, that's not right.  It's two

11  levels from section N.

12               And that's the second level

13  that I got -- saw yesterday for the first

14  time.  Not today.

15        Q.     Okay.  That's kind of what I

16  was asking.

17               So when you reviewed these the

18  first time and wrote the report, you only had

19  one level for N?

20        A.     That's right.

21        Q.     When you re-reviewed on

22  Saturday, now there were two levels of N?

23        A.     Uh-huh.

24        Q.     Did you see anything new or

25  different in the second level of N?

Patricia Mjones, M.D., Ph.D.

```
 1        A.     No.
 2        Q.     All right.  So then you state
 3   in some sections, and you identify from J, L,
 4   M and N, there are surface erosions and
 5   polyps with changes consistent with
 6   hyperplastic polyps.
 7               Do you see that?
 8        A.     Are we on page 3 or are we --
 9        Q.     No, still on page 2.
10        A.     All right.
11        Q.     Same paragraph.
12        A.     Yes.  I see the one in the
13   mucosa.  There are areas with changes
14   consistent between the gland polyps and
15   then -- yeah, sorry, there are surface
16   erosions and polyps with changes -- yes, I
17   see that, the hyperplastic polyps.
18        Q.     Okay.  So in sections J, L, M
19   and N, did you see surface erosions in all of
20   those?
21        A.     I can't -- I don't think I saw
22   it in all of them.  I think I saw it in some
23   of them.
24        Q.     And did you see changes
25   consistent with hyperplastic polyps in all of
```

1    those sections J, L, M and N?

2         A.     I think it was -- I can't say

3    that for sure.  I just have to see where I

4    have -- J and -- I just have to look up my

5    comments that I specified.

6              In J I saw a hyperplastic polyp

7    about 6 millimeters from the gastroesophageal

8    junction.

9              And in K I saw similar type of

10   changes as in section J, a hyperplastic polyp

11   about 10 to 11 millimeters from the

12   gastroesophageal junction.

13             And in L, in less a curvature

14   to include polyps, I saw similar changes as

15   mentioned above and changes consistent with

16   development of a hyperplastic polyp.

17        Q.     Did you see any hyperplastic

18   polyps in M or N?

19        A.     I just have to see now if I see

20   M.  In the -- in M I see hyperplastic polyps.

21   And that was also from interior wall to

22   include polyps.

23             In N there was one section with

24   a hyperplastic polyp and one section with a

25   tumor.

Patricia Mjønes, M.D./ Ph.D.

```
 1        Q.      And in any event, with regard
 2   to N, the tumor did not arise out of that
 3   hyperplastic polyp?
 4        A.      No.  Like I -- no, it doesn't
 5   look like it.
 6        Q.      Do you have any photographs of
 7   what you describe as the surface erosions
 8   from any of these sections?
 9        A.      No.
10        Q.      And do you have any photographs
11   of changes consistent with hyperplastic
12   polyps in any of these sections?
13        A.      We have gone through section J.
14   There you have a picture of a hyperplastic
15   polyp.
16        Q.      Okay.
17        A.      And also in pictures taken by
18   Voltaggio, you see some hyperplastic polyps,
19   as far as I remember, yes.
20                For instance, on page 46 in her
21   report, you see the tumor in one section --
22   in one piece and then a hyperplastic polyp in
23   the other piece.
24                (Mjønes Exhibit 6 marked for
25          identification.)
```

1    QUESTIONS BY MS. ALTHOFF:

2         Q.     Let's turn to Exhibit 6 for

3    Dr. Voltaggio's report, and this is just the

4    slides, and in particular page 46 at the

5    bottom.

6         A.     Yes.

7         Q.     Is this the slide you were

8    identifying, Dr. Mjønes?

9         A.     Yes.

10        Q.     And where do you see the

11   hyperplastic polyp versus the tumor?

12        A.     The hyperplastic polyp is in

13   the piece of tissue on the right side, and

14   the tumor is on the -- in the tissue on the

15   left side of the screen.

16        Q.     And the tumor, where in that

17   left-hand portion do you see that?

18        A.     You see it as a part poking up.

19   It's -- it's the part poking up touching the

20   next tissue side -- tissue.

21        Q.     Yes.

22               And so do you have an

23   understanding of whether these are two

24   separate pieces of tissue or whether they are

25   in fact connected?

1          A.      They're two different pieces of

2    tissue.

3          Q.      Okay.   That's good for that

4    one.

5                  So of what significance was it

6    to you, Dr. Mjønes, that you saw surface

7    erosions in some of the sections that we've

8    identified?

9          A.      No -- no real significance.

10         Q.      And of what significance was it

11   to you, the changes consistent with

12   hyperplastic polyps in some of the sections

13   that we've identified?

14         A.      Not -- not -- like the

15   significance is that they were benign polyps

16   and not malignant polyps.

17         Q.      With regard to slide N, which

18   here on page 2 you describe as changes

19   consistent with an intramucosal

20   adenocarcinoma intestinal type --

21         A.      Yes.

22         Q.      -- what, if anything, did you

23   see on slide N which now made you comfortable

24   with the intramucosal adenocarcinoma versus

25   the gastric type adenoma?

1    A.    Well, it's a gastric -- well,

2   it's a -- sorry, you have to repeat the

3   question.

4    Q.    Sure.

5          So we talked earlier in the

6   biopsy specimens how you weren't a hundred

7   percent clear about the intramucosal

8   adenocarcinoma versus gastric adenoma.

9    A.    Uh-huh.

10   Q.    And then down here now, once

11   you've seen the surgical resection, you now

12   describe it as changes consistent with

13   intramucosal adenocarcinoma.

14         And I'm just asking if you saw

15   anything new or different in the surgical

16   resection versus the biopsy specimen which

17   caused you to put that in your report.

18   A.    No.  No, it's basically the

19   same.

20   Q.    Okay.  Next you identify that

21   some of the slides show normal gastric mucosa

22   without signs of autoimmune chronic atrophic

23   gastritis or H. pylori gastritis.

24         Do you see that?  Page 2 onto

25   page 3 of your report?

Patricia MJones, M.D./Ph.D.

```
 1          A.      So there were no signs of

 2    Helicobacter pylori-like elements in the

 3    mucosa.

 4                  Is that the part --

 5          Q.      So at the very bottom of page 2

 6    going on to page 3, you describe that some of

 7    the slides show normal gastric mucosa without

 8    signs of autoimmune chronic atrophic

 9    gastritis or Helicobacter pylori gastritis.

10                  Yes?

11          A.      Yes.

12          Q.      And do you identify that here

13    for the same reason that you did in the

14    biopsy specimen?

15          A.      Yes.

16          Q.      So it was for purposes of sort

17    of alternative causation?

18          A.      That's right.

19          Q.      And then you also state

20    intestinal metaplasia is not seen.  And from

21    that perspective, are you saying you didn't

22    see it any of the surgical resection slides?

23          A.      No, I didn't see it in any of

24    the surgical resection slides.  And in

25    particular, I didn't see it in the -- in the
```

Patricia Mjones, M.D., Ph.D.

1    cardia area, or in the junction between the
2    squamous tissue and the columnar tissue.
3         Q.    And is that because you did not
4    see what you identified as goblet cells?
5         A.    Sorry?
6         Q.    How is it that you were able to
7    rule out intestinal metaplasia in all of the
8    slides?  What were you looking for that you
9    didn't see?
10        A.    I was looking for goblet cells,
11   and I didn't see any signs of goblet cells.
12        Q.    And then lastly in this
13   paragraph you state that the omentum and the
14   lymph nodes were without signs of cancer,
15   correct?
16        A.    Yes.  Yes.
17        Q.    All right.  And then the very
18   last paragraph there relates to the tissue
19   block that you stained that we've talked
20   about earlier at some length which was taken
21   from section J, correct?
22        A.    That's right.
23        Q.    And this is the place where you
24   saw the neuroendocrine markers showing areas
25   of possible simple or focal linear

1    hyperplasia of neuroendocrine cells?

2         A.    Yes.

3         Q.    Was there anything significant

4    from your analysis of section 4A or 5A?

5         A.    No.

6         Q.    With regard to your Diagnosis

7    section which is in bold -- and again, this

8    relates to your diagnosis taken from the

9    surgical resection specimens, correct?

10        A.    Yes.

11        Q.    How, if at all, does your

12   diagnosis differ from that of Louisiana

13   Pathology?

14        A.    It doesn't really differ.  I

15   would say it's quite similar.

16        Q.    Does it differ at all?

17        A.    No.  Not as I -- not as I can

18   recall.  I can't remember it being any

19   different.

20        Q.    So with regard to the

21   pathological staging summary, which is pTis

22   pN0, is that a pathological staging summary

23   that you came up with yourself?

24        A.    No, I think that was in the

25   original report as well.  I can't remember.

1    I just have to look.  But I would also -- I

2    would also double-check it.

3        Q.    Okay.  That's a bad question.

4    Let me ask that again.

5              Dr. Mjønes, did you determine

6    based upon your review, independent review,

7    of Mr. Baudin's resection slides that it

8    should be staged pathologically as pTis pN0?

9        A.    Yes.

10       Q.    So you didn't simply copy that

11   over from the Louisiana Pathology report.

12   You came up with it yourself?

13       A.    Yes.

14       Q.    Okay.  Turn to page 5 of your

15   report, which is entitled, halfway down,

16   "Overall Summary of Results."

17       A.    Uh-huh.

18       Q.    And essentially what's the

19   purpose of this section?

20       A.    No, it was just basically kind

21   of summarizing it so it would be easier to

22   find.  But apart from that, no particular

23   other purpose.

24       Q.    Okay.  So was this summary of

25   results meant to be consistent with the

Patricia Mjones, M.D./ Ph.D.

```
 1    conclusions and diagnoses that you had made

 2    above on a variety of specimens?

 3         A.    Yes, it's basically collecting

 4    all the -- all the specimens together so it

 5    would be easier to see the summary of the

 6    different specimens.

 7         Q.    Okay.  So then looking at that

 8    last page 6 where you have a little summary

 9    paragraph there right above your signature.

10         A.    Yes.

11         Q.    And why did you include this

12    paragraph?

13         A.    I include this paragraph

14    because I was asked to look for any other

15    signs that could be an explanation for the

16    patient's cancer.  So I just added it so that

17    I could have it as a negative finding.

18         Q.    Uh-huh.

19               Who asked you to look for

20    alternative explanations for the patient's

21    cancer?

22               MR. GALLANT:  I'm going to

23         object.  It's calling for privileged

24         communications.

25               MS. ALTHOFF:  Are you
```

1          instructing her not to answer?

2                    MR. GALLANT:  Yes.

3    QUESTIONS BY MS. ALTHOFF:

4          Q.     Okay.  You state in that

5    summary paragraph, you say, "I have not seen

6    any signs of atrophic gastritis."

7                    And is that essentially what

8    we've talked about before?

9          A.     Yes.

10         Q.     And similarly you say, "I

11   haven't seen any signs of Helio pylori-like

12   structures."

13                   And again, is that what we

14   talked about before?

15         A.     That's right.

16         Q.     And when you say, "I have not

17   seen any signs of intestinal metaplasia,"

18   again, to be clear, you believe it's your

19   opinion you didn't find any intestinal

20   metaplasia in any of the samples, whether

21   from normal mucosa or the tumor?

22         A.     That's right.

23         Q.     And then you state, "I have not

24   seen any signs of a prominent lymphocytic

25   infiltrate with intraepithelial lymphocytes."

Patricia Mjones, M.D., Ph.D.

```
 1              Correct?

 2      A.      That's right.

 3      Q.      And what is the significance of

 4  not seeing a prominent lymphocytic infiltrate

 5  with intraepithelial lymphocytes?

 6      A.      Well, if -- if you see it,

 7  you'd suspect Epstein Barr virus could be a

 8  cause.  If you don't see it, it doesn't add

 9  any information to that.

10      Q.      Okay.  And then you say, "In

11  tissue immunostained with neuroendocrine

12  markers, synaptophysin and chromogranin A,

13  from normal background mucosa, there are

14  changes consistent with simple hyperplasia

15  and possibly linear hyperplasia of

16  neuroendocrine cells."

17              Do you see that?

18      A.      Yes.

19      Q.      And that's what we --

20      A.      Yeah, sorry.

21      Q.      And that's what we talked about

22  previously with regard to section J, right?

23      A.      That's right.

24      Q.      And so it says there,

25  PG-17-18840.
```

1          Do you see that?

2     A.     Yeah, that's a typo.  It should

3     stand OL-17-09222.

4     Q.     Section J specifically,

5     correct?

6     A.     Yeah, that's right.

7     Q.     Going back to page -- the very

8     bottom of page 1 of your report.

9     A.     Okay.

10     Q.     And that's where you talk about

11     tissue block 01A and the additional staining

12     that you did, correct?

13     A.     Yes.

14     Q.     Do you know whether the tissue

15     block 01A from which you took a cut was from

16     the tumor or from the general area of the

17     tumor?

18     A.     I think -- oh, yeah, sorry.

19     It -- these are my markings.  I would have to

20     just check to see.

21          I recognize the picture.  1A is

22     what -- is from the section J, from

23     OL-17-09222.

24     Q.     Let's back up for a second.

25     Let's go back to your report, which is on the

1    screen, and I'm asking you now about the very

2    bottom.  It says, "A tissue block 01A was

3    received 9 March 2021."

4              Do you see that?

5        A.    Yes.

6        Q.    And the tissue block 01A

7    related to the biopsy specimen during the

8    EGD, right?

9        A.    Yes.

10       Q.    Okay.  So tissue block 01A was

11   from the EGD specimen?

12       A.    I'm trying to think.  I

13   received two tissue blocks.  I'm just trying

14   to see why I've written 1A at the bottom.

15             Oh, yeah, now I see.  The

16   tissue block 1 -- 01A is the one that in the

17   Norwegian pathology report is marked --

18   sorry, I'm going to try that again.  Sorry.

19       Q.    It's okay.

20       A.    Tissue block 1A, 1A is the name

21   that we gave it, and that corresponds to --

22   it corresponds to OL-17-09222/connector 03J.

