**Podsiadlo, Kathryn**

| | |
|---|---|
| **From:** | Podsiadlo, Kathryn |
| **Sent:** | Friday, January 28, 2022 9:25 AM |
| **To:** | 'Michael Gallant'; John Dalimonte |
| **Cc:** | Brown, Arthur E.; zzz.External.diana.surprenant@arlaw.com; zzz.External.paige.sensenbrenner@arlaw.com; grant.guillot@arlaw.com; Chris Coffin; John Restaino; Douglas, Matthew J.; du Pont, Julie K.; zzz.External.allyson.emley@icemiller.com; zzz.External.katherine.althoff@icemiller.com; Cousins, Alexander; Boyd, Adrienne |
| **Subject:** | RE: Service of expert reports |
| **Attachments:** | 1.21.22 - Pathology Group of Louisiana HIPPA Authorization.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

John and Mike,

Today marks a week since I contacted you with reasonable requests in response to the expert reports you served on January 14. **Please respond to this email by Monday**.

To reiterate, here are categories of information we need from you:

**Deposition dates:**
Please provide deposition dates for all of your experts. Please confirm that you will produce Dr. Mjones for a deposition - it is critical for us to understand your position on this given that you did not disclose Dr. Mjones as an expert. **We need an answer to this no later than Monday**.

Related to depositions, can we agree to conduct all expert depositions (plaintiff and defense) by Zoom? Can we also agree that any attorney who defends an expert deposition in person will be on camera?

**Authorization for Mr. Baudin's pathology:**
While we've previously obtained Mr. Baudin's pathology for expert review back in late 2020, all but one authorization has expired so we need you to sign the attached authorization. This request should not reasonably take a week. **Please return it to us no later than Monday.**

**Pathology slides from Dr. Mjones:**
Dr. Mjones indicated that she stained two separate samples of Mr. Baudin's pathology, as described below. The picture embedded in Dr. Waldum's report is not sufficient for our expert to review. Our pathology expert is entitled to review the samples Dr. Mjones stained. Please confirm you or Dr. Mjones will ship them to Albert Cora at the address below early next week.

**Expert materials:**
To reiterate, we have several requests relating to your expert reports that require either (1) clarification from you or (2) production of underlying materials. I clarified the question you had with respect to Dr. Abrouk on Wednesday (see below). We need to understand your position on these requests **by Monday**. We cannot reasonably have our experts evaluate the opinions of your experts without access to certain underlying materials or answers to our questions as detailed below. We are happy to clarify any other requests to the extent such is necessary.

**New request - clarification on company documents:**



We and our vendor have been unable to locate several documents cited by your experts. It very well may be that a digit is missing in the Bates, but we will need clarification from you to ensure we and our experts can review all documents yours are relying upon. I will send this list once compiled today or Monday, but wanted to preview the issue now.

Again, happy to discuss or clarify any of these requests. Thanks in advance for your cooperation and have a nice weekend.

Thanks,
Kathryn

**From:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Sent:** Wednesday, January 26, 2022 11:59 AM
**To:** 'Michael Gallant' <michael.gallant@drlawllp.com>; John Dalimonte <john@drlawllp.com>
**Cc:** Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; zzz.External.diana.surprenant@arlaw.com <diana.surprenant@arlaw.com>; zzz.External.paige.sensenbrenner@arlaw.com <paige.sensenbrenner@arlaw.com>; grant.guillot@arlaw.com; Chris Coffin <ccoffin@pbclawfirm.com>; John Restaino <restaino@drlawllp.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; zzz.External.allyson.emley@icemiller.com <allyson.emley@icemiller.com>; zzz.External.katherine.althoff@icemiller.com <katherine.althoff@icemiller.com>; Cousins, Alexander <Alexander.Cousins@arnoldporter.com>; Boyd, Adrienne <Adrienne.Boyd@arnoldporter.com>
**Subject:** RE: Service of expert reports

Hi Mike,

We realize that the underlying data is from AZ's Sapphire database. However, for each figure and table in section 11 of Dr. Abrouk's report, we need to know the specific cases he used and the specific data points he entered with respect to each case. Therefore, we need the underlying data/commands/native files he input into the "R-software" and any output files. Please confirm you will produce these files.

