**Podsiadlo, Kathryn**

| | |
|---|---|
| **From:** | Michael Gallant <michael.gallant@drlawllp.com> |
| **Sent:** | Thursday, February 17, 2022 8:05 AM |
| **To:** | Podsiadlo, Kathryn; John Dalimonte; John Restaino |
| **Cc:** | Cousins, Alexander; Douglas, Matthew J.; Alison Bimba; Rhett Reeves; zzz.External.allyson.emley@icemiller.com; zzz.External.katherine.althoff@icemiller.com; du Pont, Julie K.; Brown, Arthur E.; zzz.External.diana.surprenant@arlaw.com; zzz.External.paige.sensenbrenner@arlaw.com; Chris Coffin |
| **Subject:** | RE: Baudin v. AZ:  Expert Deposition Dates |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

External E-mail

Good morning Kathryn,

We are able to confirm that Dr. Mjones will be available for deposition on March 21, and that we can offer Dr. Waldum on March 24, which I think will meet your request concerning the timing of these depositions.

Concerning Mr. Baudin's slides, we would like those forwarded to me once your expert has completed his review of them.  Are you able to estimate when that might be accomplished?

I will respond shortly concerning other matters raised in your recent email.

Mike

---

**From:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Sent:** Wednesday, February 16, 2022 7:11 PM
**To:** John Dalimonte <john@drlawllp.com>; John Restaino <restaino@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>
**Cc:** Cousins, Alexander <Alexander.Cousins@arnoldporter.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Alison Bimba <alison.bimba@drlawllp.com>; Rhett Reeves <rhett.reeves@drlawllp.com>; allyson.emley@icemiller.com; katherine.althoff@icemiller.com; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; Brown, Arthur E. <Arthur.Brown@arnoldporter.com>; diana.surprenant@arlaw.com; paige.sensenbrenner@arlaw.com
**Subject:** RE: Baudin v. AZ: Expert Deposition Dates

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Dear John, John & Mike –

I hope all is well. Attached please find a letter detailing some discovery-related issues that have emerged as a result of Plaintiff's (1) expert disclosure; and (2) supplemental production of documents and supplemental answers to interrogatories. As discussed in our letter, we are also serving a

EXHIBIT 6

discrete set of discovery, attached here, relating to the serum gastrin test Mr. Baudin ordered because we did not get the opportunity to question him about it during his deposition.

Additionally, can you please let me know if you were able to get new dates for the depositions of Drs. Waldum and Mjones as requested below.

Please let us know if you want to discuss any of the issues set forth in our letter. Otherwise, we look forward to your responses. Have a nice evening!

Thank you,
Kathryn

_____

Kathryn Podsiadlo
Senior Associate

Arnold & Porter
777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4273 | F: +1 213.243.4199
Kathryn.Podsiadlo@arnoldporter.com | www.arnoldporter.com

**From:** Podsiadlo, Kathryn
**Sent:** Thursday, February 10, 2022 1:34 PM
**To:** 'John Dalimonte' <john@drlawllp.com>; Brown, Arthur E. <Arthur.Brown@arnoldporter.com>
**Cc:** Cousins, Alexander <Alexander.Cousins@arnoldporter.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Michael Gallant <michael.gallant@drlawllp.com>; John Restaino <restaino@drlawllp.com>; Alison Bimba <alison.bimba@drlawllp.com>; Rhett Reeves <rhett.reeves@drlawllp.com>; zzz.External.allyson.emley@icemiller.com <allyson.emley@icemiller.com>; zzz.External.katherine.althoff@icemiller.com <katherine.althoff@icemiller.com>; du Pont, Julie K. (Julie.duPont@arnoldporter.com) <Julie.duPont@arnoldporter.com>
**Subject:** RE: Baudin v. AZ: Expert Deposition Dates

Hi John,

Thanks for providing these dates. We accept the following dates:

| | |
|---|---|
| Alfred Neugut | Friday April 1, 2022 |
| Nacer Abrouk | Tuesday, April 5, 2022 |
| William Hrushsky | Thursday April 14, 2022 |
| Josh Sharlin | Thursday, April 21, 2022 |

We need to depose Dr. Mjones at least two days before Dr. Waldum, so please offer new dates for both accordingly. It is our position that we are entitled to depose Dr. Mjones before Dr. Waldum given that he relies on her report and analysis of the pathology for his case specific opinions.

Additionally, please note that we will not produce our experts for deposition until your expert depositions have concluded.

Please let us know if you want to discuss further.

Thank you in advance,

Kathryn

_____

Kathryn Podsiadlo
Senior Associate

Arnold & Porter
777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
T: +1 213.243.4273 | F: +1 213.243.4199
Kathryn.Podsiadlo@arnoldporter.com | www.arnoldporter.com

**From:** John Dalimonte <john@drlawllp.com>
**Sent:** Wednesday, February 9, 2022 2:57 PM
**To:** Brown, Arthur E. <Arthur.Brown@arnoldporter.com>
**Cc:** Cousins, Alexander <Alexander.Cousins@arnoldporter.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>; Michael Gallant <michael.gallant@drlawllp.com>; John Restaino <restaino@drlawllp.com>; Alison Bimba <alison.bimba@drlawllp.com>; Rhett Reeves <rhett.reeves@drlawllp.com>
**Subject:** Baudin v. AZ: Expert Deposition Dates

External E-mail

Arthur,

Below are the dates we have confirmed with each witness below with the exception of Patricia Mjones. We believe, however, that date should work for her.

| Witness | Date |
|---|---|
| Helge Waldum | Wednesday March 23, 2022 |
| Patrica Mjones | Thursday March 24, 2022 |
| Alfred Neugut | Friday April 1, 2022 |
| Nacer Abrouk | Tuesday, April 5, 2022 |
| William Hrushsky | Thursday April 14, 2022 |
| Josh Sharlin | Thursday, April 21, 2022 |

Very truly yours,

**John A. Dalimonte, Esq.**
Managing Partner

Licensed in MA and DC



75 State Street, Suite 100
Boston, MA 02109

Tel: 833-443-7529 ext. 104
Fax: 855-203-2035

www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com