## Podsiadlo, Kathryn

| | |
|---|---|
| **From:** | John Dalimonte <john@drlawllp.com> |
| **Sent:** | Sunday, March 20, 2022 3:56 PM |
| **To:** | du Pont, Julie K. |
| **Cc:** | Brown, Arthur E.; Douglas, Matthew J.; Michael Gallant; John Restaino; Podsiadlo, Kathryn; Taedra Kogan |
| **Subject:** | FW: There are but ten emails here… |
| **Attachments:** | artikkel.pdf; Betaling fra USA(1).pdf; Betaling fra USA.pdf; Dette er bildet som er i rapporten din, synapto….pdf; FW_ Travel expenses & work invoice.pdf; Invoice John Restaino.pdf; Mail.pdf; SV_ .pdf; SV_ Chain of Custody Waldum to Mjones(1).pdf; SV_ polypper(1).pdf; SV_ polypper(2).pdf; SV_ polypper.pdf; utlevering av materiale.pdf; Patricia Mjønes CV 17 mars 2022.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

External E-mail

Dear Counsel,

Please note that plaintiff objects to the subpoena request for documents served in connection with the deposition of Patricia Mjones that seek protected attorney client communications, and given that she is a retained expert in this litigation, those documents subject to the protection of Rule 26.  Notwithstanding and subject to the foregoing objection, plaintiff has attached various emails, billing and a translated CV.  I am further sharing a dropbox file with additional materials, Dr. Mjones intends to refer to during her deposition.

Very truly yours,

**John A. Dalimonte, Esq.**
Managing Partner

Licensed in MA and DC



75 State Street, Suite 100
Boston, MA 02109
Tel:  833-443-7529  ext. 104
Fax:  855-203-2035

www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

EXHIBIT 10

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.