## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY P. BAUDIN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 18-1063 |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP; | ) JUDGE SHELLY DICK |
| | ) |
| ASTRAZENECA LP; and MERCK SHARP & DOHME CORPORATION, | ) MAGISTRATE JUDGE ERIN WILDER-DOOM |
| | ) |
| Defendants. | ) |

EXHIBIT 12

1

## PLAINTIFF'S AMENDED DESIGNATION OF EXPERT WITNESSES

Pursuant to the Federal Rules of Civil Procedure 26 (a)(2), Agreement by the Parties and the Court's scheduling order in this case (as amended), Plaintiff Stanley P. Baudin hereby discloses the following witnesses that Plaintiff expects to provide expert testimony at trial:

Retained Experts:

1. Helge L. Waldum, M.D., Ph.D.
   Head of Department of Gastroenterology and Hepatology
   St. Olavs Hospital
   Trondheim, Norway

Dr. Helge L. Waldum is a medical doctor licensed to practice in Norway and is a professor at the Department of Cancer Research and Molecular Medicine at Norwegian University of Science and Technology, Trondheim, Norway. Dr. Waldum's credentials are summarized in his curriculum vitae and submitted within the electronic zip file appended hereto as Exhibit A. His anticipated trial testimony and opinions, compensation and reliance list are further submitted within the electronic zip file appended as Exhibit A. The above reference report and disclosures were served electronically to defense counsel, but not filed with the Court. (Dr. Waldum has never testified at deposition or trial).

2. Alfred I. Neugut, M.D., Ph.D., M.P.H.
   Department of Epidemiology
   Mailman School of Public Health
   Columbia University
   722 W. 168th Street, Room 725
   New York, NY 10032

Dr. Alfred I. Neugut is an epidemiologist and medical oncologist with a particular interest in gastrointestinal tract cancers, colorectal cancers and gastric cancers. Dr. Neugut's credentials are summarized in his curriculum vitae and submitted within the electronic zip file

appended hereto as Exhibit B. His anticipated trial testimony and opinions, testimonial history, compensation and reliance list are further submitted within the electronic zip file appended as Exhibit B. The above reference report and disclosures were served electronically to defense counsel, but not filed with the Court.

    3. William JM Hrushesky, MD, FACP, ABIM IM, MO
       1012 Gregg Street
       Columbia, SC 29201

Dr. William JM Hrushesky is a medical oncologist and professor at the University of South Carolina. Dr. Hrushesky's credentials are summarized in his curriculum vitae and report submitted within the electronic zip file appended hereto as Exhibit C. His anticipated trial testimony and opinions, compensation and reliance list are further submitted within the electronic zip file appended as Exhibit C. The above reference report and disclosures were served electronically to defense counsel, but not filed with the Court. (Dr. Hrushesky has never testified at deposition or trial).

    4. Joshua Sharlin, Ph.D.
       Sharlin Consulting
       Washington, D.C.

Dr. Joshua Sharlin is an FDA regulatory compliance expert. Dr. Sharlin's credentials are summarized in his curriculum vitae and submitted within the electronic zip file appended hereto as Exhibit D. His anticipated trial testimony and opinions, testimonial history, compensation and reliance list are further submitted within the electronic zip file appended as Exhibit D. The above reference report and disclosures have been served electronically to defense counsel, but not filed with the Court.

    5. Nacer E. Abrouk, Ph.D.
       Clinical Trials Innovations, LLC
       Mountain View, CA 94043

Dr. Nacer E. Abrouk, Ph.D. is a biostatistician who consults and performs biostatistical analyses for the pharmaceutical industry. Dr. Abrouk's credentials are summarized in his curriculum vitae and submitted within the electronic zip file appended hereto as Exhibit E. His anticipated trial testimony and opinions, compensation and reliance list are further submitted within the electronic zip file appended as Exhibit E. The above reference report and disclosures have been served electronically to defense counsel, but not filed with the Court. (Dr. Abrouk has never testified at deposition or trial).

~~6.~~

6.   Patricia Mj°nes, M.D. Ph.D.
St. Olav's Hospital
Trondheim, Norway

Dr. Patricia Mjønes, M.D. Ph.D. is a medical doctor and pathologist specializing in gastrointestinal pathology. Dr. Mjønes' credentials are summarized in her curriculum vitae which was marked and attached as an exhibit to her deposition. Dr. Mjønes' anticipated trial testimony and opinions are set forth in and will be limited to her deposition testimony provided on March 21, 2022 as well as her opinions set forth in her report attached to Dr. Waldum's expert report at Appendix A . Dr. Mjønes' deposition testimony also includes her compensation and reliance list. Dr. Mjønes will not appear live at trial. The above referenced report and disclosures have been served electronically to defense counsel, but not filed with the Court. (Dr. Mjønes has never testified at deposition or at trial in any other matter).

