# EXHIBIT A

**APPENDIX A**

**PATHOLOGY REPORT OF PATRICIA MJØNES, MD, PhD**

Patricia Mjønes (MD, PhD)
Department of Pathology
St. Olavs Hospital – Trondheim University Hospital
7006 Trondheim
Phone: + 47 72573040
NSD id number (HPR-nummer): 8641048

Trondheim, 09.04.2021

## PATHOLOGY REPORT ON BIOPSIES RECEIVED FROM THE PATHOLOGY GROUP OF LOUISIANA

Patient: Stanley Baudin - DOB: 10/25/1964.

A box with a total of 58 pathology slides was received january 2021. 55 Slides were stained with hematoxylin and eosin (HE), the remaining three were stained with immunohistochemical (IHC) markers. A tissue block from normal background mucosa and changes consistent with hyperplastic polyp and fundic gland polyp (OL-17-09222-03J) and a tissue block from polypoid tissue from the proximal stomach (PG-17-18840-01A) were received March 2021. No tissue blocks or unstained slides were received from the remaining cases. All slides were examined using a light microscope; Nikon eclipse 80i.

### ID: PG-17-18840:

Received: Six slides, four HE-stained slides (four different levels), one Her2-stained slide, one negative control and one tissue block.

**Microscopic examination:**

Microscopic examination shows connective tissue, blood and fragments of lobulated polypoid tissue with both villous and tubulovillous extensions lined by dysplastic epithelium with pseudostratification, nuclear abnormalities (variation in size and shape) and mitotic figures. In the lamina propria there are glands of various size and shape, including cribriform glands with similar dysplastic changes. There is marked cytological atypia. Some of the cells in the dysplastic epithelium have a flattened nuclei and a large cytoplasmic vacuole («signet ring cell like» morphology). However, the changes are not consistent with signet ring cell carcinoma in situ. The basement membrane of the glands are intact, and there are no such cells in the lamina propria. In a number of glands there are collections av neutrophils and necrotic cells. There is also infiltration of neutrophils in the overlying epithelium. There are some fragments of normal mucosa present, as well as gastric glands lined by parietal cells and chief cells, consistent with a location in the proximal stomach. Helicobacter pylori like bacteria are not seen in the material. Immunstain to assess Her2 shows cytoplasmatic and membranous staining in the dysplastic epithelium. FISH Her2 (performed by the pathology group in Louisiana) had a ratio of 1,07 (< 2), which is considered negative.

A tissue block (01A) was received 9 March 2021. From the tissue block collegues at the Department of Pathology at St. Olavs hospital (Trondheim University Hospital) stained one slide with HE and two

1

slides with the neuroendocrine markers synaptophysin and chromogranin A. The neuroendocrine markers did not show convincing evidence of hyperplasia of neuroendocrine cells.

In conclusion the changes are suggestive of gastric or foveolar type adenoma with high grade dysplasia. Intramucosal adenocarcinoma cannot be excluded. There is, however, no obvoius invasion into the lamina propria. The normal gastric mucosa is without signs of chronic atrophic gastritis, intestinal metaplasia or Helicobacter pylori like structures. A prominent lymphocytic infiltrate with intraepithelial lymphocytes is not seen.

*Diagnosis: Fragments of polypoid tissue (from the proximal stomach) with changes consistent with gastric type adenoma with high grade dysplasia.*

### ID: OL-17-09222:

Received: 40 HE-stained slides and one tissue block.

**Microscopic examination:**

01-A-L01, 01-L01 and 01-L02:

Microscopic examination shows two pieces of polypoid stomach mucosa with erosion of some of the surface. There is edema of the lamina propria and dilated glands covered by parietal cells, chief cells and/or one layer of mucoinous epithelium. There are no dysplastic changes, no atrophy of glands. There are no signs of malignant transformation.

In conclusion the findings are consistent with fundic gland polyp. There are no signs of Helicobacter pylori like elements in the mucosa. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.

02-A-L01, 02-L01 and 02-L02:

Microscopic examination shows two pieces on each slide with changes consistent with fundic gland polyp. There are no signs of dysplasia or malignancy. There are no signs of Helicobacter pylori like elements in the mucosa. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.

