# EXHIBIT B

```
 1   nucleus and a large cytoplasmic vacuole,
 2   suggested -- suggestive of a signet-ring cell like.
 3   Do you see that?
 4           A.   Yes.
 5           Q.   Now, are you -- are you aware that
 6   Dr. Mjønes has actually ruled out the presence of
 7   signet-ring cells in the EGD biopsy?
 8           A.   Yes, I wrote here "suggestive."
 9           Q.   So "suggestive."  But you understand
10   that she specifically wrote in her pathology report
11   the changes are not consistent with signet-ring
12   cell carcinoma in situ, correct?
13           A.   Okay.  Okay.
14           Q.   Do you agree with that, that's what she
15   wrote in her report or --
16           A.   I rely on her.
17           Q.   Okay.  And you're not suggesting that
18   Mr. Baudin was diagnosed with a signet-ring
19   cell-type carcinoma, are you?
20           A.   Once more.
21           Q.   You're not -- you're not trying to
22   suggest that Mr. Baudin was diagnosed with a
23   signet-ring cell-type carcinoma of the stomach --
24           A.   No.
25           Q.   -- correct?
```

```
 1        A.   No.  Correct.
 2        Q.   And none of Mr. Baudin's pathology
 3   reports by the Louisiana treating pathologists say
 4   anything about signet-ring cell-like morphology,
 5   correct?
 6        A.   I believe so.  Correct.
 7        Q.   Now, you next say here, the next
 8   sentence:  There was linear ECL cell hyperplasia.
 9   Do you see that?
10        A.   Yes.
11        Q.   And you reached that conclusion based
12   on Dr. Mjønes's pathology report, correct?
13        A.   Yes.
14        Q.   But you would agree with me that
15   Dr. Mjønes did not find any ECL cell hyperplasia in
16   the tumor sample, correct?
17        A.   Yes.  The ECL cell hyperplasia suggests
18   that the patient had -- had been exposed to
19   hypergastrinemia and, actually, will tell you meant
20   that the hyperplasia was antral nodular, a level
21   higher.
22        Q.   I didn't ask a question about what you
23   were just talking about.
24             MS. DU PONT:  I'm going to move to
25   strike that -- that commentary.
```