# EXHIBIT C

Patricia Mjønes, M.D., Ph.D.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

STANLEY P. BAUDIN,           )
                             )
          Plaintiff,         )
                             )
vs.                          )   Case No. 18-1063
                             )
ASTRAZENECA                  )   JUDGE SHELLY DICK
PHARMACEUTICALS LP;          )
ASTRAZENECA LP; AND          )   MAGISTRATE JUDGE
MERCK SHARP & DOHME          )   ERIN WILDER-DOOMES
CORPORATION,                 )
                             )
          Defendants.        )

MONDAY, MARCH 21, 2022
– – –

        Remote Videotaped deposition of
Patricia Mjønes, M.D., Ph.D., held at the
location of the witness in Norway, commencing
at 7:05 a.m. Eastern Time, on the above date,
before Carrie A. Campbell, Registered
Diplomate Reporter and Certified Realtime
Reporter.




– – –


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Patricia Mjønes, M.D., Ph.D.

Page 2

```
 1        R E M O T E    A P P E A R A N C E S :
 2
 3
          DALIMONTE RUEB STOLLER LLP
 4        BY:   JOHN M. RESTAINO, JR., DPM JD MPH
                restaino@drlawllp.com
 5        5790 Fleet Street, Suite 200
          Carlsbad, California  92008-4703
 6        (888) 443-7529
 7
          and
 8
 9        DALIMONTE RUEB STOLLER LLP
          BY:   MICHAEL E. GALLANT
10              michael.gallant@drlawllp.com
          1250 Connecticut Avenue NW, Suite 700
11        Washington, DC  20036
          (202) 858-1211
12        Counsel for Plaintiffs
13
14        ARNOLD & PORTER KAYE SCHOLER LLP
          BY:   JULIE B. DU PONT
15              julie.dupont@arnoldporter.com
          250 West 55th Street
16        New York, New York  10019-9710
          (212) 836-8572
17
18        and
19
          ARNOLD & PORTER KAYE SCHOLER LLP
20        BY:   KATHRYN PODSIADLO
                Kathryn.Podsiadlo@arnoldporter.com
21        777 South Figueroa Street, 44th Floor
          Los Angeles, California  09917-5844
22        (213) 243-4000
23
          and
24
25
```

Golkow Litigation Services - 877.370.DEPS

Patricia Mjønes, M.D., Ph.D.

Page 3

```
 1        ICE MILLER LLP
          BY:  KATHERINE ALTHOFF
 2             katherine.althoff@icemiller.com
               ALLYSON EMLEY
 3             allyson.emley@icemiller.com
               CHELSEA KURTH
 4             chelsea.kurth@icemiller.com
          One American Square, Suite 2900
 5        Indianapolis, Indiana  46282
          (317) 236-2100
 6        Counsel for AstraZeneca Defendants
 7
 8   ALSO PRESENT:
 9        LEO RAKITIN, in-house counsel
          AstraZeneca
10
          SARAH MAGEN, in-house counsel,
11        AstraZeneca
12
13   V I D E O G R A P H E R :
          JEFF FLEMING,
14        Golkow Litigation Services
15                     - - -
16
17
18
19
20
21
22
23
24
25
```

Patricia Mjønes, M.D., Ph.D.

Page 4

1                         INDEX
2                                          PAGE
3    APPEARANCES.................................   2
4    EXAMINATIONS
5       BY MS. ALTHOFF...........................  10
6       BY MR. GALLANT........................... 327
7
8                       EXHIBITS
9       No.  Description                         Page
10    1    Notice of Oral Remote Videotaped      13
           Deposition and Request for
11         Production of Documents of
           Patricia Mjønes, M.D., Ph.D.
12
      2    Patricia Mjønes pathology report     140
13         on biopsies received from the
           Pathology Group of Louisiana
14
      3    PGL Pathology Group of Louisiana     142
15         certification of pathology
16    4A   EGD report 9/12/2017,                206
           Defendants000487 -
17         Defendants000488
18    4B   Surgical report 10/5/2017,           208
           Defendants000978 -
19         Defendants000981
20    5    Expert Report of Lysandra            219
           Voltaggio, M.D.
21
      6    Appendix B (Mr. Baudin's             248
22         Pathology Images)
23    13   E-mail from Helge Waldum to           63
           Patricia Mjønes dated 18 August
24         2021
25

Patricia Mjønes, M.D., Ph.D.

Page 5

| | | | |
|---|---|---|---|
| 1 | 14 | E-mail from Helge Waldum to Patricia Mjønes dated 15 November 2021 | 64 |
| 2 | | | |
| 3 | 15 | Patricia Mjønes Invoice 01/2021 | 61 |
| 4 | 16 | E-mail from Patricia Mjønes to Helge Waldum dated 16b March 2022 | 97 |
| 5 | | | |
| | 17 | E-mail from Patricia Mjønes to Helge Waldum dated 31 January 2022 | 68 |
| 6 | | | |
| 7 | | | |
| | 18 | E-mail from Patricia Mjønes to Helge Waldum dated 14 February 2022 | 71 |
| 8 | | | |
| 9 | | | |
| | 19 | E-mail from Patricia Mjønes to Helge Waldum dated 18 March 2022 | 99 |
| 10 | | | |
| 11 | 20 | E-mail from Patricia Mjønes to Helge Waldum dated 18 March 2022 | 116 |
| 12 | | | |
| | 21 | Patricia Mjønes, M.D. Ph.D., curriculum vitae | 291 |
| 13 | | | |
| 14 | 22 | Pathology images | 123 |
| 15 | 23 | Pathology Report on Biopsies Received from the Pathology Group of Louisiana highlighted in pink | 300 |
| 16 | | | |
| 17 | 24 | Pathology Report on Biopsies Received from the Pathology Group of Louisiana annotations | 298 |
| 18 | | | |
| 19 | 24A | Pathology Report on Biopsies Received from the Pathology Group of Louisiana comments in Norwegian | 301 |
| 20 | | | |
| 21 | | | |
| | 24B | Summary of Comments on Waldum USA case 09.04.2021 new review 29.03.2022.pdf | 303 |
| 22 | | | |
| 23 | | | |
| | 25 | Pathology Slides from the Department of Pathology, St. Olav's Hospital - Trondheim University Hospital | 322 |
| 24 | | | |
| 25 | | | |

Patricia Mjønes, M.D., Ph.D.

Page 6

1    26      PGL Pathology Group of Louisiana      356
             Certification of Medical/Billing
2            Records,
             Defendants000016 -
3            Defendants000030
4       (Exhibits attached to the deposition.
5        Exhibits 7 through 12 not marked or
6                   identified.)
7    CERTIFICATE..................................363
8    ACKNOWLEDGMENT OF DEPONENT...................365
9    ERRATA......................................366
10    LAWYER'S NOTES..............................367
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Patricia Mjønes, M.D., Ph.D.

Page 7

```
 1                VIDEOGRAPHER:  We are now on
 2        the record.  My name is Jeff Fleming.
 3        I'm a videographer for Golkow
 4        Litigation Services.
 5                Today's date is March 21, 2022.
 6        The time is 7:05 a.m. Eastern Daylight
 7        Time.
 8                This remote video deposition is
 9        being held in the matter of Stanley
10        Baudin versus AstraZeneca
11        Pharmaceuticals, LP, et al., in the
12        United States District Court, Middle
13        District of Louisiana.
14                The deponent is Dr. Patricia
15        Mjønes.
16                All parties to this deposition
17        are appearing remotely and have agreed
18        to the witness being sworn in
19        remotely.
20                Due to the nature of remote
21        reporting, please pause briefly before
22        speaking to ensure all parties are
23        heard completely.
24                Will counsel please state their
25        appearances for the record after which
```

Patricia Mjønes, M.D., Ph.D.

Page 8

1          the court reporter Carrie Campbell

2          will swear in the witness.

3                    MS. ALTHOFF:  Katherine Althoff

4          on behalf of the AstraZeneca entities.

5                    MR. GALLANT:  Michael Gallant

6          on behalf of Stanley Baudin.

7                    MR. RESTAINO:  John Restaino on

8          behalf of Stanley Baudin.

9                    MS. ALTHOFF:  Excellent.  Swear

10         in the witness.

11                   THE WITNESS:  Yes, sorry, my

12         name is Patricia Mjønes.

13

14          PATRICIA MJØNES, M.D., Ph.D.,

15    of lawful age, having been first duly sworn

16    to tell the truth, the whole truth and

17    nothing but the truth, deposes and says on

18    behalf of the Defendants, as follows:

19

20                   MS. ALTHOFF:  Good morning,

21         Dr. Mjønes.  And good morning,

22         Counsel.

23                   John, are you in the room?  Are

24         you remote today?

25                   MR. GALLANT:  John Restaino is

Patricia Mjønes, M.D., Ph.D.

Page 9

```
 1          in the room but he is remoted in.
 2                  MS. ALTHOFF:  Yes.
 3                  MR. GALLANT:  Do you want his
 4          video on?
 5                  MS. ALTHOFF:  Yes, please.
 6                  MR. RESTAINO:  Okay.  Hey
 7          there.
 8                  MS. ALTHOFF:  I just wanted to
 9          see your face.  Good morning, John.
10                  MR. RESTAINO:  Good morning,
11          Katherine.  How are you?
12                  MS. ALTHOFF:  All right.  I'm
13          well.  How are you?
14                  MR. RESTAINO:  Do you want me
15          to stay on?
16                  MS. ALTHOFF:  I'm sorry?
17                  MR. RESTAINO:  Would you like
18          me to stay on video?
19                  MS. ALTHOFF:  Well, if you
20          wouldn't mind, John.  We've kind of
21          been doing that in these where we're
22          in the same room with the witness.  So
23          if you wouldn't mind, that would be
24          preferable.
25                  MR. RESTAINO:  Not a problem at
```

Patricia Mjønes, M.D., Ph.D.

Page 10

 1          all.
 2                  MS. ALTHOFF:  Excellent.  All
 3          right.  A few housekeeping matters
 4          there, Dr. Mjønes.  I'm sorry about
 5          that.
 6                  DIRECT EXAMINATION
 7     QUESTIONS BY MS. ALTHOFF:
 8          Q.    And I want to make sure, to
 9     begin with, Doctor, that I am pronouncing
10     your name correctly.
11                  Can you say it for me?
12          A.    Mjønes.
13          Q.    Mjønes?
14          A.    Yes, that's right.
15          Q.    With the accent on the O.
16     Okay.  Mjønes.  Excellent.
17                  Doctor, I -- have you been
18     deposed before?
19          A.    Never.
20          Q.    All right.  This is something
21     that happens in the United States, and I
22     imagine you would not be familiar with it.
23     So let me tell you a little bit about what's
24     going to happen today.  I'm going to be
25     asking you questions.

Patricia Mjønes, M.D., Ph.D.

Page 11

1          A.     Yes.

2          Q.     You're going to be answering

3     verbally, so out loud, yes?

4          A.     Yes.

5          Q.     Doctor, it appears you

6     understand English well; is that correct?

7          A.     Yes.

8          Q.     Okay.  If you have trouble

9     understanding my question either because I

10    talk too fast, I talk with an accent or you

11    don't understand what I'm saying in English,

12    please let me know.

13                Okay?

14         A.     Okay.

15         Q.     If you answer the question, I'm

16    going to assume that you understood it.

17                Is that fair?

18         A.     Yeah.

19         Q.     Also, you know, we've spent

20    some time this morning working on the audio,

21    and it's always a challenge in these matters,

22    so this is nothing new.  And so there may be

23    times when you have trouble hearing my

24    question.

25         A.     Okay.

Patricia Mjønes, M.D., Ph.D.

Page 12

1        Q.    If you have trouble, please let

2    me know.

3              Okay?

4        A.    Yes.

5        Q.    Because, again, if you answer

6    my question, I'm going to assume you heard

7    it.

8              That's fair, right?

9        A.    Yeah.

10       Q.    We'll try not to talk over each

11   other.  That's always important because the

12   court reporter is typing down what we say,

13   but it's especially important on Zoom because

14   it cuts one or the other of us out if we talk

15   over each other.

16             Okay?

17       A.    Okay.

18       Q.    So if you will wait until I

19   finish my question, there usually will be a

20   little pause, and then you answer, that would

21   be helpful, and I'll do that on my end.

22             Okay?

23       A.    (Witness nods head.)

24       Q.    All right.  Similarly, you

25   know, it's normal in conversation, even over

Patricia Mjønes, M.D., Ph.D.

Page 13

1    Zoom, to nod your head or shake your head in

2    response to questions.  I'm sure you're

3    smiling because you've heard this from

4    counsel.  We have to be a little artificial

5    today and always speak our answers.

6                    Okay?

7                    And I will remind you as well,

8    some other of the counsel on the phone, if

9    you don't give verbal answers.

10                    All right?

11    A.        Yes.

12    Q.        Okay.  All right.  Let's give

13    this a try.

14                    Have you, Doctor, ever served

15    as an expert witness anywhere in the United

16    States or anywhere in the world?

17    A.        No.

18                    (Mjønes Exhibit 1 marked for

19                    identification.)

20    QUESTIONS BY MS. ALTHOFF:

21    Q.        Let's use your deposition

22    notice first.  So actually my Exhibit 1,

23    Jeff.

24                    Are you able to see that

25    document, Doctor?

Patricia Mjønes, M.D., Ph.D.

Page 14

1          A.     Yes.

2          Q.     Is this a document that you

3     have seen previously?

4          A.     I can't remember seeing it

5     just -- no.

6          Q.     Okay.  That's fine.

7                 I will tell you that the first

8     several pages of this document are sort of

9     the legal language that says that you are

10    supposed to come today for your deposition,

11    and you're here today, right?

12         A.     Yes.

13         Q.     And you're here to give a

14    deposition in the matter of Stanley Baudin

15    versus AstraZeneca and related entities in

16    the United States, right?

17         A.     Yes.

18         Q.     Okay.  Attached to that

19    document was what's called Exhibit A, which

20    is before you now on the screen.

21                Are you able to see that?

22                Are you able to see the

23    document that's on the screen?

24         A.     Yes.  Yes.  Sorry.

25         Q.     No, no problem.

Patricia Mjønes, M.D., Ph.D.

Page 15

```
 1                    And are you -- can you read it,
 2        or is it too small?
 3             A.     I can read it, but, yeah, I'm a
 4        bit close.  I'm able to read it.
 5             Q.     All right.  Jeff, would you
 6        mind blowing up down where the numbers are
 7        just a little bit so she can see it?
 8             A.     Yeah.
 9             Q.     Yeah, that's good.
10                    And essentially, Doctor, we
11        sent this request for materials to the
12        counsel that are there with you today,
13        Mr. Restaino and Mr. Gallant, and asked them
14        to have you bring certain documents with you
15        to your deposition.
16             A.     Yes.
17             Q.     Were you aware of that?
18             A.     Yeah, I was aware of that a few
19        days ago, but -- you know, that list -- that
20        list there.
21             Q.     Excellent.  Okay.
22                    And we received some documents
23        late last evening from those counsel, and are
24        those documents that we received -- did you
25        know that we received documents that was
```

Patricia Mjønes, M.D., Ph.D.

Page 16

1    supposedly related to you?

2              A.      I knew that they were sending

3    you some documents.

4              Q.      Okay.

5              A.      Yes.

6              Q.      And were those documents meant

7    to be your response to this request for

8    production?

9              A.      Yes.

10             Q.      All right.  So did you yourself

11   go through this list of documents to see what

12   you had that was responsive?

13             A.      I went through the list and

14   asked what I have to send, and then I was

15   told -- you know, what I was able to do in a

16   short notice was sending the CV and the --

17   what else?  I think that's basically -- and

18   the records, the invoices.

19             Q.      Okay.  Excellent.

20                     All right.  So if we look at

21   this list, number 1 asks for a copy of your

22   CV and fee schedule, and you said you located

23   a copy of your CV and forwarded that,

24   correct?

25             A.      Yes.

Patricia Mjønes, M.D., Ph.D.

Page 17

1          Q.      All right.  And your CV, we'll

2     take a look at it here in a minute, but it

3     appeared to be a current CV?

4          A.      Yeah.

5          Q.      All right.  Number -- I'm

6     sorry, go ahead.

7          A.      You know, it's the most current

8     one I could come up with.

9          Q.      Excellent.

10                 All right.  And number 2 asks

11    for all time records, diaries, invoices or

12    bills prepared and rendered in connection

13    with the witness' investigation and

14    evaluation of the issues involved in this

15    litigation, and it asks for a number of

16    hours, et cetera.

17                 We received an invoice last

18    night for 25 hours' worth of work.

19         A.      Yes.

20         Q.      Yes.

21                 And is that an invoice that you

22    prepared?

23         A.      Yes.

24         Q.      And does that invoice represent

25    all work that you have done in this matter in

Patricia Mjønes, M.D., Ph.D.

Page 18

1     terms of the number of hours you've spent?

2              A.     It -- most hours I spent.

3              Q.     All right.  And when you say

4     "most hours that you've spent," it sounds

5     like there may be some hours that are not on

6     the invoice.

7                     How would you describe those?

8              A.     Basically I couldn't remember

9     an exact number, so that I most likely spend

10    some more hours, but it's -- you know, it's

11    close to that.  It's pretty close to that

12    hour.  So it's not --

13             Q.     Okay.  So it was essentially an

14    estimate of the number of hours that you have

15    spent on this matter?

16             A.     Yes.

17             Q.     Were there additional hours

18    that you have spent that you intend to charge

19    for between the time that you prepared that

20    invoice and today?

21             A.     Like for the weekend, this

22    weekend, but nothing before then.

23             Q.     Okay.  How much time did you

24    spend this weekend?

25             A.     I've been reviewing the slides

Patricia Mjønes, M.D., Ph.D.

Page 19

```
 1   again all of Saturday, so that's about nine,
 2   ten hours, and then I spent about five hours
 3   yesterday.
 4            Q.     Okay.
 5            A.     And then just today.
 6            Q.     So you reviewed the slides
 7   again on Saturday, and those would be the
 8   pathology slides from Mr. Baudin?
 9            A.     Yes.
10            Q.     Okay.  And you spent about nine
11   or ten hours doing that on Saturday.
12            A.     Yes.
13            Q.     And then you said you spent
14   five hours yesterday working.
15                   What did you do yesterday?
16            A.     Basically I've been going to
17   the --
18                   MR. GALLANT:  I'm just going to
19            caution the witness that discussions
20            with counsel, myself and Mr. Restaino,
21            we view as privileged in this matter
22            and so not to discuss what we
23            discussed.
24                   You can answer the question.
25            If you need it restated, the --
```

Patricia Mjønes, M.D., Ph.D.

Page 20

```
 1                    THE WITNESS:  Yeah, basically,
 2          I've been -- been going through the
 3          case, and I've been reading up over
 4          Voltaggio's report at the weekend.
 5                    So that's basically what I've
 6          been doing.
 7     QUESTIONS BY MS. ALTHOFF:
 8          Q.      Okay.  So five hours yesterday
 9     working.
10                    You reviewed Dr. Voltaggio's
11     report?
12          A.      Uh-huh.
13          Q.      And Dr. Voltaggio you
14     understand to be an expert witness hired by
15     AstraZeneca to review the pathology of
16     Mr. Baudin?
17          A.      Yes.
18          Q.      What else did you review
19     yesterday?
20          A.      That was basically it.
21          Q.      Okay.  Did you meet with
22     counsel, either Mr. Restaino, Mr. Gallant or
23     both, yesterday?
24          A.      I met both yesterday.
25          Q.      And about how much time did you
```

Patricia Mjønes, M.D., Ph.D.

Page 21

1    spend meeting with counsel?

2          A.    I arrived at about -- I have to

3    think.  Just after 12, and I left at about

4    3:30.

5          Q.    Okay.  Great.

6                And I understand that counsel

7    is now raising an objection to your

8    discussions with counsel, so let me ask you

9    this.

10                Have you retained Mr. Gallant

11    and/or Mr. Restaino as your personal counsel?

12          A.    I don't understand the question

13    completely.

14          Q.    Sure.

15                You are a witness in the case,

16    yes?

17          A.    Yes.

18          Q.    Have you hired a lawyer to

19    represent you as a witness?

20          A.    No, I haven't hired anyone.

21                MR. GALLANT:  Wait.  I mean, we

22          are representing Dr. Mjønes here today

23          as a consulting expert in this case,

24          and she may not understand the

25          technicalities of that relationship.

Patricia Mjønes, M.D., Ph.D.

Page 22

1              MS. ALTHOFF:  Frankly, I'm not
2         sure I do either given that her report
3         has been disclosed but she's not been
4         named as an expert witness in the
5         case.
6              All right.  But we'll take that
7         up later.  And thank you for your
8         explanation, Dr. Mjønes.
9    QUESTIONS BY MS. ALTHOFF:
10        Q.    So today, about what time is it
11   there in Norway?
12        A.    It's about 12:19.  So midday.
13        Q.    Excellent.
14              Have you worked on this case
15   this morning?
16        A.    Well, because I came here an
17   hour before everything started, so I've been
18   working on it then.
19        Q.    All right.  And what have you
20   done in the last hour?
21        A.    Basically just collecting my
22   thoughts, look -- taking a quick glance at my
23   report.
24        Q.    All right.  Going back to the
25   document that's on your screen, Doctor, it

Patricia Mjønes, M.D., Ph.D.

Page 23

1    says number 3 is the witness' complete file

2    in connection with their investigation,

3    evaluation of the issues.

4                 Can you describe for me what

5    your file on this matter consists of?

6        A.     Well, basically what I have is

7    the report I wrote.

8        Q.     Uh-huh.

9        A.     And I think they sent a

10   document with the report, with some notes on

11   the side that I wrote during the weekend and

12   I was reviewing the slides again.  So that

13   would be a part of it.

14                And I also have a document

15   written in Norwegian, and I looked at the

16   slides and tissue blocks sent in April

17   of 2021.

18       Q.     Okay.

19       A.     So those would be the documents

20   I have on the case.

21       Q.     And I think we also received

22   from you some pictures or images of slides?

23       A.     Yes.

24       Q.     Would you consider that part of

25   your file as well?

Patricia Mjønes, M.D., Ph.D.

Page 24

1        A.      Yes.  The -- yeah.

2        Q.      So the photographs or images of

3   the slides, the final report, a copy of the

4   report with notations on it?

5        A.      Uh-huh.

6        Q.      And a document in Norwegian

7   that you prepared while you were reviewing

8   the slides?

9        A.      The document in Norwegian is

10  basically only on -- from -- on the tissue

11  block sent.  So they're basically one tissue

12  block from the operation specimen and one

13  tissue block from the biopsy of one of the

14  polyps.

15       Q.      Okay.  So the document that's

16  in Norwegian, tell me a little bit more about

17  that because I'm not sure if I've seen it.

18       A.      Okay.  It's basically when

19  the -- in March of 2021, I think, that I was

20  sent two tissue blocks, and they were stained

21  in Norway.  So in order to deduct, it was

22  opened up kind of a -- by a number or a file

23  on the patient in the hospital in Norway.  So

24  that documentation is basically how we would

25  describe the tissue -- like when we open up a

Patricia Mjønes, M.D., Ph.D.

Page 25

```
 1    document in the Norwegian pathology system,
 2    we write a report in Norwegian just to
 3    document our findings.
 4              So that's basically what a
 5    Norwegian -- it's basically it's same as what
 6    is in the report, only a Norwegian document
 7    to the Norwegian pathology system, if it
 8    makes sense.
 9         Q.    Gotcha.
10              MR. GALLANT:  Katherine, I
11         might be able to shed some light here.
12              The Norwegian pathology report
13         accompanied the slides that were
14         transmitted to, I think, Mr. Cora.  So
15         it was our impression that you had the
16         report.  If you need it, we can -- we
17         can get it to you at a break.
18              MS. ALTHOFF:  Okay.  That
19         sounds great.  No worries.
20    QUESTIONS BY MS. ALTHOFF:
21         Q.    Dr. Mjønes, it sounds like the
22    substantive information with regard to your
23    review that was contained within the
24    Norwegian document is also in your report in
25    English?
```

Patricia Mjønes, M.D., Ph.D.

Page 26

1          A.      In English.  Yeah.  It's kind
2      of the same information it's in the report.
3          Q.      Okay.  Anything else that you
4      considered to be part of your file with
5      regard to this investigation that you did
6      looking at Mr. Baudin's pathology slides?
7          A.      No, not that I can think of.
8          Q.      Number 4 asks for all documents
9      obtained or created by the witness with
10     reference to this litigation, including
11     drafts of the pathology report.  And by
12     pathology report, that would be the report
13     that you issued in this case.
14              Do you have any documents that
15     are responsive to number 4?
16              MR. GALLANT:  Again, we had
17          interposed an objection concerning
18          this request.  As Dr. Mjønes is a
19          consulting expert, we would not be
20          providing draft reports.
21     QUESTIONS BY MS. ALTHOFF:
22         Q.      Let me ask you a question,
23     Dr. Mjønes.
24              Did you prepare a draft of what
25     would then become your pathology report which

Patricia Mjønes, M.D., Ph.D.

Page 27

1    you shared with Dr. Waldum?

2         A.    No.

3         Q.    Other than counsel, who are,

4    you know, on the call today, have you

5    provided a draft of what would then become

6    your pathology report with anyone else, like

7    a colleague or someone like that?

8         A.    No.

9               Could I ask you, when you say

10   draft, do you mean not the final document?

11   You mean --

12        Q.    Correct, like a work in

13   progress.

14        A.    No, I did not.

15        Q.    Did you create any other

16   documents other than your pathology report

17   and, you know, perhaps this Norwegian

18   document that related to the tissue blocks as

19   related to this litigation?

20        A.    No.

21        Q.    Looking at number 5, Doctor, it

22   asks for documents reviewed, referred to or

23   relied upon you before, during or after

24   drafting of your report, including medical

25   records or reports, scientific articles,

Patricia Mjønes, M.D., Ph.D.

Page 28

1    publications, things like that.

2              I understand you had the

3    Pathology of Louisiana reports to review at

4    or about the time you reviewed your report;

5    is that correct?

6        A.    Yes.

7        Q.    Did you have any other -- well,

8    let me ask this.

9              Did you review those pathology

10   reports before, during or after you looked at

11   the slides yourself?

12       A.    I looked at the slides first

13   and then I reviewed reports afterwards.

14             Then what I did do, when you

15   look at slides, you need a gross description.

16   So I looked at the gross description on the

17   Louisiana reports so that I knew what I was

18   looking at, but I didn't look at their

19   conclusion before I started mine.

20       Q.    Okay.  Did you look at the

21   Louisiana Pathology reports before you wrote

22   your report?

23       A.    Yes.

24             VIDEOGRAPHER:  Apologies,

25        Ms. Althoff, I need to switch

Patricia Mjønes, M.D., Ph.D.

Page 29

```
 1        computers for the exhibits.  It will
 2        take me just a moment.
 3              MS. ALTHOFF:  Sure, I tell you
 4        what, let's take five minutes.  I
 5        wouldn't mind getting myself more
 6        coffee.
 7              VIDEOGRAPHER:  Off the record,
 8        7:27 a.m.
 9         (Off the record at 7:27 a.m.)
10              VIDEOGRAPHER:  On the record,
11        7:37 a.m.
12   QUESTIONS BY MS. ALTHOFF:
13        Q.    All right.  We're back.
14              Dr. Mjønes, when we left, we
15   were looking at this document which is a
16   request for production to you.  And we took a
17   break, and it reminded me that one of the
18   rules we did not talk about earlier was if
19   you need to take a break at any time, please
20   just let me know.  And as long as you answer
21   any question that's pending at that time,
22   once you answer that, we can take a break.
23              Okay?
24        A.    Okay.
25        Q.    All right.  Let's go back to
```

Patricia Mjønes, M.D., Ph.D.

Page 30

1    looking at the document that's on the screen.
2    The last item on page 4 is number 6, and it's
3    all documents of communications between the
4    witness and any person, including, but not
5    limited to, Dr. Waldum and counsel for
6    plaintiff in this matter regarding the
7    pathology report or any drafts thereof or
8    regarding the subject matter of the
9    litigation.
10                Dr. Mjønes, I received last
11   night some e-mails between you and
12   Dr. Waldum.
13                Did you provide those to
14   counsel to send to me?
15        A.    No.
16        Q.    Okay.  Have you gone back to
17   your e-mail or other correspondence files to
18   see if you have any documents representing
19   communications between you and Dr. Waldum or
20   anyone else regarding this litigation?
21                MR. GALLANT:  And I'm just
22            going to interpose the same objection
23            that we've previously stated to
24            defense counsel prior to the
25            deposition, that we believe

Patricia Mjønes, M.D., Ph.D.

Page 31

 1          communications between Dr. Mjønes and
 2          other consulting witnesses and counsel
 3          for the plaintiff are privileged, as
 4          well as any draft reports.
 5                  MS. ALTHOFF:  Let me ask a
 6          different question, Dr. Mjønes.
 7     QUESTIONS BY MS. ALTHOFF:
 8          Q.      Have you had any
 9     communications, so e-mails, other types of
10     document communications, between yourself and
11     any of your colleagues or other professionals
12     other than Dr. Waldum or counsel?
13          A.      No.
14          Q.      Have you had communications
15     with Dr. Waldum about your work on this
16     matter?
17          A.      On this matter?
18          Q.      Yes.
19          A.      No.
20          Q.      Have you -- did you e-mail him
21     at all about the pathology work you were
22     doing or would be doing or about your
23     deposition?
24                  MR. GALLANT:  I'm going to
25          object to form.  That's vague.

Patricia Mjønes, M.D., Ph.D.

Page 32

1   QUESTIONS BY MS. ALTHOFF:

2          Q.      Have you had any communications

3   with Dr. Waldum regarding your review of

4   Dr. Baudin -- excuse me, Mr. Baudin's

5   pathology slides?

6          A.      Yes.  I sent him the report

7   when I was finished.

8          Q.      Did you have any written

9   communications with him about your review

10  prior to finishing the report?

11         A.      No.  I finished the report

12  first and then sent it to him.  But I have

13  been communicating back -- the

14  communication -- like getting this -- you

15  know, he -- he got in touch with me to review

16  the slides.

17         Q.      Okay.  So you received

18  communications from Dr. Waldum asking you to

19  do the work?

20         A.      Yes.

21         Q.      And then you did the work and

22  did not discuss that work with him while it

23  was ongoing?

24                 MR. GALLANT:  I'm going to

25         object to the extent you're seeking to

Patricia Mjønes, M.D., Ph.D.

```
 1          learn the content of communications

 2          between Dr. Waldum and Dr. Mjønes.

 3   QUESTIONS BY MS. ALTHOFF:

 4          Q.    Okay.  Did you communicate with

 5   Dr. Waldum about the subject of your review

 6   during the time that you were reviewing?

 7          A.    Not -- you mean -- do you mean

 8   before the report was finished?

 9          Q.    Yes.

10          A.    Not as I recall.

11          Q.    And then since completing the

12   report, have you had communications with

13   Dr. Waldum regarding the substance of the

14   report?

15          A.    I think -- yes.

16                MS. ALTHOFF:  And, Counsel, do

17          I understand that you are objecting to

18          any questions asking her what the

19          substance was?

20                MR. GALLANT:  Correct.

21   QUESTIONS BY MS. ALTHOFF:

22          Q.    Dr. Mjønes, have you had

23   communications with anyone else that you

24   understand to be an expert for the plaintiffs

25   regarding your pathology report and
```

Patricia Mjønes, M.D., Ph.D.

Page 34

1    conclusions?

2          A.    No.

3          Q.    Have you had communications --

4    I'm not asking for the substance now, but are

5    you -- have you had any communications with

6    the plaintiffs' lawyers, that being

7    Mr. Gallant or Mr. Restaino or anyone else

8    representing Mr. Baudin, about the substance

9    of your report at any time?

10          A.    Nothing -- not about the

11    substance itself, no.

12          Q.    So have you talked with counsel

13    about any of the conclusions that you reached

14    in your report?

15          A.    I have talked about it before

16    to -- before now, but not, you know -- not

17    before.

18          Q.    Well, what do you mean by that,

19    Doctor?

20          A.    I know that sound a bit

21    unclear.  We have been discussing, going

22    through my report before this session today,

23    before this deposition.

24          Q.    Okay.  So you have -- since --

25    well -- strike that.

Patricia Mjønes, M.D., Ph.D.

Page 35

```
 1                    Did you talk with counsel
 2      between the time that you reviewed the slides
 3      and when you wrote your report?
 4           A.     No, not -- not before the
 5      finished report and then I reviewed the
 6      slides.  I haven't had any communication with
 7      John Restaino or Michael Gallant.
 8           Q.     Okay.  So any communications
 9      that you had with counsel would have occurred
10      after you completed your report, which is
11      your review of Mr. Baudin's pathology?
12           A.     Yes.
13                    MS. ALTHOFF:  And, Counsel, do
14             I understand that you're objecting to
15             any questions with regard to the
16             substance of those communications with
17             you?
18                    MR. GALLANT:  That's correct,
19             Katherine.
20      QUESTIONS BY MS. ALTHOFF:
21           Q.     I'm not sure if I asked you
22      this or not quite, Dr. Mjønes.
23                    Were there any drafts of your
24      pathology report?
25           A.     Like when I wrote my report, it
```

Patricia Mjønes, M.D., Ph.D.

Page 36

1    was a working document.  So you could say

2    that anytime I saved the document, it would

3    be a draft till I was finished with it.  But

4    I don't have several exemplars of it.  I only

5    have that one final report.

6         Q.    Okay.  Thank you.

7               All right.  Number 7 asks for

8    all facts, data and assumptions plaintiffs'

9    counsel provided to you and that you

10   considered in drafting the pathology report.

11              Do you have any documents

12   responsive to this request?

13        A.    So I'm not sure if I follow the

14   question completely.  All facts -- like I got

15   the report from the Louisiana group, their

16   report, and that's basically all I got.

17        Q.    Okay.  Did you receive any

18   information from anyone, Dr. Mjønes, prior to

19   writing your report about Mr. Baudin, other

20   than the LA -- or Louisiana path reports?

21        A.    No.

22        Q.    So, for instance, did you know

23   anything about his age, race or ethnicity?

24        A.    Well, I would know his age

25   because that would be on the report.  Like

Patricia Mjønes, M.D., Ph.D.

Page 37

1    his date of birth was on the report, but his
2    ethnicity isn't -- doesn't say -- it's not on
3    the report as far as I know, so I wouldn't
4    know that.
5              And gender, obviously.  Those
6    are the things I know.
7         Q.    Would you know anything about
8    his underlying medical conditions, other than
9    I believe there was a statement on the path
10   report that said gastric adenocarcinoma?
11             Other than that, would you know
12   anything about his medical conditions or
13   history?
14        A.    I would have heard that he --
15   like I would have heard something about
16   gastroeso -- gastroeso -- I can't say the
17   word, sorry -- gastroesophageal reflux
18   disease, that -- you know, the picture.  But
19   more than that I don't know.  I didn't know.
20        Q.    So you knew that Mr. Baudin
21   suffered from gastric esophageal reflux
22   disease, or GERD.
23        A.    Uh-huh.
24        Q.    Did you know that, Dr. Mjønes?
25             MR. GALLANT:  I'm going to

Patricia Mjønes, M.D., Ph.D.

Page 38

```
 1          object to the extent you're seeking
 2          information related to a privileged
 3          communication.
 4   QUESTIONS BY MS. ALTHOFF:
 5          Q.    Well, let me ask you this,
 6   Dr. Mjønes.
 7                Was the fact that Mr. --
 8   Mr. Baudin had GERD an important fact, data
 9   or assumption that you considered when you
10   were reviewing the slides?
11          A.    I mean, it all is kind of -- I
12   mean, you have it in the back of your mind
13   when you look at slides.  You try to put the
14   pieces together.  But other than that, I
15   didn't -- you know, I would have had that
16   information and looked for signs of it, but
17   you would do that anyway.
18          Q.    Okay.  So how did you know that
19   Mr. Baudin had GERD?
20          A.    I can't remember if it was in
21   the report or if I heard it from someone.
22   That, I can't remember.
23          Q.    Did you know at the time that
24   you were reviewing Mr. Baudin's pathology
25   slides whether or not Mr. Baudin had ever
```

Patricia Mjønes, M.D., Ph.D.

Page 39

1    taken a proton pump inhibitor?

2         A.    If I knew that he -- if the had

3    taken that?

4         Q.    Yes.

5         A.    I probably have heard that,

6    right.

7         Q.    Is that something that you

8    would have known -- well, strike that.

9              Is that something that you knew

10   at the time you were reviewing the slides?

11        A.    That, I can't remember.

12        Q.    Okay.  Well, what were you

13   told, Dr. Mjønes, with regard to why you were

14   being asked to review these slides?

15             MR. GALLANT:  I'm going to make

16        the same objection.  I mean, the fact

17        of communication is one thing, but the

18        substance of communications, I think,

19        is privileged.

20   QUESTIONS BY MS. ALTHOFF:

21        Q.    All right.  Let me ask you

22   this.

23             Dr. Mjønes, did you know when

24   you were asked to review the slides that it

25   was for purposes of United States litigation?

Patricia Mjønes, M.D., Ph.D.

Page 40

```
 1           A.     Well, I was asked to look at
 2    the slides because Dr. Waldum was going to
 3    write a report, and he was relying on -- on
 4    the -- like he was partly writing that report
 5    based on findings in the pathology report, so
 6    he needs someone to review the slides.
 7                  So I knew there would be --
 8    that he was going to be an expert witness,
 9    but I didn't know any more than that.
10           Q.     Did you know that the case
11    involved litigation in the United States
12    involving proton pump inhibitors?
13           A.     I might have known that, yeah.
14           Q.     And given that you may have
15    known that the case in the litigation
16    involved proton pump inhibitors, would you
17    have made the assumption yourself that
18    Mr. Baudin was a proton pump inhibitor user?
19           A.     If I hadn't know -- do you mean
20    if I hadn't known?
21           Q.     I guess what I'm asking is,
22    when you were looking at the slides, did you
23    have in your mind that Mr. Baudin had at some
24    point used proton pump inhibitors?
25           A.     You know, when I look at slides
```

Patricia Mjønes, M.D., Ph.D.

Page 41

1    generally, lots of the patients have taken
2    proton pump inhibitors, and you don't really
3    think about it unless you see specific signs
4    that would fit with that.
5                So like I would have it in mind
6    in terms -- in the sense that I would -- I
7    did the special staining, but apart from
8    that, I didn't -- you know, I looked at the
9    slides, but the main focus looked at the
10   cancer and what was found.
11        Q.    You mentioned the special
12   staining.  And you did, in fact, do your own
13   special staining of the slides of Mr. Baudin,
14   correct?
15        A.    Yes.
16        Q.    Did you decide to do that
17   special staining -- well, was it your
18   decision to do the special staining?
19        A.    I was asked to do it.
20        Q.    Okay.  I assume by Dr. Waldum?
21        A.    Yes.
22        Q.    Do you know why you were
23   requested to do the special staining?
24        A.    Yeah.  You look -- we were
25   looking for signs of hyperplasia of

Patricia Mjønes, M.D., Ph.D.

Page 42

1    neuroendocrine cells in the stomach.  You

2    can't really see that in a normal oxyntic

3    mucosa without doing the immunohistochemistry

4    to look for it.

5         Q.     And why were you looking for

6    signs of ECL hyperplasia in the oxyntic

7    mucosa?

8         A.     Well, if -- you know, as you

9    say, if he has taken -- had any reason for

10   having hypergastrinemia, you'd look for signs

11   de facto hypergastrinemia in the stomach, and

12   what effect would be hyperplasia on

13   neuroendocrine cells, or ECL cells.

14        Q.     And did the fact that you were

15   aware that Mr. Baudin had taken proton pump

16   inhibitors cause you to think that you would

17   see signs of hypergastrinemia?

18        A.     Could you rephrase it -- or

19   could you please repeat the question?

20        Q.     Sure.

21               So you told us that you did the

22   special staining at Dr. Waldum's request to

23   look for signs of ECL cell hyperplasia.

24        A.     Yes.

25        Q.     And you said you would do that

Patricia Mjønes, M.D., Ph.D.

Page 43

1    when you had any reason to suspect that the

2    person might have hypergastrinemia, which

3    would lead to ECL cell hyperplasia.

4              Did I understand that

5    correctly?

6         A.    Yes.

7         Q.    And in this particular

8    instance, were you looking for ECL cell

9    hyperplasia caused by hypergastrinemia in

10   light of your understanding that Mr. Baudin

11   took proton pump inhibitors?

12        A.    Yes.

13        Q.    And just generally,

14   Dr. Mjønes -- and we'll look at some of the

15   slides and stuff later.  But what did you

16   determine with regard to the staining that

17   you did?  What was your finding?

18        A.    My finding was that he had the

19   diffuse and linear hyperplasia of

20   neuroendocrine cells.

21        Q.    And where did you find -- in

22   what part of his tissue did you make that

23   finding?

24        A.    In the oxyntic mucosa.  So that

25   would be in the corpus -- or, you know, the

Patricia Mjønes, M.D., Ph.D.

Page 44

```
 1     corpus area.  I got one section sent, so
 2     that's the section it was done on.
 3          Q.     Okay.
 4          A.     You know, like from the normal
 5     mucosa, I mean.
 6          Q.     Can you repeat that last thing
 7     you just said?
 8          A.     Yeah.  It was done on the
 9     tissue block that I got.  I think it was --
10     if I can look at my notes, if I can?
11          Q.     Absolutely.
12          A.     Just to see which it
13     corresponds to.
14                 Yes, it's slide J from --
15     sorry, from the surgery -- of the surgical
16     specimen marked -- it was OL-17-09222,
17     section O3J L2.  No, it was -- it's a -- the
18     tissue block marked A.
19          Q.     Uh-huh.
20                 So, and where in Mr. Baudin's
21     stomach or esophagus was it your
22     understanding that tissue block marked site J
23     was taken from?
24          A.     It was taken from -- it showed
25     the gastroesophageal junction or, you know,
```

Patricia Mjønes, M.D., Ph.D.

Page 45

1    the junction between -- you saw a piece of

2    cardia, and you saw a piece of the lesser

3    curvature, I think, in that section.  But I

4    will double-check that.

5              Yeah, like the sections are

6    described in the operation preparation as

7    additional polyps near the gastroesophageal

8    junction.  So it was, you know, not far from

9    that area.

10         Q.    And this site J or location J

11   where that slide was -- where that tissue

12   block was taken from, was that considered by

13   you to be normal mucosa in its appearance?

14         A.    Well, it had a hyper -- it had

15   a hyperplastic polyp in that section as well,

16   but the mucosa around was normal apart from

17   some areas with dilated glands.

18         Q.    Is this the same tissue

19   specimen location where the cancer was found?

20         A.    The cancer was not found in

21   that location.  There was no cancer on that

22   section.

23         Q.    Okay.  Did you do any staining

24   yourself, special staining, to determine

25   whether there was HCL -- sorry, ECL

Patricia Mjønes, M.D., Ph.D.

Page 46

1    hyperplasia in the area of Mr. Baudin's
2    cancer?
3         A.    Well, the only thing -- it
4    wasn't much material left in the tissue block
5    on that section, but on the preparation
6    number marked -- let me just find the right
7    number -- 18840, that was the biopsies taken
8    in September, I think.
9              And it wasn't much material
10   left to examine, so it was only basically a
11   little bit of tumor tissue left and just
12   small fragments of normal mucosa.  So the
13   staining was done on that section too, but it
14   wasn't enough normal mucosa to evaluate the
15   tissue around there.
16        Q.    Was it your finding that there
17   was not enough normal mucosa to evaluate?
18        A.    Well, I evaluated the normal
19   mucosa in section -- section J, so it was
20   plenty of normal mucosa to evaluate in that
21   section.  But in the tumor tissue itself from
22   the biopsy, there wasn't any normal tissue to
23   evaluate in that particular section.
24        Q.    And with regard to the
25   cancerous tissue that was stained that came

Patricia Mjønes, M.D., Ph.D.

Page 47

1    from the biopsy, did you find any ECL cell

2    hyperplasia in that sample?

3        A.    In the -- in the tumor biopsy

4    you mean?

5        Q.    Yes.

6        A.    No sign of that in the tumor

7    biopsy.  But you didn't have enough normal

8    mucosa to evaluate that.

9        Q.    Okay.  But in any event, you

10   didn't find any neuroendocrine markers in the

11   cancer specimen itself?

12       A.    No.

13       Q.    All right.  Let's go back to

14   Exhibit 1, Jeff, and particularly Item

15   Number 8, Dr. Mjønes.

16            This asks for all articles or

17   papers that you have written, presented or

18   participated in writing or presenting that

19   relate to or concern the subject matter of

20   this litigation.  I mean, obviously we have

21   your report.

22            Have you written anything else

23   that relates to the subject matter of this

24   litigation?

25       A.    Because I have participated in

Patricia Mjønes, M.D., Ph.D.

Page 48

1  articles with Dr. Waldum, that would be

2  talking about gastrin and gastric cancer.

3            But apart from that -- and in

4  general I've been -- I've been a part of

5  articles writing about gastric cancer in the

6  Middle Norway.  Apart from that, I don't

7  think so.

8       Q.    Have you written, for instance,

9  a case report related to Mr. Baudin?

10      A.    No.

11      Q.    Did you write any portions of

12 Dr. Waldum's expert report in this case?

13      A.    No.

14      Q.    Did you participate in writing

15 any portions of Dr. Waldum's expert report?

16      A.    No.

17      Q.    Okay.  Number 9, I think we --

18 is there anything else other than what you've

19 just told me that would be responsive to

20 number 9?

21            You said you've done research

22 and writing on the topic of gastrin and

23 gastric cancer.

24      A.    Yes.

25      Q.    Anything else that would be --

Patricia Mjønes, M.D., Ph.D.

Page 49

```
 1    relate to this litigation?
 2         A.    Well, no, I don't think it's
 3    related to lig -- the ligis -- ligistation --
 4    sorry.  Some words are a bit difficult to
 5    say.  But I did a Ph.D. project where I
 6    studied, you know, the gastrin intercepter on
 7    the gastric cancer, but apart from that,
 8    nothing else.
 9         Q.    So was your Ph.D. thesis on the
10    gastrin receptor?
11         A.    Yes.  Not the whole thesis.  It
12    was a part -- a small -- like a small part of
13    the thesis, a part of it.
14         Q.    Okay.  What was the title of
15    your thesis?
16         A.    I can't -- I can't remember
17    exactly.  Like it was tumorigenesis in
18    neuroendocrine different -- I can't remember
19    exactly, but it's like -- we were looking at
20    the neuroendocrine differentiation and
21    tumorigenesis in renal cell carcinoma and
22    gastric cancer.  But that was -- something to
23    the effect of that, but I can't remember the
24    exact title in a way that I'm able to say it
25    out loud.  Sorry.
```

Patricia Mjønes, M.D., Ph.D.

Page 50

1        Q.    No problem.

2              Okay.  When did you complete

3    your thesis?

4        A.    I was finished defending it in

5    2018, April.

6        Q.    Was Dr. Waldum your -- either

7    the supervisor or the sponsor of your thesis?

8        A.    No.  He was a supervisor, not

9    the sponsor.

10       Q.    Okay.  Looking at number 10, it

11   asks for all documents that you used,

12   reviewed or received in anticipation of or in

13   preparation for your deposition today.

14             Do you have anything responsive

15   to number 10?

16             MR. GALLANT:  Other than what's

17        already been provided?

18             THE WITNESS:  No, I don't have

19        anything else.

20   QUESTIONS BY MS. ALTHOFF:

21       Q.    Did you review Dr. Waldum's

22   report at any time?

23       A.    No.

24       Q.    At no time prior to today have

25   you reviewed his expert report?

Patricia Mjønes, M.D., Ph.D.

Page 51

1          A.      No.

2          Q.      Okay.  Number 11 asks for all

3    documents of communications between you and

4    any person regarding this deposition or

5    preparation for this deposition.

6                  Do you have any documents

7    responsive to that?

8                  MR. GALLANT:  We would

9          interpose the same objection, the

10         production of documents that are

11         privileged.

12                 If you're asking about

13         documents that were provided by

14         persons other than counsel or other

15         consulting witnesses, that would be

16         fair.

17   QUESTIONS BY MS. ALTHOFF:

18         Q.      Let me just ask this.  I

19   mean -- and maybe, Mike, you can answer this.

20                 Is there -- are there any other

21   than, here's when your deposition is?

22                 And I'm kind of confused what

23   the objection is because normally these would

24   be pretty benign.

25                 MR. GALLANT:  Well, I mean, we

Patricia Mjønes, M.D., Ph.D.

Page 52

1          obviously communicated with Dr. Mjønes

2          as to when her deposition would be, if

3          that answers your question.  And

4          clearing the date.

5   QUESTIONS BY MS. ALTHOFF:

6          Q.     Okay.  Let's move on.

7                 We were talking -- in response

8   to, I think it was, one of these topics, you

9   mentioned the fact that, you know, you had

10  done your thesis recently, defended it in

11  April of 2018, and that Dr. Waldum was the

12  supervisor for your thesis.

13         A.     Uh-huh.

14         Q.     So tell me a little bit more

15  about your sort of working relationship with

16  Dr. Waldum.

17                As I understand it, you're the

18  associate -- an associate professor at the

19  same university that he is?

20         A.     Yes.

21         Q.     And you work in the same

22  department?

23         A.     No, my -- I work in the

24  department of pathology, and I work

25  20 percent as an associate professor for

Patricia Mjønes, M.D., Ph.D.

Page 53

1    NTNU, which is the university in Trondheim.

2                He also works in NTNU, which is

3    the university side, but he work -- he's now

4    retired, but he worked at the

5    gastroenterology department.

6                So we --

7        Q.    When did he -- I'm sorry, go

8    ahead.

9        A.    We didn't work in the same --

10   same department and hospital.

11       Q.    Did you both work in the

12   department of clinical and molecular

13   medicine?

14       A.    Yes.  That would be a

15   subdivision of the university.

16       Q.    Uh-huh.

17       A.    Yes.

18       Q.    You mentioned that he's now

19   retired.

20                When did he retire?

21       A.    Let me think.  I'm not quite

22   sure.  I don't know if I would be able to

23   answer that correctly.  But I know he worked

24   privately until recently, but I'm not sure

25   exactly when he stopped doing that or

Patricia Mjønes, M.D., Ph.D.

Page 54

1    basically stopped doing that.  I'm not
2    100 percent sure.
3            But he's retired from the
4    hos -- you know, from the -- working in the
5    hospital department.
6        Q.    Okay.  With regard to your
7    normal day-to-day work, Dr. Mjønes, what do
8    you do on a day-to-day basis?
9        A.    On a day-to-day basis, we look
10   at -- you know, we get pathology specimens
11   from patients.  Usually it depends -- the
12   amount depends from day to day, but we
13   usually get between 15 and 20 cases a day.
14           And in my -- I work most
15   with -- mostly with cases on gastroenterology
16   and also skins.
17       Q.    So if a patient comes into the
18   hospital and has a kidney -- not kidney,
19   excuse me -- a gastric biopsy taken, you
20   might be the person to read it?
21       A.    Yes.
22       Q.    Other than -- that's sort of --
23   I would call that almost clinical work,
24   right?
25       A.    Yeah.

Patricia Mjønes, M.D., Ph.D.

Page 55

```
 1          Q.     What else do you -- do you do
 2    research?  What other types of work do you do
 3    on a day-to-day basis?
 4          A.     I would be involved in research
 5    projects.  In general, pathologists tend to
 6    be asked to take part in research projects
 7    because lots of the research is based on
 8    findings done on pathology specimens.
 9                 I also do teaching at the
10    hos -- you know, I teach medical students.
11          Q.     If you were to estimate the
12    percentage of time that you divide between
13    your clinical work, research and teaching,
14    how would you divide that up?
15          A.     I could say that most of my
16    work would be in the clinics, like -- I'm
17    working hundred percent in the hospital
18    department.  Teaching is 20 percent on top of
19    that.  And any research we tend to do for
20    free.  So you don't find time to do that
21    within the working hours.  You do it after
22    working hours.
23          Q.     Okay.
24          A.     Sometimes -- sorry.
25          Q.     No, continue, please.
```

Patricia Mjønes, M.D., Ph.D.

Page 56

1          A.      No, sometimes you get on odd

2     week here and there where you can work on

3     research, but they don't -- they come along

4     occasionally.

5          Q.      So you consider yourself really

6     a full-time employed clinical pathologist?

7          A.      Yes.

8          Q.      And primarily your cases are

9     from the gastrointestinal system and skin?

10         A.      Yes.

11         Q.      With regard to your research

12    interests, what has been your primary

13    research interest?

14         A.      There's been -- early on when I

15    was the -- before I became pathologist, it

16    was, you know, a quite a bit of research on

17    basis of carcinoma of the skin.  That's --

18    over the last few years it's been more

19    focused on gastric cancer and celiac disease.

20    I've also been involved in that.

21         Q.      Is there any particular area

22    within gastric cancer that you have a

23    research interest?

24         A.      There's been more time now

25    towards neuroendocrine tumor.

Patricia Mjønes, M.D., Ph.D.

1          Q.     And when I did a search, I
2     found that you had approximately like 26
3     publications in journals.
4                Is that about right?
5                VIDEOGRAPHER:  Counsel, I think
6          the doctor's connection --
7                MR. GALLANT:  We're not getting
8          audio at the moment on the doctor's
9          computer.  I don't know if you can
10         hear me.
11               MS. ALTHOFF:  Yeah, we can hear
12         you.
13               MR. GALLANT:  Sorry.  I think
14         we're back.
15               THE WITNESS:  Can you hear me
16         now?
17               MR. GALLANT:  All right.  Can
18         you-all say something?  Because I'm
19         not sure we can hear you.
20               THE WITNESS:  No, we can't hear
21         them.
22               MS. ALTHOFF:  Can you hear me
23         now?
24               MR. GALLANT:  Yes.
25               THE WITNESS:  Yes.

Patricia Mjønes, M.D., Ph.D.

Page 58

```
 1              MS. ALTHOFF:  I accidentally
 2         went on mute.  So I think -- are we
 3         back on?  Yeah?
 4    QUESTIONS BY MS. ALTHOFF:
 5         Q.    All right.  I think the last
 6    question that I had was I was asking you
 7    about the number of publications that you had
 8    in journals, Dr. Mjønes.
 9              I found about 26.  Is that
10    roughly the right number?
11         A.    I think we went through the
12    number just before we started, and I think
13    it's more like 29, around 29, 30.  But 29
14    is -- 29 is --
15         Q.    Okay.  And about how many of
16    those publications have you co-authored with
17    Dr. Waldum?
18         A.    That, I'm not quite sure.  I
19    didn't -- I didn't see it applicable.  A few
20    of them would definitely be with him.  All
21    the ones in the Ph.D. project, so that would
22    be three.  And I think at least three or four
23    afterwards, maybe, or maybe more.
24         Q.    If I came up with 15 --
25         A.    No, that would --
```

Patricia Mjønes, M.D., Ph.D.

Page 59

1          Q.      -- would you -- I'm sorry?

2          A.      That was more than I thought,

3     but, yeah, that could be right.

4          Q.      What was the relationship

5     before he retired from the hospital between

6     the department that he worked in and the

7     department that you worked in?

8          A.      Well, you know, the same as

9     with any other department.  Basically we

10    would have meetings with them once a month

11    discussing certain cases.  And that wouldn't

12    be with only Waldum.  That would be with all

13    of the gastroenterologists that had the time

14    to come and with the -- you know, with us

15    students working on the gastrointestinal

16    pathology.

17               But apart from that, you know,

18    it wouldn't be much more than that, really.

19         Q.      How did Dr. Waldum come to be

20    the supervisor on your Ph.D. thesis?

21         A.      He approached me.  Himself and

22    my other co -- and the co-supervisor that

23    came and approached me and asked me if I

24    would like to do research for them.

25         Q.      All right.

Patricia Mjønes, M.D., Ph.D.

Page 60

1           A.     In OR, worked on the project.

2           Q.     And who was the second

3     co-supervisor?

4           A.     Ivar Sjåk Nordrum.  His name is

5     on the CV I provided.

6           Q.     Okay.  Great.

7                  And what was his area of

8     specialty?

9           A.     His area -- like he was kind

10    of -- I was going to say more forensic

11    medicine.  That would be his main area.  But

12    at the moment, he's kind of more -- after the

13    thesis, he's kind of going towards retirement

14    and is working on -- on more of the

15    educational side of things.

16          Q.     Who decided what the topic for

17    your thesis should be?

18          A.     Waldum and my other supervisor,

19    they had a topic in mind and approached me if

20    I wanted to work on that.

21          Q.     And is that the topic that you

22    ultimately chose and wrote upon and

23    researched?

24          A.     Yeah.  It's kind of developed

25    over time.  Things never turn out as you've

Patricia Mjønes, M.D., Ph.D.

Page 61

1    done.  The topic at hand at first was more on

2    renal cancer, and then also it moved on to

3    involve gastric cancer.  Like -- yeah.

4         Q.    With regard to the renal

5    cancer, was that related to neuroendocrine

6    tumors as well or is that -- was that

7    something different?

8         A.    No, it was related to that,

9    that topic matter as well.

10        Q.    With regard to your

11   relationship with Dr. Waldum, at least here

12   in the United States sometimes Ph.D.s and

13   supervisors have relationships outside of the

14   office with their families.

15             Do you have a social

16   relationship with him?

17        A.    No.

18        Q.    Do you, for example, know his

19   wife?

20        A.    I know her name is Velma

21   {phonetic}, and I've said hello to her a

22   couple of times.

23             (Mjønes Exhibit 15 marked for

24        identification.)

25

Patricia Mjønes, M.D., Ph.D.

Page 62

1    QUESTIONS BY MS. ALTHOFF:
2         Q.    Okay.  All right.  Let's pull
3    up Exhibit 15, please.
4              And, Dr. Mjønes, I'm showing
5    you what's been marked as Exhibit 15 to your
6    deposition.
7              Is this the invoice that you
8    prepared for your work in this matter?
9         A.    Yes.
10        Q.    And does this indicate that you
11   have worked approximately 25 hours at $400 US
12   on this matter?
13        A.    Yes.
14        Q.    And I think as you described to
15   us earlier this afternoon your time, you've
16   worked a few hours over the weekend since
17   then and then obviously today, and you plan
18   to charge for those additional hours,
19   correct?
20        A.    Yes.
21        Q.    And are you charging for those
22   new hours, if you will, at the same rate of
23   $400 US?
24        A.    I assume so.
25        Q.    Okay.  In other words, you

Patricia Mjønes, M.D., Ph.D.

Page 63

1    don't have a different arrangement with

2    regard to how you will be paid for the time

3    since this invoice was created?

4          A.    No.

5          Q.    And do you plan to charge $400

6    an hour for your time today?

7          A.    Yes.

8                (Mjønes Exhibit 13 marked for

9                identification.)

10   QUESTIONS BY MS. ALTHOFF:

11         Q.    All right.  Let's take a look

12   at Exhibit 13.  Might blow that up just a

13   little bit, Jeff.

14               Scroll down.

15               Dr. Mjønes, I'm handing you --

16   or showing you what's been marked as

17   Exhibit 13 to your deposition.  And this is

18   an e-mail that we received last night as

19   being produced pursuant to that request for

20   production that we looked at first thing

21   today.  And this appears to be an e-mail from

22   Dr. Waldum to you dated August 18th of 2021.

23               Do you see that?

24         A.    Yes.

25         Q.    And after a link to what

Patricia Mjønes, M.D., Ph.D.

Page 64

1    appears to be some sort of article -- well, I

2    guess that's it.  It appears to be an

3    article.

4              Do you recall having received

5    this e-mail?

6         A.    I can't remember.  He would --

7    on the -- he would quite often send similar

8    things, and I don't -- I don't remember that

9    article because I don't always look them up.

10        Q.    Okay.  This article appears to

11   have a title something like, First in Class

12   Oral MK 6482 Shows Exciting Results in Clear

13   Cell Renal Cell Carcinoma.

14              Do you see that?

15        A.    I see that.

16        Q.    Would this article have had

17   anything to do with the work that you did in

18   this litigation?

19        A.    No.

20              (Mjønes Exhibit 14 marked for

21         identification.)

22   QUESTIONS BY MS. ALTHOFF:

23        Q.    All right.  Let's look at

24   Exhibit 14.

25              All right.  Showing you what's

Patricia Mjønes, M.D., Ph.D.

Page 65

```
 1    been marked as Exhibit 14, Dr. Mjønes.  And
 2    again, this is an e-mail that we received
 3    last night --
 4         A.    Yeah.
 5         Q.    -- linked to your production.
 6               It appears to be an e-mail, at
 7    least at the top, that is dated November 15th
 8    of 2021, and the e-mail below it is
 9    November 14th of 2021.
10               Do you see that?
11         A.    Yes.
12         Q.    And the bottom e-mail is in
13    English; the top e-mail appears to be in
14    Norwegian.
15               Can you tell us what that top
16    e-mail says in substance?
17         A.    Yes.
18               It basically -- it's Waldum
19    writing to me to tell me -- to show me how to
20    send the invoice for the work I did.  And it
21    is also telling me that they're offering me
22    $400 per hour.  And he set up, you know,
23    that -- you know -- that 25 hours would be
24    okay, and he encourages me to send the
25    invoice as soon as possible.
```

Patricia Mjønes, M.D., Ph.D.

Page 66

1              And then he asked -- the last
2    part, I can't -- he's referring to some kind
3    of meeting, which I can't remember, but --
4    {audio interruption}.
5              VIDEOGRAPHER:  I think she may
6         be frozen again, Counsel.
7              MS. ALTHOFF:  Okay.  I was
8         hoping it wasn't on my end.  Thank
9         you, Jeff.
10              MR. GALLANT:  There we go.
11         You're back.  I'm not sure where --
12         where -- if we cut off at some point.
13    QUESTIONS BY MS. ALTHOFF:
14         Q.    So on the realtime it says --
15    she was referring to a meeting and she says,
16    but I can't remember --
17         A.    Okay, I'll do it from the
18    beginning.
19              Basically, in that e-mail
20    Waldum has forwarded on, he's basically
21    telling me how to send a bill and that I
22    should be charging $400 per hour.  And that
23    25 hours is kind of what I worked out would
24    be -- what I would be charging for.
25              And he encourages me to send

Patricia Mjønes, M.D., Ph.D.

Page 67

```
 1    the bill as soon as possible.  And then he's
 2    talking about some kind of -- we get back to
 3    our meeting, let me know more about the
 4    current -- you know, the COVID situation type
 5    thing.  That's what he's referring to.
 6    Because I probably was home around that time
 7    because my -- in quarantine because my
 8    youngest son had COVID.  But he doesn't
 9    specifically say COVID, but that's what it's
10    relating to.
11         Q.    With regard to the $400 per
12    hour, did you decide to charge the $400 an
13    hour, or how did that hourly rate -- how was
14    that determined?
15         A.    It was suggested by -- like I
16    got it suggested by -- by Waldum, and I think
17    he had communicated that with John Restaino.
18         Q.    And you were comfortable with
19    that rate?
20         A.    Yes.
21         Q.    Had you done any type of
22    private consulting, if you will, before this
23    where you charged an hourly rate for a review
24    of pathology slides?
25         A.    No.
```

Patricia Mjønes, M.D., Ph.D.

Page 68

```
 1                  (Mjønes Exhibit 17 marked for
 2           identification.)
 3     QUESTIONS BY MS. ALTHOFF:
 4           Q.     Okay.  Let's look at -- let's
 5     look at exhibit -- let's look at Exhibit 17.
 6                  Can you see that?  We might
 7     blow that up just a little bit.
 8           A.     Yeah.
 9           Q.     And this -- do you see that?
10     Yeah?
11           A.     Yes.
12           Q.     Okay.  This appears to be an
13     e-mail from -- exchange between you and
14     Dr. Waldum on January 31st of 2022.
15                  Do you see that?
16           A.     Yes.
17           Q.     And can you tell us what this
18     exchange is about, starting from the bottom?
19           A.     Yes.
20                  He says basically, Patricia,
21     you have to write -- record the number of
22     hours you do for -- with regard to any extra
23     hours you put in in relation to preparation
24     for this deposition.
25                  And then I write that that's
```

Patricia Mjønes, M.D., Ph.D.

Page 69

```
 1    fine.  And I said, I don't know how much time
 2    I'll be able to spend preparing for this
 3    because it's the most busy time of year for
 4    me with regards to teaching, meeting
 5    activities and all kinds of things.
 6              And I also ask him when -- if
 7    John has given Waldum any indication on when
 8    they are considering coming to Trondheim, and
 9    I also encouraged it to happen as soon as
10    possible so that I'm able to have some time
11    to review the report.
12        Q.    And what does that last
13    sentence in that first e-mail say?
14        A.    Could you show me exactly which
15    sentence you mean?
16        Q.    Yes, sure.  The one starting
17    with -- it's the third to last line on the
18    top e-mail, starts with the letter JO.
19        A.    What I'm saying is if you
20    start -- if I can translate from the third
21    from the bottom.
22        Q.    Sure.
23        A.    So I say -- I'm saying
24    basically, has John given you any time for
25    when they are planning to take the trip to
```

Patricia Mjønes, M.D., Ph.D.

Page 70

1    Trondheim.  And then I say, later is better

2    for my part.  So I was basically saying that

3    for me, it's better to have the deposition as

4    late as possible.

5                    And I planned not to answer

6    anything -- yeah, I said I have no intention

7    on answering anything apart from what has to

8    do with the report.  Like I'm preparing only

9    for the report itself.

10        Q.    And with regard to that last

11    part you were just describing, were you

12    referring to the meeting or the deposition or

13    what?

14        A.    No, I'm referring to --

15    basically I haven't had time to review my

16    publications and my Ph.D.s, so that's what

17    I'm referring to.

18                    So what I'm telling -- what I'm

19    telling him in the e-mail is that I'm

20    planning to answer what has to do with the

21    report, with the pathology report, but, you

22    know, saying that I don't have time to

23    prepare for anything else.

24        Q.    Gotcha.

25                    Okay.  And with regard to the

Page 71

1    trip to Trondheim, were you referring to the

2    deposition that was ultimately scheduled for

3    today?

4         A.     Yes.

5         Q.     And obviously the meeting --

6    meetings just prior to this, correct?

7         A.     Yes.

8                (Mjønes Exhibit 18 marked for

9                identification.)

10   QUESTIONS BY MS. ALTHOFF:

11        Q.     Let's look at Exhibit 18.

12               And, Dr. Mjønes, I'm showing

13   you what's been marked as Exhibit 18 to your

14   deposition, which is a two-page e-mail string

15   dated in February of 2022.

16               Do you see that?

17        A.     Yes.

18        Q.     And if you could just look

19   through this and tell me what this chain is

20   referring to?

21        A.     This is referring to the chain

22   of custody thing, the form, the chain of

23   custody form.  I'm sorry.  If I just -- it

24   says basically to sign that I received --

25   when I received the tissue blocks and

Patricia Mjønes, M.D., Ph.D.

Page 72

```
 1   sections.
 2              So it is basically I have to --
 3   I have to sign the chain of custody.  I
 4   didn't realize I had to do that, so -- so
 5   it's referring to me signing and returning it
 6   to him so that he could pass it down to John
 7   and Michael.
 8      Q.    So this is dated 2022.
 9      A.    Yes.
10      Q.    Is this the second time you
11   received the slides?
12      A.    The second time I received the
13   slides was this weekend.
14      Q.    Okay.  So what is this, in
15   terms of the chain of custody, what is this
16   referring to from a time perspective?
17      A.    So this is basically when I
18   received the slides the first time, signing
19   for the dates I received them and then
20   signing for the date that Dr. Waldum got the
21   slides back.  And then he had to sign
22   something for when he returned the slides to
23   the appropriate people.
24      Q.    Am I correct, though, that you
25   got the slides in 2021?  Correct?
```

Patricia Mjønes, M.D., Ph.D.

Page 73

1           A.      Yes, that's right.

2           Q.      And these e-mails are dated

3    2022?

4           A.      Yes.

5           Q.      Yes?

6           A.      Uh-huh.

7           Q.      So why is there a year

8    difference, if you know?

9           A.      Yeah, sorry.  I didn't realize

10   I have to sign a form.  That's basically it.

11          Q.      I see.

12                  So these are referring back to

13   the chain of custody from a year previously?

14          A.      Yes.

15          Q.      Okay.  And I assume you signed

16   that and filled it out and sent it back?

17          A.      Yes.

18          Q.      Yes?

19          A.      Sorry?

20          Q.      So you did ultimately fill out

21   the chain of custody form and send it back?

22          A.      Yeah, I filled it out, scanned

23   the document and send it back to Waldum by

24   e-mail.  I think that's how I did it.

25          Q.      And when you received the

Patricia Mjønes, M.D., Ph.D.

Page 74

1    slides back in 2021, how did you receive

2    those?

3         A.    I have to think back.  I

4    received them -- Waldum showed up at the

5    department of pathology.  I picked them up

6    and brought them up to my office.  So he

7    delivered them -- hand-delivered them --

8    delivered the slides themselves.

9         Q.    And were they in boxes, or how

10   did you receive them?

11        A.    They're in a brown envelope

12   with notes -- with a note to the pathology

13   report from Louisiana.  And they were in the

14   big box with bubble wrap around them, as far

15   as I remember.

16        Q.    Okay.  What was the condition

17   of the slides?

18        A.    The slides were in normal

19   condition, as far as I remember.

20        Q.    And were you able to read and

21   review them?

22        A.    Yes.

23        Q.    And then with regard to the

24   tissue blocks that you mentioned earlier,

25   those came later, correct?

Patricia Mjønes, M.D., Ph.D.

Page 75

1          A.    That's right.

2          Q.    And how did you receive the

3    tissue blocks?

4          A.    I think in the same manner.  I

5    think as far as I remember, Waldum

6    hand-delivered them to me.  And then when I

7    was done with all the -- all the material, I

8    hand-delivered it back to Waldum at his

9    house.

10          Q.    And with regard to the tissue

11    blocks, what condition were they in when you

12    received them?

13          A.    In normal condition, as far as

14    I remember.

15          Q.    And with regard to the cuts

16    that were made so you could make slides, was

17    that your department that made the cuts?

18          A.    Yes.

19          Q.    And who prepared the slides?

20          A.    That would have been by

21    engineers at my department.

22          Q.    And based on the cuts and the

23    slides that were prepared, you were able to

24    read the new slides?

25          A.    Yes.

Patricia Mjønes, M.D., Ph.D.

Page 76

1          Q.     And you kept those slides,
2    correct?
3          A.     Yes.
4          Q.     And when you were finished with
5    your initial review, you returned the slides
6    to Dr. Waldum, including the new slides that
7    you had prepared?
8          A.     No.  The new slides I had
9    prepared were sent to Cora, I think, later
10   on.
11         Q.     That's right.  Because of the
12   time difference.  Thank you.
13                I think you mentioned at the
14   very beginning of this deposition that you
15   received the slides back again, yes?
16         A.     Yeah, the slides this time
17   around, I got -- I got all the slides a
18   second time around this Friday, Friday the
19   19th.  No, Friday the 18th, sorry.
20         Q.     And you reviewed -- re-reviewed
21   all of the slides over the weekend?
22         A.     Yeah, and some additional
23   slides that I didn't get originally.
24         Q.     What additional slides did you
25   get that you had not reviewed previously?

Patricia Mjønes, M.D., Ph.D.

Page 77

```
 1          A.    So I'm just looking at my
 2    report.  So I think you got a copy of the
 3    report.  So the additional slides that I
 4    hadn't gotten originally were different
 5    levels.  I had already seen slides from those
 6    tissue blocks, but there were also new levels
 7    from those tissue blocks that I hadn't seen.
 8               So in the -- in the surgery --
 9    you know, from the big specimen marked O9222
10    from the -- you know, from the big specimen
11    itself, all the sections marked in red, those
12    I hadn't seen before.
13               So they're basically different
14    levels, but I have seen material from those
15    tissue blocks, but I hadn't seen those levels
16    before.
17          Q.    What do you mean, "marked in
18    red"?
19          A.    You see the point where -- if
20    I -- would I be able to show it to you like
21    this?
22               MR. GALLANT:  So --
23               MS. ALTHOFF:  Sure.
24               MR. GALLANT:  We provided a
25          copy of these notes in the production.
```

Patricia Mjønes, M.D., Ph.D.

Page 78

1      I can't remember what the file name
2      was called, but it was in PDF format.
3              MS. ALTHOFF:  We have not seen
4      that, Mike.
5              THE WITNESS:  It's basically my
6      pathology report where I have written
7      notes on the side when I was
8      re-reviewing the case.
9              MR. GALLANT:  Yeah, it's an
10     annotated report.  Maybe in a break we
11     can figure out which one it is, but I
12     know it was --
13             MS. ALTHOFF:  Yeah.
14             MR. GALLANT:  Whatever the
15     Dropbox that was sent last night.
16             MS. ALTHOFF:  Yeah, we should
17     definitely do that, because when she
18     mentioned it earlier, Mike, I actually
19     double-checked with Katherine
20     Podsiadlo to see if -- because I had
21     not seen it, and I thought maybe it
22     was me.  And we don't have it, so...
23             Okay.  Thank you.  Appreciate
24     that, Dr. Mjønes.
25

Patricia Mjønes, M.D., Ph.D.

Page 79

1    QUESTIONS BY MS. ALTHOFF:

2        Q.    Do you have any other notes or
3    documents in front of you?

4        A.    Yes, I have -- I have my notes
5    that we just talked about, and I have the
6    Louisiana -- Louisiana notes, and I have
7    Voltaggio's report.

8        Q.    And do you have a copy of your
9    final report in front of you as well?

10       A.    Yeah, my final report is -- is
11   this one.  When I stored it in my computer, I
12   don't store it with the name and date of
13   birth, so I don't have the identifying
14   information on that report.

15       Q.    Gotcha.

16            MR. GALLANT:  And, Katherine,
17            we've been going for about an hour and
18            20 or so.  I don't know if we want to
19            take a break and resolve this notes
20            issue or if you want to -- you know,
21            if there's a natural breaking point
22            that would work for you.

23            MS. ALTHOFF:  This is fine, and
24            I'll resolve the light that's blinding
25            me while we're -- while we're at that.

Patricia Mjønes, M.D., Ph.D.

Page 80

1              So maybe it's just me, but it
2         is blinding me.  So that sounds good.
3              Let's go off the record.  Let's
4         take maybe 20 minutes and get this
5         notes issue resolved, and everybody
6         can take a break.
7              MR. GALLANT:  Okay.  And I'll
8         take a look at -- we can go off the
9         record.  This doesn't need to be on
10        the record.
11             VIDEOGRAPHER:  Off record,
12        8:36 a.m.
13         (Off the record at 8:36 a.m.)
14             VIDEOGRAPHER:  On record,
15        9:24 a.m.
16   QUESTIONS BY MS. ALTHOFF:
17        Q.    Oh, there we are.
18             Dr. Mjønes, we're back on the
19   record after having some discussions off the
20   record.  Thank you for your patience.
21   Appreciate that.
22             I wanted to ask you a few
23   questions.  We have now received from counsel
24   an annotated copy of your report which, as I
25   understand it, you maintained in your

Patricia Mjønes, M.D., Ph.D.

Page 81

1    possession; is that correct?

2           A.     Yes.

3           Q.     And this annotated report

4    contains both handwritten as well as

5    electronic notes; is that right?

6           A.     That's right.

7           Q.     And when did you create the

8    annotations, the electronic annotations, on

9    the report?

10          A.     When I was reviewing the slides

11   on Saturday, I was making comments for myself

12   when I was looking at them so that I'd know

13   exactly which slide I was looking at, because

14   I hadn't been specific in the report, so that

15   I'd remember which slides that you would be

16   referring to when I looked at them.

17                 And as well, I had also kind of

18   made -- looked at some of the comments that

19   Voltaggio made and tried to look at the

20   slides with that in the back of my mind.

21                 So basically there are notes

22   for myself so that I'd remember what I've

23   been seeing.

24          Q.     So the electronic sticky notes

25   that were typed onto the report, those were

Patricia Mjønes, M.D., Ph.D.

Page 82

1    all made by you, yes?

2        A.    Yes.  Yes.

3        Q.    And they were all made by you

4    on Saturday when you were reviewing the

5    report, correct?

6        A.    That's right.

7        Q.    And as I understand it -- I

8    have not seen them, but I understand there

9    are also some handwritten notes on a copy of

10   the report?

11       A.    Yes.

12       Q.    And when did you make those

13   notes?

14       A.    Those notes are probably

15   written yesterday, I would say, when I was,

16   you know, just -- when I highlight things, I

17   read -- I highlight as I go.  It doesn't

18   necessarily mean it's that particular thing

19   that I'm trying -- it's kind of just to

20   highlight a few things I'm trying to

21   remember.

22             And then if it's something

23   that -- well, I wrote them yesterday probably

24   when I was reading, just things to remind me

25   of things.

Patricia Mjønes, M.D., Ph.D.

Page 83

```
 1          Q.     Sure.  I understand.
 2                 And so were all the handwritten
 3    notes made by you, by yourself, yesterday?
 4          A.     Yes.
 5          Q.     Did anybody direct you to make
 6    any notes --
 7          A.     No.
 8          Q.     -- on these reports?
 9          A.     No.
10          Q.     When you went through the
11    slides on Saturday --
12          A.     Uh-huh.
13          Q.     -- was that the first time you
14    determined that there were additional slides
15    that you had not previously reviewed?
16          A.     Yes.
17          Q.     And --
18          A.     Sorry, I didn't mean to --
19          Q.     No, go ahead and explain.
20          A.     In Voltaggio's report, it said
21    that there were 58 slides received first, and
22    then when -- later on, she had received 83
23    slides that she reviewed.  And that didn't
24    fit in with the number of slides I had
25    reviewed originally.  And then when I looked
```

Page 84

```
 1    at the slides again on Saturday, I was able
 2    to figure out what the difference was.
 3              So basically I've seen all the
 4    slides from all the tissue blocks, but there
 5    are some additional levels that I hadn't seen
 6    before, but they didn't make any change to my
 7    observations.
 8         Q.    Okay.  So when you went back
 9    the second time on Saturday -- well, let me
10    ask this first.
11              When you did your initial
12    review last year of the slides, did you have
13    those additional levels available to you or
14    were those available for the first time on
15    Saturday?
16         A.    On Saturday.
17         Q.    And when you went through on
18    Saturday and reviewed, you were reviewing
19    that along with having reviewed
20    Dr. Voltaggio's report, correct?
21         A.    Yeah, well, I had -- I had seen
22    her report, and then I reviewed my own just
23    to see if there were things that I should --
24    you know, just to see what I had written.
25    And I see that we are in agreement with, you
```

1    know, most of the report.

2              So I was just making notes for

3    myself with regards to things that I would

4    react to.

5        Q.    Did you make any additional

6    observations when you reviewed the slides the

7    second time, either because there were

8    additional slides or because you were

9    re-reviewing the same ones?

10       A.    Could you repeat -- repeat the

11   question, please?

12       Q.    Sure.

13             Did you make any additional

14   observations when you reviewed the slides the

15   second time, either because there were

16   additional slides or because you were

17   reviewing the same ones for a second time?

18       A.    I didn't make -- now I just

19   have to think the question again.

20             I didn't make any new

21   observations based on the additional slides.

22       Q.    Okay.  Did you make any new

23   observations having reviewed Dr. Voltaggio's

24   report?

25       A.    I had more focus on the gastro

Patricia Mjønes, M.D., Ph.D.

Page 86

```
 1   specific -- the junction between the
 2   gastro -- the esophagus and the stomach.  I
 3   can't say that word.  Sorry.  So I was
 4   just -- you know, notes -- will have noticed
 5   that before, too, but I was just kind of
 6   reiterating that area.
 7           Q.    So after having reviewed
 8   Dr. Voltaggio's report and re-reviewing the
 9   slides on Saturday, you did more focused
10   evaluation of any pathology in the GE
11   junction?
12           A.    Well, the patient had
13   gastroesophageal reflux disease, so I was
14   looking close -- close on the junctions just
15   to see if there were any signs that would fit
16   in with the Barrett's, which I would have
17   looked at originally, but I didn't handle --
18   I hadn't made any comment on the -- in the
19   report, you know.  You know, just looking at
20   them to see if -- I'm finding it hard to
21   explain myself.  Sorry.
22           Q.    Take your time.
23           A.    I haven't made any new
24   observations.  I've kind of been looking at
25   the report to see if I see the same as
```

Patricia Mjønes, M.D., Ph.D.

1    Voltaggio.

2            Q.      Uh-huh.

3            A.      Yeah.

4            Q.      What was your conclusion with

5    regard to you -- whether you saw the same

6    items as Dr. Voltaggio?

7            A.      I mean, we are in agreement

8    with -- in terms of -- that it's a gastric

9    cancer.  But what information I didn't have

10   before that came through Voltaggio's report

11   was the location of the biopsies marked --

12   {audio interruption}

13              MS. ALTHOFF:  I have lost her.

14          Or is it me?

15              VIDEOGRAPHER:  No, it's them.

16          I think we lost both -- the other

17          computer as well.

18              Want to go off or just stay on

19          for a bit?

20              MS. ALTHOFF:  Let's just stay

21          on for a second.

22              MR. GALLANT:  There we go.  I

23          think we're back.

24              THE WITNESS:  Sorry.

25

Patricia Mjønes, M.D., Ph.D.

Page 88

1    QUESTIONS BY MS. ALTHOFF:

2         Q.    So, Doctor, I asked you, what

3    was your conclusion with regard to whether

4    you saw the same items as Dr. Voltaggio, and

5    you --

6              MR. GALLANT:  Sorry, can I -- I

7         got kicked off the system for a

8         minute, so I just want to log back in.

9         Bear with me one minute.

10             We're all sitting in the same

11        room, but we're not all connected.

12        Very strange.  Okay.  I'm back.

13   QUESTIONS BY MS. ALTHOFF:

14        Q.    Okay.  Dr. Mjønes, so I was

15   asking you whether your observations had been

16   different than what Dr. Voltaggio concluded

17   in her report when you read it, and you

18   responded and said, we're in agreement

19   with -- in terms it's gastric cancer,

20   correct?

21        A.    Yeah.

22        Q.    And then you said, "But what

23   information I didn't have before that came

24   from Voltaggio's report was the location

25   of..."

Patricia Mjønes, M.D., Ph.D.

Page 89

1          A.      Yes.  You know, the polyps

2     removed in September marked with the biopsy

3     number 18840, they were taken from what was

4     described as 3 centimeters from the

5     gastroesophageal junction.  That's

6     information I didn't know at the time when I

7     looked at the section.

8          Q.      Okay.  When you looked at the

9     slides initially, were you able to identify

10    which slide had the polypectomy site?

11         A.      Well, I -- I suspected that the

12    polypectomy site could be -- you know, when

13    you take a biopsy from -- from a patient, you

14    get regenerative changes in the -- in the

15    mucosa of that area, and you can see in the

16    area like that in relation to the polyp --

17    the polyp itself with the cancer and the

18    operation specimen.

19         Q.      Uh-huh.  And -- sorry, go

20    ahead.

21         A.      And in the -- you know, and in

22    the operation where it was described that

23    they had removed what they thought was the

24    polypectomy site turned out not to be a

25    polypectomy site.  And that's --

Patricia Mjønes, M.D., Ph.D.

Page 90

1          Q.     So when you reviewed the slides

2     the first time, were you able to identify

3     correctly which slide had the polypectomy

4     site on it -- and again, I'm talking about

5     the surgical resection -- regardless of what

6     was listed on a slide?

7          A.     I believe that they have -- I

8     mean, we have the polypectomy type -- type of

9     area on the tumor tissue, but you can't

10    see -- and it was an area in one of the

11    sections where you have an indentation of the

12    mucosa with some inflammation that I was

13    wondering could be a polypectomy site.  But I

14    didn't have any information to say whether it

15    was that or something else.  Could be --

16         Q.     Okay.  So when you went back

17    then on Saturday, were you able to identify,

18    based on clinical information, based on

19    Dr. Voltaggio's report, any new information

20    which slide had the polypectomy site?

21         A.     You had -- for one thing, there

22    are described three polyps, right?  One of

23    them was sent for examination.  I don't know

24    what happened to the other two, if they were

25    sent for examination, if they were removed or

Patricia Mjønes, M.D., Ph.D.

Page 91

1    anything.  That, I don't know.  And that I

2    didn't know -- I don't know it now, and I

3    didn't know a year ago.

4              What I did see is that there

5    are changes in the mucosa in the area where

6    the tumor was taken, but I also had seen a

7    year ago that they're still present.  That

8    could relate -- it could be explained by a

9    polypectomy site.

10        Q.    And I guess what I'm asking

11   you, Dr. Mjønes, is based on having reviewed

12   Dr. Voltaggio's report, did your mental

13   impressions change with regard to which slide

14   had that polypectomy site on it from the

15   surgical resection?

16        A.    No, because it wasn't in the --

17   in the -- in the gross description from --

18   from the -- you know, from this.

19        Q.    Yes.

20        A.    The person who examined the

21   gross specimen described that it may be a

22   polypectomy site 1.2 centimeters distal to

23   the squamocolumnar junction.

24              The section showing the

25   polypectomy site was never -- never had any

Patricia Mjønes, M.D., Ph.D.

Page 92

1   cancer on it, so I never thought that was a
2   polypectomy site.
3        Q.    Okay.  When you reviewed the
4   slides the first time, which slide did you
5   identify from the surgical resection as being
6   the polypectomy site?
7        A.    I have to look at the slide
8   numbers, okay?
9        Q.    Sure.
10       A.    So basically slide G, the
11  person who evaluated the specimen first said
12  apparent polypectomy site next to the
13  gastroesophageal junction.  And at the time,
14  I didn't see anything that would fit with the
15  polypectomy site.  Okay?
16             And then in the -- which slide
17  was the tumor again?  I just have to look at
18  my notes.  And that's why I've written the
19  notes, so that I'd remember where I saw the
20  different things.  That's why I have the
21  annotations.
22             So slide M is where you have
23  the tumor itself, and that's where you also
24  see changes in the mucosa.  That could be
25  related to a previous polypectomy.

Patricia Mjønes, M.D., Ph.D.

Page 93

1              Okay?

2              And in slide L, you have an

3    area where you have some inflammation that I

4    saw in the original slide, but I didn't think

5    anything of that.  And I still don't know if

6    it's a polypectomy site or not because I

7    don't have the information to go with it.

8              So I don't know if -- I don't

9    know if they were sent -- if three polyps

10   were removed at the time in September.  I

11   think there was only removed one.

12             So it's hard to know if it's

13   from a polypectomy or another cause of

14   inflammation.

15        Q.    With regard to your note

16   number 11 --

17        A.    Yeah.

18        Q.    -- which I believe, if I

19   understand this correctly, relates to slide N

20   from the resection; is that correct?

21        A.    I just have to see.  It's on

22   the back of the page, sorry.

23             So comment number 11, you say?

24        Q.    Yes.

25        A.    Okay.  So that site L, lesser

Patricia Mjønes, M.D., Ph.D.

Page 94

```
1    curvature to include polyps, is that the one
2    you're referring to?
3         Q.    Yes.
4               My question is, does comment
5    number 11 relates to slide N?
6         A.    Well, it's kind of -- it's --
7    well, in that slide I see an area of
8    inflammation where I'm wondering, could it be
9    a polypectomy site or could it be
10   inflammation.
11              I don't know because I don't
12   have the information to go with it.
13        Q.    Okay.  Let me ask you this
14   again.
15        A.    Yes, sorry.
16        Q.    Where do you believe -- where
17   did you believe when you first reviewed the
18   slides from the surgical resection that the
19   polypectomy had occurred?  Which slide?
20        A.    I believe it occurred from
21   slide 9 -- no, slide N, where he find the
22   tumor.
23        Q.    Yes.
24              Okay.  And what I'm asking you
25   is, is comment 11, because it's -- I'm not
```

Patricia Mjønes, M.D., Ph.D.

Page 95

1    really sure how this works.  Does comment 11

2    refer to your re-review of slide N?

3         A.    I'm not sure I understand what

4    you mean.

5         Q.    Okay.  When I look at what was

6    sent to me as your annotated report, there

7    are sticky notes --

8         A.    Yeah.

9         Q.    -- placed on the document,

10   right?

11        A.    Yes.  Yes.

12        Q.    And the sticky note which is

13   comment 11 on my version appears to be on

14   slide N.

15        A.    Yes.

16        Q.    Okay.  And so what I'm asking

17   you --

18             MR. GALLANT:  Can we just

19        clarify?  We seem to be talking

20        about -- I know they're the same

21        documents, but they were produced in

22        two different ways, and I don't -- I

23        just want to make sure that

24        Dr. Mjønes' comments are numbered in a

25        way that she can answer your question.

Patricia Mjønes, M.D., Ph.D.

Page 96

```
 1          Because she doesn't -- not looking at
 2          the one with the sticky notes on it.
 3               If you're looking at the PDF
 4          where you click on the yellow dot and
 5          it pops up a comment, that's not what
 6          she's -- she's not looking at the
 7          electronic version.  She's looking at
 8          her printed version that we scanned.
 9               And I know it's confusing, but
10          I want to make sure we're all looking
11          at the same thing.
12     QUESTIONS BY MS. ALTHOFF:
13          Q.    Okay.  So let me ask this.
14     Because that I don't think I have printed
15     out.
16               Are your comments numbered on
17     the version you're looking at?
18          A.    Yes.  It says MP 11 and MP 12.
19          Q.    Okay.  So can you read me what
20     comment 11 says, or even whether it's in
21     Norwegian or English, just so I can make sure
22     we're talking about the same one?
23          A.    The comment 11 says L, less
24     curvature to include polyps.
25          Q.    Excellent.  Okay.  We are not
```

Patricia Mjønes, M.D., Ph.D.

Page 97

1    talking about the same comment.  That's

2    helpful.  Appreciate that.

3                See, so here is -- let's go

4    back off the record.

5         A.    Yeah.

6                VIDEOGRAPHER:  Off record,

7         9:42 a.m.

8          (Off the record at 9:42 a.m.)

9                VIDEOGRAPHER:  On record,

10        10:17 a.m.

11                (Mjønes Exhibit 16 marked for

12        identification.)

13   QUESTIONS BY MS. ALTHOFF:

14        Q.    All right.  Let's go back,

15   Doctor, set aside the annotated report for a

16   moment and go back to -- we were reviewing

17   some e-mails when all of this sort of -- we

18   started talking about the annotated report.

19                So let's do this.  Let's look

20   at Exhibit 16.

21                And, Doctor, showing you what's

22   been marked as Exhibit 16 to your deposition,

23   and this appears to be an e-mail from you to

24   Dr. Waldum on March 16th of 2022.

25                Do you see that?

Patricia Mjønes, M.D., Ph.D.

Page 98

1           A.      Yes.

2           Q.      And can you tell us what you

3     were conveying to Dr. Waldum in this e-mail?

4           A.      Basically I conveyed to him

5     that I feel very stressed about having to do

6     this deposition because I've never done it

7     before, and that I'm picking up the sections

8     on -- from Michael on Saturday, and I'd be

9     looking over the sections one more time

10    before Monday, and I'd be looking at what

11    Voltaggio has written on Sunday.

12                  And he -- you know, looking at

13    my slides and -- on her comments.  Because

14    there are a few points where she has

15    commented on things that I -- you know, like

16    the staining and things like that.  So I've

17    been going through some of the comments where

18    she wouldn't completely -- completely agree

19    with what I said, just to -- so that I

20    remember what I've seen.

21          Q.      Okay.  And so which day of the

22    week was this?

23          A.      This was Wednesday, 16th of

24    March, when that e-mail was sent, as it says

25    on top.

Patricia Mjønes, M.D., Ph.D.

Page 99

1          Q.     Yeah.

2                 So as of Wednesday, you had not

3    reviewed the slides yet, of course, if you

4    reviewed them on Saturday.

5                 Had you reviewed

6    Dr. Voltaggio's report?

7          A.     If I -- if I had reviewed the

8    report before Saturday?  Is that what you're

9    asking?

10         Q.     Yes.

11         A.     Yes, I'd seen her -- her report

12   before then.

13         Q.     Had you seen her report before

14   you wrote this e-mail?

15         A.     That, I can't remember.  I -- I

16   got that it's -- I got an e-mail from John

17   with Voltaggio's report, and I can't remember

18   the exact date when I got that e-mail.

19         Q.     Okay.

20         A.     Since I note her name in that

21   e-mail, I must have gotten it beforehand.

22                (Mjønes Exhibit 19 marked for

23                identification.)

24   QUESTIONS BY MS. ALTHOFF:

25         Q.     All right.  Let's look at

Patricia Mjønes, M.D., Ph.D.

Page 100

1    Exhibit 19.

2            A.      Mm-hmm.

3            Q.      Dr. Voltaggio -- Voltaggio.

4                    Dr. Mjønes, I'm handing you

5    what's been marked as Exhibit 19 to your

6    deposition, and this appears to be an e-mail

7    chain between you and Dr. Waldum dated

8    March 17th of 2022, and March 18th of 2022.

9                    Do you see that?

10           A.      Yes.

11                   The bottom one, you mean?

12           Q.      Well, this whole exhibit, which

13   has been marked as Exhibit 19, is a chain of

14   e-mails between you and Dr. Waldum on

15   March 17th and March 18th of 2022, correct?

16           A.      Yeah.

17           Q.      So really just a few days

18   before your deposition now, correct?

19           A.      Yeah.

20           Q.      All right.  So starting at the

21   bottom, which is the e-mail dated March 17th

22   of 2022, from Dr. Waldum to you at the time

23   of 16:14 on that date, what is Dr. Waldum

24   asking you?

25           A.      He's asking me what's the

Patricia Mjønes, M.D., Ph.D.

Page 101

1    diagnosis on the polyps in the hernia and

2    were they hyperplastic or adenomas.  That's

3    what he's asking.

4         Q.    Okay.  And then you reply back

5    to him; is that right?

6         A.    Yes.  And I reply, I say that

7    most of the polyps, the patient's polyps,

8    were fundic gland polyps and some are

9    hyperplastic polyps.

10             And the patient's cancer was an

11   adenoma with type A dysplasia or intramucosal

12   adenocarcinoma.  So -- and basically -- and

13   I'm saying it was located 1.2 centimeters

14   from the junction, which I -- because I got

15   that from what I'd read in the original

16   report.

17             And then I -- and I can't -- I

18   say I can't remember if it was -- what does

19   it say?  And I can't remember seeing any

20   other adenomas.  But I'd be getting the

21   sections on Saturday, and I'd be looking over

22   all the sections one more time.

23             And when I read the report of

24   Lysandra, she has had access to clinical

25   information and -- and from -- from reading

Patricia Mjønes, M.D., Ph.D.

Page 102

1    her report, it could look like most of the

2    polyps in the hernia were from fundic gland

3    polyps, that I'd be checking that closer on

4    Saturday.

5         Q.    Okay.

6         A.    Yeah.

7         Q.    So with regard to your comments

8    again back to Dr. Waldum, he asked you what

9    was the diagnosis of the polyps in the

10   hernia, and your recollection was that they

11   were fundic gland polyps based on

12   Dr. Voltaggio's report?

13        A.    Well, that was based on both,

14   like, my report and her report.  Because I

15   think we both said the same on those.

16        Q.    And when you rechecked the

17   slides on Saturday, did you reconfirm that

18   the polyps in the hernia were fundic gland

19   polyps?

20        A.    Yeah, they were -- some were

21   fundic gland polyps and some were

22   hyperplastic polyps.

23        Q.    With the location in the hernia

24   or what?

25        A.    Well, they're in the

Patricia Mjønes, M.D., Ph.D.

Page 103

1    posterior -- you know, the posterior wall.

2    So -- and considering like 50 percent of the

3    stomach was in the -- in the -- in the

4    intrathoracic cavity, it means that they must

5    have been in the hernia, I would say.  But

6    that's an assumption I'm making.

7            Q.    Okay.  With regard to the

8    actual cancer which you list here as an

9    intramucosal adenocarcinoma, was that located

10   in the hernia?  Is that your understanding?

11           A.    Yes.

12           Q.    And you note that it was

13   located 1.2 centimeters from the

14   gastroesophageal junction, that being the --

15           A.    No, that's a typo.  Because

16   when I wrote that, I hadn't -- it was -- I

17   was glancing at this report from the

18   hospital, and they basically said that the

19   polypectomy site may be 1.2 centimeters

20   distant to the junction.

21               But when I read over the notes

22   again and looked at the clinical information

23   coming with the biopsy marked 08440

24   something, it says that polyps were located

25   at 3 centimeters distal to the

Patricia Mjønes, M.D., Ph.D.

Page 104

1   gastroesophageal -- so that's me -- it's a

2   typo from me.

3        Q.    Okay.  No, no problem.

4              So this was sort of your

5   recollection during the e-mail, but you went

6   back afterwards to double-check the location

7   of the cancer site, correct?

8        A.    Yeah.

9        Q.    And you determined that it was

10  3 centimeters from the -- distal to the

11  gastroesophageal junction?

12       A.    Yeah, and that's based on

13  the -- on the information from Voltaggio's

14  report saying that they were 3 -- and from

15  the -- you know, basically they said that the

16  polyps removed in September were located

17  3 centimeters distal to the gastroesophageal

18  junction.

19       Q.    Okay.  Do you have any reason

20  to disagree with that determination?

21       A.    To disagree with the -- could

22  you repeat the question?

23       Q.    Yeah.

24             Do you have any reason to

25  disagree with the determination that the

Patricia Mjønes, M.D., Ph.D.

Page 105

1    cancer site was 3 centimeters distal to the

2    GE junction?

3         A.    No, I have no reason to

4    disagree with that.

5         Q.    With the 3 centimeters distal

6    to the GE junction, would that locate

7    Mr. Baudin's tumor within the cardia?

8         A.    I would think it's not in the

9    cardia but in the oxyntic mucosa.

10        Q.    What do you define with regard

11   to the cardia in terms distance from the GE

12   junction?

13        A.    Well, in most cases and till

14   recently, the cardia was -- basically in some

15   textbooks they say that the cardia is

16   located -- it's the 2-centimeter most

17   proximal area in the stomach.  But in most

18   patients it's between 1 and 4 millimeters.

19               By looking at the patient

20   slides, on -- on some of the pictures you can

21   see the cardiac mucosa, and you can see that

22   the length of that mucosa is 0.6 millimeters

23   and on some other areas it's 1 millimeter.

24               So it's -- that's -- and the

25   fact that it's 3 centimeters distal and you

Patricia Mjønes, M.D., Ph.D.

Page 106

1    have oxyntic mucosa on either side of that
2    lesion tells me that it's not in the cardia
3    but in -- it's in the oxyntic mucosa.  That's
4    what I'm basing it on.
5         Q.    And so with regard to the
6    oxyntic mucosa, are you saying that this is
7    body or fundus, or where are you saying it's
8    located?
9         A.    It's either in the -- you know,
10   it's -- it's in the posterior wall.  So it
11   could be in the fundus, but it could also be
12   in the bodies.  I know, and hard to say for
13   sure.
14        Q.    Do you -- have you completely
15   excluded the possibility that this cancer
16   arose in the cardia?
17        A.    Well, based on what I see, it
18   doesn't make any sense for me that it's in
19   the cardia because you don't see much cardiac
20   mucosa around it.  You don't see any cardiac
21   mucosa around it.  The mucous glands
22   Voltaggio is referring to could be -- could
23   be from the foveolas of the mucosa, and there
24   could be regenerative changes related to a
25   previous bio -- you know, by taking a biopsy

Patricia Mjønes, M.D., Ph.D.

Page 107

1    from the site from before.

2         Q.    Okay.  When you reviewed the

3    slides the first time, were you aware that

4    this patient had been diagnosed

5    endoscopically with Barrett's?

6         A.    No.

7         Q.    When you reviewed the slides on

8    Saturday, were you aware that this patient

9    had been diagnosed endoscopically with

10   Barrett's?

11        A.    It would be -- I read from

12   Voltaggio's report that they were -- that he

13   was diagnosed with Barrett's.

14        Q.    Do you have any reason to

15   disagree that this patient had been diagnosed

16   endoscopically with Barrett's?

17        A.    Well, I don't see any proof of

18   Barrett's in the sections, so in any of the

19   slides I've seen.

20              To diagnose a patient with

21   Barrett's, you'd have to see goblet cells in

22   the esophagus, and I've seen no signs of

23   goblet cells in the patient's esophagus.

24        Q.    Okay.  If this patient did have

25   Barrett's esophagus, would that explain the

Patricia Mjønes, M.D., Ph.D.

Page 108

```
1    presence of the oxyntic mucosa in the area
2    that you reviewed on the tumor slide?
3         A.    No.
4         Q.    Are you familiar with the term
5    "cardia oxyntic mucosa"?
6         A.    Yes.
7         Q.    And with regard to the tumor
8    site that you looked at on the resection, are
9    you -- is it your impression that there was
10   no cardia oxyntic mucosa?
11        A.    My impression is there is no
12   cardia oxyntic mucosa.  The mucosa that
13   Voltaggio is referring to as cardia oxyntic
14   mucosa, in my opinion, is regenerative mucosa
15   related to previous biopsy from that site.
16              You have oxyntic mucosa on
17   either side of the lesion.  It's easier to
18   see on the picture, but it's oxyntic mucosa
19   on either side of the lesion which make --
20   like pure oxyntic mucosa, it doesn't have
21   cardia oxyntic mucosa.  That's what I'm
22   basing it on.
23        Q.    Okay.  In the biopsy
24   specimen -- so would you agree that the
25   biopsy specimens would not have contained any
```

Patricia Mjønes, M.D., Ph.D.

Page 109

1    regenerative mucosa, regenerative changes to
2    mucosa?
3                MS. ALTHOFF:  Jeff, I think
4          I've lost her again.
5                MR. RESTAINO:  Hey, Katherine,
6          yeah, you froze here -- you froze for
7          a moment, and they froze for a moment,
8          so just give us one moment.
9                MS. ALTHOFF:  Sure.
10               THE WITNESS:  I'm back on.
11               MR. GALLANT:  Give me one
12         second to get back.  Okay.  I'm back.
13               MR. RESTAINO:  Looks like
14         we're --
15   QUESTIONS BY MS. ALTHOFF:
16         Q.    Okay.  Dr. Mjønes, the question
17   I asked was, would you agree that in the
18   biopsy specimen, that would not contain any
19   regenerative changes to mucosa?
20         A.    I agree.
21               MR. GALLANT:  Object to the
22         form.
23   QUESTIONS BY MS. ALTHOFF:
24         Q.    When you reviewed the tumor
25   specimens from the biopsy, okay, did you --

Patricia Mjønes, M.D., Ph.D.

Page 110

1    were you able to identify the location based

2    on the pathology in the biopsy specimen?

3         A.    In the biopsy specimen, you see

4    fragments of adenomatous tissue, you see

5    normal fragments of oxyntic mucosa, and you

6    see mucous glands.  So those mucous glands

7    could be from the foveolas on top.  So it's

8    not specific for anything.  So the location

9    is based on the operation specimen.

10        Q.    So you disagree that the

11   presence of mucosal glands in the biopsy

12   specimen indicate that the specimen

13   originated from the cardia?

14        A.    Yeah, I think you have to see

15   it in the clinical context, as she says

16   herself in the report.  If you don't have the

17   clinical information to guide you, you -- you

18   can't say anything about the location.

19             In this case they are saying

20   that the polyps are 3 centimeters distal from

21   the site.  You see oxyntic mucosa and you see

22   some mucosa glands that consist of foveolas,

23   so in that respect, to me, the biopsy fits

24   with that location.  It's not specific for

25   cardia location based on that biopsy.

Patricia Mjønes, M.D., Ph.D.

Page 111

1          Q.     And of what significance was it
2     to you, Dr. Mjønes, from the clinical
3     correlation that this patient, which you knew
4     at the time you reviewed the slides, had
5     gastroesophageal reflux disease?
6          A.     Can you repeat the question,
7     please?
8          Q.     Sure.
9                 So at the time you reviewed the
10    slides the first time and the second time,
11    you knew that Mr. Baudin had gastroesophageal
12    reflux disease, correct?
13         A.     Yes.
14         Q.     I mean, you hadn't reviewed a
15    lot of medical records, but you knew that
16    information, correct?
17         A.     Correct.
18         Q.     And so of what significance was
19    the fact that Mr. Baudin had GERD to your
20    determination of the location and/or your
21    observations on the pathology specimens?
22         A.     Well, when I looked at the --
23    the slides the first and the second time,
24    considering -- knowing he had GERD, I would
25    be looking for signs of inflammation in

Patricia Mjønes, M.D., Ph.D.

Page 112

1    the -- in the squamocolumnar junction, and
2    I'd also be looking for goblet cells in that
3    area to look for Barrett's.  But that's not
4    something you'd look for with that type of
5    history.  And I didn't see any signs of that.
6                  I also looked at the cardiac
7    mucosa, which in the operation specimen was
8    about 0.6 millimeters on the tissue block I
9    was sent later on and in another area is
10   about -- is a little bit bigger.  And -- but
11   it's -- and considering the cardiac mucosa is
12   so narrow and the rest was completely oxyntic
13   mucosa, it didn't give me any reason to doubt
14   the location.  And I still don't doubt the
15   location as being non-cardia cancer.
16          Q.    Where in your original report
17   do you provide the observation that it is
18   non-cardia cancer?
19          A.    Well, I don't have the -- the
20   location in the original report, it says the
21   location is in the posterior back wall of
22   the -- "side proximal stomach posterior
23   wall," it says.
24          Q.    And would you agree with me
25   that geographically the proximal stomach

Patricia Mjønes, M.D., Ph.D.

Page 113

1    includes the cardia?

2          A.    Yeah, that includes the cardia.

3          Q.    Okay.  Let's go back to --

4    we're on Exhibit 19, and you had identified

5    for me the third e-mail down --

6          A.    Uh-huh.

7          Q.    -- with regard to what types of

8    polyps were in the hernia.

9          A.    Yeah.

10         Q.    And then the second e-mail is

11   now from Dr. Waldum to you, dated March 17th

12   of 2022 at 18:39.

13                Do you see that?

14         A.    Yes, I see that.

15         Q.    Okay.  And what is Dr. Waldum

16   saying to you?

17         A.    He says fine.  I mean that -- I

18   meant that the endoscopist described the

19   three lesions as hyperplastic according to

20   the way he perceived them, but -- when he did

21   the endoscopy, which would suit him the best,

22   although histology gives the answer.  I

23   thought that it was a hyperplastic polyp with

24   a -- that the -- the cancer involved in the

25   hyperplastic polyp.

Patricia Mjønes, M.D., Ph.D.

Page 114

1            And I said, no, I don't think

2    that's the case.  It's the type of gastric

3    adenoma with high-grade dysplasia and -- or

4    intramucosal adenocarcinoma.

5            And just nearby, it was a

6    hyperplastic polyp.

7        Q.    Okay.  So with regard to

8    Dr. Waldum's e-mail to you, you said -- he

9    said that the endoscopist described the three

10   polyps in the hernia -- that's the way you

11   understood it -- as hyperplastic?

12       A.    Uh-huh.

13       Q.    And then he says, "and it would

14   fit me best."

15            Who's -- what is "it," and is

16   "me" Dr. Waldum?

17       A.    Yeah.  The "me" is Dr. Waldum.

18       Q.    Yeah.  So what did you -- what

19   did you take it when he said "it would fit me

20   best"?

21       A.    I -- that's just the way he

22   phrased himself.  It doesn't affect my

23   opinion on what I see.  What I see is what I

24   see.

25       Q.    Okay.  And you responded back

Patricia Mjønes, M.D., Ph.D.

Page 115

```
 1   to him and said, no, not a hyperplastic polyp
 2   which developed into an adenocarcinoma.
 3              In fact, it was a different
 4   type of gastric adenoma?
 5        A.     No, basically I think he was
 6   thinking about the -- you know, in the
 7   operation specimen, when they deduct, they
 8   did two -- removed two polyps as frozen
 9   section that were fundic gland polyps.  I
10   don't know if he removed -- I think he was
11   referring to those two when he was asking me
12   that question.
13              Sorry, can you repeat the
14   question?  I'm not answering your question, I
15   think.
16        Q.     That's okay.
17              So my question really -- and
18   let me ask a different question.
19        A.     Yes.
20        Q.     So you responded back to him
21   that, no, the adenocarcinoma had not
22   developed from a hyperplastic polyp, right?
23        A.     Yeah, it's probably not -- it's
24   a type of gastric adenoma with high-grade
25   dysplasia or intramucosal adenocarcinoma,
```

Patricia Mjønes, M.D., Ph.D.

Page 116

1    which I also said in the report.

2            Q.    Yes.

3                  And so what did you mean by

4    another type of gastric adenoma?

5            A.    No, I said it's not another

6    type.  I said it's a type of gastric adenoma.

7            Q.    Okay.  I misheard you.

8            A.    Yeah.  Sorry.

9                  (Mjønes Exhibit 20 marked for

10           identification.)

11   QUESTIONS BY MS. ALTHOFF:

12           Q.    Okay.  Let's take a look at my

13   Exhibit 20.

14           A.    Yep.

15           Q.    And then, Dr. Mjønes, this

16   appears to be an e-mail string dated

17   March 17th and March 18th of 2022, again

18   between you and Dr. Waldum.

19                 Do you see that?

20           A.    Yes.  The top one -- the other

21   three have gone through, right?  It's the top

22   one that's -- that's the new one, right?

23           Q.    Ah, yes, correct.  Yes.

24                 And what did you write on the

25   top e-mail, which is dated March 20 -- excuse

Patricia Mjønes, M.D., Ph.D.

Page 117

1    me, March 18th of 2022?

2         A.    I -- I -- I say, this is what

3    Lysandra writes, "Polypoid intramucosal

4    adenocarcinoma, 0.6 centimeters, Appendix A,

5    Figure 9, arising in gastric adenoma in the

6    background of cardio-oxyntic mucosa with

7    acute and chronic inflammation.  Carditis,

8    Appendix A, Figure 10, and hyperplastic

9    polyps."

10              And I say underneath that, I

11   have written something similar.  So -- so

12   just when it comes to these things, we are

13   all in agreement.

14        Q.    Okay.  So you agreed with her

15   that it was a polypoid intramucosal

16   adenocarcinoma of about .6 centimeter in

17   size?

18        A.    Yeah.

19        Q.    And you agree --

20        A.    It's a -- it's not .6 in size.

21   But if you look at -- if you include the

22   area -- when I wrote that report, that was on

23   Friday, and I looked at the sections on

24   Saturday.  So in theory, it could have been

25   just lit -- a literal figure if you include

Patricia Mjønes, M.D., Ph.D.

Page 118

1    the dysplastic areas just next to where the

2    polypectomy site could be.  But this -- you

3    know, it's close to that.

4          Q.     Yeah, okay.

5                 So in any event, less than a

6    centimeter in size?

7          A.     Yeah.  I would agree with that.

8          Q.     And that is the same as what

9    the original Louisiana pathology group

10   concluded, correct?

11         A.     Yeah.

12         Q.     And you said she writes that it

13   arises in a gastric adenoma, and you agree

14   with that?

15         A.     I agree with that.

16         Q.     And she writes that it arises

17   in the background of cardio-oxyntic mucosa

18   with acute and chronic inflammation, that

19   being carditis, yes?

20         A.     Well, put it this way, that's

21   based on the pictures she showed me, the

22   pictures.

23                But then I looked at the

24   sections.  The picture doesn't show the whole

25   section, so I don't think we have the

Patricia Mjønes, M.D., Ph.D.

Page 119

 1   cardio-oxyntic mucosa part of it.

 2         Q.    So at the time that you wrote

 3   this on Friday, March 18, 2022, you believed

 4   that yourself, Dr. Voltaggio and the original

 5   reading pathologist all agreed with these

 6   items?

 7         A.    Mostly.  It's always room for

 8   minor discrepancies, but they're mostly in

 9   agreement when it comes to those things.

10         Q.    Okay.  And would you say that

11   your impression changed after this -- you

12   wrote this e-mail and you re-reviewed the

13   slides?

14         A.    I don't think this e-mail made

15   me change my mind, no.

16         Q.    No, no, no.

17               My question is, after you wrote

18   this e-mail -- so this e-mail was written on

19   Friday, right?

20         A.    Yes.

21         Q.    And you re-reviewed the slides

22   on Saturday?

23         A.    Uh-huh.

24         Q.    Correct?

25         A.    Yes.

Patricia Mjønes, M.D., Ph.D.

Page 120

1          Q.      Did your -- well, let me ask

2     you this.

3                  Would you have written the same

4     thing that you wrote on Friday on Sunday,

5     after you re-reviewed the slides?

6          A.      I probably would have written

7     that we're mostly in agreement, but I think

8     that the -- I think it's in the posterior

9     wall so that it could be located in the

10    corpus or the fundus.  Oxyntic mucosa.

11         Q.      Did you receive any response

12    back from Dr. Waldum to your e-mail of

13    March 18, 2022?

14         A.      No, not as I recall.

15         Q.      Did you receive a response from

16    anyone besides Dr. Waldum to your -- this

17    string of communications with regard to the

18    polypoid and the mucosal adenocarcinoma?

19         A.      To the last e-mail, you mean?

20         Q.      Yes.  Well, actually to any of

21    the e-mails in this string.

22         A.      No, I can't remember ever

23    receiving that.  But then, you know...

24         Q.      Okay.  But then what?

25         A.      I can't remember receiving any

Patricia Mjønes, M.D., Ph.D.

Page 121

1    more e-mails with Dr. -- with regard to that.
2         Q.    Okay.  So we have looked at
3    seven e-mails between -- well, seven exhibits
4    of e-mails between you and Dr. Waldum today.
5              Okay?  Is that correct?
6         A.    Uh-huh.
7         Q.    And are you aware of any other
8    e-mails between yourself and Dr. Waldum
9    relating to the work that you've done in this
10   matter?
11        A.    Could you repeat the question?
12   Sorry.
13        Q.    Sure.
14             So aside from the seven e-mail
15   chains that we've looked at today --
16        A.    Yes.
17        Q.    -- are you aware of any other
18   e-mails that we haven't looked at between you
19   and Dr. Waldum regarding the work that you --
20   pathology work that you did in this matter?
21        A.    I can't remember completely.  I
22   can't remember what I've written to him a
23   year ago, but I -- basically I can't remember
24   that far back, but I can't think of anything
25   else.

Patricia Mjønes, M.D., Ph.D.

Page 122

1          Q.     Okay.  Are you aware of any
2     e-mails, again, that we haven't looked at
3     today between you and anyone else with regard
4     to your pathology work that you did in this
5     matter?
6          A.     Most of my communication has
7     been to Waldum, so, no.
8          Q.     Have you had any discussions,
9     oral communications, with Dr. Waldum about
10    the location of Mr. Baudin's tumor?
11         A.     I can't remember for sure, but
12    it has been -- we have talked about the
13    1.2 centimeter issue.  But there -- nothing
14    else really.
15              Like I -- when I -- I have
16    talked to him about the fact that the
17    1.2 centimeter didn't make -- make any sense
18    to me considering it was nothing in that
19    section where the apparent polypectomy site
20    was.
21         Q.     Uh-huh.
22              And have you had any
23    discussions with Dr. Waldum about whether
24    Mr. Baudin's cancer was located in the cardia
25    region?

Patricia Mjønes, M.D., Ph.D.

Page 123

 1        A.     No.  I don't think we've been
 2   discussing that, no.
 3        Q.     And of course we talked about
 4   the fact that your report says the proximal
 5   stomach --
 6        A.     Uh-huh.
 7        Q.     -- and that the proximal
 8   stomach may or may not include the cardia,
 9   right?
10        A.     Right.  That's what we said,
11   yeah.
12        Q.     And so have you had any
13   discussions with Dr. Waldum about where
14   within the proximal stomach it was your
15   opinion that Mr. Baudin's cancer arose?
16        A.     No.
17        Q.     Or was located?
18        A.     No.  The -- the fact that it's
19   in the posterior wall, it's -- that's from
20   the Louisiana report.  And it's based on my
21   histopathological findings, together with the
22   report.
23               (Mjønes Exhibit 22 marked for
24          identification.)
25

Patricia Mjønes, M.D., Ph.D.

Page 124

1    QUESTIONS BY MS. ALTHOFF:

2         Q.    Let's look at Exhibit 22.

3              And I forget how many there are

4    here.  Jeff, do you know how many pages there

5    are in this?  I think we've numbered them.

6              VIDEOGRAPHER:  14.

7              MS. ALTHOFF:  14.  Thank you.

8    QUESTIONS BY MS. ALTHOFF:

9         Q.    Dr. Mjønes --

10              MR. GALLANT:  I'm not getting

11         the exhibits populated in the chat.  I

12         don't know if there's an issue.  There

13         it goes.

14              VIDEOGRAPHER:  Try again.

15              MR. GALLANT:  Got it.

16    QUESTIONS BY MS. ALTHOFF:

17         Q.    Dr. Mjønes, I'm handing you

18    what's been marked as Exhibit 22 to your

19    deposition, and this appears to be a series

20    of photographs that you took of the slides.

21    And you -- we received them last night.

22         A.    Uh-huh.

23         Q.    And again, Jeff, I'm sorry.

24    13?

25              VIDEOGRAPHER:  14.

Patricia Mjønes, M.D., Ph.D.

Page 125

1              MS. ALTHOFF:  14.

2    QUESTIONS BY MS. ALTHOFF:

3         Q.    Did you produce copies of 14

4    images to counsel for production to us?

5         A.    Yeah, well, we -- I took those

6    photos in -- in -- like in case you asked me

7    questions about them so that I could show it

8    on the picture.

9         Q.    Sure.

10             So when did you take pictures

11   of slides?

12        A.    Okay.  So the picture going

13   with the report was taken -- taken in April

14   of 2021, but these pictures are -- which are

15   from the same slides are -- like the slides

16   were already scanned into our system, so

17   basically I screened -- took screenshots of

18   the slides of the areas I thought would be

19   relevant to show.

20        Q.    So when you received the slides

21   initially, you had them all scanned?

22        A.    No, not -- not the original

23   slides, no.  Because by doing that, I would

24   have to open up the document within the

25   hospital system.

Patricia Mjønes, M.D., Ph.D.

Page 126

1            So only the sections that were

2    stained at our department from the two tissue

3    blocks are scanned into our system.  So the

4    other sections I haven't got pictures of.

5         Q.    Gotcha.  Okay.  That was really

6    going to be one of my questions.

7            All right.  So let's -- so

8    page 1 here, Image 1, what is depicted on

9    this slide or image?

10        A.    Well, basically this is a

11   staining, either from a synaptophysin stain

12   or chromogranin A stain.  I can't -- you

13   know, because they would show the similar

14   things.  But from the background staining,

15   I -- you would know from the name of the

16   picture at the top if it's synaptophysin or

17   chromogranin A.

18            But basically they are two

19   neuroendocrine markers that were stained, and

20   they basically show the same.  And what we

21   see here is -- you know, the pale area is

22   basically the gastric mucosa, the background

23   color of the background -- of the gastric

24   mucosa.

25            When we stain the tissue, we

Patricia Mjønes, M.D., Ph.D.

Page 127

1    highlight proteins, like to be specific for

2    those cells, and in this case it would be

3    protein-specific for neuroendocrine cells.

4                    So basically both the

5    synaptophysin stain and chromogranin A stain

6    would show similar things.  So after we

7    see -- you -- also, you can see my arrow, so

8    I'm pointing without really showing you.  But

9    what you see here are -- on the top of the

10   picture you see the part of the mucosa that's

11   towards the gastric lumen, right?  All the

12   brown dots that you see down the gastric

13   gland are neuroendocrine cells.

14                    In the normal situation, you

15   would find those neuroendocrine cells spread

16   in -- interspersed in the gastric mucosa, but

17   in this case you see areas where those

18   neuroendocrine cells are located closely

19   together, more than five cells together.  And

20   even up towards the surface you find a little

21   lump of them together, which would be -- so

22   basically the slide is showing hyperplasia of

23   neuroendocrine cells.

24        Q.    And this particular specimen

25   did not come from the cancer tumor specimen,

Patricia Mjønes, M.D., Ph.D.

Page 128

1    correct?

2         A.      Yeah, that came from the

3    mucosa.  That was...

4         Q.      Slide J?

5         A.      Yes, J, that's right.

6         Q.      Okay.  Let's look at page 2.

7         A.      Uh-huh.

8         Q.      And what is depicted on page 2

9    of this exhibit, Exhibit 22?

10        A.      Okay.  So basically this is a

11   picture of the gastric -- the squamocolumnar

12   junction.  I don't know if I'd be able to

13   show with an arrow what we see to make it

14   easier.

15              But basically up in -- on the

16   top part of the image, you see a part of

17   squamous cell epithelium, which would be a

18   part of the esophagus.  And just next to the

19   squamous epithelium you have cardiac mucosa.

20   And then just next to that again you have

21   oxyntic mucosa.

22              So all the brown stains, all

23   the brown dots, are the neuroendocrine cells

24   testing -- that are positive for

25   synaptophysin stain in this case, I think.

Patricia Mjønes, M.D., Ph.D.

Page 129

1        Q.      And so does this slide, in your
2    opinion -- and by "slide," I guess I'm
3    talking about the image on the screen -- does
4    that depict ECL cell hyperplasia?
5        A.      Yes.
6        Q.      And where was this specimen
7    taken from on Mr. Baudin?
8        A.      So this is -- this specimen is
9    section J.
10       Q.      Okay.
11       A.      So all the pictures are from
12   section J because that's where the -- you
13   know, the immunostains were taken.
14       Q.      Okay.  And -- all right.  So do
15   you know where section J came from on
16   Mr. Baudin?  Where that specimen is from?
17       A.      It says, "Additional polyps
18   near the gastroesophageal junction."  So
19   that's where the section is taken from.  So
20   basically it's taken from -- it shows the
21   mucosa of the esophagus, cardia and oxyntic
22   mucosa.  And you also see a polyp in that
23   slide.
24       Q.      Do you have an understanding of
25   whether this was proximal or distal to the

Patricia Mjønes, M.D., Ph.D.

Page 130

1    tumor site?

2         A.    That, I won't be able to say.

3    It could -- no, I can't really say because

4    it's not -- you don't have tumor tissue in

5    that slide.

6         Q.    Uh-huh.  Let's look at the next

7    page, 3, of Exhibit 22.

8              And again, this is staining

9    that your group did from the tissue block of

10   section J, correct?

11        A.    That's right.

12        Q.    And is this a further

13   magnification of the previous --

14        A.    Yes.

15        Q.    -- slide?

16        A.    Yes.

17              And within the red circle you

18   see areas of hyperplasia of neuroendocrine

19   cells.  So it's linear hyperplasia, what you

20   see here, because the cells are aligned next

21   to each other along the gland.

22        Q.    So is this what you described

23   in your original final report as changes

24   consistent with simple hyperplasia and

25   possibly linear hyperplasia of neuroendocrine

Patricia Mjønes, M.D., Ph.D.

Page 131

1    cells?

2         A.    Yes.  So this would be linear

3    hyperplasia of neuroendocrine cells.

4         Q.    And I think this is taken from

5    the surgical resection, just to be clear,

6    correct?

7         A.    Yes.  Yes.

8         Q.    And so it's not from the

9    biopsy --

10        A.    No.

11        Q.    -- section?

12        A.    No.

13        Q.    So it would be one of the

14   sections that starts with OL-17, correct?

15        A.    It would be the section

16   OL-17-09222, section J.

17        Q.    Right.  Okay.

18              Let's look at the next -- and I

19   think you said all of the slides we're

20   looking at right now are from that same

21   section, correct?

22        A.    That's right.

23        Q.    All right.  So what are we

24   looking at here on page 4 of Exhibit 22?

25        A.    So basically it's an overview

Patricia Mjønes, M.D., Ph.D.

Page 132

1    of the same section.  This is a -- this is

2    the chromogranin A stained section.

3              So what you see is -- up right

4    on the section you see a part of the squamous

5    epithelium of the esophagus.  Just after that

6    you see a bit of cardiac mucosa.  And then

7    you see -- all the brown stuff is the mucosa

8    with staining towards -- with an antibody

9    towards that specific protein.

10             Q.    Okay.

11             A.    And the polyp popping up from

12   the mucosa, which is a hyperplastic polyp.

13             So the point of this slide is

14   basically just give an overview of the mucosa

15   and to show what it's done.

16             Q.    All right.  Let's look at

17   page 5, Exhibit 22.

18             And is this the same -- okay.

19   What are we looking at here?

20             A.    So basically it's from the same

21   section.  It just -- the point of sending

22   those things, if you're asking for things to

23   show that a person had been using proton pump

24   inhibitors, these are type of findings you

25   could find in patients who use proton pump

Patricia Mjønes, M.D., Ph.D.

Page 133

1    inhibitors.

2              There's not a lot of it, but on

3    the picture within the red circle you see

4    parietal cells with kind of cytoplasmic lifts

5    pointing in towards the lumen.  It's much

6    easier if I had the pointer to show you, but

7    you basically see the parietal cells have

8    kind of extensions on their cytoplasmic --

9    plasm pointing into the -- to the -- where

10   the secretion go into the lumen.  So these

11   are what you find in patients using proton

12   pump inhibitors.

13        Q.    So -- but again, this is the

14   same CGA staining that we just looked at on

15   the previous slide?

16        A.    No, this isn't -- this is a

17   section colored with hematoxylin and eosin,

18   and it basically shows the morphology or the

19   microanatomy of the tissue.

20        Q.    Okay.  I thought this was an

21   H&E stain, but I wanted to be sure.

22              So is this still from

23   section J?

24        A.    That's right.

25        Q.    All right.  Let's look at the

Patricia Mjønes, M.D., Ph.D.

Page 134

1   next slide.

2            Again, is this an H&E magnified

3   slide taken from section J?

4        A.    That's right.  It's just to

5   show some areas of dilated glands and the

6   similar type of cytoplasmic changes in the

7   parietal cells as we saw in the previous

8   picture.

9        Q.    And again, the point in your

10  depicting these is to indicate changes to the

11  parietal cells in normal-occurring mucosa

12  from Mr. Baudin due to proton pump inhibitor

13  use?

14           MR. RESTAINO:  Katherine, they

15           seem to be frozen again.  Hold on a

16           moment.

17           (Discussion off the record.)

18           MR. GALLANT:  We're back.

19           THE WITNESS:  So could you

20           repeat the question, please?  I'm

21           sorry.

22  QUESTIONS BY MS. ALTHOFF:

23       Q.    Yes.

24           So you were telling me about

25  this slide and the previous slide, which were

Patricia Mjønes, M.D., Ph.D.

Page 135

1    both slides of normal oxyntic mucosa which

2    had been stained with H&E, right?

3         A.    That's right.

4         Q.    And the point of your taking

5    pictures of these slides was to depict

6    changes to parietal cells in normal-appearing

7    mucosa due to Mr. Baudin's use of proton pump

8    inhibitors?

9         A.    Just to illustrate what proton

10   pump inhibitor changes can look like.

11        Q.    Uh-huh.

12              And in fact, these were in

13   Mr. Baudin's slides, right?

14        A.    That's right.

15        Q.    Okay.  Let's look at page 7.

16        A.    Uh-huh.

17        Q.    And again, taken from

18   Exhibit 22.

19              And is again this an

20   H&E-stained slide of Mr. Baudin taken from

21   section J?

22        A.    Yes.

23        Q.    And it looks to depict a polyp.

24              What are you attempting to show

25   in this slide?

Patricia Mjønes, M.D., Ph.D.

Page 136

1          A.     It is just basically showing a

2     hyperplastic polyp and its relation to normal

3     mucosa.  And just to show that it's a normal

4     hyperplastic polyp and not a tumor.

5          Q.     Uh-huh.

6          A.     Not a malignant tumor.

7          Q.     Okay.  Let's look at page 8 of

8     Exhibit 22, again, an H&E stain.

9                 And what is this -- what area

10    is this showing?

11         A.     It's basically showing -- the

12    picture is kind of upside down in terms of

13    what you would normally see on -- you know,

14    when you look at things -- when you're trying

15    to explain things.

16                But what you see here is -- on

17    the bottom you see the sub -- like the

18    different -- you see the innermost layer of

19    the stomach, basically, and you see some

20    dilated glands.  And these are changes that

21    you could see as well in patients on proton

22    pump inhibitors.

23         Q.     All right.  Let's look at

24    page -- the next page.  So page -- if we can

25    flip that back around, Jeff.  Thank you.

Patricia Mjønes, M.D., Ph.D.

Page 137

1    Page 9 of Exhibit 22.

2                    And is this a picture of the

3    H&E-stained slide that we've been looking at

4    magnifications of?

5         A.    Yes, that's right.

6                    So basically on this picture

7    you see the squamous epithelium on the upper

8    right, and then in the circle you see the

9    area of cardiac mucosa measuring about

10   0.6 millimeters on that particular slide.

11                   It's also to give an

12   illustration on the distance between the

13   squamocolumnar junction and the polyp

14   pointing out.  So the squamocolumnar junction

15   is the junction between the squamous

16   epithelium and the cardiac mucosa.

17        Q.    Look at page 10 of Exhibit 22.

18   And again, an H&E stain.

19                   Is this from that same slide we

20   just looked at, which was page 9?

21        A.    That's right.

22        Q.    And what are you identifying

23   here?

24        A.    Well, it's basically -- within

25   the circle you see the squamocolumnar

Patricia Mjønes, M.D., Ph.D.

Page 138

1    junction, and the area marked with the --
2    with the red line, that's just illustrating
3    the length of the cardiac mucosa in that
4    particular slide.
5              And it shows how the cardiac
6    mucosa differs from the oxyntic mucosa
7    next -- you know, next door to it.
8         Q.    Okay.  Let's look at page 11 of
9    Exhibit 22.
10        A.    Uh-huh.
11        Q.    And it looks like we are now
12   back to an immunostain, correct?
13        A.    That's right.  And that's
14   probably synaptophysin stain.
15        Q.    And is this the same location
16   that we looked at earlier with the
17   chromogranin A stain?
18        A.    Yes, that's right.
19        Q.    Anything new or different that
20   you can see in this slide from the
21   CGA-stained slide?
22        A.    No, it basically shows the
23   same.  Less background staining.
24        Q.    Uh-huh.
25              Let's look at page 12 of

Patricia Mjønes, M.D., Ph.D.

Page 139

1    Exhibit 22.

2                    And again, synaptophysin

3    staining of the same area that we looked at

4    on the CGA slide earlier?

5           A.     Yeah.

6           Q.     Anything -- new observations on

7    this slide?

8           A.     No, no new observations apart

9    from what I already said.

10          Q.     Okay.  Let's look at page 13.

11          A.     Uh-huh.

12          Q.     And again, synaptophysin

13   staining of the same type of area that we saw

14   in the chromogranin A earlier?

15          A.     Yes, that's right.

16          Q.     Any new observations here?

17          A.     No.

18          Q.     And am I right, there were no

19   dysplastic areas in any of these slides that

20   we've just been looking at in Exhibit 22?

21   Correct?

22          A.     Yeah, no dysplastic areas.

23          Q.     All right.

24                 VIDEOGRAPHER:  One more slide,

25          Counsel.

Patricia Mjønes, M.D., Ph.D.

Page 140

```
 1              MS. ALTHOFF:  Oh, I'm sorry, I
 2        thought we were done.
 3    QUESTIONS BY MS. ALTHOFF:
 4        Q.    14, correct.  Let's go to
 5    page 14.
 6              And is this the overview slide
 7    of the synaptophysin?
 8        A.    That's right.
 9        Q.    Synaptophysin.  Okay.  Great.
10              Thanks, Jeff.  Appreciate that.
11    All right.
12              (Mjønes Exhibit 2 marked for
13        identification.)
14    QUESTIONS BY MS. ALTHOFF:
15        Q.    Let's show her what's been
16    marked as Exhibit 2.
17              And, Dr. Mjønes, this -- yeah,
18    okay.  Making sure it was the same as mine.
19    This appears to be a 13 -- no, excuse me,
20    seven-page report.
21        A.    Uh-huh.
22        Q.    And is this your final report
23    in this matter?
24        A.    Yes.
25        Q.    And so this report doesn't
```

Patricia Mjønes, M.D., Ph.D.

Page 141

1    contain the annotations that we were

2    discussing earlier today, correct?

3         A.    It doesn't -- sorry, repeat the

4    question.

5         Q.    Sure.

6               So this particular version of

7    your report does not contain any of the

8    annotations we were discussing earlier today,

9    correct?

10        A.    You mean the pictures that you

11   just showed me?

12        Q.    No, the annotations.  In other

13   words, your notes.

14        A.    Yes, right.  Sorry.  No, they

15   don't contain them.

16        Q.    All right.  Let's turn to

17   page 7.

18        A.    Uh-huh.

19        Q.    And is this the sole slide that

20   you included as part of your original report?

21        A.    That's right.

22        Q.    And it's the synaptophysin

23   stain of section J?

24        A.    That's right.

25        Q.    So the nondysplas -- one of the

Patricia Mjønes, M.D., Ph.D.

Page 142

```
 1    nondysplastic specimens, correct?
 2           A.      That's right.
 3           Q.      So going back one page to
 4    page 6.
 5           A.      Uh-huh.
 6           Q.      This is the last page of your
 7    report, correct?
 8           A.      Yes.
 9           Q.      And is that your signature?
10           A.      That's my signature, yes.
11           Q.      Was it signed April 9th of
12    2021?
13           A.      Yes.
14                   It's the same date -- yeah,
15    sorry.
16           Q.      Okay.  What else happened on
17    April 9th of 2021?
18           A.      No, it was the same day I
19    handed the box of slides back to Dr. Waldum
20    with -- that's on the chain of custody.
21                   (Mjønes Exhibit 3 marked for
22           identification.)
23    QUESTIONS BY MS. ALTHOFF:
24           Q.      Excellent.  Okay.
25                   Let's show her what's been
```

Patricia Mjønes, M.D., Ph.D.

Page 143

```
 1    marked as Exhibit 3 as well.
 2                  Doctor, handing you what's been
 3    marked as Exhibit 3 to your deposition.  And
 4    this is seven pages of information from the
 5    PGL Pathology Group of Louisiana.
 6                  I'm going to ask Jeff to scroll
 7    through this, and, if you would, confirm for
 8    me that this is the same materials that you
 9    received as it relates to the PGL, Pathology
10    Group of Louisiana.
11         A.    Looks like it so far.
12         Q.    So if we look at page 2 of
13    Exhibit 3 --
14         A.    Uh-huh.
15         Q.    -- this is entitled "Abnormal
16    Surgical Pathology Report" and relates to a
17    specimen collected on 10/5 of 2017.
18                  Do you see that?
19         A.    Yes.
20         Q.    And is this the pathology
21    report that you reviewed with regard to the
22    surgical resection?
23         A.    Yeah, I'm just going to
24    double-check --
25         Q.    Yes.
```

Patricia Mjønes, M.D., Ph.D.

Page 144

1          A.      -- if I have -- all right.
2                  Yeah, that's the same.  There's
3      just a bit different kind of -- yeah,
4      that's -- yes, that's right.
5          Q.      Okay.  Does your version have
6      any additional information than the version
7      I'm looking at, which is three pages, and
8      again entitled "Abnormal Surgical Pathology
9      Report," dated 10/5/2017, specimen collection
10     date?
11         A.      I only see three pages as well.
12     I don't see anything that's different.
13         Q.      Okay.  Does your version have
14     any notes or other annotations on it?
15         A.      I have it outlined pink on my
16     own, just so that -- that's what I usually do
17     when I read, I outline with pink just as I go
18     along, to -- you know, like -- like it's
19     just -- I can show you up in the air, but
20     it's basically -- I don't know if you can
21     see.
22         Q.      Yes, I can see it.
23                 So can you identify for us what
24     you highlighted in pink?
25         A.      Yes.  Number 1 -- so you have

Patricia Mjønes, M.D., Ph.D.

Page 145

1    to go to page 2.

2         Q.    Page -- so page 2 of the

3    surgical pathology report up at the top

4    starts with "distal margin"?

5         A.    Yes.  I highlighted "gastric

6    polyp from body."

7         Q.    Under Item Number 1?

8         A.    Yes.

9               And then on the same line I

10   highlighted "received fresh for

11   intraoperative consultation."

12              And on point number 2, "gastric

13   polyp from body" was highlighted.

14              And at the same line I

15   highlighted "received fresh for

16   intraoperative consultation."

17              Okay.

18        Q.    Yes.

19        A.    On point 3 I highlighted

20   "esophagus, proximal stomach and greater

21   omentum."

22              And I highlighted "11 times 8.2

23   times 3 centimeter partial stomach."

24              And I highlighted

25   "1.5 centimeters in length by 1.4 centimeters

Patricia Mjønes, M.D., Ph.D.

Page 146

```
 1    in diameter distal esophagus" and continued
 2    on until "additional tissue at the lesser
 3    curve."
 4                 And in the line -- in the next
 5    line I highlighted "0.8 times 0.7-centimeter
 6    vague pink suspicious area."
 7                 And then I highlighted "may,"
 8    and I highlighted "previous polypectomy
 9    site."
10                 And on the same line I
11    highlighted "at the lesser curve," and it's
12    1.2 centimeters from the gastroesophageal
13    junction.
14                 And on the next line I
15    highlighted "the apparent previous
16    polypectomy site appears confined to the
17    mucosa."
18                 And I highlighted "normal rugal
19    folds" in the same line.
20                 The next line I highlighted
21    "multiple polyps identified throughout,
22    ranging from 0.2 centimeters to
23    1.1 centimeter in greatest dimension."
24                 In the line below I highlighted
25    the gastric -- no, "the GE junction is
```

Patricia Mjønes, M.D., Ph.D.

Page 147

```
 1    well-defined."
 2                And two lines below that I
 3    highlighted "17 possible lesser curvature
 4    lymph nodes," followed by "three possible
 5    greater curvature lymph nodes," followed by
 6    "representative sections."
 7                And then I highlighted "A" and
 8    then "proximal curvature tissue" -- "the soft
 9    tissue margin."
10                I highlighted -- basically the
11    rest of the lines in point 3 are highlighted.
12         Q.    Okay.  Sections A through T?
13         A.    Yeah.
14         Q.    Okay.
15         A.    And then 4 I highlighted
16    nothing.
17                In 5, "distal gastric
18    doughnut."
19                And then in the intraoperative
20    report, I highlighted "fundic gland polyps
21    negative for malignancy."
22                And then page 3 out of 3 I
23    highlighted a point 2, "fundic gland polyps
24    negative for malignancy."
25                And then point 3 I highlighted
```

Patricia Mjønes, M.D., Ph.D.

Page 148

1    "esophageal and gastric resection margins

2    negative for malignancy."

3         Q.    Is that it?

4         A.    Yeah.  And I have -- have it

5    written, a note to -- point L where it

6    says -- you know, where the -- which is

7    lesser curvature.  I have written in

8    Norwegian, "is this a polypectomy site,

9    question mark?"

10        Q.    Did you say that was next to --

11   by -- or in relation to specimen L?

12        A.    In relation to specimen L but

13   on the bottom of the page.

14        Q.    Okay.  Gotcha.

15             Okay.  Any other handwritten

16   notes?

17        A.    No.

18        Q.    And again, the one handwritten

19   note, you were sort of writing a note to

20   yourself questioning whether section L

21   related to the prior polypectomy site?

22        A.    Yeah, not to the polypectomy

23   site, but I was wondering if he -- you know,

24   as I said before, he had three polyps.  When

25   he was on the first examination in September,

Patricia Mjønes, M.D., Ph.D.

Page 149

1  he had three polyps.  One was sent in for

2  histology.  The two remaining polyps I have

3  no information what happened to.  I don't

4  know if they were sent in or not.

5          So that's why I was asking that

6  question to myself, if that could be a

7  polypectomy site from one of those polyps.

8  But if it isn't, it could be inflammation,

9  you know.  That's basically it.

10      Q.    Okay.  On Sections 1 and 2 with

11  regard to the gastric polyp from body -- and

12  on both of those you highlighted "received

13  fresh for intraoperative consultation."

14          Why was that significant to

15  you?

16      A.    Just basically reminding me

17  that these are frozen sections, so it's

18  not -- yes.  It doesn't always make sense

19  when I highlight things.

20      Q.    No, understood.

21          Section 3, obviously you

22  considered that section to be the most

23  important, I assume, of the five?

24      A.    That's right.

25      Q.    And that's because that is the

Patricia Mjønes, M.D., Ph.D.

Page 150

1    section where they had resected the prior

2    polypectomy site, right?

3         A.    The reason I have highlighted

4    most there is because when you get an

5    operation specimen, like in Norway when we --

6    when we have operation specimens, we have

7    each section down point wise, which it's much

8    easier to see where the different sections

9    are taken from.

10              Here they're kind of baked into

11   the text, so I highlighted them to get a

12   better overview over what the different

13   sections were showing.

14        Q.    Okay.  Of what significance was

15   the size of the partial stomach and distal

16   esophagus and omentum?

17        A.    I'm not sure I understand your

18   question.

19        Q.    Right.

20              So you highlighted the sizes.

21   So the 11 by 8.2 by 3 centimeter partial

22   stomach with attached 1.5 centimeter in

23   length by 1.4 centimeter distal esophagus,

24   and the 22 by 10 by 3.5 centimeter omentum,

25   the additional tissue at the lesser

Patricia Mjønes, M.D., Ph.D.

Page 151

1    curvature, why was that information

2    significant to you?

3         A.    So it's just, as I said, my

4    highlightings.  It's just the way I read the

5    document, I highlight as I go along, and it's

6    just easier for me to just visualize what the

7    specimen looks like.  So it wasn't any more

8    significant than that.

9         Q.    The one sentence that says,

10   "The suspicious area/previous polypectomy

11   site is at the lesser curvature and is

12   1.2 centimeters from the GE junction,"

13   what -- of what significance was that to you?

14        A.    When I -- when I looked at the

15   section, it wasn't any sign of a -- like

16   normally if you -- if you say something is

17   suspicious, you'd expect to see some changes

18   in the mucosa.  There was no changes in the

19   mucosa in that section, so that's why I have

20   to kind of think through.

21             And when I read Voltaggio's

22   report, seeing that the original polyps were

23   taken three centimeters distal to the --

24   {audio interruption}

25             MS. ALTHOFF:  Jeff?

Patricia Mjønes, M.D., Ph.D.

Page 152

```
 1                   VIDEOGRAPHER:  They're frozen
 2          again.  Or she is, it looks like.
 3                   MS. ALTHOFF:  I never know if
 4          it's me or them.
 5                   VIDEOGRAPHER:  I think she's
 6          back now, Counsel.
 7                   MR. GALLANT:  Okay.  We're
 8          back.
 9                   THE WITNESS:  Yeah, so could
10          you repeat the last question, please?
11     QUESTIONS BY MS. ALTHOFF:
12          Q.    Sure.
13                  So my question was, the one
14     sentence that says, "The suspicious
15     area/previous polypectomy site is at the
16     lesser curvature, is 1.2 centimeter from the
17     GE junction," of what significance was that
18     to you?
19          A.    Well, the significance was that
20     I wanted to look at that area to see if there
21     was any sign of a polyp there or any sign of
22     dysplasia in the area, because that's where
23     they thought the suspicious lesion was taken
24     from.
25                  There's no sign of tumor in
```

Patricia Mjønes, M.D., Ph.D.

Page 153

1    that area, so it was just kind of me to get

2    an overview over -- you know, it was

3    significance -- significant in the sense that

4    there's no tumor there, so it meant that that

5    area that they thought was suspicious wasn't

6    suspicious.

7            It's not uncommon that when you

8    look at sections after getting them, what you

9    think is suspicious isn't necessarily the

10   truth when you look at the sections

11   afterwards.

12        Q.    You see something different

13   under the microscope?

14        A.    Yeah, it's not easy to

15   recognize a polypectomy site after you get

16   the specimen in a month later.

17        Q.    You also identified -- well,

18   one of the items you highlighted was that

19   there were multiple polyps identified

20   throughout, ranging from .2 centimeters to

21   1.1 centimeter in greatest dimension.

22            Of what significance was that

23   to you?

24        A.    Just to get an impression of

25   what was there, basically.  Nothing -- you

Patricia Mjønes, M.D., Ph.D.

Page 154

1    know, just to visualize what the -- when you

2    haven't seen the specimen, you're trying to

3    visualize by what other people describe to

4    you.  So it's just highlighting for my own

5    sake.

6            Q.    And you identified that the GE

7    junction was well-defined.

8                 What significance was that to

9    you, and do you agree with that

10   determination?

11           A.    Well, I haven't seen the gross

12   specimens, so I couldn't -- I can't say --

13   say something about something I haven't seen

14   like that.

15                But the fact that it's

16   well-defined tells me that there's no jagged

17   edges or something that you'd normally see in

18   the Barrett's.

19                Voltaggio has shown a picture

20   of a normal gastric junction, and she also

21   has shown a schematic presentation -- I can

22   tell you which page was it on if you want

23   to -- but just showing a picture of what an

24   esophagus can look like when you have

25   Barrett's.

Patricia Mjønes, M.D., Ph.D.

Page 155

1          Q.      Uh-huh.

2          A.      And it's -- like on page 31, I

3     think.

4          Q.      Okay.

5          A.      And on that page, you have --

6     you have a jagged appearance of the

7     esophagus.  You wouldn't call -- call an

8     esophagus looking like that well-defined.

9     Like you wouldn't call a squamocolumnar

10    junction like that looking well-defined.  So

11    it tells me that it wasn't many changes

12    consistent with the Barrett's from looking --

13    just from that description.  That's how I

14    would interpret it.

15         Q.      Okay.  And then you highlighted

16    the information about the lymph nodes and how

17    many had been taken, correct?

18         A.      Yes.

19         Q.      And ultimately all the lymph

20    nodes showed no evidence of metastasis,

21    right?

22         A.      That's right.

23         Q.      So was there anything

24    significant otherwise about that statement?

25         A.      No.

Patricia Mjønes, M.D., Ph.D.

Page 156

1          Q.      All right.  So then you

2     highlighted A through T.  And what, if

3     anything, was of significance to you from

4     those -- in other words, why did you

5     highlight those sections?

6          A.      From A to --

7          Q.      A to T, as in Thomas.

8          A.      It's basically highlighting

9     where -- that's the information that tells me

10    where the sections are taken from, so it's

11    easier for me to find.  That's why I

12    highlighted them.

13         Q.      Okay.  And, you know,

14    specifically with regard to the tissue block

15    that you got was from section J, which is

16    described here as additional polyps near the

17    GE junction, correct?

18         A.      That's right.

19         Q.      And from your pathologic

20    review, is that consistent, that description,

21    with what you saw in pathology?

22         A.      Yes, that's consistent with

23    that, that we see hyperplastic polyp.

24         Q.      In the pathology report that

25    was done by Louisiana that we've just been

Patricia Mjønes, M.D., Ph.D.

Page 157

1    looking at, they did not describe any of the

2    polyps in the esophagus, proximal stomach or

3    greater omentum as hyperplastic.

4                    Am I right?

5        A.      They described them as fundic

6    gland polyps that was -- were removed on

7    frozen section.

8        Q.      And the two frozen section

9    fundic gland polyps, of course, were negative

10   for malignancy as you've identified, correct?

11       A.      Yes.

12       Q.      All right.  Let's keep going on

13   exhibit -- Jeff, remind me.  Where are we?

14                    VIDEOGRAPHER:  3.

15                    MS. ALTHOFF:  3.  Thank you.

16   QUESTIONS BY MS. ALTHOFF:

17       Q.      Exhibit 3, the next page.  Keep

18   going.  So this will be page -- so we're now

19   on page 5, I believe, of this exhibit titled

20   "Abnormal Surgical Pathology Report," and

21   from a specimen collected on 9/12/2017.

22                    Do you see that?

23       A.      It's the one marked

24   PG-17-18840?

25       Q.      Yes.

Patricia Mjønes, M.D., Ph.D.

Page 158

1          A.      Yes, I see that.

2          Q.      And is it your understanding

3    that this is the report from the original

4    biopsy that was done during the endoscopy?

5          A.      Yes, that's right.

6          Q.      And this includes on the next

7    two pages, which are the last two pages of

8    the exhibit, the testing for HER2 gene

9    application, correct?

10         A.      That's right.

11         Q.      And in this case, they found it

12    was -- it was negative, right?

13         A.      That's right.

14         Q.      But there were increased copies

15    of number 17 chromosome and increased copies

16    of HER2 NEU, right?

17         A.      That's right.

18         Q.      What, if any, significance did

19    you take from the findings on these last

20    three pages of the report?

21         A.      I didn't find anything of

22    significance, really.  The fact that this --

23    that the -- that it was low 2 meant that it

24    wasn't amplified, so I didn't read -- I

25    didn't consider it as any more than that.

Patricia Mjønes, M.D., Ph.D.

Page 159

```
 1          Q.     Okay.  And with regard, though,
 2    to the page -- first page of the EGD surgical
 3    path report -- so go back two pages, I think,
 4    Jeff.  Yeah, right there -- the final
 5    pathologic diagnosis was focal intramucosal
 6    adenocarcinoma arising from high-grade
 7    gastric adenomatous dysplasia.
 8                 Do you see that?
 9          A.     I'm not sure if I'm the -- I'm
10    just trying to see where you said that last
11    part.
12          Q.     Sure.  Right under the big
13    black bar that says "final pathologic
14    diagnosis."
15          A.     I see it, yes, thank you.
16          Q.     Do you see there that PGL,
17    Pathology Group of Louisiana, final
18    pathologic diagnosis?
19          A.     Yes.  It says -- yes, sorry.
20          Q.     And I was asking, do you agree
21    with that pathologic diagnosis?
22          A.     Yes.
23                 Well, it's basically -- they're
24    saying it's intramucosal adenocarcinoma
25    arising in high-grade gastric adenomatous
```

Patricia Mjønes, M.D., Ph.D.

Page 160

1    dysplasia.  So it's -- you know, it's a

2    bit -- more or less agree with that.

3         Q.    Which part of that do you not

4    agree with?

5         A.    Well, basically it's a polyp

6    with high-grade dysplasia.  There might be

7    some different way of interpreting whether

8    the tumor breaks through the basal membrane

9    of the -- or not, but basically focal --

10   there are areas that could be consistent with

11   focal intramucosal adenocarcinoma based on

12   the architecture and things.  So I do agree.

13        Q.    Okay.  So you have some

14   equivocation with regard to the intramucosal

15   part of this and the intramucosal

16   adenocarcinoma versus a high-grade dysplasia

17   adenoma.

18              Am I understanding correctly?

19        A.    Yes.  Well, I don't -- I don't

20   disagree, but there are -- there are, like,

21   subtleties that -- you know, it's not

22   uncommon to have little -- you know, that

23   you -- you would be -- with agreeing, but

24   there could be little -- you'd discuss it,

25   kind of.

Patricia Mjønes, M.D., Ph.D.

Page 161

1              Not able to explain myself very

2    well now, but I'm basically in agreement.

3         Q.    Yeah.

4              And I just wanted to make sure

5    I understood which part of this statement you

6    had some minor discussion thoughts on.

7         A.    Well, basically when we see

8    arthritis intramucosal adenocarcinoma, you

9    might see smaller group of tumor cells within

10   the lamina propria, which I didn't see.  But

11   then again, the tumor shown there is where

12   you have glands melding together, which --

13   with the kind of necrotic areas within the

14   glands, as far as I remember, that could fit

15   with that.

16             So, you know, I'm -- I'm being

17   a bit backwards and forwards with that

18   regard.  But, you know, I don't -- I don't

19   disagree.

20        Q.    Okay.  At the time that you

21   reviewed the slides the first time, did you

22   have any other clinical information about

23   Mr. Baudin other than what we've just looked

24   at in Exhibit 3 and your understanding of

25   age, gender and that he had gastroesophageal

Patricia Mjønes, M.D., Ph.D.

Page 162

1    reflux disease?

2         A.    No, I didn't know that.  No,

3    I -- no, sorry, I knew that, but I don't have

4    any other clinical information.  So the rest

5    of the clinical information I got, I got

6    through Voltaggio's report.

7         Q.    Have you ever seen the

8    endoscopist's or the surgeon's report?

9         A.    I've seen it -- I've seen it

10   over the weekend.

11        Q.    Let's show her what's been

12   marked as Exhibit 4A.

13             MR. GALLANT:  Katherine, we've

14        been going about an hour, so if we

15        could -- I'm not saying a break now,

16        but if we could break in -- when it's

17        appropriate for you, that would be

18        welcomed.

19             MS. ALTHOFF:  No, let's go

20        ahead and do that now because I'll be

21        on this next exhibit for a few

22        minutes.

23             MR. GALLANT:  And I think if --

24        the hour is getting late here.  It's

25        4:30.  We've had lunch sitting outside

Patricia Mjønes, M.D., Ph.D.

Page 163

1          for four and a half hours.  So can we

2          take a break for 25 minutes and -- or

3          20 minutes and eat something or -- if

4          that's agreeable?

5                  MS. ALTHOFF:  Certainly.  That

6          would be fine.  Why don't we return at

7          noon Eastern.

8                  MR. GALLANT:  Sounds good.

9                  VIDEOGRAPHER:  Off record,

10         11:34 a.m.

11          (Off the record at 11:34 a.m.)

12                  VIDEOGRAPHER:  On record, 12 --

13         sorry, one second.  On record,

14         12:10 p.m.

15  QUESTIONS BY MS. ALTHOFF:

16          Q.    Dr. Mjønes, we are back after a

17  break, and let's go back to Exhibit 2, which

18  is your report.  And let's go back to page 1,

19  please.

20                  And if we look at that first

21  paragraph --

22                  MR. RESTAINO:  Katherine, I'm

23          sorry, this is John.  And the Internet

24          just went out and they got kicked out

25          again, or at least Michael did.

Patricia Mjønes, M.D., Ph.D.

Page 164

```
 1              MS. ALTHOFF:  Thank you.
 2              MR. RESTAINO:  And the witness.
 3         Just --
 4              MR. GALLANT:  Okay.  I think
 5         I'm okay.  Okay.
 6              THE WITNESS:  Yeah.
 7              MR. GALLANT:  Okay.  We're okay
 8         here.
 9              MS. ALTHOFF:  I can see the
10         witness again.  Okay.
11    QUESTIONS BY MS. ALTHOFF:
12         Q.    Turning your attention back to
13    Exhibit 2, Dr. Mjønes, which is your report,
14    and in particular that first paragraph at the
15    top --
16         A.    Uh-huh.
17         Q.    -- and you're talking about
18    what you received to review in this case,
19    correct?
20         A.    That's right.
21         Q.    And you identify that you
22    received a box of 58 pathology slides that
23    was received in January of 2021, right?
24         A.    That's right.
25         Q.    Okay.  How long prior to --
```

Patricia Mjønes, M.D., Ph.D.

Page 165

```
1   well, when in January, approximately, did you
2   receive the pathology slides?
3           A.      I can't remember, but I think
4   it could have been middle January, in the
5   middle of January someplace -- somewhere, but
6   I can't remember that for sure.
7           Q.      Okay.  When prior to that did
8   Dr. Waldum ask you to work on this case?
9           A.      I think he mentioned something
10  about it in November or December 2020, but I
11  can't -- I can't remember that for sure.
12          Q.      And how did he ask you?  Was it
13  in person or by e-mail or what?
14          A.      I think he probably asked me in
15  person, but I can't remember that a hundred
16  percent.
17          Q.      Do you recall what he asked you
18  to do?
19          A.      Yes, I can't remember the
20  details specifically, but I know he asked me
21  to review some slides, gaining -- like he
22  was -- I can't -- to be honest with you, I
23  can't remember the very details about how he
24  asked me, he basically asked me to review
25  some slides.
```

Patricia Mjønes, M.D., Ph.D.

Page 166

```
 1          Q.      And so -- okay.  And then you
 2     got the slides in January of 2021, and I
 3     think you said those were hand-delivered to
 4     you by Dr. Waldum, correct?
 5          A.      That's right.
 6          Q.      And then a couple months later
 7     you got a tissue -- got two tissue blocks,
 8     correct?
 9          A.      That's right.
10          Q.      And did you request tissue
11     blocks, or how did that occur?
12          A.      Basically I was asked to look
13     for signs of hyperplasia of neuroendocrine
14     cells.  And you can't look for hyperplasia of
15     neuroendocrine cells without the special
16     stains, or the immunostains.
17          Q.      And in order to do an
18     additional staining, you have to have a
19     block?
20          A.      That's right.
21          Q.      Who asked you to look for ECL
22     cell hyperplasia?
23          A.      That was Dr. Waldum.
24          Q.      And that request, was that in
25     writing or in person?
```

Patricia Mjønes, M.D., Ph.D.

Page 167

```
 1          A.      That, I can't remember.  I
 2   think he said it in person, but I can't -- I
 3   can't guarantee that it's not in writing.  I
 4   don't remember, to be honest with you.
 5          Q.      All right.  So then did you
 6   complete the review of the January received
 7   slides before you received the tissue blocks?
 8          A.      Yes.  I was nearly done with
 9   it.  I had completed it, and then I finalized
10   it once I had seen the tissue blocks.
11          Q.      So you had reviewed all of the
12   slides and made preliminary observations
13   before you received the tissue blocks?
14          A.      That's right.
15          Q.      Was there anything about your
16   review of the tissue blocks that changed your
17   observations, having reviewed the slides the
18   first time?
19          A.      No, the only thing that changed
20   was that I added the fact that there was
21   neuroendocrine hyperplasia in the -- in the
22   sections, but nothing else had changed.
23          Q.      And so then after you reviewed
24   the tissue blocks in March --
25          A.      Uh-huh.
```

Patricia Mjønes, M.D., Ph.D.

Page 168

1          Q.      -- and you prepared your

2     pathology report, which is dated April 9th of

3     2021?

4          A.      Yes.

5          Q.      But I think as you told us to

6     begin with, you were kind of developing the

7     report as you went along?

8          A.      Uh-huh.

9          Q.      When you finished your report

10    on or about April 9 of 2021, what did you do

11    with it?

12         A.      When I finished the report and

13    signed it, I hand-delivered the report.  I

14    might have sent him an e-mail with the

15    report.  I can't remember.  But I

16    hand-delivered the report, signed, with --

17    with the sections.

18         Q.      So you sent him the report

19    along with the slides that needed to be

20    returned?

21         A.      That's right.

22         Q.      And when you sent him the

23    report, you said it was signed.

24                 Was it a PDF, or what was the

25    format?

Patricia Mjønes, M.D., Ph.D.

Page 169

1        A.      I think it could have been a --
2    no, it was -- if I sent him a signed
3    version -- no, I think I handed him the paper
4    version that was signed, and that's what he
5    probably scanned -- has used.  Or what you're
6    showing me here is a scanned version of the
7    paper format that I have signed.
8        Q.      Okay.  And you said you may
9    have sent him an electronic copy as well, and
10   I was wondering if that was a PDF or --
11       A.      That would have been -- I think
12   it could have been a Word document.
13       Q.      Okay.  Would it have had your
14   electronic signature embedded or would it
15   have been unsigned?
16       A.      It probably would have been
17   unsigned if I sent it.  And I don't think I
18   had the patient identification on it, but I
19   can't -- I can't remember the details of it.
20       Q.      Okay.  Did Dr. Waldum contact
21   you to discuss your written report?
22       A.      I think he contacted me saying
23   that he was happy I had done the work, and I
24   can't remember discussing the findings apart
25   from that.

Patricia Mjønes, M.D., Ph.D.

Page 170

1          Q.     Okay.  Between -- I'm sorry, go
2    ahead.  Finish.
3          A.     So I have informed him of my
4    findings of neuroendocrine cell hyperplasia,
5    but that's also in the report.
6          Q.     And so between the time that
7    you reviewed the slides in January and before
8    you received the tissue block in March, and
9    then of course thereafter you wrote your
10   report, did you have any discussions with
11   Dr. Waldum about what you had seen in the
12   slides?
13         A.     I can't remember having any
14   discussion about it, but I can't guarantee it
15   because it's so long ago.  But I -- well, it
16   was a year ago.  But I also thought when I
17   was done looking at them in January, I
18   thought I was completed them until I realized
19   we were getting tissue blocks.
20         Q.     Did you have any discussions
21   with Dr. Waldum about what would be in your
22   report prior to writing your report?
23         A.     I think I might have said to
24   him -- but this is -- like I can't remember
25   properly.  But I might have said to him that

Patricia Mjønes, M.D., Ph.D.

Page 171

1    I'm basically agreeing with the Louisiana

2    group.  I didn't have any -- you know,

3    anything to add to -- you know, I was

4    basically in agreement with what they wrote.

5         Q.    Uh-huh.  Did you tell

6    Dr. Waldum that it was your impression that

7    the cancer was located in the non-cardia

8    regional?

9              MR. GALLANT:  Object to form.

10   QUESTIONS BY MS. ALTHOFF:

11        Q.    You can still answer, Doctor.

12        A.    Okay.

13              With it -- as far as I

14   remember, I didn't really discuss the

15   location.

16        Q.    At any time?

17        A.    That, I can't guarantee.  I

18   can't remember, to be honest with you, but I

19   can't remember that being a major topic of

20   discussion.

21        Q.    Okay.  We've identified, you

22   know, in this first paragraph that you

23   received a total of 58 slides, and those came

24   from both the EGD biopsy from September and

25   then later the resection, the surgical

Patricia Mjønes, M.D., Ph.D.

Page 172

1    resection, correct?

2          A.    That's right.

3          Q.    And you later received

4    additional slides that you now reviewed on

5    this past Saturday, correct?

6          A.    That's right.

7          Q.    And was it 83 slides, again,

8    all from the Pathology Group of Louisiana

9    that you reviewed on Saturday?

10         A.    Yes.

11         Q.    And was there -- I kind of

12   asked this, but I want to make sure I've

13   asked it completely.

14               Was there anything new or

15   different that you saw on the additional

16   slides that were first reviewed for you on

17   Saturday that was new or different than what

18   you'd seen when you reviewed the initial 58?

19         A.    No.  Because the additional

20   slides were basically other levels from the

21   same tissue blocks, and they didn't give

22   extra information.

23         Q.    So whatever observations or

24   findings that you had as it relates to the

25   H&E-stained slides and the HER2-stained

Patricia Mjønes, M.D., Ph.D.

Page 173

1    slides received from Pathology of Louisiana
2    should be exactly the same as what was in
3    your report that was appended to Dr. Waldum's
4    report, correct?
5                    {Audio interruption}
6         A.     It's unstable.  Hello.  I'm
7    back.
8         Q.     Okay.  Did you hear my
9    question, Doctor?
10        A.     I missed the last part of your
11   question.  I'm sorry.
12        Q.     So let me reask it.
13               As you've identified, any new
14   slides that you reviewed for the first time
15   on Saturday were taken from the same
16   locations as previous slides that you had
17   reviewed; they were just different levels,
18   correct?
19        A.     That's right.
20        Q.     And would you agree then that
21   because they were simply different levels,
22   that you had no new observations or findings
23   based on those pathology slides from
24   Louisiana Pathology from what you had in your
25   report that we received some months ago?

Patricia Mjønes, M.D., Ph.D.

Page 174

```
 1              MR. GALLANT:  Well, I'm going
 2         to object to form in that, you know,
 3         you and the witness have had several
 4         long conversations about things not
 5         contained in her report that are --
 6         she's observed in these slides.  I
 7         don't know if it's the new slides or
 8         old slides, but she's expressed other
 9         opinions here today already.
10              So I'm just going to make that
11         objection for the record.
12    QUESTIONS BY MS. ALTHOFF:
13         Q.    Did you understand my question,
14    Doctor?
15         A.    Can I rephrase it the way I
16    think you mean it?
17         Q.    Sure.
18         A.    Okay?
19              So what you're asking me is,
20    have I seen anything new in the slides that I
21    haven't seen before.  Is that what you --
22         Q.    Yes.  Yeah.
23              And particularly based on the
24    fact that previously you only had 58 and now
25    you have 83.
```

Patricia Mjønes, M.D., Ph.D.

Page 175

1        A.     Well, the remaining slides
2   didn't add any new information.  It basically
3   showed things I had seen before, only the
4   levels were different.
5        Q.     Okay.  You answered my
6   question.  Thank you.
7               So in other words, had you had
8   all 83 slides when you reviewed them back in
9   January of 2021 instead of just 58 slides,
10  your findings and observations would be
11  exactly the same as what was provided to us
12  in your report dated April 9th of 2021?
13       A.     Yes.
14       Q.     Let me ask you a fairly broad
15  question, Dr. Mjønes, because this might
16  short-circuit it a little bit.
17              I am going to talk to you about
18  the -- your findings related to the slides
19  from the EGD biopsy and then of course from
20  the surgical resection.
21              But then there were a number of
22  other slides relating to three different
23  surgical biopsies which you have in your
24  report, which is Exhibit 2, on pages 4 and 5.
25       A.     Okay.  Yes.

Patricia Mjønes, M.D., Ph.D.

Page 176

1          Q.      Did those surgical biopsy --
2    yeah, surgical -- not surgical.  But did
3    those biopsies provide any new or different
4    information to you with regard to your
5    findings as it relates to Mr. Baudin's tumor?
6          A.      No, not -- I don't think so.
7          Q.      Do you have an understanding of
8    the nature of those specimens, in other
9    words, when or why they were taken?
10         A.      No, I can't recall -- no,
11   basically I know that the -- the biopsy
12   marked 24887 was from the anastomotic
13   granulation tissue biopsy.
14         Q.      Uh-huh.
15         A.      Yeah?
16                 And that basically didn't give
17   any extra information.  I don't know why it
18   was taken.  I don't have information on that
19   unless it's in the...
20         Q.      And because it came from the
21   anastomosis --
22         A.      Yeah.
23         Q.      -- does that tell you that it
24   was after the surgery?
25         A.      Yeah, that would be after the

Patricia Mjønes, M.D., Ph.D.

Page 177

1  surgery.

2       Q.    Uh-huh.

3             And the other two biopsies are

4  identified as PG-18 and then five numbers,

5  and then the next one, PG-19 and five

6  numbers.

7       A.    Yes.

8       Q.    Does that provide you any

9  information with regard to when or why those

10  specimens were collected?

11      A.    Well, they were collected after

12  the surgery, considering -- I assume that 18

13  and 19 are the year the biopsies were taken,

14  so they must have been taken after the

15  surgery.  And it took me -- naturally if you

16  have some changes in the stomach, to take a

17  biopsy of them considering his history of a

18  tumor.

19      Q.    Uh-huh.

20            And is that fairly standard

21  procedure, to use the last two digits of the

22  year as those first two numbers in a biopsy

23  identifier?

24      A.    Yeah, it varies from country to

25  country, I'm sure.  Like in Norway, the two

Patricia Mjønes, M.D., Ph.D.

Page 178

1    year identifiers would be at the end of the

2    number.  You'd have the biopsy number and a

3    slash and then the year on the end.  So it

4    probably varies from country to country, but

5    that's how I would interpret it.

6        Q.    Okay.  We took a look earlier

7    today at the last page of your report --

8        A.    Yes.

9        Q.    -- so page 7, which contains an

10   image of one of the immunostained slides that

11   you or your group made, correct?

12       A.    That's right.

13       Q.    And then we also looked at

14   Exhibit 22, which was a series of images

15   taken from slides made of the tissue block

16   which was at site N during the surgical

17   resection, correct?

18       A.    So site J, not N.

19       Q.    Excuse me.  Site N, thank -- or

20   site J.  Thank you.

21            My question, though, is, do you

22   have in your possession any other images of

23   any pathology relating to Mr. Baudin, whether

24   it was sort of -- the slides were created by

25   you or whether they were created by Pathology

Patricia Mjønes, M.D., Ph.D.

Page 179

1    Group of Louisiana?

2              A.    No.

3                    What we do have in the

4    department are scanned images of the sections

5    that were -- you know, from the -- sections

6    from the tissue blocks and the immunostains.

7    That's what we have in our department.

8              Q.    Okay.  And what I'm asking is,

9    we looked through 14 images in Exhibit 22,

10   and what I want to know is, are there any

11   other images that we haven't looked at today?

12             A.    No.

13             Q.    So, you know, we're going to

14   talk in a little bit about the copy of your

15   report with the pink annotations --

16             A.    Yes.

17             Q.    -- right?

18             A.    Uh-huh.

19             Q.    And I'm going to mark that as

20   an exhibit here in a minute, but I just had

21   another question, which was, do you have any

22   other documents or notepads or anything like

23   that in your possession where you took notes

24   related to your review in this -- your work

25   in this litigation?

Patricia Mjønes, M.D., Ph.D.

Page 180

1        A.      Well, on my computer and after

2    when I looked at Voltaggio's report, I

3    probably have highlighted some -- I

4    highlighted a couple of, you know, note boxes

5    on those, but I don't have them here.

6        Q.      Okay.  So you have an

7    annotated, if you will, copy of

8    Dr. Voltaggio's report?

9        A.      That's right.

10       Q.      Do you have any other like --

11    like almost like an index of every one of the

12    slides you reviewed and any comments about

13    your observations, other than what has been

14    included in your annotated report?

15       A.      No.

16               MS. ALTHOFF:  Can we go off for

17           just a minute?  I think I need to grab

18           some water.  Let's go off the record.

19               MR. GALLANT:  Sure.

20               VIDEOGRAPHER:  Off record,

21           12:31 p.m.

22            (Off the record at 12:31 p.m.)

23               VIDEOGRAPHER:  On record,

24           12:32 p.m.

25

Patricia Mjønes, M.D., Ph.D.

Page 181

1    QUESTIONS BY MS. ALTHOFF:

2         Q.    Dr. Mjønes, are there any other

3    documents relating to any of the work that

4    you've done in this matter that contain notes

5    or annotations of any kind?

6         A.    Not that I'm aware of.

7         Q.    I know you've told us that

8    Dr. Waldum asked you to do this pathologic

9    review.

10              Did anyone else direct your

11   work?

12        A.    No.

13        Q.    We looked at an e-mail earlier

14   today which was Exhibit 14, which we don't

15   have to bring it up right now, but that was

16   the one titled "Travel Expenses and Work

17   Invoice" and discussed the $400 per hour?

18        A.    Yes.

19        Q.    And that e-mail is dated

20   November 15th of 2021.

21        A.    Uh-huh.

22        Q.    Prior to that time, did you

23   have any idea that you were going to be paid

24   for this work?

25        A.    I had an understanding of it.

Patricia Mjønes, M.D., Ph.D.

Page 182

1          Q.     Okay.  When did you first have

2     that understanding?

3          A.     When I was asked to do it,

4     probably.

5          Q.     And who did you understand

6     would be paying you to do the work?

7          A.     Well, I would have -- Waldum

8     would have been told that it would be paid

9     by -- by the company, the -- Restaino and

10     Gallant.

11          Q.     Okay.  Did you have an

12     understanding that you would be paid directly

13     or that you would be paid through Dr. Waldum?

14          A.     That, I don't know.  I didn't

15     know that.

16          Q.     And again, it was Dr. Waldum --

17     between Dr. Waldum and you that decided the

18     25 hours and the $400 per hour, correct?

19               MR. GALLANT:  Object to form.

20               You can answer.

21               THE WITNESS:  Okay.

22               Well, basically, it was going

23          back trying -- trying to work out the

24          hours, and then it -- it didn't have

25          specific times and hours written up,

Patricia Mjønes, M.D., Ph.D.

Page 183

```
 1          so that's how we -- basically -- how

 2          can I say it?  I was trying to

 3          remember how many hours I had spent on

 4          it by thinking of when I did the work.

 5               And I did the work during a

 6          week where I didn't have normal

 7          diagnostic routine, so that's how I

 8          kind of got to -- got to the result of

 9          the hours.

10  QUESTIONS BY MS. ALTHOFF:

11          Q.    Okay.

12          A.    If that makes sense.

13          Q.    It sounds like most of these

14  discussions about you doing the work and how

15  much and how much time were going through

16  Dr. Waldum; is that accurate?

17          A.    That's right.

18          Q.    So you weren't having these

19  direct discussions with Mr. Restaino or

20  Mr. Gallant or anyone else representing

21  Mr. Baudin?

22          A.    No.

23          Q.    Do you recall when the first

24  time was that you yourself had any written

25  correspondence or talked to one of the
```

Patricia Mjønes, M.D., Ph.D.

Page 184

 1   lawyers?

 2         A.    That would have been not that

 3   long ago.  I can't remember any details and I

 4   can't remember exact dates, but I talked to

 5   John through e-mail --

 6               MR. GALLANT:  And I'm just

 7         going to object again.  If -- you

 8         know, and direct you not to discuss

 9         things you discussed with

10         Mr. Restaino.

11               In terms of when you were

12         contacted, if you can recall that,

13         that is appropriate.

14               THE WITNESS:  Yeah.

15   QUESTIONS BY MS. ALTHOFF:

16         Q.    So I think you were telling me

17   when you were communicating with

18   Mr. Restaino.

19               So do you want me to reask the

20   question?

21         A.    Yes, please.

22         Q.    Okay.  Let me ask it this way.

23               When was the first time, and an

24   approximate date is fine, that you

25   communicated in writing with Mr. Restaino,

Patricia Mjønes, M.D., Ph.D.

Page 185

1    Mr. Gallant or anyone else on behalf of

2    Mr. Baudin?

3         A.    I actually don't know if I'd be

4    able to give you an exact date because I

5    can't remember, but it -- I would say maybe a

6    few -- a few weeks back.

7         Q.    And when was the first time

8    that you talked with anyone representing

9    Mr. Baudin, that being Mr. Restaino,

10   Mr. Gallant or anyone else?

11        A.    Well, in relation to this case,

12   it's been during the last week.

13        Q.    Have you talked with any of

14   these lawyers with regards to other cases in

15   litigation?

16        A.    No.

17        Q.    Well, I guess while we're on

18   the topic of this, when was the last time

19   that you talked to Dr. Waldum?

20        A.    I talked to him -- trying to

21   think.  It was a couple of days ago maybe.

22        Q.    So today is Monday.

23              Did you talk to him over the

24   weekend?

25        A.    No, not during the weekend.  I

Patricia Mjønes, M.D., Ph.D.

Page 186

1    think the last time I talked to him was

2    Thursday or Friday before I got the slides.

3         Q.    And you haven't talked to him

4    since you got the slides back?

5         A.    No, I haven't discussed the

6    slides with him.

7         Q.    And so I assume then Dr. Waldum

8    wasn't in on any of the meetings that you had

9    this weekend?

10        A.    No.

11        Q.    So going back to Exhibit 2,

12   let's pull that up and make sure we have

13   that.  And this is your report that we

14   received which was dated April 9th of 2021.

15        A.    Uh-huh.

16        Q.    As you sit here today -- and

17   again, we'll look at those annotations.  But

18   do you have any changes to this report or is

19   this your final report?

20        A.    So this is my final report.

21        Q.    With regard to the re-review of

22   the pathology that was conducted this last

23   Saturday, did you request to see the slides

24   again, or how did that come about?

25        A.    I don't remember exactly how,

Patricia Mjønes, M.D., Ph.D.

Page 187

```
 1    but basically I said that it's more than a
 2    year since I've seen the slides, so I can't
 3    remember the fine details of every slide.
 4                 And also when I saw the
 5    pictures from Voltaggio -- Voltaggio, I
 6    thought it would be -- you know, to remember,
 7    recall what I've seen, it would only be fair
 8    to see them again.
 9                 So, you know, I didn't ask for
10    them, but I was offered them.  They said they
11    were coming along.
12         Q.    Have you been asked to be an
13    expert witness in this case?
14         A.    No.
15         Q.    Have you advised anyone that
16    you will not be an expert witness?
17         A.    Would you please rephrase the
18    question?
19         Q.    Sure.
20                 Have you told anyone that you
21    do not want to be an expert witness?
22         A.    Well, I've said that I'm not --
23    I wouldn't like to be in a situation where I
24    have to -- having a deposition like you're
25    having now.
```

Patricia Mjønes, M.D., Ph.D.

Page 188

1        Q.     Okay.  All right.  Have you
2   been asked to testify at the trial in the
3   United States?
4        A.     Not directly, no.
5        Q.     When you say "not directly,"
6   that's always going to prompt me to ask you,
7   what do you mean by that?
8        A.     Well, I have been told that it
9   would be a court case, not -- I'm being told
10  that afterwards.  But I've been under the
11  impression that I wouldn't have to be
12  deposed.  So I didn't think it would be
13  relevant for me.
14       Q.     Has anyone told you that you
15  will not have to testify at trial?
16       A.     Well, I kind of got that
17  impression, that I wouldn't have to.
18       Q.     Have you ever been to the
19  United States?
20       A.     Yes.
21       Q.     Okay.  Have you reached any
22  opinion, Dr. Mjønes, with regard to whether
23  Mr. Baudin's PPI use caused or contributed to
24  any adverse medical condition that he has
25  experienced?

Patricia Mjønes, M.D., Ph.D.

Page 189

1          A.     Sorry, could you please

2     rephrase it?  No, not rephrase it, repeat it.

3     Sorry.

4          Q.     Sure.

5                 Have you reached any opinion

6     with regard to whether Mr. Baudin's proton

7     pump inhibitor use caused or contributed to

8     any adverse medical condition that he has

9     experienced?

10         A.     The only thing is that I --

11    when you have hypergastrinemia, which can be

12    caused by proton pump inhibitors, that can

13    cause hyperplasia in neuroendocrine cells.

14                But apart from that, I don't

15    have any opinion.

16         Q.     Okay.  And you saw, when you

17    looked at some of the specimens -- and in

18    particular we're talking about specimen J --

19         A.     Yes.

20         Q.     -- and stained it for

21    neuroendocrine markers, you saw what you

22    believed to be hyperplasia of the

23    neuroendocrine cells there, correct?

24         A.     That's right.

25         Q.     And I guess -- so let me ask --

Patricia Mjønes, M.D., Ph.D.

Page 190

1    and are you -- well, strike that.

2              Do you consider hyperplasia to

3    be an adverse medical condition, ECL cell

4    hyperplasia?

5         A.    Well, if you have -- have it

6    over time, it can eventually develop into a

7    neuroendocrine tumor.

8         Q.    Do you -- is it your opinion

9    that ECL cell hyperplasia more likely than

10   not leads to a neuroendocrine tumor?

11        A.    It may lead to that, but it

12   doesn't always lead to that.

13        Q.    Do you have any opinion in this

14   case as to whether Mr. Baudin's ECL cell

15   hyperplasia had led to any type of

16   neuroendocrine tumor?

17        A.    He didn't have a neuroendocrine

18   tumor, so it didn't lead to that in this

19   case.

20        Q.    Okay.  Do you have any opinions

21   about whether his ECL cell hyperplasia that

22   you saw in specimen J will more likely than

23   not lead to a neuroendocrine tumor in

24   Mr. Baudin?

25        A.    That, I can't -- that's

Patricia Mjønes, M.D., Ph.D.

Page 191

1    impossible for me to say.

2         Q.    That would require you to

3    speculate?

4         A.    Yeah, and I can't -- I can't

5    answer that question.

6         Q.    And just to be clear, why can't

7    you answer that question?

8         A.    Well, I -- I mean, it takes

9    many -- it can take some years for a -- the

10   hyperplasia to develop into a tumor like

11   that.  So I don't know.  I can't speculate

12   what will happen to him.

13        Q.    And it's your understanding

14   that in -- even as you see it, in not all

15   cases does ECL cell hyperplasia lead to a

16   neuroendocrine tumor in humans?

17        A.    Not in -- not in all cases.

18   Usually you could have some other factors

19   contributing.

20        Q.    Okay.  What do you mean by

21   that?

22        A.    Well, if you -- so if you have

23   mutation, for example, in the MEN1 gene, for

24   example, that would be an additional factor.

25   But -- but that could lead to a tumor.

Patricia Mjønes, M.D., Ph.D.

Page 192

1              But I don't know if it would --
2    would develop into a tumor in his case.
3    That, I don't know.  But if it -- if it --
4    continues to take it over a long time, who
5    knows.  It could.
6         Q.    Do you know whether Mr. Baudin
7    had the genetic mutation of MEN1?
8         A.    No.  I don't --
9         Q.    Do you know -- do you know
10   whether he's been tested for it?
11        A.    That, I don't know.
12        Q.    And is there a clinical test
13   for that gene alteration?
14        A.    Yeah, I'm sure there are ways
15   to test for it.
16        Q.    So again, just to be clear, as
17   it relates to Mr. Baudin, it is not your
18   opinion that the ECL cell hyperplasia that
19   you saw in specimen J will lead to a
20   neuroendocrine tumor for Mr. Baudin?
21              MR. GALLANT:  Object to form.
22              You can answer.
23              THE WITNESS:  Yeah.
24              No, I don't know if it could
25         lead to that or not.  I mean, if it

Patricia Mjønes, M.D., Ph.D.

Page 193

```
 1          continues -- if he continues to take
 2          something that causes -- causes
 3          hyperplasia of the neuroendocrine
 4          cells, eventually, you know, it could
 5          become a tumor.
 6               But if he stopped taking
 7          whatever causes the hyper -- causes
 8          the hyperplasia of the neuroendocrine
 9          cells, then maybe not.  I don't know.
10     QUESTIONS BY MS. ALTHOFF:
11          Q.    Let's say he doesn't stop
12     taking a proton pump inhibitor and continues
13     to take it.
14               Is it your opinion that he will
15     develop a neuroendocrine tumor from the ECL
16     cell hyperplasia?
17          A.    Well, in theory over a long
18     time, he could.
19          Q.    Well, again, is it your opinion
20     that it could or it will?
21          A.    It could.
22          Q.    And since your opinion is it
23     could, you've also -- well, did we lose her
24     again?
25          A.    No, I'm here.
```

Patricia Mjønes, M.D., Ph.D.

Page 194

1             MR. GALLANT:  We're here.

2             MS. ALTHOFF:  Okay.  We lost

3        video for a second.  Okay.

4    QUESTIONS BY MS. ALTHOFF:

5        Q.    So since it's your opinion that

6    taking PPIs -- continuing to take PPIs over a

7    long time could cause Mr. Baudin to develop a

8    neuroendocrine tumor from his ECL cell

9    hyperplasia, is it also your opinion that it

10   may not?

11       A.    I don't know.  I can't predict

12   the future.

13       Q.    Do you plan to offer any

14   testimony in this case, Dr. Mjønes, with

15   regard to rebound acid hypersuppression?

16       A.    No.

17       Q.    Maybe I should have asked this

18   at the very beginning, Dr. Mjønes, but you've

19   never met me or any of the other lawyers on

20   this call other than Mr. Gallant and

21   Mr. Restaino; is that correct?

22       A.    That's correct.

23       Q.    And you've never been retained

24   by me or worked with anybody from my law

25   firm, which is Ice Miller, or anyone from

Patricia Mjønes, M.D., Ph.D.

Page 195

```
 1    Arnold & Porter; is that correct?
 2           A.     That's correct.
 3           Q.     You talked about having
 4    reviewed, of course, Lysandra Voltaggio's
 5    expert report.
 6                  Have you reviewed any expert
 7    reports from any other experts either for the
 8    plaintiff or for -- from AstraZeneca?
 9           A.     No.
10           Q.     Let's talk for a minute about
11    the additional staining again that you did on
12    Dr. -- on Mr. Baudin's two tissue blocks, one
13    being from the cancer biopsy and then the
14    other one being from section J of the
15    resection, which was not from the tumor site.
16           A.     Uh-huh.
17           Q.     You used two different stains,
18    and tell us again what those were.  CGA
19    and --
20           A.     Synaptophysin.
21           Q.     And I think you told us that
22    these are both stains that are used to
23    identify neuroendocrine cells?
24           A.     That's right.
25           Q.     In terms of your clinical
```

Patricia Mjønes, M.D., Ph.D.

Page 196

1    practice there in Trondheim, with what

2    frequency and in what situations do you use

3    this -- these stains?

4         A.    We use these stains to confirm

5    if you have a neuroendocrine tumor, which is

6    usually based on the morphological appearance

7    of the tumor.  And then if you suspect it's a

8    neuroendocrine tumor, you would do those

9    stains to confirm it.

10             In certain situations you can't

11   be completely sure that it's neuroendocrine

12   tumor, but you have morphology or changes

13   that would give you suspicion of it.  Then

14   you'd also do synaptophysin and chromogranin

15   A to confirm it.

16             In some conditions, such as

17   auto and chronic atrophic gastritis, where

18   you also -- one of the findings in that

19   situation, you have hyperplasia of

20   neuroendocrine cells, you'd also do those

21   stains to confirm hyperplasia of

22   neuroendocrine cells or a neuroendocrine

23   tumor.

24        Q.    Okay.  With regard to

25   Mr. Baudin's tumor, in the ordinary clinical

Patricia Mjønes, M.D., Ph.D.

Page 197

1    course, given that you have identified it as

2    an intramucosal adenocarcinoma, would you

3    order the additional stains?

4         A.    I wouldn't normally order it on

5    the tumor itself, not based on the appearance

6    of this tumor, but we would do -- like if we

7    had any reason to believe that it could be

8    hyperplasia of neuroendocrine cells, we would

9    do it on the normal tissue if there was an

10   indication for it.

11        Q.    In this particular instance, if

12   you had received again Mr. Baudin's specimens

13   in the ordinary course of your work in

14   Trondheim, would you have ordered the

15   additional stains?

16        A.    I probably wouldn't have, but

17   if I had -- if a clinician asked me if there

18   were -- sometimes we get biopsy samples where

19   they ask if there's presence of -- if you

20   have hyperplasia of neuroendocrine cells.

21   Then I do the stain because it's not -- you

22   can't see if it's hyperplasia of

23   neuroendocrine cells in the normal --

24   normal-looking oxyntic mucosa.

25        Q.    And in the sending of an

Patricia Mjønes, M.D., Ph.D.

Page 198

1    intramucosal adenocarcinoma --

2          A.     Uh-huh.

3          Q.     -- what difference would

4    staining with these additional immunostains

5    for neuroendocrine cells make in your

6    diagnosis?

7          A.     In this particular case they

8    wouldn't make any difference in the

9    diagnosis.

10          Q.     So would you agree that the

11    fact that the original ordering pathologist

12    did not order these type of additional stains

13    for neuroendocrine cells was within the

14    standard of care?

15          A.     Yeah, that -- that -- if I

16    understand you right, I don't think it was

17    anything wrong that they didn't order them.

18    I think that's fair.

19          Q.     Okay.  So simultaneously, you

20    would also agree that the classification as

21    an intramucosal adenocarcinoma could be made

22    upon H&E-stained slides only?

23          A.     Yes.  And -- of the tumor, yes.

24          Q.     With regard to Baudin's gastric

25    cancer, what, if anything, did the additional

Patricia Mjønes, M.D., Ph.D.

Page 199

```
 1    stains on the tumor site, biopsy site and the
 2    specimen J provide to your diagnosis of
 3    findings in this case?
 4         A.    What it provided me?
 5         Q.    Uh-huh.
 6         A.    Well, it gave the additional
 7    information that there was neuroendocrine
 8    cell hyperplasia.  You wouldn't have seen
 9    that without doing those stains.
10               You see in Voltaggio's report
11    as well.  She didn't see them without seeing
12    the stains either.
13         Q.    Right.
14               And my question is, what did
15    seeing those neuroendocrine cells on these
16    additional stains -- what, if any,
17    information did that provide for you with
18    regard to Mr. Baudin's diagnosis?
19         A.    No, they don't give any
20    additional information with regard to his
21    tumor diagnosis.
22         Q.    Does the -- did those stained
23    slides provide you with any other information
24    with regard to the cause of Mr. Baudin's
25    intramucosal adenocarcinoma?
```

Patricia Mjønes, M.D., Ph.D.

Page 200

```
 1          A.      No, not to the carcinoma
 2   itself.
 3          Q.      Did the presence -- you know,
 4   the stain work that you did, did it provide
 5   any information with regard to the tumor
 6   location?
 7          A.      No.
 8          Q.      Did the additional staining
 9   provide any information to -- or additional
10   information to you with regard to
11   Mr. Baudin's prognosis from the gastric
12   cancer?
13          A.      No.
14          Q.      Typically when you are looking
15   at slides in your clinical practice, do you
16   typically have corresponding and correlating
17   clinical information with regard to the
18   patient?
19          A.      Yes, I do.
20          Q.      Do you typically have more
21   information about the clinical picture of the
22   patient than you did here for Mr. Baudin when
23   you first reviewed his slides?
24          A.      Well, typically when we get
25   preparation sent to us, we get information
```

Patricia Mjønes, M.D., Ph.D.

Page 201

1   from the clinicians.  If we don't find the --

2   find the information enough, we go into the

3   patient journal to see if we can find

4   additional information to help us along, to

5   give us an answer.

6        Q.    I maybe should have asked this

7   a little bit better.  Here's a better

8   question.

9            Before you finalized your

10  report, which is Exhibit 2 we're looking at

11  here on the screen --

12       A.    Yes.

13       Q.    -- did you have the same level

14  of clinical information that you typically

15  have when you review pathology slides in your

16  normal clinical practice?

17       A.    Yeah.  I would say it's quite

18  similar.  I just have to -- I'm just going to

19  look very quickly.

20       Q.    Sure.

21       A.    I probably have -- we might

22  have a little bit more information, actually.

23  But we usually have a little section where

24  the -- where the surgeon could say where the

25  tissue is from and why it's removed and what

Patricia Mjønes, M.D., Ph.D.

Page 202

1    type of preparation we got, which isn't

2    completely obvious to me -- wait again.

3              Yeah.  So what I -- what we

4    have on this -- these reports are basically

5    the gross description of the -- of the things

6    and not necessarily that much information

7    from the surgeons that did the operation.

8         Q.    Right.

9              So typically when you are

10   looking at specimens in your ordinary

11   clinical practice that would be similar to

12   the types of specimens you were looking at

13   with Mr. Baudin, would you typically know,

14   for instance, where the surgeon or

15   endoscopist identified the tumor in situ?  So

16   in place?

17        A.    Well, if they think they know

18   where it is, they let you know.  Like, for

19   instance, if they send you a specimen

20   similar -- similar to this where the tumor is

21   located in the junction, they would let you

22   know that there's a tumor situated in the

23   junction.  Or they'd usually tell you where

24   they think the tumor is, and then you do your

25   own examination and see if it correlates with

Patricia Mjønes, M.D., Ph.D.

Page 203

1    their -- with what they said.

2         Q.    And you had less information

3    about that in this particular review?

4         A.    Yes.

5         Q.    And typically when you are

6    looking at pathology slides from a patient

7    similar to Mr. Baudin, would you typically

8    know what their past history was in the sense

9    of, you know, whether they had GERD or

10   Barrett's or other gastrointestinal diseases?

11        A.    Quite often they give it most

12   relevant information in -- in the -- you

13   know, they have a little note where they

14   write what -- the reason for sending the

15   preparation.  Like a clinical note.  And

16   normally they give you the most relevant

17   information there but not necessarily.  It's

18   varies from surgeon to surgeon.

19        Q.    And so is that here what you

20   would equate to what was included -- we look

21   at, again, Exhibit 3, page 2.  And you look

22   at the very top there, it says, "Clinical

23   data, gastric adenocarcinoma."

24              Do you see that?

25        A.    Yes.

Patricia Mjønes, M.D., Ph.D.

Page 204

1          Q.      And -- go ahead.

2          A.      Yeah, we normally have little

3    bit more information than that in the

4    clinical data.

5          Q.      Yeah.

6                  Having additional clinical

7    data, would that have been helpful to your

8    analysis the first time you looked at the

9    slides?

10         A.      Probably, yes.

11         Q.      Do you know whether Mr. Baudin

12   had ever been diagnosed with H. pylori

13   infection?

14         A.      No.  I think they did staining

15   for it.

16         Q.      And the staining that they did

17   for H. pylori, would it show infection that

18   had been treated in the past?

19         A.      Not if they got -- got rid of

20   it completely.

21         Q.      And would you agree that even

22   an eradicated H. pylori infection remains a

23   risk factor for gastric cancer?

24                 MR. GALLANT:  Object to the

25         form.

Patricia Mjønes, M.D., Ph.D.

Page 205

1    QUESTIONS BY MS. ALTHOFF:
2            Q.    You can still answer.
3            A.    Sorry.
4                  It depends on how much damage
5    the pylori has done to the mucosa.  I'd say
6    if it has caused atrophy of the stomach and
7    things, it would be more related to gastric
8    cancer than if it was treated early on.  But
9    I wouldn't be able to answer that properly --
10   well enough for you.
11           Q.    Do you know whether or not
12   H. pylori is the most common cause currently
13   of gastric cancer?
14           A.    Yeah, I know that.
15           Q.    Do you have an understanding,
16   Dr. Mjønes, as to the nature and extent of
17   Mr. Baudin's gastroesophageal reflux disease?
18           A.    No, I don't know many details
19   about that.
20           Q.    Do you have any information
21   with -- well, strike that.
22                 I assume you're aware because
23   of this -- the pathology reports that
24   Mr. Baudin had a hiatal hernia?
25           A.    Yes.

Patricia Mjønes, M.D., Ph.D.

Page 206

1        Q.      Do you know how extensive that
2    hiatal hernia was?
3        A.      I think I read in -- read that
4    it was 50 percent of the stomach was in the
5    thoracic region.
6        Q.      Do you know how long Mr. Baudin
7    had suffered from that condition?
8        A.      I think it was something about
9    it in Voltaggio's report, but I can't
10   remember exactly what it said.
11       Q.      Do you have an understanding of
12   whether Mr. Baudin suffered from obesity?
13       A.      No, that I don't know anything
14   about.
15       Q.      And do you know whether or not
16   Mr. Baudin had ever suffered from peptic
17   ulcer disease or NSAID ulcers?
18       A.      No, I don't know.
19               (Mjønes Exhibit 4A marked for
20               identification.)
21   QUESTIONS BY MS. ALTHOFF:
22       Q.      Let's go for a moment to
23   Exhibit 4A, Jeff.
24               I'm showing you what's been
25   marked, and I know at little hard to read, as

Patricia Mjønes, M.D., Ph.D.

Page 207

1      Exhibit 4A.  And this is a two-page document,

2      Dr. Voltaggio {sic}.  Do you --

3      Dr. Voltaggio.  Dr. Mjønes.

4                  Do you recognize the substance

5      of this document?

6           A.      No, it doesn't look familiar to

7      me.

8           Q.      If you look at the operative

9      procedure, it's about halfway down, do you

10     see where it says, "Esophagogastroduodenoscopy

11     with multiple biopsies"?

12          A.      Yes.

13          Q.      Have you seen this EGD report

14     for Mr. Baudin from 9/12/2017 prior to today?

15          A.      I saw a report last night that

16     was from -- but I don't think -- I can't

17     remember if this is the exact one.

18          Q.      This one is from September

19     of 2017.  This is the EGD where if you read

20     down through it they took the biopsy which

21     was then diagnosed as the intramucosal

22     adenocarcinoma.

23                  Have you seen this report?  Is

24     this the same one you saw?

25          A.      I think it's the operative one

Patricia Mjønes, M.D., Ph.D.

Page 208

1   I saw, but I can't remember exactly --
2       Q.    Okay.
3       A.    -- if it is the same.
4       Q.    Let's take a look at
5   Exhibit 4B.  We'll come back to 4A.
6       A.    Uh-huh.
7             (Mjønes Exhibit 4B marked for
8             identification.)
9   QUESTIONS BY MS. ALTHOFF:
10      Q.    Handing you what's been marked
11  as Exhibit 4B to your deposition, Dr. Mjønes,
12  this is the operative note dated 10/5/2017
13  for Mr. Baudin.
14            Do you see that?
15      A.    Yes.
16      Q.    And have you seen this exhibit
17  prior to today?
18      A.    I think that's maybe the one
19  I've seen.  I don't think I've seen the
20  previous one, but I might have seen that one.
21  Yeah.
22      Q.    You saw this for the first time
23  yesterday?
24      A.    Yes.
25      Q.    Where did you get it from?

Patricia Mjønes, M.D., Ph.D.

Page 209

```
 1            MR. GALLANT:  Object to form.
 2       And I'm going to object on privilege.
 3       You're seeking to learn about
 4       communications with --
 5  QUESTIONS BY MS. ALTHOFF:
 6       Q.    All right.  Let me ask a
 7  different question.
 8            Did you receive a copy of
 9  Exhibit 4B or a substantially similar
10  document from Dr. Waldum?
11       A.    No.
12       Q.    What if anything of
13  significance did you take from the
14  information contained in Exhibit 4B that you
15  looked at last night?
16       A.    The fact that the polyps were
17  3 centimeters distal from the gastric --
18  gastroesophageal junction, yeah.
19       Q.    And that's the same information
20  that you had seen in Dr. Voltaggio's report,
21  right?
22       A.    That's right.
23       Q.    Do you disagree that
24  3 centimeters from the GE junction can
25  geographically be the cardia region?
```

Patricia Mjønes, M.D., Ph.D.

Page 210

1        A.     I'd say it's -- it's likely
2   distal to the cardia.
3        Q.     What do you consider to be the
4   largest -- or the furthest distal from the
5   ECG junction that you can have the cardia?
6        A.     It's hard to put an exact
7   number, but usually -- usually it's been --
8   it's been thought of to be 1 to
9   2 centimeters, but it kind of -- the
10  understanding now is probably narrower.
11             And in Baudin's case, the
12  cardiac mucosa, as I showed you on the
13  slides -- you actually see the cardiac
14  mucosa.  It's only 0.6 centimeters or
15  1 millimeter.  It's not that big.
16             So based on what I see on his
17  sections, in his case I highly doubt that his
18  cardia region is 2 centimeters.
19       Q.     Okay.  So just to recap for a
20  moment, you are comfortable you saw the
21  substance of Exhibit 4B, which is the
22  operative note, yesterday, but you're not
23  sure whether you saw Exhibit 4A, which was
24  the operative note from the EGD dated
25  9/12/17; is that right?

Patricia Mjønes, M.D., Ph.D.

Page 211

1          A.     That's right.  I can't remember

2    seeing that one because of the format.  No, I

3    can't -- I can't remember seeing the

4    endoscopy report.

5          Q.     Let's go back to 4A.

6          A.     Uh-huh.

7          Q.     And again, if you look at the

8    procedure in detail -- let's blow that up a

9    little bit towards the bottom of the first

10   page, Jeff.

11         A.     Yeah.

12         Q.     And looking at that last

13   section, which I'll tell you take a look at,

14   would you -- my question will be, could you

15   agree with me the endoscopist identified

16   Barrett's -- changes consistent with

17   Barrett's at the GE junction?

18         A.     I can see that he says that,

19   but you can't diagnose Barrett's without

20   histology.

21         Q.     How does Barrett's appear on

22   EGD?

23         A.     On histology?

24         Q.     No.

25                How would Barrett's appear to

Patricia Mjønes, M.D., Ph.D.

Page 212

1    an endoscopist visually?

2         A.    Well, visually -- like the

3    esophagus would visually have a whitish gray

4    surface, while glandular mucosa will

5    typically have a salmon-colored mucosa.  Or

6    surface.  So in Barrett's, you know, where --

7    in case where they suspect -- {audio

8    interruption}

9              Hello.  Did you hear anything

10   at all that I said?

11        Q.    No.

12             You were describing how a --

13   how Barrett's would appear to an endoscopist,

14   and you were saying, so in Barrett's, and

15   then it --

16        A.    For one thing, I'm not an

17   endoscopist, but from clinicians showing me

18   how it looks like, a normal squamous -- so,

19   you know -- the mucosa of a squamous

20   epithelium would typically look more whitish

21   gray, while the mucosa in cases of Barrett's

22   would typically be more salmon-colored.

23             But the salmon-colored mucosa

24   would tell you that it's columnar epithelium

25   there, but it won't tell you whether it's

Patricia Mjønes, M.D., Ph.D.

Page 213

1    goblets cells there or not.

2         Q.    And from your -- I'm sorry, go

3    ahead.

4         A.    So in order to diagnose

5    Barrett's, you'd have to have the goblet

6    cells present.

7         Q.    We can take that one down.

8              Let's go back to that, sorry,

9    Exhibit 4A just for a minute.  In particular,

10   page 2.

11        A.    Uh-huh.

12        Q.    So again, we're continuing on

13   page 2 with the procedure detail.  And if you

14   look at paragraph 3, or the second full

15   paragraph here --

16        A.    Yes.

17        Q.    -- does the endoscopist

18   identify that he visualized Barrett's

19   esophagus again for a second time when he's

20   coming sort of back up through the esophagus?

21        A.    Where does it say -- where do

22   you see?

23        Q.    Yeah.  So I was -- the second

24   paragraph from the bottom.

25        A.    I see it.  I see it.  Yeah,

Patricia Mjønes, M.D., Ph.D.

Page 214

1    sorry.

2                    "We carefully removed the scope

3    and quickly visualized the remainder of the

4    GE junction," and then noticing -- "again

5    noticing the Barrett's esophagitis changes at

6    the gastroesophageal junction and mild

7    esophagitis."

8                    Yeah.  I see that he writes

9    that.

10        Q.    Okay.  I'm done with that.

11                    As we were just going through

12    that EGD report and the surgical report,

13    Doctor -- and you mentioned that you're not

14    an endoscopist, correct?

15        A.    That's right.

16        Q.    And you're not a

17    gastroenterologist either, correct?

18        A.    That's right.

19        Q.    Or an oncologist?

20        A.    No.

21        Q.    Do you consider yourself a

22    cellular biologist?

23        A.    No, I'm not a cellular

24    biologist.  I'm a pathologist.

25        Q.    And do you limit your area of

Patricia Mjønes, M.D., Ph.D.

Page 215

1    specialty to pathology?

2            A.      Yes.

3            Q.      Do you yourself regularly

4    review epidemiology or issue opinions on that

5    topic?

6            A.      No.

7            Q.      All right.  Let's go back to

8    Exhibit 2, which is your report.

9                    MR. GALLANT:  And we've been

10           going about an hour and 15 minutes,

11           and I just want to check with the

12           witness.

13                   Would you like a break, or do

14           you want to keep going?

15                   THE WITNESS:  I can go on for a

16           little while.

17                   MR. GALLANT:  Okay.

18   QUESTIONS BY MS. ALTHOFF:

19           Q.      All right.  Let's talk about

20   your microscopic examination of the slides

21   from the biopsy, which has been identified as

22   PG-17-18840.

23                   Again, this is the polypectomy

24   that was done during the initial EGD, right?

25           A.      Yes.

Patricia Mjønes, M.D., Ph.D.

Page 216

1          Q.    So this section on microscopic

2    examination, there's not a similar section in

3    the Louisiana Pathology report; is that

4    correct?

5          A.    Yes, that's right.

6          Q.    All right.  So in other words,

7    there's not this discussion of number of

8    nuclei and size and shape and things like

9    that, correct?

10          A.    No.  That's just the way I do

11    my reports at home.

12          Q.    Well, that's what I was going

13    to ask you.

14                Is this your custom and

15    practice for the reports that you do in your

16    clinical practice?

17          A.    Yes.  I describe what I see and

18    then come to a conclusion.

19          Q.    And one of the conclusions that

20    you reached based on your observations was

21    that this was an intestinal pathological

22    variant of gastric cancer; is that correct?

23          A.    Adenocarcinoma of intestinal

24    type, right.

25          Q.    And in the microscopic

Patricia Mjønes, M.D., Ph.D.

Page 217

1    examination, are you generally describing

2    features of intestinal-type gastric cancer?

3         A.    I'm describing the features of

4    the adenocarcinoma of the intestinal type,

5    yes.

6         Q.    So, for instance, when you

7    discuss the villous and tubulovillous

8    extensions lined by dysplastic epithelium, is

9    that a feature of intestinal-type gastric

10   cancer?

11        A.    Those are features you can see

12   in those cases, yes.

13        Q.    Were there any features that

14   were listed in your microscopic examination

15   which would not be seen in the intestinal

16   type of adenocarcinoma?

17        A.    No.

18        Q.    Can you tell me what you were

19   conveying with the term "villous and

20   tubulovillous extensions"?

21        A.    Well, basically like when you

22   say villous, it's kind of a little bit more

23   like finger-like projections, and tubular is

24   kind of the glands forming sections.

25              So it --

Patricia Mjønes, M.D., Ph.D.

Page 218

1        Q.      Is --

2        A.      Sorry.  Yeah, keep going.

3        Q.      No, you go ahead.

4        A.      No, I was done.

5        Q.      Are you describing a feature

6    where the stomach starts to look like the

7    small bowel?

8        A.      Well, kind of, yes.  Well,

9    it's -- yeah.

10       Q.      And again, you would have seen

11   what you're talking about here in one of

12   those six slides, but more particularly in

13   one of the four H&E-stained slides, correct?

14       A.      Could you repeat --

15       Q.      Yeah, that was a bad question.

16               So when you talk about this

17   microscopic examination in which you saw

18   lobulated polypoid tissue with both villous

19   and tubulovillous extensions and then

20   everything on down, you would have seen this

21   in one of those four H&E-stained slides with

22   the identifier PG-17-18840?

23       A.      That's right.  I've seen them

24   in most of those slides because they were

25   different levels from the same tissue block.

Patricia Mjønes, M.D., Ph.D.

Page 219

```
 1                (Mjønes Exhibit 5 marked for
 2        identification.)
 3   QUESTIONS BY MS. ALTHOFF:
 4        Q.    Uh-huh.
 5              Okay.  Can we pull up
 6   Exhibit 5, please?
 7              And, Dr. Mjønes, I'm handing
 8   you what's been marked as Exhibit 5 to your
 9   deposition.  And this is the report of
10   Lysandra Voltaggio that I think you said you
11   have reviewed.
12        A.    Yes.
13        Q.    And do you recall that a number
14   of pages at the back of her report were
15   Mr. Baudin's pathology images?
16        A.    Yes.
17        Q.    All right.  Let's turn to
18   page 34.
19        A.    Uh-huh.
20        Q.    And would you agree with me
21   that pages 34, 35, 36 and 37 all depict
22   slides from the EGD?
23        A.    Yes.  No, not EGD.  Sorry.
24   They are slides from -- from -- from the
25   biopsy.
```

Patricia Mjønes, M.D., Ph.D.

Page 220

1          Q.     Yeah, I'm sorry, that was
2    not -- the biopsy taken during the EGD is
3    what I meant.
4          A.     Yes.
5          Q.     Okay.  So looking at page 34.
6          A.     Uh-huh.
7          Q.     From that magnification of the
8    slide, can you identify what you're talking
9    about with regard to the villous,
10   tubulovillous extensions, or is that on one
11   of the other slides?
12         A.     No, you can't really see
13   villous extensions on this.  What you see
14   here is the -- you can see gland-like
15   structures kind of fusing together, and you
16   have neutrophilic -- like inflammatory cells
17   on the inside of the glands, and you have an
18   inflammatory mucosa around the glands.
19         Q.     Uh-huh.
20                And do you have a finding with
21   regard to what you believe is contained
22   within those glands, what type of glands they
23   are?
24         A.     Well, they look like
25   adenocarcinoma glands, so intramucosal, you

Patricia Mjønes, M.D., Ph.D.

Page 221

1    know, what we talked about.

2         Q.    Okay.  Let's look at the next

3    page.

4         A.    Uh-huh.

5         Q.    So page 35, there's two slides

6    on it.

7               Either the top slide or the

8    bottom slide, can you identify for me what

9    you're talking about with the villous and

10   tubulovillous extensions?

11        A.    No, because these sites --

12   these specific to normal mucosa.

13        Q.    Okay.  And would that be the

14   same then from page 35 -- excuse me, 36?

15        A.    Yes.  They're from normal

16   background mucosa.  Well, not completely

17   normal, but they're from background mucosa,

18   nontumor background mucosa.

19        Q.    When you reviewed

20   Dr. Voltaggio's report, did you see any

21   slides that -- well, any slides from the

22   biopsy taken during the EGD which depicted

23   the lobulated polypoid tissue with villous

24   and tubulovillous extensions?

25        A.    Could you repeat that?  Like

Patricia Mjønes, M.D., Ph.D.

Page 222

```
 1    when I looked at Voltaggio's report?
 2         Q.    Yes.  So I'm sure -- let me ask
 3    the question again.
 4              When you reviewed her report,
 5    did you see any pictures of what you're
 6    talking about in your microscopic examination
 7    discussion related to the biopsy taken during
 8    the EGD?
 9         A.    No.
10         Q.    Let's -- so looking at the top
11    slide on page 35.
12         A.    Yes.
13         Q.    Can you tell me whether or not
14    that slide depicts the tumor or whether that
15    depicts background nonneoplastic gastric
16    mucosa in the same biopsy specimen?
17         A.    I think it's non -- I think
18    it's the background mucosa, nontumor.
19         Q.    Do you disagree that that's
20    the -- the top slide on page 35 depicts
21    intestinal metaplasia?
22         A.    I'm not in complete agreement
23    with that because I remember seeing those
24    particular cells, actually, and thinking, are
25    those goblet cells or are they pseudogoblet
```

Patricia Mjønes, M.D., Ph.D.

Page 223

1    cells.  And I'm not entirely convinced that

2    they are goblet cells.

3         Q.     But you're obviously not

4    completely convinced that they're not goblet

5    cells either, correct?

6         A.     I can't say 100 percent that

7    they aren't, but I definitely can't say

8    100 percent that they are.

9         Q.     And when you use the term

10   "pseudogoblet cell," what do you mean?

11        A.     Sometimes you have mucinous

12   cells covering the mucosa and the glands that

13   are very filled with mucin and makes them

14   resemble goblet cells, but they're in fact

15   not goblet cells.  And it's -- sometimes it

16   can make the diagnosis of intestinal

17   metaplasia more difficult.

18        Q.     And what is it about that top

19   slide on page 35 that makes you believe that

20   that slide is from background mucosa and not

21   the tumor site?

22        A.     Well, if -- well, it's -- you

23   know, all those pictures are from the

24   tumor -- biopsy from the tumor area where

25   most of the slide shows tumor tissue, and

Patricia Mjønes, M.D., Ph.D.

Page 224

1      then there are some parts of the slide

2      showing background mucosa that's not tumor.

3      So -- that probably come with the tumor.

4              Now I'm kind of losing track of

5      what I was saying.

6      Q.      So my question is -- I don't

7      disagree with that point, Dr. Mjønes.  I

8      think you've made that pretty clear.

9              My question is, the bottom

10     slide on 35 Dr. Voltaggio has labeled as

11     background nonneoplastic gastric mucosa.

12             Do you see that?

13     A.      Yes.

14     Q.      And taken from the biopsy

15     during the EGD, right?

16     A.      Yeah.  It's taken from the --

17     Q.      Yeah.

18             And the same way on pages 36

19     and 37.  All of those images, bottom of 35,

20     all of 36 and on 37, background nonneoplastic

21     gastric mucosa?

22     A.      That's right.

23     Q.      And do you agree with that?

24     A.      Yes.

25     Q.      Okay.  So the top slide on

Patricia Mjønes, M.D., Ph.D.

Page 225

1    page 35, what I was asking you is, again, do

2    you think this is of the tumor or of the

3    background nonneoplastic gastric mucosa?

4            A.      I think it is --

5                    MR. GALLANT:  Object to form.

6                    You can answer.

7                    THE WITNESS:  Yeah, I think

8            it's of -- not the tumor itself but of

9            the background mucosa.

10   QUESTIONS BY MS. ALTHOFF:

11           Q.      And what is it that you see in

12   that image that leads you to that conclusion?

13           A.      Well, basically the cells

14   are -- the cell nuclei are basically located,

15   and they look different to the tumor where

16   you have more variation.  You have increased

17   nuclear to cytoplastic ratio, and you have --

18   has -- disorganized arranged glands.  And you

19   see that the architecture level and the

20   cytological level, that it's different.

21           Q.      Do you agree with Dr. Voltaggio

22   that the top photograph on page 35 depicts

23   inflammation, background inflammation?

24           A.      It's background inflammation on

25   that area.

Patricia Mjønes, M.D., Ph.D.

Page 226

1        Q.      Looking at the bottom of 35,
2    that second slide, do you agree with
3    Dr. Voltaggio that it depicts a mixture of
4    mucous glands and parietal cells?
5        A.      That I agree with, yes.
6        Q.      And the same way with the two
7    slides on page 36, that they both show a
8    mixture of mucous glands and parietal cells?
9        A.      I agree, yes.
10       Q.      Doctor, in your clinical
11   practice, do you ever see oxyntic mucosa in
12   the cardia region?
13       A.      You can have a mixture of
14   cardiac and mucous glands in the oxyntic
15   region, yes.
16       Q.      And can you have parietal cells
17   in the cardia region?
18       A.      You can, yes.
19       Q.      Can you have chief cells in the
20   cardia region?
21       A.      Yes.
22       Q.      So going back to sort of my
23   earlier question, I was asking you about the
24   villous and tubulous extensions and the other
25   observations that you had in that microscopic

Patricia Mjønes, M.D., Ph.D.

Page 227

1    examination paragraph on page 1 of your

2    pathology report.

3              So am I correct that there are

4    no images that we can look at today, based on

5    any of these slides we've looked at, that

6    would depict the particular items that you've

7    identified in your paragraph on microscopic

8    examination?

9              MR. GALLANT:  Object to form.

10   QUESTIONS BY MS. ALTHOFF:

11        Q.    You can still answer.

12              Do you understand my question?

13        A.    You're -- are you asking me if

14   I can recognize what I have described in her

15   pictures?

16        Q.    Let me ask it again.

17              Have we seen any photographs

18   today of any slides made from the specimen,

19   the biopsy specimen, taken during the EGD

20   biopsy identified as PG-17-18840 in which you

21   could show me the various items that you have

22   identified in your section on microscopic

23   examination?

24        A.    Well, you could say

25   pseudostratification you see on the picture

Patricia Mjønes, M.D., Ph.D.

Page 228

1    on page 34.

2           Q.    Okay.  Hold on just a second.

3    Let me catch up to you.

4                 All right.  Let's look at

5    page 34.  Where do you see the

6    pseudostratification?

7           A.    The pseudostratification is

8    when you have the cells kind of on different

9    levels lining the different glands.  And also

10   you see nuclear abnormalities in the sense

11   that you see variation in size and shape.

12          Q.    And you're able to view that on

13   the slide on page 34?

14          A.    Well, you -- I mean, I'm basing

15   it partly on what I've seen and together with

16   this, but you can see that there are

17   difference in size and shapes on the nuclei.

18                Mitotic figures I can't see

19   from this magnifi -- on this picture, but it

20   doesn't mean it's not there, but it's just

21   that we can't see them.

22          Q.    What about the presence of

23   large cytoplasmic vacuoles?

24          A.    You can't see them on this

25   picture.

Patricia Mjønes, M.D., Ph.D.

Page 229

```
 1          Q.     Okay.  What about any of the
 2    other slides on page 35, 36 or 37?
 3          A.     No.
 4          Q.     Where did you see the large
 5    cytoplasmic vacuoles?
 6          A.     I saw them on sections from the
 7    biopsy, but they aren't pictured on this --
 8    they aren't shown on this picture.
 9          Q.     And you didn't take any
10    pictures of those that you could show us
11    today?
12          A.     No, because that -- I would
13    have to scan them in, and there were no one
14    at work during the weekend.
15          Q.     Did you -- were you -- well,
16    obviously you were able to see the large
17    cytoplasmic vacuoles on the slides when you
18    reviewed them a year ago, correct?
19          A.     Yes.
20          Q.     And we don't have any pictures
21    of that; am I right?
22          A.     That's right.
23          Q.     The presence of large
24    cytoplasmic vacuoles, particularly containing
25    mucin, is that a feature of intestinal
```

Patricia Mjønes, M.D., Ph.D.

Page 230

1    metaplasia?

2        A.    In this case, no, I don't -- I

3    don't know the cause for it, but I wouldn't

4    say it's -- I don't think it's goblet cells

5    or anything like that, if you're meaning

6    that.  I think -- I don't know exactly what

7    it is.

8        Q.    Well, I guess what I'm asking

9    you is, your report using the term "large

10   cytoplasmic vacuole."

11       A.    Yes.

12       Q.    And so I'm wondering -- asking

13   you if that reference in your report is a

14   reference to a feature of intestinal

15   metaplasia.

16       A.    Not the -- I don't think -- no,

17   I don't think that's the future of intestinal

18   metaplasia in this case.  This just -- it's

19   just me describing how the cells look like.

20       Q.    What significance, if any, does

21   that reference in your report have to your

22   diagnosis of the tumor?

23       A.    They don't have any

24   significance.

25       Q.    And I see the parenthetical

Patricia Mjønes, M.D., Ph.D.

Page 231

```
 1    right after that that says "signet ring
 2    cell-like morphology," correct?
 3         A.     That's right.
 4         Q.     And is that signet ring
 5    cell-like morphology comment -- what exactly
 6    is it referring back to?
 7         A.     It's basically describing cells
 8    that kind of look like signet ring cells, but
 9    I don't think there are --  I don't think
10    it's a signet ring cell carcinoma.  That
11    would be a different subtype of cancer.
12              I'm just describing what I see.
13    Sometimes you can see cells that mimic signet
14    ring cells as an artifact in the tissue.  So
15    it's most significant to the diagnosis in
16    this particular case.
17         Q.     Is it correct that if it was a
18    signet ring cell, it would be a diffuse-type
19    cancer?
20         A.     Sometimes it could be a diffuse
21    type.  Sometimes it could be a mixed type.
22         Q.     In this case, though, you
23    diagnosed this as intestinal type, which
24    essentially rules out signet ring cell,
25    correct?
```

Patricia Mjønes, M.D., Ph.D.

Page 232

```
 1          A.     There's no signet ring cell

 2    carcinoma in this case.

 3          Q.     You also identify periphery

 4    formed glands with similar dysplastic

 5    changes.

 6                 Do you see that?

 7          A.     Yes.

 8                 You see -- sorry.

 9          Q.     No, go ahead.  You've

10    anticipated my question.  I was going to ask

11    you where that might be depicted.

12          A.     Yeah.  Down in the middle where

13    you see the glands kind of fusing together

14    and where you have kind of holes in the

15    middle, that could be kind of cribriform-like

16    structures.

17          Q.     And is that a pathological

18    feature of intestinal-type gastric cancer?

19          A.     Yes.

20          Q.     You also identify glandular

21    changes, including collections of neutrophils

22    in necrotic cells --

23          A.     Uh-huh.

24          Q.     -- in the glands, yes?

25          A.     Yes.  They're -- you see them
```

Patricia Mjønes, M.D., Ph.D.

Page 233

1    there in the middle of the glands.  You have
2    some -- what I can say.  I can't show you
3    with my arrow, unfortunately, but they're
4    like in the hallow spaces in those glands
5    fused together.  You see kind of a smaller --
6    smaller things in the middle in the lumen.
7                    You see what I mean?
8        Q.    Uh-huh.
9        A.    And so then neutrophilic cells
10   and -- yeah.
11       Q.    Of what significance was that
12   finding to your diagnosis?
13       A.    No, it's just something we see
14   sometimes.
15       Q.    And what --
16       A.    In the diagnosis.
17       Q.    You also identify an
18   infiltration of neutrophils into the
19   overlying epithelium.
20       A.    Yes.
21       Q.    Is that depicted in this
22   photograph on page 34 as well?
23       A.    No, I can't really say for
24   sure.
25       Q.    And of what significance was

Patricia Mjønes, M.D., Ph.D.

Page 234

1    that finding to your diagnosis?

2        A.    It doesn't make any

3    significance to the diagnosis, but it can be

4    explained by something protruding into the

5    lumen.  You get -- yeah, so -- but not any

6    significance to the diagnosis.

7        Q.    Which of these findings on

8    microscopic examination, Dr. Mjønes, were

9    significant to your diagnosis of an

10   intramucosal adenocarcinoma?

11       A.    The fact that you have

12   dysplasia, you have a variation in -- you

13   have nuclear abnormalities in the sense of

14   variation in size and shape and -- {audio

15   interruption} -- and the fact that you have

16   glands, irregular glands, and cribriform

17   structures lined by atypical cells.  They

18   would be findings of relevance for the

19   diagnosis.

20       Q.    And was it significant that you

21   did not see a significant protrusion into the

22   lamina propria for purposes of your

23   diagnosis?

24       A.    Put it this way.  If we had

25   seen small -- I'm not sure if I understand

Patricia Mjønes, M.D., Ph.D.

Page 235

1    your question correctly.

2         Q.    Yeah, let me ask it

3    differently.

4              One of the things we didn't

5    specifically talk about was that you also

6    mentioned that the basement membrane of the

7    glands are intact.  And there are no such

8    cells in the lamina propria, correct?

9         A.    Yes.

10        Q.    And how was that finding

11   significant to your diagnosis?

12        A.    Put it this way.  If you saw

13   small singular cells of atypical cells in

14   the -- or small groups of cells or even more

15   jagged glands in the lamina propria

16   supporting strong tissue, that could make it

17   easier to classify it as an intramucosal

18   adenocarcinoma, while now it's kind of more

19   in the borderline.

20        Q.    Is this why you, in conclusion,

21   said this was a gastric or foveolar-type

22   adenoma with high-grade dysplasia.

23   Intramucosal adenocarcinoma cannot be

24   excluded?

25        A.    Yeah.  Yes.

Patricia Mjønes, M.D., Ph.D.

Page 236

1          Q.     What is the difference from a

2    clinical significance of a gastric-type

3    adenoma with high-grade dysplasia versus a

4    foveolar type adenoma with high-grade

5    dysplasia?

6          A.     I don't think it's a

7    foveolar -- foveolar type, so that -- that's

8    basically -- it shouldn't be there.  So I

9    don't think it's a foveolar type.

10                Foveolar-type adenomas tend not

11   to be high grade and develop into carcinomas

12   in the great extent.

13         Q.     Did you see any characteristics

14   or findings of linitis plastica?

15         A.     No.

16         Q.     Does that essentially rule out

17   a diffuse type of gastric cancer?

18         A.     Yes.  Well, in this case it

19   does, because I haven't seen any signs of it

20   in the wall.

21                MS. ALTHOFF:  All right.  Let's

22         take a break before we change topics.

23                VIDEOGRAPHER:  Off record,

24         1:42 p.m.

25          (Off the record at 1:42 p.m.)

Patricia Mjønes, M.D., Ph.D.

Page 237

1                    VIDEOGRAPHER:  On record,

2          1:57 p.m.

3   QUESTIONS BY MS. ALTHOFF:

4          Q.    Dr. Mjønes, we're back from a

5   short break.  I wanted to turn your attention

6   back to Exhibit 2, which is your report, and

7   now turning to page 2, which contains sort of

8   the diagnosis and conclusions of your

9   observations of the biopsy taken during the

10  EGD.

11                    Is that correct?

12         A.    Yes.

13         Q.    All right.  So before we get to

14  the bold-faced diagnosis --

15         A.    Uh-huh.

16         Q.    -- you state, "In conclusion,

17  the changes are suggestive of gastric or

18  foveolar-type adenoma with high-grade

19  dysplasia."

20                    And you've already told us that

21  we should take out the foveolar type because

22  you believe it's gastric adenoma, correct?

23         A.    Yes.

24         Q.    And then you state,

25  "Intramucosal adenocarcinoma cannot be

Patricia Mjønes, M.D., Ph.D.

Page 238

1    excluded," and that's based on your

2    examination with regard to the lamina

3    propria, correct?

4         A.    Yes.

5         Q.    All right.  So then going on,

6    it says, "The normal gastric mucosa is

7    without signs of chronic atrophic gastritis."

8         A.    Uh-huh.

9         Q.    What, if any, significance was

10   your observation that the normal gastric

11   mucosa was without signs of chronic atrophic

12   gastritis?

13        A.    The chronic atrophic gastritis

14   would be typical findings that you see in,

15   for instance, for people who have undergone

16   H. pylori infection are at ultimate --

17   ultimate atrophic gastritis.  So basically I

18   didn't see any other signs that could explain

19   why he had the tumor in the background

20   mucosa.

21             So it's basically looking for

22   risk factors.

23        Q.    Okay.  And then you identify --

24   you said, "The normal gastric mucosa is

25   without signs of intestinal metaplasia."

Patricia Mjønes, M.D., Ph.D.

Page 239

1          And of what significance was

2    that finding to you?

3          A.    Well, intestinal metaplasia

4    would -- well, in this case it would kind

5    of -- you could see intestinal metaplasia if

6    you have chronic inflammation over time of

7    tissue, but that's basically -- so to --

8    yeah, that's basically it.

9          Q.    And, again, did you see signs

10   of either chronic atrophic gastritis or

11   intestinal metaplasia in the tumor specimen?

12         A.    No.

13         Q.    And then you also say, "The

14   normal gastric mucosa is without signs of

15   Helicobacter pylori-type structures."

16               Correct?

17         A.    That's right.

18         Q.    All right.  And then lastly you

19   say, "A prominent lymphocytic infiltrate with

20   intraepithelial lymphocytes is not seen."

21               Do you see that?

22         A.    Uh-huh.

23         Q.    And of what significance was

24   that finding to your diagnosis?

25         A.    Well, sometimes if you see

Patricia Mjønes, M.D., Ph.D.

Page 240

1    that, it can give an indication of Epstein

2    Barr virus as a cause for cancer.

3         Q.    Uh-huh.

4               All right.  And then -- sorry,

5    go ahead.  Finish.

6         A.    You can see it in Epstein Barr

7    virus, associated gastric cancer.

8         Q.    And then your diagnosis in bold

9    was "fragments of polypoid tissue from the

10   proximal stomach, with changes consistent

11   with gastric-type adenoma with high-grade

12   dysplasia"?

13        A.    Yes.

14        Q.    When you -- go ahead.

15        A.    But it also should have said,

16   slash, intramucosal adenocarcinoma.  Because

17   I don't disagree with that.

18        Q.    Okay.  When you did your

19   re-review of the slides this Saturday, was

20   there anything that you saw which would

21   change your conclusions in the Conclusion

22   paragraph or the Diagnosis paragraph?

23        A.    Not in the Diagnosis paragraph,

24   but as I've been reading up more -- like I

25   don't think it's a foveolar-type adenoma.

Patricia Mjønes, M.D., Ph.D.

Page 241

1    That's basically what strikes that.

2         Q.    Okay.  Anything else that
3    struck you as -- after you re-reviewed on
4    Saturday?

5         A.    No.

6         Q.    You know, you mentioned the
7    Epstein Barr virus as being a potential cause
8    of gastric cancer.

9         A.    Uh-huh.

10        Q.    Are you familiar with the
11   classification of gastric cancers by their
12   molecular makeup?

13        A.    Yeah, I know it's a section
14   about it in the WHO classification, but we
15   don't use it in diagnosis of gastric cancer
16   at presently.

17        Q.    Are you familiar with The
18   Cancer Genome Atlas?

19        A.    Yes.

20        Q.    Is that the same thing you're
21   referring to with -- from the WHO or is it
22   something different?

23        A.    Yeah.  Yeah, it's like they're
24   referring to the one in The Cancer Genome
25   Atlas in the WHO.

Patricia Mjønes, M.D., Ph.D.

Page 242

1          Q.     And are you familiar with how

2     cancers are divided under that classification

3     system?

4          A.     Yeah, they -- they divide them

5     into microscopic-like and stable ones.  The

6     stable ones, the Epstein Barr virus-related

7     ones, and then the chromosome instability

8     ones, I think it was.

9          Q.     Okay.  Are the chromosomal

10    instability type the most common?

11         A.     I can't -- I can't recall just

12    now, but I think it -- I can't remember.  I

13    don't have the table present in my head, but

14    the -- yeah.

15         Q.     Does the classification by

16    molecular makeup, does it have an additional

17    classification for neuroendocrine features?

18         A.     No, that's not in that

19    classification.

20         Q.     Okay.  All right.  Let's talk

21    about your observations and findings related

22    to the specimens obtained during the surgical

23    resection.

24         A.     Okay.

25         Q.     And if we look at page 2, it's

Patricia Mjønes, M.D., Ph.D.

Page 243

1    divided up by location sites.  Is that sort

2    of roughly correct?

3              So we've got A and then a lot

4    of other location sites below that.

5         A.    Yeah, so 1A is from the

6    gastric -- gastric polyp from the body.  And

7    2A is from gastric polyp from the body as

8    well.  So they were the two frozen sections,

9    as far as I recall.

10        Q.    Was there anything from your

11   microscopic examination of those two frozen

12   samples that was significant for your

13   diagnosis in this case?

14        A.    No.  Neuro fundic gland polyps.

15        Q.    And fundic gland polyps are

16   generally benign; is that correct?

17        A.    That's right.  Generally.

18        Q.    So with regard to your

19   evaluation of the cancer portion of the

20   resection, that really falls under starting

21   with 03-LO1?

22        A.    Yes.

23        Q.    So and then looking under that

24   section under microscopic examination, you

25   identify that the luminal mucosal surface is

Patricia Mjønes, M.D., Ph.D.

Page 244

```
 1    mostly without dysplasia.
 2                   Of what significance was that
 3    to you?
 4         A.    I just have to see -- yeah,
 5    basically it says that you don't -- I don't
 6    see any signs of a premalignant tissue in the
 7    rest of the stomach apart from the polyp
 8    itself.
 9                   MR. GALLANT:  Can you tell me
10         where you're reading that from?
11                   MS. ALTHOFF:  Sure.  It's the
12         bottom of page 2.
13                   MR. GALLANT:  Okay.  Thanks.
14    QUESTIONS BY MS. ALTHOFF:
15         Q.    And then you also, right after
16    that, identify that in the mucosa there are
17    areas of changes consistent with fundic gland
18    polyps.
19                   Do you see that?
20         A.    Yes.
21         Q.    Well, let me ask you this.
22                   In which, if any, of the
23    lettered sections did you identify dysplastic
24    or cancer tissue?
25         A.    The cancer tissue was located
```

Patricia Mjønes, M.D., Ph.D.

Page 245

1    in section N, I think, the one we talked

2    about previously, the posterior wall into the

3    polyp.

4         Q.    Did you see any dysplastic

5    tissue or other signs of cancer in any of the

6    other slides?

7         A.    No.

8         Q.    And it looks like from N, we

9    only had one level; is that correct?

10        A.    No, that's not right.  It's two

11   levels from section N.

12              And that's the second level

13   that I got -- saw yesterday for the first

14   time.  Not today.

15        Q.    Okay.  That's kind of what I

16   was asking.

17              So when you reviewed these the

18   first time and wrote the report, you only had

19   one level for N?

20        A.    That's right.

21        Q.    When you re-reviewed on

22   Saturday, now there were two levels of N?

23        A.    Uh-huh.

24        Q.    Did you see anything new or

25   different in the second level of N?

Patricia Mjønes, M.D., Ph.D.

Page 246

1          A.      No.

2          Q.      All right.  So then you state

3     in some sections, and you identify from J, L,

4     M and N, there are surface erosions and

5     polyps with changes consistent with

6     hyperplastic polyps.

7                  Do you see that?

8          A.      Are we on page 3 or are we --

9          Q.      No, still on page 2.

10         A.      All right.

11         Q.      Same paragraph.

12         A.      Yes.  I see the one in the

13    mucosa.  There are areas with changes

14    consistent between the gland polyps and

15    then -- yeah, sorry, there are surface

16    erosions and polyps with changes -- yes, I

17    see that, the hyperplastic polyps.

18         Q.      Okay.  So in sections J, L, M

19    and N, did you see surface erosions in all of

20    those?

21         A.      I can't -- I don't think I saw

22    it in all of them.  I think I saw it in some

23    of them.

24         Q.      And did you see changes

25    consistent with hyperplastic polyps in all of

Patricia Mjønes, M.D., Ph.D.

Page 247

1    those sections J, L, M and N?

2        A.    I think it was -- I can't say

3    that for sure.  I just have to see where I

4    have -- J and -- I just have to look up my

5    comments that I specified.

6            In J I saw a hyperplastic polyp

7    about 6 millimeters from the gastroesophageal

8    junction.

9            And in K I saw similar type of

10   changes as in section J, a hyperplastic polyp

11   about 10 to 11 millimeters from the

12   gastroesophageal junction.

13           And in L, in less a curvature

14   to include polyps, I saw similar changes as

15   mentioned above and changes consistent with

16   development of a hyperplastic polyp.

17       Q.    Did you see any hyperplastic

18   polyps in M or N?

19       A.    I just have to see now if I see

20   M.  In the -- in M I see hyperplastic polyps.

21   And that was also from interior wall to

22   include polyps.

23           In N there was one section with

24   a hyperplastic polyp and one section with a

25   tumor.

Patricia Mjønes, M.D., Ph.D.

Page 248

1          Q.     And in any event, with regard
2    to N, the tumor did not arise out of that
3    hyperplastic polyp?
4          A.     No.  Like I -- no, it doesn't
5    look like it.
6          Q.     Do you have any photographs of
7    what you describe as the surface erosions
8    from any of these sections?
9          A.     No.
10         Q.     And do you have any photographs
11   of changes consistent with hyperplastic
12   polyps in any of these sections?
13         A.     We have gone through section J.
14   There you have a picture of a hyperplastic
15   polyp.
16         Q.     Okay.
17         A.     And also in pictures taken by
18   Voltaggio, you see some hyperplastic polyps,
19   as far as I remember, yes.
20                For instance, on page 46 in her
21   report, you see the tumor in one section --
22   in one piece and then a hyperplastic polyp in
23   the other piece.
24                (Mjønes Exhibit 6 marked for
25         identification.)

Patricia Mjønes, M.D., Ph.D.

Page 249

1    QUESTIONS BY MS. ALTHOFF:

2         Q.    Let's turn to Exhibit 6 for

3    Dr. Voltaggio's report, and this is just the

4    slides, and in particular page 46 at the

5    bottom.

6         A.    Yes.

7         Q.    Is this the slide you were

8    identifying, Dr. Mjønes?

9         A.    Yes.

10        Q.    And where do you see the

11   hyperplastic polyp versus the tumor?

12        A.    The hyperplastic polyp is in

13   the piece of tissue on the right side, and

14   the tumor is on the -- in the tissue on the

15   left side of the screen.

16        Q.    And the tumor, where in that

17   left-hand portion do you see that?

18        A.    You see it as a part poking up.

19   It's -- it's the part poking up touching the

20   next tissue side -- tissue.

21        Q.    Yes.

22              And so do you have an

23   understanding of whether these are two

24   separate pieces of tissue or whether they are

25   in fact connected?

Patricia Mjønes, M.D., Ph.D.

Page 250

```
1         A.     They're two different pieces of

2    tissue.

3         Q.     Okay.  That's good for that

4    one.

5                So of what significance was it

6    to you, Dr. Mjønes, that you saw surface

7    erosions in some of the sections that we've

8    identified?

9         A.     No -- no real significance.

10        Q.     And of what significance was it

11   to you, the changes consistent with

12   hyperplastic polyps in some of the sections

13   that we've identified?

14        A.     Not -- not -- like the

15   significance is that they were benign polyps

16   and not malignant polyps.

17        Q.     With regard to slide N, which

18   here on page 2 you describe as changes

19   consistent with an intramucosal

20   adenocarcinoma intestinal type --

21        A.     Yes.

22        Q.     -- what, if anything, did you

23   see on slide N which now made you comfortable

24   with the intramucosal adenocarcinoma versus

25   the gastric type adenoma?
```

Patricia Mjønes, M.D., Ph.D.

Page 251

```
 1            A.     Well, it's a gastric -- well,
 2       it's a -- sorry, you have to repeat the
 3       question.
 4            Q.     Sure.
 5                   So we talked earlier in the
 6       biopsy specimens how you weren't a hundred
 7       percent clear about the intramucosal
 8       adenocarcinoma versus gastric adenoma.
 9            A.     Uh-huh.
10            Q.     And then down here now, once
11       you've seen the surgical resection, you now
12       describe it as changes consistent with
13       intramucosal adenocarcinoma.
14                   And I'm just asking if you saw
15       anything new or different in the surgical
16       resection versus the biopsy specimen which
17       caused you to put that in your report.
18            A.     No.  No, it's basically the
19       same.
20            Q.     Okay.  Next you identify that
21       some of the slides show normal gastric mucosa
22       without signs of autoimmune chronic atrophic
23       gastritis or H. pylori gastritis.
24                   Do you see that?  Page 2 onto
25       page 3 of your report?
```

Patricia Mjønes, M.D., Ph.D.

Page 252

1          A.     So there were no signs of

2     Helicobacter pylori-like elements in the

3     mucosa.

4                 Is that the part --

5          Q.     So at the very bottom of page 2

6     going on to page 3, you describe that some of

7     the slides show normal gastric mucosa without

8     signs of autoimmune chronic atrophic

9     gastritis or Helicobacter pylori gastritis.

10                Yes?

11         A.     Yes.

12         Q.     And do you identify that here

13    for the same reason that you did in the

14    biopsy specimen?

15         A.     Yes.

16         Q.     So it was for purposes of sort

17    of alternative causation?

18         A.     That's right.

19         Q.     And then you also state

20    intestinal metaplasia is not seen.  And from

21    that perspective, are you saying you didn't

22    see it any of the surgical resection slides?

23         A.     No, I didn't see it in any of

24    the surgical resection slides.  And in

25    particular, I didn't see it in the -- in the

Patricia Mjønes, M.D., Ph.D.

Page 253

1    cardia area, or in the junction between the

2    squamous tissue and the columnar tissue.

3        Q.    And is that because you did not

4    see what you identified as goblet cells?

5        A.    Sorry?

6        Q.    How is it that you were able to

7    rule out intestinal metaplasia in all of the

8    slides?  What were you looking for that you

9    didn't see?

10        A.    I was looking for goblet cells,

11    and I didn't see any signs of goblet cells.

12        Q.    And then lastly in this

13    paragraph you state that the omentum and the

14    lymph nodes were without signs of cancer,

15    correct?

16        A.    Yes.  Yes.

17        Q.    All right.  And then the very

18    last paragraph there relates to the tissue

19    block that you stained that we've talked

20    about earlier at some length which was taken

21    from section J, correct?

22        A.    That's right.

23        Q.    And this is the place where you

24    saw the neuroendocrine markers showing areas

25    of possible simple or focal linear

Patricia Mjønes, M.D., Ph.D.

Page 254

1    hyperplasia of neuroendocrine cells?

2         A.    Yes.

3         Q.    Was there anything significant

4    from your analysis of section 4A or 5A?

5         A.    No.

6         Q.    With regard to your Diagnosis

7    section which is in bold -- and again, this

8    relates to your diagnosis taken from the

9    surgical resection specimens, correct?

10        A.    Yes.

11        Q.    How, if at all, does your

12   diagnosis differ from that of Louisiana

13   Pathology?

14        A.    It doesn't really differ.  I

15   would say it's quite similar.

16        Q.    Does it differ at all?

17        A.    No.  Not as I -- not as I can

18   recall.  I can't remember it being any

19   different.

20        Q.    So with regard to the

21   pathological staging summary, which is pTis

22   pN0, is that a pathological staging summary

23   that you came up with yourself?

24        A.    No, I think that was in the

25   original report as well.  I can't remember.

Patricia Mjønes, M.D., Ph.D.

Page 255

1    I just have to look.  But I would also -- I

2    would also double-check it.

3         Q.    Okay.  That's a bad question.

4    Let me ask that again.

5              Dr. Mjønes, did you determine

6    based upon your review, independent review,

7    of Mr. Baudin's resection slides that it

8    should be staged pathologically as pTis pN0?

9         A.    Yes.

10        Q.    So you didn't simply copy that

11   over from the Louisiana Pathology report.

12   You came up with it yourself?

13        A.    Yes.

14        Q.    Okay.  Turn to page 5 of your

15   report, which is entitled, halfway down,

16   "Overall Summary of Results."

17        A.    Uh-huh.

18        Q.    And essentially what's the

19   purpose of this section?

20        A.    No, it was just basically kind

21   of summarizing it so it would be easier to

22   find.  But apart from that, no particular

23   other purpose.

24        Q.    Okay.  So was this summary of

25   results meant to be consistent with the

Patricia Mjønes, M.D., Ph.D.

Page 256

1    conclusions and diagnoses that you had made

2    above on a variety of specimens?

3         A.    Yes, it's basically collecting

4    all the -- all the specimens together so it

5    would be easier to see the summary of the

6    different specimens.

7         Q.    Okay.  So then looking at that

8    last page 6 where you have a little summary

9    paragraph there right above your signature.

10        A.    Yes.

11        Q.    And why did you include this

12   paragraph?

13        A.    I include this paragraph

14   because I was asked to look for any other

15   signs that could be an explanation for the

16   patient's cancer.  So I just added it so that

17   I could have it as a negative finding.

18        Q.    Uh-huh.

19              Who asked you to look for

20   alternative explanations for the patient's

21   cancer?

22              MR. GALLANT:  I'm going to

23         object.  It's calling for privileged

24         communications.

25              MS. ALTHOFF:  Are you

Patricia Mjønes, M.D., Ph.D.

Page 257

1             instructing her not to answer?

2                     MR. GALLANT:  Yes.

3    QUESTIONS BY MS. ALTHOFF:

4             Q.     Okay.  You state in that

5    summary paragraph, you say, "I have not seen

6    any signs of atrophic gastritis."

7                     And is that essentially what

8    we've talked about before?

9             A.     Yes.

10            Q.     And similarly you say, "I

11   haven't seen any signs of Helio pylori-like

12   structures."

13                    And again, is that what we

14   talked about before?

15            A.     That's right.

16            Q.     And when you say, "I have not

17   seen any signs of intestinal metaplasia,"

18   again, to be clear, you believe it's your

19   opinion you didn't find any intestinal

20   metaplasia in any of the samples, whether

21   from normal mucosa or the tumor?

22            A.     That's right.

23            Q.     And then you state, "I have not

24   seen any signs of a prominent lymphocytic

25   infiltrate with intraepithelial lymphocytes."

Patricia Mjønes, M.D., Ph.D.

Page 258

    1              Correct?

    2         A.      That's right.

    3         Q.      And what is the significance of

    4    not seeing a prominent lymphocytic infiltrate

    5    with intraepithelial lymphocytes?

    6         A.      Well, if -- if you see it,

    7    you'd suspect Epstein Barr virus could be a

    8    cause.  If you don't see it, it doesn't add

    9    any information to that.

   10         Q.      Okay.  And then you say, "In

   11    tissue immunostained with neuroendocrine

   12    markers, synaptophysin and chromogranin A,

   13    from normal background mucosa, there are

   14    changes consistent with simple hyperplasia

   15    and possibly linear hyperplasia of

   16    neuroendocrine cells."

   17              Do you see that?

   18         A.      Yes.

   19         Q.      And that's what we --

   20         A.      Yeah, sorry.

   21         Q.      And that's what we talked about

   22    previously with regard to section J, right?

   23         A.      That's right.

   24         Q.      And so it says there,

   25    PG-17-18840.

Patricia Mjønes, M.D., Ph.D.

Page 259

 1                     Do you see that?

 2          A.      Yeah, that's a typo.  It should

 3     stand OL-17-09222.

 4          Q.      Section J specifically,

 5     correct?

 6          A.      Yeah, that's right.

 7          Q.      Going back to page -- the very

 8     bottom of page 1 of your report.

 9          A.      Okay.

10          Q.      And that's where you talk about

11     tissue block 01A and the additional staining

12     that you did, correct?

13          A.      Yes.

14          Q.      Do you know whether the tissue

15     block 01A from which you took a cut was from

16     the tumor or from the general area of the

17     tumor?

18          A.      I think -- oh, yeah, sorry.

19     It -- these are my markings.  I would have to

20     just check to see.

21                  I recognize the picture.  1A is

22     what -- is from the section J, from

23     OL-17-09222.

24          Q.      Let's back up for a second.

25     Let's go back to your report, which is on the

Patricia Mjønes, M.D., Ph.D.

Page 260

1    screen, and I'm asking you now about the very

2    bottom.  It says, "A tissue block 01A was

3    received 9 March 2021."

4                Do you see that?

5        A.    Yes.

6        Q.    And the tissue block 01A

7    related to the biopsy specimen during the

8    EGD, right?

9        A.    Yes.

10       Q.    Okay.  So tissue block 01A was

11   from the EGD specimen?

12       A.    I'm trying to think.  I

13   received two tissue blocks.  I'm just trying

14   to see why I've written 1A at the bottom.

15                Oh, yeah, now I see.  The

16   tissue block 1 -- 01A is the one that in the

17   Norwegian pathology report is marked --

18   sorry, I'm going to try that again.  Sorry.

19       Q.    It's okay.

20       A.    Tissue block 1A, 1A is the name

21   that we gave it, and that corresponds to --

22   it corresponds to OL-17-09222/connector 03J.

23   So it's from the surgery.

24       Q.    Okay.  Yes.

25       A.    And the tissue block marked 2A

Patricia Mjønes, M.D., Ph.D.

Page 261

1    are from the endoscopy.

2                 No, sorry.  I have written

3    it -- it's the other way around.  It should

4    be 2A in that section.  Yeah, sorry.

5         Q.    Let me ask you this.  So

6    whatever that tissue block number is, whether

7    it's 01A or 02A, that's a number that was

8    given to that tissue block by your

9    organization?

10        A.    That's right.

11        Q.    And the comments about your

12   observations of the slides made from the

13   tissue block that originated during the

14   biopsy that was done during the EGD are

15   included here on the bottom of page 1 and the

16   top of page 2?

17        A.    Yes.  It says here, "The

18   neuroendocrine markers did not show

19   convincing evidence of hyperplasia of

20   neuroendocrine cells."

21        Q.    And again, that finding was

22   from the tissue that was taken during the

23   biopsy during the EGD?

24        A.    Yes.  In September.

25        Q.    And going back to my original

Patricia Mjønes, M.D., Ph.D.

Page 262

1    question, it was, do you know whether the

2    slide that you made from the tissue block

3    that came from the biopsy during the EGD was

4    from the tumor itself or from the surrounding

5    area?

6         A.    The tissue from that EGD was

7    taken from the tumor, from one of the polyps.

8    And then when they take that, you quite often

9    get normal -- you know, surrounding mucosa in

10   the same -- at the same time.

11        Q.    Uh-huh.

12        A.    At least that's what you see on

13   the biopsies.

14        Q.    And so my -- I just wanted to

15   make sure I understood what you were telling

16   us, which is then that you, when you did the

17   staining, the neuroendocrine markers in the

18   tumor itself did not show convincing evidence

19   of hyperplasia of neuroendocrine cells.

20        A.    No, you didn't see any -- like

21   you didn't see any positive reaction in the

22   tumor, and you didn't see any signs of

23   hyperplasia in the background mucosa.

24        Q.    Did you include -- well, do you

25   have -- do you have any photographs of the

Patricia Mjønes, M.D., Ph.D.

Page 263

1    staining that you did from those slides?

2          A.    I have the pictures scanned,

3    but I don't think I took a photo of it.  But

4    I have it scanned, so I'd be able to take

5    photos of it if necessary.

6          Q.    Okay.  In any event, we haven't

7    looked at that today?

8          A.    No, we haven't looked at that

9    today.

10                But I know Voltaggio has a

11    picture of it in -- a number of pictures, but

12    the pictures are in a distance, so you can't

13    see the details.

14          Q.    So looking at Exhibit 6, which

15    is Voltaggio's slides page 34 to the end.

16          A.    Yes.

17          Q.    Do you know which slides depict

18    the biopsy specimen that was immunostained?

19                Can you tell if it's 50 to 51?

20          A.    No, it's like Voltaggio's

21    page 34.

22          Q.    Yes.

23          A.    That's from -- that's from the

24    endoscopy.  That's from -- that's from the

25    biopsy of the tumor.

Patricia Mjønes, M.D., Ph.D.

Page 264

1          Q.      Okay.  Hold on.

2                  Jeff, can you go to page 50 of

3      the exhibit you're looking at right now?  So

4      we're on 34, but go to 50.

5          A.      Yes.

6          Q.      One more.  There we go.

7          A.      That's the -- that's from the

8      same tissue as -- that you just saw.  That's

9      from the biopsy from the endoscopy.

10         Q.      Okay.  So page 50 and 51, are

11     those from the endoscopy?

12         A.      Yes.

13         Q.      And then if you look at 53 and

14     54, are those from the specimen J, the

15     background mucosa?

16         A.      So that's from the background

17     mucosa, J, and the page 52 is from the --

18     from the biopsy at the endoscopy.  That's --

19     page 53 and 54 are from section J from the

20     surgery -- surgery.

21         Q.      Uh-huh.

22                 And so were you telling me that

23     on section -- or excuse me, pages 50 and 51,

24     they're not sufficiently magnified for you to

25     identify for me why these do not show

Patricia Mjønes, M.D., Ph.D.

Page 265

1    neuroendocrine hyperplasia?

2         A.    Yes, the distance is too far.

3    You can't see any details.  Plus, on those

4    sections it's not much tumor tissue left, so

5    you wouldn't be able -- it wouldn't be good

6    to evaluate that on those sections.

7         Q.    Did you make a determination of

8    the grade of hyperplasia that was seen in

9    section J of the surgical resection that you

10   stained with the immunostains?

11        A.    You mean like it's a diffuse

12   and linear hyperplasia?

13        Q.    Well, I guess that's the

14   description of the type, but did you make any

15   assessment of the grade of hyperplasia?

16        A.    The grade?  I'm not quite sure

17   what you mean.

18              Like you can grade

19   neuroendocrine tumors, but hyperplasia would

20   be described as simple, diffuse, linear,

21   micronodular and so on.  So I'm not quite

22   sure what you mean.

23        Q.    Okay.  I'll withdraw that.

24              Going back to page 3 of

25   Exhibit 2, which is your report, and we were

Patricia Mjønes, M.D., Ph.D.

Page 266

1    talking about the pathological staging

2    summary that you've identified as pTis pN0.

3              And does that translate as an

4    early stage cancer?

5         A.    That's right.

6         Q.    Do you have an understanding of

7    what the typical prognosis is for a cancer

8    staged as pTis pN0?

9         A.    It would generally be a good

10   prognosis.

11        Q.    And do you have an

12   understanding of what the standard of care is

13   for treatment of a pTis pN0 intramucosal

14   adenocarcinoma?

15             MR. GALLANT:  Object to form.

16             THE WITNESS:  I don't treat

17        them, but, you know, they -- they

18        would remove the -- if you have a

19        polyp that shows dis -- shows those

20        types of changes, you would remove it.

21   QUESTIONS BY MS. ALTHOFF:

22        Q.    Are you familiar with

23   endomucosal resection?

24        A.    Yes.

25        Q.    And when you say "remove the

Patricia Mjønes, M.D., Ph.D.

Page 267

1    polyp," are you referring to that treatment?

2        A.    Well, sometimes they do

3    endoscope.  It depends.  At least in

4    Trondheim it depends on who performs the

5    different procedures.  But -- and depending

6    on what the findings are on biopsy.

7            So if they think they could

8    remove it then -- by endo -- and it also is

9    kind of depend on the age, as far as I know.

10    So, yeah.

11        Q.    And I'm sorry, when you say it

12    depends on the age, the age of what?  The

13    person?

14        A.    Yes.  Like if you have an old

15    patient that's frail, you'd -- if you can get

16    to maybe doing an endoscopic mucosa

17    resection, that would probably be safer for

18    the patient than removing part of the

19    esophagus and part of the stomach.  That's

20    what I mean by age.

21            But I'm not a surgeon, so...

22        Q.    When we talked earlier on about

23    the subsequent biopsies that you reviewed

24    from 2017, 2018 and 2019 -- and I think you

25    told me there was nothing significant to your

Patricia Mjønes, M.D., Ph.D.

Page 268

1    diagnosis in any of those biopsies, correct?

2            A.    That's right.

3            Q.    Would you agree that there was

4    no signs of recurrence of cancer in any of

5    those biopsies?

6            A.    I agree.

7            Q.    With regard to adenocarcinomas

8    in general or intramucosal adenocarcinomas,

9    where in the stomach can those be found?

10           A.    Sorry?

11           Q.    Yeah.

12                 So, you know, more generally

13   with regard to an intramucosal adenocarcinoma

14   as you've diagnosed with Mr. Baudin in this

15   case, where in the stomach can those be

16   located?  Where could you find them?

17           A.    You can find them in --

18   everywhere, in every compartment.

19           Q.    Would you agree they could be

20   found in the body and fundus?

21           A.    Yes.

22           Q.    They could also be found in the

23   cardia?

24           A.    Yes.

25           Q.    With regard to gastric mucous

Patricia Mjønes, M.D., Ph.D.

Page 269

1    glands, where in the stomach can those be
2    located?
3          A.    So basically you can find
4    mucous -- it depend -- it depends on how the
5    section is cut, because you can find
6    mucous-type mucosa or mucous-type cells in
7    the foveolars in the surface of the stomach,
8    and you find them in the cardia, and you find
9    them in the antrum.  And so in some
10   situations you could also find them as a part
11   of regeneration.
12         Q.    And I think, you know, you --
13   when you looked at slide N --
14         A.    Uh-huh.
15         Q.    -- and you determined based on
16   looking at slide N that you saw regenerative
17   changes at the polypectomy site; is that
18   right?
19         A.    Yeah, that's how I interpret
20   them, yes.
21         Q.    And that's -- you determined
22   that what you were seeing was regenerative
23   changes, not cardiac mucosa?
24         A.    And that's -- if you can pull
25   up one of Voltaggio's pictures, then I can

Patricia Mjønes, M.D., Ph.D.

Page 270

1    tell you how I -- it's easier to explain with

2    the picture.

3            Q.    Sure.

4                  So Exhibit 6 again, Jeff.

5    Thank you.

6                  And Exhibit 6 starts with the

7    biopsy specimens.  Were you thinking of the

8    biopsy specimens or the --

9                  MR. RESTAINO:  Katherine, hold

10           on a second.  They're off again.

11                MR. GALLANT:  We just lost

12           sound for a minute, so -- or did we

13           lose the whole thing?  Do you want

14           to --

15                MS. ALTHOFF:  We have sound but

16           not video now.

17                THE WITNESS:  I was thinking of

18           the pictures on page 28, which is a

19           close-up of page 46.  So if we look at

20           the page -- the picture on page 28

21           first.

22   QUESTIONS BY MS. ALTHOFF:

23           Q.    Hold on just a second, because

24   that's not actually in Exhibit 6.  Let's look

25   and see if it's in Exhibit 6, and then if

Patricia Mjønes, M.D., Ph.D.

Page 271

1    not, we can go to the forward part.

2                    So page 34 through page 37 are

3    from the biopsy specimen.

4        A.      {Audio interruption}.

5        Q.      Yeah.

6                    And so which slide are you

7    interested in looking at?

8        A.      Figure 9.

9        Q.      Figure 9.  Okay.

10                   MR. GALLANT:  So are there

11            two --

12                   MS. ALTHOFF:  Okay.  Hold on.

13            Gotcha.

14                   MR. GALLANT:  Is there like a

15            full report and an excerpted report?

16    QUESTIONS BY MS. ALTHOFF:

17        Q.      Okay.  So, Dr. Mjønes, let's go

18    to page 41 of the current exhibit, which is

19    Exhibit 6.

20        A.      So this one, yeah?

21                   So basically what you see on

22    the picture here is a close -- not a complete

23    close-up, but we see the polyp itself in the

24    middle protruding into the lumen.

25                   To the right of the polyp we

Patricia Mjønes, M.D., Ph.D.

Page 272

1    see oxyntic mucosa.

2              To the left of the polyp we see

3    mucus glands and some inflammation in the

4    bottom right, and this is the area where I --

5    where I think is the polypectomy site.

6              If you just go to the right

7    of -- right of that area, it doesn't really

8    show because the section is kind of crumpled

9    together.  You see it better in a different

10   level.  You also have some dysplasia in the

11   mucosa just very close there.

12        Q.    Okay.

13        A.    Then if you go --

14        Q.    Go ahead.

15        A.    And then if you go and look

16   at -- where it's zoomed out, the same --

17   basically she's showing the same lesion --

18   one of the pictures where you see the lesion

19   in picture M, but you see it under smaller

20   magnification.  It's on page 46 on the

21   Voltaggio report.

22        Q.    Uh-huh.  Yes.  So I'm going to

23   get to that.  Go to page 46, Jeff.

24        A.    Yeah, yeah, that's right.

25              So now we see the polyp on the

Patricia Mjønes, M.D., Ph.D.

Page 273

1      side instead of up like we did a second ago.

2                      So if you see on the picture to

3      the left, we see the polyp touching base with

4      the section -- the tissue on the right.  We

5      see oxyntic mucosa to the left of that polyp.

6      We see an area of mucous glands just to the

7      right of that polyp, and then we see an area

8      where the section is crumpled together.

9                      Just where you see a split

10     between the crumpled area of the section, you

11     see kind of a space between, and that's an

12     artifact.

13                     If you look at different

14     sections from the same slide, you would see

15     that these -- this is actually -- they are

16     stuck together, and we see oxyntic mucosa on

17     that side.

18                     So based on that, I interpret

19     that as being an oxyntic mucosa and that the

20     mucous glands you see just to the right of

21     the polyp are -- are probably a regeneration

22     or something like that.

23          Q.    Okay.  When we looked at this

24     slide earlier, Dr. Mjønes, I think you told

25     me you do not believe that these two sections

Patricia Mjønes, M.D., Ph.D.

Page 274

1    are connected.

2              Am I right?

3         A.    Yes.  No, not -- the section to

4    the right is not connected to the section on

5    the left.

6         Q.    Okay.

7         A.    But it would be good to have a

8    pointer, but I can show you.  If you look at

9    the tissue section to the left, you see a

10   part that is quite purple to the right of the

11   polyp.

12        Q.    Uh-huh.

13        A.    You see where I mean?

14        Q.    Yes.

15        A.    And just next to that crumpled

16   piece you have a little space, and then you

17   see more tissue.  That's an artifact.  Those

18   two pieces are actually stuck together.

19        Q.    Okay.

20        A.    So basically you see oxyntic

21   mucosa on both sides of those -- of that

22   polyp, and the mucous glands that we see in

23   this area I would interpret as regenerative

24   changes.

25        Q.    Okay.  Do you -- in your

Patricia Mjønes, M.D., Ph.D.

Page 275

1    clinical practice, Dr. Mjønes, do you ever

2    see sections of the cardia that are

3    contained -- contain exclusively oxyntic

4    mucosa?

5         A.    No, usually not.  You see

6    usually a mixture or usually just mucous

7    glands.  I know it's possible, but it's not

8    common to see that.

9         Q.    And with regard to what you're

10   looking at on page 46, can -- what are you

11   looking at that you tell me is the mucous

12   glands?

13        A.    Do you see where the polyp

14   is --

15        Q.    Yes.

16        A.    -- or the tumor?

17              Yes.  Just on the base of that

18   polyp, just to be right, you see some

19   paler -- it's a paler area where you have

20   mucous glands.  And just in the depth of that

21   area you have like a -- like a dilated area.

22   That's also some mucous glands in the base

23   surrounded by inflammation.

24              And those would be changes that

25   could be consistent with the previous

Patricia Mjønes, M.D., Ph.D.

Page 276

1    polypectomy -- biopsy from that polyp.

2         Q.    Let's look at page 41 for a

3    second.

4         A.    Uh-huh.

5         Q.    And if we look at this

6    particular slide and the area that you were

7    identifying as the mucous glands, they're

8    being sort of just to the right of the blue

9    arrow.

10        A.    Yeah, just to the right of the

11   blue arrow.  And also she has marked some --

12   some on -- just -- she's pointing at some

13   mucous glands as well.

14        Q.    Uh-huh.

15             And so remind me, which finding

16   on this particular slide do you identify as

17   being regenerative tissue?

18        A.    Just to the right of the polyp

19   you see mucous glands, and you see dilated

20   glands just in the depth, and you have

21   inflammation in the same area.  Like all the

22   blue dots that you can't really see properly

23   because the distance to the slide is too --

24   you know, that -- it's not tuned in enough.

25        Q.    Uh-huh.

Patricia Mjønes, M.D., Ph.D.

Page 277

1              Do you see any evidence of
2    microphages -- macrophages, excuse me?
3         A.    No, I can't see that on this
4    level.
5         Q.    Do you see any evidence of
6    myofibroblasts?
7         A.    Myofibroblasts I'm sure would
8    be there, but I can't see from this distance.
9         Q.    Did you document identification
10   of any macrophages or myofibroblasts when you
11   looked at slide N?
12        A.    I didn't write about them, no.
13        Q.    Do you recall whether you saw
14   them or not?
15        A.    Well, usually you see
16   macrophages and the myo -- you can see things
17   like that in areas looking like that, but I
18   can't recall exactly if I saw them.  I didn't
19   look specifically for them, but usually
20   inflammation like that would be quite mixed.
21        Q.    I was looking to see if -- so
22   let's look at page 42.
23        A.    Uh-huh.
24        Q.    On the same exhibit.
25              And is this a further

Patricia Mjønes, M.D., Ph.D.

Page 278

1    magnification of, again, slide N?

2         A.    Yes.

3         Q.    And do you see anything that

4    you would interpret as regenerative tissue in

5    slide 42?

6         A.    What I see here is basically

7    just a localized area of inflammation,

8    probably in the depth of -- you know, in

9    close relation to where we looked at.

10              And so we see mucous glands and

11   you see inflammation, dilated -- some dilated

12   vessels, and you see like smooth muscle going

13   up towards the surface between -- {audio

14   interruption}.  And you also see some oxyntic

15   glands.

16              But you can't say from this

17   magnifi -- you can't say what type of cells

18   you see in the background.  You see

19   inflammation.  You can't specify it.

20        Q.    And then looking at slide on

21   page 43 --

22        A.    Yes.

23        Q.    -- again, a further

24   magnification of slide N --

25        A.    Uh-huh.

Patricia Mjønes, M.D., Ph.D.

Page 279

1          Q.      -- do you -- well, do you see
2    anything that you would identify as signs of
3    regenerative tissue in this slide?
4          A.      Well, with regenerative -- with
5    regeneration you can get loss of your
6    normal -- the normal mucosa that you'd
7    normally have there.  So what you'd expect to
8    find there based on what you see on either
9    side of the polyp is oxyntic glands.
10              If you take a biopsy there, it
11   would take time for the tissue to recover,
12   and then the normal oxyntic glands could be
13   replaced by glands looking like this.
14              And now I can't remember
15   exactly what you asked.  Sorry.
16         Q.      No, that's fine.  I was asking
17   you if you saw any signs of regeneration in
18   the slide depicted on page 43.
19         A.      You know, the fact that you
20   have inflammation, you have -- you have
21   the -- yeah, you have inflammation and -- and
22   the smooth muscle tissue being pulled up
23   towards the surface and things like that.
24              Yeah.  You don't see -- I mean,
25   you don't see granulation tissue.

Patricia Mjønes, M.D., Ph.D.

Page 280

1          Q.     And again, you don't see any
2    macrophages or myofibroblasts in this
3    magnification either?
4          A.     No.
5          Q.     In order to be able to see
6    either macrophages or myofibroblasts, would
7    it have to be a further magnification?
8          A.     Yes, but you usually see --
9    you'd always find some -- find the
10   macrophages in those areas.
11         Q.     From your perspective,
12   Dr. Mjønes, is the presence of goblet cells
13   required for diagnosis of Barrett's?
14         A.     For one thing, you can't have
15   goblet cells in the stomach -- in the stomach
16   and call it Barrett's.  The goblet cells
17   would have to be in -- in the esophagus,
18   right?
19         Q.     Uh-huh.  Okay.
20         A.     And according to the American
21   Gastroenterological Society, you require
22   Barrett's cells to call it Barrett's.  You
23   require goblet cells to call it Barrett's.
24         Q.     What about in Norway?  Are the
25   presence of goblet cells required for a

Patricia Mjønes, M.D., Ph.D.

Page 281

1    diagnosis of Barrett's?

2         A.    Most people would they say they

3    are required.

4         Q.    Have you experienced a

5    situation clinically where the salmon-colored

6    mucosa which appears to be Barrett's on

7    endoscopy is biopsied and does not show

8    goblet cells?

9         A.    Yes.

10        Q.    In that case, do you diagnose

11   the patient as not having Barrett's?

12        A.    No, we can't do that.  We

13   say -- we would give a descriptive diagnosis

14   where we would -- like for one thing, we have

15   to know that the biopsy is from the

16   esophagus, and then we are relying on the

17   clinical information from the people sending

18   the biopsy in, right?

19              So we'd say a biopsy from

20   esophagus with gastric metaplasia and

21   inflammation, for example.

22        Q.    Uh-huh.

23        A.    If we didn't see the goblet

24   cells, that is.

25        Q.    We talked earlier about the

Patricia Mjønes, M.D., Ph.D.

Page 282

1    molecular designations for gastric cancer
2    that you refer to as -- well, I refer to as
3    The Cancer Genome Atlas, and you said that
4    was referred to by the WHO.
5                  You remember that discussion?
6         A.    Yes, I said that the -- the WHO
7    write a section about it where they take
8    information from The Cancer Genome Atlas.
9         Q.    And with regard to the HER2
10   testing that was done on Mr. Baudin's tumor
11   during the biopsy for the -- taken during the
12   EGD, what, if anything, did that show with
13   regard to the molecular classification of
14   Mr. Baudin's tumor?
15        A.    I haven't thought that one
16   through.  I have to -- like it showed -- it
17   showed it wasn't amplified.
18        Q.    Uh-huh.
19        A.    So it's not a classification
20   system we commonly use, so I won't -- so I
21   don't really know.
22        Q.    Have you reached any
23   conclusions with regard to whether
24   Mr. Baudin's tumor fell within the category
25   of tumors with chromosomal instability based

Patricia Mjønes, M.D., Ph.D.

Page 283

1    on the HER2 testing?

2        A.    They said that there were some

3    aneuploidy, so in that sense it was

4    probably -- could have been instable,

5    chromosomal instable.

6        Q.    With regard to the histological

7    classification of Mr. Baudin's tumor, would

8    you agree that it was well-differentiated?

9        A.    Yes.

10            MS. ALTHOFF:  All right.  Let's

11        take a few minutes.  I want to kind of

12        go back through and see what I haven't

13        covered yet.  And take a bathroom

14        break, too.

15            MR. GALLANT:  Okay.

16            VIDEOGRAPHER:  Off record,

17        2:59 p.m.

18        (Off the record at 2:59 p.m.)

19            VIDEOGRAPHER:  On record,

20        3:12 p.m.

21    QUESTIONS BY MS. ALTHOFF:

22        Q.    Dr. Mjønes, when we went off

23    the last time and took another break, I think

24    we were still talking about -- or had just

25    finished up talking about the regeneration

Patricia Mjønes, M.D., Ph.D.

Page 284

1    evidence that you thought you saw on slide N.

2            A.      Uh-huh.

3            Q.      And we were looking at some

4    pictures from Exhibit 6, so I want to go back

5    to that for just a minute.

6            A.      Yes.

7            Q.      And, Jeff, if you could put up

8    page 41 from slide -- showing slide N from

9    Exhibit 6.

10                   Yeah.

11                   So with regard to this slide

12   and then the next couple that are a little

13   more magnified --

14                   Dr. Mjønes, do we still have

15   you?

16           A.      Uh-huh.  Yeah.  I'm here.

17   Sorry.

18           Q.      -- do you agree that these

19   slides depict inflammation?

20           A.      Yes.

21           Q.      And is that in or about the

22   tumor site area?

23           A.      It's in a localized area

24   next -- just in the tumor area.

25           Q.      And I think you had told us

Patricia Mjønes, M.D., Ph.D.

Page 285

1    earlier that the presence of this
2    inflammation was a sign to you of -- a
3    potential sign to you of regeneration?
4         A.    Not only the inflammation, but
5    seen together with loss of oxyntic glands in
6    the area and elongated foveolars and things
7    like that.
8         Q.    Loss of what type of cells?
9    I'm sorry.
10        A.    You have loss of -- loss of
11   oxyntic glands --
12        Q.    Yeah.
13        A.    -- in the area.
14        Q.    Okay.  With regard to the
15   inflammation that you see there, which you
16   again associate with regeneration, what are
17   some other explanations for why you might see
18   inflammation in the slide that's depicted on
19   slide 41 -- page 41?
20        A.    Well, I mean, you don't see the
21   inflammation in other -- in any other part of
22   that section, so in -- in this -- in this
23   section, my best explanation would be that
24   it's from a previous biopsy site.  That's my
25   best explanation for this one.

Patricia Mjønes, M.D., Ph.D.

Page 286

1          Q.     Could the inflammation have
2     been caused by Mr. Baudin's gastric
3     esophageal reflux disease?
4          A.     In theory, but I would expect
5     him to have more inflammation in the other
6     parts of the stomach as well, not only
7     localized there.
8          Q.     And what about the presence of
9     this particular polyp having originated from
10    the hiatal hernia site, could that be an
11    explanation for the inflammation?
12         A.     Well, inflammation can -- can
13    be caused by -- like if you have a polyp
14    sticking out, anything that irritates the
15    polyp -- you could have a lump of food going
16    past it.  That could cause inflammation.
17         Q.     What about if Mr. Baudin had
18    Barrett's esophagus, could the Barrett's
19    cause the inflammation that we see depicted
20    on page 41?
21              MR. GALLANT:  Object to form.
22              You can answer.
23              THE WITNESS:  Yeah.  If
24         Mr. Baudin had Barrett's, I would
25         expect to see inflammation in the

Patricia Mjønes, M.D., Ph.D.

Page 287

```
 1          gastroesophageal junction with
 2          inflammation in the epithelium, which
 3          I didn't see, and I'd also expect to
 4          see goblet cells in that junction,
 5          which I didn't see.
 6   QUESTIONS BY MS. ALTHOFF:
 7          Q.    Would Barrett's esophagus,
 8   however, ex -- could have explained
 9   inflammation?
10          A.    I don't think it explained
11   inflammation in that particular site, the
12   left polyp.
13          Q.    What about gastric metaplasia?
14   Could that be an alternative explanation for
15   the inflammation that's seen in the tumor
16   polypectomy site as depicted on page 41?
17          A.    Gastric metaplasia?  Like you'd
18   have gastric -- you mean pseudopyloric
19   metaplasia?  Is that what you mean?
20          Q.    Yes, metaplasia.
21          A.    Yeah, you could have
22   metaplasia -- like when you have loss of
23   oxyntic glands and you get glands covered by
24   mucous cells, that's a type of metaplasia
25   because you don't have the normal glands
```

Patricia Mjønes, M.D., Ph.D.

Page 288

1    there anymore.

2        Q.    Are there any alternative

3    explanations for the loss of oxyntic glands

4    that you saw in page 41?

5        A.    No, I don't really have any

6    alternative suggestions at the moment.

7        Q.    We've talked a lot today about

8    where Mr. Baudin's tumor was located, and you

9    have reached the conclusion you've discussed

10   today that it was in a -- was not in the

11   cardia.

12           Am I right about that?

13       A.    Yes, I think it's more likely

14   than not that it's in oxyntic mucosa that's

15   not in the cardia.

16       Q.    And we already discussed today

17   that that particular opinion does not appear

18   in the final report that we received on

19   April 9th of 2021.  Instead it says -- just

20   says proximal stomach?

21       A.    That's right.

22       Q.    When did you reach this

23   conclusion that the tumor was located in the

24   non-cardia oxyntic mucosa?

25       A.    Well, when I was reviewing the

Patricia Mjønes, M.D., Ph.D.

Page 289

1    reports, well, my -- the Voltaggio report,

2    and as the -- as the notes from -- and

3    Voltaggio's report and the notes from the

4    Louisiana pathology group, I noticed --

5    because I had kind of -- I noticed the part

6    where they said the polyp -- the tumor was

7    located -- or the suspicious area was

8    1.2 centimeters away from the junction.

9              And when I reviewed the slides

10   and looked at what I had written, I didn't

11   see anything -- I didn't see the tumor in

12   that location that they had thought was

13   tumor.

14             And then when I saw the

15   information in Voltaggio's report about the

16   biopsies from the tumor was 3 centimeters

17   away from the gastric -- gastroesophageal

18   junction, that's how I kind of made that

19   conclusion, together with the findings seen

20   on that tissue section.

21        Q.    Okay.  So with regard to the

22   1.2 centimeters distal to the esophageal

23   junction information, that was contained in

24   the Louisiana Pathology report which you had

25   at the time you did the first review,

Patricia Mjønes, M.D., Ph.D.

Page 290

```
 1   correct?
 2          A.    That's right.
 3          Q.    And did you attempt at the time
 4   of the first review to correlate that
 5   information to the slides that you were
 6   reviewing, or was that not until later?
 7          A.    I probably -- I probably didn't
 8   take -- I saw it wasn't any tumor tissue in
 9   the area that they said was suspicious, so
10   then I -- you know, then I just assumed it
11   was in the posterior back wall since the
12   tissues were taken from there.  I didn't
13   think there was an issue around it.
14          Q.    Okay.  And then it -- but it
15   was after you read Dr. Voltaggio's report,
16   including, but not limited to, the
17   correlation to the 3 centimeters distal to
18   the esophageal junction that you determined
19   that from your perspective this tumor did not
20   arise in the cardia?
21          A.    Yes, I never thought it was a
22   cardiac cancer based on what I've seen.  I
23   never had that in mind.  And I didn't think
24   of it as a cardiac cancer.  I thought of it
25   as a stomach cancer.
```

Patricia Mjønes, M.D., Ph.D.

Page 291

1         Q.      So to the extent Dr. Voltaggio
2    opines that Mr. Baudin's cancer arose in the
3    cardia region, at least from a pathological
4    perspective you disagree with that?
5         A.      Yes.
6         Q.      Have you talked with any
7    gastroenterologists about Mr. Baudin's
8    clinical picture and what type or location --
9    excuse me, what location of cancer they would
10   determine based on his clinical picture?
11        A.      No.
12               (Mjønes Exhibit 21 marked for
13               identification.)
14   QUESTIONS BY MS. ALTHOFF:
15        Q.      Let's mark Exhibit 21.
16               Dr. Mjønes, handing you what's
17   been marked as Exhibit 21 to your deposition,
18   is this the CV you provided to counsel to be
19   given to us at this deposition?
20        A.      Yes.
21        Q.      And looking at sort of your
22   education and licensure, it identifies you as
23   a licensed specialist in pathology in Norway
24   as of 2011?
25        A.      Yes.

Patricia Mjønes, M.D., Ph.D.

Page 292

1          Q.      Have you ever been licensed as
2    a physician or pathologist in the United
3    States?
4          A.      No.
5          Q.      Did you do all of your training
6    in Norway?
7          A.      Do you mean my pathologist
8    training or in general?
9          Q.      Did you do all of your
10   pathology training in Norway?
11         A.      Yes.
12         Q.      It looks like you spent some
13   time in Ireland and Poland as well.
14                 What were you studying there?
15         A.      I did my medical degree -- I
16   did one year in Poland and then the remaining
17   five years in Ireland.
18         Q.      And then did you have to do
19   additional training in pathology?
20         A.      Well, I did my medical degree
21   in Poland and Ireland, and then I did my
22   pathology training in Norway.  All of it.
23         Q.      And based -- you know, given
24   that you have a general medical degree, at
25   any time have you treated patients who have

Patricia Mjønes, M.D., Ph.D.

Page 293

1    been diagnosed with gastric cancer?

2        A.    I can't remember.  Like I

3    was -- just after my medical degree, you do

4    an internship in Norway lasting for a year

5    and a half.  And within that year, your half

6    year -- no, your full year at the hospital --

7    and in my case I did four months doing a

8    surgical rotation, four months doing a

9    medical rotation and four months doing a

10   psychiatry rotation.  And then I had six

11   months in a general practice.  And that's all

12   part of your internship in Norway.

13            And during that time, I can't

14   remember details from the type of patients I

15   saw, but I would have seen a bit of

16   everything.

17       Q.    Okay.  In the case where you

18   were doing the internship, would there have

19   been, though, a supervising physician who

20   would have had primary care for those

21   patients that you might have seen in

22   rotation?

23       A.    Yes.

24       Q.    You know, as compared to you,

25   does Dr. Waldum -- well, prior to his

Patricia Mjønes, M.D., Ph.D.

Page 294

```
 1    retirement, did he treat patients with
 2    gastric cancer?
 3         A.     Yes.
 4         Q.     And he's a gastroenterologist
 5    by training, correct?
 6         A.     Yes.
 7         Q.     And in this particular matter
 8    with Mr. Baudin, he came to you and asked you
 9    to do the pathology portion of the review,
10    right?
11         A.     That's right.
12         Q.     To your knowledge, has he
13    reviewed any of the slides that you reviewed?
14         A.     If he's seen them, you mean?
15         Q.     Yes.
16         A.     No, he hasn't.
17         Q.     I mean, obviously you put an
18    image in your report, and he's seen that.
19    But in terms of actually looking at the
20    slides under a microscope or using a
21    computer, he's not done that to your
22    knowledge?
23         A.     No.  Because I haven't taken
24    any pictures of the -- I haven't taken
25    pictures of the slides, so he wouldn't have
```

Patricia Mjønes, M.D., Ph.D.

Page 295

1    seen those either.

2         Q.    Was it your understanding when

3    Dr. Waldum asked you to review the pathology

4    that he was doing that because of your

5    particular pathology expertise as compared to

6    his?

7         A.    Yes.

8         Q.    Was it your understanding that

9    he was deferring to you with regard to your

10   diagnosis and findings on the pathology?

11              MR. GALLANT:  Object to form.

12              THE WITNESS:  Can I answer?

13              MR. GALLANT:  If you know.

14              THE WITNESS:  Could you repeat

15        the question?

16   QUESTIONS BY MS. ALTHOFF:

17        Q.    Sure.

18              Was it your understanding when

19   Dr. Waldum asked you to review the pathology

20   that he was -- sorry, wrong question.  Strike

21   that.

22              Was it your understanding that

23   Dr. Waldum was deferring to you with regard

24   to your diagnosis and pathology -- and

25   findings on Mr. Baudin's pathology?

Patricia Mjønes, M.D., Ph.D.

Page 296

1                      MR. GALLANT:  Same objection.

2                      THE WITNESS:  I'm not a hundred

3           percent sure if I'm understanding the

4           question right.

5                      So you're -- are you asking

6           me -- could you rephrase it?  Sorry.

7      QUESTIONS BY MS. ALTHOFF:

8           Q.    Was it your understanding that

9      Dr. Waldum deferred to you with regard to

10     your diagnosis and findings on Mr. Baudin's

11     pathology?

12                     MR. GALLANT:  Object to form.

13                     THE WITNESS:  He -- he -- I --

14          I'm still actually not sure if I'm

15          understanding the question right, but

16          he -- he wanted me to give an opinion

17          on the sections, and he got them

18          afterwards.

19                     And what he did with the report

20          I gave him, I don't know.  Like I

21          presume he's made some opinions

22          related to that, but I don't know

23          exactly what conclusions he's drawn

24          from my report.

25                     MS. ALTHOFF:  Okay.  Jeff, did

Patricia Mjønes, M.D., Ph.D.

Page 297

1         you get some new exhibits from us?

2                 VIDEOGRAPHER:  Yes, ma'am.

3                 MS. ALTHOFF:  Okay.  Let's show

4         her what's been marked as Exhibit 22.

5                 VIDEOGRAPHER:  22 is one that I

6         already had.

7                 MS. ALTHOFF:  You did.

8                 VIDEOGRAPHER:  The ones that

9         came in weren't numbered.

10                MS. ALTHOFF:  I'm sorry, take

11        that back.

12                So the next one should be --

13        that's my fault -- Exhibit 23, and

14        then we'll have 24 and 24A.

15                VIDEOGRAPHER:  Which one do you

16        want to have as 23?

17                MR. GALLANT:  23 is the one

18        with the pink.

19                VIDEOGRAPHER:  With the pink

20        highlighting?

21                MS. ALTHOFF:  Yes.

22                MS. EMLEY:  Yeah, Jeff, they'll

23        still be in the same order that they

24        are in the e-mail that I sent you.

25                MS. ALTHOFF:  Nope.  Not that

Patricia Mjønes, M.D., Ph.D.

Page 298

```
 1          one.
 2                  MS. EMLEY:  It's the document
 3          titled "Waldum USA."
 4                  VIDEOGRAPHER:  This is -- this
 5          is Waldum USA.
 6                  MS. ALTHOFF:  Well, we can
 7          start with this one.  That's fine.
 8                  Well, Allyson, maybe you should
 9          send him separately the pink one.
10                  MS. EMLEY:  Okay.
11                  MS. ALTHOFF:  Okay.
12                  (Mjønes Exhibit 24 marked for
13          identification.)
14      QUESTIONS BY MS. ALTHOFF:
15          Q.    Okay?  So let's mark -- we'll
16      mark this as Exhibit 24.
17                  And, Dr. Mjønes, marking for
18      your deposition what's Exhibit 24, and this
19      is the document that was sent to us last
20      night --
21          A.    Uh-huh.
22          Q.    -- which I believe contains
23      your annotations, but we had to print them
24      out on a separate page.
25                  So, first of all, do you
```

Patricia Mjønes, M.D., Ph.D.

Page 299

1    recognize this document as being a copy of

2    your report with the patient identifiers

3    redacted and your sticky notes?

4        A.    Yes.

5        Q.    So let's look at page 2 of this

6    document, Jeff.

7              Let's scroll down some more.  I

8    mean, I'm sorry, yes.

9              All right.  So keep scrolling

10    on this one, and let's just see if we can see

11    the comments anywhere.

12              All right.  So this particular

13    version of your report, we can see that it

14    has your annotations on it with those yellow

15    sticky notes --

16        A.    Uh-huh.

17        Q.    -- but we're not able to see

18    what any of them say.

19              Would you agree with that?

20        A.    I agree.  Yeah, I see the --

21    when you click on the boxes, I see --

22              VIDEOGRAPHER:  Counsel, if I

23        scroll over them, you can see what it

24        says.

25              MS. ALTHOFF:  Yeah, but that

Patricia Mjønes, M.D., Ph.D.

Page 300

```
 1           just makes this way too complicated.
 2           We have another version where you can
 3           actually see them all together.
 4                   Let's see if we can get that
 5           one and mark it as 24A.
 6                   MS. EMLEY:  I just sent it,
 7           Jeff, so you should be getting it any
 8           second.
 9                   (Mjønes Exhibit 23 marked for
10           identification.)
11   QUESTIONS BY MS. ALTHOFF:
12           Q.    Okay.  We'll go with this one.
13   Sure.
14                   Let's mark this as 23.  And,
15   Dr. Mjønes, does Exhibit 23 -- is that a copy
16   of what you produced today that was scanned
17   that includes both your handwritten notes,
18   your highlighting and the comments to your
19   original report in Norwegian?
20           A.    That's right.
21           Q.    Can we just sort of page
22   through this and make sure that it's a
23   complete copy?
24                   Doctor, what I have is eight
25   pages.
```

Patricia Mjønes, M.D., Ph.D.

Page 301

1       A.      Yes, that's right.

2               VIDEOGRAPHER:  Counsel, it says

3       it's eight pages, but it's not letting

4       me scroll through.

5               MS. ALTHOFF:  That's fine.  If

6       she's confirming hers is eight pages

7       and mine is eight, I think we're good.

8               So let's see if we can get 24A.

9               MR. GALLANT:  Can we put the

10      ones you're displaying in the Dropbox

11      also?  In the chat, I mean?

12              VIDEOGRAPHER:  Yeah, stand by.

13              MS. ALTHOFF:  Okay.  Let's not

14      put this one up yet.

15              We still need 24A.

16              VIDEOGRAPHER:  So I'm confused

17      as to what 24A is going to be.

18              MS. ALTHOFF:  24A is going to

19      be the same as 24 except it shows the

20      actual comments typed out in

21      Norwegian.  Maybe.

22              Can we go to page 2 of this

23      document that's on the screen?  Yes.

24      Okay.

25              (Mjønes Exhibit 24A marked for

Patricia Mjønes, M.D., Ph.D.

Page 302

```
 1        identification.)
 2    QUESTIONS BY MS. ALTHOFF:
 3        Q.    Doctor, I'm marking for you
 4    what's been -- I'm going to identify as 24A.
 5              And, Jeff, if you could scroll
 6    through this.
 7              And my question to you,
 8    Dr. Mjønes, is, is this a copy of the report
 9    with the patient identifiers redacted and
10    your sticky note comments in Norwegian but
11    visible and printed out?
12              MR. GALLANT:  Take your time
13         and compare this because it's not in a
14         format that -- that you've seen.
15         Certainly you can't compare it while
16         they're scrolling through it, so I
17         don't know how we're supposed to --
18              MS. ALTHOFF:  Yeah, if you want
19         to even go off and pull it up from the
20         chat, I'm fine with that.
21              MR. GALLANT:  Let's see if we
22         can -- do you want to check your --
23              MS. ALTHOFF:  Well, and here,
24         let's do this.  Let me introduce the
25         last exhibit.  Maybe she can look at
```

Patricia Mjønes, M.D., Ph.D.

Page 303

 1          them at the same time.

 2                    THE WITNESS:  Okay.

 3                    MS. ALTHOFF:  So let's put up

 4          the one that you just had up a few

 5          minutes ago, Jeff, which we're going

 6          to mark as Exhibit 24B.  And it's the

 7          one that starts -- at the top it says,

 8          "Summary of Comments."

 9                    Yes.  All right.

10                    (Mjønes Exhibit 24B marked for

11          identification.)

12   QUESTIONS BY MS. ALTHOFF:

13          Q.    So handing you what's been

14   marked as Exhibit 24B, Dr. Mjønes, and this

15   is our attempt at a Google translate of the

16   comments that you have electronically in

17   Norwegian that are listed in 24A and 23.

18                    But the reason we did it -- we

19   put in 24A so that it's easier for you to

20   compare back and forth between the Norwegian

21   and the English translation.

22                    And when we come back, my

23   question to you is going to be, is 24B a fair

24   translation of the comments that you included

25   electronically in your report, which is

Patricia Mjønes, M.D., Ph.D.

Page 304

```
 1   exhibit -- now Exhibit 23?
 2              MR. GALLANT:  Well, which -- so
 3        how many exhibits have you uploaded
 4        that she needs -- I mean, we've -- I
 5        think this is the fourth version of
 6        her comments.
 7              MS. ALTHOFF:  Third.
 8              So we have the pink version,
 9        which is in Norwegian only and also
10        has handwritten notes.
11              We have 23A {sic}, which is a
12        clean copy, if you will, of her report
13        with her notes printed out in
14        Norwegian.
15              And 24B is the English
16        translation of -- purported English
17        translation of her comments,
18        electronic comments.
19              MR. GALLANT:  And which
20        document did you say has the
21        side-by-side?
22              MS. ALTHOFF:  24A and 24B.
23              MR. GALLANT:  And it's 24A is
24        on the screen now?
25              MS. ALTHOFF:  24B is on the
```

Patricia Mjønes, M.D., Ph.D.

Page 305

1        screen now.

2                THE WITNESS:  Yeah, the

3        translation seems fine.

4                MR. GALLANT:  Okay.  Well,

5        that's not -- let's go off the record

6        a minute and we'll examine the

7        documents.

8                VIDEOGRAPHER:  Off record,

9        3:40 p.m.

10        (Off the record at 3:40 p.m.)

11                VIDEOGRAPHER:  On record,

12        4:34 p.m.

13   QUESTIONS BY MS. ALTHOFF:

14        Q.    Dr. Mjønes, after a break -- I

15   understand during the break you had an

16   opportunity to review Exhibit 23, 24A --

17   excuse me, 24, 24A and 24B, in particular

18   with regard to translation of the comments to

19   your report, which you drafted, from

20   Norwegian to English; is that right?

21        A.    Yes.

22        Q.    Okay.  And while we were off,

23   your counsel suggested that perhaps you could

24   assist us by going through the comments in

25   English and letting us know where you think

Patricia Mjønes, M.D., Ph.D.

Page 306

1    the translations are not accurate.

2           A.    Yeah.

3                 If you go to number 1 --

4           Q.    Uh-huh.

5           A.    -- yeah, on page 2.  It says

6    page 2, number 1, yeah.

7                 Let's see now.  It says,

8    "Gastric pyloric glandular adenoma is usually

9    seen in connection with CAG, which is not the

10   case."

11                So "assigned" is changed to

12   "the case," which is not the case here.

13          Q.    Okay.  I'm sorry, I did not

14   track that.  You're going to have to say that

15   again.

16          A.    Yeah.  You see comment

17   number 1.  If I read it from -- if you see

18   the second line, after the comma it says,

19   "which is not assigned here."

20                "Assigned" should be changed to

21   "the case."

22          Q.    Gotcha.

23                Okay.  Otherwise it's fine, the

24   statement?

25          A.    No, it's another comment.

Patricia Mjønes, M.D., Ph.D.

Page 307

```
 1          Q.     Okay.
 2          A.     On the third line from the
 3    bottom of that same comment -- no, the
 4    fourth -- sorry.  Two lines below the
 5    previous comment, the sentence starts with
 6    "Intestinal-type of gastric adenoma."
 7                 And "comment" should be
 8    replaced by "the most common type."
 9          Q.     Okay.
10          A.     Yeah.  So then the next change
11    number is 6.
12          Q.     Yes.
13          A.     Okay.  So the first change is
14    to -- it says on the second line -- the
15    second line, the sentence starts with "About
16    12 to 13 millimeters from the
17    gastroesophageal junction."  It says -- it
18    says "a polypous," but it should be changed
19    to "a polypoid."
20          Q.     Okay.
21          A.     And then on the place where the
22    letters are in capital --
23          Q.     Uh-huh.
24          A.     -- it should say "from the
25    apparent polypectomy site, it does not show
```

Patricia Mjønes, M.D., Ph.D.

Page 308

1    dysplasia or remains of tumor," comma.

2             Q.     Okay.

3             A.     This can give an indication

4    that it is not the real polypectomy site.

5             Q.     Okay.

6             A.     Number 7, page 2L.

7                    MR. GALLANT:  You're okay.

8                    THE WITNESS:  Okay.

9    QUESTIONS BY MS. ALTHOFF:

10            Q.     I'm sorry, number 7, what did

11   you say?

12            A.     On the underlined line it

13   says -- it says -- what does it say?  Like

14   this -- here.

15                   MR. GALLANT:  Yeah, that --

16                   THE WITNESS:  It should be H --

17            H and then a line and then an I,

18            colon.

19   QUESTIONS BY MS. ALTHOFF:

20            Q.     Okay.

21            A.     And then the next change in the

22   same thing, it says, "Slide" -- on the

23   lower -- the last part of that number 7 it

24   says, "Slide I gives no additional

25   information."

Patricia Mjønes, M.D., Ph.D.

Page 309

1        Q.    Oh, I'm sorry, say that one
2    more time?
3        A.    "Slide I gives no additional
4    information."
5        Q.    Got it.
6        A.    So number 8.  So "fundus gland"
7    is changed to "fundic gland."  And that's all
8    on that line.
9        Q.    Got it.
10       A.    So on number 9 --
11       Q.    Yes.
12       A.    Sorry, I just have to see that.
13   Let me get the box up.
14             So it says, "the lesser
15   curvature to include polyps," yeah?
16       Q.    Uh-huh.
17       A.    "Same type of changes as
18   above."
19             And in the exclamation it
20   says -- I can't remember what the original
21   report says because it's blocked by the
22   comment box, but it should say "developing."
23   The first word after that...
24       Q.    Should -- are you saying --
25   after the parenthetical that follows the word

Patricia Mjønes, M.D., Ph.D.

Page 310

```
1    "above"?
2         A.    Yeah, it should be
3    "developing."
4         Q.    So should read, "developing for
5    hyperplastic polyp"?
6         A.    Developing.  It should say same
7    changes -- same type of changes as above,
8    "developing hyperplastic polyp."
9         Q.    Okay.
10        A.    And then just behind -- behind
11   that two question marks in the line below, it
12   should say, instead of "seem," "otherwise
13   seen an increase in the amount of."
14        Q.    I'm not sure I understand where
15   that goes.  I'm sorry.
16        A.    Well, there's --
17             MR. GALLANT:  There's two
18        question marks after stroma, and then
19        C, I think that's where that gets
20        inserted.
21   QUESTIONS BY MS. ALTHOFF:
22        Q.    Oh, okay, I'm sorry, I
23   misunderstood you.  All right.  I understand
24   where you're talking about now.
25             So right now it says "or seen
```

Patricia Mjønes, M.D., Ph.D.

Page 311

1    increased," and what should that be?

2         A.    I'm just trying to see where I

3    am now.  I'm trying to get the screen to be

4    bigger.

5                  Are we on number 8?

6                  MR. GALLANT:  No, we're on

7         number 9.

8                  THE WITNESS:  Number 9.  Okay.

9         Sorry.

10                 So it's on the second line.

11   QUESTIONS BY MS. ALTHOFF:

12        Q.    Yes.

13        A.    And I can't see what it says

14   just behind the two question marks.

15                 MR. GALLANT:  It should be

16        or -- it says "or seen."

17                 THE WITNESS:  Yeah.  Instead of

18        "or seen," it should be -- say

19        "otherwise seen and increase in the

20        amount of."

21                 And then the inflammatory cells

22        should follow.

23   QUESTIONS BY MS. ALTHOFF:

24        Q.    Okay.

25        A.    Okay.  And then the next point

Patricia Mjønes, M.D., Ph.D.

Page 312

```
1    of change is at number 11.  There you have
2    towards the end, the third line from the end
3    of that comment box it says, "Best compatible
4    with fundus gland polyps."
5                  It should say, "Development of
6    a fundic gland polyp."
7         Q.     Yes.
8         A.     Uh-huh.
9                  And then with the big
10   letters --
11        Q.     Uh-huh.
12        A.     -- is this the real polyp site?
13   So I can't see what -- what it says just
14   behind polyp.  It says plot, maybe.  So plot
15   should be site.
16                  And the next comment would be,
17   "delete gross" and replace with the phrase
18   "with high grade."
19        Q.     Uh-huh.
20        A.     So the gross and slash high
21   degree should be "high grade."
22                  And the next comment then on
23   the same -- what happened now?  I'm sorry.
24   The "cardiac muscle" should be changed to
25   "cardiac mucosa."
```

Patricia Mjønes, M.D., Ph.D.

```
 1            Q.     Uh-huh.
 2            A.     Okay.
 3            Q.     Dr. Mjønes, the -- right before
 4     the all caps, it says "NB."
 5                   What does NB stand for?
 6            A.     Oh, it's just -- it's kind of
 7     an ex -- note.  It stands for Norwegian.  You
 8     just write it just kind of to -- to kind
 9     of -- to remember it for later.
10            Q.     Okay.
11            A.     It's just -- basically it's
12     kind of to remind myself.  Yeah.
13                   So where are we now?  We are at
14     11, right?
15            Q.     Yes.
16            A.     So the next page -- how do I
17     get to the next page?
18                   MR. GALLANT:  Just scroll on,
19            no?
20                   THE WITNESS:  Here.  No.  I
21            can't go to page 2.  How do you go to
22            the next one?  Sorry.
23                   MR. GALLANT:  Did it freeze?
24            All right.  We've run into a
25            technical difficulty here.
```

Patricia Mjønes, M.D., Ph.D.

Page 314

1    QUESTIONS BY MS. ALTHOFF:

2            Q.    Would it help to look at

3    Exhibit 24B on the screen?

4                    MR. GALLANT:  Well, there's

5            only -- I mean, from -- let's see.  I

6            think -- there's only a few comments

7            left on 3 and 4, so maybe we can just

8            do it on the screen.

9                    THE WITNESS:  Yeah.  So are we

10           finished with page 2?  Like it says,

11           page 2 continued?

12                   MR. GALLANT:  Yeah, I think

13           it's the next page on there, so I

14           don't know how to do that.

15                   THE WITNESS:  We did the

16           posterior wall to include polyps.

17                   MR. GALLANT:  So there's no --

18                   THE WITNESS:  So to be -- okay.

19                   MR. GALLANT:  Hopefully we can

20           do it on page 3.

21   QUESTIONS BY MS. ALTHOFF:

22           Q.    Did you have changes to 12, 13

23   or 14?

24           A.    Did I?

25                   MR. GALLANT:  No.

Patricia Mjønes, M.D., Ph.D.

Page 315

```
 1                 THE WITNESS:  No.
 2    QUESTIONS BY MS. ALTHOFF:
 3        Q.     Okay.  So page 3.  There's two
 4    items on page 3.  Do you have changes to
 5    those?
 6        A.     Yeah, I have changes to those.
 7    It says, "The proximal esophagus doughnut,
 8    squamous cell dressed" -- no, how did you say
 9    it?  "A squamous-cell-covered tissue without
10    significant changes."
11                 So the squamous cell carcinoma
12    should be deleted, and it should -- it should
13    state "squamous-cell-covered tissue."
14    Uh-huh.
15                 So the number -- comment
16    number 2 is "fundus gland" should be changed
17    to "fundic gland."
18        Q.     Okay.
19        A.     And then the -- and it says,
20    "focal area with possible development of
21    hyperplastic polyp."  So the approach should
22    be changed out to development of.  So
23    "approach to" should be changed to
24    "development of."
25                 MR. GALLANT:  And then the
```

Patricia Mjønes, M.D., Ph.D.

Page 316

```
 1        last.
 2                   THE WITNESS:  Oh, there are
 3        more.
 4                   MR. GALLANT:  Yeah.  Yeah.
 5                   THE WITNESS:  I don't --
 6                   MR. GALLANT:  Number 2.
 7                   THE WITNESS:  Number 2.  Okay.
 8                   So number 2, it says slight --
 9        it should say, "foveolar" -- not
10        foveola, but foveolar -- "with thin
11        strands of smooth muscle between them
12        and slight inflammation."
13   QUESTIONS BY MS. ALTHOFF:
14        Q.     "Slight foveolar hyperplasia
15   with thin strands of smooth muscle between
16   them and slight inflammation"?
17        A.     Yes.
18        Q.     Is that it for the changes to
19   Exhibit 24B?
20        A.     Yes.
21        Q.     Okay.  Let's take a look at
22   Exhibit 23, Jeff.
23                   And did you have an
24   opportunity, Dr. Mjønes, to check and make
25   sure that the comments that are in
```

Patricia Mjønes, M.D., Ph.D.

Page 317

```
1    Exhibit 23, the electronic comments, were
2    also in Exhibit 24?
3         A.    24, is that what we just looked
4    at?
5         Q.    Yes, ma'am.
6         A.    Yes, so that -- we went through
7    that just now.  So in this -- like the -- the
8    handwritten comments aren't in that one.
9              And I think it's third comment
10   on the exhibit, on the last page, that
11   wasn't -- on page 4?  Was that it?  There was
12   an extra comment on page 4 that they
13   didn't --
14             MR. GALLANT:  Yeah, that's
15        right.
16   QUESTIONS BY MS. ALTHOFF:
17        Q.    Okay.  So there was an extra
18   comment, or an additional comment, that you
19   saw on Exhibit 24B, which was the English,
20   that you had not seen on Exhibit 23, which is
21   the pink version?
22        A.    Yeah, that's the last comment,
23   the very last comment.
24        Q.    All right.  But in any event,
25   the electronically typed-in comments on
```

Patricia Mjønes, M.D., Ph.D.

Page 318

```
1    Exhibit 23, the pink copy, are all included
2    in Exhibit 24?
3         A.    Yes.
4         Q.    Okay.  The last thing I want to
5    go through then on Exhibit 23 is just your
6    handwritten comments.
7               Okay.  So page 1 says, "HER2
8    protein."
9               Yes?
10        A.    Yes.
11        Q.    And then what does it say
12   underneath that?
13        A.    "Described as 2-plus."
14        Q.    Are all the comments in here
15   essentially in Norwegian?  Your handwritten?
16        A.    Yes.
17        Q.    Okay.
18        A.    I think so.  Yes, it is.
19        Q.    All right.  Let's look at
20   page 2, and there's a handwritten note on
21   comment -- bottom of comment 3.  What does
22   that say?
23        A.    It says "this."  So basically
24   directly translated, it says "this."
25               But what I'm referring to is
```

Patricia Mjønes, M.D., Ph.D.

Page 319

1    that the slide -- the SH10932/212A is the
2    same slide as the one shown here.
3         Q.    Okay.  It looks like your next
4    handwritten comment is on comment 10; is that
5    correct?  On the same page 2?
6         A.    Yeah.
7         Q.    And what does that say?
8         A.    I'm not 100 percent sure if I
9    can understand my own handwriting on this
10    one, but it says H -- it says HB, which
11    I'm -- that would be a hyperplastic polyp --
12    at 6 millimeters from the EGD.  Look, see
13    document.
14         Q.    Okay.
15         A.    I think the reason I wrote that
16    is because I didn't see the full comment on
17    that pink page, and then I realized the full
18    comment was on the back of the page a little
19    bit after it.
20         Q.    I see.
21               Are there any other handwritten
22    comments on page 2?
23         A.    No, I don't see any.
24         Q.    Okay.  And no handwritten
25    comments on page 3, correct?

Patricia Mjønes, M.D., Ph.D.

Page 320

```
 1          A.      That's correct.
 2          Q.      No handwritten on page 4 or 5?
 3          A.      No.  Yes.  That's correct.
 4          Q.      And then there is a handwritten
 5    comment on page 6.  It appears to relate to
 6    the highlighting on PG-17-18840, that
 7    identifier.
 8          A.      Yeah.  So basically it should
 9    have been OL-17-09222 instead of --
10          Q.      Okay.  And then we go to
11    page 7, which is the slide, and there's no
12    handwritten comments, correct?
13          A.      Yeah.  Nothing.
14          Q.      All right.  So the next page is
15    actually unnumbered, but it is a continuation
16    of the comments from the previous pages,
17    correct?
18          A.      Yes.
19          Q.      All right.  So side 2:1,
20    comment MP9 at the top, has a handwritten
21    comment.
22                  What does that refer to?
23          A.      No tumor.
24          Q.      Did you say "no tumor"?
25          A.      Yes, I say "no tumor."
```

Patricia Mjønes, M.D., Ph.D.

Page 321

1          Q.     No tumor.

2          A.     Yeah.

3          Q.     The other -- the next notation

4    that's in handwriting is in the last comment

5    box, which is -- says side 2:4, comment MP13,

6    and it's in the left-hand margin.

7                 Do you see that?

8          A.     Yes.

9          Q.     And what does that refer to?

10         A.     N refers to the -- the name of

11   the slide, which is N, and it equals tumor.

12   So it's basically the slide showing the tumor

13   tissue on the -- on the operation specimen.

14         Q.     Okay.  And then at the bottom

15   of that same comment box, there's some type

16   that's in all caps and then some handwritten

17   underneath that.

18                 And what does the handwritten

19   note underneath it refer to?

20         A.     So basically saying picture

21   page 38 and picture page 39 shows -- marked

22   section L shows this.

23         Q.     And were you referring to pages

24   of Dr. Voltaggio's report?

25         A.     Yes.  Yes, which she had taken

Patricia Mjønes, M.D., Ph.D.

Page 322

1    nice photos.
2         Q.    Throughout Exhibit 23 that we
3    just looked at, there's pink highlighting.
4         A.    Yes.
5         Q.    Is that -- did you do the pink
6    highlighting yourself?
7         A.    Yes.
8         Q.    And these comments that are in
9    bubbles that we've just gone through, were
10   those comments that you made?
11        A.    Yes.
12        Q.    Okay.  We found one other
13   document that is actually from you that we
14   want to have you identify as well, so we'll
15   do that now.
16              (Mjønes Exhibit 25 marked for
17              identification.)
18   QUESTIONS BY MS. ALTHOFF:
19        Q.    I think you should have it now,
20   Jeff, Exhibit 25.
21              Yeah, excellent.
22              Showing you what's been marked
23   as Exhibit 25 to your deposition, Dr. Mjønes,
24   can you identify what this document is?
25        A.    So basically these are -- this

Patricia Mjønes, M.D., Ph.D.

Page 323

1    is what was sent to Albert Cora, and they

2    are -- they came with the section -- the

3    staining, the slides that were stained in the

4    department of pathology in Trondheim.

5         Q.    So --

6         A.    So basically it says -- I was

7    requested to send the slides to Albert Cora,

8    and so this is a document sent with those

9    slides.

10        Q.    Particularly pertaining to the

11   ones that your laboratory had cut from the

12   tissue and stained?

13        A.    Yes, that's right.

14        Q.    Okay.  I asked you earlier

15   today, Dr. Voltaggio {sic}, what you would

16   consider to be the furthest distal from the

17   GE junction that a human could have cardia,

18   and you said 1 to 2 centimeters.

19        A.    That would be --

20             MR. GALLANT:  Object to form.

21   QUESTIONS BY MS. ALTHOFF:

22        Q.    Go ahead, you can still answer.

23        A.    Yeah, that would be the -- the

24   common would be 2 -- 2 -- like the cardia is

25   usually within 2 centimeters of the

Patricia Mjønes, M.D., Ph.D.

Page 324

```
 1    gastroesophageal junction, but in most cases
 2    it's narrower.
 3         Q.    And my only question was, you
 4    know, if I were one of your students that
 5    you're teaching and you were to give that
 6    definition, what source or textbook would you
 7    refer me to to support that definition of the
 8    size of the cardia distal to the GE junction?
 9         A.    You could look at textbooks
10    such as the one written by Goldblum and Odze.
11    I'd have to look up the text, if you excuse
12    me for a second.  I'll be -- there's a
13    textbook written by Goldblum and Odze that's
14    called -- I have the -- I can't remember the
15    name by heart just now, but I'd be able to
16    tell it to you if you let me just --
17         Q.    Well, let me just ask you this.
18               First of all, how do you spell
19    this -- it's Goldblum, right, is the first
20    one?
21         A.    Yes.
22         Q.    And what's the second one?
23         A.    Odze.
24         Q.    How do you spell that?
25         A.    O-d-z-e.
```

Patricia Mjønes, M.D., Ph.D.

Page 325

1          Q.      Did O-d-s-e?

2          A.      O-d-z-e.

3          Q.      What is zed?

4          A.      Zed.

5          Q.      Okay.  Z.  Okay.  Gotcha.

6   Understood.

7                  Okay.  And is this a pathology

8   textbook?

9          A.      Yes, it's a pathology textbook

10  of the gastrointestinal tract.

11         Q.      Okay.

12         A.      And there are other textbooks

13  as well that I can refer to, but I can't

14  remember them -- the names of the authors by

15  heart, but I could find them out for you.

16                 MS. ALTHOFF:  All right.  I

17             think that is most of what I have,

18             Mike.  I just want to double-check and

19             make sure my colleagues don't have

20             any -- anything I just missed just

21             now, but otherwise I think we're done.

22                 And I understand it's 10

23             o'clock your time, so -- 10?  Is it 10

24             your time or 11?

25                 THE WITNESS:  10.

Patricia Mjønes, M.D., Ph.D.

Page 326

```
1              MR. GALLANT:  It's 10.
2              MS. ALTHOFF:  Okay.  Okay.
3         Good.  All right.
4              Well, let's just take five
5         minutes and then we'll wrap this up.
6              VIDEOGRAPHER:  Off record,
7         5 p.m.
8          (Off the record at 5:00 p.m.)
9              VIDEOGRAPHER:  On record,
10        5:04 p.m.
11             MS. ALTHOFF:  Dr. Mjønes, I
12        don't think we have anything further
13        for you today.
14             Mike, we are going to reserve
15        the option to potentially come back,
16        given the attorney-client privilege
17        assertions as well as the new
18        report -- or annotations to the report
19        which we have just received today and
20        I needed to get translated, and then
21        corrections to translations made
22        today.  So that's where we are.
23             Otherwise, I don't have any
24        further questions today.
25             MR. GALLANT:  Yeah.  And I
```

Patricia Mjønes, M.D., Ph.D.

Page 327

1              would just state for the record that

2              we gave you the comments last night.

3              I appreciate that you didn't realize

4              that the bubbles were on there.  But,

5              you know, these were comments that

6              were, you know, created on Saturday.

7              We turned them over on Sunday.  And so

8              I understand your position.

9                   We obviously would disagree

10             with, you know, bringing Dr. Mjønes

11             back.

12                  CROSS-EXAMINATION

13   QUESTIONS BY MR. GALLANT:

14        Q.   I have some questions, and so

15   we'll just kind of go through that, and then

16   we'll hopefully be able to call it a night.

17             But let's -- yeah.  Let's just

18   get situated here.  Let's see if I can get

19   this to work.  Here we go.  Okay.

20             Okay.  Dr. Mjønes, I know -- my

21   name is Mike Gallant, and I represent Stanley

22   Baudin in this matter.  And I'm going to ask

23   you some questions about a lot of areas that

24   you've covered -- a lot of ground today with

25   counsel for AstraZeneca.

Patricia Mjønes, M.D., Ph.D.

Page 328

1              First, I wanted to just clarify
2     for the record that you are a medical doctor,
3     correct?
4         A.    Yes.
5         Q.    And your CV has been previously
6     marked, but can you give us a brief
7     description of your educational background?
8         A.    Basically I studied in Poland
9     like from the medical -- from when I started
10    medical school, and then I did year 2 and 6
11    in Ireland.
12              Then after that I worked as an
13    intern in Namsos for a year where I did four
14    months of rotation in medicine, four months
15    in surgery and four months in psychiatry,
16    followed by half-year of internship in a
17    placed called Verran kommune, which is in the
18    middle of Norway as well, where I did GP.
19              When I was -- finished my
20    internship, I started at the pathology
21    department in Trondheim, and I worked there
22    ever since with the disruption -- the
23    disruption of the period during my Ph.D.
24    project.
25        Q.    And are you familiar with the

Patricia Mjønes, M.D., Ph.D.

Page 329

1    concept of physicians in the United States

2    being board certified?

3         A.    I heard -- I seen in

4    Voltaggio's report being board certified.

5         Q.    Is there a similar process in

6    Norway?

7         A.    In Norway, you don't have an

8    exam at the end when you're a pathologist,

9    but you have to go through a certain number

10   of examinations and document that you've seen

11   certain number of conditions in order to be

12   qualified.  And you have to have a number of

13   courses within the relevant topic matter.

14        Q.    And did you complete that

15   period of coursework in pathology in Norway?

16        A.    I did.

17        Q.    Okay.  And can you describe for

18   us how long that process took to become

19   specialized in pathology?

20        A.    I'd say you would at least have

21   to spend five years and sometimes longer,

22   depending on -- certain things may be more

23   difficult to get enough of, like -- and

24   things like that in Norway, but it took me

25   five years.

Patricia Mjønes, M.D., Ph.D.

Page 330

```
 1         Q.     And are you specialized further
 2    in the field of pathology to certain anatomy?
 3         A.     Well, I would be working most
 4    with gastrointestinal pathology and then also
 5    dermatopathology.  The gastrointestinal
 6    pathology would be my main focus.
 7         Q.     And how long have you
 8    specialized in the field of gastrointestinal
 9    pathology?
10         A.     I've been working with that --
11    well, since 2012 maybe.
12         Q.     Okay.  And do you hold any
13    academic appointments?
14         A.     I'm not sure what you mean.
15         Q.     Do you hold any faculty
16    positions?
17         A.     Yes.  I work as an associate
18    professor at the NTNU, which is the
19    university in Trondheim where I'm teaching
20    medical students.
21         Q.     And what courses do you teach?
22         A.     I teach -- I have a course in
23    liver pathology and have -- like basically on
24    liver pathology, and then -- I have to think.
25    I have a portion on skins, on kidneys, like
```

Patricia Mjønes, M.D., Ph.D.

Page 331

1    it would be histology -- histology.  And then

2    I'd also -- what else do I have?

3              I would be taking over the

4    gastrointestinal pathology teaching as well,

5    but that's for next year.

6         Q.    Okay.  And have you published

7    in the field of pathology?

8         A.    Yes.

9         Q.    And I know there was some

10   discussion earlier with counsel about

11   publications, and have you listed

12   publications in your CV that's been marked in

13   this case?

14        A.    Yes, I have the list of the --

15   most of the publications in the CV.

16        Q.    Okay.  And there is a lot of

17   discussion today about the anatomy of the

18   esophagus and the stomach.

19        A.    Yes.

20        Q.    And I thought it would be

21   helpful since we've been doing a lot without

22   any sort of demonstrative aids to give you a

23   picture of the stomach anatomy and ask you to

24   explain some of the features for us.  If you

25   bear with me one second.  Figure out how

Patricia Mjønes, M.D., Ph.D.

Page 332

1    to -- so I'll just drop this into the chat.

2    Just a second.  I apologize.

3                Okay.  So I dropped this

4    document into chat.  And I'll represent that

5    it's from page 5 of Dr. Voltaggio's report,

6    which I think you had said you reviewed,

7    correct?

8        A.     Yes.

9        Q.     Let me share this.

10               Okay.  So during the break

11   we've put a pointer on here, or a mouse, that

12   will allow you to use the pointer, and I

13   would like to know if you could use this

14   picture to explain the anatomy of the stomach

15   that we've been discussing today.

16       A.     Yeah.

17               So basically before we reach

18   the stomach, you have the esophagus.  The

19   esophagus -- and there's the stomach at the

20   point here where you have the diaphragm,

21   which is the muscle separating the thoracic

22   content from the abdominal content.

23               Here you have -- where the

24   pointer is now you have the gastroesophageal

25   junction.  And in the normal state, the

Patricia Mjønes, M.D., Ph.D.

Page 333

```
 1    gastroesophageal junction would correspond to
 2    the space where the esophagus goes through
 3    the diaphragm.  And normally that space would
 4    be at the same place as the squamocolumnar
 5    junction, which also is called the set line.
 6              So this is where you have the
 7    cardia.  You have the fundus area here, and
 8    then have the corpus here, and the antrum
 9    here before it enters into the small
10    intestine here.
11              So this would be the lesser
12    curvature and this would be the larger
13    curvature.  And some of the sections we've
14    been looking at from the lesser curvature
15    would have been from around this area.
16         Q.    And when -- another term that
17    you've used today has been the proximal
18    stomach?
19         A.    Uh-huh.
20         Q.    Can you show us on this picture
21    where that refers to?
22         A.    Yeah.  The proximal stomach
23    would be the area of the stomach closest to
24    the esophagus.  So the cardia is part of the
25    proximal stomach, but you also have this as a
```

Patricia Mjønes, M.D., Ph.D.

Page 334

1    part of the proximal stomach.

2            Q.      And is there a difference

3    histologically between the esophagus and the

4    stomach?

5            A.      Yes.  The esophagus is covered

6    by squamous -- a squamous epithelium, which

7    we can see a picture of later.  The cardia

8    and the rest of the stomach is covered by

9    glandular epithelium.

10           Q.      And you mentioned that there's

11   a -- these squamocolumnar junction which is

12   also referred to as the gastroesophageal

13   junction?

14           A.      Yes.

15           Q.      And is that an area of

16   transition histologically between the

17   esophagus and the stomach?

18           A.      In the normal state where you

19   don't -- like in normal conditions, the

20   squamocolumnar junction usually would be

21   actually be at the same place as the gastric

22   esophageal junction.  Normally.  But in

23   certain conditions like Barrett's, this

24   squamocolumnar junction might be higher up.

25           Q.      And does the -- can you point

Patricia Mjønes, M.D., Ph.D.

Page 335

1    out for us where the cardia is on this

2    picture?

3          A.    On this picture, the cardia is

4    here just below the squamocolumnar junction.

5          Q.    And are there histological

6    differences between the cardia and the corpus

7    of the stomach?

8          A.    So basically the mucosa has

9    differences, depending on the areas.  Like

10   the antrum mucosa would be quite similar to

11   look at the -- look at the -- the cardiac

12   mucosa, you have more mucous glands in these

13   areas.  Sometimes you may have a mixture of

14   mucous glands and oxyntic glands here as

15   well, while in the corpus and the fundus the

16   mucosa is usually thicker, and you have a

17   rich supply of parietal cells and chief cells

18   that you wouldn't be able to see here.  So

19   it's a difference in type of cells you would

20   find in different locations.

21         Q.    And that's another couple of

22   items that you've talked about some today.

23               What is a parietal cell?

24         A.    A parietal -- I can't say the

25   word, sorry.  Parietal cell is a cell

Patricia Mjønes, M.D., Ph.D.

Page 336

1    producing acid, and you find it in the fundus

2    and corpus of the stomach.

3         Q.    Okay.  Do you find parietal

4    cells in the esophagus?

5         A.    Not normally.

6         Q.    And what are chief cells?

7         A.    Chief cells are cells producing

8    substances like pepsin, a protigent

9    {phonetic} that breaks down proteins.  It

10   helps with digestion.

11        Q.    Okay.  And we talked a lot

12   about endocrine cells, in particular ECL

13   cells.

14             Where would you find ECL cells?

15        A.    Neuroendocrine cells, you have

16   different -- many different types of

17   neuroendocrine cells in the stomach, at least

18   six types.  The ECL cell type is most

19   commonly found in the corpus and the fundus.

20        Q.    And can you see ECL cells using

21   regular H&E staining?

22        A.    In the normal mucosa when you

23   don't have a tree, you can't see the ECLs --

24   I mean, you can't normally see them without

25   special stains.

Patricia Mjønes, M.D., Ph.D.

Page 337

1          Q.     And generally speaking, can you
2     explain what hyperplasia is?  We've heard
3     that a lot today.
4          A.     Hyperplasia means that you have
5     increased number of cells.  So in the -- in
6     the sense of a neuroendocrine cell
7     hyperplasia, it means that instead of having
8     a few cells, you have an increased number of
9     those cells.
10         Q.     And can you explain what the
11    term "intestinal metaplasia" means?
12         A.     Intestinal metaplasia basically
13    means that the normal mucosa of the stomach
14    are at -- different organ changes are -- in
15    the esophagus changes to more intestinal-type
16    mucosa.  And you would probably recognize it
17    by seeing goblet cells.
18         Q.     And can you also explain
19    briefly what a polyp is?
20         A.     A polyp is basically a growth,
21    like a -- a protrusion into the -- like it's
22    a mass protruding out in the -- in the lumen
23    of an organ.
24         Q.     Okay.  And are there different
25    kinds of polyps?

Patricia Mjønes, M.D., Ph.D.

Page 338

```
 1           A.     Yes.
 2           Q.     And what are some other kinds
 3      of polyps that are common to the stomach?
 4           A.     The most common types would be
 5      fundic gland polyps and hyperplastic polyps.
 6           Q.     And in your role as a
 7      pathologist, have you had occasion to
 8      diagnose gastric cancer?
 9           A.     Yes.
10           Q.     And are you able to estimate
11      how many times in your career you've
12      diagnosed gastric cancer?
13           A.     I can't give a number, but I
14      would see it on a regular basis.
15           Q.     Okay.
16           A.     I address more biopsies than
17      resections.
18           Q.     And with regard to esophageal
19      cancers, as a pathologist, have you diagnosed
20      esophageal cancers?
21           A.     Yes.
22           Q.     And are you able to estimate
23      for us how often you've done that?
24           A.     No, I don't know an exact
25      number, but on a regular basis we see it.
```

Patricia Mjønes, M.D., Ph.D.

Page 339

1          Q.      Okay.  Okay.  And generally
2     speaking, can you explain what a gastric
3     cancer is?
4          A.      A gastric cancer is related to
5     a malignant growth of cells originating in
6     the stomach, and most commonly they would
7     produce gland-like structures.  And most of
8     the gastric cancers are then identified as
9     carcinomas.
10               Gastric cancers have the
11     ability to spread and metastasize to other
12     organs.
13          Q.      Okay.  And can you generally
14     explain what esophageal cancer is?
15          A.      Well, esophageal cancer is a
16     cancer originating in the esophagus.  It can
17     originate from different parts of the
18     esophagus.  The two main types of cancer you
19     have there would be squamous cell carcinoma
20     and adenocarcinoma.
21          Q.      And are you familiar -- I know
22     you talked a lot today about Barrett's
23     esophagus.  Can you explain what Barrett's
24     esophagus is?
25          A.      In Barrett's esophagus, the

Patricia Mjønes, M.D., Ph.D.

Page 340

```
 1    normal squamous epithelium covering
 2    esophagus -- esophagus is changed out.  Like
 3    after sequences of inflammation, you might
 4    have a change -- like the squamous epithelium
 5    is changed by glandular epithelium that looks
 6    like intestinal-type epithelium in the sense
 7    that you would find goblet cells present --
 8    {audio interruption}
 9              MS. ALTHOFF:  Mike, we've lost
10         you.
11              THE WITNESS:  -- in the areas
12         where you have the salmon-colored
13         mucosa.
14    QUESTIONS BY MR. GALLANT:
15         Q.    So closer to the GE junction;
16    is that fair?  The gastroesophageal junction?
17         A.    Yeah.
18         Q.    Have you ever diagnosed
19    Barrett's esophagus?
20         A.    Yes.
21         Q.    And are you able to estimate on
22    how many occasions you've done that?
23         A.    No, but on a regular basis,
24    every week.
25         Q.    Okay.  And I'm going to share
```

Patricia Mjønes, M.D., Ph.D.

Page 341

1    another document to the chat.

2                And I will share this --

3                MS. ALTHOFF:  We're going to

4         challenge the fact that she is a

5         non-disclosed expert now.  I mean,

6         you've basically turned her into a

7         testifying expert.

8                MR. GALLANT:  You spent all day

9         exploring her opinions.  I think this

10        is a perfectly appropriate

11        examination.  We'll note your

12        objection.

13               MS. ALTHOFF:  Well, you can

14        take that for what it's worth, but

15        she's now a testifying expert.  We're

16        going to move to strike her.

17   QUESTIONS BY MR. GALLANT:

18        Q.    Okay.  So sharing -- okay.  So

19   I'm sharing to you a diagram illustrating the

20   features of Barrett's esophagus.  It's

21   Figure 12, and it comes from Dr. Voltaggio's

22   report.

23               Have you seen this diagram

24   before?

25        A.    Yes.

Patricia Mjønes, M.D., Ph.D.

Page 342

1          Q.      And using this demonstrative,
2    are you able to explain for us what you're
3    describing in terms of findings related to
4    Barrett's esophagus?
5          A.      Yeah.
6                  Well, as we see on the picture
7    to the right, we see the esophagus here.  We
8    see the stomach here.  And here is where we'd
9    find the gastroesophageal junction, at the
10   proximal line of the rugal holes that we see
11   here.
12                 In this case, the
13   squamocolumnar junction that we would
14   normally find here is moved upwards
15   towards -- towards the oral part of the
16   esophagus, and here it's salmon-colored.
17                 And when they took a biopsy
18   from this area in the squamocolumnar
19   junction, you see a picture looking like
20   this.
21                 So here you have the squamous
22   epithelium that we see here, and you go over
23   to a glandular-like epithelium with goblet
24   cells here.  So this is -- these are findings
25   consistent with Barrett's esophagus.

Patricia Mjønes, M.D., Ph.D.

Page 343

1              In this section, you see

2     squamous epithelium and -- over to a

3     cardiac-type mucosa.  So here you don't see

4     goblet cells, but you see some mucous cells

5     that kind of have a slight look of the cells

6     that could represent pseudogoblet cells.  But

7     you don't see actual goblet cells in this

8     slide.

9          Q.    Okay.  And with regard to -- so

10    can you -- I think you've described for us

11    the materials you reviewed in Stanley

12    Baudin's case.

13              Did you get his full medical

14    record to review?

15         A.    No.

16         Q.    Okay.  But you reviewed the

17    available pathology totaling 89 slides, I

18    think?

19         A.    I think it was 83.

20         Q.    83 slides?

21         A.    Yes.

22         Q.    Okay.  Thank you.

23              And in your review of the

24    slides that were given to you concerning

25    Mr. Baudin, did you employ the same method of

Patricia Mjønes, M.D., Ph.D.

Page 344

```
 1    analysis and review that you use in your
 2    everyday work as a pathologist?
 3         A.     Yes.
 4         Q.     Okay.  And we've also heard
 5    that you created six slides and used certain
 6    immunostains to examine them; is that right?
 7         A.     Yes.
 8         Q.     Okay.  And in creating those
 9    slides -- well, could you describe the
10    process you used to create those slides?
11         A.     So basically we got the tissue
12    blocks, and they were cut 3 micrometer thick
13    sections from those blocks of paraffin with
14    the tissues.  And those -- those were -- the
15    sections were then transferred onto
16    super-crossed slides, and they were stained
17    with markers, again, synaptophysin and
18    chromogranin A.
19              And what you then get to see is
20    a picture where the -- where the tissue
21    itself is a kind of paley blue, and then you
22    see where the -- where you have positivity
23    for those markers, a stain is found on the
24    section.
25         Q.     Okay.  And in the creation of
```

Patricia Mjønes, M.D., Ph.D.

Page 345

 1    those slides, did you follow normal practices

 2    and procedures --

 3            A.    Yes.

 4            Q.    -- as your role as a

 5    pathologist?

 6            A.    Yes.

 7            Q.    Okay.  So and in the way that

 8    you recorded the findings that you observed

 9    as you reviewed and analyzed the slides of

10    Mr. Baudin, did you follow your normal

11    practice as a pathologist?

12            A.    Yes.

13            Q.    And based on your education,

14    training and experience and your review of

15    the pathology materials available in the

16    case, did you have an opinion to a reasonable

17    degree of medical and scientific certainty

18    that Mr. Baudin had cancer of the stomach?

19            A.    Yes.

20                  MS. ALTHOFF:  Objection.  Form.

21            Outside the scope of her report.

22    QUESTIONS BY MR. GALLANT:

23            Q.    And what type of cancer did you

24    observe in Mr. Baudin?

25                  MS. ALTHOFF:  Same objection.

Patricia Mjønes, M.D., Ph.D.

Page 346

1    QUESTIONS BY MR. GALLANT:

2         Q.    You can answer.

3         A.    Okay.  So we had the

4    gastric-type adenoma with high-grade

5    dysplasia or intramucosal adenocarcinoma.

6         Q.    And can you describe for us

7    what the basis of that opinion is?

8         A.    Well, basically you see

9    atypical cells forming gland-like structures

10   and fibriform glands that are fused together,

11   and you also have dysplasia on top of the

12   polyp, so that's basically what I'm basing it

13   on.  You also have mycotic figures.

14        Q.    And in your experience, was

15   this an esophageal cancer?

16        A.    No.

17              MS. ALTHOFF:  Objection.  Form.

18   QUESTIONS BY MR. GALLANT:

19        Q.    And based upon your review of

20   the pathology materials you reviewed in this

21   case, is there any evidence that Mr. Baudin

22   had cancer of the esophagus?

23        A.    No.

24        Q.    And in your review of the

25   pathology materials for Mr. Baudin, did you

Patricia Mjønes, M.D., Ph.D.

Page 347

```
 1    determine whether or not the gastroesophageal
 2    junction was involved in his cancer?
 3         A.    Based on what I saw in the
 4    sections and based on the gross description
 5    where they describe the junction as
 6    well-defined, I have no reason to -- I didn't
 7    see any sign of involvement of the
 8    gastroesophageal junction.
 9         Q.    Okay.  And in prior testimony
10    today, you've discussed your review of the
11    pathology in determining the location of
12    Mr. Baudin's cancer; is that right?
13         A.    Could you repeat the question?
14         Q.    Yeah.
15              In your testimony earlier today
16    and discussions with counsel, you talked
17    about where you believed, based upon
18    pathology you reviewed, Mr. Baudin's cancer
19    was in the stomach.
20         A.    Yes.
21         Q.    Okay.  And I want to mark --
22    let's see.  I think -- let's see.  Okay.  I
23    think it's been previously marked as
24    Exhibit 5, was Dr. Voltaggio's report.
25              Do you recall discussing that
```

Patricia Mjønes, M.D., Ph.D.

Page 348

```
 1   with counsel today?
 2              I'm just going to share it so
 3   you can see.
 4              Do you recall discussing this
 5   document with counsel today?
 6        A.    Yes.
 7        Q.    Okay.  And I'm going to direct
 8   you to page 46 of her report.
 9        A.    Uh-huh.
10        Q.    And do you recall discussing
11   this slide earlier today?
12        A.    Yes.
13        Q.    Okay.  And at the top of the
14   page it states, "Baudin original pathology,
15   OL-17-09222, 3N-L01, designated in gross
16   description as posterior wall to include
17   polyps."
18              Do you see that?
19        A.    Yes.
20        Q.    And in your review of the
21   materials that you saw in this case, did you
22   review this slide?
23        A.    Yes.
24        Q.    And can you tell us what this
25   slide shows?
```

Patricia Mjønes, M.D., Ph.D.

Page 349

```
 1            A.      Okay.  I can use the marker.
 2                    So basically what we see here,
 3      we see two tissue sections, one here to the
 4      right and one here to the left.
 5                    This one shows hyperplastic
 6      polyp here.  So this is basically the mucosa
 7      here.  You see the submucosa underneath.  And
 8      what we see here is a hyperplastic polyp.
 9                    In the tissue section here
10      which is from the left side, we also see a
11      polyploid lesion protruding out into the
12      lumen, but this is the part of the cancer of
13      Mr. Baudin.
14                    In the mucosa to the left of
15      the polyp, we see oxyntic mucosa.  It's not
16      easy to see on this -- you can't really see
17      it on this picture, but you can see it on the
18      slides in the microscope.
19                    And on this side you see some
20      mucous glands and inflammation here, and you
21      also have an area of dysplasia here.  And
22      then if you go on here -- because you see it
23      on the lower sections that these two -- this
24      is actually attached to each other.  So here
25      you also have fundic -- oxyntic type mucosa.
```

Patricia Mjønes, M.D., Ph.D.

Page 350

```
 1                I don't see any sign of a
 2    squamous epithelium on any of those slides.
 3         Q.     And why is that significant to
 4    you?
 5         A.     Well, it would tell me that
 6    when you see oxyntic mucosa on both sides,
 7    that would -- that would fit with being in
 8    the -- in the corpus or in the fundus, but
 9    not in the cardia.
10         Q.     And do you observe on this
11    slide any cardiac mucosa?
12         A.     No.
13         Q.     And on this slide, are you able
14    to observe the gastroesophageal junction?
15         A.     No.
16         Q.     Does the fact that you can't
17    see the gastroesophageal junction in this
18    slide give you any indication as to where
19    this adenocarcinoma was?
20         A.     Well, just from looking at
21    this, it doesn't give -- it doesn't fit in
22    with the cardia cancer.  To me it would fit
23    more in -- it would be more in line of
24    originating in the corpus or fundus.
25         Q.     Okay.  And there was some
```

Patricia Mjønes, M.D., Ph.D.

Page 351

1    discussion of this slide earlier where -- it
2    was a discussion as to whether this is one
3    piece of tissue or two pieces of tissue.
4         A.    Yes.
5         Q.    Can you describe for us the
6    slide in that regard?
7         A.    Okay.  So this is one piece of
8    tissue.  This is a loose fragment from one
9    piece of tissue, and this is another piece of
10   tissue.
11              This area here is not attached
12   to this area.  But this area should be
13   attached to this area, and this is better
14   shown on another level.
15              Here you see the section is
16   slightly folded, and it gives the impression
17   of this area not being attached to this area.
18        Q.    Okay.  And earlier you also
19   testified that you had observed in
20   Dr. Voltaggio's report that the polyps that
21   were removed were -- or were identified were
22   3 centimeters to the gastroesophageal
23   junction, correct?
24        A.    Yes.
25        Q.    And what does that mean to you,

Patricia Mjønes, M.D., Ph.D.

Page 352

```
 1    3 centimeters distal to the gastroesophageal
 2    junction?
 3         A.    Well, it means the
 4    gastroesophageal junction -- like it is 3
 5    centimeters distal to that, it fit in with
 6    the finding I see here that it's probably in
 7    the corpus or fundus.
 8         Q.    And we'll stop sharing that,
 9    and I just want to show you -- drop it down
10    there.
11               Okay.  And then -- so I'm
12    directing your attention to page 28 of
13    Dr. Voltaggio's report.
14               Do you recall seeing this
15    figure before?
16         A.    Yes.
17         Q.    Okay.  And it's titled
18    "Mr. Baudin's neoplasm."
19               Is that his cancer?
20         A.    Yes.
21         Q.    And can you describe for us
22    what you see in this slide?
23         A.    So what I see here is a
24    close-up of the previous slide where we see a
25    deletion here with high-grade dysplasia or
```

Patricia Mjønes, M.D., Ph.D.

Page 353

1    intramucosal adenocarcinoma.

2                    To the side here we see oxyntic

3    mucosa, and here you see mucous glands with

4    kind of long foveolar-like structures and

5    dilated mucous glands here and inflammation.

6                    And what we don't see on the

7    picture but what we saw in the overview, that

8    is the area of oxyntic glands on the side of

9    this area.

10        Q.      And if we look at

11   Dr. Voltaggio's note below this slide, she

12   writes, "An adenocarcinoma, black arrows,

13   hematoxylin and eosin stain" --

14                   That's H&E staining, correct?

15        A.      Yes.

16        Q.      -- "in direct physical

17   connection to cardio oxyntic mucosa with

18   mucous glands, blue arrow, chronic

19   inflammation, carditis."

20                   Do you see that?

21        A.      Yes.

22        Q.      And do you agree with that

23   description that Dr. Voltaggio has stated

24   there?

25        A.      I agree with the fact that it's

Patricia Mjønes, M.D., Ph.D.

Page 354

1    an adenocarcinoma.  I don't agree that it's

2    cardiac oxyntic mucosa.

3         Q.    Okay.  Do you see on the slide

4    where she's referring to what she believes is

5    cardio-oxyntic mucosa?

6         A.    That she's pointing at nontumor

7    glands here and that she's pointing at some

8    gland in this area that are mucous glands.

9    I'm assuming she means this area.

10        Q.    Okay.  And in your experience

11   as a pathologist, what -- how do you observe

12   those areas of the slide?

13        A.    Well, the fact that -- like I

14   see the tumor here.  You also see an area of

15   dysplasia here, and then you have this area

16   of inflammation.  And in my experience, after

17   ulcerations and other thing like previous

18   biopsies, you could see changes similar to

19   these.

20             So I would interpret this as it

21   could be possible that it's -- it's a

22   polypectomy site on the biopsy.

23        Q.    And so based on your education,

24   training and experience and your review of

25   the pathology materials available to you in

Patricia Mjønes, M.D., Ph.D.

Page 355

1   this case, do you have an opinion to a

2   reasonable degree of medical certainty where

3   Mr. Baudin's cancer was in his stomach?

4            MS. ALTHOFF:  Same objection.

5   QUESTIONS BY MR. GALLANT:

6        Q.    You can answer.

7        A.    Yeah.

8            So -- yeah, so I think it's --

9   based on what I've seen and on the reports

10  and everything, I would say it's in the

11  corpus or fundus.  So it fits in with the

12  section taken from the posterior back wall.

13       Q.    Now, there was also a

14  mention -- are you aware that in Mr. Baudin's

15  pathology reports there was a mention of a

16  polypectomy site 1.2 centimeters from the

17  gastroesophageal junction?

18       A.    Yes.

19       Q.    Okay.  And I'm just going to

20  refer you to that page.  One second.  I think

21  this has been previously marked.  No, I don't

22  see it.

23            So I apologize if this has been

24  marked previously, but in the interest of

25  moving things along, can we mark this next in

Patricia Mjønes, M.D., Ph.D.

Page 356

1    order?  And I'll show it now.

2                (Mjønes Exhibit 26 marked for

3          identification.)

4    QUESTIONS BY MR. GALLANT:

5          Q.    Oh, I'm logged off.

6                Am I frozen or -- is that

7    what's happening?  Hang on one second.

8          A.    Okay.

9          Q.    That's okay.  I got kicked off.

10   Sorry, folks, I got kicked off of the

11   Internet.

12               Okay.  Okay.  I'm back.  I

13   apologize.

14               So I put into the Dropbox, and

15   now I'm sharing my screen, it's Bates number

16   Defendants000016, and it is a collection of

17   pathology reports from the Louisiana

18   Pathology Group.

19               And these are reports that you

20   have reviewed in this case; is that correct?

21         A.    Yes.  Uh-huh.

22         Q.    Okay.  So directing your

23   attention to page Bates number 00021, this is

24   a pathology report dated October 5, 2017,

25   entitled "Abnormal Surgical Pathology

Patricia Mjønes, M.D., Ph.D.

Page 357

1    Report."

2                   Do you recall discussing this

3    today?

4           A.     Yes.

5           Q.     Okay.  And if we go to the

6    second page of this particular report and we

7    look at bullet 3, I'm going to direct your

8    attention to the sentence that starts, "The

9    suspicious area previous polypectomy site is

10   at the lesser curvature and is

11   1.2 centimeters from the GE junction."

12                  Do you see that?

13          A.     Yes.

14          Q.     And do you remember having some

15   discussion about that today?

16          A.     Yes.

17          Q.     Okay.  And with regard to --

18   have you observed slides in the course of

19   this case that depict that area?

20          A.     Yes.

21          Q.     Okay.  And I'm going to pull

22   up -- I think it's in, yeah, Dr. Voltaggio's

23   report again.  So Exhibit 5.  It was

24   previously marked.

25                  And share my screen.

Patricia Mjønes, M.D., Ph.D.

Page 358

1           I'm going to direct your

2   attention to page 44 of Dr. Voltaggio's

3   report, and it is a page that's titled

4   "Baudin original pathology:  OL-17-09222;

5   3G-L02 designated in gross description as

6   apparent polypectomy site to GE junction."

7           Do you see that?

8      A.    Yes.

9      Q.    And I'm wondering if you can

10  describe for us what you see in this slide.

11     A.    So basically what we see here

12  is the squamocolumnar junction where we see

13  the squamous epithelium curve -- about here.

14  And here is the squamocolumnar junction.

15  Here you have a piece of cardia -- a cardiac

16  mucosa, and here you go -- go over to

17  oxyntic-type mucosa.  You don't see any sign

18  of a tumor or dysplasia or any sign of

19  polypectomy site.

20           And if we look at the distance

21  here, that would equal 10 millimeters.  So if

22  you -- approximately here would be

23  10 millimeters, so 12 millimeters could be

24  around here.  But there's no sign of any scar

25  tissue or dysplasia or anything else

Patricia Mjønes, M.D., Ph.D.

Page 359

1    explaining why it would be suspicious.

2            Q.      Okay.  And what conclusion did

3    you draw from your observation of this slide?

4            A.      That it -- that it probably

5    isn't the polypectomy site.

6            Q.      And are you able to identify

7    the cardia on this slide?

8            A.      Yes.  The cardia would be

9    about -- well, it's not easy to see from this

10   magnification, but it's about here.

11           Q.      Okay.  And are you able to

12   estimate the size of Mr. Baudin's cardia from

13   this slide?

14           A.      From this slide it could be

15   1 millimeter.  If you think that -- if this

16   is 10 millimeters, I'd say this would be

17   maybe 1 or 2.  Between 1 and 2 maybe.

18           Q.      Uh-huh.

19                   And remind us how far the

20   polyps were identified in Mr. Baudin.

21           A.      At 3 centimeters distal to the

22   squamocolumnar -- or to the gastroesophageal

23   junction.

24                   MS. ALTHOFF:  Objection.  Form.

25

Patricia Mjønes, M.D., Ph.D.

Page 360

1    QUESTIONS BY MR. GALLANT:

2          Q.    And -- thank you.

3               And, Doctor, based on your

4    education, training and experience and your

5    review of the pathology materials in

6    Mr. Baudin's case, do you have an opinion to

7    a reasonable degree of medical certainty

8    whether Mr. Baudin had Barrett's esophagus?

9               MS. ALTHOFF:  Objection.  Form.

10              THE WITNESS:  I didn't see any

11         signs of Barrett's esophagus in this

12         material.

13   QUESTIONS BY MR. GALLANT:

14         Q.    And we -- and would you agree

15   that a pathological diagnosis of Barrett's

16   would be the gold standard for diagnosing

17   Barrett's esophagus?

18         A.    Yes.

19              MS. ALTHOFF:  Objection.  Form.

20   QUESTIONS BY MR. GALLANT:

21         Q.    And in the 83 slides of

22   Mr. Baudin's pathology materials, did you see

23   any evidence of Barrett's esophagus?

24         A.    No.

25         Q.    And did that review of

Patricia Mjønes, M.D., Ph.D.

Page 361

```
 1   pathology in Mr. Baudin's case include tissue
 2   samples from the gastroesophageal junction?
 3        A.    Yes.
 4        Q.    And did you observe any
 5   indications pathologically of Barrett's
 6   esophagus in the gastroesophageal junction?
 7        A.    No.
 8        Q.    And in a patient with Barrett's
 9   esophagus, would you expect to have findings
10   of -- consistent with Barrett's esophagus in
11   the pathology?
12        A.    Yes.
13             MS. ALTHOFF:  Objection.  Form.
14             THE WITNESS:  I would expect to
15        see goblet cells if they have
16        Barrett's.
17             MR. GALLANT:  And I think we
18        could go off the record for two
19        minutes.  I'll check my notes, and
20        then we may be done unless counsel has
21        some follow-up.
22             VIDEOGRAPHER:  Off record,
23        5:47 p.m.
24        (Off the record at 5:47 p.m.)
25             VIDEOGRAPHER:  On record,
```

Patricia Mjønes, M.D., Ph.D.

Page 362

1        5:49 p.m.

2              MR. GALLANT:  I do not have

3        anything further at this time.

4              MS. ALTHOFF:  We don't have any

5        follow-up on your direct exam.

6              MR. GALLANT:  Okay.  I think

7        we're done.

8              VIDEOGRAPHER:  Off record,

9        5:49 p.m.

10       (Deposition concluded at 5:49 p.m.)

11                   - - - - - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Patricia Mjønes, M.D., Ph.D.

Page 363

```
 1                    CERTIFICATE
 2           I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, Patricia Mjønes, M.D.,
    Ph.D., was duly sworn by me to testify to the
 5  truth, the whole truth and nothing but the
    truth.
 6
             I DO FURTHER CERTIFY that the
 7  foregoing is a verbatim transcript of the
    testimony as taken stenographically by and
 8  before me at the time, place and on the date
    hereinbefore set forth, to the best of my
 9  ability.
10           I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
11  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
12  employee of such attorney or counsel, and
    that I am not financially interested in the
13  action.
14
15
16      _____
        CARRIE A. CAMPBELL,
17      NCRA Registered Diplomate Reporter
        Certified Realtime Reporter
18      Notary Public
19
20
21
22
23
24      Dated:  March 28, 2022
25
```

Patricia Mjønes, M.D., Ph.D.

Page 364

1                INSTRUCTIONS TO WITNESS

2

3            Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the

6    appropriate space on the errata sheet for any

7    corrections that are made.

8            After doing so, please sign the

9    errata sheet and date it.  You are signing

10   same subject to the changes you have noted on

11   the errata sheet, which will be attached to

12   your deposition.

13           It is imperative that you return

14   the original errata sheet to the deposing

15   attorney within thirty (30) days of receipt

16   of the deposition transcript by you.  If you

17   fail to do so, the deposition transcript may

18   be deemed to be accurate and may be used in

19   court.

20

21

22

23

24

25

Patricia Mjønes, M.D., Ph.D.

Page 365

1          ACKNOWLEDGMENT OF DEPONENT

2

3

4          I,_____, do

   hereby certify that I have read the foregoing

5  pages and that the same is a correct

   transcription of the answers given by me to

6  the questions therein propounded, except for

   the corrections or changes in form or

7  substance, if any, noted in the attached

   Errata Sheet.

8

9

10

11

12 _____

   Patricia Mjønes, M.D., Ph.D.        Date

13

14

15 Subscribed and sworn to before me this

16 _____ day of _____, 20 _____.

17 My commission expires: _____

18

19 Notary Public

20

21

22

23

24

25

Patricia Mjønes, M.D., Ph.D.

Page 366

```
1                    - - - - - - -

                        ERRATA
2                    - - - - - - -

3      PAGE    LINE   CHANGE/REASON

4      _____   _____  _____

5      _____   _____  _____

6      _____   _____  _____

7      _____   _____  _____

8      _____   _____  _____

9      _____   _____  _____

10     _____   _____  _____

11     _____   _____  _____

12     _____   _____  _____

13     _____   _____  _____

14     _____   _____  _____

15     _____   _____  _____

16     _____   _____  _____

17     _____   _____  _____

18     _____   _____  _____

19     _____   _____  _____

20     _____   _____  _____

21     _____   _____  _____

22     _____   _____  _____

23     _____   _____  _____

24     _____   _____  _____

25
```

Patricia Mjønes, M.D., Ph.D.

Page 367

```
 1                           - - - - - - -

                      LAWYER'S NOTES

 2                           - - - - - - -

 3     PAGE    LINE

 4     _____   _____   _____

 5     _____   _____   _____

 6     _____   _____   _____

 7     _____   _____   _____

 8     _____   _____   _____

 9     _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23     _____   _____   _____

24     _____   _____   _____

25
```