# EXHIBIT D

**Expert Report of Lysandra Voltaggio, M.D.**
**Stanley Baudin v. AstraZeneca Pharmaceuticals LP et al.**
**United States District Court for the Middle District of Louisiana**
**Civil Action No. 18-1063**

I.    U̲N̲D̲E̲R̲LINED̲:̲ A̲SSIGNMENT̲

I was asked to provide an opinion on Mr. Baudin's pathology specimens, as well as provide an overview of gastrointestinal pathology, including gastric polyps and gastric neoplasms (neuroendocrine and adenocarcinomas) from a pathology perspective.

 On October 22, 2020, I received 58 slides from various surgical pathology specimens relating to Stanley Baudin. I photographed the slides using a microscope (Olympus BX41) and digital camera (Olympus DP27). Selected slides were chosen and then photographed based on the most significant findings (see Appendix B). Slides that did not add substantially to my opinion were not photographed. Using the same methodology that I employ in my clinical practice, I reviewed: 1) gross descriptions; 2) slides; and 3) corresponding diagnoses in the pathology reports. After completing my pathological review, I reviewed clinical information, including additional medical records pertaining to Mr. Baudin. In practice, review of clinical records by the pathologist, as well as telephone or electronic communication with clinicians, is often useful in order to place the pathologic findings in the appropriate clinical context, as is the case in my practice.  I also reviewed deposition testimony from the treating pathologist, Erin Thibault, M.D., and the treating surgeon, John Tabor, M.D.

On February 8, 2022, I received six slides sent by Dr. Patricia Mjones. The slides were labeled: Avd. Pat. St. Olav SH10932-21 1A (H&E stain) and 2A (H&E stain).  Each had accompanying chromogranin and synaptophysin immunostains.   I examined the slides using a microscope (Olympus BX41).  All six slides were scanned for future reference and are included in Appendix B.

On February 16, 2022, after reviewing Dr. Waldum's expert report and accompanying pathology report by Dr. Mjones, I received 83 slides and accompanying pathology reports labeled:

- PG-17-18840: L01-L07. 5 H&E-stained, 1 HER-2, and 1 negative control
- OL-17-09222:
    - Part 01: 2 frozen section slides (L01, L02) and 2 H&E stained slides (L01, L02)
    - Part 02: 2 frozen section slides (L01, L02) and 2 H&E stained slides (L01, L02)

- o Part 03: 8 frozen section slides (L01-L08); 44 H&E-stained slides A-P (L01, L02 each); H&E-stained slides Q-T (L01-L03 each)
- o Part 04: 2 H&E-stained slides (L01, L02)
- o Part 5: 2 H&E-stained slides (L01, L02)
- PG-17-24887: 5 H&E-stained slides (L01-L05)
- PG-18-11910: 2 H&E-stained slides (L01, L02)
- PG-19-25931:
  - o Part 01: 2 H&E-stained slides (L01, L02)
  - o Part 02: 2 H&E-stained slides (L01, L02) and 1 *H. pylori* immunostain

Selected slides (PG-17-18840 [1A-L02, 1A-L07] and OL-17-09222 [3G-L02, 3J-L02, 3K-L01, 3N-L01]) were scanned for future reference and are included in Appendix B.

The opinions I have formulated and expressed here are based on my education, training, and experience, and are primarily premised upon my review of Mr. Baudin's slides and medical records listed in Exhibit A, which also encompasses all of the material I reviewed in connection to this case. My report has been prepared using the same methodology and scientific rigor as used in my research and medical practice.

I reserve the right to add or amend my opinions if new information or records become available; respond to Plaintiff's experts at trial; and to use graphics and demonstratives at trial to explain and illustrate material discussed in this report.

II.   PROFESSIONAL QUALIFICATIONS

I am a board-certified pathologist. I obtained my medical degree from the University of Puerto Rico School of Medicine, followed by a four-year residency in Anatomic and Clinical Pathology at Thomas Jefferson University Hospital in Philadelphia, Pennsylvania. I completed two years of fellowship in Cytopathology and Surgical Pathology at The George Washington University Hospital in Washington D.C., where I also served as Assistant Professor from 2009-2014. For these first five years as an attending physician, I was a general surgical pathologist with a focus on gastrointestinal (GI) disorders. In 2014, I joined the Division of Gastrointestinal and Liver Pathology at Johns Hopkins, where I am currently an Associate Professor of Pathology and focus near-exclusively in the diagnosis and study of gastrointestinal disorders. I am board-certified in anatomic and clinical pathology and cytopathology. I am licensed to practice medicine in Maryland, Washington D.C., and Virginia.  I have published more than 60 articles, three textbooks, and one book chapter regarding GI pathology. In

addition, I am a nationally and internationally recognized speaker in the field of GI pathology. Further information regarding my background, qualifications, and publications can be found in my curriculum vitae which is attached hereto as Exhibit B.

My testimonial history is attached hereto as Exhibit C. I am being compensated at $750 per hour for my work in this matter.

III.    GASTROINTESTINAL PATHOLOGY

    A.  **Overview**

GI pathology involves the examination of human tissue obtained by surgeons or gastroenterologists during surgery or endoscopy. Specimens are collected in the operating room or endoscopy suite and transported to the pathology laboratory where tissue is grossly examined and described, processed, stained, and ultimately placed on glass slides and examined under a microscope.  Pathologic review allows for accurate diagnosis at the microscopic level and it allows for confirmation or further characterization of endoscopic, surgical, and/or radiologic findings. Pathology findings, provided by the pathologist who has been trained in the diagnosis of human diseases, are then documented and used to guide patient care and management. While many of the GI pathology specimens are normal (i.e., "benign"), others show microscopic features that reflect underlying processes such as infections, systemic diseases, and neoplasms.

For example, when patients undergo screening colonoscopies, the gastroenterologist may encounter small polyps (small growths in the colon) or tumors (typically larger lesions), which they then remove or selectively sample and send to the pathology laboratory for further analysis. Microscopic findings in these lesions may range from completely normal, to inflammation, to precancerous growths, or to frank cancer.

    B.  **The Esophagus and Stomach**

The esophagus is a hollow tubular structure that connects the upper aerodigestive tract to the stomach at the gastroesophageal junction, which is defined as the proximal edge of the gastric folds (see Image 1 below). In the normal state, the esophagus is lined by stratified squamous epithelium throughout its entire length.  The normal, squamous-lined esophagus has a white appearance endoscopically and to the naked eye. In contrast, in patients with a condition known as Barrett's esophagus, the distal portion of the esophagus is replaced by gastric-type tissue and the mucosa appears salmon-color (instead of white) endoscopically and to the naked eye,

similar to the appearance of the gastric mucosa.[1] This process of tissue change is called Barrett's metaplasia. Thus, an esophagus with Barrett's appears as if the gastric glandular (salmon-color) mucosa is extending upwards into the tubular esophagus (Appendix A, Figure 12). Consequently, tissue obtained from esophageal salmon-color mucosa may display an absence of squamous mucosa and instead feature mucous glands only or mucous and oxyntic glands (composed of parietal cells and sometimes chief cells) with or without goblet cells.[2] Goblet cells are normal in the small intestine and colon and are so-named because of their similarity to a chalice or goblet used for drinking (Appendix A, Figure 12). The presence of goblet cells in the esophagus is abnormal.

The stomach is entirely lined by glandular mucosa. The specific type of glandular mucosa that lines the stomach varies depending on the region of the stomach. The gastric cardia, the most proximal portion of the stomach, rests between the distal esophagus and gastric fundus. It is well documented and it is my experience that the histology of the gastric cardia is highly variable and can feature mucous or oxyntic glands or a combination of these two (referred-to as cardio-oxyntic mucosa).[3] Tissue from the gastric cardia shows variable histology ranging from mucous glands only to a combination of mucous glands and oxyntic glands (also termed cardio-oxyntic mucosa), and in some cases, pure oxyntic mucosa. In my experience, both parietal (acid-producing) and chief cells (pepsinogen-producing, breaks down ingested proteins after conversion to pepsin) can be seen in tissue obtained from the gastric cardia and GE junction regions, which has also been documented in textbooks and literature.[4] The gastric body and fundus are composed of oxyntic mucosa, which is characterized by glands lined by parietal and chief cells. The antrum (most distal part of the stomach) is lined by mucous glands.

Though pathologists are familiar with the different tissue types in different parts of the stomach, we often consider endoscopic data from a clinician when determining the specific site of a tumor. For example, the gastric body and fundus may become "antral-like" (also known as atrophy) in patients with chronic gastric injury (e.g., autoimmune gastritis, *Helicobacter pylori* infection). As a result, pathologists run the risk of making a

---

[1] Noffsinger, Amy. Fenoglio-Preiser's Gastrointestinal Pathology, 4th Edition. Wolters Kluwer. 2017.
[2] Paull, A., et al. The Histologic Spectrum of Barrett's Esophagus. N Engl J Med 295:476-480. 1976.
[3] Brunicardi, F., Andersen, D., Billiar, T., et al. Schwartz's Principles of Surgery 11e (2019), Ch 26; Owen, D.A. (2019). Stomach. S. Mills (Ed.). Histology for pathologists. Wolters Kluwer; Stojsic ZM, Stevanovic RM, Stojanovic MM, et al. Histological features of gastric cardia in adults: an autopsy study. J Gastrointestin Liver Dis 2011;20:13-8.; Wolf C, Seldenrijk CA, Timmer R, Breumelhof R, Smout AJ. Does carditis have two different etiologies? Dig Dis Sci. 2001 Nov;46(11):2424-32. PMID: 11713947; Chandrasoma PT, Der R, Ma Y, et al. Histology of the gastroesophageal junction: an autopsy study. Am J Surg Pathol 2000;24:402-9.
[4] *Id*.

diagnostic mistake if we label a tumor as arising in "antrum" in the absence of correlation with endoscopic findings and based solely on the appearance of the background non-neoplastic tissue.



Image 1: https://www.emedicinehealth.com/image-gallery/stomach_picture/images.htm
(white boxes inserted on top of original image)

### C.  Staining

Once the tissue is placed on a glass slide, the slide is stained with a standard stain called Hematoxylin and Eosin (H&E). This type of stain imparts a blue color to the cell nucleus while the cytoplasm (the material around the nucleus) may stain pink, grey, white, or purplish, depending on the type of cell being examined. This type of stain allows pathologists to identify nuclear and cytoplasmic abnormalities that help characterize different disease processes.

Although pathologists are trained to recognize a variety of processes based on H&E stain alone, the use of supplementary stains is sometimes necessary in order to establish certain diagnoses. For example, one of the most common causes of gastritis is infection with a bacterium called *Helicobacter pylori*. While these small organisms may be identified on H&E, in some cases they may be difficult to find. In such cases, pathologists need to employ the use of an immunostain specific for *Helicobacter* organisms. An immunostain is a stain that uses an

antibody against a specific protein (e.g., *Helicobacter*-specific protein), which then produces a color that is detectable under a microscope. This color is different from the color produced with a standard H&E stain and is usually brown or red (versus pink and blue with an H&E stain).

Other immunostains can be used to categorize tumors that cannot be typified by H&E alone. For example, gastric schwannoma and gastrointestinal stromal tumor (GIST) are neoplasms that occur in the deep layers of the gastric wall and that have overlapping microscopic features on H&E stain. A positive reaction with an immunostain called CD117 helps identify a tumor as a GIST as it is negative in schwannoma.

Lastly, in recent years, certain immunostains have been developed that help predict response to therapy in certain cancers (e.g., immunostains specific for certain proteins may help guide treatment with drugs that help a patient's immune system fight cancer cells [A.K.A. immunotherapy]).

The use of diagnostic immunostains is not indicated when a diagnosis is possible on H&E alone. For example, gland-forming adenocarcinomas can be readily recognized on H&E, without the need for immunostains. Even though histologically straightforward adenocarcinomas may demonstrate immunoreactivity with neuroendocrine markers, this does not dictate categorization as neuroendocrine neoplasm since pathologic diagnosis depends primarily on H&E appearance.

## IV.   GASTRIC POLYPS

A variety of polyps can be identified in the stomach. From slides I use with my trainees, I have included exemplars of commonly encountered polyps, as well as other rare types of polyps  (See Appendix A).  Common types include fundic gland polyps (Appendix A, Figure 1) and hyperplastic polyps (Appendix A, Figure 2).  Fundic gland polyps are benign (i.e., not cancerous or lacking the capacity to spread throughout the body) and may occur sporadically or in patients with familial adenomatous polyposis (FAP, an inherited disease characterized by cancer of the colon and rectum and a variety of gastric polyps). The vast majority of hyperplastic polyps are also benign and usually associated with gastric inflammation or atrophy. Gastric adenomas (Appendix A, Figure 3) are less common, pre-malignant polyps usually associated with gastric mucosal injury, although a subset may be seen in patients with FAP. Gastric mucosal injury exhibits variable histologic findings including inflammation, ulceration, intestinal metaplasia, and atrophy (loss of the normal gastric glands and replacement by different types of cells). Lastly, inflammatory fibroid polyps (Appendix A, Figure 4), another type of benign polyp, are extremely rare, sporadic, and often difficult to diagnose on biopsy given their location deeper in the gastric wall.

V.    GASTRIC NEOPLASMS

    A.  Overview of Neoplasms

A neoplasm is an abnormal proliferation and accumulation of cells.  This cellular proliferation usually culminates in the formation of a visible lesion, which may range from a small polyp to a large mass/tumor. Neoplasms can be benign (no capacity to spread) or malignant (locally aggressive and/or have potential to spread to other parts of the body).

Neoplasms are composed of different types of cells, depending on the site of the body or the type of cell that gave rise to the abnormal proliferation.  Accordingly, neoplasms are classified and diagnosed based upon the body site at which they arise and the cells that primarily comprise the tumor. I have included exemplars of the various types of neoplasms taken from my teaching slides (see Appendix A).

