# EXHIBIT E

**EXPERT REPORT OF TIMOTHY C. WANG, M.D.**

*Baudin v. AstraZeneca Pharmaceuticals LP et al.*

**Civil Action No. 18-1063**

### b) Mr. Baudin had several risk factors for both GERD and gastric cancer

Mr. Baudin had several risk factors for the development of severe GERD, Barrett's esophagus and gastric cancer, which include being male, middle-aged, and overweight with a known hiatal hernia. He had severe GERD symptoms that were not entirely controlled with medication, resulting in discussion of potential surgical treatments. The patient was likely developing Barrett's esophagus, intestinal metaplasia above the GE junction. This type of severe GERD/BE in the setting of a large hiatal hernia is, as previously discussed, associated with an increased risk of GEJ and gastric cardia adenocarcinoma. Given Mr. Baudin's severe GERD and subsequent endoscopic appearance of Barrett's esophagus, treatment with a PPI was standard practice and the recommended approach (by the AGA and ACG), as it has been shown to reduce, but of course not completely eliminate, the risk and progression to cancer.

In my opinion, the patient was initially prescribed and treated appropriately with a PPI for his severe GERD and potential Barrett's esophagus. PPIs remain the treatment of choice for GERD symptoms, although it would have been reasonable to have his hiatal hernia repaired when it was first discovered because it would have likely helped to better relieve his GERD symptoms. There is a chance that hernia repair could have reduced his risk of developing gastric cardia adenocarcinoma, although studies are unclear on this point (Shaheen N. Am J Gastroenterol 2005).[163]

Mr. Baudin continues to use PPIs today. His prior surgery in 2017 completely removed his lower esophageal sphincter (LES) and now allows free reflux of acid. However, he also had a partial gastrectomy which removed much of the acid-secreting portion of his stomach. Thus, it is unclear as to how much acid his stomach still makes. Nevertheless, if the patient finds that Nexium treatment improves his current symptoms, one must assume there is enough residual acid secretion to make PPI treatment worthwhile.

I understand that Mr. Baudin attributes his continued need to use Nexium to "rebound acid hypersecretion" (Interrogatory No. 5(13)); however, as discussed, the term RAHS is not appropriate in a patient with severe GERD and documented esophagitis and endoscopically visualized Barrett's. While RAHS may increase acid secretory capacity in patients without GERD over the short-term, the relationship to dyspeptic symptoms is unclear. There is no evidence that PPIs worsen severe GERD or esophagitis in patients with established esophagitis; in fact, the evidence is just the opposite. Furthermore, his 2017 surgery removed his lower esophageal sphincter. Thus, to the extent he continues to have reflux, it is because the anatomic barrier keeping acid from entering his esophagus has been removed.

### c) Mr. Baudin's Gastric Cardia Adenocarcinoma was most likely caused by his GERD, hiatal hernia, and obesity

In the main diagnostic endoscopy in September 2017, Mr. Baudin was also found to have one polypoid lesion that on polypectomy contained adenocarcinoma. This led to surgery and a partial gastrectomy which revealed "focal residual intra mucosal carcinoma" with a background of gastritis. Importantly, the lesion was located in the very proximal stomach, and arose in a gastric adenomatous

polyp, just below the esophagus/GEJ. Based on the description of the location of this lesion, it was within the gastric cardia and thus, to a reasonable degree of medical certainty, it was related to the patient's GERD. The remainder of the stomach showed no evidence of atrophic gastritis or intestinal metaplasia, the typical preneoplastic conditions that are associated with non-cardia gastric cancer. The fact that it arose in an adenomatous polyp is not that unusual, as these can be associated with carditis as well as atrophic gastritis, although a genetic cause or predisposition for this lesion cannot be ruled out.

Thus, a gastric cardia adenocarcinoma in this patient was primarily due to a number of known risk factors, including: (1) severe GERD despite the benefits of PPI therapy; (2) obesity, which is known to result in worsening GERD, increased intrasphincteric reflux and carditis; (3) a large hiatal hernia, which also worsens GERD and can also promote cardia malignancies; and (4) the presence of Barrett's esophagus on endoscopy, which is usually associated with metaplasia of the gastric cardia. Due to those risk factors, it is highly likely that Mr. Baudin had ongoing and persistent inflammation of his gastroesophageal junction, which was the primary etiology of his gastric cardia adenocarcinoma. Indeed, Mr. Baudin unfortunately fit perfectly the phenotype of the patient that is most likely to develop a GEJ/cardia cancer – e.g., a middle-aged Caucasian male, overweight or obese with a history of GERD and a hiatal hernia.

Mr. Baudin had mild hypergastrinemia in 2020 (reported at 213 with a reference range of < OR = 100 pg/mL) which is *after* his 2017 gastric cancer diagnosis and surgery. (Baudin 00922) The medical records do not provide any serum gastrin levels *before* his 2017 surgery, so there is no evidence that he was in fact hypergastrinemic before he developed gastric cardia adenocarcinoma. Moreover, there is reason to believe that his post-surgery gastrin levels would be higher than his pre-op gastrin levels because he had part of his gastric fundus removed, thus eliminating a significant portion of his acid secreting parietal cells and reducing his acid secretory capacity, which would tend to elevate his gastrin levels. But in any case, for the reasons described above, there is no convincing evidence linking hypergastrinemia to gastroesophageal cancer in this or other patients.

In addition, there is no evidence that PPIs can lead to clinically significant alterations of the microbiome, and there is no evidence of changes in this patient's microbiome.

My review of the literature related to PPIs and gastric cancer indicate that the reported associations are all entirely due to protopathic bias/reverse causation, and this patient fits this pattern with his many risk factors for both the development of GERD and gastric cardia adenocarcinoma.

### d)  Mr. Baudin's Treatment & Prognosis

While Mr. Baudin's surgery was curative for treating his small, early gastric cardia adenocarcinoma, in retrospect, it was a very aggressive, possibly radical surgery that may not have been necessary. Most likely, the treatment for this lesion would have been different had the patient been treated by an interventional endoscopist or an expert in Barrett's esophagus. The finding of carcinoma in situ in a gastric adenoma is a typical lesion that is treated at many advanced centers with endoscopic mucosal resection (EMR). If the patient had come to Columbia University Medical Center, he would