# EXHIBIT F

# EXPERT REPORT OF LAUREL FISHER, MD

*Baudin v. AstraZeneca Pharmaceuticals LP et al.*

**Civil Action No. 18-1063**

they are not associated with anal fissures. It is my opinion that Mr. Baudin's anal fissure was unrelated to his cardia cancer or gastric surgery.

## VIII. Conclusions

In sum, I hold the following opinions to a reasonable degree of scientific and medical certainty:

1) Mr. Baudin has a history of chronic GERD.

2) PPIs, including Nexium, were appropriate to treat Mr. Baudin's GERD.

3) Mr. Baudin had several established risk factors for the development of gastric cardia adenocarcinoma, including chronic GERD, hiatal hernia, and elevated BMI.

4) Mr. Baudin has chosen to remain on Nexium today for his recurrent GERD and has no evidence of "rebound acid hypersecretion."

5) Mr. Baudin's anal fissure was not caused by his early gastric cancer or his subsequent surgery.

By: *Laurel Fisher, MD*

Date: March 3, 2022