# EXHIBIT G

# Expert Report
# Benjamin L. Musher, M.D.

## Baudin v. AstraZeneca Pharmaceuticals LP et al.

## United States District Court for the Middle District of Louisiana
## Civil Action No. 18-1063

1) <u>Counfounding by indication</u>: PPI use is associated with multiple risk factors for developing gastric cancer. For example, PPIs are indicated for treating GERD - which is an established risk factor for esophageal, GEJ, and gastric cardia cancers. Moreover, PPI users frequently have more comorbidities than non-users and are more likely to be obese, which is a known risk factor for the development of cardia gastric cancer.[45] Accordingly, population-based studies may identify an association between PPIs and gastric cancer best explained by "confounding by indication" rather than a true causal link.

2) <u>Protopathic bias</u>: Because PPIs are sometimes prescribed to treat abdominal complaints that are manifestations of yet-to-be diagnosed gastropesophageal cancer, the observed association between PPI use and gastroesophageal cancer may be mistakenly labelled as causative due to "protopathic bias." Another way of describing this phenomenon is "reverse causality" (labelling PPIs as cause of gastroesophageal cancer when, in reality, the cancer caused symptoms that led to prescription of the PPI). In fact, the Nexium label warns of this issue: "In adults, symptomatic response to therapy with NEXIUM does not preclude the presence of gastric malignancy. Consider additional follow-up and diagnostic testing in adult patients who have a suboptimal response or an early symptomatic relapse after completing treatment with a PPI. In older patients, also consider an endoscopy."[46]

3) <u>Anatomic location of tumo</u>r: As mentioned previously, the risk factors, pathophysiology, and demographics of cancer of the gastric cardia differ from those of the more distal stomach. When applying the medical literature to Mr. Baudin's case, it is therefore important to assess whether any particular study focuses on gastric cardia cancer or, at least, differentiates between gastric cardia cancer and more distal gastric cancer.

---

[45] He Q, et al. No Associations Between Regular Use of Proton Pump Inhibitors and Risk of All-Cause and Cause-Specific Mortality: A Population-Based Cohort of 0.44 Million Participants. Am J Gastroenterol 2021; 116:2286-2291.
[46] https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/021153s056,021957s023,022101s020lbl.pdf (Section 5.1).

To date, aggressive surveillance of Mr. Baudin's early-stage gastric cancer - including bloodwork, multiple endoscopies, and CT scans - have not shown any evidence of cancer recurrence.[99] He has, however, required dilation[100] of anastomotic strictures and still has a large hiatal hernia by CT imaging.[101] As of August 2021, he is still taking esomeprazole 40 mg daily to control his persistent GERD.[102]

Analysis of Mr. Baudin's Case:

**Location of Mr. Baudin's Gastroesophogeal Cancer**

Based on Mr. Baudin's phenotype (age, sex, race/ethnicity, body habitus, history of reflux, hiatal hernia, endodoscopically visualized Barrett's), and the information located in the medical records and relevant deposition testimony, it is my opinion that Mr. Baudin's cancer was a gastric cardia adenocarcinoma. Due to the expected pattern of growth of proximal gastric cancers, such as Mr. Baudin's, it is my opinion that Mr. Baudin's cancer, had it not been diagnosed at such an early stage, would have ultimately been treated as a GEJ junction cancer by the multidisciplinary team at my institution.

**Cause of Mr. Baudin's Gastroesophogeal Cancer**

Mr. Baudin's cancer was caused by his numerous established risk factors for reflux-mediated gastroesophageal cancer, not his use of PPIs. Specifically, Mr. Baudin's age, elevated BMI/obesity, long-standing hiatal hernia, long-standing history of refractory GERD, and likely Barrett's esophagus are risk factors that have been shown, with a high level of certainty in the medical literature, and in my clinical experience, to substantially increase one's risk for lower esophageal, GEJ, and gastric cardia cancer. Based on my experience having treated hundreds of cases of gastroesophageal cancer in diverse

---

[99] Defendants000019-Defendants000020, Defendants001739 (Pathology Group of Louisiana).
[100] Defendants000392-Defendants000393 (Dr. Jon Tabor); Defendants001528 (Dr. Ryan Chauvin).
[101] Defendants000358-Defendants000359, 000362 (Dr. Jon Tabor).
[102] Baudin_00977-Baudin_00978 (Women's Hospital).