23   So it's from the surgery.

24       Q.    Okay.  Yes.

25       A.    And the tissue block marked 2A

Patricia Mjones, M.D./Ph.D.

```
 1    are from the endoscopy.
 2              No, sorry.  I have written
 3    it -- it's the other way around.  It should
 4    be 2A in that section.  Yeah, sorry.
 5         Q.    Let me ask you this.  So
 6    whatever that tissue block number is, whether
 7    it's 01A or 02A, that's a number that was
 8    given to that tissue block by your
 9    organization?
10         A.    That's right.
11         Q.    And the comments about your
12    observations of the slides made from the
13    tissue block that originated during the
14    biopsy that was done during the EGD are
15    included here on the bottom of page 1 and the
16    top of page 2?
17         A.    Yes.  It says here, "The
18    neuroendocrine markers did not show
19    convincing evidence of hyperplasia of
20    neuroendocrine cells."
21         Q.    And again, that finding was
22    from the tissue that was taken during the
23    biopsy during the EGD?
24         A.    Yes.  In September.
25         Q.    And going back to my original
```

1    question, it was, do you know whether the

2    slide that you made from the tissue block

3    that came from the biopsy during the EGD was

4    from the tumor itself or from the surrounding

5    area?

6         A.    The tissue from that EGD was

7    taken from the tumor, from one of the polyps.

8    And then when they take that, you quite often

9    get normal -- you know, surrounding mucosa in

10   the same -- at the same time.

11        Q.    Uh-huh.

12        A.    At least that's what you see on

13   the biopsies.

14        Q.    And so my -- I just wanted to

15   make sure I understood what you were telling

16   us, which is then that you, when you did the

17   staining, the neuroendocrine markers in the

18   tumor itself did not show convincing evidence

19   of hyperplasia of neuroendocrine cells.

20        A.    No, you didn't see any -- like

21   you didn't see any positive reaction in the

22   tumor, and you didn't see any signs of

23   hyperplasia in the background mucosa.

24        Q.    Did you include -- well, do you

25   have -- do you have any photographs of the

Patricia Mjones, M.D. / Ph.D.

1   staining that you did from those slides?

2        A.    I have the pictures scanned,

3   but I don't think I took a photo of it.  But

4   I have it scanned, so I'd be able to take

5   photos of it if necessary.

6        Q.    Okay.  In any event, we haven't

7   looked at that today?

8        A.    No, we haven't looked at that

9   today.

10             But I know Voltaggio has a

11  picture of it in -- a number of pictures, but

12  the pictures are in a distance, so you can't

13  see the details.

14       Q.    So looking at Exhibit 6, which

15  is Voltaggio's slides page 34 to the end.

16       A.    Yes.

17       Q.    Do you know which slides depict

18  the biopsy specimen that was immunostained?

19             Can you tell if it's 50 to 51?

20       A.    No, it's like Voltaggio's

21  page 34.

22       Q.    Yes.

23       A.    That's from -- that's from the

24  endoscopy.  That's from -- that's from the

25  biopsy of the tumor.

Patricia Mjones, M.D., Ph.D.

```
 1          Q.      Okay.  Hold on.

 2                  Jeff, can you go to page 50 of

 3    the exhibit you're looking at right now?  So

 4    we're on 34, but go to 50.

 5          A.      Yes.

 6          Q.      One more.  There we go.

 7          A.      That's the -- that's from the

 8    same tissue as -- that you just saw.  That's

 9    from the biopsy from the endoscopy.

10          Q.      Okay.  So page 50 and 51, are

11    those from the endoscopy?

12          A.      Yes.

13          Q.      And then if you look at 53 and

14    54, are those from the specimen J, the

15    background mucosa?

16          A.      So that's from the background

17    mucosa, J, and the page 52 is from the --

18    from the biopsy at the endoscopy.  That's --

19    page 53 and 54 are from section J from the

20    surgery -- surgery.

21          Q.      Uh-huh.

22                  And so were you telling me that

23    on section -- or excuse me, pages 50 and 51,

24    they're not sufficiently magnified for you to

25    identify for me why these do not show
```

1   neuroendocrine hyperplasia?

2        A.     Yes, the distance is too far.

3   You can't see any details.  Plus, on those

4   sections it's not much tumor tissue left, so

5   you wouldn't be able -- it wouldn't be good

6   to evaluate that on those sections.

7        Q.     Did you make a determination of

8   the grade of hyperplasia that was seen in

9   section J of the surgical resection that you

10  stained with the immunostains?

11       A.     You mean like it's a diffuse

12  and linear hyperplasia?

13       Q.     Well, I guess that's the

14  description of the type, but did you make any

15  assessment of the grade of hyperplasia?

16       A.     The grade?  I'm not quite sure

17  what you mean.

18              Like you can grade

19  neuroendocrine tumors, but hyperplasia would

20  be described as simple, diffuse, linear,

21  micronodular and so on.  So I'm not quite

22  sure what you mean.

23       Q.     Okay.  I'll withdraw that.

24              Going back to page 3 of

25  Exhibit 2, which is your report, and we were

1    talking about the pathological staging

2    summary that you've identified as pTis pN0.

3              And does that translate as an

4    early stage cancer?

5         A.    That's right.

6         Q.    Do you have an understanding of

7    what the typical prognosis is for a cancer

8    staged as pTis pN0?

9         A.    It would generally be a good

10   prognosis.

11        Q.    And do you have an

12   understanding of what the standard of care is

13   for treatment of a pTis pN0 intramucosal

14   adenocarcinoma?

15             MR. GALLANT:  Object to form.

16             THE WITNESS:  I don't treat

17        them, but, you know, they -- they

18        would remove the -- if you have a

19        polyp that shows dis -- shows those

20        types of changes, you would remove it.

21   QUESTIONS BY MS. ALTHOFF:

22        Q.    Are you familiar with

23   endomucosal resection?

24        A.    Yes.

25        Q.    And when you say "remove the

Patricia M. Jones, M.D. / Ph.D.

1    polyp," are you referring to that treatment?

2         A.    Well, sometimes they do

3    endoscope.  It depends.  At least in

4    Trondheim it depends on who performs the

5    different procedures.  But -- and depending

6    on what the findings are on biopsy.

7              So if they think they could

8    remove it then -- by endo -- and it also is

9    kind of depend on the age, as far as I know.

10   So, yeah.

11        Q.    And I'm sorry, when you say it

12   depends on the age, the age of what?  The

13   person?

14        A.    Yes.  Like if you have an old

15   patient that's frail, you'd -- if you can get

16   to maybe doing an endoscopic mucosa

17   resection, that would probably be safer for

18   the patient than removing part of the

19   esophagus and part of the stomach.  That's

20   what I mean by age.

21             But I'm not a surgeon, so...

22        Q.    When we talked earlier on about

23   the subsequent biopsies that you reviewed

24   from 2017, 2018 and 2019 -- and I think you

25   told me there was nothing significant to your

Patricia M. Jones, M.D., Ph.D.

```
 1    diagnosis in any of those biopsies, correct?
 2         A.    That's right.
 3         Q.    Would you agree that there was
 4    no signs of recurrence of cancer in any of
 5    those biopsies?
 6         A.    I agree.
 7         Q.    With regard to adenocarcinomas
 8    in general or intramucosal adenocarcinomas,
 9    where in the stomach can those be found?
10         A.    Sorry?
11         Q.    Yeah.
12               So, you know, more generally
13    with regard to an intramucosal adenocarcinoma
14    as you've diagnosed with Mr. Baudin in this
15    case, where in the stomach can those be
16    located?  Where could you find them?
17         A.    You can find them in --
18    everywhere, in every compartment.
19         Q.    Would you agree they could be
20    found in the body and fundus?
21         A.    Yes.
22         Q.    They could also be found in the
23    cardia?
24         A.    Yes.
25         Q.    With regard to gastric mucous
```

1  glands, where in the stomach can those be

2  located?

3       A.    So basically you can find

4  mucous -- it depend -- it depends on how the

5  section is cut, because you can find

6  mucous-type mucosa or mucous-type cells in

7  the foveolars in the surface of the stomach,

8  and you find them in the cardia, and you find

9  them in the antrum.  And so in some

10  situations you could also find them as a part

11  of regeneration.

12       Q.    And I think, you know, you --

13  when you looked at slide N --

14       A.    Uh-huh.

15       Q.    -- and you determined based on

16  looking at slide N that you saw regenerative

17  changes at the polypectomy site; is that

18  right?

19       A.    Yeah, that's how I interpret

20  them, yes.

21       Q.    And that's -- you determined

22  that what you were seeing was regenerative

23  changes, not cardiac mucosa?

24       A.    And that's -- if you can pull

25  up one of Voltaggio's pictures, then I can

1    tell you how I -- it's easier to explain with

2    the picture.

3         Q.    Sure.

4               So Exhibit 6 again, Jeff.

5    Thank you.

6               And Exhibit 6 starts with the

7    biopsy specimens.  Were you thinking of the

8    biopsy specimens or the --

9               MR. RESTAINO:  Katherine, hold

10        on a second.  They're off again.

11              MR. GALLANT:  We just lost

12        sound for a minute, so -- or did we

13        lose the whole thing?  Do you want

14        to --

15              MS. ALTHOFF:  We have sound but

16        not video now.

17              THE WITNESS:  I was thinking of

18        the pictures on page 28, which is a

19        close-up of page 46.  So if we look at

20        the page -- the picture on page 28

21        first.

22    QUESTIONS BY MS. ALTHOFF:

23         Q.    Hold on just a second, because

24    that's not actually in Exhibit 6.  Let's look

25    and see if it's in Exhibit 6, and then if

Patricia Mjønes, M.D. / Ph.D.

```
1    not, we can go to the forward part.
2              So page 34 through page 37 are
3    from the biopsy specimen.
4         A.    {Audio interruption}.
5         Q.    Yeah.
6              And so which slide are you
7    interested in looking at?
8         A.    Figure 9.
9         Q.    Figure 9.  Okay.
10             MR. GALLANT:  So are there
11        two --
12             MS. ALTHOFF:  Okay.  Hold on.
13        Gotcha.
14             MR. GALLANT:  Is there like a
15        full report and an excerpted report?
16   QUESTIONS BY MS. ALTHOFF:
17        Q.    Okay.  So, Dr. Mjønes, let's go
18   to page 41 of the current exhibit, which is
19   Exhibit 6.
20        A.    So this one, yeah?
21             So basically what you see on
22   the picture here is a close -- not a complete
23   close-up, but we see the polyp itself in the
24   middle protruding into the lumen.
25             To the right of the polyp we
```

1    see oxyntic mucosa.

2             To the left of the polyp we see

3    mucus glands and some inflammation in the

4    bottom right, and this is the area where I --

5    where I think is the polypectomy site.

6             If you just go to the right

7    of -- right of that area, it doesn't really

8    show because the section is kind of crumpled

9    together.  You see it better in a different

10   level.  You also have some dysplasia in the

11   mucosa just very close there.

12        Q.    Okay.

13        A.    Then if you go --

14        Q.    Go ahead.

15        A.    And then if you go and look

16   at -- where it's zoomed out, the same --

17   basically she's showing the same lesion --

18   one of the pictures where you see the lesion

19   in picture M, but you see it under smaller

20   magnification.  It's on page 46 on the

21   Voltaggio report.

22        Q.    Uh-huh.  Yes.  So I'm going to

23   get to that.  Go to page 46, Jeff.

24        A.    Yeah, yeah, that's right.

25             So now we see the polyp on the

1    side instead of up like we did a second ago.

2              So if you see on the picture to

3    the left, we see the polyp touching base with

4    the section -- the tissue on the right.  We

5    see oxyntic mucosa to the left of that polyp.

6    We see an area of mucous glands just to the

7    right of that polyp, and then we see an area

8    where the section is crumpled together.

9              Just where you see a split

10   between the crumpled area of the section, you

11   see kind of a space between, and that's an

12   artifact.

13             If you look at different

14   sections from the same slide, you would see

15   that these -- this is actually -- they are

16   stuck together, and we see oxyntic mucosa on

17   that side.

18             So based on that, I interpret

19   that as being an oxyntic mucosa and that the

20   mucous glands you see just to the right of

21   the polyp are -- are probably a regeneration

22   or something like that.

23        Q.    Okay.  When we looked at this

24   slide earlier, Dr. Mjønes, I think you told

25   me you do not believe that these two sections

1    are connected.

2             Am I right?

3         A.     Yes.  No, not -- the section to

4    the right is not connected to the section on

5    the left.

6         Q.     Okay.

7         A.     But it would be good to have a

8    pointer, but I can show you.  If you look at

9    the tissue section to the left, you see a

10   part that is quite purple to the right of the

11   polyp.

12        Q.     Uh-huh.

13        A.     You see where I mean?

14        Q.     Yes.

15        A.     And just next to that crumpled

16   piece you have a little space, and then you

17   see more tissue.  That's an artifact.  Those

18   two pieces are actually stuck together.

19        Q.     Okay.

20        A.     So basically you see oxyntic

21   mucosa on both sides of those -- of that

22   polyp, and the mucous glands that we see in

23   this area I would interpret as regenerative

24   changes.

25        Q.     Okay.  Do you -- in your

Patricia Mjønes, M.D., Ph.D.

1    clinical practice, Dr. Mjønes, do you ever

2    see sections of the cardia that are

3    contained -- contain exclusively oxyntic

4    mucosa?

5         A.    No, usually not.  You see

6    usually a mixture or usually just mucous

7    glands.  I know it's possible, but it's not

8    common to see that.

9         Q.    And with regard to what you're

10   looking at on page 46, can -- what are you

11   looking at that you tell me is the mucous

12   glands?

13        A.    Do you see where the polyp

14   is --

15        Q.    Yes.

16        A.    -- or the tumor?

17              Yes.  Just on the base of that

18   polyp, just to be right, you see some

19   paler -- it's a paler area where you have

20   mucous glands.  And just in the depth of that

21   area you have like a -- like a dilated area.