Additionally, can you please provide an update on the other items below? Most of these should be pretty easy to address. Happy to discuss.

Thanks,
Kathryn

**From:** Michael Gallant <michael.gallant@drlawllp.com>
**Sent:** Wednesday, January 26, 2022 11:32 AM
**To:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>; John Dalimonte <john@drlawllp.com>
**Cc:** Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; zzz.External.diana.surprenant@arlaw.com <diana.surprenant@arlaw.com>; zzz.External.paige.sensenbrenner@arlaw.com <paige.sensenbrenner@arlaw.com>; grant.guillot@arlaw.com; Chris Coffin <ccoffin@pbclawfirm.com>; John Restaino <restaino@drlawllp.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; zzz.External.allyson.emley@icemiller.com <allyson.emley@icemiller.com>; zzz.External.katherine.althoff@icemiller.com <katherine.althoff@icemiller.com>
**Subject:** Re: Service of expert reports

External E-mail

Kathryn,

Concerning your request for "the underlying program/data files he used to create the figures and tables in section 11 (e.g., Excel, Stata files or some other statistical program)," we confirmed that the underlying data used in Section 11 of Dr. Abrouk's report can be found in AstraZeneca's production of the Sapphire database (AZ-STOMA-00032685), and that "R-software" was used to analyze the data.

Mike

Sent from my Verizon, Samsung Galaxy smartphone
Get [Outlook for Android](#)

---

**From:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Sent:** Monday, January 24, 2022 3:01:27 PM
**To:** John Dalimonte <john@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>
**Cc:** Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; diana.surprenant@arlaw.com <diana.surprenant@arlaw.com>; paige.sensenbrenner@arlaw.com <paige.sensenbrenner@arlaw.com>; grant.guillot@arlaw.com <grant.guillot@arlaw.com>; Chris Coffin <ccoffin@pbclawfirm.com>; John Restaino <restaino@drlawllp.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; allyson.emley@icemiller.com <allyson.emley@icemiller.com>; katherine.althoff@icemiller.com <katherine.althoff@icemiller.com>
**Subject:** RE: Service of expert reports

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Mike,

Nice chatting earlier.

To clarify our request with respect to Dr. Abrouk's report, we are requesting the underlying program/data files he used to create the figures and tables in section 11 (e.g., Excel, Stata files or some other statistical program).

Please let me know if you need anything else.

Thanks,
Kathryn

---

**From:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Sent:** Friday, January 21, 2022 2:27 PM
**To:** 'John Dalimonte' <john@drlawllp.com>
**Cc:** Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; zzz.External.diana.surprenant@arlaw.com <diana.surprenant@arlaw.com>; zzz.External.paige.sensenbrenner@arlaw.com <paige.sensenbrenner@arlaw.com>; grant.guillot@arlaw.com; Chris Coffin <ccoffin@pbclawfirm.com>; John Restaino <restaino@drlawllp.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Michael Gallant <michael.gallant@drlawllp.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; zzz.External.allyson.emley@icemiller.com <allyson.emley@icemiller.com>; zzz.External.katherine.althoff@icemiller.com <katherine.althoff@icemiller.com>
**Subject:** RE: Service of expert reports

Hi John,

We've reviewed your expert reports and have several requests relating to them, discussed in turn:

**Deposition Dates:**

The report of Dr. Waldum makes clear that he is relying on a separate expert, Dr. Mjones, who provided a report to Dr. Waldum. Please provide deposition dates for all retained experts listed in your designation as well as a date for Dr. Mjones. As far as priority and timing, we would like to depose Dr. Mjones and Dr. Abrouk on or before February 18, 2022.