Non-Retained Testifying Experts:

The below listed non-retained testifying experts, if called to testify, may testify live, by videotape, or through affidavit, as to the cause and extent of Plaintiff's medical condition, injuries, Plaintiff's past and/or future medical treatment, diagnosis and/or prognosis. These

4

witnesses may also testify as to the authenticity and matters contained in the medical records and/or depositions of healthcare providers taken in this matter. They may further testify as to the reasonableness of the medical bills and the customary cost of future treatment. Also, the staff, personnel, and custodians of records of the below listed non-retained experts, if called to testify, may testify as to the manner in which such records are recorded, made and kept and who made the entries. The general substance of their mental impressions and opinions are contained in their respective records and/or depositions taken in this matter. <u>Unless otherwise stated in their deposition testimony or respective records, these witnesses will not offer testimony that proton pump inhibitors caused or contributed to Plaintiff's development of a gastric adenocarcinoma.</u> In addition, they may testify as to any conversations had with the representatives, employees or agents of the Defendants. Plaintiff would also refer Defendants to any and all depositions and their exhibits taken in this matter. Pursuant to Rule 26(a)(2)(C), Plaintiff is excused from furnishing expert reports of the following treating physicians:

>Brian Gremillion, MD
>Our Lady of the Lake Physician Group Picardy
>8119 Picardy Avenue
>Baton Rouge, LA 70809

>Curtis Chastain, MD
>Our Lady of the Lake Physician Group Men's Health
>7777 Hennessy Boulevard
>Suite 101
>Baton Rouge, LA 70808

>Erin Thibault, MD
>Diagnostic Pathology Services
>725 Glenwood Avenue
>Suite E-888
>Chattanooga, TN 37404

>George McClelland, MD
>Louisiana Endoscopy Center
>9103 Jefferson Highway
>Baton Rouge, LA 70809

John Tabor, MD
Baton Rouge General Advanced Robotics Institute
8585 Picardy Avenue
Suite 318A
Baton Rouge, LA 70809

Jon Traxler, MD
Louisiana Ear, Nose, Throat & Sinus Specialty Group
6110 Main Street
Suite D
Zachary, LA 70791

Ryan Chauvin, MD
Gastroenterology Associates
9103 Jefferson Highway
Baton Rouge, LA 70809

Todd Genre, NP
Our Lady of the Lake Physician Group Men's Health
7777 Hennessy Boulevard
Suite 101
Baton Rouge, LA 70808

Kasey Gora, P.A.
Our Lady of the Lakes Surgeon Group – Colorectal Clinic
9103 Jefferson Hwy.
Baton Rouge, LA 70809

Kelly R. Finan, M.D.
Our Lady of the Lakes Surgeon Group – Colorectal Clinic
7777 Hennessy Blvd.
Suite 206
Baton Rouge, LA 70808

Plaintiff reserves the right to supplement and amend the opinions of the aforementioned experts pending review of additional materials disclosed during discovery in this case. Plaintiff expressly reserves the right to have the aforementioned experts provide rebuttal opinions and/or to identify additional experts in rebuttal, if the need arises.

6

Dated: ~~1/14~~4/12/2022                              Respectfully Submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar # 27902)
Evan P. Fontenot (LA Bar # 37685)
**PENDLEY, BAUDIN & COFFIN, LLP**
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Tel. 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com
efontenot@pbclawfirm.com

/s/ John M. Restaino, Jr.
John M. Restaino, Jr. (CA 268382)
(Admitted Pro Hac Vice)
**DALIMONTE RUEB STOLLER LLP**
5790 Fleet Street, Suite 200
Carlsbad, CA 92008-4703
Telephone: (833) 443-7529
restaino@drlawllp.com

/s/ John A. Dalimonte
John A. Dalimonte (MA 554554)
(Admitted Pro Hac Vice)
**DALIMONTE RUEB STOLLER LLP**
7 State Street, Suite 100
Boston, MA 02109
Telephone: (833) 443-7529
Fax: (855) 203-2035
john@drlawllp.com

~~7~~

**CERTIFICATE OF SERVICE**

I hereby certify that on this ~~14th~~12th day of ~~January~~April, 2022, I electronically served the foregoing document to all counsel of record.

/s/ ~~John A. Dalimonte~~Michael E. Gallant