03-L01, 03-L02, 03-L03, 03-L04, 03-L05, 03-L06, 03-L07, 03-L08, 03-A-L01, 03-B-L01, 03-C-L01, 03_D-L01, 03-E-L01, 03-F-L01, 03-G-L01, 03-H-L01, 03-I-L01, 03-J-L01, 03-K-L01, 03-L-L01, 03-M-L01, 03-N-L01, 03-O-L01, 03-P-L01, 03-Q-L01, 03-Q-L02, 03-R-L01, 03-R-L02, 03-S-L01, 03-S-L02, 03-T-L01 and 03-T-L02:

Microscopic examination shows several slides with tissue from the stomach mucosa and stomach wall. The tissue is not optimal for evaluation, and there are artefacts which may related to too little fixation time. The luminal mucosal surface is mostly without dysplasia. In the mucosa there are areas with changes consistent with fundic gland polyps. In some sections (03-J-L01, 03-L-L01, 03-M-L01 and 03-N-L01) there are surface erosions and polyps with changes consistent with hyperplastic polyps. There are also polypoid areas (03-N-L01) with changes consistent with gastric type adenoma with high grade dysplasia and changes consistent with intramucosal adenocarcinoma (intestinal type according to Laurens classification). Some of the slides show normal gastric mucosa without signs of

2

autoimmune chronic atrophic gastritis or Helicobacter pylori gastritis. Intestinal metaplasia is not seen. Slides from the omentum is without signs of malignancy. Lymph nodes (19 lymph nodes) are without signs of metastatic disease.

A tissue block from normal background mucosa and changes consistent with hyperplastic polyp and fundic gland polyp (03J) was received 9 March 2021. From the tissue block collegues at the Department of Pathology at St. Olavs hospital (Trondheim University Hospital) stained one slide with HE and two slides with the neuroendocrine markers synaptophysin and chromogranin A. The neuroendocrine markers showed areas of simple and focal linear hyperplasia of neuroendocrine cells (see figure 1).

04-A-L01:

Microscopic examination shows esophagus (resection margin) without malignant change or dysplasia.

05-A-L01:

Microscopic examination shows tissue from the stomach without esophagus (resection margin) without malignant change or dysplasia. There is a focal area with changes consistent with fundic gland polyp. There are no signs of Helicobacter pylori like elements in the mucosa or signs of autoimmune chronic atrophic gastritis.

As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.

*Diagnosis:*

*1: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*

*2: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*

*3: Specimen: Proximal stomach, distal esophagus and omentum.*
*Procedure: Partial proximal gastrectomy, distal esophageal resection and omentectomy,*
*Tumor Site: Proximal stomach, posterior wall.*
*Tumor Size: 6 mm.*
*Histological Type: Intramucosal adenocarcinoma (high grade dysplasia).*
*Histological Grade: Not applicable.*
*Margins (proximal, distal and radial margins): All margins without malignant change or dysplasia.*
*Lymph nodes: 19 benign lymph nodes (0/19).*
*Treatment effect: No prior treatment known.*
*Lymphovascular invasion: Not identified.*
*Perineural invasion: Not identified.*
*Pathological staging summary: pTis pN0.*
*4: Proximal resection margin (esophagus) without signs of malignancy or dysplasia.*

*5: Distal resection margin (stomach) without signs of malignancy or dysplasia.*

**ID: PG-17-24887:**

Received a total of five HE-stained slides.

**Microscopic examination:**

01-A-L01, 01-A-L02, 01-A-L03, 01-A-L04 and 01-A-L05:

Microscopic examination shows three pieces of tissue consisting of squamous epithelium and some glandular tissue without signs of malignancy or dysplasia. There are no signs of intestinal metaplasia.

*Diagnosis: Biopsy from stomach (anastomosis) with benign squamous and benign glandular mucosa with focal hemorrhage.*

**ID: PG-18-11910:**

Received a total of two HE-stained slides.

**Microscopic examination:**

01-A-L01 and 01-A-L02:

Microscopic examination shows two pieces of of gastric mucosa consistent with mucosa of corpus or fundus type. There are surface erosions and reactive changes in the luminal and foveolar epithelium. In some vessels there are collections of neutrophils. In the lamina propria, there is a light increase in the number of inflammatory cells, mainly lymphocytes and neutrophils. There are no signs of malignancy or dysplasia. Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis.