    B.  Neuroendocrine Tumors (Carcinoids) and Carcinomas

Neuroendocrine tumors (carcinoids) and carcinomas are composed of cells that normally release substances (hormones) that affect the function of other cells. Examples of substances produced by neuroendocrine cells include gastrin (produced by gastric G cells), histamine (produced by ECL cells), and insulin (produced by pancreatic islet cells). Examples of neuroendocrine neoplasms are shown in Appendix A, Figures 5 (neuroendocrine tumor/carcinoid) and 6 (carcinoma).

    C.  Neuroendocrine Tumors (Carcinoids)

Neuroendocrine tumors (previously known as carcinoids) are well differentiated neoplasms that have morphologic and immunohistochemical characteristics of neuroendocrine differentiation. Histologically, the cells of these tumors feature uniform nuclei with "salt and pepper" chromatin and present a nested or trabecular architecture. The cells many times resemble non-neoplastic neuroendocrine cells. Gland formation is not a feature of neuroendocrine tumors. These tumors may arise in any organ of the gastrointestinal tract.

Pathologists encounter gastric neuroendocrine tumors (carcinoids) most commonly in patients with autoimmune gastritis, a condition readily identified on microscopic examination of gastric tissue. Biopsies from these patients may show proliferation (hyperplasia) of a type of neuroendocrine cell called an enterochromaffin-like cell (ECL) in a background of gastric inflammation and varying degrees of atrophy.  This occurs in response to

7

autoimmune destruction of gastric glands. Sometimes these neuroendocrine cells proliferate to the point of forming an endoscopically visible lesion, which may be then termed a neuroendocrine tumor (carcinoid). An example of ECL cell hyperplasia is shown in Appendix A, Figure 7.

### D.   Neuroendocrine Carcinomas

Neuroendocrine carcinomas, which are more aggressive neuroendocrine neoplasms, are characterized by cells arranged in nests or sheets. Neuroendocrine carcinomas have large, irregular nuclei with open chromatin, abundant cytoplasm, and prominent nucleoli (large cell variant) or small nuclei with dark chromatin, inconspicuous nucleoli, and scant cytoplasm (small cell variant). Gland formation is not a feature of neuroendocrine carcinomas. An example of a neuroendocrine carcinoma is shown in Appendix A, Figure 6.

### E.   Adenocarcinoma

Adenocarcinomas, the most common type of gastric neoplasm, are neoplasms composed of malignant glands or single cells that contain mucin.  Mucin is a substance produced by some benign and malignant cells that functions mainly as a lubricant and protective barrier.  A gland is a structure composed of cells whose main function is the production of substances such as mucin, enzymes, or hormones. Examples of adenocarcinoma are shown in Appendix A, Figures 8 and 9.

The Lauren classification, developed in the 1960s, classifies gastric adenocarcinoma into two main categories: intestinal and diffuse-type. Intestinal-type adenocarcinoma is composed of glands or tubules lined by cohesive cells that contain variable amount of intracytoplasmic mucin (Appendix A, Figure 9) and typically forms an exophytic lesion (a lesion that grows into the gastric cavity) that is usually readily identified upon endoscopy by gastroenterologists. Diffuse type carcinoma is characterized by poorly cohesive cells that tend to disperse individually or in small clusters. Intracytoplasmic mucin content is variable in diffuse type cancer, ranging from abundant and signet ring cell-like (Appendix A, Figure 8) to scant. Diffuse-type carcinomas typically do not grow into the gastric cavity as an exophytic lesion and, instead, tend to proliferate along the gastric wall producing gastric wall thickening and stiffness.

Classification of gastric adenocarcinoma has evolved dramatically since the 1960s Lauren classification. Current technologies have allowed for molecular understanding of gastric adenocarcinoma beyond H&E morphology and these are now classified based on molecular features.   Two main molecular classifications

8

exist, namely, The Cancer Genome Atlas (TCGA) network classification and The Asian Cancer Research Group (ACRG) classification. TCGA classifies tumors based on: 1) Epstein Barr Virus positivity; 2) Microsatellite unstable tumors (MSI); 3) Genomically stable tumors; and, 4) Tumors with chromosomal instability.[5] The ACRG classification subdivides gastric adenocarcinoma into those with: 1) Microsatellite instability (MSI); 2) Epithelial to mesenchymal-like type tumors (microsatellite stable (MSS); 3) Microsatellite stable (MSS)/TP53 positive tumors; and, 4) Microsatellite stable/p53 negative tumors.[6] Both classification systems were published in recent years in peer-reviewed, high impact journals (*Nature* [2020 impact factor 49.96], and *Nat Med* [2020 impact factor, 53.4]) and have been recognized by the 5th Edition of the WHO Classification of Tumours, Digestive System Tumours.[7]  Neuroendocrine features are not part of either of these two modern classification systems.

As can be seen from the exemplar images, neuroendocrine neoplasms look microscopically different from adenocarcinomas. As summarized in Table 1 below, adenocarcinomas are composed of round structures called glands lined by malignant epithelium (Appendix A, Figure 9) and characterized by irregular large nuclei with open chromatin and visible to prominent nucleoli. Some adenocarcinomas are composed of sheets of mucin-containing cells (Appendix A, Figure 8). On the other hand, neuroendocrine tumors and carcinomas are composed of uniform cells arranged in nests, sheets (Appendix A, Figures 5 and 6), trabeculae, or ribbons.

In the vast majority of cases, as discussed above, differentiating between an adenocarcinoma and a neuroendocrine neoplasm is made on regular examination of H&E stained slides without need for immunostains (as seen in Table 1 below). In practice, pathologists order neuroendocrine stains in the following scenarios: 1) when tumors look clearly neuroendocrine upon H&E examination, immunostains may be ordered as a confirmatory exercise; or, 2) when neuroendocrine differentiation is in the differential diagnosis but H&E examination is not straightforward. The latter scenario occurs when a pathologist encounters a neoplasm that is not clearly classifiable on H&E alone, but some histologic features raise the possibility of neuroendocrine differentiation.

---

[5] Cancer Genome Atlas Research Network. Comprehensive molecular characterization of gastric adenocarcinoma. Nature. 2014 Sep 11;513(7517):202-9. PMID: 25079317; PMCID: PMC4170219.

[6] Cristescu R, Lee J, Nebozhyn M, Kim KM, et al. Molecular analysis of gastric cancer identifies subtypes associated with distinct clinical outcomes. Nat Med. 2015 May;21(5):449-56. PMID: 25894828.

[7] WHO Classification of Tumours Editorial Board, Digestive System Tumours. Lyon (France): International Agency for Research on Cancer; 2019 (pages 85-95).

Pathologists do not routinely order other non-H&E staining of slides, such as immunostains, in cases of GI adenocarcinoma. Using such non-routine stains when they are not indicated can lead to unnecessary use of resources and may even lead to errors in interpretation (e.g., giving an incorrect patient diagnosis based solely on the result of an ancillary stain).

**Table 1.**

| Comparison of Histologic Features: Neuroendocrine Tumors (Carcinoid), Neuroendocrine Carcinoma, Adenocarcinoma, and Mr. Baudin's Tumor | | | | |
|---|---|---|---|---|
| | Neuroendocrine tumor (carcinoid) | Neuroendocrine carcinoma | Adenocarcinoma | Mr. Baudin's tumor |
| Typically feature malignant glands or sheets of cells containing mucin | No | No | Yes | Yes |
| Typically feature cells arranged in nests, trabeculae, sheets, or ribbons | Yes | Yes | No | No |
| Immunostains indicated | Yes | Yes | No | No |

VI.     RELEVANT CLINICAL HISTORY AND PATHOLOGICAL FINDINGS

A.  **Clinical History**

Mr. Baudin is a 57-year old man with a long history of chronic GERD starting in the late 1990s and a large hiatal hernia diagnosed in 2002.[8] An EGD on September 12, 2017, showed mucosal changes at the GE junction consistent with Barrett's esophagus.[9] While Barrett's esophagus was not histologically confirmed, the endoscopist, Dr. John Tabor, testified that he visualized Barrett's esophagus during Mr. Baudin's EGD, which he described as "a change in the esophageal mucosa from an esophageal type of mucosa to a gastric type of mucosa."[10] During the same EGD on September 12, 2017, Mr. Baudin was found to have three polyps within the intrathoracic stomach (hiatal hernia), one of which was later histologically confirmed as intramucosal adenocarcinoma arising from high-grade adenomatous dysplasia.[11] On October 5, 2017, Mr. Baudin had a

---

[8] Baudin Interrogatory Responses #7, 8, Defendants000304-Defendants000305, Defendants001488.
[9] Defendants000487-Defendants000488.
[10] Deposition of Dr. John Tabor at 25:6.
[11] Defendants000487-Defendants000488, Defendants000024-Defendants000026.

"robotic assisted distal esophagectomy and partial gastrectomy, partial omentectomy, esophagogastric anastomosis, pyloroplasty, primary ventral hernia repair."[12]

    **B.  Baudin Slide Findings**

- **PG-17-18840 (esophagogastroduodenoscopy [EGD]) and "Proximal stomach, gastric polyp" (collected 9/12/2017):[13]**

        *i.  Gross Description & Clinical Information:*

This biopsy was obtained from an esophagogastroduodenoscopy performed on September 12, 2017. The endoscopist and surgeon, Dr. Tabor, described that he "immediately noticed a moderate to large hiatal hernia with a significant part of the stomach above the diaphragm, as well as changes at the GE junction consistent with Barrett's."[14] Upon entering the intrathoracic portion of the stomach (i.e., hernia) that was above the diaphragm, he immediately noticed three 1-cm polyps.[15] All three polyps were located approximately 3 cm distal to the gastroesophageal junction (per October 5, 2017, operative note).[16]  Distal to this area Dr. Tabor identified multiple subcentimeter polyps in the remainder of the stomach, in addition to mild gastritis.[17] There were no findings in the duodenum. Dr. Tabor obtained a biopsy from one of the three polyps located in the intrathoracic portion of the stomach.[18] He then snared the polyps, after which Mr. Baudin developed severe bronchospasm.[19] The procedure was aborted without retrieval of the three polyps that had been snared.[20]  He then removed the scope "and quickly visualized the remainder of the GE junction, again noticing the Barrett esophagitis changes at the GE junction and mild esophagitis throughout the remainder of the esophagus."[21] The gross description of the biopsy describes an aggregate of tan-red polypoid tissue fragments measuring 1.5 X 1.5 X 0.3 cm.[22]  The final pathological diagnosis was:  "Focal intramucosal adenocarcinoma arising from high grade

---

[12] Defendants000978-80.
[13] Defendants000024-26.
[14] Defendants000487-488.
[15] *Id.*
[16] Defendants 000978-980.
[17] Defendants000487-488.
[18] *Id.*
[19] *Id.*
[20] *Id.*
[21] *Id.*
[22] Defendants000024.

gastric adenomatous dysplasia."[23] Her2 gene amplification analysis by fluorescent in-situ hybridization is negative (not amplified). The tumor showed evidence of aneuploidy with increased copies of Number 17 Chromosome and increased copies of *HER2/neu*.[24]

> ii.    *My Microscopic Examination and Findings:*

Slides demonstrate an intramucosal adenocarcinoma, intestinal type (Appendix A, Figure 13), in gastric mucosa with high grade dysplasia and focal intestinal metaplasia in a background of acute and chronic inflammation. No poorly differentiated, signet ring cell, or neuroendocrine component/features are noted. The background gastric mucosa shows a mixture of foveolar, oxyntic, and mucous glands (cardio-oxyntic mucosa) (Appendix A, Figure 14). Gastric biomarker testing by immunohistochemistry for Her2 showed equivocal 2+ staining.

- **OL-17-09222 (partial gastrectomy with distal esophagus and omentectomy) (collected 10/5/2017):[25]**

> i.    *Gross Description & Clinical Information:*

This specimen originated from an esophagogastrectomy performed on October 5, 2017, by endoscopist and surgeon, Dr. Tabor (who also performed the September 12, 2017 endoscopy). An upper endoscopy was performed intraoperatively, in which Dr. Tabor identified "the lesion in the proximal stomach that had previously been biopsied."[26] He later testified that other than the three polyps, he did not locate gastric cancer anywhere else in the stomach.[27] Dr. Tabor testified that they were "removing the GE junction at the time of surgery because the tumor was immediately distal to the GE junction."[28] His notes indicate that "approximately 50% of the stomach was above the diaphragm" during the surgery.[29] The clinical data provided to pathology and documented in Dr. Thibault's pathology report was that of "gastric adenocarcinoma."[30] The gross description

---

[23] *Id.*
[24] *Id.* at 1.
[25] Defendants00021-22.
[26] Defendants 000978-980.
[27] Deposition of Dr. John Tabor at 49:4-8.
[28] Deposition of Dr. John Tabor at 40:5-14 ("Q: And did you discuss with Mr. Baudin what his sort of day-to-day life would likely be like even if the surgery was successful post partial gastrectomy? A: Yes. We discussed post gastrectomy diet. We discussed the fact that we were removing the GE junction at the time of surgery because the tumor was immediately distal to the GE junction, which would potentially cause reflux . . .")
[29] Defendants 000978-980.
[30] Defendants 001018-001025, 001225-001227.

documents an 11 x 8.2 x 3.0 partial stomach with attached 1.5 cm in length by 1.4 cm in diameter distal esophagus, 22 x 10 x 3.5 omentum and additional tissue at the lesser curvature. The gross description further notes that there was a 0.8 x 0.7 vague pink suspicious area, which may represent a previous polypectomy site. The suspicious area/previous polypectomy site was identified at the lesser curvature and was measured at 1.2 cm from the GE junction, 2.6 from the proximal margin, 2.7 cm from the distal margin, 4.5 cm from the radial/lesser curvature soft tissue margin, and 8.5 cm from the omental/greater curvature soft tissue margin, and was noted to appear to be confined to the mucosa.  Multiple additional polyps were identified throughout ranging from 0.2 to 1.1 cm in greatest dimension. Additional gastric polyps were also submitted separately from the esophagogastrectomy (specimens 1 and 2 below). The gastroesophageal junction was described as "well defined." There is no documentation regarding the appearance of the Z-line (squamocolumnar junction) or its distance from the gastroesophageal junction.  The final pathological diagnosis from the esophagus, proximal stomach and greater omentum, partial gastrectomy with distal esophagus and omentectomy was: focal residual intramucosal adenocarcinoma; background changes including mild chronic gastritis and fundic gland polyps; and margins free of involvement.[31] The synoptic report notes the tumor site was the "proximal stomach, posterior wall"; the tumor size was 0.6 cm in greatest dimension; the histologic type was "intramucosal adenocarcinoma (high grade dysplasia)"; the microscopic extent of the tumor was "high grade dysplasia/carcinoma in-situ"; and, all margins were uninvolved by carcinoma.[32] Dr. Tabor's subsequent office notes describe the tumor being in the "very proximal" stomach.[33]

> ii.   *My Microscopic Examination and Findings:*

- **Gastric polyp from body, polypectomy:**
  - Fundic gland polyp
- **Gastric polyp from body, polypectomy:**
  - Fundic gland polyp
- **Esophagus, proximal stomach and greater omentum, partial gastrectomy with distal esophagus and omentectomy:**

---

[31] *Id.*
[32] Defendants000021-23.
[33] Defendants000448; 000947.