22   That's also some mucous glands in the base

23   surrounded by inflammation.

24              And those would be changes that

25   could be consistent with the previous

Patricia Mjones, M.D., Ph.D.

1    polypectomy -- biopsy from that polyp.

2         Q.     Let's look at page 41 for a

3    second.

4         A.     Uh-huh.

5         Q.     And if we look at this

6    particular slide and the area that you were

7    identifying as the mucous glands, they're

8    being sort of just to the right of the blue

9    arrow.

10        A.     Yeah, just to the right of the

11   blue arrow.  And also she has marked some --

12   some on -- just -- she's pointing at some

13   mucous glands as well.

14        Q.     Uh-huh.

15               And so remind me, which finding

16   on this particular slide do you identify as

17   being regenerative tissue?

18        A.     Just to the right of the polyp

19   you see mucous glands, and you see dilated

20   glands just in the depth, and you have

21   inflammation in the same area.  Like all the

22   blue dots that you can't really see properly

23   because the distance to the slide is too --

24   you know, that -- it's not tuned in enough.

25        Q.     Uh-huh.

Patricia Mjones, M.D., Ph.D.

1          Do you see any evidence of

2  microphages -- macrophages, excuse me?

3      A.    No, I can't see that on this

4  level.

5      Q.    Do you see any evidence of

6  myofibroblasts?

7      A.    Myofibroblasts I'm sure would

8  be there, but I can't see from this distance.

9      Q.    Did you document identification

10  of any macrophages or myofibroblasts when you

11  looked at slide N?

12      A.    I didn't write about them, no.

13      Q.    Do you recall whether you saw

14  them or not?

15      A.    Well, usually you see

16  macrophages and the myo -- you can see things

17  like that in areas looking like that, but I

18  can't recall exactly if I saw them.  I didn't

19  look specifically for them, but usually

20  inflammation like that would be quite mixed.

21      Q.    I was looking to see if -- so

22  let's look at page 42.

23      A.    Uh-huh.

24      Q.    On the same exhibit.

25          And is this a further

Patricia Mjones, M.D., Ph.D.

```
1    magnification of, again, slide N?
2         A.    Yes.
3         Q.    And do you see anything that
4    you would interpret as regenerative tissue in
5    slide 42?
6         A.    What I see here is basically
7    just a localized area of inflammation,
8    probably in the depth of -- you know, in
9    close relation to where we looked at.
10              And so we see mucous glands and
11   you see inflammation, dilated -- some dilated
12   vessels, and you see like smooth muscle going
13   up towards the surface between -- {audio
14   interruption}.  And you also see some oxyntic
15   glands.
16              But you can't say from this
17   magnifi -- you can't say what type of cells
18   you see in the background.  You see
19   inflammation.  You can't specify it.
20        Q.    And then looking at slide on
21   page 43 --
22        A.    Yes.
23        Q.    -- again, a further
24   magnification of slide N --
25        A.    Uh-huh.
```

1      Q.      -- do you -- well, do you see
2  anything that you would identify as signs of
3  regenerative tissue in this slide?
4      A.      Well, with regenerative -- with
5  regeneration you can get loss of your
6  normal -- the normal mucosa that you'd
7  normally have there.  So what you'd expect to
8  find there based on what you see on either
9  side of the polyp is oxyntic glands.
10             If you take a biopsy there, it
11 would take time for the tissue to recover,
12 and then the normal oxyntic glands could be
13 replaced by glands looking like this.
14             And now I can't remember
15 exactly what you asked.  Sorry.
16     Q.      No, that's fine.  I was asking
17 you if you saw any signs of regeneration in
18 the slide depicted on page 43.
19     A.      You know, the fact that you
20 have inflammation, you have -- you have
21 the -- yeah, you have inflammation and -- and
22 the smooth muscle tissue being pulled up
23 towards the surface and things like that.
24             Yeah.  You don't see -- I mean,
25 you don't see granulation tissue.

1    Q.    And again, you don't see any

2  macrophages or myofibroblasts in this

3  magnification either?

4    A.    No.

5    Q.    In order to be able to see

6  either macrophages or myofibroblasts, would

7  it have to be a further magnification?

8    A.    Yes, but you usually see --

9  you'd always find some -- find the

10  macrophages in those areas.

11    Q.    From your perspective,

12  Dr. Mjønes, is the presence of goblet cells

13  required for diagnosis of Barrett's?

14    A.    For one thing, you can't have

15  goblet cells in the stomach -- in the stomach

16  and call it Barrett's.  The goblet cells

17  would have to be in -- in the esophagus,

18  right?

19    Q.    Uh-huh.  Okay.

20    A.    And according to the American

21  Gastroenterological Society, you require

22  Barrett's cells to call it Barrett's.  You

23  require goblet cells to call it Barrett's.

24    Q.    What about in Norway?  Are the

25  presence of goblet cells required for a

1    diagnosis of Barrett's?

2         A.    Most people would they say they

3    are required.

4         Q.    Have you experienced a

5    situation clinically where the salmon-colored

6    mucosa which appears to be Barrett's on

7    endoscopy is biopsied and does not show

8    goblet cells?

9         A.    Yes.

10         Q.    In that case, do you diagnose

11    the patient as not having Barrett's?

12         A.    No, we can't do that.  We

13    say -- we would give a descriptive diagnosis

14    where we would -- like for one thing, we have

15    to know that the biopsy is from the

16    esophagus, and then we are relying on the

17    clinical information from the people sending

18    the biopsy in, right?

19              So we'd say a biopsy from

20    esophagus with gastric metaplasia and

21    inflammation, for example.

22         Q.    Uh-huh.

23         A.    If we didn't see the goblet

24    cells, that is.

25         Q.    We talked earlier about the

Patricia Mjones, M.D., Ph.D.

1    molecular designations for gastric cancer

2    that you refer to as -- well, I refer to as

3    The Cancer Genome Atlas, and you said that

4    was referred to by the WHO.

5                You remember that discussion?

6        A.      Yes, I said that the -- the WHO

7    write a section about it where they take

8    information from The Cancer Genome Atlas.

9        Q.      And with regard to the HER2

10   testing that was done on Mr. Baudin's tumor

11   during the biopsy for the -- taken during the

12   EGD, what, if anything, did that show with

13   regard to the molecular classification of

14   Mr. Baudin's tumor?

15       A.      I haven't thought that one

16   through.  I have to -- like it showed -- it

17   showed it wasn't amplified.

18       Q.      Uh-huh.

19       A.      So it's not a classification

20   system we commonly use, so I won't -- so I

21   don't really know.

22       Q.      Have you reached any

23   conclusions with regard to whether

24   Mr. Baudin's tumor fell within the category

25   of tumors with chromosomal instability based

1    on the HER2 testing?

2         A.      They said that there were some

3    aneuploidy, so in that sense it was

4    probably -- could have been instable,

5    chromosomal instable.

6         Q.      With regard to the histological

7    classification of Mr. Baudin's tumor, would

8    you agree that it was well-differentiated?

9         A.      Yes.

10             MS. ALTHOFF:  All right.  Let's

11        take a few minutes.  I want to kind of

12        go back through and see what I haven't

13        covered yet.  And take a bathroom

14        break, too.

15             MR. GALLANT:  Okay.

16             VIDEOGRAPHER:  Off record,

17        2:59 p.m.

18          (Off the record at 2:59 p.m.)

19             VIDEOGRAPHER:  On record,

20        3:12 p.m.

21    QUESTIONS BY MS. ALTHOFF:

22         Q.      Dr. Mjønes, when we went off

23    the last time and took another break, I think

24    we were still talking about -- or had just

25    finished up talking about the regeneration

1    evidence that you thought you saw on slide N.

2         A.     Uh-huh.

3         Q.     And we were looking at some

4    pictures from Exhibit 6, so I want to go back

5    to that for just a minute.

6         A.     Yes.

7         Q.     And, Jeff, if you could put up

8    page 41 from slide -- showing slide N from

9    Exhibit 6.

10               Yeah.

11               So with regard to this slide

12   and then the next couple that are a little

13   more magnified --

14               Dr. Mjønes, do we still have

15   you?

16        A.     Uh-huh.  Yeah.  I'm here.

17   Sorry.

18        Q.     -- do you agree that these

19   slides depict inflammation?

20        A.     Yes.

21        Q.     And is that in or about the

22   tumor site area?

23        A.     It's in a localized area

24   next -- just in the tumor area.

25        Q.     And I think you had told us

1    earlier that the presence of this

2    inflammation was a sign to you of -- a

3    potential sign to you of regeneration?

4         A.    Not only the inflammation, but

5    seen together with loss of oxyntic glands in

6    the area and elongated foveolars and things

7    like that.

8         Q.    Loss of what type of cells?

9    I'm sorry.

10        A.    You have loss of -- loss of

11   oxyntic glands --

12        Q.    Yeah.

13        A.    -- in the area.

14        Q.    Okay.  With regard to the

15   inflammation that you see there, which you

16   again associate with regeneration, what are

17   some other explanations for why you might see

18   inflammation in the slide that's depicted on

19   slide 41 -- page 41?

20        A.    Well, I mean, you don't see the

21   inflammation in other -- in any other part of

22   that section, so in -- in this -- in this

23   section, my best explanation would be that

24   it's from a previous biopsy site.  That's my

25   best explanation for this one.

Patricia M. Jones, M.D., Ph.D.

```
1        Q.      Could the inflammation have
2   been caused by Mr. Baudin's gastric
3   esophageal reflux disease?
4        A.      In theory, but I would expect
5   him to have more inflammation in the other
6   parts of the stomach as well, not only
7   localized there.
8        Q.      And what about the presence of
9   this particular polyp having originated from
10  the hiatal hernia site, could that be an
11  explanation for the inflammation?
12       A.      Well, inflammation can -- can
13  be caused by -- like if you have a polyp
14  sticking out, anything that irritates the
15  polyp -- you could have a lump of food going
16  past it.  That could cause inflammation.
17       Q.      What about if Mr. Baudin had
18  Barrett's esophagus, could the Barrett's
19  cause the inflammation that we see depicted
20  on page 41?
21           MR. GALLANT:  Object to form.
22           You can answer.
23           THE WITNESS:  Yeah.  If
24      Mr. Baudin had Barrett's, I would
25      expect to see inflammation in the
```

Patricia Mjones, M.D., Ph.D.

```
1           gastroesophageal junction with

2           inflammation in the epithelium, which

3           I didn't see, and I'd also expect to

4           see goblet cells in that junction,

5           which I didn't see.

6    QUESTIONS BY MS. ALTHOFF:

7           Q.    Would Barrett's esophagus,

8    however, ex -- could have explained

9    inflammation?

10          A.    I don't think it explained

11   inflammation in that particular site, the

12   left polyp.

13          Q.    What about gastric metaplasia?

14   Could that be an alternative explanation for

15   the inflammation that's seen in the tumor

16   polypectomy site as depicted on page 41?

17          A.    Gastric metaplasia?  Like you'd

18   have gastric -- you mean pseudopyloric

19   metaplasia?  Is that what you mean?

20          Q.    Yes, metaplasia.

21          A.    Yeah, you could have

22   metaplasia -- like when you have loss of

23   oxyntic glands and you get glands covered by

24   mucous cells, that's a type of metaplasia

25   because you don't have the normal glands
```

1    there anymore.

2         Q.     Are there any alternative

3    explanations for the loss of oxyntic glands

4    that you saw in page 41?

5         A.     No, I don't really have any

6    alternative suggestions at the moment.

7         Q.     We've talked a lot today about

8    where Mr. Baudin's tumor was located, and you

9    have reached the conclusion you've discussed

10   today that it was in a -- was not in the

11   cardia.

12              Am I right about that?

13        A.     Yes, I think it's more likely

14   than not that it's in oxyntic mucosa that's

15   not in the cardia.

16        Q.     And we already discussed today

17   that that particular opinion does not appear

18   in the final report that we received on

19   April 9th of 2021.  Instead it says -- just

20   says proximal stomach?

21        A.     That's right.

22        Q.     When did you reach this

23   conclusion that the tumor was located in the

24   non-cardia oxyntic mucosa?

25        A.     Well, when I was reviewing the

Patricia M. Jones, M.D. / Ph.D.

```
 1   reports, well, my -- the Voltaggio report,

 2   and as the -- as the notes from -- and

 3   Voltaggio's report and the notes from the

 4   Louisiana pathology group, I noticed --

 5   because I had kind of -- I noticed the part

 6   where they said the polyp -- the tumor was

 7   located -- or the suspicious area was

 8   1.2 centimeters away from the junction.

 9              And when I reviewed the slides

10   and looked at what I had written, I didn't

11   see anything -- I didn't see the tumor in

12   that location that they had thought was

13   tumor.

14              And then when I saw the

15   information in Voltaggio's report about the

16   biopsies from the tumor was 3 centimeters

17   away from the gastric -- gastroesophageal

18   junction, that's how I kind of made that

19   conclusion, together with the findings seen

20   on that tissue section.

21       Q.    Okay.  So with regard to the

22   1.2 centimeters distal to the esophageal

23   junction information, that was contained in

24   the Louisiana Pathology report which you had

25   at the time you did the first review,
```

1    correct?

2         A.    That's right.

3         Q.    And did you attempt at the time

4    of the first review to correlate that

5    information to the slides that you were

6    reviewing, or was that not until later?

7         A.    I probably -- I probably didn't

8    take -- I saw it wasn't any tumor tissue in

9    the area that they said was suspicious, so

10   then I -- you know, then I just assumed it

11   was in the posterior back wall since the

12   tissues were taken from there.  I didn't

13   think there was an issue around it.

14        Q.    Okay.  And then it -- but it

15   was after you read Dr. Voltaggio's report,

16   including, but not limited to, the

17   correlation to the 3 centimeters distal to

18   the esophageal junction that you determined

19   that from your perspective this tumor did not

20   arise in the cardia?

21        A.    Yes, I never thought it was a

22   cardiac cancer based on what I've seen.  I

23   never had that in mind.  And I didn't think

24   of it as a cardiac cancer.  I thought of it

25   as a stomach cancer.