**Pathology Slides/Stains from Dr. Mjones**

In her report, Dr. Mjones states that she stained two separate samples of Mr. Baudin's pathology. (Waldum Report, Appendix A at 1, 3). The one photograph that Dr. Mjones provided in Appendix A is not sufficient, and AZ's expert is entitled to review the actual pathology specimens that Dr. Mjones stained. Please produce the samples she stained for our pathologist's review as soon as possible. They can be sent to:

Arnold & Porter LLP
Attention: Albert Cora
250 W 55th St.
New York, NY 10019
Phone: 212-836-7436
Email: Albert.Cora@arnoldporter.com

**Pathology Authorizations**

While we previously obtained Mr. Baudin's pathology for expert review, all but one authorization has expired. Attached here is an updated authorization for review and signature. Please return it to us as soon as possible given the deadlines.

**Dr. Waldum**

Dr. Waldum states on page 142 of his report that "Gastrin in blood taken after the operation while taking Nexium 40 mg daily as before were 213 pg/mL (normal > 100 pg/ml)." Dr. Waldum does not cite a specific medical record for this statement, and we have been unable to locate any medical record with this, or any, serum gastrin level.

Please provide a citation to the medical record that contains this information. If no such medical record exists, please produce whatever Dr. Waldum is relying on for this statement.

**Dr. Hrushesky**

We did not receive a reliance list for Dr. Hrushesky. Please confirm that all of the materials Dr. Hrushesky is relying upon for his opinions are contained within the body of his expert report. If he is relying on materials beyond those cited in his expert report, please provide us with a reliance list as soon as possible.

**Dr. Abrouk**

Please provide all underlying data and calculations for Dr. Abrouk's analyses described in Section 11 of his report, including the specific data used to create each table and figure in that section.

**Dr. Sharlin**

Please provide all underlying data used to create Table 5 in Dr. Sharlin's report, including each Sapphire Case_ID and FAERS Mfr_Num (if identified) for gastric cancer adverse events reflected in the middle two columns of Table 5.

Thanks in advance. Have a nice weekend!

Thanks,
Kathryn

---

**From:** John Dalimonte <john@drlawllp.com>
**Sent:** Friday, January 14, 2022 10:00 PM
**To:** Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; John Restaino <restaino@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>
**Cc:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>; Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; zzz.External.diana.surprenant@arlaw.com <diana.surprenant@arlaw.com>; zzz.External.paige.sensenbrenner@arlaw.com <paige.sensenbrenner@arlaw.com>; grant.guillot@arlaw.com; Chris Coffin <ccoffin@pbclawfirm.com>; Stan Baudin <sbaudin@pbclawfirm.com>
**Subject:** RE: Service of expert reports

External E-mail

Matt,

Attached please find Plaintiff's Rule 26 Expert Disclosures.  Please note that the compensation schedule are set forth in most of the reports.  Several of our experts have never testified and the reliance documents for Dr. Hrushesky are cited in his report so he does not have a separate reliance list.

Very truly yours,

**John A. Dalimonte, Esq.**
Managing Partner

Licensed in MA and DC



75 State Street, Suite 100
Boston, MA 02109
Tel:  833-443-7529  ext. 104
Fax:  855-203-2035

www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

**From:** Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>
**Sent:** Wednesday, January 12, 2022 1:06 PM
**To:** John Dalimonte <john@drlawllp.com>; John Restaino <restaino@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>
**Cc:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Subject:** Service of expert reports

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

John, John and Mike,

Depending on the time of day when you serve your reports on Friday, I may be out of pocket for a couple of hours traveling. Can you please include Kathryn Podsiadlo, copied here, on any service of those materials?

Thanks,

Matt

_____

Matthew Douglas
Partner

Arnold & Porter
1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2315
Matthew.Douglas@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com