In conclusion, the findings are compatible with focal erosion and reactive changes in the surface and foveolar epithelium. As tissue blocks are not received, it is not possible to do any further examination of the tissue with regards number of neuroendocrine (ECL-cells) in the tissue.

*Diagnosis: Biopsy from gastric mucosa with focal erosion and reactive changes. Negative for intestinal metaplasia, dysplasia, or malignancy.*

**ID: PG-19-25931:**

Received a total of four HE-stained slides, and one H. Pylori stained slide.

**Microscopic examination:**

01-A-L01 and 01-A-L02:

Microscopic examination shows two pieces from gastric mucosa consistent with mucosa of corpus or fundus type. The foveoles are elongated with tendency to corkscrew appearance. There are strands of smooth muscle extending between the foveoles up towards the surface. There are reactive changes to the surface and foveolar epithelium. There are no signs of malignancy or dysplasia.

4

Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis.

In conclusion, the described features may be suggestive of a hyperplastic polyp. The changes may also be consistent with reactive gastropathy.

02-A-L01, 02-A-L02 and 02-A-L03:

Microscopic examination shows a piece of tissue from gastric mucosa consistent with mucosa of corpus or fundus type. Some of the foveoles are elongated with tendency to corkscrew appearance. There are strands of smooth muscle extending between the foveoles up towards the surface. There are reactive changes to the surface and foveolar epithelium. There are no signs of malignancy or dysplasia. Helicobacter pylori like structures are not seen. There are no signs of autoimmune chronic atrophic gastritis. Immunstain to assess for Helocobacter pylori is negative for organisms.

In conclusion, the described features may be suggestive of a hyperplastic polyp. The changes may also be consistent with reactive gastropathy.

**Diagnosis:**

*1: Biopsi from stomach (body) with features suggestive of hyperplastic polyp.*

*2: Biopsy from stomach with changes consistent with mild chronic gastritis and reactive epithelial changes.*

**Overall summary of results:**

I, Patricia Mjønes, have reviewed the pathology materials and records pertaining the biopsies and the partial gastrecromy performed on Stanley Baudin. I am mostly in agreement with the diagnoses given by the Pathology Group of Louisiana:

*PG-17-18840: Fragments of polypoid tissue (from the proximal stomach) with changes consistent with gastric type adenoma with high grade dysplasia.*

*OL-17-09222:*
*1: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*
*2: Biopsy from stomach (body, polypectomy) with changes consistent with fundic gland polyp.*
*3: Partial gastrectomy with distal esophagus and omentectomy with focal intramucosal adenocarcinoma in the proximal stomach.*
*Specimen: Proximal stomach, distal esophagus and omentum.*
*Procedure: Partial proximal gastrectomy, distal esophageal resection and omentectomy,*
*Tumor Site: Proximal stomach, posterior wall.*
*Tumor Size: 6 mm.*
*Histological Type: Intramucosal adenocarcinoma (high grade dysplasia).*
*Histological Grade: Not applicable.*
*Margins (proximal, distal and radial margins): All margins without malignant change or dysplasia.*
*Lymph nodes: 19 benign lymph nodes (0/19).*
*Treatment effect: No prior treatment known.*

5

Lymphovascular invasion: Not identified.
Perineural invasion: Not identified.
Pathological staging summary: pTis pN0.
4: Proximal resection margin (esophagus) without signs of malignancy or dysplasia.
5: Distal resection margin (stomach) without signs of malignancy or dysplasia.

PG-17-24887: Biopsy from anastomosis with benign squamous and benign glandular mucosa with focal hemorrhage.

PG-18-11910: Biopsy from gastric mucosa with focal erosion and reactive changes. Negative for intestinal metaplasia, dysplasua, or malignancy.

PG-19-25931:
1: Biopsi from stomach (body) with features suggestive of hyperplastic polyp.
2: Biopsy from stomach with changes consistent with mild chronic gastritis and reactive epithelial changes.

I have not seen any signs of atrophic gastritis, Helicobacter pylori-like structures, intestinal metaplasia or a prominent lymphocytic infiltrate with intraepithelial lymphocytes. In tissue immunostained with neuroendocrine markers (synaptophysin and chromogranin A) from normal background mucosa (PG-17-18840) there are changes consistent with simple hyperplasia and possibly linear hyerplasia of neuroendocrine cells.