13

- Polypoid intramucosal adenocarcinoma (0.6 cm) (Appendix A, Figure 9) arising in a gastric adenoma in the background of cardio-oxyntic mucosa with acute and chronic inflammation (carditis) (Appendix A, Figure 10) and hyperplastic polyps. The adenocarcinoma is of intestinal type as it is composed of glands lined by cohesive epithelial cells. No areas of cellular discohesion or signet ring cell morphology are identified. The tumor morphology and tumor inflammatory backdrop are similar to that seen in the diagnostic biopsy (PG-17-18840).

- The location of the tumor is best classified as in the cardia because of the presence of mucous glands directly connected to the tumor combined with the background of cardio-oxyntic mucosa.

- There was no ECL cell hyperplasia on H&E within the tumor or background, non-neoplastic gastric mucosa.

- There was no intestinal metaplasia in the background, non-neoplastic gastric mucosa (Appendix A, Figure 10).

- No Helicobacter organisms were seen.

- Proximal, distal, and omental margins were negative.

- The tumor was limited to the lamina propria (early gastric adenocarcinoma).

- There was no lymphovascular invasion, poorly differentiated component, or neuroendocrine differentiation.

- All 19 lymph nodes were benign.

- **Proximal esophagus donut:**
  - Segment of benign squamous-lined esophagus. Negative for dysplasia and malignancy.

- **Distal gastric donut:**
  - Segment of benign gastric body. Negative for dysplasia and malignancy.

- **PG-17-24887 and "Anastomotic granulation tissue" (collected 11/27/2017):[34]**

  i.  *Final Pathological Diagnosis in Record:*

---

[34] Defendants00020.

"Benign squamous and scant benign glandular mucosa with focal hemorrhage. Negative for dysplasia or malignancy."

ii.    *My Microscopic Examination and Findings:*

Benign squamous mucosa. Separate minute fragments of glandular mucosa. No neoplasm or dysplasia seen.

- **PG-18-11910 and "Mid stomach, polyp biopsy" (collected 5/29/2018):**[35]

    i.    *Final Pathological Diagnosis in Record:*

"Changes compatible with a reactive gastropathy and focal erosion. Negative for intestinal metaplasia, dysplasia, or malignancy."

    ii.    *My Microscopic Examination and Findings:*

Gastric oxyntic mucosa with chronic inflammation and reactive changes. No Helicobacter organisms seen. No neoplasm or dysplasia seen.

- **PG-19-25931 (collected 12/03/2019):**[36]

    i.    *Final Pathological Diagnosis in Record*:

Polypectomy: "Gastric with features suggestive of a hyperplastic polyp" with comment that "there is no evidence of dysplasia or malignancy."

Stomach biopsy: "Mild chronic gastritis; immunostain to assess for *Helicobacter pylori* is negative for organisms; negative for intestinal metaplasia, dysplasia or malignancy"

    ii.    *My Microscopic Examination and Findings:*

Gastric polyp, polypectomy: Oxyntic mucosa with polypoid chemical gastropathy. No Helicobacter organisms seen. No metaplasia, dysplasia, or malignancy seen.

---

[35] Defendants00019.
[36] Defendants001739.

Stomach, biopsy: Oxyntic mucosa with mild chronic inflammation. No Helicobacter organisms seen. No metaplasia, dysplasia, or malignancy seen.

**C.  Dr. Mjones's Immunostains**

- **Immunostains PG-17-18840 (Tissue Block O1A taken from 9.12.2017 EGD)**

Dr. Mjones (Waldum Report, Exhibit A) states that she received a tissue block (01A), which was stained by her colleagues with the neuroendocrine markers synaptophysin and chromogranin A. She reported that the "neuroendocrine markers did not show convincing evidence of hyperplasia of neuroendocrine cells."

       *i.   My Microscopic Examination Findings:*

Examination of the H&E shows a small fragment of tissue showing intramucosal adenocarcinoma (intestinal type). The tumor shows no immunoreactivity, including no evidence of hyperplasia of neuroendocrine cells, with synaptophysin or chromogranin immunostains.

- **Immunostains of OL-17-09222 (Tissue block from normal background mucosa taken from 10.5.2017 surgery)**

Dr. Mjones (Waldum Report, Exhibit A) states that she received "a tissue block from normal background mucosa and changes consistent with hyperplastic polyp and fundic gland polyp (03J)." She reported that her department stained one slide with H&E and two slides with the neuroendocrine markers synaptophysin and chromogranin A. She reported that the "neuroendocrine markers showed areas of simple and focal linear hyperplasia of neuroendocrine cells."

       *i.   My Microscopic Examination Findings:*

Slide 03J shows squamocolumnar junctional mucosa. The normal squamous epithelium is separated from the adjacent oxyntic mucosa by a small area composed of mucous glands (cardiac-type mucosa) in a background of chronic inflammation (carditis).  A hyperplastic polyp is also present. The adjacent oxyntic mucosa shows areas of dilated glands, but I do not see evidence of a fundic gland polyp. Chromogranin immunostain shows linear ECL cell hyperplasia while synaptophysin immunostains shows linear and focal nodular ECL cell hyperplasia.

VII.   OPINIONS

I hold the following opinions to a reasonable degree of scientific and medical certainty:

1)     **Mr. Baudin's neoplasm was an adenocarcinoma**

As detailed above, I agree with Dr. Erin Thibault and Dr. Brian Webb in the classification of Mr. Baudin's neoplasm as an adenocarcinoma.[37] This early gastric adenocarcinoma is composed exclusively of glands and a classification as adenocarcinoma is thus indicated. Specifically, none of the histologic features that characterize neuroendocrine neoplasms (e.g., neuroendocrine tumor/carcinoid or neuroendocrine carcinoma) are present in this sample.

2)     **Immunostains for neuroendocrine differentiation were not indicated**

In addition, there is no ECL cell hyperplasia on H&E in the background gastric mucosa in Mr. Baudin's endoscopic or surgical pathology. See Appendix A, Figures 10, 13 (compare to Figure 7 showing an example of ECL cell hyperplasia on H&E). Ancillary studies, such as immunostains, to address for neuroendocrine differentiation were not indicated in this case as the classification and findings were straightforward upon examination of the H&E-stained slide. Performing ancillary studies would have been wasteful, deviated from the standard of practice, and could have led to misdiagnosis. Thus, I disagree with Dr. Mjones' decision to conduct ancillary staining on Mr. Baudin's pathology when it was not indicated.

3)     **Mr. Baudin's adenocarcinoma arose in the gastric cardia**

It is my opinion to a reasonable degree of medical and scientific certainty that Mr. Baudin's adenocarcinoma arose in the gastric cardia based on the presence of mucous glands in the area of the adenocarcinoma in combination with the clinical descriptions of the location of Mr. Baudin's tumor.

4)     **Mr. Baudin's tumor was not morphologically distinctive from non-PPI users**

---

[37] Defendants000021-000024.

17

Mr. Baudin's early gastric adenocarcinoma is not morphologically distinctive, is similar to specimens commonly seen in my practice, and can be diagnosed by typical H&E staining. There are no features in Mr. Baudin's gastric adenocarcinoma sample that differentiate it from similar samples from non-PPI users.

The opinions expressed herein are based upon my clinical experience, education, and training, and review of the relevant materials listed in my materials considered list. My report has been prepared using the same methodology and scientific rigor as used in my research and medical practice. My opinions are expressed to a reasonable degree of medical and scientific certainty.

I reserve the right to add or amend my opinions if new information or records become available; respond to Plaintiff's experts; or to use graphics and demonstratives to explain and illustrate material discussed in this report.

Lysandra Voltaggio, M.D.                Date: March 4, 2022

18

# Appendix A (Exemplar Images, including some examples from Mr. Baudin's pathology)

**Figure 1:  Exemplar fundic gland polyp (stomach)**



Notice polypoid configuration and dilated glands (black arrows) in the background of normal mucosa (red arrows).

19

**Figure 2a:  Exemplar hyperplastic polyp (stomach)**



This polyp has an upside-down lollipop configuration and is composed of elongated superficial glands (black arrows) lined by cells containing gastric- type mucin (Figure 2b [below], blue arrow).

20

**Figure 2b**



This is a high magnification (closer) image of the exemplar polyp in Figure 2a. The blue arrow points to the epithelial cell layer (cells with pink and white areas). The red arrows indicate the supporting tissue for the epithelium (a.k.a lamina propria), which in these polyps tends be swollen and inflamed.

**Figure 3:  Exemplar gastric adenoma (dashed line)**



The dashed line encompasses the adenoma. Notice that this area is composed of epithelial cells with dark blue nuclei (black arrows). The areas with the blue dots (indicated with black stars) correspond to supporting tissue (A.K.A lamina propria). Compare the lesional epithelium (black arrows) to the normal epithelium, which has a pinker look (blue arrows) because the nuclei are not as big and cytoplasm (pink) predominates.

**Figure 4:  Exemplar inflammatory fibroid polyp (stomach)**



These lesions are centered in the submucosa (the second layer of the stomach [blue dashed line], deep to the mucosa [black arrow]).

**Figure 5:  Example of neuroendocrine carcinoid of the stomach (black arrows and inside dashed blue line; well differentiated neuroendocrine tumor; hematoxylin and eosin stain). Inside the dotted line one sees mostly tumor cells (the blue dots inside the dashed arrow correspond to nuclei of tumor cells). Black stars indicate supporting tissue (a.k.a. lamina propria).**



**Figure 6:  Example of neuroendocrine carcinoma of the stomach (black arrows and inside blue dashes: high grade neuroendocrine carcinoma; hematoxylin and eosin stain). Inside the blue dash, one mostly cells dark blue tumor nuclei arranged in a solid sheet. Outside of the blue arrows (upper half of the image) one sees a variety of cell types including normal glands and supporting tissue (A.K.A. lamina propria; indicated by black stars).**



**Figure 7:** **Example of ECL cell hyperplasia of the stomach (dashed black lines). Blue arrows point to circular structures with a rim of blue dots (nuclei) and white centers, which correspond to gastric glands. The black stars indicate supporting tissue (a.k.a. lamina propria).**



.

**Figure 8:  Example Gastric Adenocarcinoma, Diffuse type**



**Sheets of mucin-containing malignant cells are seen here effacing the normal mucosal architecture inside the blue line. There is no gland formation within the tumor. The circular structures (left and bottom of image) rimmed by blue dots (nuclei) and white centers correspond to non-neoplastic (non-tumor) gastric glands.**

27

Figure 9:  Mr. Baudin's neoplasm



An adenocarcinoma (black arrows; hematoxylin and eosin stain) in direct physical connection to cardio-oxyntic mucosa with mucous glands (blue arrow) chronic inflammation (carditis). Compare to Figures 5 and 6 showing neuroendocrine neoplasms. Slide N of surgical pathology case OL-17-09222

**Figure 10:  Cardio-oxyntic mucosa with chronic inflammation (carditis) in Mr. Baudin's sample. Slide N of surgical pathology case OL-17-09222**



Compared to oxyntic mucosa in Figure 11, cardio-oxyntic mucosa is characterized by mucous glands (pale pink to white cytoplasm, black arrow) and interspersed parietal cells (pink cytoplasm, red arrow). There is no ECL cell hyperplasia on H&E (compare to Figure 7 showing circled nests of ECL cell hyperplasia).