1    Q.    So to the extent Dr. Voltaggio

2    opines that Mr. Baudin's cancer arose in the

3    cardia region, at least from a pathological

4    perspective you disagree with that?

5    A.    Yes.

6    Q.    Have you talked with any

7    gastroenterologists about Mr. Baudin's

8    clinical picture and what type or location --

9    excuse me, what location of cancer they would

10   determine based on his clinical picture?

11   A.    No.

12        (Mjønes Exhibit 21 marked for

13        identification.)

14   QUESTIONS BY MS. ALTHOFF:

15   Q.    Let's mark Exhibit 21.

16        Dr. Mjønes, handing you what's

17   been marked as Exhibit 21 to your deposition,

18   is this the CV you provided to counsel to be

19   given to us at this deposition?

20   A.    Yes.

21   Q.    And looking at sort of your

22   education and licensure, it identifies you as

23   a licensed specialist in pathology in Norway

24   as of 2011?

25   A.    Yes.

Patricia Mjønes, M.D./ Ph.D.

```
1          Q.      Have you ever been licensed as
2   a physician or pathologist in the United
3   States?
4          A.      No.
5          Q.      Did you do all of your training
6   in Norway?
7          A.      Do you mean my pathologist
8   training or in general?
9          Q.      Did you do all of your
10  pathology training in Norway?
11         A.      Yes.
12         Q.      It looks like you spent some
13  time in Ireland and Poland as well.
14                 What were you studying there?
15         A.      I did my medical degree -- I
16  did one year in Poland and then the remaining
17  five years in Ireland.
18         Q.      And then did you have to do
19  additional training in pathology?
20         A.      Well, I did my medical degree
21  in Poland and Ireland, and then I did my
22  pathology training in Norway.  All of it.
23         Q.      And based -- you know, given
24  that you have a general medical degree, at
25  any time have you treated patients who have
```

1    been diagnosed with gastric cancer?

2         A.    I can't remember.  Like I

3    was -- just after my medical degree, you do

4    an internship in Norway lasting for a year

5    and a half.  And within that year, your half

6    year -- no, your full year at the hospital --

7    and in my case I did four months doing a

8    surgical rotation, four months doing a

9    medical rotation and four months doing a

10   psychiatry rotation.  And then I had six

11   months in a general practice.  And that's all

12   part of your internship in Norway.

13            And during that time, I can't

14   remember details from the type of patients I

15   saw, but I would have seen a bit of

16   everything.

17        Q.    Okay.  In the case where you

18   were doing the internship, would there have

19   been, though, a supervising physician who

20   would have had primary care for those

21   patients that you might have seen in

22   rotation?

23        A.    Yes.

24        Q.    You know, as compared to you,

25   does Dr. Waldum -- well, prior to his

Patricia M. Jones, M.D. / Ph.D.

```
1    retirement, did he treat patients with
2    gastric cancer?
3         A.    Yes.
4         Q.    And he's a gastroenterologist
5    by training, correct?
6         A.    Yes.
7         Q.    And in this particular matter
8    with Mr. Baudin, he came to you and asked you
9    to do the pathology portion of the review,
10   right?
11        A.    That's right.
12        Q.    To your knowledge, has he
13   reviewed any of the slides that you reviewed?
14        A.    If he's seen them, you mean?
15        Q.    Yes.
16        A.    No, he hasn't.
17        Q.    I mean, obviously you put an
18   image in your report, and he's seen that.
19   But in terms of actually looking at the
20   slides under a microscope or using a
21   computer, he's not done that to your
22   knowledge?
23        A.    No.  Because I haven't taken
24   any pictures of the -- I haven't taken
25   pictures of the slides, so he wouldn't have
```

Patricia M. Jones, M.D., Ph.D.

```
 1    seen those either.
 2         Q.    Was it your understanding when
 3    Dr. Waldum asked you to review the pathology
 4    that he was doing that because of your
 5    particular pathology expertise as compared to
 6    his?
 7         A.    Yes.
 8         Q.    Was it your understanding that
 9    he was deferring to you with regard to your
10    diagnosis and findings on the pathology?
11              MR. GALLANT:  Object to form.
12              THE WITNESS:  Can I answer?
13              MR. GALLANT:  If you know.
14              THE WITNESS:  Could you repeat
15         the question?
16    QUESTIONS BY MS. ALTHOFF:
17         Q.    Sure.
18              Was it your understanding when
19    Dr. Waldum asked you to review the pathology
20    that he was -- sorry, wrong question.  Strike
21    that.
22              Was it your understanding that
23    Dr. Waldum was deferring to you with regard
24    to your diagnosis and pathology -- and
25    findings on Mr. Baudin's pathology?
```

Patricia Mjones, M.D., Ph.D.

1              MR. GALLANT:  Same objection.

2              THE WITNESS:  I'm not a hundred

3      percent sure if I'm understanding the

4      question right.

5              So you're -- are you asking

6      me -- could you rephrase it?  Sorry.

7  QUESTIONS BY MS. ALTHOFF:

8      Q.    Was it your understanding that

9  Dr. Waldum deferred to you with regard to

10  your diagnosis and findings on Mr. Baudin's

11  pathology?

12              MR. GALLANT:  Object to form.

13              THE WITNESS:  He -- he -- I --

14      I'm still actually not sure if I'm

15      understanding the question right, but

16      he -- he wanted me to give an opinion

17      on the sections, and he got them

18      afterwards.

19              And what he did with the report

20      I gave him, I don't know.  Like I

21      presume he's made some opinions

22      related to that, but I don't know

23      exactly what conclusions he's drawn

24      from my report.

25              MS. ALTHOFF:  Okay.  Jeff, did

Patricia Mjones, M.D. / Ph.D.

1      you get some new exhibits from us?

2              VIDEOGRAPHER:  Yes, ma'am.

3              MS. ALTHOFF:  Okay.  Let's show

4      her what's been marked as Exhibit 22.

5              VIDEOGRAPHER:  22 is one that I

6      already had.

7              MS. ALTHOFF:  You did.

8              VIDEOGRAPHER:  The ones that

9      came in weren't numbered.

10             MS. ALTHOFF:  I'm sorry, take

11     that back.

12             So the next one should be --

13     that's my fault -- Exhibit 23, and

14     then we'll have 24 and 24A.

15             VIDEOGRAPHER:  Which one do you

16     want to have as 23?

17             MR. GALLANT:  23 is the one

18     with the pink.

19             VIDEOGRAPHER:  With the pink

20     highlighting?

21             MS. ALTHOFF:  Yes.

22             MS. EMLEY:  Yeah, Jeff, they'll

23     still be in the same order that they

24     are in the e-mail that I sent you.

25             MS. ALTHOFF:  Nope.  Not that

```
 1          one.

 2                    MS. EMLEY:  It's the document

 3          titled "Waldum USA."

 4                    VIDEOGRAPHER:  This is -- this

 5          is Waldum USA.

 6                    MS. ALTHOFF:  Well, we can

 7          start with this one.  That's fine.

 8                    Well, Allyson, maybe you should

 9          send him separately the pink one.

10                    MS. EMLEY:  Okay.

11                    MS. ALTHOFF:  Okay.

12                    (Mjønes Exhibit 24 marked for

13          identification.)

14   QUESTIONS BY MS. ALTHOFF:

15          Q.    Okay?  So let's mark -- we'll

16   mark this as Exhibit 24.

17                    And, Dr. Mjønes, marking for

18   your deposition what's Exhibit 24, and this

19   is the document that was sent to us last

20   night --

21          A.    Uh-huh.

22          Q.    -- which I believe contains

23   your annotations, but we had to print them

24   out on a separate page.

25                    So, first of all, do you
```

299 of 367

1   recognize this document as being a copy of

2   your report with the patient identifiers

3   redacted and your sticky notes?

4        A.     Yes.

5        Q.     So let's look at page 2 of this

6   document, Jeff.

7               Let's scroll down some more.  I

8   mean, I'm sorry, yes.

9               All right.  So keep scrolling

10  on this one, and let's just see if we can see

11  the comments anywhere.

12              All right.  So this particular

13  version of your report, we can see that it

14  has your annotations on it with those yellow

15  sticky notes --

16       A.     Uh-huh.

17       Q.     -- but we're not able to see

18  what any of them say.

19              Would you agree with that?

20       A.     I agree.  Yeah, I see the --

21  when you click on the boxes, I see --

22              VIDEOGRAPHER:  Counsel, if I

23       scroll over them, you can see what it

24       says.

25              MS. ALTHOFF:  Yeah, but that

Patricia Mjønes, M.D./Ph.D.

```
 1            just makes this way too complicated.
 2            We have another version where you can
 3            actually see them all together.
 4                   Let's see if we can get that
 5            one and mark it as 24A.
 6                   MS. EMLEY:  I just sent it,
 7            Jeff, so you should be getting it any
 8            second.
 9                   (Mjønes Exhibit 23 marked for
10            identification.)
11    QUESTIONS BY MS. ALTHOFF:
12            Q.    Okay.  We'll go with this one.
13    Sure.
14                   Let's mark this as 23.  And,
15    Dr. Mjønes, does Exhibit 23 -- is that a copy
16    of what you produced today that was scanned
17    that includes both your handwritten notes,
18    your highlighting and the comments to your
19    original report in Norwegian?
20            A.    That's right.
21            Q.    Can we just sort of page
22    through this and make sure that it's a
23    complete copy?
24                   Doctor, what I have is eight
25    pages.
```

1        A.     Yes, that's right.

2               VIDEOGRAPHER:  Counsel, it says

3        it's eight pages, but it's not letting

4        me scroll through.

5               MS. ALTHOFF:  That's fine.  If

6        she's confirming hers is eight pages

7        and mine is eight, I think we're good.

8               So let's see if we can get 24A.

9               MR. GALLANT:  Can we put the

10       ones you're displaying in the Dropbox

11       also?  In the chat, I mean?

12              VIDEOGRAPHER:  Yeah, stand by.

13              MS. ALTHOFF:  Okay.  Let's not

14       put this one up yet.

15              We still need 24A.

16              VIDEOGRAPHER:  So I'm confused

17       as to what 24A is going to be.

18              MS. ALTHOFF:  24A is going to

19       be the same as 24 except it shows the

20       actual comments typed out in

21       Norwegian.  Maybe.

22              Can we go to page 2 of this

23       document that's on the screen?  Yes.

24       Okay.

25              (Mjønes Exhibit 24A marked for

```
 1            identification.)

 2    QUESTIONS BY MS. ALTHOFF:

 3            Q.    Doctor, I'm marking for you

 4    what's been -- I'm going to identify as 24A.

 5                 And, Jeff, if you could scroll

 6    through this.

 7                 And my question to you,

 8    Dr. Mjønes, is, is this a copy of the report

 9    with the patient identifiers redacted and

10    your sticky note comments in Norwegian but

11    visible and printed out?

12                 MR. GALLANT:  Take your time

13          and compare this because it's not in a

14          format that -- that you've seen.

15          Certainly you can't compare it while

16          they're scrolling through it, so I

17          don't know how we're supposed to --

18                 MS. ALTHOFF:  Yeah, if you want

19          to even go off and pull it up from the

20          chat, I'm fine with that.

21                 MR. GALLANT:  Let's see if we

22          can -- do you want to check your --

23                 MS. ALTHOFF:  Well, and here,

24          let's do this.  Let me introduce the

25          last exhibit.  Maybe she can look at
```

1    them at the same time.

2              THE WITNESS:  Okay.

3              MS. ALTHOFF:  So let's put up

4        the one that you just had up a few

5        minutes ago, Jeff, which we're going

6        to mark as Exhibit 24B.  And it's the

7        one that starts -- at the top it says,

8        "Summary of Comments."

9              Yes.  All right.

10             (Mjønes Exhibit 24B marked for

11        identification.)

12   QUESTIONS BY MS. ALTHOFF:

13        Q.    So handing you what's been

14   marked as Exhibit 24B, Dr. Mjønes, and this

15   is our attempt at a Google translate of the

16   comments that you have electronically in

17   Norwegian that are listed in 24A and 23.

18             But the reason we did it -- we

19   put in 24A so that it's easier for you to

20   compare back and forth between the Norwegian

21   and the English translation.

22             And when we come back, my

23   question to you is going to be, is 24B a fair

24   translation of the comments that you included

25   electronically in your report, which is

```
1    exhibit -- now Exhibit 23?

2              MR. GALLANT:  Well, which -- so

3         how many exhibits have you uploaded

4         that she needs -- I mean, we've -- I

5         think this is the fourth version of

6         her comments.

7              MS. ALTHOFF:  Third.

8              So we have the pink version,

9         which is in Norwegian only and also

10        has handwritten notes.

11             We have 23A {sic}, which is a

12        clean copy, if you will, of her report

13        with her notes printed out in

14        Norwegian.

15             And 24B is the English

16        translation of -- purported English

17        translation of her comments,

18        electronic comments.

19             MR. GALLANT:  And which

20        document did you say has the

21        side-by-side?

22             MS. ALTHOFF:  24A and 24B.

23             MR. GALLANT:  And it's 24A is

24        on the screen now?

25             MS. ALTHOFF:  24B is on the
```

```
 1          screen now.
 2               THE WITNESS:  Yeah, the
 3          translation seems fine.
 4               MR. GALLANT:  Okay.  Well,
 5          that's not -- let's go off the record
 6          a minute and we'll examine the
 7          documents.
 8               VIDEOGRAPHER:  Off record,
 9          3:40 p.m.
10           (Off the record at 3:40 p.m.)
11               VIDEOGRAPHER:  On record,
12          4:34 p.m.
13     QUESTIONS BY MS. ALTHOFF:
14          Q.    Dr. Mjønes, after a break -- I
15     understand during the break you had an
16     opportunity to review Exhibit 23, 24A --
17     excuse me, 24, 24A and 24B, in particular
18     with regard to translation of the comments to
19     your report, which you drafted, from
20     Norwegian to English; is that right?
21          A.    Yes.
22          Q.    Okay.  And while we were off,
23     your counsel suggested that perhaps you could
24     assist us by going through the comments in
25     English and letting us know where you think
```

1   the translations are not accurate.