Kind regards

*Patricia Mjønes*  9/4-21, Trondheim
Patricia Mjønes

6

Figure 1: Synapthphysin staining showing focal linear hyperplasia of neuroendocrine cells.



# PGL Pathology Group of Louisiana

5339 O'Donovan Drive  
Baton Rouge, Louisiana 70808

Tel: (225) 766-4999  
Fax: (225) 766-6050

## CERTIFICATION OF PATHOLOGY

My name is **Tina Nezat**. I am the custodian of pathology for **Pathology Group of Louisiana**.

I am over 18 years of age, of sound mind, capable of making this certification, and personally acquainted with the facts herein stated.

Pathology Materials Pertaining To: **Stanley Baudin – DOB 10/25/1964**

Attached hereto are __6__ page(s) of medical records, __0__ pages of billing records, __2__ paraffin block(s), __0__ re-cut slide(s), __0__ specimens/tissue samples, and __0__ pathology slides and to the best of my knowledge, these said records are kept in the regular course of business, at the office of the above for an employee, representative, or a doctor, with personal knowledge of the act, event or condition, opinion, or diagnosis recorded to make the memorandum or record, or to transmit information hereof to be included in such memorandum or record. The memorandum or record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter.

The records attached hereto are the originals or exact copies of the originals and nothing has been removed or deleted from the original file before making these copies.

_Tina Nezat_  
Signature

2/24/21  
Date



**PGL Pathology Group of Louisiana**

O'Donovan Drive, Baton Rouge, LA 70808
Phone: (225) 766-4999  Fax: (225) 766-6050

2325 N. Hullen St. #103, Metairie, LA 70001
Phone: (504) 509-6680  Fax: (504) 304-8507

**OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER**
5000 Hennessey Blvd, Baton Rouge, LA 70808
Phone: (225) 765-6565

## ABNORMAL SURGICAL PATHOLOGY REPORT

| | | |
|---|---|---|
| Patient: **Baudin, Stanley P** | Result ID: **OL-17-09222** | Accession: **10962653** |
| DOB: **10/25/1964**  Age: **52**  Sex: **M** | Account: **OLOL** | Date Collected: **10/05/2017 00:00** |
| MRN: **225207**  PV: **10203046455117** | | Date Received: **10/05/2017 16:50** |
| Requested by: **John J Tabor, Jr., M.D.** | Patient Ph: **(225) 749-4668** | Date Reported: **10/07/2017 11:21** |

**Clinical Data:** Gastric adenocarcinoma

### FINAL PATHOLOGIC DIAGNOSIS

1. **Gastric polyp from body, polypectomy:**
   - Fundic gland polyp; negative for dysplasia and malignancy.

2. **Gastric polyp from body, polypectomy:**
   - Fundic gland polyp; negative for dysplasia and malignancy.

3. **Esophagus, proximal stomach and greater omentum, partial gastrectomy with distal esophagus and omentectomy:**
   - Focal residual intramucosal adenocarcinoma; *see Synoptic Report*.
   - Background changes including mild chronic gastritis and fundic gland polyps.
   - Margins free of involvement.

4. **Proximal esophageal donut, excision:**
   - Portion of benign squamous mucosa; negative for dysplasia and malignancy.

5. **Distal gastric donut, excision:**
   - Portion of benign stomach with mild chronic gastritis; negative for dysplasia and malignancy.

**SYNOPTIC REPORT**

| | |
|---|---|
| Specimen: | Proximal stomach, distal esophagus and omentum |
| Procedure: | Partial proximal gastrectomy, distal esophageal resection and omentectomy |
| Tumor Site(s): | Proximal stomach, posterior wall |
| Tumor Size: | 0.6 cm in greatest dimension |
| Histologic Type: | Intramucosal adenocarcinoma (high grade dysplasia) |
| Histologic Grade: | Not applicable |
| Microscopic Extent of Tumor: | High grade dysplasia/carcinoma in-situ |
| Margins: | All margins uninvolved by carcinoma |
| - Proximal margin: | Uninvolved by carcinoma in-situ |