29

**Figure 11:  Example of normal oxyntic mucosa (right, circled) shows back-to-back pink glands composed of parietal (pink, acid-producing) and chief cells (not evident at this magnification, pepsinogen-producing). Antral mucosa (left) shows more loosely arranged glands with lighter cytoplasm (blue arrow).**



Figure 12: Diagram illustrating features of Barrett esophagus



Source: https://www.nejm.org/doi/full/10.1056/NEJMra1314704

**Figure 13: Mr. Baudin specimen PG-17-18840 L02 showing intestinal type adenocarcinoma.**



**Figure 14: Mr. Baudin sample PG-17-18840 L07 showing background non-neoplastic mucosa with a mixture of mucous (black arrows) and oxyntic glands (red arrows).**



# Appendix B (Mr. Baudin's Pathology Images)

**Intramucosal adenocarcinoma with background inflammation in biopsy PG-17-18840 L02.**



**Intestinal metaplasia (arrows) and background inflammation in biopsy PG-17-18840 L01.**



**Background non-neoplastic gastric mucosa in biopsy PG-17-18840 L02 showing a mixture of mucous glands (black arrow) and parietal cells (red arrow)**



35

**Background non-neoplastic gastric mucosa in biopsy PG-17-18840 L02 showing a mixture of mucous glands (black arrows) and parietal cells (red arrow). This is a higher magnification image from the previous photomicrograph.**



**Additional focus of background non-neoplastic gastric mucosa in biopsy PG-17-18840 L07 showing a mixture of mucous glands (black arrow) and parietal cells (red arrow).**



36

**Background non-neoplastic gastric mucosa in biopsy PG-17-18840 L02 showing oxyntic mucosa.**



**Oxyntic and mucous glands with chronic inflammation in Mr. Baudin sample. Slide L (designated "lesser curvature to include polyps") of surgical pathology case OL-17-09222 (low magnification)**



**Oxyntic (red arrow) and mucous glands (black arrows) with chronic inflammation in Mr. Baudin sample. Slide L (designated "lesser curvature to include polyps") of surgical pathology case OL-17-09222 (high magnification).**



**Hyperplastic polyp in Mr. Baudin sample slide L (designated "lesser curvature to include polyps") of surgical pathology case OL-17-09222**



Early gastric adenocarcinoma arising in cardio-oxyntic mucosa with mucous glands (blue arrow) and chronic inflammation (carditis) in Mr. Baudin sample. Slide N (designated "posterior wall to include polyps") of surgical pathology case OL-17-09222 (low magnification).



**Area of cardio-oxyntic mucosa with chronic inflammation (carditis) in Mr. Baudin sample. Slide N (designated "posterior wall to include polyps") of surgical pathology case OL-17-09222 (medium magnification). Examples of mucous glands are designated with blue arrow.**



Area of cardio-oxyntic mucosa with chronic inflammation (carditis) in Mr. Baudin sample. Slide N (designated "posterior wall to include polyps") of surgical pathology case OL-17-09222 (high magnification). Examples of mucous glands are designated with blue arrows.



Baudin original pathology: OL-17-09222; 3G-L02 designated in gross description as "apparent polypectomy site to GE junction".



Baudin original pathology: OL-17-09222; 3J-L02 designated in gross description as "additional polyps near GE junction".



Baudin original pathology: OL-17-09222; 3N-L01 designated in gross description as "posterior wall to include polyps".



Baudin original pathology: OL-17-09222; 3K-L01 designated in gross description as "additional polyps near GE junction".



Baudin original pathology: PG-17-18840;1A-L07



Baudin original pathology: PG-17-18840; 1A-L02



Mjones stained slide: SH10932-21 2A (synaptophysin)



Mjones stained slide: SH10932-21 2A (chromogranin)



Mjones stained slide: SH10932-21 2A (H&E)



Mjones stained slide: SH10932-21 1A (synaptophysin)



Mjones stained slide: SH10932-21 1A (chromogranin)



Mjones stained slide: SH10932-21 1A (H&E)



# Exhibit A

**Stanley P. Baudin**

**Materials Considered by Expert Dr. Lysandra Voltaggio**

All materials referenced and/or discussed within the expert report are incorporated herein by reference.

**Medical Literature**

1. Abraham, S.C., *Intestinal-Type and Gastric-Type Adenomas Differ in the Risk of Adenocarcinoma and Presence of Background Mucosal Pathology.*, 26 Am J Surg Path 1276-1285 (2002).

2. Abrams, Julian A., et al., *Dating the Rise of Esophageal Adenocarcinoma: Analysis of Connecticut Tumor Registry Data, 1940-2007*, Cancer Epidemoil Biomarkers Prev. 183-186 (2011)

3. Abrams, Julian A., Gonsalves, Lou, & Neugut, Alfred I., *Diverging trends in the incidence of reflux-related and helicobacter pylori-related Gastric cardia cancer*, 47 Journal of Clinical Gastroenterology 322–327 (2013).

4. Ahn, Jeong Soo, *Acid suppressive drugs and gastric cancer: A meta-analysis of observational studies*, 19 World Journal of Gastroenterology 2560 (2013).

5. Ajani, Jaffer, et al., *Stomach*, in AJCC cancer staging handbook: From the AJCC cancer staging manual 203–220 (8th ed. 2017).

6. Attwood, S. E., et al., *Long-term safety of proton pump inhibitor therapy assessed under controlled, randomised clinical trial conditions: data from the SOPRAN and LOTUS studies*, 41 Alimentary Pharmacology & Therapeutics 1162–1174 (2015).

7. Azzopardi, J. G., & Pollock, D. J., *Argentaffin and argyrophil cells in gastric carcinoma*, 86 The Journal of Pathology and Bacteriology 443–451 (1963).

8. Brunicardi, F., Andersen, D., Billiar, T., et al., Schwartz's Principles of Surgery 11e (2019).

9. Brunner, G., & Creutzfeldt, W., *Omeprazole in the Long-term Management of Patients with Acid-related Diseases Resistant to Ranitidine*, 166 Scandinavian Journal of Gastroenterology 101-105 (1989)

10. Brusselaers, Nele, et al., *Maintenance therapy with proton pump inhibitors and risk of gastric cancer: a nationwide population-based cohort study in Sweden*, 7 BMJ Open (2017).

11. Brusselaers, Nele, Lagergren, Jesper, & Engstrand, Lars, *Duration of use of proton pump inhibitors and the risk of gastric and oesophageal cancer*, 62 Cancer Epidemiology 101585 (2019).

12. CAP Cancer Reporting Protocols (https://www.cap.org/protocols-and-guidelines/cancer-reporting-tools/cancer-protocol-templates) Accessed January 31st, 2022.

13. Carneiro, F., et al., *Gastric adenocarcinoma*, in WHO classification of tumours of the digestive system 85–95 (2010).

14. Chandrasoma, Parakrama T., et al., *Histology of the gastroesophageal junction*, 24 The American Journal of Surgical Pathology 402–409 (2000).

15. Cheung, K.S., Leung, W.K. *Risk of gastric cancer development after eradication of Helicobacter pylori.*, World J Gastrointest Oncol (2018).

16. Cheung, Ka Shing, et al., *Long-term proton pump inhibitors and risk of gastric cancer development after treatment for Helicobacter pylori: a population-based study*, 67 Gut 28–35 (2017).

17. *Comprehensive molecular characterization of gastric adenocarcinoma*, 513 Nature 202–209 (2014).

18. Conner, James R., El-Zimaity, Hala, & Riddell, Robert H., *Esophagus*, in History for Pathologist (2019).

19. Crane, Sarah J., et al., Subsite-specific risk factors for esophageal and gastric adenocarcinoma, 102 The American Journal of Gastroenterology 1596–1602 (2007).

20. Cristescu, Razvan, et al., *Molecular analysis of gastric cancer identifies subtypes associated with distinct clinical outcomes*, 21 Nature Medicine 449–459 (2015).

21. Derakhshan, M. H., et al., *Combination of gastric atrophy, reflux symptoms and histological subtype indicates two distinct aetiologies of gastric cardia cancer*, 57 Gut 298–305 (2008).

22. Duan, Lei, et al., *Antacid Drug Use and Risk of Esophageal and Gastric Adenocarcinomas in Los Angeles County*, 18 Cancer Epidemiology Biomarkers & Prevention 526–533 (2009).

23. Edge, Stephen B., et al*., Stomach*, in AJCC cancer staging handbook: From the AJCC cancer staging manual 145-152 (7th ed. 2010).

24. Emory, T.S., et al., *Barrett's Esophagus*, in Atlas of Gastrointestinal Endoscopy & Endoscopic Biopsies 42–43 (2000).

25. Fassan M. Molecular pathology. PathologyOutlines.com website. (https://www.pathologyoutlines.com/topic/stomachmolecular.html.) Accessed February 7th, 2022.

26. Fossmark, Reidar, Martinsen, Tom C., & Waldum, Helge L., *Adverse Effects of Proton Pump Inhibitors—Evidence and Plausibility*, 20 International Journal of Molecular Sciences 5203 (2019).

27. Fossmark, Reidar, et al., *Rebound acid hypersecretion after long-term inhibition of gastric acid secretion*, 21 Alimentary Pharmacology and Therapeutics 149–154 (2005).

28. Freedberg, Daniel E., Kim, Lawrence S., & Yang, Yu-Xiao, *The Risks and Benefits of Long-term Use of Proton Pump Inhibitors: Expert Review and Best Practice Advice From*

29. Garcia Rodriguez, et. al, *Gastric acid suppression and risk of oesophageal and gastric adenocarcinoma: a nested case control study in the UK*, 55 Gut 1538–1544 (2006).

30. Gibson, Michael K., et al., *Multimodality approaches to potentially resectable esophagogastric junction and gastric cardia adenocarcinomas*, UpToDate,

https://www.uptodate.com/contents/multimodality-approaches-to-potentially-resectable-esophagogastric-junction-and-gastric-cardia-adenocarcinomas#! (visited Jan 13, 2022).

31. Gillen, Derek & McColl, Kenneth E.L., *Problems related to acid rebound and tachyphylaxis*, 15 Best Practice & Research Clinical Gastroenterology 487–495 (2001).

32. Gillen, Derek, et al., *Rebound hypersecretion after omeprazole and its relation to on-treatment acid suppression and Helicobacter pylori status*, 116 Gastroenterology 239–247 (1999).

33. Glickman, Jonathan N. et al., *Morphology of the Cardia and significance of Carditis in pediatric patients*, 26 The American Journal of Surgical Pathology 1032–1039 (2002).

34. Howden, C. W. & Hunt, R. H., *The relationship between suppression of acidity and gastric ulcer healing rates*, 4 Alimentary Pharmacology & Therapeutics 25–33 (2007).

35. Huang Q, Read M, Gold JS, Zou XP., *Unraveling the identity of gastric cardiac cancer.*, J Dig Dis. 674-686 (2020).

36. Jansen, J., et al., *Effect of long-term treatment with omeprazole on serum gastrin and serum group A and G pepsinogens in patients with reflux esophagitis*, 99 Gastroenterology 621–628 (1990).

37. Kim, Judith, Blackett, John W., & Jodorkovsky, Daniela, *Strategies for Effective Discontinuation of Proton Pump Inhibitors*, 20 Current Gastroenterology Reports (2018).

38. Koop, H., Klein, M., & Arnold, R., *Serum gastrin levels during long-term omeprazole treatment*, 4 Alimentary Pharmacology & Therapeutics 131–138 (2007).

39. Lai, Shih-Wei, et al., *Proton pump inhibitors and risk of gastric cancer in a case–control study*, 68 Gut 765–767 (2018).

40. Laine, L., et al., *Review article: potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors*, 14 Alimentary Pharmacology & Therapeutics 651–668 (2000).

41. Larsson, H., et al., *Rat parietal cell function after prolonged inhibition of gastric acid secretion*, 254 American Journal of Physiology-Gastrointestinal and Liver Physiology (1988).

42. Lauren, Pekka, *The two histological main types of gastric carcinoma: diffuse and so-called intestinal-type carcinoma*, 64 Acta Pathologica Microbiologica Scandinavica 31–49 (1965).

43. Lind, T., Cederberg, C., Forssell, H., Olausson M., & Olbe, L., *Relationship between Reduction of Gastric Acid Secretion and Plasma Gastrin Concentration during Omeprazole Treatment*, 23 Scandinavian Journal of Gastroenterology 1259-1266 (1988).

44. Mariette, Christopher, et al., *Oesophagogastric Junction adenocarcinoma: Which therapeutic approach?*, 12 The Lancet Oncology 296–305 (2011).

45. McColl, Kenneth E.L. & Gillen, Derek, *Evidence That Proton-Pump Inhibitor Therapy Induces the Symptoms it Is Used to Treat*, 137 Gastroenterology 20–22 (2009).

46. McColl, Kenneth E.L. *Cancer of the gastric cardia*, 20 Best Practice & Research Clinical Gastroenterology 687-696 (2006).

47. Moayyedi P., Veldhuyzen van Zanten SJO, Hookey L., et al., *Proton pump inhibitors and gastric cancer: association is not causation*, 68 Gut 1529-1530 (2019)

48. Moayyedi, Paul, et al., *818b – A Randomized Trial of Proton Pump Inhibitors Versus Placebo to Prevent Upper Gastrointestinal Bleeding in Patients Receiving Rivaroxaban Or Aspirin*, 156 Gastroenterology (2019).

49. Moayyedi, Paul, et al., *Safety of Proton Pump Inhibitors Based on a Large, Multi-Year, Randomized Trial of Patients Receiving Rivaroxaban or Aspirin*, 157 Gastroenterology (2019).

50. Murphy, Gwen, et al., *Serum gastrin and cholecystokinin are associated with subsequent development of gastric cancer in a prospective cohort of Finnish smokers*, 46 International Journal of Epidemiology 914–923 (2017).

51. Ng, Andrew Kei-Yan, Yeung Ng, Pauline, Ip, April, Cheung, Ka-Shing, and Siu, Chung-Wah, *Association between Proton Pump Inhibitors after Percutaneous Coronary Intervention and Risk of Gastric Cancer.*, BMJ Open Gastroenterology 8.1 (2021).

52. Niikura, Ryota, et al., *Long-term proton pump inhibitor use is a risk factor of gastric cancer after treatment for Helicobacter pylori: a retrospective cohort analysis*, 67 Gut 1908–1910 (2017).