2        A.     Yeah.

3               If you go to number 1 --

4        Q.     Uh-huh.

5        A.     -- yeah, on page 2.  It says

6   page 2, number 1, yeah.

7               Let's see now.  It says,

8   "Gastric pyloric glandular adenoma is usually

9   seen in connection with CAG, which is not the

10  case."

11              So "assigned" is changed to

12  "the case," which is not the case here.

13       Q.     Okay.  I'm sorry, I did not

14  track that.  You're going to have to say that

15  again.

16       A.     Yeah.  You see comment

17  number 1.  If I read it from -- if you see

18  the second line, after the comma it says,

19  "which is not assigned here."

20              "Assigned" should be changed to

21  "the case."

22       Q.     Gotcha.

23              Okay.  Otherwise it's fine, the

24  statement?

25       A.     No, it's another comment.

1      Q.     Okay.

2      A.     On the third line from the

3  bottom of that same comment -- no, the

4  fourth -- sorry.  Two lines below the

5  previous comment, the sentence starts with

6  "Intestinal-type of gastric adenoma."

7             And "comment" should be

8  replaced by "the most common type."

9      Q.     Okay.

10     A.     Yeah.  So then the next change

11  number is 6.

12     Q.     Yes.

13     A.     Okay.  So the first change is

14  to -- it says on the second line -- the

15  second line, the sentence starts with "About

16  12 to 13 millimeters from the

17  gastroesophageal junction."  It says -- it

18  says "a polypous," but it should be changed

19  to "a polypoid."

20     Q.     Okay.

21     A.     And then on the place where the

22  letters are in capital --

23     Q.     Uh-huh.

24     A.     -- it should say "from the

25  apparent polypectomy site, it does not show

Patricia Mjones, M.D., Ph.D.

```
1    dysplasia or remains of tumor," comma.

2         Q.     Okay.

3         A.      This can give an indication

4    that it is not the real polypectomy site.

5         Q.     Okay.

6         A.      Number 7, page 2L.

7                 MR. GALLANT:  You're okay.

8                 THE WITNESS:  Okay.

9    QUESTIONS BY MS. ALTHOFF:

10        Q.      I'm sorry, number 7, what did

11   you say?

12        A.      On the underlined line it

13   says -- it says -- what does it say?  Like

14   this -- here.

15                MR. GALLANT:  Yeah, that --

16                THE WITNESS:  It should be H --

17        H and then a line and then an I,

18        colon.

19   QUESTIONS BY MS. ALTHOFF:

20        Q.     Okay.

21        A.      And then the next change in the

22   same thing, it says, "Slide" -- on the

23   lower -- the last part of that number 7 it

24   says, "Slide I gives no additional

25   information."
```

Patricia Mjones, M.D. / Ph.D.

```
1         Q.      Oh, I'm sorry, say that one
2    more time?
3         A.      "Slide I gives no additional
4    information."
5         Q.      Got it.
6         A.      So number 8.  So "fundus gland"
7    is changed to "fundic gland."  And that's all
8    on that line.
9         Q.      Got it.
10        A.      So on number 9 --
11        Q.      Yes.
12        A.      Sorry, I just have to see that.
13   Let me get the box up.
14                So it says, "the lesser
15   curvature to include polyps," yeah?
16        Q.      Uh-huh.
17        A.      "Same type of changes as
18   above."
19                And in the exclamation it
20   says -- I can't remember what the original
21   report says because it's blocked by the
22   comment box, but it should say "developing."
23   The first word after that...
24        Q.      Should -- are you saying --
25   after the parenthetical that follows the word
```

Patricia M. Jones, M.D., Ph.D.

```
 1    "above"?

 2         A.     Yeah, it should be

 3    "developing."

 4         Q.     So should read, "developing for

 5    hyperplastic polyp"?

 6         A.     Developing.  It should say same

 7    changes -- same type of changes as above,

 8    "developing hyperplastic polyp."

 9         Q.     Okay.

10         A.     And then just behind -- behind

11    that two question marks in the line below, it

12    should say, instead of "seem," "otherwise

13    seen an increase in the amount of."

14         Q.     I'm not sure I understand where

15    that goes.  I'm sorry.

16         A.     Well, there's --

17                MR. GALLANT:  There's two

18         question marks after stroma, and then

19         C, I think that's where that gets

20         inserted.

21    QUESTIONS BY MS. ALTHOFF:

22         Q.     Oh, okay, I'm sorry, I

23    misunderstood you.  All right.  I understand

24    where you're talking about now.

25                So right now it says "or seen
```

1    increased," and what should that be?

2        A.    I'm just trying to see where I

3    am now.  I'm trying to get the screen to be

4    bigger.

5              Are we on number 8?

6              MR. GALLANT:  No, we're on

7         number 9.

8              THE WITNESS:  Number 9.  Okay.

9         Sorry.

10             So it's on the second line.

11   QUESTIONS BY MS. ALTHOFF:

12       Q.    Yes.

13       A.    And I can't see what it says

14   just behind the two question marks.

15             MR. GALLANT:  It should be

16        or -- it says "or seen."

17             THE WITNESS:  Yeah.  Instead of

18        "or seen," it should be -- say

19        "otherwise seen and increase in the

20        amount of."

21             And then the inflammatory cells

22        should follow.

23   QUESTIONS BY MS. ALTHOFF:

24       Q.    Okay.

25       A.    Okay.  And then the next point

1    of change is at number 11.  There you have

2    towards the end, the third line from the end

3    of that comment box it says, "Best compatible

4    with fundus gland polyps."

5              It should say, "Development of

6    a fundic gland polyp."

7         Q.    Yes.

8         A.    Uh-huh.

9              And then with the big

10   letters --

11        Q.    Uh-huh.

12        A.    -- is this the real polyp site?

13   So I can't see what -- what it says just

14   behind polyp.  It says plot, maybe.  So plot

15   should be site.

16             And the next comment would be,

17   "delete gross" and replace with the phrase

18   "with high grade."

19        Q.    Uh-huh.

20        A.    So the gross and slash high

21   degree should be "high grade."

22             And the next comment then on

23   the same -- what happened now?  I'm sorry.

24   The "cardiac muscle" should be changed to

25   "cardiac mucosa."

1      Q.      Uh-huh.

2      A.      Okay.

3      Q.      Dr. Mjønes, the -- right before

4   the all caps, it says "NB."

5              What does NB stand for?

6      A.      Oh, it's just -- it's kind of

7   an ex -- note.  It stands for Norwegian.  You

8   just write it just kind of to -- to kind

9   of -- to remember it for later.

10     Q.      Okay.

11     A.      It's just -- basically it's

12  kind of to remind myself.  Yeah.

13             So where are we now?  We are at

14  11, right?

15     Q.      Yes.

16     A.      So the next page -- how do I

17  get to the next page?

18             MR. GALLANT:  Just scroll on,

19      no?

20             THE WITNESS:  Here.  No.  I

21      can't go to page 2.  How do you go to

22      the next one?  Sorry.

23             MR. GALLANT:  Did it freeze?

24             All right.  We've run into a

25      technical difficulty here.

Patricia Mjones, M.D., Ph.D.

```
 1    QUESTIONS BY MS. ALTHOFF:
 2        Q.     Would it help to look at
 3    Exhibit 24B on the screen?
 4             MR. GALLANT:  Well, there's
 5         only -- I mean, from -- let's see.  I
 6         think -- there's only a few comments
 7         left on 3 and 4, so maybe we can just
 8         do it on the screen.
 9             THE WITNESS:  Yeah.  So are we
10         finished with page 2?  Like it says,
11         page 2 continued?
12             MR. GALLANT:  Yeah, I think
13         it's the next page on there, so I
14         don't know how to do that.
15             THE WITNESS:  We did the
16         posterior wall to include polyps.
17             MR. GALLANT:  So there's no --
18             THE WITNESS:  So to be -- okay.
19             MR. GALLANT:  Hopefully we can
20         do it on page 3.
21    QUESTIONS BY MS. ALTHOFF:
22        Q.     Did you have changes to 12, 13
23    or 14?
24        A.     Did I?
25             MR. GALLANT:  No.
```

Patricia M. Jones, M.D. / Ph.D.

```
 1                 THE WITNESS:  No.
 2   QUESTIONS BY MS. ALTHOFF:
 3        Q.     Okay.  So page 3.  There's two
 4   items on page 3.  Do you have changes to
 5   those?
 6        A.     Yeah, I have changes to those.
 7   It says, "The proximal esophagus doughnut,
 8   squamous cell dressed" -- no, how did you say
 9   it?  "A squamous-cell-covered tissue without
10   significant changes."
11            So the squamous cell carcinoma
12   should be deleted, and it should -- it should
13   state "squamous-cell-covered tissue."
14   Uh-huh.
15            So the number -- comment
16   number 2 is "fundus gland" should be changed
17   to "fundic gland."
18        Q.     Okay.
19        A.     And then the -- and it says,
20   "focal area with possible development of
21   hyperplastic polyp."  So the approach should
22   be changed out to development of.  So
23   "approach to" should be changed to
24   "development of."
25                 MR. GALLANT:  And then the
```

Patricia Mjønes, M.D., Ph.D.

```
 1          last.

 2                  THE WITNESS:  Oh, there are

 3          more.

 4                  MR. GALLANT:  Yeah.  Yeah.

 5                  THE WITNESS:  I don't --

 6                  MR. GALLANT:  Number 2.

 7                  THE WITNESS:  Number 2.  Okay.

 8                  So number 2, it says slight --

 9          it should say, "foveolar" -- not

10          foveola, but foveolar -- "with thin

11          strands of smooth muscle between them

12          and slight inflammation."

13  QUESTIONS BY MS. ALTHOFF:

14          Q.     "Slight foveolar hyperplasia

15  with thin strands of smooth muscle between

16  them and slight inflammation"?

17          A.     Yes.

18          Q.     Is that it for the changes to

19  Exhibit 24B?

20          A.     Yes.

21          Q.     Okay.  Let's take a look at

22  Exhibit 23, Jeff.

23                  And did you have an

24  opportunity, Dr. Mjønes, to check and make

25  sure that the comments that are in
```

1    Exhibit 23, the electronic comments, were

2    also in Exhibit 24?

3         A.    24, is that what we just looked

4    at?

5         Q.    Yes, ma'am.

6         A.    Yes, so that -- we went through

7    that just now.  So in this -- like the -- the

8    handwritten comments aren't in that one.

9               And I think it's third comment

10   on the exhibit, on the last page, that

11   wasn't -- on page 4?  Was that it?  There was

12   an extra comment on page 4 that they

13   didn't --

14               MR. GALLANT:  Yeah, that's

15        right.

16   QUESTIONS BY MS. ALTHOFF:

17        Q.    Okay.  So there was an extra

18   comment, or an additional comment, that you

19   saw on Exhibit 24B, which was the English,

20   that you had not seen on Exhibit 23, which is

21   the pink version?

22        A.    Yeah, that's the last comment,

23   the very last comment.

24        Q.    All right.  But in any event,

25   the electronically typed-in comments on

1    Exhibit 23, the pink copy, are all included

2    in Exhibit 24?

3         A.    Yes.

4         Q.    Okay.  The last thing I want to

5    go through then on Exhibit 23 is just your

6    handwritten comments.

7               Okay.  So page 1 says, "HER2

8    protein."

9               Yes?

10        A.    Yes.

11        Q.    And then what does it say

12   underneath that?

13        A.    "Described as 2-plus."

14        Q.    Are all the comments in here

15   essentially in Norwegian?  Your handwritten?

16        A.    Yes.

17        Q.    Okay.

18        A.    I think so.  Yes, it is.

19        Q.    All right.  Let's look at

20   page 2, and there's a handwritten note on

21   comment -- bottom of comment 3.  What does

22   that say?

23        A.    It says "this."  So basically

24   directly translated, it says "this."

25               But what I'm referring to is

Patricia Mjones, M.D. / Ph.D.

1   that the slide -- the SH10932/212A is the

2   same slide as the one shown here.

3        Q.    Okay.  It looks like your next

4   handwritten comment is on comment 10; is that

5   correct?  On the same page 2?

6        A.    Yeah.

7        Q.    And what does that say?

8        A.    I'm not 100 percent sure if I

9   can understand my own handwriting on this

10  one, but it says H -- it says HB, which

11  I'm -- that would be a hyperplastic polyp --

12  at 6 millimeters from the EGD.  Look, see

13  document.

14       Q.    Okay.

15       A.    I think the reason I wrote that

16  is because I didn't see the full comment on

17  that pink page, and then I realized the full

18  comment was on the back of the page a little

19  bit after it.

20       Q.    I see.

21             Are there any other handwritten

22  comments on page 2?

23       A.    No, I don't see any.

24       Q.    Okay.  And no handwritten

25  comments on page 3, correct?

```
1        A.      That's correct.
2        Q.      No handwritten on page 4 or 5?
3        A.      No.  Yes.  That's correct.
4        Q.      And then there is a handwritten
5  comment on page 6.  It appears to relate to
6  the highlighting on PG-17-18840, that
7  identifier.
8        A.      Yeah.  So basically it should
9  have been OL-17-09222 instead of --
10       Q.      Okay.  And then we go to
11 page 7, which is the slide, and there's no
12 handwritten comments, correct?
13       A.      Yeah.  Nothing.
14       Q.      All right.  So the next page is
15 actually unnumbered, but it is a continuation
16 of the comments from the previous pages,
17 correct?
18       A.      Yes.
19       Q.      All right.  So side 2:1,
20 comment MP9 at the top, has a handwritten
21 comment.
22               What does that refer to?
23       A.      No tumor.
24       Q.      Did you say "no tumor"?
25       A.      Yes, I say "no tumor."
```

1    Q.    No tumor.

2    A.    Yeah.

3    Q.    The other -- the next notation

4    that's in handwriting is in the last comment

5    box, which is -- says side 2:4, comment MP13,

6    and it's in the left-hand margin.