---

| | | | |
|---|---|---|---|
| Deborah S. Cavalier, M.D. | Amanda L. Gorena, M.D. | Amberly L. Nunez, M.D. | Jonathan C. Stone, M.D. |
| Ryan J. Carr, M.D. | Anthony M. Harton, M.D. | Beverly W. Ogden, M.D. | Armanda D. Tatsas, M.D. |
| Zarius Drummond, M.D. | Jennifer L. Jastram, M.D. | Tracy M. Rauch, M.D. | Erin S. Thibault, M.D. |
| Tonya J. Eichelberger, M.D. | Robert L. Koscick, M.D. | John R. Simmons, M.D. | Brian W. Webb, M.D. |

# SURGICAL PATHOLOGY REPORT - CONTINUED

Patient: **Baudin, Stanley P**          Result ID: **OL-17-09222**          Accession: **10962653**

- Distal margin: Uninvolved by carcinoma in-situ
- Omental (radial) margin: Uninvolved
- **Treatment Effect:** No prior treatment known
- **Lymphovascular invasion:** Not identified
- **Perineural invasion:** Not identified
- **Lymph nodes:** Nineteen benign lymph nodes (0/19)

**Pathologic Staging Summary:**     pTis  pN0

TE/bb

Erin S. Thibault, M.D.
PGL Pathologist, Electronic Signature

## SPECIMEN(S) SUBMITTED: GROSS DESCRIPTION

1. **Gastric polyp from body:** The specimen was received fresh for intraoperative consultation labeled with the patient's name, medical record number, and "#1 gastric polyp from body". Received are two irregular-shaped fragments of tan-pink soft tissue measuring 0.6 x 0.5 x 0.3 cm. The specimen is entirely submitted for frozen, with the frozen section remnant resubmitted for permanent in a single cassette.

2. **Gastric polyp from body:** The specimen was received fresh for intraoperative consultation labeled with the patient's name, medical record number, and "#2 gastric polyp from body". Received are three irregular-shaped fragments of tan-pink soft tissue measuring 1.0 x 0.6 x 0.3 cm in aggregate. The specimen is entirely submitted for frozen, with the frozen section remnant resubmitted for permanent in a single cassette. AN/rcb

3. **Esophagus, proximal stomach and greater omentum:** Received fresh for OR consult is an 11 x 8.2 x 3.0 cm partial stomach with attached 1.5 cm in length by 1.4 cm in diameter distal esophagus, 22 x 10 x 3.5 cm omentum and additional tissue at the lesser curvature. A suture designates the esophageal margin which is submitted for frozen. The gastric resection margin is also submitted for frozen (three chucks). There is a 0.8 x 0.7 cm vague pink suspicious area which may represent a previous polypectomy site. The suspicious area/previous polypectomy site is at the lesser curvature and is 1.2 cm from the GE junction, 2.6 cm from the proximal margin, 2.7 cm from the distal margin, 4.5 cm from the radial/lesser curvature soft tissue margin, and 8.5 cm from the omental/greater curvature soft tissue margin. The apparent previous polypectomy site appears confined to the mucosa. The remaining mucosa is tan-pink with normal rugal folds. There are multiple polyps identified throughout ranging from 0.2 cm to 1.1 cm in greatest dimension. The wall averages 0.3 cm in thickness. The serosa is brown-pink and smooth. The GE junction is well-defined. The esophageal mucosa is pink-white. The omentum is sectioned to reveal a yellow lobulated cut surface. No masses or nodules are appreciated. Dissection of the attached soft tissue yields seventeen possible lesser curvature lymph nodes and three possible greater curvature lymph nodes. Representative sections are submitted in twenty cassettes as labeled: A frozen section remnant (proximal margin); B - D frozen section remnant (distal margin); E radial/lesser curvature soft tissue margin; F omental/greater curvature soft tissue margin; G apparent polypectomy site to GE junction; H - I remaining sections of apparent polypectomy site; J - K additional polyps near GE junction; L lesser curvature to include polyps; M anterior wall to include polyps; N posterior wall to include polyps; O greater curvature to include polyps; P omentum; Q six lesser curvature lymph nodes; R six lesser curvature lymph nodes; S five lesser curvature lymph nodes; T three greater curvature lymph nodes.