53. Noffsinger, Amy, *Nonneoplastic Esophagus*, in Fenoglio-Preiser's Gastrointestinal Pathology 70–71 (4th ed. 2017).

54. Owen, David A., *Stomach*, in History for Pathologist (2019).

55. Paul, Andrew et al., *The Histologic Spectrum of Barrett's Esophagus*, The New England Journal of Medicine 476-480 (1976).

56. Peng, Yen-Chun, et al., *Association between proton pump inhibitors use and risk of gastric cancer in patients with GERD*, 68 Gut 374–376 (2018).

57. Perry, Issac E., et al., *Potential proton pump inhibitor–related adverse effects*, 1481 Annals of the New York Academy of Sciences 43–58 (2020).

58. Pezeshkian, Sara & Conway, Susan E., *Proton Pump Inhibitor Use in Older Adults: Long-Term Risks and Steps for Deprescribing*, 33 The Consultant Pharmacist 497–503 (2018).

59. Poulsen, A., et al., *Proton pump inhibitors and risk of gastric cancer: a population-based cohort study*, 100 British Journal of Cancer 1503–1507 (2009).

60. Rawla, Prashanth & Barsouk, Adam, *Epidemiology of gastric cancer: global trends, risk factors and prevention*, 14 Gastroenterology Review 26–38 (2019).

61. Reimer, Christina, et al., *Proton-Pump Inhibitor Therapy Induces Acid-Related Symptoms in Healthy Volunteers After Withdrawal of Therapy*, 137 Gastroenterology (2009).

62. Rice, Thomas William, et al., *Esophagus and Esophagogastric Junction*, in AJCC cancer staging handbook: From the AJCC cancer staging manual 185–202 (8th ed. 2017).

63. Sanduleanu, S., et al., *Serum gastrin and chromogranin A during medium- and long-term acid suppressive therapy: a case-control study*, 13 Alimentary Pharmacology & Therapeutics 145–153 (1999).

64. Seo, Seung In, et al., *Association between proton pump inhibitor use and gastric cancer: a population-based cohort study using two different types of nationwide databases in Korea*, Gut (2021).

65. Sheng, Weiwei, et al., *Hypergastrinemia Expands Gastric ECL Cells Through CCK2R+ Progenitor Cells via ERK Activation*, 10 Cellular and Molecular Gastroenterology and Hepatology (2020).

66. Simin, Johanna, et al., *Safety of Proton Pump Inhibitors Questioned Based on a Large Randomized Trial of & Patients Receiving Rivaroxaban or Aspirin*, 158 Gastroenterology 1172–1173 (2020).

67. Singh, Amandeep, Cresci, Gail A. & Kirby, Donald F., *Proton Pump Inhibitors: Risks and Rewards and Emerging Consequences to the Gut Microbiome*, 33 Nutrition in Clinical Practice 614–624 (2018).

68. Smith, J., Nadella, S., and Osborne, N., *Gastrin and Gastric Cancer*, Cellular and Molecular Gastroenterology and Hepatology (2017).

69. Snir, Yifat, et al., *Dose-dependent association of proton pump inhibitors use with gastric intestinal metaplasia among Helicobacter pylori-positive patients*, 9 United European Gastroenterology Journal 343–353 (2021).

70. Spechler, Stuart J., Barrett's esophagus: epidemiology, clinical manifestations, and diagnosis UpToDate, https://www.uptodate.com/contents/barretts-esophagus-epidemiology-clinical-manifestations-and-diagnosis#! (last visited Jan 24, 2022).

71. Stojsic, Zorica M., et al., *Histological Features of Gastric Cardia in Adults: an Autopsy Study*, 20 J Gastrointestin Liver Dis 13-18 (2011).

72. Tamim, Hani, et al., *Association Between Use of Acid-Suppressive Drugs and Risk of Gastric Cancer*, 31 Drug Safety 675–684 (2008).

73. Tatsuguchi, Atsushi, et al., *Influence of hypergastrinemia secondary to long-term proton pump inhibitor treatment on ECL cell tumorigenesis in human gastric mucosa*, 216 Pathology - Research and Practice 153113 (2020).

74. Tran-Duy, An, et al., *Use of Proton Pump Inhibitors and Risks of Fundic Gland Polyps and Gastric Cancer: Systematic Review and Meta-analysis*, 14 Clinical Gastroenterology and Hepatology (2016).

75. Waldum, Helge L., & Fossmark, Reidar, *Proton pump inhibitors and gastric cancer: a long expected side effect finally reported also in man*, 67 Gut (2017).

76. Waldum, Helge L., & Mjønes, Patricia, *Towards Understanding of Gastric Cancer Based upon Physiological Role of Gastrin and ECL Cells*, 12 Cancers 3477 (2020).

77. Waldum, Helge L., et al., *Marked increase in gastric acid secretory capacity after omeprazole treatment.*, 39 Gut 649–653 (1996).

78. Waldum, Helge L., et al., *Session 5: Enterochromaffin-like tumour cells in the diffuse but not the intestinal type of gastric carcinomas*, 26 Scandinavian Journal of Gastroenterology 165–169 (1991).

79. Waldum, Helge L., Sandvik, Arne K., Syversen, Unni, & Brenna, Eiliv, *The Enterochromaffin-Like (ECL) Cell Physiological and pathophysiological role*, 32 Acta Oncologica 141-147 (1993)

80. Wan, Qian-Yi, et al., *Long-term proton pump inhibitors use and risk of gastric cancer: a meta-analysis of 926 386 participants*, 68 Gut 762–764 (2018).

81. Wang, Jing, et al., *Effect of administration of a proton pump inhibitor for ulcerative differentiated early gastric cancer prior to endoscopic submucosal dissection*, Digestive Endoscopy (2020).

82. Wolf, Claudia, et al., *Does Carditis have two different Etiologies?*, 46 Digestive Diseases and Sciences 2424–2432 (2001).

83. Woltering, Eugene A., et al., Neuroendocrine Tumors of the Stomach, in AJCC cancer staging handbook: From the AJCC cancer staging manual 351–359 (8th ed. 2017).

84. Wu, Anna H., Tseng, Chiu-Chen & Bernstein, Leslie, *Hiatal hernia, reflux symptoms, body size, and risk of esophageal and gastric adenocarcinoma*, 98 Cancer 940–948 (2003).

85. Wu, Anna H., Wan, Peggy, & Bernstein, Leslie, *A multiethnic population-based study of smoking, alcohol and body size and risk of adenocarcinomas of the stomach and esophagus (United States)*, 12 Cancer Causes and Control 721-732 (2001).

86. Xie, Yan, et al., *Estimates of all cause mortality and cause specific mortality associated with proton pump inhibitors among US veterans: cohort study*, BMJ l1580 (2019).

**Pharmacy Records and Documents**

1.    BlueCross BlueShield Medication Records: Baudin-00089 – Baudin-00146

2.    BlueCross BlueShield Medication Records: Baudin-00147 – Baudin-00183

3.    BlueCross BlueShield Medication Records: Baudin-00184 – Baudin-00222

4.    BlueCross BlueShield Medication Records: Baudin-00223 – Baudin-00272

5.    BlueCross BlueShield Medication Records: Baudin-00273 – Baudin-00323

6.    BlueCross BlueShield Medication Records: Baudin-00324 – Baudin-00360

7.    BlueCross BlueShield Medication Records: Baudin-00361 – Baudin-00409

8.    BlueCross BlueShield Medication Records: Baudin-00410 – Baudin-00463

9.    BlueCross BlueShield Medication Records: Baudin-00464 – Baudin-00476

10.    BlueCross BlueShield Medication Records: Baudin-00477 – Baudin-00479

11.    Barkers Pharmacy: Defendants-000031 – Defendants-000032

12.    Daniel Pharmacy: Baudin-00001 – Baudin-0004

13.     Daniel Pharmacy: Defendants-000033 – Defendants-000040

14.     Daniel Pharmacy Update: Defendants-001735

15.     Walmart Pharmacy: Defendants-000781 – Defendants-000789

16.     Walgreens: Defendants-001555 – Defendants-001557

**Pleadings**

1.     Petition for Damages

2.     Initial Disclosures on behalf of Plaintiff

3.     AZ and Merck Answer to Complaint

**Discovery**

1.     Plaintiffs Answers to Defendants First Set of Interrogatories

2.     Plaintiff's First Supplemental Answers to Interrogatories

3.     First Supplemental Answers to Defendants' First Set of Requests for Production of Documents to Stanley P. Baudin

**Plaintiff's Expert Reports**

1.  Helge Waldum, MD, PhD, Doctor d'Etat, *The Use of Proton Pump Inhibitors and the Development of Gastric Cancer and the Rebound Phenomenon*

**Depositions**

1.     Erin Thibault, MD

2.     John Tabor, MD

**Medical Records and Documents**

1.     Baton Rouge Clinic (Drs McClelland & Jackson): Defendants-001473 – Defendants-001499

2.     Baton Rouge Clinic: Baudin-00805 – Baudin-00814

3.     Bone & Joint Clinic: Baudin-00815 – Baudin-00887

4.     Bone & Joint Clinic: Defendants-000605 – Defendants-000779

5.     Dermatology Clinic: Defendants-001500 – Defendants-001507

6.     Dr. Brian Gremillion OLOL Updated: Defendants-001838– Defendants-001887

7.     Dr. Brian Gremillion OLOL: Defendants-000041 – Defendants-000094

8.     Dr. Curtis Chastain: Baudin-00005 – Baudin-00009

9.     Dr. John Chalais Dermatology Associates: Defendants-000001 – Defendants-000015

10.    Dr. John Tabor Surgical Records: Baudin-00065 – Baudin-00088

11.    Dr. John Tabor Updated: Defendants-001752– Defendants-001837

12.    Dr. John Tabor: Baudin-00010 – Baudin-00064

13.    Dr. John Tabor: Defendants-000322 – Defendants-000527

14.    Dr. Jon Taxler Updated: Defendants-001741 – Defendants-001751

15.    Dr. Jon Traxler: Defendants-000095 – Defendants-000321

16.    Dr. Ryan Chauvin Subpoena Records: Defendants-001642– Defendants-001734

17.    Dr. Ryan Chauvin Updated: Defendants-001888– Defendants-001921

18.    Gastroenterology Associates (Dr. Ryan Chauvin): Defendants-001508 – Defendants-001554

19.    Louisiana Urgent Care: Defendants-001558 – Defendants-001592

20.    Medical Records: Baudin-000922 – Baudin-001016

21.    OLOL Part 1: Defendants-000790 – Defendants-001068

22.    OLOL Part 2: Defendants-001069 – Defendants-001472

23.    Oschner Clinic: Baudin-00800 – Baudin-00804

24.    Pathology Group of LA Updated: Defendants-001738 – Defendants-001740

25.    Pathology Group of LA: Baudin-00912 – Baudin-00921

26.    Pathology Group of LA: Defendants-000016 – Defendants-000030

27.    Texas Digestive Disease Consultants: Defendants-001593 – Defendants-001641

28.    Text Message re: Barrett: Baudin-00482, Baudin-00504

29.    Text Message re: Barrett: Baudin-00534, Baudin-00542, Baudin-00556 - Baudin-00557

30.    Text Message re: Barrett: Baudin-00592

31.    Text Message re: Barrett: Baudin-00645 - Baudin-00646, Baudin-00650 - Baudin-00652

32.    Text Message w/Provider: Baudin-00679 – Baudin-00732

33.    Text Message w/Provider: Baudin-00733 – Baudin-00799

34.    The Lake Surgery Center - Defendants001929-002165

35.    Todd C. Genre: Defendants-000528 – Defendants-000604

36.    Lake Surgery Center Billing Records – Defendants002166-002169

**Other Materials**

1.    Baudin Pathology Slides – received and reviewed slides as itemized on pp. 1-2 of Dr. Voltaggio's expert report.

# Exhibit B

17                                                                    ABMF 12/16/15

CURRICULUM VITAE
The Johns Hopkins University School of Medicine

Lysandra Voltaggio, M.D.                                          11/21/2021


**DEMOGRAPHIC AND PERSONAL INFORMATION**

**Current Appointments** *(in chronological order, earliest first by start date under each subcategory)*
2014-2018        Assistant Professor of Pathology, (GI/Liver), Johns Hopkins University School of Medicine; Johns
                 Hopkins Hospital
2018-present     Associate Professor of Pathology, (GI/Liver), Johns Hopkins University School of Medicine; Johns
                 Hopkins Hospital
2014-present     Pathologist, The Johns Hopkins Hospital
2014-present     Pathologist, Bayview Medical Center
2014-present     Pathologist Howard County Hospital

**Personal Data**
        The Harry and Jeanette Weinberg Building
        401 N. Broadway, Room 2242
        Baltimore, M.D 21231
        Phone: 443-287-5993
        Fax: 410-955-0115
        lvoltag1@jhmi.edu

**Education and Training**
    1999         Bachelor of Science, Biology, University of Puerto Rico
    2003         Doctor of Medicine, University of Puerto Rico School of Medicine
    2007         Residency in Anatomic and Clinical Pathology, Thomas Jefferson University Hospital
    2008         Cytopathology Fellowship, George Washington University Hospital
    2009         Surgical Pathology Fellowship, George Washington University Hospital

**Professional Development Courses**
01/18-04/18      Mindfulness Based Stress Reduction (MBSR) for Johns Hopkins Medicine Faculty, Course director Neda
                 Gould, Ph.D., Director of Mindfulness Program at Johns Hopkins University School of Medicine, Baltimore
                 MD
06/11-06/13/18   Powerful Public Speaking Course. Johns Hopkins Carey Business School, Steven D. Cohen, Ph.D.
05/6-7, 9/19     Effective Workplace Presentations. Johns Hopkins Carey Business School, Steven D. Cohen, Ph.D.
11/19-11/21/19   Persuasive Communication. Johns Hopkins Carey Business School, Steven D. Cohen, Ph.D.
2/23/2021 –
0/2, 9/2021      Essentials of Leadership Coaching. Johns Hopkins Carey Business School, Carly Ackman, Ph.D.
4/5-5/26/2021    She Thrives, MD Coaching Program. Institute for Physician Wellness. Kathy Stepien, M.D. and Katie Townes,
                 M.D.