7          Do you see that?

8    A.    Yes.

9    Q.    And what does that refer to?

10   A.    N refers to the -- the name of

11   the slide, which is N, and it equals tumor.

12   So it's basically the slide showing the tumor

13   tissue on the -- on the operation specimen.

14   Q.    Okay.  And then at the bottom

15   of that same comment box, there's some type

16   that's in all caps and then some handwritten

17   underneath that.

18          And what does the handwritten

19   note underneath it refer to?

20   A.    So basically saying picture

21   page 38 and picture page 39 shows -- marked

22   section L shows this.

23   Q.    And were you referring to pages

24   of Dr. Voltaggio's report?

25   A.    Yes.  Yes, which she had taken

1    nice photos.

2        Q.    Throughout Exhibit 23 that we

3    just looked at, there's pink highlighting.

4        A.    Yes.

5        Q.    Is that -- did you do the pink

6    highlighting yourself?

7        A.    Yes.

8        Q.    And these comments that are in

9    bubbles that we've just gone through, were

10   those comments that you made?

11       A.    Yes.

12       Q.    Okay.  We found one other

13   document that is actually from you that we

14   want to have you identify as well, so we'll

15   do that now.

16            (Mjønes Exhibit 25 marked for

17       identification.)

18   QUESTIONS BY MS. ALTHOFF:

19       Q.    I think you should have it now,

20   Jeff, Exhibit 25.

21            Yeah, excellent.

22            Showing you what's been marked

23   as Exhibit 25 to your deposition, Dr. Mjønes,

24   can you identify what this document is?

25       A.    So basically these are -- this

```
1   is what was sent to Albert Cora, and they
2   are -- they came with the section -- the
3   staining, the slides that were stained in the
4   department of pathology in Trondheim.
5        Q.    So --
6        A.    So basically it says -- I was
7   requested to send the slides to Albert Cora,
8   and so this is a document sent with those
9   slides.
10       Q.    Particularly pertaining to the
11  ones that your laboratory had cut from the
12  tissue and stained?
13       A.    Yes, that's right.
14       Q.    Okay.  I asked you earlier
15  today, Dr. Voltaggio {sic}, what you would
16  consider to be the furthest distal from the
17  GE junction that a human could have cardia,
18  and you said 1 to 2 centimeters.
19       A.    That would be --
20             MR. GALLANT:  Object to form.
21  QUESTIONS BY MS. ALTHOFF:
22       Q.    Go ahead, you can still answer.
23       A.    Yeah, that would be the -- the
24  common would be 2 -- 2 -- like the cardia is
25  usually within 2 centimeters of the
```

1    gastroesophageal junction, but in most cases

2    it's narrower.

3         Q.    And my only question was, you

4    know, if I were one of your students that

5    you're teaching and you were to give that

6    definition, what source or textbook would you

7    refer me to to support that definition of the

8    size of the cardia distal to the GE junction?

9         A.    You could look at textbooks

10   such as the one written by Goldblum and Odze.

11   I'd have to look up the text, if you excuse

12   me for a second.  I'll be -- there's a

13   textbook written by Goldblum and Odze that's

14   called -- I have the -- I can't remember the

15   name by heart just now, but I'd be able to

16   tell it to you if you let me just --

17        Q.    Well, let me just ask you this.

18             First of all, how do you spell

19   this -- it's Goldblum, right, is the first

20   one?

21        A.    Yes.

22        Q.    And what's the second one?

23        A.    Odze.

24        Q.    How do you spell that?

25        A.    O-d-z-e.

Patricia M. Jones, M.D. / Ph.D.

1      Q.      Did O-d-s-e?

2      A.      O-d-z-e.

3      Q.      What is zed?

4      A.      Zed.

5      Q.      Okay.  Z.  Okay.  Gotcha.

6   Understood.

7              Okay.  And is this a pathology

8   textbook?

9      A.      Yes, it's a pathology textbook

10  of the gastrointestinal tract.

11     Q.      Okay.

12     A.      And there are other textbooks

13  as well that I can refer to, but I can't

14  remember them -- the names of the authors by

15  heart, but I could find them out for you.

16             MS. ALTHOFF:  All right.  I

17        think that is most of what I have,

18        Mike.  I just want to double-check and

19        make sure my colleagues don't have

20        any -- anything I just missed just

21        now, but otherwise I think we're done.

22             And I understand it's 10

23        o'clock your time, so -- 10?  Is it 10

24        your time or 11?

25             THE WITNESS:  10.

```
 1              MR. GALLANT:  It's 10.

 2              MS. ALTHOFF:  Okay.  Okay.

 3      Good.  All right.

 4              Well, let's just take five

 5      minutes and then we'll wrap this up.

 6              VIDEOGRAPHER:  Off record,

 7      5 p.m.

 8       (Off the record at 5:00 p.m.)

 9              VIDEOGRAPHER:  On record,

10      5:04 p.m.

11              MS. ALTHOFF:  Dr. Mjønes, I

12      don't think we have anything further

13      for you today.

14              Mike, we are going to reserve

15      the option to potentially come back,

16      given the attorney-client privilege

17      assertions as well as the new

18      report -- or annotations to the report

19      which we have just received today and

20      I needed to get translated, and then

21      corrections to translations made

22      today.  So that's where we are.

23              Otherwise, I don't have any

24      further questions today.

25              MR. GALLANT:  Yeah.  And I
```

1          would just state for the record that

2          we gave you the comments last night.

3          I appreciate that you didn't realize

4          that the bubbles were on there.  But,

5          you know, these were comments that

6          were, you know, created on Saturday.

7          We turned them over on Sunday.  And so

8          I understand your position.

9               We obviously would disagree

10         with, you know, bringing Dr. Mjønes

11         back.

12              CROSS-EXAMINATION

13    QUESTIONS BY MR. GALLANT:

14         Q.    I have some questions, and so

15    we'll just kind of go through that, and then

16    we'll hopefully be able to call it a night.

17              But let's -- yeah.  Let's just

18    get situated here.  Let's see if I can get

19    this to work.  Here we go.  Okay.

20              Okay.  Dr. Mjønes, I know -- my

21    name is Mike Gallant, and I represent Stanley

22    Baudin in this matter.  And I'm going to ask

23    you some questions about a lot of areas that

24    you've covered -- a lot of ground today with

25    counsel for AstraZeneca.

1                First, I wanted to just clarify

2     for the record that you are a medical doctor,

3     correct?

4          A.     Yes.

5          Q.     And your CV has been previously

6     marked, but can you give us a brief

7     description of your educational background?

8          A.     Basically I studied in Poland

9     like from the medical -- from when I started

10    medical school, and then I did year 2 and 6

11    in Ireland.

12               Then after that I worked as an

13    intern in Namsos for a year where I did four

14    months of rotation in medicine, four months

15    in surgery and four months in psychiatry,

16    followed by half-year of internship in a

17    placed called Verran kommune, which is in the

18    middle of Norway as well, where I did GP.

19               When I was -- finished my

20    internship, I started at the pathology

21    department in Trondheim, and I worked there

22    ever since with the disruption -- the

23    disruption of the period during my Ph.D.

24    project.

25         Q.     And are you familiar with the

Patricia Mjones, M.D. / Ph.D.

```
1    concept of physicians in the United States

2    being board certified?

3         A.    I heard -- I seen in

4    Voltaggio's report being board certified.

5         Q.    Is there a similar process in

6    Norway?

7         A.    In Norway, you don't have an

8    exam at the end when you're a pathologist,

9    but you have to go through a certain number

10   of examinations and document that you've seen

11   certain number of conditions in order to be

12   qualified.  And you have to have a number of

13   courses within the relevant topic matter.

14        Q.    And did you complete that

15   period of coursework in pathology in Norway?

16        A.    I did.

17        Q.    Okay.  And can you describe for

18   us how long that process took to become

19   specialized in pathology?

20        A.    I'd say you would at least have

21   to spend five years and sometimes longer,

22   depending on -- certain things may be more

23   difficult to get enough of, like -- and

24   things like that in Norway, but it took me

25   five years.
```

```
 1         Q.      And are you specialized further

 2   in the field of pathology to certain anatomy?

 3         A.      Well, I would be working most

 4   with gastrointestinal pathology and then also

 5   dermatopathology.  The gastrointestinal

 6   pathology would be my main focus.

 7         Q.      And how long have you

 8   specialized in the field of gastrointestinal

 9   pathology?

10         A.      I've been working with that --

11   well, since 2012 maybe.

12         Q.      Okay.  And do you hold any

13   academic appointments?

14         A.      I'm not sure what you mean.

15         Q.      Do you hold any faculty

16   positions?

17         A.      Yes.  I work as an associate

18   professor at the NTNU, which is the

19   university in Trondheim where I'm teaching

20   medical students.

21         Q.      And what courses do you teach?

22         A.      I teach -- I have a course in

23   liver pathology and have -- like basically on

24   liver pathology, and then -- I have to think.

25   I have a portion on skins, on kidneys, like
```

Patricia M. Jones, M.D., Ph.D.

```
 1    it would be histology -- histology.  And then
 2    I'd also -- what else do I have?
 3             I would be taking over the
 4    gastrointestinal pathology teaching as well,
 5    but that's for next year.
 6         Q.    Okay.  And have you published
 7    in the field of pathology?
 8         A.    Yes.
 9         Q.    And I know there was some
10    discussion earlier with counsel about
11    publications, and have you listed
12    publications in your CV that's been marked in
13    this case?
14         A.    Yes, I have the list of the --
15    most of the publications in the CV.
16         Q.    Okay.  And there is a lot of
17    discussion today about the anatomy of the
18    esophagus and the stomach.
19         A.    Yes.
20         Q.    And I thought it would be
21    helpful since we've been doing a lot without
22    any sort of demonstrative aids to give you a
23    picture of the stomach anatomy and ask you to
24    explain some of the features for us.  If you
25    bear with me one second.  Figure out how
```

Patricia Mjones, M.D. / Ph.D.

```
 1    to -- so I'll just drop this into the chat.
 2    Just a second.  I apologize.
 3                Okay.  So I dropped this
 4    document into chat.  And I'll represent that
 5    it's from page 5 of Dr. Voltaggio's report,
 6    which I think you had said you reviewed,
 7    correct?
 8        A.     Yes.
 9        Q.     Let me share this.
10                Okay.  So during the break
11    we've put a pointer on here, or a mouse, that
12    will allow you to use the pointer, and I
13    would like to know if you could use this
14    picture to explain the anatomy of the stomach
15    that we've been discussing today.
16        A.     Yeah.
17                So basically before we reach
18    the stomach, you have the esophagus.  The
19    esophagus -- and there's the stomach at the
20    point here where you have the diaphragm,
21    which is the muscle separating the thoracic
22    content from the abdominal content.
23                Here you have -- where the
24    pointer is now you have the gastroesophageal
25    junction.  And in the normal state, the
```

Patricia Mjones, M.D. / Ph.D.

```
1    gastroesophageal junction would correspond to

2    the space where the esophagus goes through

3    the diaphragm.  And normally that space would

4    be at the same place as the squamocolumnar

5    junction, which also is called the set line.

6              So this is where you have the

7    cardia.  You have the fundus area here, and

8    then have the corpus here, and the antrum

9    here before it enters into the small

10   intestine here.

11             So this would be the lesser

12   curvature and this would be the larger

13   curvature.  And some of the sections we've

14   been looking at from the lesser curvature

15   would have been from around this area.

16        Q.    And when -- another term that

17   you've used today has been the proximal

18   stomach?

19        A.    Uh-huh.

20        Q.    Can you show us on this picture

21   where that refers to?

22        A.    Yeah.  The proximal stomach

23   would be the area of the stomach closest to

24   the esophagus.  So the cardia is part of the

25   proximal stomach, but you also have this as a
```

1    part of the proximal stomach.

2        Q.    And is there a difference

3    histologically between the esophagus and the

4    stomach?

5        A.    Yes.  The esophagus is covered

6    by squamous -- a squamous epithelium, which

7    we can see a picture of later.  The cardia

8    and the rest of the stomach is covered by

9    glandular epithelium.

10        Q.    And you mentioned that there's

11    a -- these squamocolumnar junction which is

12    also referred to as the gastroesophageal

13    junction?

14        A.    Yes.

15        Q.    And is that an area of

16    transition histologically between the

17    esophagus and the stomach?

18        A.    In the normal state where you

19    don't -- like in normal conditions, the

20    squamocolumnar junction usually would be

21    actually be at the same place as the gastric

22    esophageal junction.  Normally.  But in

23    certain conditions like Barrett's, this

24    squamocolumnar junction might be higher up.

25        Q.    And does the -- can you point

Patricia M. Jones, M.D. / Ph.D.

1  out for us where the cardia is on this

2  picture?

3       A.    On this picture, the cardia is

4  here just below the squamocolumnar junction.

5       Q.    And are there histological

6  differences between the cardia and the corpus

7  of the stomach?

8       A.    So basically the mucosa has

9  differences, depending on the areas.  Like

10 the antrum mucosa would be quite similar to

11 look at the -- look at the -- the cardiac

12 mucosa, you have more mucous glands in these

13 areas.  Sometimes you may have a mixture of

14 mucous glands and oxyntic glands here as

15 well, while in the corpus and the fundus the

16 mucosa is usually thicker, and you have a

17 rich supply of parietal cells and chief cells

18 that you wouldn't be able to see here.  So

19 it's a difference in type of cells you would

20 find in different locations.

21      Q.    And that's another couple of

22 items that you've talked about some today.

23            What is a parietal cell?

24      A.    A parietal -- I can't say the

25 word, sorry.  Parietal cell is a cell

1    producing acid, and you find it in the fundus

2    and corpus of the stomach.

3           Q.     Okay.  Do you find parietal

4    cells in the esophagus?

5           A.     Not normally.

6           Q.     And what are chief cells?

7           A.     Chief cells are cells producing

8    substances like pepsin, a protigent

9    {phonetic} that breaks down proteins.  It

10   helps with digestion.