4. **Proximal esophagus donut:** In formalin labeled "proximal esophageal donut" is a 1.5 x 1.2 x 0.4 cm pink-tan annular mucosal fragment. Representative sections are submitted in one cassette.

5. **Distal gastric donut:** In formalin labeled "distal gastric donut" is a 2.2 x 1.5 x 1.0 cm annular tan-red mucosal fragment. Representative sections are submitted in one cassette. CM/tmp

## INTRAOPERATIVE REPORT:

1. Frozen Section Diagnosis: **Fundic gland polyps. Negative for malignancy.**

# SURGICAL PATHOLOGY REPORT - CONTINUED

**Patient:** Baudin, Stanley P     **Result ID:** OL-17-09222     **Accession:** 10962653

[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]

2. Frozen Section Diagnosis: **Fundic gland polyps. Negative for malignancy.**
[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]

3. Frozen Section Diagnosis: **Esophageal and gastric resection margins negative for malignancy.**
[Interpreted by Amberly L. Nunez, M.D. at Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, LA 70808]

| CPT CODE(S): | ICD-9/10 CODE(S): | FACILITY: |
|---|---|---|
| 88309, 88307, 88305 x2, 88331 x3 | [C169] | Our Lady of the Lake RMC<br>5000 Hennessey Blvd B.R. LA 70808 |

END OF REPORT     Page 3 of 3

# PGL Pathology Group of Louisiana

O'Donovan Drive, Baton Rouge, LA 70808  Phone: (225) 766-4999 Fax: (225) 766-6050
2325 N. Hullen St. #103, Metairie, LA 70001  Phone: (504) 509-6680 Fax: (504) 304-8507

# Lake Surgery Center

7145 Perkins Road, Baton Rouge, LA 70808  Phone: (225) 765-3111

## ABNORMAL SURGICAL PATHOLOGY REPORT

| | | |
|---|---|---|
| Patient: **Baudin, Stanley** | Result ID: **PG-17-18840** | Accession: **10958321** |
| DOB: **10/25/1964**  Age: **52**  Sex: **M** | Account: **LSC** | Date Collected: 09/12/2017 00:00 |
| MRN: 56004 | | Date Received: 09/12/2017 10:24 |
| Requested by: John J Tabor, Jr., M.D. | Patient Ph: (225) 749-4668 | Date Reported: 09/22/2017 16:45 |
| | | **ADDENDED** |

**Addendum (09/22/2017)**
RESULTS OF HER-2 ONCOGENE AMPLIFICATION ANALYSIS BY FISH
Her-2 Interpretation: **Negative / Not Amplified**   Tissue Source: Gastric polyp
Avg Her-2: 3.72   Avg Cep-17: 3.45   Her-2/Cep-17 Ratio: 1.07   (see Woman's Hospital report 0912:L00644R)

Brian W. Webb, M.D.
PGL Pathologist, Electronic Signature

**Clinical Data:** GERD

## FINAL PATHOLOGIC DIAGNOSIS

Proximal stomach, gastric polyp:
- Focal intramucosal adenocarcinoma arising from high grade gastric adenomatous dysplasia

### GASTRIC BIOMARKER TESTING BY IMMUNOHISTOCHEMISTRY (IHC)

| Biomarker | FDA approved Antibody | Result | Quantification |
|---|---|---|---|
| Her2 | 4B5 | Equivocal | 2+ staining (see Scoring Criteria Table below) |

Her2 (ERBB2) oncogene amplification by FISH will be performed and the results will be reported separately.

Brian W. Webb, M.D.
PGL Pathologist, Electronic Signature

Intradepartmental consultation: Tonya J. Eichelberger, M.D.

**SPECIMEN(S) SUBMITTED: GROSS DESCRIPTION**

*Gastric polyp proximal stomach*: In formalin is a 1.5 x 1.5 x 0.3 cm aggregate of tan-red polypoid tissue fragments, which are entirely submitted in one cassette. GR/rcb

| CPT CODE(S): | ICD-9/10 CODE(S): | FACILITY: |
|---|---|---|
| 88305, 88360 | [C169] | BRG-Bluebonnet Hospital  8585 Picardy Ave B.R. LA 70809 |

Deborah S. Cavalier, M.D.   Amanda L. Gorena, M.D.   Amberly L. Nunez, M.D.   Jonathan C. Stone, M.D.
Ryan J. Carr, M.D.   Anthony M. Harton, M.D.   Beverly W. Ogden, M.D.   Armanda D. Tatsas, M.D.
Zarius Drummond, M.D.   Jennifer L. Jastram, M.D.   Tracy M. Rauch, M.D.   Erin S. Thibault, M.D.
Tonya J. Eichelberger, M.D.   Robert L. Koscick, M.D.   John R. Simmons, M.D.   Brian W. Webb, M.D.