**Professional Experience**
2009-2014        Assistant Professor of Pathology, George Washington University Hospital
2014-present     Associate Professor of Pathology, (GI/Liver) Johns Hopkins Hospital

**PUBLICATIONS**:
Original Research [OR] (Trainees underlined)


    1.   **Voltaggio L**, Murray R, Lasota J, Miettinen M. Gastric Shwannoma: A Clinicopathologic Study of 51 Cases and
         Review of the Literature. *Hum Pathol.* 2011. May;43 (5): 650-659.
    2.   Arnold CA, Montgomery EA, **Voltaggio L.**  Syphilitic and  Lymphogranuloma Venereum (LGV) Proctocolitis:
         Clues to a Frequently Missed Diagnosis. *Am J Surg Pathol.* 2013 Jan; 37(1):38-46.
    3.   Swanson BJ, Limketkai BN, Liu TC, Montgomery EA, Nazari K, Park J, Santangelo WC, Torbenson MS,

**Voltaggio L,** Yearsley M, Arnold CA. Sevelamer Crystals in the Gastrointestinal Tract: A New Entity Associated with Mucosal Injury. *Am J Surg Pathol.* 2013. Nov; 37(11):1686-1693.

4.  Singhi AD, Arnold CA, Lam-Himlin DM, **Voltaggio L.** Montgomery, E.A. Esophageal Leukoplakia/Orthokeratotic Dysplasia: A Rare Probable Precursor to Squamous Cell Carcinoma. *Mod Pathol.* 2014. Jan; 27 (1):38-43.

5.  Arnold C, Roth R, Arsenescu R, Harzman A, Lam-Himlin D, Berkeley L, Montgomery E, **Voltaggio L.** Sexually Transmitted Infectious Colitis vs. Inflammatory Bowel Disease: Distinguishing Features from a Case Controlled Study. *Am J Clin Pathol.* 2015. Nov; 144(5):771-81. Selected for CME credits.

6.  Celeiro- Muñoz C, Huebner TA, Robertson SA, Pittman M, Singhi A, Arnold C, Bhajee F, **Voltaggio L,** Montgomery E. Tactile Corpuscle-Like Bodies in the Gastrointestinal Mucosa: A Case Series. *Am J Surg Pathol.* 2015. Dec; 39(12):1668-1672.

7.  Pittman M, Robertson SA, Bhajee F, **Voltaggio L,** Montgomery EA. Autoimmune Metaplastic Atrophic Gastritis: Recognizing Precursor Lesions for Appropriate Patient Evaluation. *Am J Surg Pathol.* 2015. Dec; 39(12):1611-1620.

8.  <u>Pittman M</u>, <u>Khararjian A</u>, Wood L, Montgomery E, **Voltaggio L.** Prospective Identification of *Helicobacter pylori* in Routine Gastric Biopsies is Possible without Reflex Ancillary Stains. *Hum Pathol.* 2016. Dec; 58:90-96. **[SI/QI]**

9.  Alsomali MI, Arnold MA, Frankel WL, Graham RP, Hart PA, Lam-Himlin DM, Naini BV, **Voltaggio L,** Arnold CA. Challenges to "Classic" Esophageal Candidiasis: Looks Are Usually Deceiving. *Am J Clin Pathol.* 2017 Jan 1;147(1):33-42.

10. Singhi A, Arnold C, Lam-Himlin D, Nikiforova M, **Voltaggio L,** Canto M, McGrath K, Montgomery E. Targeted Next Generation Sequencing Supports Epidermoid Metaplasia of the Esophagus as a Precursor to Esophageal Squamous Neoplasia. *Mod Pathol.* 2017; 2017 Jul 21. doi: 10.1038/modpathol.2017.73.

11. <u>Kherad Pezhouh</u> M, Rezaei MK, Shabihkhani M, Ghosh A, Belchis D, Montgomery E, **Voltaggio L.** Calcifying Fibrous Tumor of the Gastrointestinal Tract: Clinicopathologic Analysis of 28 cases. *Hum Pathol.* 2017. Apr;62:199-205.

12. Salimian KJ, Waters KM, Eze O, Pezhouh MK, Tarabishy Y, Shin EJ, Canto MI, **Voltaggio L,** Montgomery EA. Definition of Barrett Esophagus in the United States: Support for Retention of a Requirement for Goblet Cells. *Am J Surg Pathol.* 2018 Feb;42(2):264-268.

13. Chianchiano P, Pezhouh MK, Kim A, Luchini C, Cameron A, Weiss MJ, He J, **Voltaggio L,** Oshima K, Anders RA, Wood LD. Distinction of intrahepatic metastasis from multicentric carcinogenesis in multifocal hepatocellular carcinoma using molecular alterations. *Hum Pathol.* 2018 Feb;72:127-134.

14. Adler BL, Pezhouh MK, Kim A, Luan L, Zhu Q, Gani F, Yarchoan M, Chen J, **Voltaggio L,** Parian A, Lazarev M, Lawers GY, Pawlik TM, Montgomery EA, Jaffee E, Le DT, Taube JM, Anders RA. Histopathological and immunophenotypic features of ipilimumab-associated colitis compared to ulcerative colitis. *J Intern Med.* 2018 Jun;283(6):568-577

15. Canto MI, Shaheen NJ, Almario JA, **Voltaggio L,** Montgomery E, Lightdale CJ. Multifocal nitrous oxide cryoballoon ablation with or without EMR for treatment of neoplastic Barrett's esophagus. *Gastrointest Endosc.* 2018 Sep;88(3):438-446.e2

16. Mannan AASR, Vieth M, Khararjian A, Khandakar B, Lam-Himlin D, Heydt D, Bhajee F, Venbrux HJ, Byrnes K, **Voltaggio L,** Barker N, Yuan S, Montgomery E. The Outlet Patch: Gastric Heterotopia of the Colo-rectum and Anus. *Histopathology.* 2018. Aug;73(2):220-229

17. Arnold C, Frankel W, Guo L, Krishnan S, Pfeil S, Schumacher M, **Voltaggio L,** Yearsley M, Chen W. Crystal Storing Histiocytosis in the Stomach: A Clue to Subtle Hematolymphoid Malignancies. *Am J Surg Pathol.* 2018 Oct;42(10):1317-1324.

18. Khararjian A, Mannan R, Byrnes K, **Voltaggio L.** Are Upfront Levels for Colon "Polyps" Necessary?: A Pragmatic Review. *Int J Surg Pathol.* 2019 Feb;27(1):15-18.

19. Waters K, Salimian K, **Voltaggio L,** Montgomery E. Refined Criteria for Separating Low Grade Dysplasia and Nondysplastic Barrett Esophagus Reduce Equivocal Diagnoses and Improve Prediction of Patient Outcome: A 10 year review. *Am J Surg Pathol.* 2018 Dec;42(12):1723-1729.

20. Kherad Pezhouh M, Miller JA, Sharma R, Borzik D, Eze O, Waters K, Westerhoff M, Parian A, Lazarev M, **Voltaggio L.** Refractory Inflammatory Bowel Disease: Is there a Role for Epstein-Barr Virus? A Case Controlled Study Using Highly Sensitive EBV Encoded Small RNA1 In Situ Hybridization. *Hum Pathol.* 2018 Dec;82:187-192.

21. <u>Hutchings D</u>, Miller JA, **Voltaggio L.** Paradoxical Gastrointestinal Reactions in Patients Taking Tumor Necrosis Factor Inhibitors: A Rare Event that Broadens the Histologic Spectrum of Medication Associated Injury. *Hum Pathol.* 2019 Mar;85:202-209.

22. Sung J, Sodhi CP, **Voltaggio L,** Hou X, Jia H, Zhou Q, Čiháková D, Hackam DJ. The recruitment of extra-intestinal cells to the injured mucosa promotes healing in radiation enteritis and chemical colitis in a mouse

parabiosis model. *Mucosal Immunol.* 2019 Mar;12(2):503-517.

23. Arnold CAA, Kherad Pezhouh M, Lam-Himlin D, Pittman M, VandenBussche C, **Voltaggio L**. 90Y-TheraSpheres®: The New Look of Yttrium-90. *Am J Surg Pathol.* 2019 May;43(5):688-694

24. Birkness J, Lam-Himlin D, Byrnes K, Wood L, **Voltaggio L**. The Inverted Appendix - A Potentially Problematic Diagnosis: Clinicopathologic Analysis of 21 Cases. *Histopathology.* 2019 Aug;74(6):853-860.

25. Lee MH, Zaheer A, **Voltaggio L**, Johnson PT, Fishman EK. Clinical time course and CT detection of metastatic disease to the small bowel. *Abdom Radiol (NY).*2019. Jun;44(6):2104-2110.

26. Verdugo D, **Voltaggio L**, Hoot A, Rodriguez FJ. Cerebral pleomorphic liposarcoma: Clinicopathologic findings. *Clin Neuropathol.* 2019 Sep/Oct;38(5):233-237

27. Kerdsirichairat T, **Voltaggio L**, Rifkin S, Canto MI. Multifocal Nitrous Oxide Cryoballoon Ablation for High-Grade Anal Intraepithelial Neoplasia. *Am J Gastroenterol.* 2019 Aug; 114 (8):1194

28. Ware AD, Murdock T, **Voltaggio L**, Windon AL, Troncoso JC, Hruban RH, White MJ. The "Race" Toward Diversity, Inclusion, and Equity in Pathology: The Johns Hopkins Experience. *Acad Pathol.* 2019 Sep 8;6

29. Fayad L, Oberbach A, Schweitzer M, Askin F, **Voltaggio L**, Larman T, Enderle M, Hahn H, Khashab MA, Kalloo AN, Kumbhari V. Gastric mucosal devitalization (GMD): translation to a novel endoscopic metabolic therapy. *Endosc Int Open.* 2019 Dec;7(12):E1640-E1645.

30. **Voltaggio L**, McCluggage WG, Iding J, Brock M, Longacre T, Ronnett B. A Novel Group of HPV-Related Adenocarcinomas of the Lower Anogenital Tract (Vagina, Vulva, and Anorectum) in Women and Men Resembling HPV-related Endocervical Adenocarcinomas. *Mod Pathol.* 2020 May;33(5):944-952

31. Byrnes K, Khararjian A, Mannan AASR, Arnold M, **Voltaggio L**. Young-Onset Ischemic Colitis: A Condition of Elusive Etiology Frequently Associated With Immune Dysregulation. *Int J Surg Pathol.* 2020 Jun;28(4):361-366

32. Pezhouh MK, Burgart LJ, Chiu K, Cohen DA, Hutchings DA, Sanderson SO, Shirazi M, Stanich PP, VandenBussche CJ, **Voltaggio L**, Willhoit ED, Xue Y, Arnold CA. Characterization of Novel Injectable Lifting Agents Used in Colonic Polyp Removal: An Emerging Amyloid Mimic. *Am J Surg Pathol.* 2020 Jun;44(6):793-798.

33. Arnold CA, Burke AP, Calomeni E, Mayer RC, Singhi AD, Stashek K, **Voltaggio L**, Tondon R. Brown Bowel Syndrome: A Multi-Institutional Case Series. *Am J Surg Pathol. 2020 Jan 23.[Epub ahead of print]*

34. Zhang Y, Byrnes K, Lam-Himlin D, Pittman M, Pezhouh M, Gonzalez R, Alruwaii Z, Larman T, Miller J, Matoso A, Oshima K, Epstein JI, Montgomery EA, **Voltaggio L**. Gastrointestinal Malakoplakia: Clinicopathologic Analysis of 26 Cases. *Am J Surg Pathol.* 2020 Sep;44(9):1251-1258

35. Assarzadegan N, Salimian K, Hutchings D, Windon AL, Montgomery EA. Clinicopathological study of blue nevi of the gastrointestinal (GI) tract: first case series. *J Clin Pathol.* 2020 Jul 6:jclinpath-2020-206757. doi: 10.1136/jclinpath-2020-206757. Online ahead of print.

36. Shen MJ, Voltaggio L, Robertson S. Giardia Is Often Overlooked on Histopathologic Examination: A High-Volume, Single-Institution Experience. *Int J Surg Pathol.* 2020 Aug 10:1066896920947795. doi: 10.1177/1066896920947795. Online ahead of print.

37. Hutchings D, Windon A, Assarzadegan N, Salimian KJ, **Voltaggio L**, Montgomery EA. Perianal Paget's Disease as Spread from Non-Invasive Colorectal Adenomas. *Histopathology.* Histopathology. 2020 Jul 23. doi: 10.1111/his.14218. Online ahead of print.

38. Argani P, Harvey I, Nielsen GP, Takano A, Suurmeijer AJH, **Voltaggio L**, Zhang L, Sung YS, Stenzinger A, Mechtersheimer G, Dickson BC, Antonescu CR. EWSR1/FUS-CREB fusions define a distinctive malignant epithelioid neoplasm with predilection for mesothelial-lined cavities. *Mod Pathol.* 2020 Aug 7. doi: 10.1038/s41379-020-0646-5. Online ahead of print.

39. Waters KM, Cox BK, Wong MT, Guindi M, Kim SA, Larson BK, Morgan M, **Voltaggio L**, Balzer B. Lymphogranuloma Venereum (LGV) of the Anorectum: Evaluation of clinicopathologic associations and the utility of a novel RNA in situ hybridization stain. *Histopathology.* 2020 Aug 11. doi: 10.1111/his.14232. Online ahead of print.