11          Q.     Okay.  And we talked a lot

12   about endocrine cells, in particular ECL

13   cells.

14                 Where would you find ECL cells?

15          A.     Neuroendocrine cells, you have

16   different -- many different types of

17   neuroendocrine cells in the stomach, at least

18   six types.  The ECL cell type is most

19   commonly found in the corpus and the fundus.

20          Q.     And can you see ECL cells using

21   regular H&E staining?

22          A.     In the normal mucosa when you

23   don't have a tree, you can't see the ECLs --

24   I mean, you can't normally see them without

25   special stains.

Patricia Mjones, M.D. / Ph.D.

1    Q.    And generally speaking, can you

2    explain what hyperplasia is?  We've heard

3    that a lot today.

4    A.    Hyperplasia means that you have

5    increased number of cells.  So in the -- in

6    the sense of a neuroendocrine cell

7    hyperplasia, it means that instead of having

8    a few cells, you have an increased number of

9    those cells.

10    Q.    And can you explain what the

11    term "intestinal metaplasia" means?

12    A.    Intestinal metaplasia basically

13    means that the normal mucosa of the stomach

14    are at -- different organ changes are -- in

15    the esophagus changes to more intestinal-type

16    mucosa.  And you would probably recognize it

17    by seeing goblet cells.

18    Q.    And can you also explain

19    briefly what a polyp is?

20    A.    A polyp is basically a growth,

21    like a -- a protrusion into the -- like it's

22    a mass protruding out in the -- in the lumen

23    of an organ.

24    Q.    Okay.  And are there different

25    kinds of polyps?

Patricia Mjones, M.D./Ph.D.

```
 1        A.      Yes.
 2        Q.      And what are some other kinds
 3   of polyps that are common to the stomach?
 4        A.      The most common types would be
 5   fundic gland polyps and hyperplastic polyps.
 6        Q.      And in your role as a
 7   pathologist, have you had occasion to
 8   diagnose gastric cancer?
 9        A.      Yes.
10        Q.      And are you able to estimate
11   how many times in your career you've
12   diagnosed gastric cancer?
13        A.      I can't give a number, but I
14   would see it on a regular basis.
15        Q.      Okay.
16        A.      I address more biopsies than
17   resections.
18        Q.      And with regard to esophageal
19   cancers, as a pathologist, have you diagnosed
20   esophageal cancers?
21        A.      Yes.
22        Q.      And are you able to estimate
23   for us how often you've done that?
24        A.      No, I don't know an exact
25   number, but on a regular basis we see it.
```

Patricia Mjones, M.D., Ph.D.

1        Q.      Okay.  Okay.  And generally

2    speaking, can you explain what a gastric

3    cancer is?

4        A.      A gastric cancer is related to

5    a malignant growth of cells originating in

6    the stomach, and most commonly they would

7    produce gland-like structures.  And most of

8    the gastric cancers are then identified as

9    carcinomas.

10               Gastric cancers have the

11   ability to spread and metastasize to other

12   organs.

13       Q.      Okay.  And can you generally

14   explain what esophageal cancer is?

15       A.      Well, esophageal cancer is a

16   cancer originating in the esophagus.  It can

17   originate from different parts of the

18   esophagus.  The two main types of cancer you

19   have there would be squamous cell carcinoma

20   and adenocarcinoma.

21       Q.      And are you familiar -- I know

22   you talked a lot today about Barrett's

23   esophagus.  Can you explain what Barrett's

24   esophagus is?

25       A.      In Barrett's esophagus, the

Patricia Mjones, M.D., Ph.D.

1  normal squamous epithelium covering

2  esophagus -- esophagus is changed out.  Like

3  after sequences of inflammation, you might

4  have a change -- like the squamous epithelium

5  is changed by glandular epithelium that looks

6  like intestinal-type epithelium in the sense

7  that you would find goblet cells present --

8  {audio interruption}

9              MS. ALTHOFF:  Mike, we've lost

10      you.

11             THE WITNESS:  -- in the areas

12      where you have the salmon-colored

13      mucosa.

14  QUESTIONS BY MR. GALLANT:

15      Q.    So closer to the GE junction;

16  is that fair?  The gastroesophageal junction?

17      A.    Yeah.

18      Q.    Have you ever diagnosed

19  Barrett's esophagus?

20      A.    Yes.

21      Q.    And are you able to estimate on

22  how many occasions you've done that?

23      A.    No, but on a regular basis,

24  every week.

25      Q.    Okay.  And I'm going to share

Patricia M. Jones, M.D. / Ph.D.

```
 1    another document to the chat.

 2              And I will share this --

 3              MS. ALTHOFF:  We're going to

 4         challenge the fact that she is a

 5         non-disclosed expert now.  I mean,

 6         you've basically turned her into a

 7         testifying expert.

 8              MR. GALLANT:  You spent all day

 9         exploring her opinions.  I think this

10         is a perfectly appropriate

11         examination.  We'll note your

12         objection.

13              MS. ALTHOFF:  Well, you can

14         take that for what it's worth, but

15         she's now a testifying expert.  We're

16         going to move to strike her.

17    QUESTIONS BY MR. GALLANT:

18         Q.    Okay.  So sharing -- okay.  So

19    I'm sharing to you a diagram illustrating the

20    features of Barrett's esophagus.  It's

21    Figure 12, and it comes from Dr. Voltaggio's

22    report.

23              Have you seen this diagram

24    before?

25         A.    Yes.
```

1      Q.      And using this demonstrative,
2  are you able to explain for us what you're
3  describing in terms of findings related to
4  Barrett's esophagus?
5      A.      Yeah.
6              Well, as we see on the picture
7  to the right, we see the esophagus here.  We
8  see the stomach here.  And here is where we'd
9  find the gastroesophageal junction, at the
10 proximal line of the rugal holes that we see
11 here.
12             In this case, the
13 squamocolumnar junction that we would
14 normally find here is moved upwards
15 towards -- towards the oral part of the
16 esophagus, and here it's salmon-colored.
17             And when they took a biopsy
18 from this area in the squamocolumnar
19 junction, you see a picture looking like
20 this.
21             So here you have the squamous
22 epithelium that we see here, and you go over
23 to a glandular-like epithelium with goblet
24 cells here.  So this is -- these are findings
25 consistent with Barrett's esophagus.

Patricia M. Jones, M.D., Ph.D.

```
1                In this section, you see
2      squamous epithelium and -- over to a
3      cardiac-type mucosa.  So here you don't see
4      goblet cells, but you see some mucous cells
5      that kind of have a slight look of the cells
6      that could represent pseudogoblet cells.  But
7      you don't see actual goblet cells in this
8      slide.
9           Q.    Okay.  And with regard to -- so
10     can you -- I think you've described for us
11     the materials you reviewed in Stanley
12     Baudin's case.
13                Did you get his full medical
14     record to review?
15          A.    No.
16          Q.    Okay.  But you reviewed the
17     available pathology totaling 89 slides, I
18     think?
19          A.    I think it was 83.
20          Q.    83 slides?
21          A.    Yes.
22          Q.    Okay.  Thank you.
23                And in your review of the
24     slides that were given to you concerning
25     Mr. Baudin, did you employ the same method of
```

1    analysis and review that you use in your

2    everyday work as a pathologist?

3         A.    Yes.

4         Q.    Okay.  And we've also heard

5    that you created six slides and used certain

6    immunostains to examine them; is that right?

7         A.    Yes.

8         Q.    Okay.  And in creating those

9    slides -- well, could you describe the

10   process you used to create those slides?

11        A.    So basically we got the tissue

12   blocks, and they were cut 3 micrometer thick

13   sections from those blocks of paraffin with

14   the tissues.  And those -- those were -- the

15   sections were then transferred onto

16   super-crossed slides, and they were stained

17   with markers, again, synaptophysin and

18   chromogranin A.

19              And what you then get to see is

20   a picture where the -- where the tissue

21   itself is a kind of paley blue, and then you

22   see where the -- where you have positivity

23   for those markers, a stain is found on the

24   section.

25        Q.    Okay.  And in the creation of

1    those slides, did you follow normal practices

2    and procedures --

3        A.    Yes.

4        Q.    -- as your role as a

5    pathologist?

6        A.    Yes.

7        Q.    Okay.  So and in the way that

8    you recorded the findings that you observed

9    as you reviewed and analyzed the slides of

10   Mr. Baudin, did you follow your normal

11   practice as a pathologist?

12       A.    Yes.

13       Q.    And based on your education,

14   training and experience and your review of

15   the pathology materials available in the

16   case, did you have an opinion to a reasonable

17   degree of medical and scientific certainty

18   that Mr. Baudin had cancer of the stomach?

19       A.    Yes.

20             MS. ALTHOFF:  Objection.  Form.

21       Outside the scope of her report.

22   QUESTIONS BY MR. GALLANT:

23       Q.    And what type of cancer did you

24   observe in Mr. Baudin?

25             MS. ALTHOFF:  Same objection.

1    QUESTIONS BY MR. GALLANT:

2         Q.    You can answer.

3         A.    Okay.  So we had the

4    gastric-type adenoma with high-grade

5    dysplasia or intramucosal adenocarcinoma.

6         Q.    And can you describe for us

7    what the basis of that opinion is?

8         A.    Well, basically you see

9    atypical cells forming gland-like structures

10   and fibriform glands that are fused together,

11   and you also have dysplasia on top of the

12   polyp, so that's basically what I'm basing it

13   on.  You also have mycotic figures.

14        Q.    And in your experience, was

15   this an esophageal cancer?

16        A.    No.

17             MS. ALTHOFF:  Objection.  Form.

18   QUESTIONS BY MR. GALLANT:

19        Q.    And based upon your review of

20   the pathology materials you reviewed in this

21   case, is there any evidence that Mr. Baudin

22   had cancer of the esophagus?

23        A.    No.

24        Q.    And in your review of the

25   pathology materials for Mr. Baudin, did you

1  determine whether or not the gastroesophageal

2  junction was involved in his cancer?

3       A.    Based on what I saw in the

4  sections and based on the gross description

5  where they describe the junction as

6  well-defined, I have no reason to -- I didn't

7  see any sign of involvement of the

8  gastroesophageal junction.

9       Q.    Okay.  And in prior testimony

10  today, you've discussed your review of the

11  pathology in determining the location of

12  Mr. Baudin's cancer; is that right?

13       A.    Could you repeat the question?

14       Q.    Yeah.

15            In your testimony earlier today

16  and discussions with counsel, you talked

17  about where you believed, based upon

18  pathology you reviewed, Mr. Baudin's cancer

19  was in the stomach.

20       A.    Yes.

21       Q.    Okay.  And I want to mark --

22  let's see.  I think -- let's see.  Okay.  I

23  think it's been previously marked as

24  Exhibit 5, was Dr. Voltaggio's report.

25            Do you recall discussing that

Patricia M. Jones, M.D., Ph.D.

```
 1   with counsel today?

 2              I'm just going to share it so

 3   you can see.

 4              Do you recall discussing this

 5   document with counsel today?

 6        A.    Yes.

 7        Q.    Okay.  And I'm going to direct

 8   you to page 46 of her report.

 9        A.    Uh-huh.

10        Q.    And do you recall discussing

11   this slide earlier today?

12        A.    Yes.

13        Q.    Okay.  And at the top of the

14   page it states, "Baudin original pathology,

15   OL-17-09222, 3N-L01, designated in gross

16   description as posterior wall to include

17   polyps."

18              Do you see that?

19        A.    Yes.

20        Q.    And in your review of the

21   materials that you saw in this case, did you

22   review this slide?

23        A.    Yes.

24        Q.    And can you tell us what this

25   slide shows?
```

Patricia Mjones, M.D., Ph.D.

```
 1              A.      Okay.  I can use the marker.

 2                      So basically what we see here,

 3      we see two tissue sections, one here to the

 4      right and one here to the left.

 5                      This one shows hyperplastic

 6      polyp here.  So this is basically the mucosa

 7      here.  You see the submucosa underneath.  And

 8      what we see here is a hyperplastic polyp.

 9                      In the tissue section here

10      which is from the left side, we also see a

11      polyploid lesion protruding out into the

12      lumen, but this is the part of the cancer of

13      Mr. Baudin.

14                      In the mucosa to the left of

15      the polyp, we see oxyntic mucosa.  It's not

16      easy to see on this -- you can't really see

17      it on this picture, but you can see it on the

18      slides in the microscope.

19                      And on this side you see some

20      mucous glands and inflammation here, and you

21      also have an area of dysplasia here.  And

22      then if you go on here -- because you see it

23      on the lower sections that these two -- this

24      is actually attached to each other.  So here

25      you also have fundic -- oxyntic type mucosa.
```

Patricia Mjones, M.D. / Ph.D.

```
1              I don't see any sign of a
2    squamous epithelium on any of those slides.
3         Q.    And why is that significant to
4    you?
5         A.    Well, it would tell me that
6    when you see oxyntic mucosa on both sides,
7    that would -- that would fit with being in
8    the -- in the corpus or in the fundus, but
9    not in the cardia.
10        Q.    And do you observe on this
11   slide any cardiac mucosa?
12        A.    No.
13        Q.    And on this slide, are you able
14   to observe the gastroesophageal junction?
15        A.    No.
16        Q.    Does the fact that you can't
17   see the gastroesophageal junction in this
18   slide give you any indication as to where
19   this adenocarcinoma was?
20        A.    Well, just from looking at
21   this, it doesn't give -- it doesn't fit in
22   with the cardia cancer.  To me it would fit
23   more in -- it would be more in line of
24   originating in the corpus or fundus.
25        Q.    Okay.  And there was some
```

Patricia M. Jones, M.D. / Ph.D.

1    discussion of this slide earlier where -- it

2    was a discussion as to whether this is one

3    piece of tissue or two pieces of tissue.

4         A.    Yes.

5         Q.    Can you describe for us the

6    slide in that regard?

7         A.    Okay.  So this is one piece of

8    tissue.  This is a loose fragment from one

9    piece of tissue, and this is another piece of

10   tissue.

11              This area here is not attached

12   to this area.  But this area should be

13   attached to this area, and this is better

14   shown on another level.