Page 1 of 3

# SURGICAL PATHOLOGY REPORT - CONTINUED

Patient: **BAUDIN, Stanley**  Result ID: **PG-17-18840**  Accession: **10958321**

Womans Hospital  Sent 21/09/2017 10:01AM  Page 2

PAGE 1
RUN DATE: 09/21/17
RUN TIME: 1000

## Woman's Hospital
Laboratory Services
100 Woman's Way, Baton Rouge, LA. 70817
Phone: (225) 924-8271  FAX: (225) 924-8616
Report for Tabor, John Joseph

```
PATIENT: BAUDIN, STANLEY         ACCT: V070169958      LOC: REFLAB       U: M00972050
                                 AGE/SX: 52/M          ROOM:             REG: 09/12/17
REG DR: Tabor, John Joseph       DOB: 10/25/1964       BED:              DIS:
                                                                         STATUS: REG REF

SPEC : 0912:L00644R       COLLECTED: 09/12/17-UNK     STATUS:  COMP     REQ : 02101401
                          RECEIVED : 09/19/17-1400    SUBM DR: Tabor, John Joseph
                                                      OTHR DR: Brian W Webb, MD
ORDERED: FISH HER2/neu
COMMENTS: PG-17-18840-1A
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|

**\*\*\* CYTOGENETICS \*\*\***

```
FISH HER2/neu
> Surgical Number       PG-17-18840-1A
> Tissue Source         GASTRIC POLYP
> AVG Her2              3.72
> Avg. CEP 17           3.45
> # Cells counted       40
> # Observers           2
> Ratio                 1.07
> Interpretation
```

Gastric Negative
Negative for HER2 gene amplification; HER2 and CEP17 signals
(ratio =1.07, mean HER2 signals/cell = 3.72, mean CEP17
=3.45); see comment

In gastric cancers a ratio of 2.0 or less is considered
negative.

COMMENT:
Aneuploidy: Increased copies of Number 17 Chromosome and
increased copies of HER2/neu. Ratio of HER2/neu to number 17
Chromosomes is less than 2.0 (The strict definition of
amplification).

Normal Expected Result: Negative for Amplification

This test was performed using the PathVysion HER-2 DNA Probe
Kit HER2/neu (Locus Specific Identifier HER2/neu
SpectrumOrange and Chromosome Enumeration Probe 17
SpectrumGreen) and is approved for clinical diagnosis by the
US FDA.

CODES:
# Delta check           * Abnormal
H Abnormal High         * H Critical Hi
L Abnormal Low          L Critical Low
                        => New Result

\*\* CONTINUED ON NEXT PAGE \*\*

# SURGICAL PATHOLOGY REPORT - CONTINUED

**Patient:** Baudin, Stanley     **Result ID:** PG-17-18840     **Accession:** 10958321

Womans Hospital    Sent 21/09/2017 10:01AM    Page 3

**Woman's Hospital**
Laboratory Services
100 Woman's Way, Baton Rouge, LA 70817
Phone: (225) 924-8271    FAX: (225) 924-8616
Report for Tabor, John Joseph

PAGE 2
RUN DATE: 09/21/17
RUN TIME: 1000

| Patient: BAUDIN, STANLEY | ACCT: V070169958 | (Continued) | |
|---|---|---|---|
| Test | Result | Flag | Reference |

NOTE: The positive, negative and equivocal HER2/neu FISH controls were performed and are satisfactory.

(CAP/ASCO) 2013 Recommendations for HER2 by FISH

*** CYTOGENETICS ***

> Comments

Zarius Drummond, M.D.

CODES:
# Delta check          * Abnormal
H Abnormal High        *H Critical Hi
L Abnormal Low         L Critical Low
                       => New Result

** END OF REPORT **

---

END OF REPORT                                    Page 3 of 3