40. Windon AL, Almazan E, Oliva-Hemker M, Hutchings D, Assarzadegan N, Salimian K, Montgomery EA, **Voltaggio L**. Lymphocytic and Collagenous Colitis in Children and Adolescents: Comprehensive Clinicopathologic Analysis with Long-Term Follow Up. *Hum Pathol.* 2020 Sep 26; S0046-8177(20)30183-0. doi: 10.1016/j.humpath.2020.09.011.

41. Alpert L, Setia N, Ko HM, Lagana SM, Pittman ME, Johncilla M, Drage MG, Zhao L, Salomao MA, Liao X, Choi WT, Jenkins SM, Hart J, Harpaz N, **Voltaggio L**, Lauwers GY, Odze R, Remotti H, Smyrk TC, Graham RP. Interobserver agreement and the impact of mentorship on the diagnosis of inflammatory bowel disease-associated dysplasia among subspecialist gastrointestinal pathologists. *Virchows Arch.* 2021 Jan 3.

42. Argani P, Palsgrove DN, Anders RA, Smith SC, Saoud C, Kwon R, **Voltaggio L**, Assarzadegan N, Oshima K, Rooper L, Matoso A, Zhang L, Cantarel BL, Gagan J, Antonescu CR. A Novel NIPBL-NACC1 Gene Fusion is Characteristic of the Cholangioblastic Variant of Intrahepatic Cholangiocarcinoma. *Am J Surg Pathol.* 2021 May 13.

Reviews
1.  Ramsay DB, Stephen S, Borum M, **Voltaggio L,** Doman DB.  Mast Cells in Gastrointestinal Disease. *Gastroenterol Hepatol.* 2010. Dec;6(12):  772-77.
2.  **Voltaggio L,** Montgomery EA. Histopathology of Barrett Esophagus: A Review. *Diagn Histopathol.* 2011. Feb; 17 (2):  41-49.
3.  **Voltaggio L,** Montgomery EA, Lam-Him Lin D.  Histopathology of Barrett Esophagus and Barrett-Related Dysplasia.  *Arch Pathol Lab Med.* 2011. Oct; 135: 1249-1260.
4.  Patel S, Voltaggio L.  A practical approach to colitis. Diagn Histopathol. 2011; 17 (9): 376-385.
5.  Harris L, Park J, Voltaggio L, Lam-Himlin D.  Celiac Disease: Clinical, Endoscopic, and Histopathologic Review Gastrointest Endosc. 2012. Sep;76 (3):625-40.
6.  Ali A, Lam-Himlin D, **Voltaggio L.**  Eosinophilic Esophagitis Clinical, Endoscopic, and Histopathologic Review. *Gastrointest Endosc.* 2012. Dec; 76(6):1224-37.
7.  Ali MA, Arnold CA, Singhi A, **Voltaggio L**. Clues to Easily Overlooked Infectious Diagnoses Affecting the Gastrointestinal Tract and Distinction from their Clinicopathologic Mimics. *Gastrointest Endosc.* 2014 Oct; 80(4):689-706.
8.  Seminerio J, McGrath K, Arnold C, **Voltaggio L,** Singhi AD.  Medication-Associated Lesions of the Gastrointestinal Tract.  Gastrointestinal Endoscopy.  2014 Jan; 79(1): 140-150.
9.  Montgomery EA, **Voltaggio L.** Mesenchymal Polyps. *Diagn Histopathol.* 2014. Jan; 20 (1): 19-29.
10.  **Voltaggio L,** Montgomery EA, Ali MA, Singhi AD, Arnold C. Sex, Lies, and Gastrointestinal Tract Biopsies: A Review of Selected Sexually Transmitted Proctocolitides. *Adv Anat Pathol.* 2014. Mar; 21(2): 83-93
11.  **Voltaggio L,** Montgomery EA. Gastric Mesenchymal Lesions Other Than Gastrointestinal Stromal Tumor. *Diagn Histopathol.* 2014. Jun; 20(6): 228-238.
12.  Montgomery E, **Voltaggio L,** Vieth M. [Inflammation, malignancy, and Immunology in gastrointestinal spindle cell tumors: what is beyond GIST?]. Pathologe. 2014. Nov;35 Suppl 2: 207-13.
13.  **Voltaggio L,** Lam-Himlin D, Limketkai B, Singhi A, Arnold C. Message in a Bottle: Decoding Medication Injury patterns in the Gastrointestinal Tract. *J Clin Pathol.* 2014. Oct;67(10):903-12.
14.  **Voltaggio L.,** Montgomery EA. Gastrointestinal Tract Spindle Cell Lesions: Just like Real Estate. It's All About Location. *Mod Pathol.* 2015. Jan; 28 Suppl 1: S47-66.
15.  **Voltaggio L,** Montgomery EA. Polypoid Stromal Lesions of the Intestines. *Histopathology.* 2015. Jan;66(1):88-101
16.  Bhaijee F., Arnold C, Lam-Himlin D, Montgomery E, **Voltaggio L**.  Infectious Mimics of Inflammatory Bowel Disease. *Diagn Histopathol.* Jul. 2015. 21(7): 267-275.
17.  Arnold M, Shaddy S, **Voltaggio L,** Arnold C. What's New in Small Round Blue Cell Sarcomas? Diagnostic Histopathology. 2015. 21(11):425-431.
18.  **Voltaggio L,** Cimino-Mathews A, Bishop J, Argani P, Cuda J, Epstein J, Hruban R, Netto G, Stoler M, Taube J, Vang R, Westra W, Montgomery E. Current Concepts in the Diagnosis and Pathobiology of Intraepithelial Neoplasia: A Review by Organ System. *CA Cancer J Clin.*  2016. Sep;66(5):408-36.
19.  Tabbarah A, **Voltaggio L**. Giant Cell Arteritis of the Breast. *Arch Pathol Lab Med.* 2017 Sep;141(9):1283-1287
20.  **Voltaggio L,** Montgomery EA. Diagnosis and Management of Barrett-Related Neoplasia in the Modern Era. *Surg Pathol Clin.* 2017 Dec;10(4):781-800
21.  Montgomery EA, Arnold CA, Lam-Himlin DM, McDonald OG, Poveda JC, Salimian KJ, **Voltaggio L,** Waters KM, Wood LD, Singhi AD. Some Morphology Frontiers of Dysplasia in the Tubular Gastrointestinal Tract: The Rodger C. Haggitt Memorial Lecture. *Am J Surg Pathol.* 2020 Dec 4.  Online ahead of print
22.  Assarzadegan N, Brooks E, **Voltaggio L**. HPV-Driven Anal Neoplasia: Review and Recent Developments. Pathology. In press.


Letters to the editor
1.      Arnold CA, Montgomery EA, **Voltaggio L**. From the Pathologist: Review of Sexual Behaviors Should be a Routine Component of Clinical Histories. Letter to editor. *Gastrointest Endosc.*  2013. Aug: 78(2):385-6.

Books and Book Chapters
1.      Montgomery EA, **Voltaggio L** (**2011**). Biopsy Interpretation of the Gastrointestinal Tract Mucosa. Vol 1: Non-neoplastic. 2nd Ed.  Philadelphia: Lippincott Williams Wilkins.

2. Montgomery EA, **Voltaggio L** (**2012**). Biopsy Interpretation of the Gastrointestinal Tract Mucosa. Vol 2: Neoplastic. 2nd Ed.  Philadelphia: Lippincott Williams Wilkins.
3. Montgomery EA, **Voltaggio L** (**2017**). Biopsy Interpretation of the Gastrointestinal Tract Mucosa. Vol 1: Non-neoplastic. 3rd Ed.  Philadelphia: Lippincott Williams Wilkins.
4. Montgomery E.A., **Voltaggio L** (**2017**). Biopsy Interpretation of the Gastrointestinal Tract Mucosa. Vol 1: Non-neoplastic. 3rd Ed.  Philadelphia: Lippincott Williams Wilkins.
5. Montgomery E.A., Oshima K., **Voltaggio L** (2017). Survival Guide to Gastrointestinal Mucosal Biopsies. Innovative Science Press.
6. Sundel M, **Voltaggio L**, Leeds I, Hwang Fang S. Anatomy and Histology of the Anus (Chapter 1). Anal Cancer: A Comprehensive Guide (2019). 1st Ed. Switzerland: Springer Nature
7. Oshima K, **Voltaggio L** (2021). Survival Guide to Liver Biopsies. Innovative Science Press.

**FUNDING**
**6/1/16 – 5/31/18**

Funding Source Division of AIDS, US National Institute of Allergy and Infectious Diseases
Role       Co-investigator
Award Period     6/1/16 – 5/31/19
Annual Direct Cost       $ 5,889
Percent funded salary effort     3

**2/1/17 – 1/31/18 (current year – runs to 1/31/19)**

Cryoablation for Dysplasia in Barrett's Esophagus
122422 IO 90067163
C2Therapeutics
$ 5,532
PI: Mimi Canto, M.D.
Role: Co-investigator, 3%

**EXTRAMURAL Funding**       None

**INTRAMURAL Funding**       None

**CLINICAL ACTIVITIES**
Clinical Focus
2014-present     Sign out GI and Liver in house cases: In house volume signed out by Dr. Voltaggio
- 2014: 2116
- 2015: 2823
- 2016: 2512
- 2017: 2064
- 2018: 966 (includes JHH, Bayview, Howard County, Suburban)

Sign out GI, liver, and soft tissue consults from other institutions: Consult volume signed out by Dr. Voltaggio
- 2014: 241
- 2015: 596
- 2016: 587
- 2017: 518
- 2018: 1,350 (Includes directed, assigned, confirming, and telepathology)

Time commitment is about 50% clinical work

Certification
1/25/07       Pennsylvania (inactive, MD430788)
2/1/07        Washington, DC (license number MD036489)
10/16/08      Virginia (license number 0101244551)
5/16/13       Maryland (license number D76062)

Boards, other specialty certification
2001          United States Medical Licensing Examination Step 1, (USMLE ID5-097-754-5)
2002          United States Medical Licensing Examination Step 2, (USMLE ID5-097-754-5)
2004          United States Medical Licensing Examination Step 3, (USMLE ID5-097-754-5)

2007          American Board of Pathology Anatomic and Clinical Pathology (ABP ID #28099)
2008          American Board of Pathology Cytopathology (ABP ID #28099
2016          American Board of Pathology Cytopathology (ABP ID #28099) recertified
2016          American Board of Pathology Anatomic and Clinical Pathology (ABP ID #28099), recertified

Clinical Productivity - Billing information: See Rob Kahl.

Clinical Draw from outside local/regional area (*reflecting national/ international reputation*)          No

Membership in or examiner for specialty board          No

Clinical Program Building / Leadership          None

Clinical Demonstration Activities to external audience, on or off campus          None

Development of nationally/internationally recognized clinical standard of care (*may not be published in peer-reviewed journals*):
          None

**EDUCATIONAL ACTIVITIES** (*in chronological order, earliest first by start date under each subcategory*)
**Educational Focus**
2014-present     Director of Annual GI/Liver CME Course - Direct the Annual Johns Hopkins GI/Liver CME course,
                 which attracts a wide variety of local and national participants including practicing pathologists and
                 trainees.  The course is consistently well-received by attendees and attracts ~100 individuals from across
                 the United States (approximately 80% come from out of state).  A subset of attendees come from outside
                 the U.S. for this two-day course.
2014-present     Trainee and medical student education - Daily teaching of residents, fellows, and medical students about
                 diagnostic gastrointestinal pathology as well as the importance of adequate drafting of pathology reports
                 to guide patient care.
                 Resident lectures
                         5/15: "Spindle cell lesions of the GI Tract"
                         5/15: "Overview of Small Bowel, Colon, and Anus"
                         9/16: "Colitis"
                         11/16: "Gastritis"
                         8/16: "Gastritis"
                 First year medical students
                         6/16: Teacher, Gross anatomy session, Johns Hopkins School of Medicine
                 Second year medical students
                         11/2018: Small group VM teaching
2019-present     Creation of GI Teaching Modules, Advisor to Dr. Jackie Birkness
                    1.  Esophagus
                    2.  Stomach
                    3.  Small intestine

Classroom instruction          None

Clinical instruction          None

CME instruction
JHMI/Regional
10/16            Director and speaker, Gastritis: A Pattern Based Approach. Hopkins Annual Current Topics in
                 Gastrointestinal and Liver Pathology CME Course, Baltimore, MD
02/2020          Speaker: Maryland Society of Pathology Winter Seminar. Colon Polyps: From the Mundane to the Exotic
                 Hanover, MD
02/2020          Speaker University of Maryland Internal Medicine Grand Rounds. Sexually Transmitted Infections:
                 Epidemiologic Trends and Aerodigestive Manifestations.