15              Here you see the section is

16   slightly folded, and it gives the impression

17   of this area not being attached to this area.

18        Q.    Okay.  And earlier you also

19   testified that you had observed in

20   Dr. Voltaggio's report that the polyps that

21   were removed were -- or were identified were

22   3 centimeters to the gastroesophageal

23   junction, correct?

24        A.    Yes.

25        Q.    And what does that mean to you,

```
 1    3 centimeters distal to the gastroesophageal

 2    junction?

 3         A.     Well, it means the

 4    gastroesophageal junction -- like it is 3

 5    centimeters distal to that, it fit in with

 6    the finding I see here that it's probably in

 7    the corpus or fundus.

 8         Q.     And we'll stop sharing that,

 9    and I just want to show you -- drop it down

10    there.

11              Okay.  And then -- so I'm

12    directing your attention to page 28 of

13    Dr. Voltaggio's report.

14              Do you recall seeing this

15    figure before?

16         A.     Yes.

17         Q.     Okay.  And it's titled

18    "Mr. Baudin's neoplasm."

19              Is that his cancer?

20         A.     Yes.

21         Q.     And can you describe for us

22    what you see in this slide?

23         A.     So what I see here is a

24    close-up of the previous slide where we see a

25    deletion here with high-grade dysplasia or
```

Patricia Mjones, M.D., Ph.D.

1    intramucosal adenocarcinoma.

2                    To the side here we see oxyntic

3    mucosa, and here you see mucous glands with

4    kind of long foveolar-like structures and

5    dilated mucous glands here and inflammation.

6                    And what we don't see on the

7    picture but what we saw in the overview, that

8    is the area of oxyntic glands on the side of

9    this area.

10        Q.     And if we look at

11   Dr. Voltaggio's note below this slide, she

12   writes, "An adenocarcinoma, black arrows,

13   hematoxylin and eosin stain" --

14                   That's H&E staining, correct?

15        A.     Yes.

16        Q.     -- "in direct physical

17   connection to cardio oxyntic mucosa with

18   mucous glands, blue arrow, chronic

19   inflammation, carditis."

20                   Do you see that?

21        A.     Yes.

22        Q.     And do you agree with that

23   description that Dr. Voltaggio has stated

24   there?

25        A.     I agree with the fact that it's

Patricia Mjones, M.D. / Ph.D.

1    an adenocarcinoma.  I don't agree that it's

2    cardiac oxyntic mucosa.

3         Q.    Okay.  Do you see on the slide

4    where she's referring to what she believes is

5    cardio-oxyntic mucosa?

6         A.    That she's pointing at nontumor

7    glands here and that she's pointing at some

8    gland in this area that are mucous glands.

9    I'm assuming she means this area.

10        Q.    Okay.  And in your experience

11   as a pathologist, what -- how do you observe

12   those areas of the slide?

13        A.    Well, the fact that -- like I

14   see the tumor here.  You also see an area of

15   dysplasia here, and then you have this area

16   of inflammation.  And in my experience, after

17   ulcerations and other thing like previous

18   biopsies, you could see changes similar to

19   these.

20             So I would interpret this as it

21   could be possible that it's -- it's a

22   polypectomy site on the biopsy.

23        Q.    And so based on your education,

24   training and experience and your review of

25   the pathology materials available to you in

1   this case, do you have an opinion to a

2   reasonable degree of medical certainty where

3   Mr. Baudin's cancer was in his stomach?

4           MS. ALTHOFF:  Same objection.

5   QUESTIONS BY MR. GALLANT:

6       Q.    You can answer.

7       A.    Yeah.

8           So -- yeah, so I think it's --

9   based on what I've seen and on the reports

10  and everything, I would say it's in the

11  corpus or fundus.  So it fits in with the

12  section taken from the posterior back wall.

13      Q.    Now, there was also a

14  mention -- are you aware that in Mr. Baudin's

15  pathology reports there was a mention of a

16  polypectomy site 1.2 centimeters from the

17  gastroesophageal junction?

18      A.    Yes.

19      Q.    Okay.  And I'm just going to

20  refer you to that page.  One second.  I think

21  this has been previously marked.  No, I don't

22  see it.

23          So I apologize if this has been

24  marked previously, but in the interest of

25  moving things along, can we mark this next in

Patricia Mjønes, M.D., Ph.D.

1    order?  And I'll show it now.

2               (Mjønes Exhibit 26 marked for

3         identification.)

4    QUESTIONS BY MR. GALLANT:

5         Q.    Oh, I'm logged off.

6               Am I frozen or -- is that

7    what's happening?  Hang on one second.

8         A.    Okay.

9         Q.    That's okay.  I got kicked off.

10   Sorry, folks, I got kicked off of the

11   Internet.

12              Okay.  Okay.  I'm back.  I

13   apologize.

14              So I put into the Dropbox, and

15   now I'm sharing my screen, it's Bates number

16   Defendants000016, and it is a collection of

17   pathology reports from the Louisiana

18   Pathology Group.

19              And these are reports that you

20   have reviewed in this case; is that correct?

21        A.    Yes.  Uh-huh.

22        Q.    Okay.  So directing your

23   attention to page Bates number 00021, this is

24   a pathology report dated October 5, 2017,

25   entitled "Abnormal Surgical Pathology

1  Report."

2              Do you recall discussing this

3  today?

4       A.    Yes.

5       Q.    Okay.  And if we go to the

6  second page of this particular report and we

7  look at bullet 3, I'm going to direct your

8  attention to the sentence that starts, "The

9  suspicious area previous polypectomy site is

10  at the lesser curvature and is

11  1.2 centimeters from the GE junction."

12              Do you see that?

13       A.    Yes.

14       Q.    And do you remember having some

15  discussion about that today?

16       A.    Yes.

17       Q.    Okay.  And with regard to --

18  have you observed slides in the course of

19  this case that depict that area?

20       A.    Yes.

21       Q.    Okay.  And I'm going to pull

22  up -- I think it's in, yeah, Dr. Voltaggio's

23  report again.  So Exhibit 5.  It was

24  previously marked.

25              And share my screen.

1                I'm going to direct your

2    attention to page 44 of Dr. Voltaggio's

3    report, and it is a page that's titled

4    "Baudin original pathology:  OL-17-09222;

5    3G-L02 designated in gross description as

6    apparent polypectomy site to GE junction."

7                Do you see that?

8        A.     Yes.

9        Q.     And I'm wondering if you can

10   describe for us what you see in this slide.

11       A.     So basically what we see here

12   is the squamocolumnar junction where we see

13   the squamous epithelium curve -- about here.

14   And here is the squamocolumnar junction.

15   Here you have a piece of cardia -- a cardiac

16   mucosa, and here you go -- go over to

17   oxyntic-type mucosa.  You don't see any sign

18   of a tumor or dysplasia or any sign of

19   polypectomy site.

20               And if we look at the distance

21   here, that would equal 10 millimeters.  So if

22   you -- approximately here would be

23   10 millimeters, so 12 millimeters could be

24   around here.  But there's no sign of any scar

25   tissue or dysplasia or anything else

1    explaining why it would be suspicious.

2        Q.     Okay.  And what conclusion did

3    you draw from your observation of this slide?

4        A.     That it -- that it probably

5    isn't the polypectomy site.

6        Q.     And are you able to identify

7    the cardia on this slide?

8        A.     Yes.  The cardia would be

9    about -- well, it's not easy to see from this

10   magnification, but it's about here.

11       Q.     Okay.  And are you able to

12   estimate the size of Mr. Baudin's cardia from

13   this slide?

14       A.     From this slide it could be

15   1 millimeter.  If you think that -- if this

16   is 10 millimeters, I'd say this would be

17   maybe 1 or 2.  Between 1 and 2 maybe.

18       Q.     Uh-huh.

19              And remind us how far the

20   polyps were identified in Mr. Baudin.

21       A.     At 3 centimeters distal to the

22   squamocolumnar -- or to the gastroesophageal

23   junction.

24              MS. ALTHOFF:  Objection.  Form.

25

Patricia Mjones, M.D., Ph.D.

```
 1   QUESTIONS BY MR. GALLANT:
 2        Q.    And -- thank you.
 3              And, Doctor, based on your
 4   education, training and experience and your
 5   review of the pathology materials in
 6   Mr. Baudin's case, do you have an opinion to
 7   a reasonable degree of medical certainty
 8   whether Mr. Baudin had Barrett's esophagus?
 9              MS. ALTHOFF:  Objection.  Form.
10              THE WITNESS:  I didn't see any
11         signs of Barrett's esophagus in this
12         material.
13   QUESTIONS BY MR. GALLANT:
14        Q.    And we -- and would you agree
15   that a pathological diagnosis of Barrett's
16   would be the gold standard for diagnosing
17   Barrett's esophagus?
18        A.    Yes.
19              MS. ALTHOFF:  Objection.  Form.
20   QUESTIONS BY MR. GALLANT:
21        Q.    And in the 83 slides of
22   Mr. Baudin's pathology materials, did you see
23   any evidence of Barrett's esophagus?
24        A.    No.
25        Q.    And did that review of
```

Patricia Mjones, M.D. / Ph.D.

1    pathology in Mr. Baudin's case include tissue

2    samples from the gastroesophageal junction?

3         A.    Yes.

4         Q.    And did you observe any

5    indications pathologically of Barrett's

6    esophagus in the gastroesophageal junction?

7         A.    No.

8         Q.    And in a patient with Barrett's

9    esophagus, would you expect to have findings

10   of -- consistent with Barrett's esophagus in

11   the pathology?

12        A.    Yes.

13              MS. ALTHOFF:  Objection.  Form.

14              THE WITNESS:  I would expect to

15        see goblet cells if they have

16        Barrett's.

17              MR. GALLANT:  And I think we

18        could go off the record for two

19        minutes.  I'll check my notes, and

20        then we may be done unless counsel has

21        some follow-up.

22              VIDEOGRAPHER:  Off record,

23        5:47 p.m.

24         (Off the record at 5:47 p.m.)

25              VIDEOGRAPHER:  On record,

```
1        5:49 p.m.
2              MR. GALLANT:  I do not have
3        anything further at this time.
4              MS. ALTHOFF:  We don't have any
5        follow-up on your direct exam.
6              MR. GALLANT:  Okay.  I think
7        we're done.
8              VIDEOGRAPHER:  Off record,
9        5:49 p.m.
10      (Deposition concluded at 5:49 p.m.)
11              - - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      CERTIFICATE
 2            I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
 3    Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
 4    of the examination, Patricia Mjønes, M.D.,
      Ph.D., was duly sworn by me to testify to the
 5    truth, the whole truth and nothing but the
      truth.
 6
             I DO FURTHER CERTIFY that the
 7    foregoing is a verbatim transcript of the
      testimony as taken stenographically by and
 8    before me at the time, place and on the date
      hereinbefore set forth, to the best of my
 9    ability.
10            I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor attorney
11    nor counsel of any of the parties to this
      action, and that I am neither a relative nor
12    employee of such attorney or counsel, and
      that I am not financially interested in the
13    action.
14
15
16    _____
      CARRIE A. CAMPBELL,
17    NCRA Registered Diplomate Reporter
      Certified Realtime Reporter
18    Notary Public
19
20
21
22
23
24    Dated:  March 28, 2022
25
```

Patricia Mjones, M.D. / Ph.D.

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4    carefully and make any necessary corrections.

 5    You should state the reason in the

 6    appropriate space on the errata sheet for any

 7    corrections that are made.

 8              After doing so, please sign the

 9    errata sheet and date it.  You are signing

10    same subject to the changes you have noted on

11    the errata sheet, which will be attached to

12    your deposition.

13              It is imperative that you return

14    the original errata sheet to the deposing

15    attorney within thirty (30) days of receipt

16    of the deposition transcript by you.  If you

17    fail to do so, the deposition transcript may

18    be deemed to be accurate and may be used in

19    court.

20

21

22

23

24

25
```

1              ACKNOWLEDGMENT OF DEPONENT

2

3

4          I,_____, do

   hereby certify that I have read the foregoing

5  pages and that the same is a correct

   transcription of the answers given by me to

6  the questions therein propounded, except for

   the corrections or changes in form or

7  substance, if any, noted in the attached

   Errata Sheet.

8

9

10

11

12  _____

   Patricia Mjønes, M.D., Ph.D.        Date

13

14

15  Subscribed and sworn to before me this

16  _____ day of _____, 20 _____.

17  My commission expires: _____

18

19  Notary Public

20

21

22

23

24

25

Patricia M. Jones, M.D., Ph.D.

```
 1                    - - - - - - -

                          ERRATA

 2                    - - - - - - -

 3      PAGE    LINE    CHANGE/REASON

 4      _____   _____   _____

 5      _____   _____   _____

 6      _____   _____   _____

 7      _____   _____   _____

 8      _____   _____   _____

 9      _____   _____   _____

10      _____   _____   _____

11      _____   _____   _____

12      _____   _____   _____

13      _____   _____   _____

14      _____   _____   _____

15      _____   _____   _____

16      _____   _____   _____

17      _____   _____   _____

18      _____   _____   _____

19      _____   _____   _____

20      _____   _____   _____

21      _____   _____   _____

22      _____   _____   _____

23      _____   _____   _____

24      _____   _____   _____

25
```

Patricia M. Jones, M.D., Ph.D.

```
 1                     - - - - - - -

                   LAWYER'S NOTES

 2                     - - - - - - -

 3      PAGE    LINE

 4      _____   _____   _____

 5      _____   _____   _____

 6      _____   _____   _____

 7      _____   _____   _____

 8      _____   _____   _____

 9      _____   _____   _____

10      _____   _____   _____

11      _____   _____   _____

12      _____   _____   _____

13      _____   _____   _____

14      _____   _____   _____

15      _____   _____   _____

16      _____   _____   _____

17      _____   _____   _____

18      _____   _____   _____

19      _____   _____   _____

20      _____   _____   _____

21      _____   _____   _____

22      _____   _____   _____

23      _____   _____   _____

24      _____   _____   _____

25
```