National
11/4/2015        Speaker: Department of Pathology, Immunology and Laboratory Medicine, CME Grand Rounds:
                 Practical Approach to non-IBD Colitis, University of Florida, Gainesville FL

| 11/5/2016 | Speaker: Puerto Rico Academy of Pathology and Laboratory Medicine, Gastrointestinal Pathology Seminars: Practical Approach to non-IBD Colitis and Give Us Our Daily Bread: Colon Polyps, San Juan, PR |
| 1/21-22/17 | Speaker: Gastrointestinal and Liver Pathology Interactive Microscopy Seminar: Lower Tract Medical. Powers-Sanchez USCAP Interactive Center, Palm Springs CA |
| 4/14/2018 | Speaker: Oklahoma State Association of Pathologists Annual Scientific Meeting. Seminars: Practical Approach to non-IBD Colitis, Gastritis: A Pattern Based Approach, and Common Issues and Challenging Cases from the GI Consultation Service. Oklahoma City, OK |
| 11/2/2018 | Speaker: Arizona Society of Pathologists. Seminars: Gastritis: A Pattern Based Approach, Mimickers in GI Pathology, and Esophageal Pathology: Eosinophils and other Doozies. Scottsdale, AZ |
| 1/24/2019 | Speaker: Mayo Clinic Pathology Update. Gastritis: A Pattern Based Approach. |
| 2/8/2019 | Speaker: Digestive Diseases of the Caribbean 2019. IBD Dysplasia: The Pathologist's Perspective. San Juan, PR |
| 5/19/2019 | Speaker: Digestive Disease Week (DDW) 2019. Sex, Lies, and GI Tract Biopsies. San Diego, CA |
| 09/22/2019 | Speaker: Microscopy Course, College of American Pathologists Annual Meeting: Colon Polyps: From the Mundane to the Exotic, A Comprehensive Microscopy Tutorial. Orlando, FL |
| 10/11/2020 | Speaker: College of American Pathologists (CAP) Annual Meeting (Virtual): Long Course Titled Gastrointestinal, Liver, and Pancreaticobiliary Neoplasms (Virtual): Precursors and Progeny, Charting the Course. Talk: HPV-Associated Lesions of the Anal Canal |
| 03/13/2021 | Speaker: Seventh Annual Update on Advances in Endoscopy, Gastroenterology and Hepatology (Virtual): Challenges in GI Pathology |
| 9/27/2021 | Speaker: Microscopy Course, College of American Pathologists Annual Meeting: Colon Polyps: From the Mundane to the Exotic, A Comprehensive Microscopy Tutorial. Chicago, IL (Virtual) |

## Workshops /seminars
See "Invited Talks" below

## Mentoring
### Pre-doctoral Advisees /Mentees  None

### Post-doctoral Advisees /Mentees
Served as one of the clinical mentors current and past GI/Liver Fellows:
**2014-2015**
Meredith Pittman, M.D.
**2015-2016**
Maryam Kherad-Pezouh, M.D.
**2016-2017**
Kevin Waters, M.D., Ph.D.
**2017-2018**
Armen Khararjian, M.D.
Rifat Mannan, M.D.
Kathleen Byrnes, M.D.
**Current Resident**
Danielle Hutchings, M.D.
**2018-2019**
Tatianna Larman, M.D.
Yang Zhang, M.D.
James Miller, M.D.
Zainab Alruwaii, M.D.
**2019-2020**
Kevan Salimian, M.D., Ph.D.
Danielle Hutchings, M.D.
Annika L. Windon, M.D.
**2020-2021**
Jose V. Rodríguez León
Naziheh Assarzadegan
Jackie Birkness

Thesis committees                        None

Educational Program Building/Leadership
2015 - 9/2020    Director of GI/Liver Fellowship
    o    More than half of the graduating fellows embraced academic careers at institutions across the nation.
    o    Obtained ACGME equivalent status for the program in 2015
    o    Efforts also documented by co-authored peer-reviewed original publications, reviews, and poster presentations/platforms as senior author in conjunction not only with fellows, but also with residents interested in pursuing a fellowship in gastrointestinal pathology.

2016-present    Member of Diversity Committee
    Participate in the department's Diversity Initiative (in collaboration with colleagues and trainees)
    ■    Promote Pathology training among high school and medical students from underrepresented minorities
        3/16    Visited University of Puerto Rico School of Medicine, San Juan, Puerto Rico
            o    Offered lecture about the role of pathologists in patient care
            o    Distributed educational material pertaining to the specialty
            o    Answer questions
            o    As a result of this visit, helped to coordinate a visitor from this institution (Jose Valentín, M.D.) for 4/17. A second candidate visitor is applying at the time of this writing.
        10/16    Visited University of Illinois, Chicago
        1/17    Visited Morehouse Medical School
            o    Offered lecture about the role of pathologists in patient care
            o    Distributed educational material pertaining to the specialty
            o    Answer questions
        7/17    Presented Pathology Topics at National Native American Youth Initiative Summer Program
            o    Offered hands-on presentations centered around formalin fixed human tissue in vacuum-sealed clear plastic. This is a community health awareness project while also introducing the students to the field of pathology.
        10/17    Visited University of Illinois, Chicago
            o    Offered lecture about the role of pathologists in patient care
            o    Distributed educational material pertaining to the specialty
            o    Answer questions
        6/18    Presented Pathology Topics at National Native American Youth Initiative Summer Program
            o    Offered hands-on presentations centered around formalin fixed human tissue in vacuum-sealed clear plastic. This is a community health awareness project while also introducing the students to the field of pathology.
        2/2019    Attended Howard University College of Medicine Residency Fair as part of the Diversity Committee.

As of July 2020  Clinical Director Gastrointestinal Pathology Division

Educational Demonstration Activities to external audiences          None

**RESEARCH ACTIVITIES**
Research Focus
    Though I have experience as a general surgical pathologist, my main area of interest is inflammatory diseases of the gastrointestinal tract.

Research Program Building / Leadership          None

Research Demonstration Activities          None

Inventions, Patents, Copyrights          None

Technology Transfer Activities          None

**SYSTEM INNOVATION AND QUALITY IMPROVEMENT ACTIVITIES**

System Innovation Focus          None

System Innovation and Quality Improvement efforts within JHMI:

**2015-2016**          **QI**: Lead project in the Pathology Department looking at the necessity of *H. pylori* stains in our routine gastric biopsies. We were able to demonstrate that identification of organisms is routine gastric biopsies is possible without Diff Quik stain. Using the national payment amount from the most current physician fee schedule published by the Center for Medicare and Medicaid Services (CMS), the total reimbursement for a Diff-Quik stain (CPT 88312) is $98.12 ($28.29 for the professional component (PC) and $70.53 for the technical component (TC)). Thus, the total approximate cost to the healthcare system of ordering up-front Diff-Quik stains during the study period was $37,452.78. From October through December, approximately 20 H. pylori immunostains were ordered monthly. The total reimbursement for an H. pylori immunostain (CPT 88342) is $107.41 ($70.18 for the professional component and $37.24 for the technical component). The total approximate cost to the healthcare system of ordering the *H. pylori* immunostain as needed at our institution is $2,148.20 monthly. The net savings to the healthcare system is approximately $35,304.58 each month.  Senior investigator. Results were published: Pittman, M., Khararjian, A., Wood, L., Montgomery, E., Voltaggio, L. Prospective Identification of Helicobacter pylori in Routine Gastric Biopsies is Possible without Reflex Ancillary Stains. *Human Pathology*. 2016. December; 58:90-96.

**2017-2018**          **QI**: Led a project titled "Are Upfront Levels for Colon "Polyps" Necessary?: A Pragmatic Review". Many pathology practices (ourselves included) routinely order upfront levels on all GI biopsies, often generating two or three slides. Additional slides increase costs an, increase the likelihood of lab generated errors, and can waste limited tissue on small biopsies for which ancillary studies may be necessary. In our experience, when a lesion is present on specimens labeled "colon polyp", it is readily identified on the first level. We re-reviewed 500 cases in which a lesion was identified histologically and determined if the diagnosis could be made on the first level. Furthermore, we examined 50 additional cases of high-grade dysplasia/carcinoma to determine if the higher-grade component was also present on the first level. Cases were retrieved for lesions that could account for a colon polyp clinically, and the first level was examined to determine if lesional tissue was present on the first level. Results: 497/500 (99.4%) of the non high-grade lesions were present on the first level whereas 3/500 (0.6%) required the additional level for diagnosis. All 50 high-grade lesions were present on the first level examined.  Our study showed that a single level is sufficient in the overwhelming majority of cases in which a lesion is identified histologically, of course provided all tissue is exposed on the block (which is our practice in the histo lab). Eliminating the extra initial level would have resulted in 541 fewer slides (550 slides upfront minus nine additional slides ordered for deeper levels) leading to a direct savings of $1,082 for the cases included in this study (the approximate cost of an additional H&E slide at our institution is $2).  Results were published: Khararjian A, Mannan R, Byrnes K, Voltaggio L. Are Upfront Levels for Colon "Polyps" Necessary?: A Pragmatic Review. Int J Surg Pathol. 2018 Jun 1:1066896918783264. doi: 10.1177/1066896918783264. [Epub ahead of print]

System Innovation and Quality Improvement efforts outside of JHMI:          None

System Innovation and Quality Improvement Program Building/Leadership:          None

**ORGANIZATIONAL ACTIVITIES**

Institutional Administrative Appointments          None

Editorial Activities
Journal of Pathology Clinical Research, Associate Editor

Editorial Board appointments
American Journal of Surgical Pathology: Reviews and Reports
Modern Pathology

Journal peer review activities   None

Other peer review activities [*non medico-legal*]          None

Advisory Committees, Review Groups/Study Sections        None

Professional Societies
1/1/04-present  United States and Canadian Academy of Pathology
6/18-present    Maryland Association of Pathologists
1/1/04-present  College of American Pathologists

Conference Organizer    None

Session Chair
2021    Co-Moderator, Gastrointestinal Pathology Platform Presentations, United States and Canadian Academy of Pathology Annual Meeting

Consultantships        None

**RECOGNITION**
Awards, Honors
6/13    Golden Apple Award for Excellence in Teaching Pathology Residents. George Washington University Hospital.
2015    Second most important publication between 2015-2016 on Lymphogranuloma venereum, International Union Against Sexually Transmitted Infections-Europe. Arnold CA, Roth R, Arsenescu R, Harzman A, Lam-Himlin DM, Limketkai BN, Montgomery EA, Voltaggio L. Sexually Transmitted Infectious Colitis vs Inflammatory Bowel Disease: Distinguishing Features From a Case-Controlled Study. Am J Clin Pathol. 2015 Nov;144(5):771-781.


Invited Talks
**Regional**
6/8/13          Sex, Lies, and Gastrointestinal Tract Biopsies, Maryland Society of Pathology Seminar, Baltimore MD.

**National**
11/29/2011      Polyps of the GI Tract, Resident Lecture, Thomas Jefferson University Hospital, Philadelphia PA
10/25/2013      A Potpourri of Entities that 1) Fascinate Me, 2) Are Easy to Miss, and/or 3) Frustrate my Residents, Resident Slide Seminar, Thomas Jefferson University Hospital, Philadelphia PA
3/28/2016       Practical Approach to non-IBD Colitis, Resident Lecture, University of Puerto Rico School of Medicine, San Juan, PR.
3/24/2017       Colitis: A Pattern Based Approach, Resident Slide Seminar, Thomas Jefferson University Hospital, Philadelphia, PA
4/13/2018       Colitis: A Pattern Based Approach, Resident Slide Seminar, Oklahoma University, Oklahoma City, OK
4/14/2018       Colitis: A Pattern Based Approach, Gastritis: A Pattern Based Approach, and Challenging Cases and Common Issues from the Consultation Service, Oklahoma State Association of Pathologists Annual Scientific Meeting, Oklahoma City, OK
7/19/2018       Gastritis: A Pattern Based Approach, Pathology Grand Rounds, Cooper University Hospital, Camden, NJ
**International:**
6/24/2011       Neuroendocrine Tumors of the GI Tract and Neoplastic Polyps of the GI tract, Update in Oncologic Pathology, Bogotá, Colombia.
4/7/2014        Neuroendocrine Tumors of the GI Tract and Neoplastic Polyps of the GI tract at Jornada Interdisciplinaria de Patología y Gastroenterología Clínica y Quirúrgica, Hopital Italiano de Buenos Aires, Buenos Aires, Argentina.
5/17-18/2014    Sexually Transmitted Infections and Gastrointestinal Tract Biopsies and Neuroendocrine Tumors of the GI Tract at Curso Anual de Patología Morfológica, Molecular, y Terapéutica, Hospital de Clínicas, Montevideo, Uruguay.
11/30/2015      Practical Approach to non-IBD Colitis, Neuroendocrine Tumors of the GI Tract, and Sexually Transmitted Infections and Gastrointestinal Tract Biopsies. Fundación Santa Fe de Bogotá, Bogotá, Colombia.
2/28/2017       Colitis: A Pattern Based Approach, PathCast Web Based Slide Seminar
12/1/2018       Sexually Transmitted Infections and Gastrointestinal Tract Biopsies at Curso Internacional de Patologia Gastrointestinal, Lima, Perú.
5/2020          Sexually Transmitted Infections: Epidemiologic Trends and Aerodigestive Manifestations and Common

Mimickers in GI Pathology at Malpighi Pathology Academy, Bologna Italy (Virtual Lectures).

8/2020 HPV Associated Lesions of the Anal Canal. International Academy of Pathology, Argentinian Division. Jornadas Internacionales de Patología Quirúrgica Práctica, 2020.

1/26/2021 Selected Cases in Anal Pathology, PathCast Web Based Slide Seminar

4/25/2021 HPV-Associated Lesions of the Anal Canal, Sexually Transmitted Infections: Epidemiologic Trends and Aerodigestive Manifestations, and Gastritis: A Pattern Based Approach at Philippines Society of Pathology Virtual Convention.

11/20/2021 Challenging Issues in GI Pathology at XXIV Peruvian Congress of Pathology (Virtual)

# Exhibit C

**I have testified in the following litigation matters over the past four years:**

**Trial Testimony**

Baker vs. Brunner – Towson, MD. December 2021

**Deposition Testimony**

Hendricks vs. Areford – Virtual October 2021

Levatino vs. Zuckerman – Baltimore, MD. June 2021

Johnson vs. Hoskins – Virtual March 2021

Draughn vs. Badro – Washington, DC. August 2020

Eagan vs. Boca Raton Regional Hospital – 2019

Spivey vs. Cleveland Clinic – Baltimore, MD. May 2019

Galyas vs. Bodzin – Baltimore, MD. April 2018